# Exhibit 3

# Lance D. Quaranto, Esq.

October 28, 2020

Bureau of Alcohol, Tobacco, Firearms and Explosives
Information Privacy and Governance (IPG) Division, Room 4E.301
99 New York Avenue, NE
Washington, DC 20226

**FOIA REQUEST**

**Email: foiamail@atf.gov**

Re: FOIA Request of Martin Woodbury

Dear ATF FOIA Officers:

I.    **Request**

I am writing on behalf of my client, Mr. Martin Woodbury, pursuant to the Freedom of Information Act, 5 U.S.C. 552 ("FOIA"), to hereby request copies of the following records:

All records in the possession or control of the ATF that discuss or describe the criminal investigation and / or the governmental response of law enforcement in addressing the 2015 - 2016 criminal matter occurring in East Tacoma, Washington (Pierce County), involving an individual identified as Tracy Worwood's possession of a military explosive in close proximity to a local elementary school. See attached Seattle Times and News Tribune news articles describing this incident. My client is seeking all agency responsive records for the above subject matter created or received August 1, 2015 to the date of this record request.

Our client, Mr. Woodbury, was a primary witness who assisted with notifying law enforcement regarding this incident, along with additional assisting witnesses Jessica Weber and Tristan Worwood. As his record request also includes all responsive records that involve information for this criminal investigation and enforcement action, including information discussing or describing this criminal matter involving assistance from our client Martin Woodbury, and the assistance provided by witnesses Jessica Weber and Tristan Worwood with this investigation, and the criminal conviction of Tracy Worwood associated with the above referenced incident, I have attached hereto the signed and completed DOJ Certification of Identity form from my client Mr. Woodbury, and from Jessica Weber and Tristan Worwood (see attached).[1] It is our position that a DOJ Certification of Identity authorization is not required from convicted defendant Tracy

---

[1]The attached forms for Ms. Weber and Mr. Worwood were previously utilized in Mr. Woodbury's similar FOIA request to the EOUSA (FOIA EOUSA-2020-002010) and were accepted by the EOUSA.

Worwood, as the public interest in disclosing this information clearly outweighs any minimal privacy interest of Tracy Worwood following his criminal convictions for the incident that is the subject of this FOIA request. See attached news articles.

## II.    How Responsive Records Should Be Provided

Please provide these documents in a digital format, on a CD or other storage device, or via email, to save the time and cost of making paper copies of the responsive records for this FOIA request.

Please also provide the approximate date by which you anticipate a final response for these records can be provided to this office. In addition, please also inform my office if there are any "unusual circumstances" that will cause any delay in responding to this FOIA request.

Please inform us in writing if there are any "unusual circumstances" that will cause delay in responding to this FOIA request, or providing the records which are requested, and in addition, please provide the approximate date that you anticipate a final response will be provided.

## III.    Request for Public Interest Fee Waiver

My client seeks a public interest waiver of the duplication and search fees for this FOIA Request. Mr. Woodbury seeks to use the information for the public interest purpose of seeking to better understand the response by the ATF and other law enforcement agencies to being informed of there being a dangerous explosive device in close proximity to an elementary school in a residential neighborhood, including the response time by the ATF and other federal authorities in responding to the information regarding this dangerous explosive device, and the actions initiated by the ATF to investigate and ultimately address this dangerous situation, including cooperation with any other federal, state or local law enforcement agencies.

Mr. Woodbury plans to review and synthesize all records received in order to share the information pertaining to this criminal investigation and enforcement action with elected officials and federal government supervisors, as well as with local media sources, to ensure that there are appropriate and timely response to dangerous incidents involving explosive devices, and in particular, to ensure that the public is timely and adequately protected when there are unlawful explosive devices in close proximity to public schools or residential housing areas.

Our client has no commercial or other non-public interests in the records requested from the ATF by the above referenced FOIA request.

## IV.    Policy and Legal Direction for Open Government

FOIA was designed to "pierce the veil of administrative secrecy and to open agency action to the light of public scrutiny," see, e.g., Dept. of the Air Force v. Rose, 425 U.S. 352, 361 (1976), and in order "to ensure an informed citizenry, vital to the functioning of a democratic society, needed to check against corruption and to hold the governors accountable to the governed." NLRB v. Robbins Rubber Co., 437 U.S. 214, 242 (1978); see also Judicial Watch, Inc. v. Rossotti, 326

F.3d 1309, 1310 (D.C. Cir. 2003); United States Dept. of Justice v. Reporters Comm. for Freedom of the Press, 489 U.S. 749, 773 (1989).

The above described agency records are subject to disclosure under FOIA, and are not otherwise exempt from disclosure pursuant to FOIA's nine statutory exemptions. See 5 U.S.C. § 552(b)(1 )-(9). To the extent that a determination is made by your FOIA office staff that any limited portions of the records listed above will be withheld from disclosure for this request, FOIA expressly requires all agencies to disclose "[a]ny reasonably segregable portion of a record .. . after deletion of the portions of the record which are exempt." 5 U.S.C. § 552(b). See, e.g., Oglesby v. U.S. Dept. of Army, 79 F.3d 1172, 1178 (D.C. Cir. 1996); see also Abdelfattah v. U.S. Dept. Of Homeland Security, 488 F.3d 178, 186-187 (3rd Cir). The 2007 Openness Promotes Effectiveness in the National Government Act amendments to FOIA (the "OPEN Government Act") requires identification of the amount of any material withheld, the location of any withholdings, a direct reference to the specific statutory exemption supporting each withholding asserted, and if technically possible, also require that this information shall "be indicated at the place in the record where such deletion is made." See 5 U.S.C. § 552(b). Therefore, I would appreciate your assistance in expressly identifying any exempt responsive records (or portions thereof) and the applicable FOIA exemptions for any responsive materials that may withheld for this FOIA request.

**V. Contact**

If you have any questions regarding this FOIA request, or if I can be of any other assistance in this matter, please contact my office at (541) 393-8485, or via email at lance.d.quaranto@gmail.com.

Thank you in advance for your assistance in this matter,

   Sincerely,

     s/: Lance D. Quaranto
     Lance D. Quaranto, OR0016
     P.O. Box 5471
     Eugene, OR 97405
     (T): 541-393-8485
     lance.d.quaranto@gmail.com

Encl.

cc: Client

**U.S Department of Justice**

## Certification of Identity



FORM APPROVED OMB NO.
1103-0016 EXPIRES 05/11/2020

Privacy Act Statement. In accordance with 28·CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]　　　Martin Woodbury

Citizenship Status [2]　　USA　　　　　　　　　　　Social Security Number [3]　　466332776

Current Address　2622 McNeil St. DuPont, WA 98327

Date of Birth　　08 March 1974　　　　　　　　Place of Birth　　San Benito, Texas

### OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

I authorize you to release all records and to communicate with my lawyer Lance Quaranto for the attached FOIA Request

#### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]　　　　　　　　　　　　　　　　　Date　26 OCT 2020

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

**U.S. Department of Justice**

## Certification of Identity



Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  ___Costen Worwood___

Citizenship Status [2]  ___United___                          Social Security Number [3]  ___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___

Current Address  ___212 4 Glen View & Nampa Idaho 83686___

Date of Birth  ___11/30/55___                          Place of Birth  ___Washington Seattle WIS___

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  ___Costan Worwood___                          Date  ___9/13/19___

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

___Costan Worwood___
**Print or Type Name**

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2), Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully-admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

U.S. Department of Justice                    **Certification of Identity**                    

---

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    Jessica Dawn Weber

Citizenship Status [2]  United States    Social Security Number [3]  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

Current Address    2124 Glenview Dr Nampa Idaho 83686

Date of Birth  8-28-1973    Place of Birth  Caldwell Idaho

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  Jessica Weber    Date  9-6-2019

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Jessica Weber
**Print or Type Name**

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

# Ex-soldier charged with storing explosive on his Tacoma roof

Originally published December 10, 2015 at 3:29 pm | *Updated December 10, 2015 at 3:47 pm*

**The man pleaded not guilty to unlawful possession of an explosive device and reckless endangerment.**

By Stacia Glenn

*The (Tacoma) News Tribune*

## Share story

f   *Share*

✉   *Email*

🐦   *Tweet*

A former soldier suspected of storing a tank-piercing rocket on the roof of his East Tacoma house was criminally charged Thursday, a day after discovery of the explosive prompted a partial evacuation of the neighborhood, including an elementary school.

Tracy Worwood, 44, pleaded not guilty to unlawful possession of an explosive device without a license and reckless endangerment. He was released on his own recognizance.

Worwood's underage son visited him in late November, found the Anti-tank projectile 4 and took a picture of it, according to charging papers. When the boy's mom saw the picture, she reported the explosive to the FBI.

Tacoma police responded to the man's home in the 5000 block of McKinley Avenue about noon Wednesday and found the explosive.

Officers closed McKinley Avenue from 46th to 56th streets and residents were asked to stay inside their homes.

Sheridan Elementary School, which is nearby, continued with classes but teachers locked the exterior doors. The students were then bused to Boze Elementary School for parents and guardians to pick them up.

Other schools, including Blix, First Creek, Lister, Lyon, Lincoln and Stewart were placed on modified lockdown and parents who lived nearby were asked to pick up their children.

Worwood, who received an "other than honorable" discharge from the U.S. Army, told investigators he thought it was a training round.

"The defendant claimed he received the explosive device from someone as a going-away present," records show.

He allegedly moved it to the roof after finding out his son knew it was in the house.

Army officials were brought out to X-ray the explosive, which had all its working components. It had been fired but never exploded, officials said.

*Stacia Glenn*

The Seattle Times occasionally closes comments on particularly sensitive stories. If you would like to share your thoughts or experiences in relation to this story, please email the reporter or submit a letter to be considered for publication in our Opinion section. You can read more about our community policies here.

 THE NEWS TRIBUNE    IMPACT2020

# THE NEWS TRIBUNE





CRIME

# Man who had rocket atop East Tacoma house ordered to pay city $18,000

By Alexis Krell

akrell@thenewstribune.com

MAY 27, 2016 06:06 PM, UPDATED MAY 28, 2016 07:23 PM



Listen to this article now
01:14    Powered by Trinity Au

ORDER REPRINT →

A former soldier who had a tank-piercing rocket on top of his East Tacoma house will have to pay $18,000 to help cover the cost of the police response to remove the explosive late last year.

Tracy Worwood, 45, pleaded guilty Friday in Pierce County Superior Court to charges of reckless endangerment and attempting to unlawfully manufacture, sell, or offer to sell explosives.

He was given a year behind bars, which was suspended. If he follows the law and other conditions of his sentence, he won't have to serve the time.

**TOP ARTICLES**

Immigrant workers affected by COVID-19 now can apply to the state for relief money

Deputy Prosecutor Kawyne Lund said the $18,000 doesn't come close to covering the cost of the police response, but it's what the state thought it could recover from Worwood.

When officers found the explosive Dec. 9, they closed McKinley Avenue from 46th to 56th streets, asked residents to stay inside their homes and evacuated a nearby elementary school.

## News alerts in your inbox

Sign up for email alerts and be the first to know when news breaks.

Enter Email Address

SIGN UP

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Worwood's son first found the rocket, and it was reported to police when the boy's mother saw a photo of it. Local and federal authorities responded and safely disposed of the rocket at the Tacoma landfill.

Worwood told investigators he thought the rocket was a training round, and said

Lance D. Quaranto, Esq.
PO Box 5471
Eugene, OR 97405



7020 0090 0001 7751 1213



**RECEIVED**

NOV 0 9 2020

ATF MAIL ROOM

**RECE~~IVED~~**

NOV 0 9 2020

ATF MAIL ROOM

X-RAYED
NOV 06 2020
DOJ MAILROOM

Bureau of Alcohol, Tobacco, Firearms & Explosive
Information Privacy & Governance (IPG) Division
Room 4E.301
99 New York Ave, NE
Washington, DC 20226

**FOIA REQUEST**



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

www.atf.gov

March 8, 2021                                                    REFER TO:  2021-0098

Mr. Lance D. Quaranto, Esq.
PO Box 5471
Eugene, OR 97405-0471
lance.d.quaranto@gmail.com

Dear Mr. Quaranto:

This responds to your Freedom of Information Act (FOIA) [/Privacy Act] request dated October 28, 2020, and received by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on November 10, 2020, in which you requested records concerning a third party. Your request has been assigned number 2021-0098. Please refer to this number on any future correspondence.

You are requesting information on a third party. Disclosure of records relating to a third party is only permitted with the express authorization and written consent of the third party, proof of death of the third party, or a demonstration that the public interest in the disclosure outweighs the personal privacy interest of the third party. Since you have not provided any documentation that would demonstrate your right to access the records of a third party, we cannot disclose the requested information at this time. Such a disclosure would constitute a violation of the Privacy Act, 5 U.S.C. § 552a and the FOIA, 5 U.S.C. § 552(b)(6) and (b)(7)(C).

If you can obtain consent or provide proof of death, ATF may be able to release responsive documents should they exist. In order to disclose information to you, you will need to have the individual verify his/her identity as required by Department regulation 28 C.F.R. § 16.41(d). Specifically, if you would like this office to process your request and search for responsive records in this office, the individual will need to either (1) return a completed Form DOJ-361, *Certification of Identity,* to this office, or (2) provide a statement notarized or under penalty of perjury pursuant to 28 U.S.C. § 1746, indicating the individual's full name, place of birth, date of birth, and current address.

Please return either the Form DOJ-361 or the individual's notarized statement, along with your request, to the Disclosure Division. You may mail your documents to 99 New York Avenue, NE, Room 4.E-301, Washington, DC 20226. You may also send any documentation to foiamail@atf.gov. Please include the assigned case number in your email.

Mr. Quaranto

In light of these circumstances, I am administratively closing your request in this office.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaisons, Darryl Webb or Zina Kornegay, at (202) 648-7390, for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://www.foiaonline.gov/foiaonline/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Adam C. Siple
Chief
Information and Privacy Governance Division

Enclosure

# Lance D. Quaranto, Esq.
P.O. Box 5471
Eugene, Oregon 97405

March 15, 2021

**FOIA Appeal**

RECEIVED

MAR 2 6 2021

**Office** of Information Policy

Director, Office of Information Policy (OIP),
United States Department of Justice,
Sixth Floor, 441 G Street, NW,
Washington, DC 20530,

**Copy Sent Via Certified mail as well as submitted through online portal**

Re: FOIA Appeal (ATF FOIA Request # 2021-0098)

Dear Director, Office of Information Policy (OIP):

I am writing on behalf of our client, Martin Woodbury, to hereby appeal and request
reconsideration of the undated response to our client's October 28, 2020, FOIA request
(otherwise identified as ATF FOIA Request # 2021-0098), an agency decision made by Adam C.
Siple Chief Information and Privacy Governance Division. A copy of the challenged ATF FOIA
decision as well as the request itself is attached for your reference.

The basis of this appeal is that the agency decision-maker misapplied FOIA exemption (b)(6) and
(b)(7)(c), and applied that exemption in an overly broad manner, by failing to provide all non-
exempt segregable portions of the records requested. In addition, it is Mr. Woodbury's position
that the agency has failed to date to undertake an adequate search for responsive records in a
manner reasonably calculated to locate all responsive records

Please inform our office if there are any "unusual circumstances" or any "extraordinary
circumstances" that will cause any delay in your responding to this FOIA appeal within the 20
working days required by FOIA, and please also provide our office with information as to the
approximate date by which we can anticipate a final response to this FOIA appeal will be issued.
If you have any questions regarding this FOIA appeal, or if I can be of any other assistance in this
matter, please feel free to contact my office at (541) 393-8485, or at
lance.d.quaranto@gmail.com

Thank you in advance for your assistance in this matter,

Sincerely,

        s/: Lance D. Quaranto
        Lance D. Quaranto, OR0016
        P.O. Box 5471
        Eugene, OR 97405
        (T): 541-393-8485
        lance.d.quaranto@gmail.com

Encl.

cc: Client



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

———————————————————————————————

www.atf.gov

March 8, 2021                                    REFER TO:  2021-0098

Mr. Lance D. Quaranto, Esq.
PO Box 5471
Eugene, OR 97405-0471
lance.d.quaranto@gmail.com

Dear Mr. Quaranto:

This responds to your Freedom of Information Act (FOIA) [/Privacy Act] request dated October 28, 2020, and received by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on November 10, 2020, in which you requested records concerning a third party. Your request has been assigned number 2021-0098. Please refer to this number on any future correspondence.

You are requesting information on a third party. Disclosure of records relating to a third party is only permitted with the express authorization and written consent of the third party, proof of death of the third party, or a demonstration that the public interest in the disclosure outweighs the personal privacy interest of the third party. Since you have not provided any documentation that would demonstrate your right to access the records of a third party, we cannot disclose the requested information at this time. Such a disclosure would constitute a violation of the Privacy Act, 5 U.S.C. § 552a and the FOIA, 5 U.S.C. § 552(b)(6) and (b)(7)(C).

If you can obtain consent or provide proof of death, ATF may be able to release responsive documents should they exist. In order to disclose information to you, you will need to have the individual verify his/her identity as required by Department regulation 28 C.F.R. § 16.41(d). Specifically, if you would like this office to process your request and search for responsive records in this office, the individual will need to either (1) return a completed Form DOJ-361, *Certification of Identity,* to this office, or (2) provide a statement notarized or under penalty of perjury pursuant to 28 U.S.C. § 1746, indicating the individual's full name, place of birth, date of birth, and current address.

Please return either the Form DOJ-361 or the individual's notarized statement, along with your request, to the Disclosure Division. You may mail your documents to 99 New York Avenue, NE, Room 4.E-301, Washington, DC 20226. You may also send any documentation to foiamail@atf.gov. Please include the assigned case number in your email.

-2-

Mr. Quaranto

In light of these circumstances, I am administratively closing your request in this office.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaisons, Darryl Webb or Zina Kornegay, at (202) 648-7390, for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://www.foiaonline.gov/foiaonline/action/public/home.   Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Adam C. Siple
Chief
Information and Privacy Governance Division

Enclosure

# Lance D. Quaranto, Esq.

October 28, 2020

Bureau of Alcohol, Tobacco, Firearms and Explosives
Information Privacy and Governance (IPG) Division, Room 4E.301
99 New York Avenue, NE
Washington, DC 20226

**FOIA REQUEST**

**Email: foiamail@atf.gov**

Re: FOIA Request of Martin Woodbury

Dear ATF FOIA Officers:

**I.      Request**

I am writing on behalf of my client, Mr. Martin Woodbury, pursuant to the Freedom of Information Act, 5 U.S.C. 552 ("FOIA"), to hereby request copies of the following records:

All records in the possession or control of the ATF that discuss or describe the criminal investigation and / or the governmental response of law enforcement in addressing the 2015 - 2016 criminal matter occurring in East Tacoma, Washington (Pierce County), involving an individual identified as Tracy Worwood's possession of a military explosive in close proximity to a local elementary school. See attached Seattle Times and News Tribune news articles describing this incident. My client is seeking all agency responsive records for the above subject matter created or received August 1, 2015 to the date of this record request.

Our client, Mr. Woodbury, was a primary witness who assisted with notifying law enforcement regarding this incident, along with additional assisting witnesses Jessica Weber and Tristan Worwood. As his record request also includes all responsive records that involve information for this criminal investigation and enforcement action, including information discussing or describing this criminal matter involving assistance from our client Martin Woodbury, and the assistance provided by witnesses Jessica Weber and Tristan Worwood with this investigation, and the criminal conviction of Tracy Worwood associated with the above referenced incident, I have attached hereto the signed and completed DOJ Certification of Identity form from my client Mr. Woodbury, and from Jessica Weber and Tristan Worwood (see attached).[1] It is our position that a DOJ Certification of Identity authorization is not required from convicted defendant Tracy

---

[1]The attached forms for Ms. Weber and Mr. Worwood were previously utilized in Mr. Woodbury's similar FOIA request to the EOUSA (FOIA EOUSA-2020-002010) and were accepted by the EOUSA.

Worwood, as the public interest in disclosing this information clearly outweighs any minimal privacy interest of Tracy Worwood following his criminal convictions for the incident that is the subject of this FOIA request.  See attached news articles.

## II.    How Responsive Records Should Be Provided

Please provide these documents in a digital format, on a CD or other storage device, or via email, to save the time and cost of making paper copies of the responsive records for this FOIA request.

Please also provide the approximate date by which you anticipate a final response for these records can be provided to this office. In addition, please also inform my office if there are any "unusual circumstances" that will cause any delay in responding to this FOIA request.

Please inform us in writing if there are any "unusual circumstances" that will cause delay in responding to this FOIA request, or providing the records which are requested, and in addition, please provide the approximate date that you anticipate a final response will be provided.

## III.    Request for Public Interest Fee Waiver

My client seeks a public interest waiver of the duplication and search fees for this FOIA Request. Mr. Woodbury seeks to use the information for the public interest purpose of seeking to better understand the response by the ATF and other law enforcement agencies to being informed of there being a dangerous explosive device in close proximity to an elementary school in a residential neighborhood, including the response time by the ATF and other federal authorities in responding to the information regarding this dangerous explosive device, and the actions initiated by the ATF to investigate and ultimately address this dangerous situation, including cooperation with any other federal, state or local law enforcement agencies.

Mr. Woodbury plans to review and synthesize all records received in order to share the information pertaining to this criminal investigation and enforcement action with elected officials and federal government supervisors, as well as with local media sources, to ensure that there are appropriate and timely response to dangerous incidents involving explosive devices, and in particular, to ensure that the public is timely and adequately protected when there are unlawful explosive devices in close proximity to public schools or residential housing areas.

Our client has no commercial or other non-public interests in the records requested from the ATF by the above referenced FOIA request.

## IV.    Policy and Legal Direction for Open Government

FOIA was designed to "pierce the veil of administrative secrecy and to open agency action to the light of public scrutiny," see, e.g., Dept. of the Air Force v. Rose, 425 U.S. 352, 361 (1976), and in order "to ensure an informed citizenry, vital to the functioning of a democratic society, needed to check against corruption and to hold the governors accountable to the governed." NLRB v. Robbins Rubber Co., 437 U.S. 214, 242 (1978); see also Judicial Watch, Inc. v. Rossotti, 326

F.3d 1309, 1310 (D.C. Cir. 2003); United States Dept. of Justice v. Reporters Comm. for Freedom of the Press, 489 U.S. 749, 773 (1989).

The above described agency records are subject to disclosure under FOIA, and are not otherwise exempt from disclosure pursuant to FOIA's nine statutory exemptions. See 5 U.S.C. § 552(b)(1 )-(9). To the extent that a determination is made by your FOIA office staff that any limited portions of the records listed above will be withheld from disclosure for this request, FOIA expressly requires all agencies to disclose "[a]ny reasonably segregable portion of a record .. . after deletion of the portions of the record which are exempt." 5 U.S.C. § 552(b). See, e.g., Oglesby v. U.S. Dept. of Army, 79 F.3d 1172, 1178 (D.C. Cir. 1996); see also Abdelfattah v. U.S. Dept. Of Homeland Security, 488 F.3d 178, 186-187 (3rd Cir). The 2007 Openness Promotes Effectiveness in the National Government Act amendments to FOIA (the "OPEN Government Act") requires identification of the amount of any material withheld, the location of any withholdings, a direct reference to the specific statutory exemption supporting each withholding asserted, and if technically possible, also require that this information shall "be indicated at the place in the record where such deletion is made." See 5 U.S.C. § 552(b). Therefore, I would appreciate your assistance in expressly identifying any exempt responsive records (or portions thereof) and the applicable FOIA exemptions for any responsive materials that may withheld for this FOIA request.

## V. Contact

If you have any questions regarding this FOIA request, or if I can be of any other assistance in this matter, please contact my office at (541) 393-8485, or via email at lance.d.quaranto@gmail.com.

Thank you in advance for your assistance in this matter,

Sincerely,

s/: Lance D. Quaranto
Lance D. Quaranto, OR0016
P.O. Box 5471
Eugene, OR 97405
(T): 541-393-8485
lance.d.quaranto@gmail.com

Encl.

cc: Client

**U.S Department of Justice**          **Certification of Identity**          

FORM APPROVED OMB NO.
1103-0016 EXPIRES 05/31/2020

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

**Public reporting burden** for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]     __Martin Woodbury__

Citizenship Status [2]    __USA__                Social Security Number [3]    __466332776__

Current Address    __2622 McNeil St. DuPont, WA 98327__

Date of Birth    __08 March 1974__          Place of Birth    __San Benito, Texas__

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**I authorize you to release all records and to communicate with my lawyer Lance Quaranto for the attached FOIA Request**

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  _(signature)_          Date __26 OCT 2020__

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

U.S. Department of Justice           **Certification of Identity** 

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]     _Jessica Dawn Weber_

Citizenship Status [2] _United States_    Social Security Number [3] _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_

Current Address    _2124 Glenview Dr Nampa Idaho 83686_

Date of Birth _8-28-1973_     Place of Birth _Caldwell Idaho_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _Jessica Weber_     Date _9-16-2019_

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_Jessica Weber_
**Print or Type Name**

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

U.S. Department of Justice

**Certification of Identity**



Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester: _Coster warwal_

Citizenship Status: _United_                Social Security Number: _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_

Current Address: _2124 Glen View dc. Nampa Idaho 83686_

Date of Birth: _11/30/59_                Place of Birth: _Washington Seattlewis_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature: _Coster Worwal_                Date _9/3/19_

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_Coster Worwal_
**Print or Type Name**

1 Name of individual who is the subject of the record sought.
2 Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
3 Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
4 Signature of individual who is the subject of the record sought.

FORM DO
SE

FORM APPROVED OMB NO. 1103-0016
EXPIRES 4/31/07

# Ex-soldier charged with storing explosive on his Tacoma roof

Originally published December 10, 2015 at 3:29 pm | *Updated December 10, 2015 at 3:47 pm*

**The man pleaded not guilty to unlawful possession of an explosive device and reckless endangerment.**

**By Stacia Glenn**

*The (Tacoma) News Tribune*

## Share story

f    *Share*

✉    *Email*

🐦    *Tweet*

A former soldier suspected of storing a tank-piercing rocket on the roof of his East Tacoma house was criminally charged Thursday, a day after discovery of the explosive prompted a partial evacuation of the neighborhood, including an elementary school.

Tracy Worwood, 44, pleaded not guilty to unlawful possession of an explosive device without a license and reckless endangerment. He was released on his own recognizance.

Worwood's underage son visited him in late November, found the Anti-tank projectile 4 and took a picture of it, according to charging papers. When the boy's mom saw the picture, she reported the explosive to the FBI.

Tacoma police responded to the man's home in the 5000 block of McKinley Avenue about noon Wednesday and found the explosive.

Officers closed McKinley Avenue from 46th to 56th streets and residents were asked to stay inside their homes.

Sheridan Elementary School, which is nearby, continued with classes but teachers locked the exterior doors. The students were then bused to Boze Elementary School for parents and guardians to pick them up.

Other schools, including Blix, First Creek, Lister, Lyon, Lincoln and Stewart were placed on modified lockdown and parents who lived nearby were asked to pick up their children.

Worwood, who received an "other than honorable" discharge from the U.S. Army, told investigators he thought it was a training round.

"The defendant claimed he received the explosive device from someone as a going-away present," records show.

He allegedly moved it to the roof after finding out his son knew it was in the house.

Army officials were brought out to X-ray the explosive, which had all its working components. It had been fired but never exploded, officials said.

*Stacia Glenn*

The Seattle Times occasionally closes comments on particularly sensitive stories. If you would like to share your thoughts or experiences in relation to this story, please email the reporter or submit a letter to be considered for publication in our Opinion section. You can read more about our community policies here.

THE NEWS TRIBUNE       ⊟IMPACT2020

☰                    **THE NEWS TRIBUNE**                    👤▾



CRIME

# Man who had rocket atop East Tacoma house ordered to pay city $18,000

By Alexis Krell

akrell@thenewstribune.com

MAY 27, 2016 06:06 PM, UPDATED MAY 28, 2016 07:23 PM

🐦  f  ✉  ↱



▶ Listen to this article now        in  ⓟ  ⓢ  🖨
01:14    Powered by Trinity Au
                                    ORDER REPRINT →

A former soldier who had a tank-piercing rocket on top of his East Tacoma house
will have to pay $18,000 to help cover the cost of the police response to remove the
explosive late last year.

Tracy Worwood, 45, pleaded guilty Friday in Pierce County Superior Court to charges
of reckless endangerment and attempting to unlawfully manufacture, sell, or offer to
sell explosives.

He was given a year behind bars, which was suspended. If he follows the law and
other conditions of his sentence, he won't have to serve the time.

TOP ARTICLES

Immigrant workers affected by COVID-19 now can apply to the state for relief money

Deputy Prosecutor Kawyne Lund said the $18,000 doesn't come close to covering the cost of the police response, but it's what the state thought it could recover from Worwood.

When officers found the explosive Dec. 9, they closed McKinley Avenue from 46th to 56th streets, asked residents to stay inside their homes and evacuated a nearby elementary school.

## News alerts in your inbox

Sign up for email alerts and be the first to know when news breaks.

Enter Email Address

SIGN UP

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Worwood's son first found the rocket, and it was reported to police when the boy's mother saw a photo of it. Local and federal authorities responded and safely disposed of the rocket at the Tacoma landfill.

Worwood told investigators he thought the rocket was a training round, and said

Lance Quaranto Esq.
PO Box 5471
Eugene, OR 97405

7020 1290 0002 0919 8806



U.S. POSTAGE PAID
FCM LG ENV
EUGENE OR
97405
MAR 15 21
AMOUNT
$5.00
R2305K132056-03



**X-RAYED**

MAR 2 2 2021

⌈ **DOJ MAILROOM** ⌉

*FOTA APPEAL*

Director, Office of Information Policy (OIP),
United States Department of Justice,
Sixth Floor, 441 G Street, NW,
Washington, DC 20530



DOJ-FASS

Tracking No: 70201290000209198806

OIP/1425 NY AVE.
441 G ST.: 441 G ST.

Building:        441 G ST.
Room:
Dept:            OIP/FOIA
                 2021 07:40:22am



**U.S. Department of Justice**

Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Lance Quaranto, Esq                             August 26, 2021
Post Office Box 5471                    Re:  Appeal No. A-2021-01451
Eugene, OR  97405                            Request No. 2021-0098
lance.d.quaranto@gmail.com                   CDT:AMF

**VIA: Email**

Dear Lance Quaranto:

    You appealed on behalf of your client, Martin Woodbury, from the action of the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) on your client's Freedom of Information Act request for access to records concerning a criminal matter in East Tacoma, Washington involving Tracy Worwood.  I note that your appeal concerns ATF's denial of your client's request pursuant to Exemptions 6 and 7(C).

    After carefully considering your appeal, I am affirming ATF's action on your client's request.  The FOIA provides for disclosure of many agency records.  At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities.  To the extent that non-public responsive records exist, disclosure of such records, including law enforcement records, concerning a third-party individual would constitute a clearly unwarranted invasion of personal privacy, and could reasonably be expected to constitute an unwarranted invasion of personal privacy.  See 5 U.S.C. § 552(b)(6), (7)(C).  Further, it is reasonably foreseeable that releasing any non-public records, to the extent such records exist, would harm the interests protected by these exemptions.  Because any non-public records responsive to your request would be categorically exempt from disclosure, ATF properly asserted these exemptions and was not required to conduct a search for the requested records.  See, e.g., DOJ v. Reporters Committee for Freedom of the Press, 489 U.S. 749, 780 (1989) (holding "as a categorical matter" pursuant to Exemption 7(C) that release of investigatory records concerning a third party "can reasonably be expected to invade" that person's privacy and that such an invasion is unwarranted in the absence of an overriding public interest).

    Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your client's underlying request, and the action of ATF in response to yourclient's request.

If your client is dissatisfied with my action on your appeal, the FOIA permits your client to file a lawsuit in federal district court in accordance with 5 U.S.C. §552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your client's right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

X_____

Matthew Hurd,
Chief, Administrative Appeals Staff



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

www.atf.gov

REFER TO:  2021-0098
FOIA Litigation: 21-cv-03384

May 18, 2022

VIA Email:  lance.d.quaranto@gmail.com

Dear Mr. Quaranto:

This responds to your Freedom of Information Act (FOIA) request dated October 28, 2020, and received by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on the same day, in which you requested third party investigative records.

This is a supplemental final response.  In response to your request, and after further review of the records and applicable exemptions, your request has been granted in part.  We are releasing 16 pages in full (pages 18-33).  We are releasing 17 pages in part (pages 1-17). We are withholding 0 pages in full. I hope you find this information helpful.

We are withholding third party information, including the names of ATF employees, under FOIA Exemption (b)(6).  To disclose personal information about a living individual to a member of the public, we need the written consent from the persons whose information you requested. Without written consent, proof of death, or an overriding public interest, personal information is exempt from disclosure under the FOIA.  The FOIA does not require agencies to disclose information that would be a clearly unwarranted invasion of personal privacy (5 U.S.C. § 552(b)(6)).

We are withholding third party information, including the names of ATF employees, under Exemption (b)(7)(C).  Exemption (b)(7)(C) permits the withholding of information compiled for law enforcement purposes that "could reasonably be expected to constitute an unwarranted invasion of personal privacy."  The public interest in disclosure is limited to the FOIA's core purpose of shedding light on an agency's performance of its statutory duties.  The public interest under Exemption (b)(7)(C) must be both significant and compelling in order to overcome the legitimate personal privacy interests of a third party.  In this matter, the disclosure would not serve the core purpose of the FOIA, but rather, would serve as an unwarranted invasion of personal privacy (5 U.S.C. § 552(b)(7)(C)).

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a

standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you have any questions about this response, you may contact Bradley Silverman.

Sincerely,

Adam C. Siple
Chief
Information and Privacy Governance Division

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: (b) (6), (b) (7)(C) | Investigation Number: (b) (6), (b) (7)(C) | Report Number: 1 |
|---|---|---|

## CASE OPENING/ Initial Information

**SUMMARY OF EVENT:**

On 12/8/2015 (b) (6), (b) (7)(C) was made aware of a call in complaint made by one (b) (6), (b) (7)(C) (DOB (b) (6), (b) (7)(C) ). (b)(6), (b) (7)(C) alleged (b) (6), (b) (7)(C) is in possession of a military grade explosive device, and is storing it at his home in Tacoma Washington.

**NARRATIVE:**

On Tuesday December 8, 2015 (b) (6), (b) (7)(C) received information that indicated (b) (6), (b) (7)(C) was in possession of what was later determined to be a "DUD Fired" AT-4 Round. This information was reported by (b) (6), (b) (7)(C) (DOB (b) (6), (b) (7)(C) ). (b)(6), (b) (7)(C) reportedly informed (b) (6), (b) (7)(C) upon discovering what he believed to be a dangerous explosive. He made this discovery sometime during the last week of November

| Prepared by: (b) (6), (b) (7)(C) | Title: Special Agent, Seattle III Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: (b) (6), (b) (7)(C) | Title: Acting Group Supervisor, Seattle III Field Office | Signature: | Date: |
| Second level reviewer (optional): (b) (6), (b) (7)(C) | Title: Special Agent in Charge, Seattle Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: (b) (6), (b) (7)(C) | Investigation Number: (b) (6), (b) (7)(C) | Report Number: 1 |
| --- | --- | --- |



The photo (above), provided by (b) (6), (b) (7)(C) was examined by ATF EEO (b) (6), (b) (7)(C) and was determined to be what he believed to be a "DUD Fired" AT-4 projectile (Anti-Tank Explosive warhead projectile). The Yellow band indicated this is a High Explosive (HE) projectile. And the striations and stress to the metal on the body of the projectile indicates the item has been fired.

Based on the above information and determination by EEO (b) (6), (b) (7)(C) SA (b) (6), (b) (7)(C) contacted (b) (6), (b) (7)(C) and (b) (6), (b) (7)(C) for a follow up interview, which will be documented in a later ROI.

This investigation is open and ongoing.

ATF EF 3120 2 (10-2004)
For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: (b) (6), (b) (7)(C) | Investigation Number: (b) (6), (b) (7)(C) | Report Number: 2 |
|---|---|---|

## INTELLIGENCE ANALYSIS

**SUMMARY OF EVENT:**

On 12/8/15 SA (b) (6), (b) (7)(C) requested an intelligence analysis and background check on one (b) (6), (b) (7)(C) This request was made relating to the alleged possession of a military type explosive.

**NARRATIVE:**

1. On Tuesday SA (b) (6), (b) (7)(C) contacted ATF Intelligence Research Specialist (IRS) (b) (6), (b) (7)(C) and requested an intelligence analysis and history on (b) (6), (b) (7)(C) This request was pursuant to the information obtained from the Tip line call related to (b) (6), (b) (7)(C) possible possession of a Military Explosive device.

2. IRS (b) (6), (b) (7)(C) provided the following information:

   **Name:** (b) (6), (b) (7)(C)
   DOB: (b) (6), (b) (7)(C)
   SSN: (b) (6), (b) (7)(C)
   SID: (b) (6), (b) (7)(C), (b) (7)(E)
   PIC: (b) (6), (b) (7)(C), (b) (7)(E)

   Address: (b) (6), (b) (7)(C)

| Prepared by: (b) (6), (b) (7)(C) | Title: Special Agent, Seattle III Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: (b) (6), (b) (7)(C) | Title: Acting Group Supervisor, Seattle III Field Office | Signature: | Date: |
| Second level reviewer (optional): (b) (6), (b) (7)(C) | Title: Special Agent in Charge, Seattle Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: (b) (6), (b) (7)(C) | Investigation Number: (b) (6), (b) (7)(C) | Report Number: 2 |
|---|---|---|



ATF EF 3120 2 (10-2004)
For Official Use Only



(b) (6), (b) (7)(C)

- o **Possible Other Phones**
- o (b) (6), (b) (7)(C)
- o
- o
- o
- o
- o
- o

- o **Possible Email Addresses**
- o (b) (6), (b) (7)(C)
- o
- o

*Address Summary (30 Found)*
1. (b) (6), (b) (7)(C)

2. (b) (6), (b) (7)(C)
3. (b) (6), (b) (7)(C)
4. (b) (6), (b) (7)(C)

5. (b) (6), (b) (7)(C)
6. (b) (6), (b) (7)(C)
7. (b) (6), (b) (7)(C)
8. (b) (6), (b) (7)(C)

ATF EF 3120 2 (10-2004)
For Official Use Only

**9.** (b) (6), (b) (7)(C)

**10.** (b) (6), (b) (7)(C)

3. This investigation is open and ongoing.

ATF EF 3120 2 (10-2004)
For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: (b) (6), (b) (7)(C) | Investigation Number: (b) (6), (b) (7)(C) | Report Number: 3 |
|---|---|---|

## TELEPHONIC INTERVIEW

**SUMMARY OF EVENT:**

On 12/8/2015 SA ▮(b) (6), (b) (7)(C)▮ conducted a telephonic interview with ▮(b) (6), (b) (7)(C)▮ (DOB ▮(b) (6), (b) (7)(C)▮) and ▮(b) (6), (b) (7)(C)▮ (DOB ▮(b) (6), (b) (7)(C)▮). This interview was conducted in relation to the Tip line report alleging ▮(b) (6), (b) (7)(C)▮ (DOB ▮(b) (6), (b) (7)(C)▮) of Tacoma Washington was in unlawful possession of a military grade explosive device

**NARRATIVE:**

On Tuesday December 8, 2015 SA ▮(b) (6), (b) (7)(C)▮ received information from a Tip Line complaint from ▮(b) (6), (b) (7)(C)▮ and ▮(b) (6), (b) (7)(C)▮ alleging ▮(b) (6), (b) (7)(C)▮ was in unlawful possession of a military grade explosive device. After a brief overview of the information from the Tip Line call SA ▮(b) (6), (b) (7)(C)▮ contacted ▮(b) (6), (b) (7)(C)▮ at the phone number provided to arrange a telephonic interview with ▮(b) (6), (b) (7)(C)▮

The telephonic interview took place on 12/8/15 at approximately 1600 PST, SA ▮(b) (6), (b) (7)(C)▮ was able to ascertain the following information:

▮(b) (6), (b) (7)(C)▮

1. ▮(b) (6), (b) (7)(C)▮ live at ▮(b) (6), (b) (7)(C)▮
2. ▮(b) (6), (b) (7)(C)▮ became aware of this item during the last week of November when ▮(b) (6), (b) (7)(C)▮ was staying with ▮(b) (6)▮ in Tacoma Washington.
3. ▮(b) (6), (b) (7)(C)▮ took a cellphone photo of the device and sent it to ▮(b) (6), (b) (7)(C)▮
4. After receiving the photo ▮(b) (6), (b) (7)(C)▮ forwarded it to Martin Woodbury (US ARMY member currently stationed in Germany).
5. Woodbury informed ▮(b) (6), (b) (7)(C)▮ the item is the projectile/cartridge from M136 AT-4 (Explosive Anti-Tank weapon) and it was very dangerous and could explode if mishandled.
6. Once ▮(b) (6), (b) (7)(C)▮ was aware of this information she contacted ▮(b) (6), (b) (7)(C)▮ and had a heated telephonic conversation regarding the safety of ▮(b) (6), (b) (7)(C)▮ being around a very dangerous weapon.

| Prepared by: (b) (6), (b) (7)(C) | Title: Special Agent, Seattle III Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: (b) (6), (b) (7)(C) | Title: Acting Group Supervisor, Seattle III Field Office | Signature: | Date: |
| Second level reviewer (optional): (b) (6), (b) (7)(C) | Title: Special Agent in Charge, Seattle Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

Title of Investigation:
(b) (6), (b) (7)(C)

Case 1:21-cv-03384-DLF    Document 25-3    Filed 05/31/24    Page 43 of 644

Investigation Number:
(b) (6), (b) (7)(C)

Report Number:
3

7.  (b) (6), (b) (7)(C) then made arrangements for (b) (6), (b) (7)(C) to get picked up and brought home to Idaho.
8.  (b) (6), (b) (7)(C) also indicated she was contacted by the FBI prior to the ATF contact related to the same issue.


(b) (6), (b) (7)(C)


1.  (b) (6), (b) (7)(C) was able to confirm (b) (6), (b) (7)(C) address as (b) (6), (b) (7)(C)
2.  He found the device in a compartment of the coffee table in the living room.
3.  The device was wrapped in a blue blanket.
4.  The device had a Yellow painted band around it.
5.  There was no writing or marking that he could see.
6.  No notice of the word "INERT"
7.  The metal was rough and paint was dull not shiny.
8.  Once (b) (6), (b) (7)(C) called (b) (6), (b) (7)(C) threatened (b) (6), (b) (7)(C) and moved the device.
9.  (b) (6), (b) (7)(C) was unsure of the device's new location, but believes it is in the "Man Cave" and still in the residence.
10. The only other person he knew to be in the residence was (b) (6), (b) (7)(C)
11. (b) (6), (b) (7)(C) believes (b) (6), (b) (7)(C) to be armed with what he described as an M-9 pistol.
12. (b) (6), (b) (7)(C) provided the following photo:



The above photograph was examined by ATF EEO (b) (6), (b) (7)(C) and confirmed to be a High Explosive AT-4 projectile that had been "Dud" fired and was damaged. Further if the device was not inert it would be classified as a federal destructive device.

ATF EF 3120 2 (10-2004)
For Official Use Only

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) | 3 |

Based on the interview and picture provided by (b) (6), (b) (7)(C) and evaluation of ATF EEO (b) (6), (b) (7)(C) SA (b) (6), (b) (7)(C) proceeded with the investigation and contacted Tacoma Police Department in order to begin a joint investigation and establish probable cause to obtain a search warrant for the residence.

This investigation is open and ongoing.

ATF EF 3120 2 (10-2004)
For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) | 4 |

## SEARCH WARRANT & EPLOSIVE DISPOSAL

**SUMMARY OF EVENT:**

On December 9, 2015 SA ▮ EEO ▮ and A/GS ▮ assisted Tacoma Police (TPD) with the service of a State search warrant for explosives. This search warrant was obtained using information provided by the ATF investigation into (b) (6), (b) (7)(C) (DOB ▮) of (b) (6), (b) (7)(C)

**NARRATIVE:**

On Tuesday December 8, 2015 SA (b) (6), (b) (7)(C) received information that indicated (b) (6), (b) (7)(C) was in possession of what was later determined to be a "DUD Fired" AT-4 Round. This information was reported by (b) (6), (b) (7)(C) (DOB ▮), and (b) (6), (b) (7)(C) (DOB ▮). ▮ reportedly informed ▮ upon discovering what he believed to be a dangerous explosive, sometime during the last week of November.

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| (b) (6), (b) (7)(C) | Special Agent, Seattle III Field Office | | |
| **Authorized by:** | Title: | Signature: | Date: |
| (b) (6), (b) (7)(C) | Acting Group Supervisor, Seattle III Field Office | | |
| Second level reviewer (optional): | Title: | Signature: | Date: |
| (b) (6), (b) (7)(C) | Special Agent in Charge, Seattle Field Division | | |

ATF EF 3120.2 (10-2004)
For Official Use Only

Title of Investigation:
(b) (6), (b) (7)(C)

Investigation Number:
(b) (6), (b) (7)(C)

Report Number:
4



The photo (above), provided by [(b) (6), (b) (7)(C)] was examined by ATF EEO [(b) (6), (b) (7)(C)] and was determined to be what he believed to be a "DUD Fired" AT-4 projectile (Anti-Tank Explosive warhead projectile).

Based on the above information and determination by EEO [(b) (6), (b) (7)(C)] SA [(b) (6), (b) (7)(C)] contacted [(b) (6), (b) (7)(C)] and [(b) (6), (b) (7)(C)] for a follow up interview. After the interview and determination by EEO [(b) (6), (b) (7)(C)] the decision was made to contact TPD and inform them of the situation.

On Wednesday December 9, 2015 ATF SA [(b) (6), (b) (7)(C)] contacted TPD Detective [(b) (6), (b) (7)(C)] and Sargent [(b) (6), (b) (7)(C)] and informed them he had been in contact with [(b) (6), (b) (7)(C)] who was recently visiting [(b) (6), (b) (7)(C)] currently resides at [(b) (6), (b) (7)(C)] [(b) (6), (b) (7)(C)] when he observed what he thought to be a military explosive device in a drawer at [(b) (6), (b) (7)(C)]'s home.

[(b) (6), (b) (7)(C)] said that around November 28th, 2015 he observed what appeared to be a military explosive device in a drawer of a table wrapped in a blue blanket. [(b) (6), (b) (7)(C)] then took a digital photograph of the device with his phone. He later told [(b) (6), (b) (7)(C)] what he had found and digitally forwarded her the photos. [(b) (6), (b) (7)(C)] then contacted Alcohol, Tobacco, Firearms and Explosives and has talked to Special Agent [(b) (6), (b) (7)(C)] on December 8th, 2015.

On December 9, 2015 SA [(b) (6), (b) (7)(C)] provide the above information as well as new information indicating [(b) (6), (b) (7)(C)] [(b) (6), (b) (7)(C)] and

ATF EF 3120 2 (10-2004)
For Official Use Only

| Title of Investigation: (b) (6), (b) (7)(C) | Investigation Number: (b) (6), (b) (7)(C) | Report Number: 4 |
|---|---|---|

(b) (6), (b) (7)(C) have stated (b) (6), (b) (7)(C)

Based on the information as well as consulting with EEO (b) (6), (b) (7)(C) who confirmed the device appears to be a military high explosive projectile due to the yellow/gold markings indicating high explosives. EEO (b) (6), (b) (7)(C) further indicated the device is consistent with military explosive devices that, when initiated/fired have an arming pin that can be delayed. The device in the photo appears to have been fired and undetonated, lending to a live and armed explosive device.

Based on the above information TPD Det. (b) (6), (b) (7)(C) obtained a search warrant for (b) (6), (b) (7)(C) With the assistance of ATF, TPD Bomb Squad, US Army Explosives Ordinance Disposal (EOD), and Tacoma SWAT an approximate twelve city blocks were secured and cordoned off to any vehicle or pedestrian traffic including the evacuation of an elementary school.

During the service of the search warrant (b) (6), (b) (7)(C) was located and detained for questioning. Prior to any questioning A/GS (b) (6), (b) (7)(C) and Det. (b) (6), (b) (7)(C) were informed the investigators on the scene had located an "AT-4" (Anti-Tank) Armor Piercing, shoulder fired, High explosive rocket. Det. (b) (6), (b) (7)(C) and A/GS (b) (6), (b) (7)(C) were also informed based on X-ray evidence and visual examination this item was considered live and needed to be destroyed.



ATF EF 3120 2 (10-2004)
For Official Use Only

| Title of Investigation: (b) (6), (b) (7)(C) | Investigation Number: (b) (6), (b) (7)(C) | Report Number: 4 |
|---|---|---|

A/GS (b) (6), (b) (7)(C) assisted Det. (b) (6), (b) (7)(C) with an interview of (b) (6), (b) (7)(C) at the Tacoma PD Sector four Office. The details regarding that interview will be documented in a later ROI.

ATF, TPD, and US Army EOD packaged the device for safe transport to the Tacoma city landfill in order to conduct render safe (RSP) operations. In case of device functioning or having a high order detonation during the RSP investigators placed a 1" thick (approx.) steel plate (simulated armor plating) to simulate/demonstrate the device's design. During the RSP the device did have a high order detonation and functioned as it was designed explosively punching a hole through the simulated armor. Since the device exploded the steel plate, and any post blast debris of the projectile where collected as evidence which remains in the custody of TPD.



This investigation is ongoing.

ATF EF 3120 2 (10-2004)
For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation:<br>(b) (6), (b) (7)(C) | Investigation Number:<br>(b) (6), (b) (7)(C) | Report Number:<br>5 |
| --- | --- | --- |

## CONTACT INTERVIEW

**SUMMARY OF EVENT:**

<u>Review and documentation of Report:</u> On December 9, 2015 A/GS (b) (6), (b) (7)(C) assisted Tacoma Police (TPD) (b) (6), (b) (7)(C) with a custodial interview (b) (6), (b) (7)(C) (DOB (b) (6), (b) (7)(C)) of (b) (6), (b) (7)(C)

**NARRATIVE:**

1. On Tuesday December 11, 2015 SA (b) (6), (b) (7)(C) received an electronic copy of TPD (b) (6), (b) (7)(C) report detailing the contact interview of (b) (6), (b) (7)(C) regarding his knowledge, involvement and possession of what was later determined to be a "DUD Fired" AT-4 Round.

2. The information in the report referenced above is important to this investigation. To save time and to eliminate the possibility that trying to paraphrase this report might not accurately capture the pertinent information, the interview portion has been copied into this report in its entirety.

3. (b) (6), (b) (7)(C) **report on the interview is as follows:**

   1. Special Agent (b) (6), (b) (7)(C) and I then interviewed (b) (6), (b) (7)(C) I advised him of his Miranda Rights which he acknowledged, understood, waived and later signed the Tacoma Advisement of Rights Form. (b) (6), (b) (7)(C) stated he was aware of why we were talking with him and that he believed the device was a training round. I asked him about his military experience and he stated that (b) (6), (b) (7)(C) I asked him what the yellow/gold band around the device meant and he said he thought it was for training (It should be known that yellow/gold is for high explosives and this is taught to anyone who uses this type of device, as training rounds are marked with blue). I asked him again about the device and he said that it was an 82mm mortar round and (b) (6), (b) (7)(C) They had a plastic tube in

| Prepared by:<br>(b) (6), (b) (7)(C) | Title:<br>Special Agent, Seattle III Field Office | Signature: | Date: |
| --- | --- | --- | --- |
| Authorized by:<br>(b) (6), (b) (7)(C) | Title:<br>Acting Group Supervisor, Seattle III Field Office | Signature: | Date: |
| Second level reviewer (optional):<br>(b) (6), (b) (7)(C) | Title:<br>Special Agent in Charge, Seattle Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

the office and they would drop it into the tube. I asked him about this specific device we had located and he said that it was given to him as a going away gift from **(b) (6), (b) (7)(C)** He added that he has had it ever since and used it from time to time on his desk at work and thought it was a training round. I clarified with him and asked him if he could say this was actually one of the rounds he used for training and he said, "No" and admitted that he did not know exactly where the device came from or what it was used for as it was given to him as a gift.

2.  I asked **(b) (6), (b) (7)(C)** why the device was on his roof and he said that "When I found out (b) (6), (b) (7)(C) found it I didn't want him to take it or for a situation like this to happen." He added that he was afraid (b) (6), (b) (7)(C) would take the device to school and cause a scare. I asked why he kept it and he said, "It was a cool gift."

3.  I then asked **(b) (6), (b) (7)(C)** what if the device is real and he said, "No, I, no…I'm not dumb". I asked him when did he put it on the roof and he said, "Whatever day he (**(b) (6), (b) (7)(C)**) took the pictures" admitting he was aware **(b) (6), (b) (7)(C)** took photos of the device. I then asked him why didn't he just dispose of it and he said, "What am I supposed to do, throw it away" indicating he knew that the device was not safe to possess and that he was not supposed to have it. **(b) (6), (b) (7)(C)** described the device to us, about how he knew the head of it was empty as he could unscrew the top.

4.  I then advised **(b) (6), (b) (7)(C)** that the device does appear to be a real explosive device and that it contained a high explosive charge. He replied, "Shit, I'm in trouble then." I explained to him how the device works regarding the empty cone on top, the way it arms during rotation when fired and that it is a high explosive ordinance. He said he knew the cone can be replaced and the charge is in the lower half. As we discussed the volatility of the incident and dangers of the device **(b) (6), (b) (7)(C)** said, "I was going to turn it into an ash tray" again stating he did not know it contained high explosives.

5.  During our interview **(b) (6), (b) (7)(C)** said that **(b) (6), (b) (7)(C)** hates him and (b) (6), (b) (7)(C) came out to stay with him for a while and it made things worse. He started to talk about a conversation he had with **(b) (6), (b) (7)(C)** via text but did not elaborate.

6.  I provided **(b) (6), (b) (7)(C)** the opportunity to provide a handwritten statement and he voluntarily wrote one which read:
    a.  "I was given what I thought was a training round-82mm mortar. Had it on my desk at work for year until I got out of the Army. I had it in a chest at my house for years until (b) (6), (b) (7)(C) discovered it. I took the round put it on the roof outside so (b) (6), (b) (7)(C) didn't do anything with it. I was told that it was a live round today and I never knew that."

7.  Also during the interview **(b) (6), (b) (7)(C)** stated that there were no other devices or explosives in the house and that he had a shotgun which he dismantled while (b) (6), (b) (7)(C) was visiting and it would be located in a closet along with some shotgun rounds. I advised Lt. **(b) (6), (b) (7)(C)** of this to advise SWAT during the service of the warrant.

ATF EF 3120 2 (10-2004)
For Official Use Only

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) | 5 |

8.  I then served a copy of the search warrant to (b) (6), (b) (7)(C) and read it in its entirety to him in the presence of Special Agent (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) was cooperative during our interview with him. Once the interview was completed he was taken into custody and transported to jail by Patrol where he was booked.

ATF EF 3120 2 (10-2004)
For Official Use Only

AT-4 Projectile,
Dud Fired, Recovered in Tacoma
December 9th, 2015
by (b) (6), (b) (7)(C)

**ATF Working Notes, for Law Enforcement and EOD only!**

The M136 AT4 is the Army's primary light anti-tank weapon. The M136 AT4 is a recoilless rifle used primarily by Infantry Forces for engagement and defeat of light armor. The recoilless rifle design permits accurate delivery of an 84mm High Explosive Anti-Armor warhead, with negligible recoil. The M136 AT4 is a lightweight, self-contained, antiarmor weapon consisting of a free-flight, fin-stabilized, rocket-type cartridge packed in an expendable, one-piece, fiberglass-wrapped tube. The M136 AT4 is man-portable and is fired from the right shoulder only. The launcher is watertight for ease of transportation and storage. Unlike the M72-series LAW, the M136 AT4 launcher need not be extended before firing. Though the M136 AT4 can be employed in limited visibility, the firer must be able to see and identify the target and estimate the range to it. Subsequent to the initial fielding of the weapon, a reusable night sight bracket was developed and fielded. It permits utilization of standard night vision equipment. The system's tactical engagement range is 250 meters and has been used in multiple combat situations. The round of ammunition is self-contained in a disposable launch tube. The system weighs 15 pounds and can be utilized effectively with minimal training. From FAS website.







Figure 3-3. Effects of M136 AT4 warhead.

**Launcher.** Length...................... 1,020 mm (40 inches)
Weight (Complete System) .. 6.7 kg (14.8 pounds)
Rear Sight.................. Range indicator, graduated in 50-meter increments

**Rocket.** Caliber ................... 84 mm
Muzzle Velocity............ 290 mps (950 fps)
Length .................... 460 mm (18 inches)
Weight..................... 1.8 kg (4 pounds)
Minimum Range Training ........... 30 meters (100 feet)
Combat ................. 10 meters (33 feet)
Arming.................. 10 meters (33 feet)
Maximum Range ............. 2,100 meters (6,890 feet)
Maximum Effective Range ... 300 meters (985 feet)
**Penetration**: 400 mm of rolled homogenous armor
**Time of Flight (to 250 meters)**: less than 1 second
**Muzzle velocity**: 950 feet (285 meters) per second
**Operating temperature**: -104 to +140° F (-40 to +60°C)
**Ammunition**: Rocket with shaped charge warhead
**Unit Replacement Cost**: $1,480.64

From FAS website.



The AT-4 projectile, as recovered, the shell had been fired and was damaged.











Placement of shell in hole, a steel witness plate was placed at the nose end of the projectile to show the anti-armor shape charge effect



Placement of linear shaped charge at the base of the projectile, intended result;
- function the shell's explosives charge or break open the casing and take explosives sample.





Result, the applied linear shaped charge caused the AT-4 Projectile to function, putting a hole in the steel witness plate, showing the anti-armor effect of the shell.













U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

www.atf.gov

REFER TO:  2021-0098
1:21-cv-03384

November 22, 2022

Mr. Lance Quaranto
**VIA e-mail: lance.d.quaranto@gmail.com**

Dear Mr. Quaranto:

This responds to your Freedom of Information Act (FOIA) request dated October 28, 2020, to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), in which you requested records concerning an incident in East Tacoma, WA.  Your request has been assigned number 2021-0098.  Please refer to this number on any future correspondence.

In response to your request, we have processed a total of 572 pages of responsive material.  We are releasing 440 pages in full, and we are releasing 77 pages in part.  We are withholding 53 pages in full.  There are 0 pages of non-responsive material and 2 pages of duplicative material.  We have referred 20 documents to another Federal agency for a release determination/direct response to you.  Individual redactions identify the exemption pursuant to which the redacted material has been withheld.

We are withholding deliberative materials in the records you requested under FOIA Exemption (b)(5).  FOIA Exemption 5 permits the withholding of "inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency."  FOIA Exemption 5 protects advice, opinions, recommendations, predecisional discussion, and evaluative remarks that are part of the government decision-making process.  Release of such predecisional advisory communications would harm the quality of agency decision-making and the policy of encouraging frank, open discussion among agency personnel before making a decision.  *See* 5 U.S.C. § 552 (b)(5).

The most commonly invoked privilege within Exemption 5 is the deliberative process privilege.  The general purposes of this privilege are to prevent injury to the quality of agency decisions and to protect government agencies' decision-making processes.  The deliberative process privilege allows agencies to freely explore alternative avenues of action and to engage in internal debates without fear of public scrutiny.  *See Missouri ex rel. Shorr v. United States Army Corps of*

-2-

Mr. Lance Quaranto

*Engineers*, 147 F.3d 708, 710 (8th Cir. 1998). Exemption 5 protects not merely documents, but also the integrity of the deliberative process itself, where the exposure of that process could result in foreseeable harm.

We are withholding the personal information of other individuals mentioned in the records you requested under FOIA Exemption (b)(6). To disclose personal information about living individuals to a member of the public, we need the written consent from the persons whose information you requested. Without written consent, proof of death, or an overriding public interest, personal information is exempt from disclosure under the FOIA. The FOIA does not require agencies to disclose information that would constitute a clearly unwarranted invasion of the personal privacy of third parties. *See* 5 U.S.C. § 552(b)(6)).

We are withholding third party information, including the names of ATF employees, pursuant to Exemption (b)(7)(C) of the FOIA. Exemption (b)(7)(C) permits the withholding of information compiled for law enforcement purposes that "could reasonably be expected to constitute an unwarranted invasion of personal privacy." The public interest in disclosure is limited to the FOIA's core purpose of shedding light on an agency's performance of its statutory duties. The public interest under Exemption (b)(7)(C) must be both significant and compelling in order to overcome the legitimate personal privacy interests of a third party. In this matter, the disclosure would not serve the core purpose of the FOIA but would serve as an unwarranted invasion of personal privacy. *See* 5 U.S.C. § 552(b)(7)(C).

We are withholding the specific law enforcement techniques and procedures used in our investigation pursuant to Exemption (b)(7)(E) of the FOIA. Exemption (b)(7)(E) exempts from mandatory disclosure records or information compiled for law enforcement purposes when production of such records or information "would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law." 5 U.S.C. § 552(b)(7)(E). The information withheld reveals specific law enforcement procedures and techniques used in this investigation. Disclosure of this information could enable individuals outside of the agency to circumvent agency functions and gain access to sensitive investigative information.

Please be advised that we considered the foreseeable harm standard when reviewing records and applying FOIA exemptions.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For any further assistance or to discuss any aspect of your request, you may contact Bradley Silverman.

-3-

Mr. Lance Quaranto

Sincerely,

Adam C. Siple
Chief
Information and Privacy Governance Division



**To:**    (b) (6)

**From:**    (b) (6)
**Sent:**    Fri 12/11/2015 3:25:45 PM
**Subject:**    2015_12_11 Information From Online Communities and Unclassified Sources (InFOCUS)
2015_12_11.pdf

# InFOCUS
## Friday – 11 December 2015

| | International | National | Regio |
|---|---|---|---|
| **Events, Opportunities** Go to articles | 12/11 Militants fire at Ukraine forces 12/11 Continued drop in global oil prices 12/10 Canada welcomes Syrian refugees 12/10 Iranians angry over US visa change 12/10 Saudi Arabia, US in massive arms deal 12/10 Welcoming refugees and footing the bill | 12/11 Irradiated: secret, tragic US legacy 12/11 Worst weather expected coming months 12/10 How many Muslims immigrating to US? 12/10 Concern: home laser Christmas lights 12/10 Budget deficit widens to $65B in Nov. 12/10 Education law shifts power to states 12/10 Depletion of ground water worsening 12/10 Evolving state of American policing 12/10 Brain's on public health campaigns 12/10 Tracking overstay foreign visitors 12/10 Survey: fewer teens driving drunk 12/10 Study: 20% kids w/high cholesterol 12/10 'Happy Birthday' copyright settled 12/10 Medical helicopter crash in Calif. 12/10 Winter El Nino not backing down 12/10 New flood of migrants at border 12/10 Major airlines ban hoverboards 12/10 Recall: Sweet Leaf Tea bottles 12/09 Experts warn fleas are mutating 12/08 Workplace: NASA good, DHS bad … | 12/11 Wild wea 12/10 Seattle p 12/10 Woodlan open 12/10 Seattle C violations 12/10 Feds war tech. 12/10 Seattle P videos 12/10 New style thug? 12/10 Bellevue data 12/10 Swedish menu |
| **Cyber Awareness** Go to articles | 12/11 Canada seeks new cybersecurity network 12/10 ISIS' homebrewed encryption app? 12/10 Large UK website hosting attacked 12/10 Canada: ISIS hack on plane unlikely 12/10 IATA: cyberattacks on planes costly 12/10 Mystery hackers eye Internet shutdown? | 12/10 Encryption stymies national security? 12/10 Using online search to stop infections 12/10 Cyber criminals seek to cut costs 12/10 Ships' data recorders vulnerable 12/10 FBI 'hacks' to investigate crime | |
| **Terror Conditions** Go to articles | 12/11 Saddam's men help ISIS rule 12/11 ISIS threatens UNESCO site in Libya 12/10 Canada: security alert level not raised | 12/11 America's most wanted: al-Adnani 12/11 FBI: Garland gunmen texted terrorist | |

| | | | |
|---|---|---|---|
| | 12/10 RCMP aware report of Toronto threat<br>12/10 Finland arrests suspected extremists<br>12/10 Britain's jihad hotspots revealed<br>12/10 UK terror arrests reach record level<br>12/10 US: ISIS oil going to Assad regime<br>12/10 Paris attack gun link to US dealer<br>12/10 Geneva police hunt ISIS suspects<br>12/10 Arab states and the war on ISIS<br>12/10 ISIS retakes key town in Syria<br>12/10 Paris attacker urged 'kill them'<br>12/09 France jails 3 for 'train attack bluff' | 12/11 NYC bomb plot revealed in guilty plea<br>12/10 Minn. suspect denies San Bernardino link<br>12/10 Extremist groups ignored Calif. shooter<br>12/10 FBI searches lake near San Bernardino<br>12/10 Feds investigate other potential plots<br>12/10 Terrorist shooting intelligence failure?<br>12/10 Conflicted portrait of terrorists' friend<br>12/10 Intel: ISIS makes fraudulent passports<br>12/10 USAF plans massive drone expansion<br>12/10 Feds arrest 'emir' of ISIS recruiting<br>12/10 Claim: DHS nixed effective program<br>12/10 Calif. shooters planned bigger?<br>12/10 Pentagon: 3 ISIS leaders killed<br>12/10 ISIS vs special operations<br>12/08 Why do people join ISIS? 9 reasons<br>_ | |
| **Suspicious, Unusual**<br>Go to articles | 12/11 Cambodia deaths linked to BBQ dog<br>12/10 Hoax: drug cartel vs. ISIS<br>12/10 Former Israel soldier joins ISIS<br>12/10 Report: MH370 was 'zombie plane'<br>12/10 Fears: new E. coli strain 'drug resistant' | 12/10 Armed man arrested at Ark. University<br>12/10 Boston runaway train 'tampered with'<br>12/10 Florida school pressure cooker 'threat'<br>12/10 CAIR D.C. office evacuated in 'threat'<br>12/10 Questions about college knife attack<br>12/10 Suspicious cellphone purchases<br>12/10 Unusual weather patterns in US<br>12/10 Suicide by dog attack?<br>_ | 12/10 Rare torn<br>Ground<br>12/10 Snohomi |
| **Crime, Criminals**<br>Go to articles | | 12/10 Fears of Muslim harassment rise<br>12/10 Okla. ex-cop guilty of sex assaults<br>12/10 Student faces bomb threat charges<br>12/10 La. city marshals indicted in child death | 12/10 Ride sha<br>12/10 WWU stu<br>12/10 Ex-soldie<br>device<br>12/10 Pierce Co<br>robber<br>12/09 Serial rol<br>12/09 Arrest of |

DISCLAIMER and FAIR USE Notice

## Event Calendar

Top of page

| Date | Event | Location/Time | Other Information |
|------|-------|---------------|------------------|
| 25-29 April 2016 | IALEIA/LEIU Training Conference | Training Event Location & Reservations: (training will be at the Hilton)<br><br>New Orleans Riverside; Two Poydras Street, New Orleans, Louisiana Tel: (504) 561-0500 | **http://www.ialeia.org/training-and-certification/conference/ialeia-leiu-annual-training-event-no-2016.html** |
| | | | |
| | | | |
| Return to Top | **indicates new event/new information added during reporting week | | |

## Events, Opportunities

Top of page

| HEADLINE | 12/10 Medical helicopter crash in Calif. |
|----------|------------------------------------------|
| SOURCE | **http://www.khq.com/story/30722301/four-killed-in-medical-helicopter-crash-in-bakersfield-california** |
| GIST | BAKERSFIELD, Calif. - Four people were killed Thursday after a medical helicopter crashed while on its way to a California hospital Thursday night, NBC news reports.<br><br>The four victims were the pilot, a nurse, a paramedic, and a patient.<br><br>The SkyLife helicopter was traveling from Fresno to San Joaquin Community Hospital in Bakersfield — a 10-minute flight — and a search was started at 7:37 p.m. after there was no contact with the aircraft for 30 minutes, NBC affiliate KGET reported.<br><br>The search was hindered by bad weather and rain, but they eventually found a debris field. Searchers determined there were no survivors, Kern County Sheriff's Office Lt. Bill Smallwood officials told NBC News.<br><br>"We continue to pray vigilantly for our first responders and everyone involved," San Joaquin Community Hospital president and CEO Doug Duffield said.<br><br>The helicopter crashed in an area north of Bakersfield made up of mostly orchards, a fire official said. |
| Return to Top | |

| HEADLINE | 12/11 Irradiated: secret, tragic US legacy |
|----------|--------------------------------------------|
| SOURCE | **http://media.mcclatchydc.com/static/features/irradiated/** |

| GIST | Byron Vaigneur watched as a brownish sludge containing plutonium broke through the wall of his office on Oct. 3, 1975, and began puddling four feet from his desk at the Savannah River nuclear weapons plant in South Carolina. |
|---|---|
| | The radiation from the plutonium likely started attacking his body instantly. He'd later develop breast cancer and, as a result of his other work as a health inspector at the plant, he'd also contract chronic beryllium disease, a debilitating respiratory condition that can be fatal. |
| | "I knew we were in one helluva damn mess," said Vaigneur, now 84, who had a mastectomy to cut out the cancer from his left breast and now is on oxygen, unable to walk more than 100 feet on many days. He says he's ready to die and has already decided to donate his body to science, hoping it will help others who've been exposed to radiation. |
| | Vaigneur is one of 107,394 Americans who have been diagnosed with cancers and other diseases after building the nation's nuclear stockpile over the last seven decades. For his troubles, he got $350,000 from the federal government in 2009. |
| | His cash came from a special fund created in 2001 to compensate those sickened in the construction of America's nuclear arsenal. The program was touted as a way of repaying those who helped end the fight with the Japanese and persevere in the Cold War that followed. |
| | Most Americans regard their work as a heroic, patriotic endeavor. But the government has never fully disclosed the enormous human cost. |
| | Now with the country embarking on an ambitious $1 trillion plan to modernize its nuclear weapons, current workers fear that the government and its contractors have not learned the lessons of the past.<br>For the last year, McClatchy journalists conducted more than 100 interviews across the country and analyzed more than 70 million records in a federal database obtained under the Freedom of Information Act. |
| | Among the findings:<br>• McClatchy can report for the first time that the great push to win the Cold War has left a legacy of death on American soil: At least 33,480 former nuclear workers who received compensation are dead. The death toll is more than four times the number of American casualties in the wars in Afghanistan and Iraq.<br>• Federal officials greatly underestimated how sick the U.S. nuclear workforce would become. At first, the government predicted the program would serve only 3,000 people at an annual cost of $120 million. Fourteen years later, taxpayers have spent sevenfold that estimate, $12 billion, on payouts and medical expenses for more than 53,000 workers.<br>• Even with the ballooning costs, fewer than half of those who've applied have received any money. Workers complain that they're often left in bureaucratic limbo, flummoxed by who gets payments, frustrated by long wait times and overwhelmed by paperwork.<br>• Despite the cancers and other illnesses among nuclear workers, the government wants to save money by slashing current employees' health plans, retirement benefits and sick leave.<br>• Stronger safety standards have not stopped accidents or day-to-day radiation exposure. More than 186,000 workers have been exposed since 2001, all but ensuring a new generation of claimants. And to date, the government has paid $11 million to 118 workers who began working at nuclear weapons facilities after 2001. |
| Return to Top | |

|  |  |
|---|---|

| HEADLINE | **12/10 Swedish Hospital removes juice** |
|---|---|
| SOURCE | http://www.komonews.com/news/local/Seattles-Swedish-Hospital-first-in-US-to-take-juice-off-the-menu-361496321.html |
| GIST | SEATTLE - A popular drink is off the menu at Swedish Medical Center in Seattle. Pediatric patients are no longer served juice. And doctors want the sugar-filled beverage banned at home, too.

Nine-year-old Gabe spent the night at Swedish Medical Center so doctors could check his seizure medication. That means waking up to breakfast in bed of a breakfast burrito, fruit and milk. Gabe would prefer juice to drink, but it's not an option here.

Gabe's dad, Tim Kolze, said they serve juice at home. "It usually seems like it would be a pretty healthy choice. 100% juice, so I wouldn't see why not," he said.

Dr. Uma Pisharody can explain. She specializes in Pediatric Gastroenterology, specifically seeing patients with liver disease. "The most common liver disease in childhood is something called Non Alcoholic Fatty Liver Disease (NAFLD). So it's the exact same fatty liver condition you see in alcoholics, but we call it 'non' because it's in kids," Dr. Pisharody said. "We know it's from excessive sugar intake. And one of the molecules in sugar is a chemical called fructose. Fructose directly leads to this non-alcoholic fatty liver disease."

NAFLD is the most common liver disease in the country, striking one in 10 children, and the number of younger kids affected is growing. While it might seem like fat in the diet is the problem, Dr. Pisharody said sugar is the culprit. She tells her patients to cut excess sugar from their diets, and juice can be loaded with it.

"So all the patients I take care of, I tell them over and over, cut back on your juice intake. No soda, no added sugars. That's their mantra. They know not to take juice or sugars," she said. |
| Return to Top | |

| HEADLINE | **12/10 Woodland I-5 mudslide partially open** |
|---|---|
| SOURCE | http://www.komonews.com/news/local/I-5-mudslide-tops-growing-list-of-storm-caused-road-closures--361422311.html |
| GIST | WOODLAND, Wash. - Washington State Department of Transportation crews have reopened two lanes of Interstate 5 near Woodland about 26 miles north of Portland, Ore., where a huge mudslide came down across the roadway on Wednesday.

Governor Jay Inslee toured the slide area on Thursday and thanked crews for their efforts in getting the road back open.

"These boulders are bigger when you see them in person than they are when you see them on your TV screens. Even a wide screen. It's pretty impressive how this rock fractured," said Inslee. |

|  | The blockage trapped thousands of motorists in a 15-mile-long backup overnight. Many of them had to sleep in their cars or spent the night at a nearby Wal-Mart parking lot. |
|  | Some trucks were stranded on the freeway for more than 24 hours. Officials say it could take until Friday to fully reopen the freeway. A detour is available via Oregon Highway 30, although there are major delays. |
| Return to Top | |

| HEADLINE | **12/11 Worst weather expected in coming months** |
|---|---|
| SOURCE | **http://www.foxnews.com/science/2015/12/11/worst-this-el-nino-expected-in-coming-months.html?intcmp=hpbt4** |
| GIST | The current El Nino has yet to pack a punch – and isn't responsible for some of the strange weather already being seen in the United States. |
|  | Forecasters from the National Oceanic and Atmospheric Administration (NOAA) are still predicting with near certainty that this El Nino will last through the winter and will be the strongest since the 1997-98 El Nino and possibly the third strongest since 1950. The 1997-98 event sparked widespread storms and flooding that caused more than $4 billion in damage and killed 189 people nationwide. |
|  | El Niño - meaning in Spanish "the little boy, or Christ child" - is created when the equatorial waters of the Pacific Ocean warm significantly. |
|  | They are also forecasting wetter than average conditions out West from January to March and above average temperatures in the northern half of the contiguous U.S., Alaska and much of Hawaii. Below-average temperatures, meanwhile, are most likely in the southern Plains while much of the South will see wetter than average. |
|  | But Mike Halpert, deputy director, NOAA's Climate Prediction Center, told reporters that the amounts of tropical rainfall associated with El Nino so far across the east-central Pacific and all the way to eastern part of the Pacific have been less than what was seen in other strong El Nino years like 1997-98. |
| Return to Top | |

| HEADLINE | **12/11 Continued drop in global oil prices** |
|---|---|
| SOURCE | **http://abcnews.go.com/Business/wireStory/asian-shares-slip-fed-nears-japan-yen-weakness-35707912** |
| GIST | World stock markets turned lower on Friday, shaken by another drop in the price of oil and as investors prepared for the Fed's key meeting next week on interest rates. |
|  | KEEPING SCORE: France's CAC 40 shed 1.5 percent to 4,567.42 and Germany's DAX lost 1.7 percent to 10,423.10. Britain's FTSE 100 retreated 1.2 percent to 6,015.66. U.S. stocks |

|  | were poised to open lower. Dow futures were down 0.9 percent while the broader S&P 500 futures shed 0.8 percent.<br><br>ENERGY: The price of U.S. benchmark crude fell further, sinking 57 cents to $36.19 a barrel in electronic trading on the New York Mercantile Exchange. The contract fell 40 cents, or 1 percent, to settle at $36.76 a barrel on Thursday, its lowest level since early 2009.<br><br>The International Energy Agency on Friday forecast that the oversupply of crude would continue until late next year and demand would weaken, a dynamic that would continue to weigh on prices. Though the drop in the oil price can help consumers and businesses by reducing energy bills, the recent decline has been weighing on stocks as investors worry it is a sign of a weak global economy. |
|---|---|
| Return to Top |  |

| HEADLINE | **12/11 Wild weather eases drought worries** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/wireStory/wild-northwest-weather-eases-drought-worries-35709582** |
| GIST | Fierce Northwest storms that sent rivers bursting from their banks, closed roadways and produced a rare tornado have had one positive effect — easing summer drought concerns that prompted cities to active water shortage plans.<br><br>The moisture is helping to fill reservoirs earlier and recharging the groundwater, said Scott Pattee, water supply specialist with the Natural Resources Conservation Service based in Mount Vernon.<br><br>But "a lot of this rain is going down hard so it's flowing straight through the snowpack, and it's not adding to it," he added.<br><br>Much of Washington's water supply depends on mountain snowpack that builds over winter, and melts in spring and summer.<br><br>The latest report from the U.S. Drought Monitor Thursday showed the area west of the Cascade Mountains in Washington is no longer in drought.<br><br>Cities like Seattle, Everett and Tacoma implemented water shortage plans when unseasonably dry summer conditions left the region parched. |
| Return to Top |  |

| HEADLINE | **12/09 Experts warn fleas mutating** |
|---|---|
| SOURCE | **http://sanfrancisco.cbslocal.com/2015/12/09/vets-warn-fleas-becoming-resistant-to-chemical-treatments/** |
| GIST | SAN FRANCISCO (CBS SF) — Experts say fleas may be mutating and becoming more resistant to topical anti-flea treatments peskier than ever for Bay Area pet owners trying to get rid of them. |

| | |
|---|---|
| | One vet KPIX spoke to said the smelly solutions designed to kill fleas that pet owners have been applying to their cats and dogs may not help thanks to survival of the fittest flea.

Katherine Van Ekert with VetPronto is one of many Bay Area vets that are telling pet owners the anti-flea solution produced by companies like Frontline and Advantage that they are buying isn't working.

"You can imagine when we're applying a flea product that's designed to kill a flea and those fleas have random mutations the genes that are resulting and are allowing the fleas to survive are going to win," explained Van Ekert.

Fleas may have mutated, but Van Ekert says the flea problem also has to do with the warmer weather. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/08 Workplace: NASA good, DHS bad** |
| SOURCE | **http://www.govexec.com/management/2015/12/nasa-best-place-work-government-homeland-security-worst-again/124268/** |
| GIST | The level of job satisfaction among federal employees at agencies with similar missions in areas such as law enforcement and public health varies widely, according to a new analysis of the "Best Places to Work in the Federal Government."

For the first time, the authors of the report – which is based on data from the Office of Personnel Management's annual Federal Employee Viewpoint Survey – grouped 75 federal organizations by six mission areas: energy and environment, financial regulation, law enforcement, national security, oversight and public health.

The FBI was the top agency in the law enforcement category, with a "satisfaction and commitment" score of 69.9 among employees, while the Secret Service had a score of 33.4 in that category – a 36.5 point difference. The Secret Service was the subject of a recent House Oversight and Government Reform Committee report detailing the agency's rock-bottom morale, a series of botched operations, and difficulty rooting out bad behavior.

Another significant gap in job satisfaction based on the 2015 data existed between the Federal Deposit Insurance Corporation, which ranked as the top mid-size agency in the analysis, and the Commodity Futures Trading Commission, which ranked toward the bottom in the small agency category.

Agencies that were at the top and bottom last year occupied those slots in 2015 too. For the fourth consecutive year, NASA was the No. 1 place to work among large federal agencies, with a job satisfaction and commitment score of 76.1 (out of 100) among employees. The intelligence community, departments of Justice, State and Commerce rounded out the top five. The rankings include 391 federal agencies and their subcomponents.

The Homeland Security Department, which has struggled with morale and management since its creation, ranked last among large agencies again. The Veterans Affairs Department, plagued with scandal and mismanagement since the 2014 scandal involving excessive wait times for |

| | |
|---|---|
| | patient appointments erupted, also ranked at the bottom. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Brain's on public health campaigns** |
| SOURCE | **http://www.upenn.edu/spotlights/your-brains-take-public-health-campaigns** |
| GIST | Mass media campaigns have proven to influence people's health-related decision making—for better or for worse. Effective messaging has helped millions quit smoking, exercise more, and eat better, while failed campaigns have backfired, sometimes even causing those with unhealthy habits to dig deeper into their vices.

"We don't always know what's going to persuade us," says Emily Falk, an associate professor at the Annenberg School for Communication. "In the moment, it might feel like one set of advertisements is appealing, but that doesn't always translate into downstream behavior."

In a recently published study in the journal Social Cognitive and Affective Neuroscience, a team of researchers led by Falk discovered a new way to help predict the success of public health campaigns. Instead of just asking someone's opinion, they looked inside people's brains and measured their neural reactions when they viewed specific advertisements.

Using functional magnetic resonance imaging (fMRI), the researchers recorded the brain activity of 50 smokers from Michigan who viewed a total of 40 anti-smoking images, including some that the Food and Drug Administration was considering using as warning labels. Researchers focused on the medial prefrontal cortex (MPFC) region of the brain, which helps people gauge how valuable or relevant information is to them.

The more activity in the MPFC, the more motivating the image would be to stop a person from smoking, the researchers believed.

To test this hypothesis, they compared the fMRI results from the small sample of smokers to a large anti-smoking email campaign sent in partnership with the New York State Smokers' Quit Line. One of the same 40 images was sent to each of the 800,000 smokers, along with the slogan "Stop Smoking. Start Living." Each email included a link to online smoking cessation resources.

The researchers found that the same anti-smoking images that caused powerful MPFC responses were also most effective at getting New York smokers to click the get-help link.

This information is a convincing demonstration of how looking at brain activity can help when creating a public health campaign, Falk says. But that still doesn't mean it can take the place of self-reported data.

"Asking people does give us some important information, too," Falk says. "Essentially what's best is to do both." |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Bellevue partners w/Bloomberg** |

| SOURCE | http://www.bellevuereporter.com/news/361343621.html |
|---|---|
| GIST | The City of Bellevue announced on Tuesday, Dec. 8 that it was selected to participate in the new "What Works Cities" initiative, taking a huge step toward making its data easy to access and open to the public.<br><br>The initiative is a national drive sponsored by Bloomberg Philanthropies which wants to connect mid-sized cities to enhance the use of data and evidence to look for solutions to problems which may arise.<br><br>Mayor Claudia Balducci said Bellevue has made increasing use of data in the last 15 years, and the What Works Cities initiative would help hone those skills.<br><br>"We're very excited and proud to announce that Bellevue has been selected for What Works Cities," she said. "The data used could be almost anything, cities generate a tremendous amount of data. By unleashing the power of data, we will build capacity in our operations, increase transparency and improve the way services are delivered to Bellevue residents."<br><br>An open data portal on the City of Bellevue's website is scheduled for early 2016. Residents will be able to access data easily and efficiently, said Sabra Schneider, chief operating officer of information technology.<br><br>"We are committed to building apps against data which can benefit our residents," she said. "We can set a framework for open data and problem solving." |
| Return to Top | |

| HEADLINE | 12/10 'Happy Birthday' copyright settled |
|---|---|
| SOURCE | http://www.nbcnews.com/business/business-news/happy-birthday-copyright-suit-settled-n477671 |
| GIST | A settlement has been reached in a U.S. lawsuit with Warner/Chappell Music over the copyright to "Happy Birthday to You" that will put one of the world's most recognizable songs in the public domain, according to court papers released on Wednesday and a source close to the case.<br><br>Terms of the deal were not disclosed in court papers announcing the settlement, but it puts an end to the class-action lawsuit filed in 2013 by a group of artists and filmmakers who had sought a return of the millions of dollars in fees the company had collected over the years for use of the song.<br><br>Once the settlement is finalized, the song will be in the public domain, the source said. That means it will be free for all to use without fear of a lawsuit. |
| Return to Top | |

| HEADLINE | 12/10 How many Muslims immigrating to US? |
|---|---|

| SOURCE | http://www.nbcnews.com/storyline/immigration-border-crisis/mass-migration-muslims-u-s-mostly-mirage-n477306 |
|---|---|
| GIST | Not one predominantly Muslim nation makes the list of top 10 countries of origin for legal immigrants in 2013, according to the most recent census figures compiled by the Migration Policy Institute.

At #14, Pakistan was the top-ranked Islamic country with 13,251 legal permanent residents — just 1 percent of the total 990,553 immigrants who received Green Cards that year, the figures showed.

"Definitely as a share of the foreign population, Middle Eastern and North African immigrants are small," Marc Rosenblum, deputy director of the organization's U.S. immigration policy project, told NBC News.
"But right now there is a lot of fear about terrorism and that affects how people perceive those numbers."

There has been for several years a "perception that immigration has been out of control is disproportionate to the facts on the ground," Rosenblum said. "The numbers of people immigrating to the U.S. have been pretty stable the last few years, and illegal immigration is much lower than it was a decade ago."

The biggest difference is that the new arrivals aren't coming — as they have in the past — from European countries like Italy, Ireland, Germany and Poland.

"Now the total foreign population is a third Mexican and three-quarters Latin American and Asian," said Rosenblum. "Europe accounted for just 12 percent of the foreign-born population in 2013. It was 75 percent in 1960."

Two years ago, the top three Green Card recipient countries were Mexico, 135,028, China, 71,798, and India, 68,458, according to the figures.

Only 9,552 Iraqis and 1,463 Saudis got Green Cards in 2013. As for Syrians, whom Trump and much of the GOP wants to bar from the United States, just 3,366 were granted permanent residency.

When it comes to other Muslim countries, 10,294 Egyptians, 3,532 Yemenis, 2,783 Lebanese and 376 Libyans were allowed into the U.S. in that year. |
| Return to Top | |

| HEADLINE | 12/10 Concern: home laser Christmas lights |
|---|---|
| SOURCE | http://www.cbsnews.com/news/holiday-laser-displays-raising-safety-concerns-for-pilots/ |
| GIST | More homeowners are abandoning traditional Christmas lights for laser displays this holiday season. They project holiday-themed laser beams onto a house or yard, but they can also point into the sky, creating new danger for pilots and their planes.

Last week, a laser decoration 22 miles from Dallas-Fort Worth International Airport put a passenger plane in harm's way. This follows a similar complaint last month in Michigan. |

It's a federal crime to shine a laser at a plane, and while no one was charged in those cases, several so-called laser strikes are being blamed on the holiday laser displays, reports CBS News correspondent Mireya Villarreal.

Jen Creaven Parker bought hers at Bed, Bath and Beyond for $40.

"I think they look cool. They come in two options, all green or red," said Parker. "'Lazy lights' is what Facebook is calling them." Lazy, because they're so easy to install.

But helicopter reporter Stu Mundel, from CBS News' Los Angeles station KCBS, has encountered other types of consumer lasers while in the air.

"I saw the laser in the corner of my eye, I looked at it, and unfortunately, it went right into my eyes, and it does, it stings, it burns, it feels like you have a sunburn on your eye," Mundel said.

Laser strikes - often intentional - have become a growing problem for pilots. In 2014, the FAA investigated more than 3,800 laser light complaints, which has nearly doubled this year.
The FAA is asking homeowners to make sure their decorations aren't pointed towards the sky, or to pull the plug on them altogether.

Return to Top

| HEADLINE | **12/10 Evolving state of American policing** |
|---|---|
| **SOURCE** | **http://www.psmag.com/politics-and-law/the-evolving-state-of-american-policing** |
| GIST | "Never at any time in the world's history has it been possible for so many people to know, so promptly, of the dereliction of one police officer in such lack of context as to cause distrust and lack of respect for all," Police Chief Frank Ramon tells his colleagues.<br><br>It's the annual conference of the International Association of Chiefs of Police, and hundreds of law enforcement executives from around the country are gathered together to talk about recent and troubling publicity around police forces pretty much across the country—California, New York, South Carolina, Maryland. Reflecting on the crisis in policing, he continues, "the law enforcement image is dependent on the professional, competent performance of the men and women who protect and serve their community."<br><br>But Ramon, the chief of police of the Seattle Police Department, isn't talking about viral videos shot by bystanders with cell phones, or about footage from dashboard cameras. All of that is still many years away. Ramon is speaking in the year 1965.<br><br>Yet Ramon's comments could just as easily have been made in 2015—and, in fact, they sort of were. Over the course of the 2015 IACP, many speakers echoed the sentiments expressed at the conference opening by Chicago Police Department Superintendent Garry McCarthy (who resigned a month later when the Laquan McDonald cover-up was brought to light). "We're in a tough time for policing right now," McCarthy said. "And I believe we're at a crossroads. I don't think this climate has ever existed in the history of American policing.... Never have we been going through the scrutiny of every single action that we deal with like we do today, in the digital age." |

So much of what police executives said at the conference—what they complained about, what they asked for, what they believed was utterly new to our present place and time—sounded remarkably familiar. I attended the conference not only as a reporter but as a historian of the IACP; I've spent dozens of hours combing through years of conference proceedings, and I heard little at this year's conference that I hadn't read before. In 2015, I heard law enforcement executives suggest—as they've done for many decades—that complaints of police brutality are still overblown, especially by the media; that police, still broadly disrespected, suffer daily indignities as they attempt to serve the public; and that this public misapprehends the danger police officers face every day and fails to see police officers as individuals.

So what happened? Why do police still seem to feel embattled and pressured in the same ways they did 50 years ago? Haven't things changed?

The IACP and the larger field of law enforcement are visibly different than they were in the 1960s (and very different from the 1890s, when a mere 51 delegates attended the first annual convention in 1893).

This year, over 15,335 law enforcement executives from 83 countries attended an event with 204 sessions spread over 13 educational tracks, three "interactive sessions on global issues with significance in local communities," and a trade show of more than 700 vendors and exhibitors. Chiefs could attend education sessions on legal marijuana, social media strategies, cyber security and "the cloud," developments in rapid DNA testing, and, of course, body-worn cameras. From this perspective, the work of policing and the concerns of police executives have evolved significantly over a century. Advances in technology, psychology, and forensic science have made the act and art of policing look drastically different than it did in 1893 and 1953 and even 1983.

So does American society. At the 1965 meeting, law enforcement executives spoke from the far shore of a country-wide crime wave that was just beginning its swell. In 2015, they addressed each other in a country that is statistically safer than it has ever been: The homicide rate in 2010 was 4.8 for every 100,000 people; in 1980 it had been more than twice that—10.8. In 1965, the ink was barely dry on the Civil Rights Act; in 2015, although we still have far to go, civil rights have evolved to encompass a much larger spectrum of diversity and inclusion. America in 2015, then, presents new challenges, and new opportunities, that were unimaginable in 1965. Yet the complaints, and the script, remain the same.

What happened? Or, perhaps more precisely, what hasn't happened?

Return to Top

| HEADLINE | 12/10 New style of police training: hug a thug? |
| SOURCE | http://www.washingtonpost.com/sf/investigative/2015/12/10/new-style-of-police-training-aims-to-produce-guardians-not-warriors/ |
| GIST | BURIEN, WASH. — The police recruits arrived in pairs in the woods outside Seattle. For days, they had been calming their minds through meditation and documenting life's beauty in daily journals. Mindful and centered, they now faced a test: a mentally ill man covered in feces and mumbling to a rubber chicken.

The feces was actually oatmeal and chocolate pudding, the man was another recruit, and the |

goal of this mock training exercise was to peacefully bring him into custody. The first recruits approached gingerly, trying to engage the man in conversation. When that failed, they moved in and wrestled him to the ground.

"We needed to find a way to help him. He obviously had a screw loose," said Aaron Scott, a cadet from Bellevue, Wash. Scott briefly considered using his baton, he said. "But I thought that might be too much."

For the past three years, every police recruit in the state has undergone this style of training at the Washington State Criminal Justice Training Commission, where officials are determined to produce "guardians of democracy" who serve and protect instead of "warriors" who conquer and control.

Gone is the military-boot-camp atmosphere. Gone are the field exercises focused on using fists and weapons to batter suspects into submission. Gone, too, is a classroom poster that once warned recruits that "officers killed in the line of duty use less force than their peers."

"If your overarching identity is 'I'm a warrior,' then you will approach every situation like you must conquer and win," said Sue Rahr, the commission's executive director. "You may have a conflict where it is necessary for an officer to puff up and quickly take control. But in most situations, it's better if officers know how to de-escalate, calm things down, slow down the action."

Training is at the heart of the national debate over police use of force. So far this year, police have shot and killed more than 900 people, according to a Washington Post database tracking such shootings — more than twice the number recorded in any previous year by federal officials. Anti-brutality activists and some law enforcement leaders argue that if police were better trained to de-escalate conflict, some of those people might still be alive.

Rahr, the former sheriff of King County, is one of the nation's foremost authorities on this type of training. In April, the Harvard Kennedy School published a report she co-wrote, "From Warriors to Guardians: Recommitting American Police Culture to Democratic Ideals," which warns that too many academies are training police officers to go to "war with the people we are sworn to protect and serve."

The President's Task Force on 21st Century Policing, of which Rahr is a member, has embraced many of these principles. In August, the Police Executive Research Forum, a law enforcement think tank, followed suit.

"The goal of the guardian officer is to avoid causing unnecessary indignity," said Seth Stoughton, a law professor at the University of South Carolina and a former police officer in Tallahassee. "Officers who treat people humanely, who show them respect, who explain their actions, can improve the perceptions of officers, or their department, even when they are arresting someone."

Not everyone is on board. Some accuse Rahr of promoting a "hug-a-thug" mentality that risks getting officers killed. About 20 percent of Rahr's staff quit or was fired in the first year after rebelling against her reforms. Even today, Rahr estimates that two-thirds of the state's 285 local police chiefs are either skeptical of her training philosophy or "think this is just dangerous."

Return to Top

| HEADLINE | **12/10 Seattle police 'department' at fault** |
|---|---|
| SOURCE | **http://www.seattleweekly.com/home/962205-129/opa-brass-not-rank-and-file-responsible-for** |
| GIST | **After more than seven** months of investigation, the official verdict is in: Seattle police may have hurt people during Seattle's May 1st anti-capitalist protest, but the fault belongs to the department as a whole, not with individual officers. |
| | That's according to Pierce Murphy, director of the Office of Professional Accountability (OPA), the semi-independent arm of Seattle police that reviews complaints and makes recommendations to the chief about officer misconduct. |
| | "The evidence from this investigation supports the conclusion that SPD officers used blast-balls and less-lethal projectiles according to their training and the direction given to them by SPD incident commanders," Murphy wrote in a combined report and letter to the police Chief which responds to five different complaints about blast-ball deployment on May Day. (Blast balls are like flash-bang grenades, designed to intimidate but capable of harm.) "For this reason, accountability lies with SPD as an agency not with any individual officer." |
| | Accountability for what? The report acknowledges that some "blast balls detonated...next to or against one or more persons." This is in contrast to their intended use, which according to this SPD training video is "...herding people into the escape routes that you want" by detonating blast balls on the perimeter of a crowd. "You don't throw them into the crowd," the video instructor states, "because that will cause mayhem and confusion." |
| | And there was plenty of mayhem and confusion during the protest. |
| | It's not clear how SPD officers could have consistently used blast balls as trained, since their training tells them "to roll the blast ball underhanded like a bowling ball into an open space," according to the OPA report. Multiple blast balls detonated within crowds and sometimes literally on top of protesters, and city councilmember Bruce Harrell famously described video of one officer throwing a blast ball as looking like a "hook shot." |
| | Murphy found that there was insufficient evidence to hold any individual officer accountable for their actions during the protest. The devil lay in the details: while his office does not dispute that police unleashed at least 48 blast balls and seems to acknowledge that people were hurt by improper use of those blast balls, his investigation was unable to definitively connect specific cops to specific blast balls and specific injuries. |
| Return to Top | |

| HEADLINE | **12/10 Feds want Seattle to test gunshot tech.** |
|---|---|
| SOURCE | **http://www.kirotv.com/news/news/feds-want-seattle-test-gunshot-detection-system/npg7F/** |
| GIST | The local office of the Federal Bureau of Alcohol Tobacco and Firearms wants to include Seattle in a national test of gunshot-detection technology. |
| | That was part of the discussion before the City Council's Public Safety Committee this afternoon. |

|  | Just this week the Denver City Council approved a half-million dollars to triple the Shot Spotter coverage in that city.<br><br>The system uses microphones spread through neighborhoods to collect sound, then a sophisticated computer quickly pinpoints the location of gunshots and alerts police.<br><br>Seattle police accountability advocate Harriet Walden told us why she supports the concept.<br><br>"I think it would help us solve crimes, and police will be able to identify where the shots came from," she said.<br><br>Today Public Safety Committee Chair Bruce Harrell continued a discussion that began three years ago.<br><br>The Council has set aside $250,000 to study using the gunshot detectors here because often people don't report gunshots. |
| Return to Top |  |

| HEADLINE | **12/10 SPD releases new carjacking videos** |
| SOURCE | **http://mynorthwest.com/11/2868392/Seattle-police-release-new-video-from-fatal-carjacking** |
| GIST | The Seattle Police Department has released new video footage of the Dec. 6 carjackings that lead to a high speed chase through city streets, and ultimately to the death of the suspect.<br><br>One video shows the suspect, Raymond Azevedo, allegedly stealing two cars at gunpoint.<br><br>The other video is an extended cut of the initial video Seattle police released, but shows a SWAT team activity as officers approached the car.<br><br>The King County Medical Examiner's Office released the name of the suspect Tuesday, according to KING5. Azevedo, 35, died of multiple gunshot wounds. |
| Return to Top |  |

| HEADLINE | **12/11 Militants fire at Ukraine forces** |
| SOURCE | **http://uatoday.tv/news/russian-backed-militants-fire-large-caliber-weapons-at-ukrainian-forces-551816.html** |
| GIST | The combined Russian-militant forces attacked Ukrainian army positions in eastern Ukraine about 40 times overnight, the press center of the Anti-Terrorist Operation (ATO) wrote on Facebook early Friday.<br><br>"The situation in the Donbas conflict zone remains tense but stable, and completely controlled by our defenders," the press center said.<br><br>It is noted that the militants continued to fire on ATO positions near the occupied city of |

|  | Donetsk. In particular, they fired small arms, machine guns and grenade launchers on the villages of Opytne, Pisky, Novhorodske, and the town of Krasnohorivka. A few dozen of 82mm and 120mm mortar shells fell and exploded on the outskirts of Krasnohorivka.<br><br>The Kremlin-backed militants fired 120mm mortars on our positions near the village of Zaitseve in the Artemivsk sector. They also fired heavy machine guns and grenade launchers there overnight. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Seattle Chipotle closed for violations** |
|---|---|
| SOURCE | **http://www.seattletimes.com/seattle-news/health/seattle-chipotle-closed-for-repeated-violations/** |
| GIST | Seattle health officials closed a South Lake Union Chipotle restaurant Thursday for repeated food-safety violations.<br><br>The move to shutter the Mexican-style restaurant, at 212 Westlake Ave., comes more than a month after the fast-food chain closed 43 sites in Washington and Oregon amid an E. coli outbreak that eventually sickened 52 people in nine states and sent 20 people to hospitals.<br><br>It also comes in a week when more than 120 students at Boston College were sickened by norovirus after eating at a single Chipotle restaurant, health officials reported.<br><br>In the most recent Seattle case, the restaurant received red violations on three consecutive visits from health inspectors, according to a blog by officials at Public Health — Seattle & King County.<br><br>Red violations are those most likely to contribute to foodborne illness. In each of the inspections, the restaurant accrued between 25 and 33 points out of 400 possible, well below the 90-point threshold that requires closure. But because the location had repeated violations, health officials ordered it closed. |
| Return to Top | |

| HEADLINE | **12/10 Major airlines ban hoverboards** |
|---|---|
| SOURCE | **http://www.king5.com/story/tech/science/aerospace/2015/12/10/alaska-airlines-and-other-airlines-ban-hoverboards/77119944/** |
| GIST | Four major U.S. airlines are banning hoverboards because of the potential fire danger from the lithium-ion batteries that power the devices.<br><br>Alaska Airlines, Delta Air Lines, American Airlines and United Airlines said Thursday they are banning hoverboards in checked or carry-on luggage. JetBlue Airways has already prohibited them.<br><br>Hoverboards are motorized, two-wheel, skateboard-sized scooters that users stand on. They have been a hot gift item at some retailers. |

| | On the <u>Alaska Airlines blog,</u> the airlines does not allow hoverboards as checked luggage nor as carry-on. |
|---|---|
| <u>Return to Top</u> | |

| HEADLINE | **12/10 Saudi Arabia, US in massive arms deal** |
|---|---|
| SOURCE | **http://www.newsmax.com/Newsfront/US-Arms-Deal-Saudi-Arabia/2015/12/10/id/705288/** |
| GIST | Saudi Arabia will pay $1.29 billion to the United States as part of a massive arms sale which includes as many as 13,000 so-called smart bombs, **NPR** reports.<br><br>The huge deal — which is unlikely to be blocked by Congress — was announced by the State Department after being hammered out by the Obama administration in a bid to help boost military support for Gulf states.<br>But the big money agreement remains controversial.<br><br>Human Rights Watch, an international humanitarian watchdog headquartered in New York City, claims recent Saudi airstrikes in Yemen "have indiscriminately killed and injured civilians," according to NPR.<br><br>Pentagon officials say the sale will help stockpile the Middle East nation's military supplies to "sustain strong military-to-military relationships between the United States and Saudi Arabia." |
| <u>Return to Top</u> | |

| HEADLINE | **12/10 Budget deficit widens to $65B in Nov.** |
|---|---|
| SOURCE | **http://www.reuters.com/article/us-usa-budget-idUSKBN0TT2LD20151210** |
| GIST | The U.S. federal government ran $65 billion into the red in November, up 14 percent from the same period last year, the Treasury Department said on Thursday.<br><br>Analysts polled by Reuters had expected a $68 billion deficit for last month. The government had a deficit of $57 billion in November of 2014.<br><br>The current fiscal year-to-date deficit stood at $201 billion. Receipts last month totaled $205 billion, while outlays stood at $270 billion.<br><br>Accounting for calendar differences in the timing of benefits payments and budget receipts would yield a deficit of $126 billion in November versus $98 billion in the same month of 2014. |
| <u>Return to Top</u> | |

| HEADLINE | **12/10 Welcoming refugees and footing the bill** |
|---|---|

| SOURCE | http://www.reuters.com/article/us-europe-migrants-germany-economy-idUSKBN0TT24Z20151210 |
|---|---|
| GIST | The influx of refugees into Germany is both a boon and a burden for the economy: it needs huge numbers of migrants to rejuvenate an aging workforce, but must financially support many for years until they learn the language and gain qualifications.

Chancellor Angela Merkel has refused to put a cap on refugee numbers to a country where the population of around 82 million is set to shrink by 15 percent by 2050, according to government forecasts, with the workforce falling by 30 percent.

The country needs about half a million migrants a year until 2050 to counter that fall in the workforce, a study by think-tank the Bertelsmann Foundation found.

But many of the people currently arriving from countries such as Syria do not speak German and have few formal qualifications, so it will take time and investment to reduce their dependence on state welfare and get them into work.

Each unemployed refugee costs taxpayers 12,000 euros ($13,000) a year, government figures show. Only 8 percent find work in the first year and most rely on the state for everything from food and housing to language courses.

But the costs will be offset within five to 10 years as more and more refugees start working and paying taxes, according to a study by the German Institute for Economic Research (DIW). |
| Return to Top | |

| HEADLINE | 12/10 Canada welcomes Syrian refugees |
|---|---|
| SOURCE | http://www.bbc.com/news/world-us-canada-35065008 |
| GIST | The Canadian military is transporting hundreds of Syrian refugees from Jordan to Toronto to be resettled throughout the country this week.

One military aircraft arrived in Toronto on Thursday, and another will arrive in Montreal on Saturday.

The newly elected Liberal government has pledged to take in 25,000 refugees by the end of February.

Immigration Minister John McCallum said all 10 provinces in Canada are in favour of accepting the refugees.

"This is a great moment for Canada," he said. "This shows the way we really are. It truly is a non-partisan, national project."

Since early November, hundreds of Syrians have already arrived in Canada via commercial aircraft.

About 300 Syrians will arrive this week. Prime Minister Justin Trudeau will be at the airport in Toronto on Thursday to greet them. |

Return to Top

| HEADLINE | 12/10 Iranians angry over US visa change |
|---|---|
| SOURCE | http://www.bbc.com/news/world-us-canada-35064719 |
| GIST | Hours before the US House of Representatives voted to tighten visa-free travel to the US, many Iranians, especially those living in America, Europe and Australia, took to social media to express concern at the consequences of the bill.

The measure is designed to make it harder for the likes of those who carried out the Paris attacks and hold EU citizenships to use the programme known as the "visa waiver" to enter the US.

Citizens of 38 countries, many in the EU, can currently fly to the US without applying for a visa under America's Visa Waiver Program.

The new legislation initially said those eligible for the waiver programme who had travelled to "terrorist hotspots" like Iraq and Syria where IS controls territory would need to obtain a US visa.

But the final version included Iran and Sudan to the list of countries because they are considered "state sponsors of terrorism" by the US.

The bill HR158 means citizens of many EU countries and the rest of the 38 states participating in the programme who travel to Iran for pleasure or business will have to obtain a visa should they ever want to enter the US. |

Return to Top

| HEADLINE | 12/10 Study: 20% kids w/high cholesterol |
|---|---|
| SOURCE | http://www.nbcnews.com/health/kids-health/one-five-us-kids-has-unhealthy-cholesterol-levels-study-n477821 |
| GIST | One in five Americans kids has unhealthy cholesterol levels, and more than 8 percent have the most worrisome high cholesterol levels, a new survey finds.

Older children and teenagers had the worst cholesterol levels -- nearly 27 percent of 16- to 19-year-olds had at least one measure of unhealthy cholesterol, the National Center for Health Statistics found. And the heavier children were more likely to have unhealthy cholesterol measures.

More than 43 percent of obese kids had bad cholesterol levels, the survey found.

"While it's not a surprise that they have more abnormalities than non-obese kids, it is pretty frightening," said Dr. Julie Brothers, a preventive cardiologist at Children's Hospital of Philadelphia, who was not involved in the study. |

| | "It's quite high." |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Survey: fewer teens driving drunk** |
|---|---|
| **SOURCE** | **http://www.cbsnews.com/news/fewer-teens-are-driving-drunk-national-survey-says/** |
| GIST | A government survey shows fewer teens and young adults say they drive drunk.<br><br>Last year, nearly 7 percent said they'd recently driven while under the influence of alcohol. That figure has been steadily going down. It was 16 percent a dozen years earlier.<br><br>The numbers are for people ages 16 to 20 who participated in a large government survey focused on alcohol, tobacco and illegal drug use.<br><br>Drunken driving by people in their early 20s is more common but also is falling. |
| Return to Top | |

| HEADLINE | **12/10 Tracking overstay foreign visitors** |
|---|---|
| **SOURCE** | **http://www.cbsnews.com/news/us-san-diego-california-track-foreigners-overstay-visas/** |
| GIST | Nearly half of the people living in the U.S. illegally are believed to have entered the country legally and stayed on expired visas. To combat the problem, the federal government on Thursday is launching one of its most ambitious efforts to track them.<br><br>U.S. Customs and Border Protection will begin capturing facial and eye scans of foreigners entering the country at San Diego's Otay Mesa port of entry on foot. By February, foreigners going to Mexico on foot through the checkpoint will get scanned.<br><br>The trial run, which lasts through the end of June, will help determine if authorities expand biometric screening to foreigners at all land crossings on the 1,954-mile border with Mexico. Authorities will look at the accuracy of the cameras.<br><br>For more than two decades, Congress has demanded biometric screening such as fingerprints, facial images or eye scans from people leaving the country, but the task has presented enormous financial and logistical challenges. There is no checkout system at land crossings.<br><br>Marc Rosenblum, deputy director of U.S. immigration policy at the Migration Policy Institute, said the attempt to capture biometrics from people leaving the country would fix "the biggest deficiency in the whole system." |
| Return to Top | |

| HEADLINE | **12/10 Winter El Nino not backing down** |
|---|---|

| SOURCE | http://www.cbsnews.com/news/el-nino-is-not-backing-down/ |
|---|---|
| GIST | This year's El Nino is staying unusually strong, and forecasters say it's still expected to bring a wet winter to drought-stricken California.<br><br>In an update Thursday, Mike Halpert of the National Oceanic and Atmospheric Administration (NOAA), told reporters the odds favor some significant winter storms in California.<br><br>While that could offer some relief for the region's severe drought, it also raises the risk of damage from flooding or mudslides. Halpert said that during previous strong El Ninos, some southern areas including California and the Gulf Coast have had heavy rainfall and flooding. Storms blamed on the strong El Nino of 1997-98 killed at least 17 people.<br><br>El Nino is a warming in the Pacific Ocean that alters weather worldwide. Climatologists have been warning for months about the potential impact of what one scientist dubbed a "Godzilla El Nino" peaking this winter. |
| Return to Top | |

| HEADLINE | **12/10 Education law shifts power to states** |
|---|---|
| SOURCE | http://abcnews.go.com/Politics/wireStory/obama-sign-education-law-rewrite-power-shift-states-35687076 |
| GIST | Calling it a "Christmas miracle," President Barack Obama signed a sweeping overhaul of the No Child Left Behind education law on Thursday, ushering in a new approach to accountability, teacher evaluations and the way the most poorly performing schools are pushed to improve.<br><br>Joined by lawmakers, students and teachers in a White House auditorium, Obama praised the George W. Bush-era No Child Left Behind for having the right goals. He said that in practice, it fell short or applied a cookie-cutter approach that failed to produce desired results. Under the new law, the federal government will shift more decision-making powers back to states.<br><br>"With this bill, we reaffirm that fundamentally American ideal that every child— regardless of race, gender, background, zip code — deserves the chance to make out of their lives what they want," Obama said. "This is a big step in the right direction."<br><br>The overhaul ends more than a decade of what critics have derided as one-size-fits-all federal policies dictating accountability and improvement for the nation's 100,000 or so public schools. But one key feature remains: Students will still take federally required statewide reading and math exams. Still, the new law encourages states to limit the time students spend on testing and diminishes the high stakes for underperforming schools. |
| Return to Top | |

| HEADLINE | **12/10 Depletion of groundwater 'worsening'** |
|---|---|
| SOURCE | http://www.usatoday.com/story/news/environment/2015/12/10/pumped-beyond-limits-many-us- |

| | |
|---|---|
| | **aquifers-decline/76570380/** |
| GIST | Time is running out for portions of the High Plains Aquifer, which lies beneath eight states from South Dakota to Texas and is the lifeblood of one of the world's most productive farming economies. The aquifer, also known as the <u>Ogallala</u>, makes possible about one-fifth of the country's output of corn, wheat and cattle. But its levels have been rapidly declining, and with each passing year more wells are going dry.<br><br>As less water pours from wells, some farmers are adapting by switching to different crops. Others are shutting down their drained wells and trying to scratch out a living as dryland farmers, relying only on the rains.<br><br>In parts of western Kansas, the groundwater has already been exhausted and very little can be extracted for irrigation. In other areas, the remaining water could be mostly used up within a decade.<br><br>The severe depletion of the Ogallala Aquifer is symptomatic of a larger crisis in the United States and many parts of the world. Much more water is being pumped from the ground than can be naturally replenished, and groundwater levels are plummeting. It's happening not only in the High Plains and drought-ravaged California but also in places from the Gulf Coastal Plain to the farmland of the Mississippi River Valley, and from the dry Southwest to the green Southeast.<br><br>In a nationwide examination of the problem, USA TODAY and The Desert Sun analyzed two decades of measurements from more than 32,000 wells and found water levels falling in nearly two-thirds of those wells, with heavy pumping causing major declines in many areas. The analysis of U.S. Geological Survey data revealed that:<br>• Nationwide, water levels have declined in 64 percent of the wells included in the government database during the past two decades.<br>• The average decline among decreasing wells has been more than 10 feet, and in some areas the water table has dropped more than 100 feet during that period – more than 5 feet per year.<br>• For 13 counties in Texas, New Mexico, Mississippi, Kansas and Iowa, average water levels have decreased more than 40 feet since 1995.<br>• Nationally, the average declines have been larger from 2011-2014 as drought has intensified in the West. But water tables have been falling consistently over the years through both wet and dry periods, and also in relatively wet states such as Florida and Maryland.<br>• Across the High Plains, one of the country's largest depletion zones, the average water levels in more than 4,000 wells are 13.2 feet lower today than they were in 1995. In the southern High Plains, water levels have plunged significantly more – in places over 100 feet in just 20 years. |
| <u>Return to Top</u> | |

| | |
|---|---|
| HEADLINE | **12/10 New flood of migrants at border** |
| SOURCE | **http://www.cbs19.tv/story/30710379/surge-of-children-on-border-hundreds-heading-to-north-texas** |

| GIST | The U.S. Health and Human Services Commission will bus more than 1,000 undocumented immigrants to facilities in Ellis County and Rockwall counties as soon as Thursday, WFAA has learned. |
|---|---|
| | The children were captured in the Rio Grande Valley trying to enter the U.S. illegally. |
| | WFAA has learned that children bound for Ellis County will be housed at a church camp between Waxahachie and Maypearl. |
| | Officials in Ellis County said they just learned of the federal plan Wednesday morning. |
| | "My concern is, I don't believe that's a secure facility," said Ellis County Commissioner Paul Perry. "It's designed for hospitality." |
| | There's one adult for every eight children coming, sources said. |
| | "The City of Rockwall has been advised by Congressman John Ratcliffe's office that about 300 unaccompanied refugees between the ages of 12 and 18 from Central America will be located by the Texas Health and Human Services Commission to a private facility in the unincorporated area of Rockwall County," Rockwall County Judge David Sweet said. |
| | Those children will be housed for up to 21 days at Sabine Creek Ranch in Rockwall County. There was no word on when children will arrive there. |
| Return to Top | |

| HEADLINE | **12/10 Recall: Sweet Leaf Tea bottles** |
|---|---|
| SOURCE | **http://money.cnn.com/2015/12/10/news/sweet-leaf-tea-recall-glass-bottles/index.html** |
| GIST | The Sweet Leaf Tea Company is recalling 1.5 million bottles of iced tea because of possible glass fragments. |
| | The voluntary recall involves six flavors of teas in 16-ounce glass bottles that were distributed between February 27 and December 6, 2015. The flavors include: raspberry, half and half lemonade tea, original, green tea with citrus, peach and mint and honey. |
| | The recall does not affect plastic bottle products. |
| | "This was the result of glass breakage during the filling process. Consumers could potentially be cut or injured if ingested," the company said in a release. |
| Return to Top | |

# Cyber Awareness

Top of page

| HEADLINE | **12/10 Using online search to stop infections** |
|---|---|
| SOURCE | http://www.kplu.org/post/disease-sleuths-analyze-google-searches-stop-infections |

| GIST | With sexually transmitted diseases on the rise, researchers at the University of Illinois at Chicago think they might have a powerful new weapon to fight their spread: Google searches. |
|---|---|
| | The company behind the Web's leading search engine has quietly begun giving researchers access to its data troves to develop analytical models for tracking infectious diseases in real time or close to it. UIC is one of at least four academic institutions that have received access so far, along with the Centers for Disease Control and Prevention, Google said. |
| | Researchers can mine Google data to identify search terms that spiked during previous upticks in a particular disease. Then, researchers can measure the frequency of those searches in real time to estimate the number of emerging cases. For instance, a jump in gonorrhea might coincide with more people searching "painful urination" or other symptoms. |
| | "If this works, it could revolutionize STD surveillance," said Supriya Mehta, an associate professor of epidemiology at the UIC School of Public Health. |
| | Search trends can be broken down by city and state, weighted by significance and combined with other data to produce a snapshot of where disease is spreading well before public health agencies report the number of verified cases. |
| | "We're hoping for a bit of creativity to flourish around this," said Christian Stefansen, a senior engineer working on disease trends at Google, during a visit to UIC in November. He spoke to about 100 people about lessons Google has learned in its attempts to mine data for public health. "There's no shortage of communicable diseases, sadly," he said. |
| Return to Top | |

| HEADLINE | **12/10 FBI 'hacks' to investigate crime** |
|---|---|
| SOURCE | **http://www.cnet.com/news/fbi-admits-it-uses-hacker-tools-to-investigate-crimes/** |
| GIST | If the FBI had to choose between telling you about a security hole on your computer or using it to snoop on bad guys, guess what? You'd be left open to hackers. |
| | And apparently, that's been the case for a while. |
| | The agency confirmed to The Washington Post on Wednesday that FBI agents use special hacking code to take advantage of known holes in software and further their investigations. They'll continue using these so-called zero-day exploits, but now there could be further scrutiny of the practice. |
| | The exploits are controversial, and using them involves a trade-off that could end up making some members of the public less safe. So what exactly are these tools, and what does it mean that the FBI uses them? |
| | Zero-day exploits take advantage of flaws in common commercial software often used by the general public. To stay effective, the FBI has to use these exploits without telling the software |

manufacturers there's a problem with their products.

The flaws go unfixed then, leaving people vulnerable to hacks not just from law enforcement, but from cybercriminals as well.

"What is the greater good?" FBI official Amy Hess asked the Post. "To be able to identify a person who is threatening public safety?" Or to protect people from being hacked by patching software holes? Hess is the bureau's executive assistant director for science and technology.

So the FBI's use of zero days is out in the open. What's next? Expect more discussion of what kinds of warrants the FBI should get to use the tools.

Privacy advocates warn that federal judges don't all understand the power of zero-day exploits, and so oversight on government hackers is too weak. It's the same argument that's arisen over the use of phony cell phone towers, often called Stingrays.

Police use Stingrays to collect all the phone numbers in a given area. A recent set of guidelines from the Department of Justice requires federal law enforcement to clear a higher bar to get permission from a judge to use Stingrays.

Andrew Corker, an attorney at the Electronic Frontier Foundation, says the first step is finding out what the government's policy for using zero days is to begin with. He has sued to find out and has so far won a redacted version of the policy, which applies to the NSA as well as the FBI, he said. Nonetheless, he said the government might have a good reason for using a hacking tool.

"I don't think that we have ever said that they should never do this," Corker said. Rather, he said it's about "making sure that this is being done in a way that makes sense from the public's point of view."

Return to Top

| HEADLINE | **12/11 Canada seeks new cybersecurity network** |
|---|---|
| SOURCE | **http://www.cbc.ca/news/technology/cyber-security-cctx-network-1.3360119** |
| GIST | Leaders of some of Canada's largest industries are creating a new network to help businesses and the public stay abreast of emerging cyber threats from malware, hackers and online criminals.<br><br>"The threat is constantly evolving. The kinds of attacks, viruses and malware are rapidly changing. Nobody has the capability of staying ahead of it all the time," said John Manley, president of the Canadian Council of Chief Executives, which is spearheading the program.<br><br>Billed as the CCTX — or the Canadian Cyber Threat Exchange — it is set to launch in early 2016.<br><br>It will be run as an independent, not-for-profit organization open to business and institutions of all sizes. Its founding members include Air Canada, Bell Canada, CN Rail and HydroOne, as well as Royal Bank and TD. |

| | A CBC News investigation into cybercrime this fall <u>determined Canada lags behind other countries when it comes to tracking, policing and thwarting cybercrime</u>. Until now, Canada has had no system to track cyber incidents and private companies are not required to alert the public or customers when there is a breach. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Cyber criminals seek to cut costs** |
|---|---|
| SOURCE | **http://www.computerweekly.com/news/4500260457/Cyber-criminals-switch-tactics-to-cut-costs** |
| GIST | Cyber criminals appear to be economising by looking to cheaper methods of attack to cut malware costs, according to security firm Kaspersky Lab.<br><br>Researchers believe 2015 has seen demand for new malicious software reach saturation point, with the average number of new malware files detected on a daily basis falling by 325,000 in 2014 to 310,000 in 2015.<br><br>Kaspersky Lab researchers believe this is mainly due to the fact that coding new malware is expensive and cybercriminals have realised they can get equally good results using intrusive advertising programs or legitimate digital signatures in their attacks.<br><br>This approach appears to be working because, despite the cost-cutting in malware production in 2015, the number of users attacked by cybercriminals increased by 5%.<br><br>Between 2012 and 2013, there was a rapid increase in the number of new malicious files detected every day, increasing from 200,000 to 315,000 in 2013.<br><br>However, researchers said things started to slow down after that, with the total increasing by just 10,000 files a day in 2014, before falling by 15,000 a day in 2015.<br><br>Cybercriminals in search of a quick return appear to have decided that the cost of complex coding tools such as rootkits, bootkits or replicating viruses are eating into their revenue. |
| Return to Top | |

| HEADLINE | **12/10 Ships' data recorders vulnerable** |
|---|---|
| SOURCE | **http://arstechnica.com/information-technology/2015/12/hacked-at-sea-researchers-find-ships-data-recorders-vulnerable-to-attack/** |
| GIST | When the freighter *El Faro* was lost in a hurricane on October 1, one of the goals of the salvage operation was to recover its voyage data recorder (VDR)—the maritime equivalent of the "black box" carried aboard airliners. The VDR, required aboard <u>all large commercial ships</u> (and any passenger ships over 150 gross tons), collects a wealth of data about the ship's systems as well as audio from the bridge of the ship, radio communications, radar, and navigation data. Writing its data to storage within a protective capsule with an acoustic beacon, the VDR is an essential part of investigating any incident at sea, acting as an automated version of a ship's logbook. |

Sometimes, that data can be awfully inconvenient. While the data in the VDR is the property of the ship owner, it can be taken by an investigator in the event of an accident or other incident—and that may not always be in the ship owner's (or crew's) interest. The VDRs aboard the cruise ship *Costa Concordia* were used as evidence in the manslaughter trial of the ship's captain and other crewmembers. Likewise, that data could be valuable to others—especially if it can be tapped into live.

It turns out that some VDRs may not be very good witnesses. As a report recently published by the security firm IOActive points out, VDRs can be hacked, and their data can be stolen or destroyed.

The US Coast Guard is developing policies to help defend against "transportation security incidents" caused by cyber-attacks against shipping, including issuing guidance to vessel operators on how to secure their systems and reviewing the design of required marine systems—including VDRs. That's promising to be a tall order, especially taking the breadth of systems installed on the over 80,000 cargo and passenger vessels in the world. And given the types of criminal activity recently highlighted by the *New York Times*' "Outlaw Ocean" reports, there's plenty of reason for some ship operators to not want VDRs to be secure—including covering up environmental issues, incidents at sea with other vessels, and sometimes even murder.

Return to Top

| HEADLINE | **12/10 Mystery hackers eye Internet shutdown?** |
|---|---|
| SOURCE | **http://www.ibtimes.co.uk/mysterious-hackers-are-trying-bring-down-entire-internet-by-ddos-ing-critical-servers-1532762** |
| GIST | Mysterious hackers are yet again trying to bring down the entire internet by bombarding crucial servers that support it with a gigantic, sustained distributed denial of service (DDoS) attack, which has caused webpages to load slowly in some locations.

There are 13 internet root name servers in the world that run the internet, and these servers are responsible for helping your web browser to locate top-level domains such as .com, .org, .net or any country-specific top level domains like .uk, .fr, .sg, .de, .ae and .cn. The servers function as a sort of internet address book and they make up what is known as the domain name system (DNS) system.

The 13 root name servers are run by independent organisations in the world, including ICANN, the US Army, the US Department of Defense, Nasa, Europe's internet registry RIPE NCC, the University of Southern California, Japan's Wide Project and Sweden's Netnod. Network infrastructure solutions firm Verisign also operates two of them, namely the "A" and "J" root servers (the 13 servers are named in sequence after the alphabet from A-M).

Between 30 November and 1 December, an entity carried out an enormous DDoS attack against these 13 root name servers, flooding them with a deluge of traffic from multiple IPv4 addresses, so that the servers received more than five million queries per second, and more than 50 billion queries in total during the two-day period. To give you context, over the past two years, the most queries Verisign's A root name server received per day on average has never topped more than 10 billion queries. |

| | |
|---|---|
| | "While it's common for the root name servers to see anomalous traffic, including high query loads for varying periods of time, this event was large, noticeable via external monitoring systems, and fairly unique in nature," Root-servers.org, which is run by the operators of the root name servers, wrote in its incident report. |
| <u>Return to Top</u> | |

| | |
|---|---|
| HEADLINE | **12/10 IATA: cyberattacks on airlines costly** |
| SOURCE | **http://mybroadband.co.za/news/security/149389-cyber-attacks-can-cost-airlines-millions.html** |
| GIST | Cyber attacks can cost airlines hundreds of millions of dollars in revenue and irreparably damage their reputations, according to Carolina Ramirez, global director of security and facilitation at the International Air Transport Association (Iata).

"The threat of cyber security in the aviation industry is evolving," she said.

"Terrorists are still very conventional in the type of weapons they use. Nevertheless, as 2015 indicated, Iata and its member airlines need to keep vigilant and are working hand in hand to identify the current and upcoming threats, establish contingency plans, emergency responses and counter measures."

Cyber attacks in the industry can vary from on-board or in-flight interferences affecting on board flight systems, navigation devices and communications to operational disruptions and business disruption (like bookings and check-in).

So far in 2015 at least five airlines and two airport operations have been publicly reported as victims of targeted online attacks, she said. |
| <u>Return to Top</u> | |

| | |
|---|---|
| HEADLINE | **12/10 Canada: ISIS hack on plane unlikely** |
| SOURCE | **http://www.huffingtonpost.ca/2015/12/10/isil-cyberattack-on-airplane-unlikely-federal-intelligence-analysts-reported_n_8767702.html** |
| GIST | OTTAWA — The prospect of a terrorist cyberattack on an airplane struck federal intelligence analysts as more pie-in-the-sky than a real possibility, newly released documents show.

The modern airliner's reliance on digital flight-control systems make some believe planes are vulnerable to malware that could be uploaded either online or through a direct connection, notes an assessment by Transport Canada's security intelligence assessment branch.

Although there are no confirmed cases of malware being used to hijack an aircraft's flight systems, it is "theoretically possible to do so," says the November 2014 assessment, recently obtained under the Access to Information Act.

"Changing flight control settings at critical times (landing or takeoff) could be catastrophic," the |

| | |
|---|---|
| | note allowed, but added: "The likelihood of such an event is assessed as very low." |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Large UK website hosting attacked** |
| SOURCE | **http://www.ft.com/cms/s/0/69bcecf6-9f60-11e5-beba-5e33e2b79e46.html#axzz3u0o5FxHY** |
| GIST | Easily.co.uk, one of the UK's largest website hosting companies, has become the latest group to suffer a serious cyber attack. |
| | The company, which hosts 100,000 websites, 65,000 of them in the UK, confirmed on Thursday that it had been hacked. |
| | "A forensic investigation by independent experts has confirmed that unauthorised access was gained to our internal systems and a list of domain names registered on behalf of our clients was accessed," said NetNames, which owns the Easily website. |
| | The private equity-owned company said that no details other than domain names were taken. It declined to say how many customers had been affected. |
| | "There is no evidence that any account details, passwords or personal information which could identify individual customers was accessed," it stressed. "We have taken action to isolate and remove malware which was found on our internal systems." |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 ISIS' homebrewed encryption app?** |
| SOURCE | **http://www.nbcnews.com/tech/security/isis-has-app-could-they-build-encryption-tools-too-n471596** |
| GIST | Terrorists worried about government surveillance have another option: building their own apps, much like Al Qaeda did with Asrar al-Mujahedeen, a program it created in 2007. |
| | That is just one several encrypted messaging apps created by terrorist organizations over the last few years, according to a report from threat intelligence firm Recorded Future. ISIS also creates its own smartphone apps, like Amaq, an Android news app recently discovered by a group affiliated with the anti-terrorist hacker collective Ghost Security Group. |
| | That all might seem like terrible news for intelligence agencies. Even if they could somehow gain access to every ready-made app out there, terrorists could simply start relying on home-brewed software. Not all encryption tools, however, are created equal. |
| | "It's relatively easy to put together an application that uses encryption," Jonathan Katz, a computer science professor at the University of Maryland, told NBC News. "It's more difficult to build an application that's end-to-end secure." |
| | Your average computer science graduate should be able to build encryption software that keeps |

| | away scammers, he said. Without experience and resources, however, it's unlikely they could build unbreakable, error-free software that could keep out nation states. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Encryption stymies national security** |
|---|---|
| SOURCE | **http://www.nbcnews.com/tech/security/isis-has-app-could-they-build-encryption-tools-too-n471596** |
| GIST | In the wake of the Paris terror attacks, some politicians and intelligence officials began rallying for "back doors" into encrypted messaging apps. |
| | On Wednesday, FBI Director James Comey told senators that the person who opened fire at an anti-Prophet Muhammad event in May sent more than 100 encrypted messages to someone overseas, and the FBI couldn't read any of them. |
| | "I'm not questioning their motivations," Comey said of companies who encrypt their data. "The question we have to ask is, 'Should they change their business model?'" |
| | In theory, a "back door" would let law enforcement gain insight into secret terrorist communications — if those terrorists were limited to a handful of regulated apps. |
| | But that's not the case. There are more than 400 free and commercial encryption products currently on the market, security expert Bruce Schneier told NBC News. Many of them were created outside of the U.S., meaning that even if Washington created laws demanding Silicon Valley create "back doors," the foreign apps and services wouldn't have to comply. |
| | "There are a ton of apps out there," Will Ackerly, a former NSA employee and co-founder of encrypted mail service Virtru, told NBC News. |
| | "Bad guys don't play by the same rules," he said. "They will have other alternatives. I think that will always be true." |
| Return to Top | |

# Terror Conditions

Top of page

| HEADLINE | **12/10 Britain's jihad hotspots revealed** |
|---|---|
| SOURCE | **http://www.breitbart.com/london/2015/12/10/terrorism-arrests-reveal-britains-jihad-hotspots/** |
| GIST | **Analysis of terrorism arrests in Britain carried out in the last two years shows the towns and cities that form the UK's terror hotspots, and a sharp increase in the number of women detained for terrorist offences.** |
| | Data from across Britain shows that terrorism arrests occurred in 21 police force areas. However, analysis conducted by *Sky News* shows the incidence of jihad-related criminality are |

|  | not evenly spread throughout the country and the location of concentrations has shifted over the past year.

Predictably, most arrests under the Terrorism Act 2000 were made in the largest population centres.
In 2014, for example, by far the largest number of terror arrests were within the London's Metropolitan police area; the second largest cluster was in the West Midlands, followed by Greater Manchester, then West Yorkshire.

Analysis of the same data a year later gives a slightly different picture. Most arrests still took place within London's Met police area, but with a drop from 59 to 35 – a noticeable shift to fewer arrests in the capital is discernible.

In contrast, more arrests took place in the West Midlands and Greater Manchester. The former rose from 12 to 23, and the latter from nine to 11.

In terms of specific cities, in the last 18 months London accounted for 80 arrests, or about 40 per cent of the total number of terrorism arrests. Other significant clusters occurred in Birmingham (24 per cent), and Manchester (12 per cent).

Beyond those areas there were some groupings in less obvious locations. *Sky News* found clusters in Rochdale, Cardiff, Luton, Derby and Portsmouth, but most of those were linked to individuals aspiring to join Islamic State jihadists in Syria.

Analysis of the number of suspected female jihadists presents a statistically significant increase in 2015 (up to October) as compared to 2014. Last year's Home Office figures showed 30 women were arrested out of a total of 289 — or just under 10 per cent of the total. With the data available for this year that same statistic has jumped to just over 23 per cent, and is expected to increase further still when data for the last quarter is made available. |
| Return to Top |  |

| HEADLINE | **12/11 ISIS threatens UNESCO site in Libya** |
| SOURCE | **http://www.thedailybeast.com/cheats/2015/12/11/isis-threatens-roman-treasures-in-libya.html** |
| GIST | ISIS fighters stormed the Libyan town of Sabratha near Tripoli in pickup trucks, potentially threatening a UNESCO World Heritage Site of 3rd century Roman ruins.

"Sabratha is in the top 5 percent of archaeological sites in the world. As with Palmyra, it is a Greco-Roman site, which Islamic State has a particular view on: representation of human form in sculpture and artworks, representatives of idols," said British archaeology professor David Mattingly.

"Things they prefer to destroy." |
| Return to Top |  |

| HEADLINE | **12/11 FBI: Garland gunmen texted terrorist** |

| SOURCE | http://www.usatoday.com/story/news/nation-now/2015/12/11/mohammed-cartoon-gunman-texted-overseas-terrorist/77138214/ |
|---|---|
| GIST | PHOENIX — FBI Director James Comey revealed for the first time that one of the two Phoenix gunmen killed in May outside a Prophet Mohammed cartoon contest in Garland, Texas, while trying to commit a terrorist attack had sent 109 messages that same morning to an overseas terrorist.<br><br>The FBI still hasn't been able to determine what the encrypted messages said, Comey disclosed while testifying Thursday at a Senate Judiciary Committee Hearing in Washington, D.C.<br><br>Comey was trying to illustrate ongoing concerns that law-enforcement officials investigating counterterrorism and criminal cases are unable to unlock encrypted messages sent on smartphones, rendering court orders to obtain that information ineffective. |
| Return to Top | |

| HEADLINE | 12/10 Claim: DHS nixed effective program |
|---|---|
| SOURCE | http://www.newsmax.com/Newsfront/former-dhs-employee-barack-obama/2015/12/10/id/705386/ |
| GIST | Phillip Haney, a former Homeland Security employee who was part of an operation in California to investigate possible terrorists, told Fox News that if the Obama White House had not shut down his program in 2012, he could have prevented last week's San Bernardino attack that killed 14 people.<br>Haney, appearing Thursday on Fox News Channel's **"The Kelly File,"** said his program identified the mosque attended by Syed Farook, who with his wife, Tashfeen Malik, carried out the mass shooting, as being the home of a group of individuals already being investigated.<br><br>"As we were tracking them, we would have put the red light on them," Haney said.<br><br>"Therefore, two things very plausibly would have happened: Either Syed would have been put on the no-fly list because of the association with that mosque and/or the K-1 visa his wife was given would have been denied because of his affiliation with a known organization."<br><br>Haney, a founding member of the Department of Homeland Security, said he filed a Freedom of Information Act request to find out why the plug had been pulled on his program.<br>The reason, he said, was because the administration said the case was based on targeting a specific Islamic group. |
| Return to Top | |

| HEADLINE | 12/10 Geneva police hunt ISIS suspects |
|---|---|
| SOURCE | http://abcnews.go.com/International/wireStory/geneva-police-hunt-suspects-part-paris-attacks-probe-35688995 |
| GIST | Working on a tip from the CIA, Geneva police were hunting for at least four suspects allegedly linked to the radical Islamic State group and believed to be plotting a "specific" attack in the |

city, Swiss officials said Thursday.

As city police raised their security alert level, Swiss state prosecutors opened investigations into a suspected criminal plot and suspected violations of a ban into groups like Islamic State and al-Qaida.

The CIA alerted Swiss authorities to the four men on Wednesday, prompting the manhunt, a Swiss official with knowledge of the investigation told The Associated Press on Thursday. He spoke on condition of anonymity because of the sensitivity of the matter.

The official confirmed the suspects were four men shown in a photograph linked to a news report in Swiss daily Le Matin. They were pictured each in a crouched pose and holding up an index finger — said to be an Islamic State gesture.

It was too early to determine whether other suspects might still be at large, the official said. He also declined to identify the names, ages or nationalities of the people being sought.

Return to Top

| HEADLINE | **12/10 FBI searches lake near San Bernardino** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/fbi-searching-california-lake-connection-san-bernardino-shooting/story?id=35700346** |
| GIST | An FBI dive team was searching a lake Thursday near the site of the terror attack in San Bernardino, California -- a spot where investigators were told the shooters spent time.<br><br>The FBI would not discuss the specific evidence it was looking for, but said it was seeking "anything that had to do" with the shooting.<br><br>One official has told ABC News that investigators are searching Seccombe Lake Park as a precaution, to ensure that no evidence was missed.<br><br>"In the end we may come up with nothing," FBI Los Angeles branch Assistant Director David Bowdich said Thursday, adding that the search could take days. "We just don't know yet."<br><br>Bowdich added that there is no indication that anything in the lake poses a danger to the public.<br><br>The search comes after the FBI received information that the couple spent time at the pond, according to a senior official with knowledge of the investigation.<br><br>The dive teams are looking to see if they left or stored anything at the pond, the senior official said. |
| Return to Top | |

| HEADLINE | **12/10 USAF plans massive drone expansion** |
|---|---|
| SOURCE | **http://www.latimes.com/world/middleeast/la-fg-drone-pilots-20151210-story.html** |

| GIST | The Air Force wants to vastly expand its drone program over the next five years by doubling the number of pilots and deploying them to bases in California and elsewhere to give commanders better intelligence and more firepower.<br><br>The $3-billion plan, which must be approved by Congress, was unveiled Thursday after months of study that focused on a drone pilot force that commanders have described as overworked, undermanned and underappreciated.<br><br>The proposed expansion comes as the Pentagon has intensified airstrikes on Islamic State targets in Iraq and Syria. Pilots and crews who operate the MQ-1 Predators and MQ-9 Reapers have struggled to meet a rising demand for aerial surveillance of war zones and other hot spots.<br><br>"Right now, 100% of the time, when a MQ-1 or MQ-9 crew goes in, all they do is combat," said Gen. Herbert "Hawk" Carlisle, head of Air Combat Command, which oversees drone operations. "So we really have to build the capacity."<br><br>The Air Force wants to add 75 Reapers to the current fleet of 175 Reapers and 150 Predators. It also would increase the number of flying squadrons from eight to as many as 17, and add up to 3,500 new pilots, sensor operators and other personnel. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Calif. shooters planned bigger?** |
|---|---|
| SOURCE | **http://www.latimes.com/local/crime/la-me-sb-shooting-20151211-story.html** |
| GIST | An examination of digital equipment recovered from the home of the couple who killed 14 people in San Bernardino last week has led FBI investigators to believe the shooters were planning an even larger assault, according to federal government sources.<br><br>Investigators on Thursday continued to search for digital footprints left by Syed Rizwan Farook and Tashfeen Malik, scouring a downtown San Bernardino lake for electronic items, including a hard drive that the couple was hoping to destroy, sources told The Times.<br><br>FBI agents will probably spend days searching Seccombe Lake and canvassing the neighborhood for clues after receiving a tip that the couple may have visited the area on the day of the attack, according to David Bowdich, assistant special agent in charge of the FBI's Los Angeles field office.<br><br>Farook and Malik were in the final planning stages of an assault on a location or building that housed a lot more people than the Inland Regional Center, possibly a nearby school or college, according to federal sources familiar with the widening investigation.<br><br>Investigators have based that conclusion on evidence left behind on Farook and Malik's computers and digital devices, not all of which the couple were able to destroy before they were killed in a firefight with police, the sources said. |
| Return to Top | |

| HEADLINE | **12/10 Minn. suspect denies San Bernardino link** |
|---|---|

| SOURCE | http://abcnews.go.com/International/somali-jail-suspected-american-isis-recruiter-denies-san/story?id=35695193 |
|---|---|
| GIST | Sitting in a Somali jail, a Minneapolis man suspected of being a key recruiter for ISIS recently denied that allegation and any link to two domestic terror plots hatched in the U.S., including the recent deadly attack in San Bernardino, Calif., according to a recent news report.

Mohamed Abdullahi Hassan, a Somali national who lived for years in Minneapolis, Minn. and is better known among extremists online as "Miski," spoke to Voice of America's Somali Service Tuesday, a day after the U.S. State Department confirmed reports that Hassan was in custody of the Somali government.

In the VOA interview, Hassan denied he had any contact with Syed Rizwan Farook and Tashfeen Malik, the husband and wife terrorists who killed 14 people in San Bernardino last Wednesday. Over the weekend ABC News reported that investigators were trying to determine if the couple had any online connection with Hassan, a prominent figure in online extremist circles, in the months before he ended up in custody.
Prior to the tragedy in San Bernardino, Hassan was linked to another deadly incident this year in Garland, Texas where two men attempted to attack a Mohammed cartoon event but were gunned down by police before they could kill anyone. In the days and weeks leading up to that attack, one of the gunmen had repeated social media contact purportedly with Hassan over Twitter. Hassan's page featured messages urging Americans to "do their part" like the three men that killed 12 people in Paris in January in the Charlie Hebdo attack.

Testifying before Congress Wednesday, FBI Director James Comey said that the morning of the Garland attack, "before one of those terrorists left to go commit mass murder, he exchanged 109 messages with an overseas terrorist."

According to an extended account of the VOA interview provided to ABC News, Hassan denied any link to Garland as well and claimed that "many people" use his Twitter account. Speaking about both San Bernardino and Garland, Hassan reportedly said, "I don't have anything to do with that attack or have any connections with those people." |
| Return to Top | |

| HEADLINE | 12/11 America's most wanted: al-Adnani |
|---|---|
| SOURCE | http://www.nbcnews.com/storyline/isis-uncovered/americas-most-wanted-isis-leader-top-u-s-kill-list-n477946 |
| GIST | He is America's most wanted — the number one name on the government's kill list of ISIS leaders, say senior U.S. military and intelligence officials.

Abu Bakr Al-Baghdadi may be the face of ISIS, but Abu Muhammad al-Adnani, the terror group's director of external operations, is the man most likely to cause harm in the West. The U.S. wants al-Adnani dead because he's considered the author of the strategy of wanton murder that has left more than 500 dead in attacks around the world since October 10 — and apparently helped inspire last week's massacre in San Bernardino.

"He is at the top of the list," confirmed a senior intelligence official. |

| | "We are tracking him," said a senior U.S. military official. "We believe he is in Iraq." Laith al-Khouri of Flashpoint Intelligence, an NBC counterterrorism analyst, said the rationale for the U.S. interest in killing Adnani is simple. "Adnani has been the main voice behind issuing ISIS threats to the West," said al-Khouri. He is also dangerous, said al-Khouri, because his charisma draws new followers to the group. "He is so admired and glorified by jihadists worldwide that he stands as a primary point of recruitment." |
|---|---|
| Return to Top | |

| HEADLINE | **12/08 Why do people join ISIS? 9 reasons** |
|---|---|
| SOURCE | **http://www.defenseone.com/threats/2015/12/why-do-people-join-isis-heres-what-they-say-when-you-ask-them/124295/?oref=d-mostread** |
| GIST | **President Obama on Sunday night said that** it was "clear" that Tashfeen Malik and her husband, Syed Rizwan Farook, the two alleged assailants in the San Bernardino mass shooting, had "gone down the dark path of radicalization, embracing a perverted interpretation of Islam that calls for war against America and the West." He did not speculate as to why people journey down that path or prescribe how the United States might deter, or detour, them. But a March report from Lebanon-based Quantum Communications provides some insight. |
| | The researchers from Quantum collected televised interviews with 49 fighters in Syria and Iraq — some in custody, some who had defected, and some who were still in the fight. They analyzed the fighters' statements using a psycho-contextual analytical technique developed by Canadian psychologist Marisa Zavalloni to divine the motivational forces and personal characteristics of the subjects. |
| | It is a small sample, not entirely random, but given the difficulty of surveying a group like ISIS, still provides value. How much value? Michael Lumpkin, assistant defense secretary for special operations/low-intensity conflict, cited the report in his recent visit to Congress. |
| | *Defense One* showed the report to University of Maryland professor Arie W. Kruglanski, one of the principal investigators at the National Center for the Study of Terrorism and the Response to Terrorism. He responded, "The content analysis that the researchers employed is a well respected method of gleaning information from contents of interviews … More importantly the findings make sense to me." |
| | Almost all research on terrorism faces this problem of finding a truly random sample, said Paul Davis, a senior principal researcher at the RAND Corporation and a professor of policy analysis at the Pardee RAND Graduate School. "I applaud the article," Davis said. "It is consistent with the strong finding we've found and continue to find, which is that motivation is very important and that motivation varies." |
| | The Quantum researchers grouped the fighters into nine categories, based on the reasons they gave for joining ISIS. They are:<ul><li>*Status seekers:* Intent on improving "their social standing" these people are driven primarily by money "and a certain recognition by others around them."</li><li>*Identity seekers:* Prone to feeling isolated or alienated, these individuals "often feel like</li></ul> |

outsiders in their initial unfamiliar/unintelligible environment and seek to identify with another group." Islam, for many of these provides "a pre-packaged transnational identity."

- *Revenge seekers:* They consider themselves part of a group that is being repressed by the West or someone else.
- *Redemption seekers:* They joined ISIS because they believe it vindicates them, or ameliorates previous sinfulness.
- *Responsibility seekers:* Basically, people who have joined or support ISIS because it provides some material or financial support for their family.
- *Thrill seekers:* Joined ISIS for adventure.
- *Ideology seekers:* These want to impose their view of Islam on others.
- *Justice seekers:* They respond to what they perceive as injustice. The justice seekers' 'raison d'être' ceases to exist once the perceived injustice stops," the report says.
- *Death seekers:* These people "have most probably suffered from a significant trauma/loss in their lives and consider death as the only way out with a reputation of martyr instead of someone who has committed suicide."

Return to Top

---

| HEADLINE | **12/09 France jails 3 for 'train attack bluff'** |
|---|---|
| SOURCE | **http://www.bbc.com/news/world-europe-35056991** |
| GIST | Three men in France have been jailed for faking a terror threat on a train to steal passengers' phones - only five days after the Paris attacks. |
| | The group was travelling between Beziers and Perpignan in the southern Pyrenees region when they commandeered the train's intercom system. |
| | They then played a Muslim call to prayer and told passengers to hand over their phones or face an attack. |
| | They were found guilty of extortion and sentenced to up to 30 months in prison. One of their lawyers said it was "a joke in very bad taste by foolish youths". |
| | None of those sentenced, aged between 19 and 23 and from Beziers, was named by the court in Perpignan. |
| | One of the men, who is 21 years old and had converted to Islam, was also found guilty of supporting terrorism after police found pictures of him posing with an assault rifle and a jihadist banner on his phone. |
| | Return to Top |

---

| HEADLINE | **12/10 Paris attack gun link to US dealer** |
|---|---|
| SOURCE | **http://www.nbcnews.com/storyline/paris-terror-attacks/gun-linked-paris-attackers-was-delivered-u-s-dealer-2013-n477746** |

| GIST | One of the guns linked to Islamist militants who carried out the Paris attacks was exported to the United States in 2013, according to the head of a Serbian arms factory.<br><br>Milojko Brzakovic of the Zastava arms factory told The Associated Press Thursday that the M92 semi-automatic pistol was traced after its serial number matched the one delivered to an American arms dealer in May 2013.<br><br>At least seven of the weapons used or discovered after the Nov. 13 attacks that killed 130 people have been identified as produced by the Serbian factory, most of them manufactured before Yugoslavia broke up in a civil war in the 1990s.<br><br>Brzakovic says all those arms were delivered legally, but could have later found their way through illegal channels. |
| --- | --- |
| Return to Top | |

| HEADLINE | **12/10 Feds arrest 'emir' of ISIS recruiting** |
| --- | --- |
| SOURCE | **http://abcnews.go.com/US/feds-arrest-emir-isis-related-recruitment-effort-minnesota/story?id=35691249** |
| GIST | Federal authorities have arrested a Minnesota man for allegedly leading an effort inside the United States to send others to join ISIS in Syria.<br><br>Abdirizak Mohamed Warsame was arrested Wednesday night and charged with one count of conspiring to provide material support to a terrorist organization.<br><br>He is among at least 10 youth from Minnesota who allegedly began planning to join ISIS more than a year ago. Nine have now been arrested, and one -- 18-year-old Abdi Nir -- made it to Syria, where since May 2014 he has been recruiting and assisting others inside the United States to join ISIS, authorities said.<br><br>Warsame's arrest comes several months after a round of arrests in the case.<br><br>According to charging documents, Warsame and others began watching propaganda videos together in the spring of 2014, when they also began talking about how to get to Syria.<br><br>At one point, when one of the leaders of the group was planning to leave for Syria imminently, Warsame was appointed "emir" of the effort, and he subsequently began encouraging and helping others plan to join ISIS, according to charging documents.<br><br>In fact, Warsame and Nur considered robbing people to pay for travel to Syria, but Nur rejected the idea and said they should steal from the government instead, prosecutors allege.<br><br>Warsame called Nur "a genius," charging documents say. |
| Return to Top | |

| HEADLINE | **12/10 UK terror arrests reach record level** |
| --- | --- |

| SOURCE | http://www.dailymail.co.uk/wires/pa/article-3354187/More-women-children-held-UK-terror-arrests-reach-record-level.html |
|---|---|
| GIST | A dramatic rise in arrests of women and teenagers has helped drive the number of terror suspects detained in Britain to record levels.<br><br>There were a total of 315 terrorism-related arrests in the year ending September 2015 - meaning the rate has jumped by more than a third (34%) in just a year as security services and police mount a huge effort to counter the threat following the rise of Islamic State.<br><br>It is the highest tally for a year to September on record.<br><br>Home Office figures showed the rise was in part down to increases in the numbers of female and under-18 suspects.<br><br>The number of women and girls held has more than doubled compared to the previous year to 50, meaning they now account for around one in six (16%) of all arrests after a rise of seven percentage points compared to the previous 12 months.<br><br>It also means that a fifth of all the arrests of females since 2001 have occurred in the last year.<br><br>The Home Office report said: "The majority of the increase in the number of women getting arrested has been linked to international-related terrorism."<br><br>Statisticians also reported a "notable increase" in the number of suspects aged under 18 being arrested, with the total of 15 detained over the year, the highest on record.<br><br>The statistics bear out warnings about increasing numbers of women and teenagers being drawn into extremism. |
| Return to Top | |

| HEADLINE | 12/11 NYC bomb plot revealed in guilty plea |
|---|---|
| SOURCE | http://www.nj.com/news/index.ssf/2015/12/plot_to_bomb_nyc_revealed_in_guilty_plea_of_nj_isi.html |
| GIST | A third member of a close circle of friends tied together in an investigation spanning across New Jersey, New York and to the Middle East, pleaded guilty Thursday of attempting to travel to Syria to join ISIS.<br><br>Nader Saadeh, a 20-year-old from Rutherford taken into custody shortly after arriving in Jordan last May, admitted in a court appearance before U.S. District Judge Susan Wigenton in Newark to conspiring to provide material support to the terror group now controlling large areas of Syria and Iraq.<br><br>Prosecutors said Saadeh also admitted that two of his friends discussed plans to bomb landmarks including Times Square and the World Trade Center in the name of ISIS. That plot never materialized.<br><br>Saadeh had been one of five men linked by the FBI after a year-long investigation by the bureau and the Joint Terrorism Task Force that apparently began after the mother of one expressed fears |

| | |
|---|---|
| | that his friends were pushing him to "do something stupid." |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Finland arrests suspected ISIS members** |
| SOURCE | **http://news.yahoo.com/finnish-police-arrest-two-iraqi-men-suspicion-terrorism-140956594--finance.html** |
| GIST | HELSINKI (Reuters) - Finnish police on Thursday arrested two Iraqi men on suspicion of shooting 11 unarmed prisoners in Iraq in June 2014, killings that were filmed by Islamic State on put online.

The men, both 23 years old, entered Finland in September and were suspected of belonging to the militant group, the National Bureau of Investigation (NBI) said in a statement.

Broadcaster MTV3 said at least one of them was an asylum seeker. The NBI was not immediately available to confirm this. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/11 Saddam's men help ISIS rule** |
| SOURCE | **http://www.reuters.com/investigates/special-report/mideast-crisis-iraq-islamicstate/** |
| GIST | MALA QARA, Iraq – Mohannad is a spy for Islamic State. He eavesdrops on chatter in the street markets of Mosul and reports back to his handlers when someone breaks the militant group's rules. One man he informed on this year – a street trader defying a ban on selling cigarettes – was fined and tortured by Islamic State fighters, according to a friend of Mohannad's family. If the trader did not stop, his torturers told the man, they would kill him.

Mohannad is paid $20 for every offender he helps to catch.

He is 14.

The teenager is one cog in the intelligence network Islamic State has put in place since it seized vast stretches of Iraq and neighbouring Syria. Informers range from children to battle-hardened fighters. Overseeing the network are former army and intelligence officers, many of whom helped keep former Iraqi strongman Saddam Hussein and his Baath Party in power for years.

Saddam-era officers have been a powerful factor in the rise of Islamic State, in particular in the Sunni militant group's victories in Iraq last year. Islamic State then out-muscled the Sunni-dominated Baath Party and absorbed thousands of its followers. The new recruits joined Saddam-era officers who already held key posts in Islamic State.

The Baathists have strengthened the group's spy networks and battlefield tactics and are instrumental in the survival of its self-proclaimed Caliphate, according to interviews with dozens of people, including Baath leaders, former intelligence and military officers, Western diplomats and 35 Iraqis who recently fled Islamic State territory for Kurdistan. |

Of Islamic State's 23 portfolios – equivalent to ministries – former Saddam regime officers run three of the most crucial: security, military and finance, according to Hisham al-Hashimi, an Iraqi analyst who has worked with the Iraqi government.

Iraq's Finance Minister Hoshyar Zebari, a Kurd who spent years opposing Saddam's regime, said the ex-Baathists working with Islamic State provide the group with highly effective guidance on explosives, strategy and planning. "They know who is who, family by family, name by name," he said.

"The fingerprints of the old Iraqi state are clear on their work. You can feel it," one former senior security official in the Baath Party said.

In many ways, it is a union of convenience. Most former Baathist officers have little in common with Islamic State. Saddam promoted Arab nationalism and secularism for most of his rule.

But many of the ex-Baathists working with Islamic State are driven by self preservation and a shared hatred of the Shi'ite-led government in Baghdad. Others are true believers who became radicalised in the early years after Saddam's ouster, converted on the battlefield or in U.S. military and Iraqi prisons.

One former intelligence commander who served in Iraq's national intelligence service from 2003 to 2009 said some ex-Baathists pushed out of state agencies by Iraq's government were only too happy to find new masters. "ISIS pays them," he said.

Return to Top

---

| HEADLINE | **12/10 ISIS retakes key town in Syria** |
|---|---|
| SOURCE | **http://www.militarytimes.com/story/military/2015/12/10/retakes-key-town-homs-province-syrian-forces/77088008/** |
| GIST | BEIRUT — Syrian activists say the Islamic State group has retaken a strategically important town in the central province of Homs from government forces.<br><br>The government had recaptured the town of Mheen and surrounding villages from the extremists two weeks ago as part of a general offensive to secure the highway connecting Damascus to the country's northwest.<br><br>The loss deals a setback to the Syrian army's strategy to fortify the corridor with support from Russian airpower.<br><br>The London-based Syrian Observatory for Human Rights says that fighting is underway on Thursday between IS militants and government forces with their allied militias outside of Mheen.<br><br>Islamic State media outlets reported earlier that the group's fighters had seized the hills overlooking the town on Wednesday night. |
| Return to Top | |

| HEADLINE | **12/10 ISIS vs Special Ops** |
|---|---|
| **SOURCE** | **http://www.rand.org/blog/2015/12/isis-vs-special-ops.html** |
| **GIST** | With Defense Secretary Ash Carter's announcement in early December that a special operations "expeditionary force" will be deployed to Iraq, a new phase of the effort to defeat the so-called Islamic State (ISIS) has begun. The special operators will be authorized to conduct raids in Iraq and Syria, and their activities will remedy one of the most critical gaps in the campaign to date—intelligence. By conducting raids, as special operators did in May when they killed Abu Sayyaf, an ISIS leader who had helped manage its oil and gas sales, they can gain troves of intelligence through interrogation of captured ISIS fighters and off of their phones, computers, and other possessions. This type of "sensitive site exploitation," as it is called, involves rapid processing by intelligence analysts, which, during the heyday of the surge in Iraq, enabled operators to conduct up to 17 raids a night.

The raids and follow-on exploitation will significantly increase pressure on the ISIS network by leading to the targeting of top and mid-level leaders, couriers, and the facilitators that procure and distribute the fuel, ammunition, fighters, and other inputs that fuel the war effort. However critical to the fight against ISIS, though, using special operations forces for raids represents only half of the needed military adjustment.

The other half is the effort to build indigenous forces capable of taking and holding territory in Iraq and Syria. Over the past year, out of a desire to limit the U.S. involvement, too little equipment has been supplied to willing fighters, and advisors have been restricted to top headquarters commands and a few geographic areas. Although the Iraqi army has a long way to go, other security forces, such as Iraq's Counter-Terrorism Service (CTS), have been part of the fight since the beginning but have been starved for resources and sufficient advisory support.

In Syria, very tight vetting criteria, constraints on advisory support, and a hodgepodge approach to indigenous forces severely limited the effectiveness of allied local forces. For example, to receive training and equipment, Syrian volunteers had to pledge to fight only ISIS and not Assad, and the question of providing air cover was not resolved until the recruits came under fire. The United States and its partners also supported different anti-ISIS forces without requiring them to unify. Although the Syrian Kurd People's Defense Units have been an important part of the fight in Syria, the focus must shift to backing Arabs, Druze, and other Syrians as well. That will help peel support away from extremist factions such as the al Qaeda-linked Jabhat al Nusra. |
| Return to Top | |

| HEADLINE | **12/10 RCMP aware report of Toronto threat** |
|---|---|
| **SOURCE** | **http://www.thestar.com/news/canada/2015/12/10/rcmp-aware-of-report-about-toronto-terror-threat.html** |
| **GIST** | The RCMP says media reports from Switzerland about possible ISIS-linked threats against Canadian cities, including Toronto, are being taken "very seriously."

But Public Safety Minister Ralph Goodale says Canada has not increased its security alert level after reports from European news outlets of a potential terror plot that may have involved |

<table>
<tr><td></td><td>

Canadian cities.

"There is no change in the status of the alerts and so forth, but we will remain vigilant," Goodale told reporters Thursday. "Nobody is taking anything for granted, but there is nothing available to us at this moment that would… cause any change in status."

Goodale was commenting on reports out of Switzerland Thursday concerning a manhunt involving four men alleged to be ISIS sympathizers. The Swiss newspaper Tribune de Geneve reported that a journalist had seen a police document concerning an investigation into the four unnamed men, which indicated that Geneva, Toronto and Chicago were being targeted for attacks.

According to the Tribune de Geneve, United States intelligence services had provided information to Swiss authorities.

</td></tr>
<tr><td>Return to Top</td><td></td></tr>
</table>

| HEADLINE | **12/10 Canada: security alert level not raised** |
|---|---|
| SOURCE | **http://www.cbc.ca/news/politics/terror-threat-isis-canada-1.3359334** |
| GIST | Canada has not increased its security alert level amid European reports of an ISIS-linked terror plot that may have been targeting Canadian cities, said Public Safety Minister Ralph Goodale.<br><br>Agence France-Presse reported today that Swiss police were searching for four people associated with the jihadist militant group after threats were made against Geneva, Toronto and Chicago.<br><br>Other European media are reporting that Ottawa and Vancouver were also possible targets.<br><br>CBC News has not been able to independently confirm the threat.<br><br>"If there is any dimension of this situation that relates to Canada we will obviously take appropriate steps. At this point, there is no new information reported to me that would change the circumstances," Goodale told reporters on Parliament Hill. "If there is something new we would obviously let Canadians know immediately and we will take the appropriate steps."<br><br>Goodale confirmed that Canada has not raised its security alert level as a result of any new threat. |
| Return to Top | |

| HEADLINE | **12/10 Feds investigate other potential plots** |
|---|---|
| SOURCE | **http://www.usatoday.com/story/news/nation/2015/12/10/san-bernardino-farook-malik/77111838/** |
| GIST | WASHINGTON — Federal investigators are continuing to review information about other possible attack plans involving the San Bernardino shooters, based in part on interviews with the man who provided the two semi-automatic rifles used in last week's assault that left 14 |

dead, a federal law enforcement official said.

Authorities were attempting to corroborate accounts provided by Enrique Marquez, a former neighbor and associate of Syed Farook who with his wife, Tashfeen Malik, opened fire on a holiday party packed with Farook's San Bernardino County co-workers.

Among the pieces of information investigators sought to corroborate was a possible plot dating to 2012.

Marquez has so far not been charged in connection with the attack, but the official, who is not authorized to comment publicly, characterized the Farook associate as an ongoing focus of the wide-ranging inquiry.

Late Thursday, Los Angeles FBI chief David Bowdich declined comment on whether Marquez was in federal custody.

Return to Top

| HEADLINE | 12/10 US: ISIS oil going to Assad regime |
|---|---|
| SOURCE | http://www.newsmax.com/Newsfront/ISIS-oil-Assad-Syria/2015/12/10/id/705324/ |
| GIST | Islamic State militants are engaged in oil trading worth as much as $40 million a month with significant volumes sold to the government of President Bashar al-Assad and some finding its way across the border into Turkey, senior U.S. Treasury official Adam Szubin said on Thursday.

"ISIL is selling a great deal of oil to the Assad regime," Szubin, acting Under Secretary for Terrorism and Financial Intelligence with the U.S. Treasury, said at Chatham House in London.

"The two are trying to slaughter each other and they are still engaged in millions and millions of dollars of trade."

"The volumes we are talking about and the amounts of money we are talking about are very sizeable," said Szubin. |
| Return to Top | |

| HEADLINE | 12/10 Extremist groups ignored Calif. shooter |
|---|---|
| SOURCE | http://www.reuters.com/article/us-california-shooting-idUSKBN0TT28120151210 |
| GIST | Islamic militant groups ignored contact attempts from Pakistan-born Tashfeen Malik in the months before she and her husband killed 14 people at a California holiday party, probably because they feared getting caught in a U.S. law enforcement sting, U.S. government sources said on Thursday.

Disclosures of her overtures to extremists abroad surfaced as the investigation of the Dec. 2 shooting rampage in San Bernardino, about 60 miles (100 km) east of Los Angeles, appeared to |

take a new turn with divers searching a small lake near the scene of the massacre.

The number of organizations that Malik, 29, tried to contact and how she sought to reach them was unclear, but the groups almost certainly included al Qaeda's Syria-based official affiliate, the Nusrah Front, the government sources said.

One source said investigators have little, if any, evidence that Malik or her husband, Syed Rizwan Farook, 28, had any direct contact with Islamic State, which has seized control of large swaths of Syria and Iraq and claimed responsibility for assaults in Paris last month that left 130 people dead.

FBI Director James Comey has said Malik and Farook declared at about the time of their attack that they were acting on behalf of Islamic State, which in turn has embraced the couple as among its followers.

But U.S. government sources have said there was no evidence that the Islamic State even knew of the couple before the killings.

Return to Top

| HEADLINE | **12/10 Paris attacker urged 'kill them'** |
|---|---|
| SOURCE | **http://www.foxnews.com/world/2015/12/10/newly-idd-paris-attacker-urged-jihadists-to-blow-everything-up-be-enemy-from/?intcmp=hplnws** |
| GIST | The Paris attacker whose remains were finally identified earlier this week was a committed jihadist who joined ISIS in its infancy, and encouraged radicals to resist integration in France, according to newly uncovered social media posts.<br><br>Foued Mohamed-Aggad, a 23-year-old Frenchman of Morrocan descent, was identified as one of three gunmen who killed as many as 89 concert-goers at The Bataclan Theatre music hall Nov. 13, in the most deadly phase of the coordinated attacks that left 130 dead and hundreds more wounded. Once his name was confirmed, Middle East Media Research Institute (MEMRI) traced his digital trail and established he was a member of ISIS dating back to December, 2013, when the terror organization was just emerging.<br><br>"[This is a] message to the brothers in faith, those who cannot make hijra [immigration to Islamic State] for x reason," Aggad wrote in a July 18, 2014 post. "Cause attacks, be an enemy from within, blow everything up, it doesn't matter where or how, by any means! Kill them wherever you find them! Do not attempt to integrate yourself in France, they do not even want you!"<br><br>That post was one of several MEMRI uncovered and translated from French from a Facebook account Aggad held from June to August 2014. |
| Return to Top | |

| HEADLINE | **12/10 Conflicted portrait of terrorists' pal** |
|---|---|

| SOURCE | http://www.foxnews.com/us/2015/12/10/conflicted-portrait-emerges-socal-terrorists-pal-as-possible-charges-loom/?intcmp=hpbt1 |
|---|---|
| GIST | The friend who allegedly supplied the Southern California jihadist couple with the guns used in last week's terror attack - and who sources said could soon be charged in connection with the case - presented himself to friends as "laid back" but seemed to be in constant personal conflict.

Enrique Marquez was married, but didn't live with his wife. He had converted to Islam but confided in a mosque worker that he wanted to become a Buddhist. He could be witty and laugh at himself, but often posted dejected missives on Facebook.

And he was reportedly not a particularly pious Muslim and even spoke of joining the military – yet he allegedly plotted a scuttled terror attack with boyhood friend Syed Farook and is believed to have purchased two of the weapons Farook and his wife, Tashfeen Malik, would eventually use to murder 14 people and injure 21 others at a holiday party on Dec. 2. Farook and Malik were killed in a subsequent shootout, and Marquez has so far been cooperating with authorities.

"It was hard to make a conclusion about what he was like," Sid Hashemi, a former boss of Marquez, told Reuters.

Marquez, 24, bounced from job to job – serving as an unarmed security guard at construction sites, working security at a local bar and checking customers' receipts at Walmart, according to Reuters.

"He just floated around," Hashemi said.

Marquez was never able to maintain employment anywhere for too long, with his personality seeming to block any potential progress. An account manager at one of the security firms that employed Marquez told Reuters that Marquez "just couldn't take the stress" after he received a promotion. Ashlee Sims, who worked with Marquez at a Walmart Supercenter in Corona, said he was withdrawn and "awkward."

He has since been fired from Walmart, spokesman Brick Nick told Reuters.

One of the more unusual aspects of Marquez's personal life was his marriage to Mariya Chernykh.
Chernykh, 25, came to the U.S. from Russia in 2009 on a visa for work or study exchange programs, according to a federal official who spoke to the Washington Times. Chernykh initially worked in the mall for her sister Tatiana, who is married to Farook's brother, Syed Raheel Farook. It's unclear how or when Marquez met Chernykh, but the two were married on Nov. 29, 2014. The couple's marriage license said the ceremony occurred at the Islamic Society of Corona-Norco, though the mosque's facility manager denied that to the Washington Times.

Raheel Farook vouched for Chernykh on her citizenship application, saying that Marquez would be able to financially support his new bride, according to ABC News.

Beyond those official documents, however, Marquez and Chernykh didn't appear to have much of a relationship. |
| Return to Top | |

| HEADLINE | **12/10 Terrorist shooting intelligence failure?** |
|---|---|
| SOURCE | **http://www.foxnews.com/us/2015/12/10/intelligence-failure-san-bernardino-terrorists-may-have-been-on-authorities/?intcmp=hpbt1** |
| GIST | As the investigation into the San Bernardino terrorists moves into its second week, there are increasing indications that Syed Farook and Tashfeen Malik were on the radar of authorities – or should have been, according to some lawmakers.<br><br>"You have to say it was an intelligence failure," Rep. Matt Salmon, R-Az., said Thursday following a closed-door House briefing on the shooting. "You have to. Because it was."<br><br>Rep. Adam Schiff, D-Cal., said some of the shooters' actions may have raised red flags.<br><br>"There are things that may have alerted law enforcement to an issue with Farook, but I don't know that we know enough to say that these were apparent without the advantage of hindsight," Schiff said.<br><br>Asked specifically about a report Thursday that Farook may have had ties to a group of now-convicted terrorists based in Riverside, where Farook lived, Schiff hedged.<br><br>"I think [FBI Director James Comey] stated publicly in the past that there have been contacts with people of interest to the bureau but not to read too much into that," Schiff said.<br><br>Farook was allegedly plotting an attack on an unknown location in 2012 but scuttled the plan after the arrests of three men in California and a terror ringleader in Afghanistan in November 2012. Citing two U.S. law enforcement officials, CNN reported Thursday that Farook "had ties" to one of the men, Sohiel Kabir, a terrorist recruiter who was apprehended in Afghanistan. Farook was in Kabir's "social circle."<br><br>Farook and Malik's names likely arose during an earlier FBI investigation but didn't raise any flags, Reuters reported Thursday afternoon, citing a source. It was not immediately clear if that earlier investigation was related to the November 2012 arrests.<br><br>Reuters also reported that Malik tried unsuccessfully to contact multiple Islamic militant groups in the months before the San Bernardino massacre, which left 14 dead and 21 injured. Two government sources said the groups probably ignored Malik because Islamist groups have recently become wary of responding to unknown outsiders.<br><br>Schiff said there was no indication of a "public use of social media that was missed" but noted "there are other ways that you can communicate without being seen." |
| Return to Top | |

| HEADLINE | **12/10 Pentagon: 3 ISIS leaders killed** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/pentagon-3-isis-leaders-killed-in-recent-strikes/** |
| GIST | The finance minister for the Islamic State of Iraq and Syria (ISIS) and two of the group's other senior leaders were killed in recent U.S.-led coalition airstrikes, a Pentagon spokesman said Thursday. |

Army Colonel Steve Warren said that a November airstrike had killed Abu Salah, who he called "one of the most senior and experienced members" of ISIS' financial network.

"Killing him and his predecessors exhausts the knowledge and talent needed to coordinate funding within the organization," Warren said.

The spokesman said U.S. airstrikes also killed Abu Maryam, an ISIS "enforcer and senior leader of their extortion network," and Abu Rahman al-Tunisi, described as an ISIS executive officer who coordinated the transfer of information, people and weapons.

Warren said the three were killed in airstrikes near the northern Iraqi town of Tal Afar.

Return to Top

| HEADLINE | **12/10 Intel: ISIS with fraudulent passports** |
|---|---|
| SOURCE | **http://abcnews.go.com/International/us-intel-isis-passport-printing-machine-blank-passports/story?id=35700681** |
| GIST | With the U.S. and other countries on high alert for ISIS attacks, American authorities are warning the terror group's followers may have infiltrated American borders with authentic-looking passports ISIS has printed itself with its own machines, according to an intelligence report obtained by ABC News. |

The 17-page Homeland Security Investigations (HSI) Intelligence Report, issued to law enforcement last week, says ISIS likely has been able to print legitimate-looking Syrian passports since taking over the city of Deir ez-Zour last summer, home to a passport office with "boxes of blank passports" and a passport printing machine. Another passport office was located in Raqqa, Syria, which has long been ISIS's de facto capital.

"Since more than 17 months [have] passed since Raqqa and Deir ez-Zour fell to ISIS, it is possible that individuals from Syria with passports 'issued' in these ISIS controlled cities or who had passport blanks, may have traveled to the U.S.," the report says.

The report notes that the primary source for the information was rated at "moderate confidence," the second-highest rating given for source assessments. Testifying before lawmakers Wednesday, FBI Director James Comey first publicly revealed the nation's top security officials' very real anxiety over the problem.

"The intelligence community is concerned that they [ISIS] have the ability, the capability to manufacture fraudulent passports, which is a concern in any setting," Comey said.

Return to Top

| HEADLINE | **12/10 Arab states and the war on ISIS** |
|---|---|
| SOURCE | **http://www.cnn.com/2015/12/10/middleeast/isis-what-arab-states-are-doing/index.html** |

| GIST | U.S. President Barack Obama is sending Special Forces. British jets have joined French warplanes over the skies of Syria. Even Germany, whose post-World War II constitution puts restrictions on fighting battles on foreign soil, is becoming increasingly involved.<br><br>But as the West steps up its war against ISIS, it appears that the involvement of the U.S.-led coalition's Arab members -- all of them much closer geographically to the terror group than their Western partners -- is drawing down.<br><br>Saudi Arabia and the United Arab Emirates are down to about one mission against ISIS targets each month, a U.S. official told CNN on Monday. Bahrain stopped in the autumn, the official says, and Jordan stopped in August. CNN contacted all of these countries for comment and is yet to receive a response.<br><br>Why aren't Arab countries more involved in the fight against ISIS?<br><br>Analysts say Yemen is at the center of a proxy war between Saudi Arabia and Iran, the region's biggest powers.<br><br>Religion and ethnicity are at the heart of the longstanding hostility between the two countries. Iran is majority Shia Muslim and non-Arab. Most of the other countries in the region -- including, and led by, Saudi Arabia -- are majority Sunni Arab, and are suspicious of Iran's motives.<br><br>So when Iranian-backed rebels seized Sana'a, the Yemeni capital, last year, a Saudi-led coalition of Arab states (including Egypt, Jordan and the UAE) was launched to try to defeat them. |
| Return to Top | |

# Suspicious, Unusual

Top of page

| HEADLINE | **12/10 Snohomish Co: gun permits double** |
|---|---|
| SOURCE | **http://www.king5.com/story/news/local/2015/12/10/gun-permits-double-snohomish-county/77121754/** |
| GIST | EVERETT, Wash. -- In just two months, the number of gun owners applying for concealed pistol licenses in Snohomish County has doubled, according to data from the sheriff's office.<br><br>It's so crowded in the small waiting area in the courthouse, the sheriff's office is asking people to fill out their permits ahead of time and consider applying at other locations.<br><br>"I feel like there's urgency now," said Todd Henderson.<br><br>He said recent terrorist attacks in Paris and California prompted him to apply for his concealed pistol license. "There's no guarantee we're going to be protected. We are our own first line of defense."<br><br>In the first week of December, 326 people applied for a permit. Compare that to the first week of October, when only 143 people applied. |

| | |
|---|---|
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Hoax: drug cartel vs. ISIS** |
| SOURCE | **http://www.newsmax.com/TheWire/el-chapo-isis-drugs-hoax/2015/12/11/id/705392/** |
| GIST | A story claiming Mexican drug czar Joaquin "El Chapo" Guzman has declared war on ISIS because jihadists destroyed a drug shipment is a hoax, but numerous news sites still picked up the report and ran with it, reportedly including Fox News and the New York Post.<br><br>The fake story was even the top trending news item on the Bing search site on Friday morning.<br><br>The story first appeared on Monday on the **CartelBlog.com**, saying the Islamic State ran afoul of the Sinaloa Cartel by destroying drug shipments meant for Middle Eastern countries and to be purchase by "the growing nightlife scene" there.<br><br>Steve Charnock, a satirist working for Thug Life Videos, told the **Daily Mail** he was the author of the story that was posted on Nov. 30. Charnock said the story and his other work are comedy pieces never meant to be treated as real stories. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/11 Cambodia deaths linked to BBQ dog** |
| SOURCE | **http://www.cbsnews.com/news/10-die-cambodia-eating-dog-meat-drinking-rice-wine/** |
| GIST | Cambodian health officials have been sent to a northeastern district where 10 people died and more than 100 were sickened in two separate incidents linked to the consumption of dog meat and rice wine, a medical officer said Friday.<br><br>Kratie provincial health department chief Chhneang Sivutha said experts from the U.N.'s World Health Organization were also investigating the incidents, both in Snuol district. He said people in the province have been warned not to eat the meat of animals that have died from illness or poisoning, and not to drink any wine that has not been properly inspected.<br><br>Six people died last Sunday after eating the barbequed carcass of a dog that had died for unknown reasons. The four others died after drinking rice wine on Tuesday.<br><br>Food safety is not a priority in Cambodia, one of Asia's poorest countries. The country has had to grapple with bird flu, with 56 confirmed cases of human infections since 2003, 37 of them fatal. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Unusual weather patterns in US** |

| SOURCE | http://abcnews.go.com/US/unusual-weather-patterns-us/story?id=35699626 |
|---|---|
| GIST | Buffalo, New York, is usually one of the snowiest cities east of the Rockies. By the middle of December, it usually has an average of 14.8 inches of snow on the ground. But it hasn't snowed once this year in Buffalo, breaking a 116-year-old record. In New York City, it's been the warmest November on record, averaging more than 5 degrees above normal for the month. In Philadelphia, last November was the warmest in 75 years. Overall, autumn 2015 ranks as the warmest in 121 years of recordkeeping.<br><br>It's also been unusually warm in the Great Lakes and Midwest. Take a look at Ashland, Wisconsin. At this time last year it was completely frozen. Today it's completely free of ice.<br><br>Why you ask has it been so warm in the East? Is this related to El Nino, or is it something else?<br><br>Today, the National Oceanic and Atmospheric Administration (NOAA) issued its El Nino forecast update for this winter. Mike Halpert, deputy director at NOAA's Climate Prediction Center, said that the warmth in the Eastern U.S. cannot be tied to El Nino just yet. The set up in the upper atmosphere over the mid-latitudes, where most of the U.S. is, has not shown the classic El Nino pattern. Moreover, he said that an atmospheric phase known as positive North Atlantic Oscillation (+NAO) is responsible for the current mild pattern in the Eastern U.S.<br><br>The strengthening upper level flow between the high pressure to the South and low pressure to the North is what has been creating mild weather in the Eastern U.S. since the beginning of November.<br><br>This pattern will last right into next week for the Northeast. Chicago and NYC will be in the 60-degree range and places like Atlanta will hit the mid-70s. Some of these temperatures could tie or break previous records.<br><br>While the Eastern U.S. has been relatively calm and warm, parts of the West have been battered by strong winds, flooding rains, mudslides, 30-foot waves, and heavy mountain snow.<br><br>Parts of the Pacific Northwest received up to 18 inches of rain in the past three days with many rivers rising into major flood stage. Portland had record rain for two days in a row. Seattle had record rain Tuesday, breaking the old record set back in 1971.<br><br>The Western stormy weather is also not fully related to El Nino -- it's what we call in meteorology a "Pineapple Express." This moisture is driven and enhanced by a strong Pacific jet stream. Here is satellite imagery of precipitable water in the atmosphere over the Pacific Ocean. You can see the "Pineapple Express" circled in red. |
| Return to Top | |

| HEADLINE | **12/10 Fears: new E. coli strain 'drug resistant'** |
|---|---|
| SOURCE | **http://www.news.com.au/lifestyle/health/health-problems/scientists-have-found-a-new-strain-of-bacteria-that-is-resistant-to-all-antibiotics/news-story/f643ea45c989c63365c0e50ea4a5f3e0** |
| GIST | **FOR years experts have warned there would come a day when antibiotics would cease being effective.** |

And it seems that day could be sooner than first thought after scientists discovered a new superbug that is not just impervious to the last line of defence medication, but has the ability to infect other bacteria.

But instead of destroying its virulent cousins this new strain of e.coli actually strengthens them by giving them the same antibiotic shield.

The unstoppable superbug was first found in China a few weeks ago.

Chinese and British scientists identified the first strain in a pig, then in raw pork meat and then in a small number of people.

Experts, while worried about the potential effect this discovery would have, hoped it would remain in China. But this week those hopes were dashed when researchers in Denmark revealed they had found a similar strain in poultry from Germany as well as in a Danish man who had never travelled outside the country. The superbug has also been found in Malaysia.

Further tests carried out on food samples from 2012-2014 by the Technical University of Denmark's National Food Institute in Søborg and the State Serum Institute in Copenhagen, found the deadly mutation was present.

This sparked calls from the head of NFI's genomic epidemiology group, Frank Aarestrup, for other universities with similar databases to carry out testing, online health magazine STAT reported.

What makes this strain different from other e.coli is that it carries a gene named mcr-1. It is thought this gene is what gives the strain its super-strength and the ability to infect other bacteria.

| | |
|---|---|
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Report: MH370 was 'zombie plane'** |
| SOURCE | **http://www.foxnews.com/world/2015/12/10/report-from-australian-investigators-suggests-mh370-was-zombie-plane/?intcmp=hplnws** |
| GIST | Buried in the lengthy report released last week by Australia's MH370 investigators is one crucial revelation: the aircraft suffered a serious technical problem triggered by a power outage.<br><br>The Australian Defense Science and Technology report officially acknowledges the doomed Malaysia Airlines flight suffered a sudden electrical failure before its disappearance on March 8 last year, the Daily Beast found. This backs the popular "zombie plane" theory, whereby the missing plane's avionic systems are ravaged, rendering the flight crew helpless, and the aircraft continued flying on autopilot until it ran out of fuel.<br><br>A grim timeline reveals the power blackout occurred in a 56-minute window between the final scheduled contact from the jet's Aircraft Communications Addressing and Reporting System and a failed attempt from dispatchers to contact the crew.<br><br>The report provides four possible explanations for the outage, which place blame either on human intervention or a technical fault: crew action in the cockpit using overhead switches, a |

| | sudden error requiring an Auxiliary Power Unit to start emergency power, somebody pulling out and resetting circuit breakers in the equipment bay, or intermittent technical failures. |
| | Whether one of these scenarios is correct can only be confirmed if the search for the lost plane is successful. |
| | The power loss is said to have led to two of the Boeing 777's automatic reporting systems and other vital functions to shutdown, likely causing panic in the cockpit as pilots tried to save the plane. |
| Return to Top | |

| HEADLINE | **12/10 Questions about college knife attack** |
|---|---|
| SOURCE | **http://www.foxnews.com/us/2015/12/10/with-spotlight-on-san-bernardino-yet-more-questions-about-college-knife-attack/?intcmp=hpbt1** |
| GIST | The California college student who stabbed four people last month in a campus spree that ended when he was killed by campus police was described by his roommate as "an extreme Muslim" and carried a manifesto and a photocopy of an ISIS flag -- more than enough to convince John Price he was a terrorist.

Yet, more than a month after the Nov. 4 attack at University of California Merced, local and federal authorities continue to insist that Faisal Mohammad, 18, carried out the vicious attack because he'd been banished from a study group. Price, whose son Byron Price, a 31-year-old construction manager for the family business who was working nearby and was stabbed when he heroically intervened, suspects the White House's reluctance to identify acts of radical Islamic terror has trickled down to investigators who are still probing the Merced attack.

"Why don't we just call it what it is -- domestic terrorism?" said Price. "Everyone is afraid to be politically incorrect. I do believe in law enforcement and believe they will do their job, but it seems like to me we aren't getting the whole story. I just wonder how much of this is driven from way higher up and is politically driven -- I just don't know." |
| Return to Top | |

| HEADLINE | **12/10 Suicide by dog attack?** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/michigan-womans-dog-mauling-death-ruled-a-suicide/** |
| GIST | Suicide by dog attack. That's what authorities say was the cause of death for a 22-year-old Port Huron woman who climbed a fence and was mauled by a pit bull and a pit bull mix last week, CBS affiliate WWJ reports.

Police initially said it was unclear why Rebecca Hardy entered the yard, in the 1700-block of 10th Street, where the dogs were contained. Her fiancé lives on the same street, about a block away.

Hardy suffered extensive injuries to her face and neck and later died at Beaumont Hospital. |

Following an investigation, the Oakland County Medical Examiner ruled Hardy's death was a suicide.

Ljubisa Dragovic said his determination is based on the fact that Hardy deliberately jumped into the backyard -- despite it containing the two "attack dogs."

Dragovic said an investigation revealed that Hardy knew her neighbor's dogs we dangerous and, in the past, had gone to great lengths to avoid them.

"She did climb the fence over and enter that space," Dragovic said. "She did not get through a gate or through the front door of the house -- and that clearly is a purposeful act. It's akin to someone jumping into a cage with tigers or lions at a zoo."

Investigators said Hardy had been kicked out of her home the day she was mauled to death.

Dragovic said there were also scars indicating a previous suicide attempt.

Return to Top

| HEADLINE | **12/10 Rare tornado sighting in Battle Ground** |
|---|---|
| SOURCE | http://www.komonews.com/news/local/Possible-tornado-touches-down-in-Battle-Ground-361467111.html |
| GIST | BATTLE GROUND, Wash. -- Several people reported seeing a possible tornado in Battle Ground late Thursday morning. |

The National Weather Service issued a Severe Weather Advisory around 11:30 a.m. Thursday, around the time that the reports started coming in.

There were no reports of injuries, according to Battle Ground Fire.

Officials were tracking a weather cell in that area, and confirm it was either a tornado or a microburst. The NWS is sending a team of specialists out to confirm the reports. If the funnel touched ground, it would classify it as a tornado.

Clark Public Utilities is reporting nearly 3,500 customers without power in Battle Ground, centered around where the storm cell was reported.

Return to Top

| HEADLINE | **12/10 Former Israel soldier joins ISIS** |
|---|---|
| SOURCE | http://www.timesofisrael.com/former-idf-soldier-joins-islamic-state-in-syria/ |
| GIST | Muslim Israeli citizen who formerly served in the IDF has joined the ranks of the Islamic State in Syria, Arab intelligence sources told The Times of Israel on Thursday. |

Identified only by the initials H.B., the man is 25 years old and a resident of a village in northern Israel, the sources said. He traveled from Israel to Turkey and then crossed the border into Syria.

According to his military identification card, which was seen by a Times of Israel reporter, he was slated to complete his military service in January 2014 and brought his IDF dog tags with him to Syria.

It wasn't immediately clear when the man traveled to Syria, where he crossed the border, or his current whereabouts.

Last month, Israel security services arrested five men from the northern city of Jaljuliya, charging them with attempting to join IS in Syria. A relative of one of the men made headlines in October when he flew a paraglider into southern Syria from the Golan heights to join jihadis fighting there.

Arab intelligence sources told The Times of Israel that between 100 and 150 Israeli Arabs are either serving in or detained by the Islamic State, but this is the first case involving an IDF veteran.

Return to Top

| HEADLINE | 12/10 Boston runaway train 'tampered with' |
|---|---|
| SOURCE | http://www.bbc.com/news/world-us-canada-35065011 |
| GIST | A Boston subway train which left its station without a driver and travelled to four other stations was tampered with, say officials.<br><br>Massachusetts Governor Charlie Baker said "somebody who knew what they were doing" was involved.<br><br>The train, which was heading towards central Boston, was carrying 50 people, none of whom were hurt.<br>The train operator was mildly injured because the train brushed him as it began to move.<br><br>Mr Baker told Boston's Herald Radio that officials have not determined whether the tampering was "negligence versus something else".<br><br>Officials found that a safety device meant to prevent the rail cars from operating without a driver was altered. Mr Baker said it was an "isolated" incident. |
| Return to Top | |

| HEADLINE | 12/10 Suspicious cellphone purchases |
|---|---|
| SOURCE | http://www.foxnews.com/us/2015/12/10/suspicious-cellphone-purchases-made-at-three-missouri-walmarts/?intcmp=hplnws |

| GIST | Christmas shopping in bulk or something sinister? Missouri police are investigating after at least 100 cellphones were purchased at three Walmarts during the past week, local <u>FOX</u> and ABC affiliates reported.<br><br>The FBI was contacted in at least two of the cases, though it's unclear if federal officials are actively involved.<br><br>"It's not right, it doesn't make any sense," a witness, who did not want to be identified, told ABC 17 about a sale in Columbia. "Who's going to order 50 phones for Christmas? Who does that?"<br><br>The first reported purchase happened Friday night, when several men bought dozens of phones around 9:30 p.m. at a Columbia Walmart, <u>ABC 17</u> reported. The men paid in cash, according to a witness.<br><br>Then, just before 4 a.m. on Saturday, two men bought about 60 phones in Lebanon, according to <u>KSPR</u>. Police were called and interviewed the men, but did not detain them.<br><br>"These people were, they were foreign-speaking," said Laclede County Sheriff Wayne Merritt, who encouraged citizens to call the cops if they observed odd activity. "You need to take notice. You need to let us know about it, because it doesn't hurt to check on it. You're not being racist or anything like that. You're just protecting yourself."<br><br>The Macon County Sheriff's Office in a Wednesday <u>Facebook</u> posting said it's investigating a third "recent suspicious purchase of multiple cellphones." It was not clear when that incident occurred or how many cellphones were bought. FoxNews.com called the sheriff's office, but the detective in charge of the investigation was not immediately available. |
|---|---|
| <u>Return to Top</u> | |

<br>

| HEADLINE | **12/10 Florida school pressure cooker threat** |
|---|---|
| SOURCE | **<u>http://abcnews.go.com/US/wireStory/florida-elementary-school-evacuated-pressure-cooker-found-35693408</u>** |
| GIST | A South Florida elementary school was briefly evacuated after a pressure cooker was found outside the building.<br><br>Hialeah Fire Rescue Capt. Cesar Espinosa told the media Hialeah Elementary School was evacuated as a precaution Thursday morning while the bomb squad checked out the pressure cooker, which was under a tree near the school's kindergarten building. They determined it was not dangerous.<br><br>Video footage from television station helicopters showed teachers, students and staff gathering on a playground outside the school.<br><br>The school is in Hialeah, which is near Miami. |
| <u>Return to Top</u> | |

| HEADLINE | 12/10 CAIR D.C. office evacuated in threat |
|---|---|
| SOURCE | http://abcnews.go.com/US/cair-capitol-hill-office-evacuated-foreign-substance-received/story?id=35697769 |
| GIST | The office of the Council on American-Islamic Relations in Washington, D.C., was evacuated today after a "foreign substance" was received in the mail, officials said. |
| | CAIR Executive Director Nihad Awad and Communication Director Ibrahim Hooper gave an update to the press following the evacuation. |
| | A field test was done on the white powdery substance found in the envelope along with a hate message mailed to CAIR's main office, according to Awad and Hopper. |
| | Authorities found no hazard, according to CAIR, and the substance and envelope are now with the FBI where it will undergo extensive testing to confirm its not dangerous. |
| | But Awad and Hopper said it's more than likely "nothing" and that they receive hate messages, hate mail and threats online "all the time." |
| Return to Top | |

| HEADLINE | 12/10 Armed man arrested Ark. university |
|---|---|
| SOURCE | http://www.cnn.com/2015/12/10/us/arkansas-state-university-armed-man/index.html |
| GIST | Police took a man at Arkansas State University into custody Thursday after the suspect allegedly drove onto campus with a weapon and crashed his car. |
| | No shots were fired, and there were no reports of any injuries. The school remained on lockdown. |
| | A spokesman said that the man drove onto campus and crashed his vehicle into a barrier. He described the suspect as a white male. |
| Return to Top | |

# Crime, Criminals

Top of page

| HEADLINE | 12/10 Pierce Co: serial barista stand robber |
|---|---|
| SOURCE | http://www.komonews.com/news/local/Coffee-stand-caper-strikes-seven-times-in-one-month-say-deputies-361509621.html |
| GIST | TACOMA, Wash. - Deputies in Pierce County are trying to track down a barista bandit. |
| | Coffee stands in Spanaway and Tacoma have been robbed at least seven times since November 3, said Detective Ed Troyer, a spokesman for the Pierce County Sheriff's Department. |

|  | Investigators believe one man is responsible for all of the crimes, sometimes returning to rob stands he's already hit.<br><br>Deputies describe the suspect as a black man in his mid-20s, about 5'8", wearing dark clothing and a bandana covering his face. Baristas who spoke with KOMO News say the man held the gun in his left hand.<br><br>Some coffee stands have increased security because of the robberies. |
|---|---|
| Return to Top | |

| HEADLINE | **12/09 Serial robber strikes King, Pierce Co.** |
|---|---|
| SOURCE | **http://www.kirotv.com/news/news/authorities-search-suspect-series-robberies/npgMd/** |
| GIST | Pierce and South King County detectives are seeking the public's help in identifying a suspect responsible for at least 15 armed robberies.<br><br>According to authorities, the suspect orders a small item to go, then displays a handgun and demands cash from the register.<br><br>Here are the locations the suspect is believed to have targeted:<br>· 8/25 at Elmer's on S. Hosmer St. in Tacoma<br>· 8/29 at Buttered Biscuit on North St. in Sumner<br>· 8/31 at Ma's Place on 39th Ave. SW in Puyallup<br>· 9/17 at Golden Given Food Mart on Golden Given Rd. in Tacoma<br>· 9/25 at Midland Eatery on Portland Ave. in Tacoma<br>· 9/25 at Seattle Sun Tan on Canyon Rd. in Puyallup<br>· 11/5 at Shari's on Russell Rd. in Kent<br>· 11/12 at Denny's on S. Hosmer St. in Tacoma<br>· 11/17 at IHOP on Campus Dr. in Federal Way<br>· 11/22 at Moctezumas on S. 56th St. in Tacoma<br>· 11/23 at Denny's on Auburn Way S. in Auburn<br>· 11/24 at Subway on Portland Ave. E. in Tacoma<br>· 11/27 at Subway on River Rd. in Puyallup<br>· 12/2 at Denny's on S. 320th St. in Federal Way<br>· 12/4 at Starbucks on S. 56th St. in Tacoma<br><br>Police describe the suspect as a white, 25 to 35 years old, about 5 feet 10 inches tall and 170 pounds. He has been seen wearing a beanie cap, a dark colored hoodie, blue jeans and sometimes sunglasses. |
| Return to Top | |

| HEADLINE | **12/10 Ride share driver called a terrorist** |
|---|---|
| SOURCE | **http://www.seattlepi.com/local/crime/article/Report-Ride-share-driver-assaulted-called-6690242.php** |

| GIST | Seattle police are investigating an assault as a possible hate crime after a ride share driver was attacked and accused of being a terrorist Wednesday night. |
|---|---|
| | A 36-year-old man who was a passenger is the ride share vehicle has been jailed for investigation of assault. |
| | The ride share company wasn't identified in police reports. |
| | Just before 9 p.m., three men called for a ride share in southwest Seattle. A driver arrived to pick up the men and headed toward their destination in downtown Seattle. |
| | During the trip, however, the front seat passenger began "grabbing at the victim" and called him a terrorist, Seattle police say. |
| | The driver got the man to move to the back of the car and continued driving until he left the freeway and safely stopped the car at First Avenue and Seneca Street, according to reports. He told the passengers to leave his car. |
| | The passengers got out of the car, but the man who initially assaulted the driver reached into the front seat and punched the driver in the head, according to Seattle police. |
| | The driver reported the incident to cops, who found the suspected attacker and arrested him. |
| Return to Top | |

| HEADLINE | **12/10 Okla. ex-cop guilty sex assaults** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/wireStory/oklahoma-cop-guilty-rape-sex-abuse-case-35706379** |
| GIST | A former Oklahoma City police officer was convicted Thursday of raping and sexually victimizing eight women on his police beat in a minority, low-income neighborhood. |
| | Daniel Holtzclaw, who turned 29 Thursday, sobbed as the verdict was read aloud. Jurors convicted him on 18 counts involving eight of the 13 women who had accused him; the jury acquitted him on another 18 counts. |
| | He could spend the rest of his life in prison based on the jury's recommendation that he serve a total of 263 years, including a 30-year sentence on each of four first-degree rape convictions. He was also convicted of forcible oral sodomy, sexual battery, procuring lewd exhibition and second-degree rape. |
| | The jury deliberated for about 45 hours over four days. Holtzclaw's sentencing is set for Jan. 21. A judge will decide whether he will have to serve the sentences consecutively. |
| Return to Top | |

| HEADLINE | **12/09 Arrest of Schuyler Barbeau** |
|---|---|
| SOURCE | **http://canadafreepress.com/article/77414** |

**GIST**

In the late morning of December 6, 2015, Schuyler Barbeau had been helping Allen Aenk by rescuing service dogs as a business service run from the Aenk family Ranch, in Stevens County, Washington, some 280 miles away from where the following events begin to unfold.

**At the Weigh Station**
After dealing with the dogs, Schuyler wanted stop to collect some money owed him by Oliver Murphy. Murphy texted to Schuyler to meet him at a weigh station at Interstate 90 and Washington Highway 18 (between Preston and Snoqualmie). When they arrived at the weigh station, Oliver's car was there, but Oliver was nowhere to be seen. So, they parked next to Oliver's car and Allen got out of the car, cell phone in hand to call his wife and to take the dog to the Dog Walk.

Before he could complete his intended tasks, he saw between 10 and 12 battle dressed people encircle him and the car. He was told to lie down on the ground. He complied, though he questioned why they were being treated this way. They then handcuffed Allen, and since Schuyler was on the other side of the car, he didn't really see what happened to him. Allen did note that he saw FBI, US Marshalls, and Coast Guard, though there were no apparent BATF agents on the scene. But, we'll get to the charges shortly.
The agents were going through his car, but they had no warrant with them, they simply stated that they did have one (There was a warrant to search the car at the premises - ranch, but nothing identifying the car specifically). They then moved Allen away from the car and began asking questions about Schuyler, but were told to ask Schuyler, not him.

After they had searched the car, one of the agents, acting rather rudely and assertively, asked Allen to sign a "Receipt for Property Seized", which Allen refused to sign, and Special Agent Kera O'Reilly (did you ever wonder why gimp kids are special, and so are FBI agents?) affirmed that he refused.

Allen was not allowed to verify some of those seized item, in particular, the "Grey Universal bag with yellow straps", so the feds can do anything they want with the contents. It was Special Agent O'Reilly who, rather rudely, refused Allen's request to review the contents.

Just so we know who the rather rude agent that dealt with Allen is, she was Kera Wulbert, and may have been Kera Wulbert Wagner, prior to that. Around 2013, she married Brendan Gerard O'Reilly (age 46) and quit-claimed her house at 2914 S Hill Street, Seattle, to herself and her new husband.

Enough of that, so, on with the show:
The other Special Agent was Matthew Acker, who acted courteously, as we should be able to expect our public servants to act toward us. These two agents were, apparently, assigned to Allen, while we can suppose that the rest of the jackboots were needed to assure that Schuyler did take over the surrounding forces, though we will have to get that information from him, when he is removed from sequestration and allowed visitors and phone calls.
**The Criminal Complaint**
Though we have no proof of the existence of an Arrest Warrant being issued prior to the arrest, we do have the Criminal Complaint that resulted in the arrest, as well as the search warrant.

About the same time that those events were occurring at the Weigh Station across the state in Springdale, Carrie Aenk was facing her own ordeal. The following is based upon an interview and documents that have been provided.

Thirty to 35 people showed up in 7 or 8 vehicles. Carrie, when she saw them driving in, tried to call Allen. There was no answer. however, the used a battering ram on the back door of the house. They also released some of the dogs from their kennel.

The <u>search warrant</u> is marked "X in the daytime 6:00 a.m. to 10:00 p.m." (Page 1 of pdf). It says nothing about "no knock", so it must be served in a civil manner. A battering ram at the back door of the house hardly satisfies that expectation, but, then, we you give thugs a license, they can do as they please—the Constitution notwithstanding.

I think we need to note here that the search warrant among other things, states that "I find the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property." However, no affidavit, or recorded testimony, has been provided. And, if we were to assume that the Criminal Complaint somehow satisfies that requirement, then even more curious is the fact that the search warrant brings in charges that were not included in the Complaint, or anywhere else in any of the currently existing court documents.

However, the act of the service of this warrant, after the battering ram entry, gets even more interesting. After they entered the house, they flash-banged every room they entered. Carrie counted at least eight of them in the house. That's right, they threw flash-bang grenades into *each* room, in order to clear it, perhaps, from evil spirits, since it would be difficult to otherwise understand the necessity of causing intentional damage, including gaping holes in walls, windows blown out, not to mention the back door that was battered open, and one helluva mess to prove that the government has come to "help you". If there is an assumption being made here that the government will perform restitution for the damage they caused, especially if the charges are dropped against Schuyler, then you are sadly mistaken.

While this "search" (and destroy) was going on, Carrie was held handcuffed for about an hour and a half, and she was not allowed to contact her attorney. They also held a gun on Carrie throughout this entire ordeal. Perhaps there is reason for concern when there is just one pissed off woman, and only 30 to 35 armed men to keep her under control.

While searching the rest of the premises, they used at least ten more flash bangs, some of them apparently only to scare the dogs, which resulted in laughter by some of the agents, who apparently were enjoying themselves immensely while terrorizing Carrie.

I will conclude by stating that this is, by far, the most egregious abuse of presumed governmental authority that I have seen since my visit to Waco, back in 1993.

Return to Top

| HEADLINE | **12/10 Fears of Muslim harassment rise** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/wireStory/california-shooting-fears-muslim-harassment-rises-35685984** |
| GIST | A severed pig's head was left outside a mosque in Philadelphia. An Islamic center in Florida was defaced. A Sikh temple in California was vandalized by someone who mistook it for a mosque and left graffiti that included a profane reference to the Islamic State group.<br><br>Advocacy groups believe there has been a spike in anti-Muslim incidents across the United States in recent weeks that can be linked to last week's mass shooting in California and the inflammatory rhetoric of Donald Trump and other Republican presidential candidates. And they say that Muslims are fearful the backlash could lead to further harassment and violence. |

"The spike began with the Paris attacks and has intensified with what happened in San Bernardino and now with what Donald Trump is proposing," Ibrahim Hooper, lead spokesman for the Council on American-Islamic Relations, said Wednesday. "I have never seen such fear and apprehension in the Muslim community, even after 9/11."

It's hard to measure the extent of the problem. The FBI, which keeps statistics on hate crimes committed nationwide, counted 154 bias offenses against Muslims last year. Data for 2015 is unavailable.

The Anti-Defamation League, relying partly on complaints and partly on media reports, said it has logged more than three dozen incidents since the Nov. 13 terror attacks in Paris that left 130 dead.

"We're talking at least three dozen that we're aware of, and I'm sure there are many more incidents that haven't been reported," said Oren Segal, the director of the ADL's Center on Extremism.

Return to Top

| | |
|---|---|
| HEADLINE | **12/10 Ex-soldier charged w/explosive device** |
| SOURCE | **http://www.seattletimes.com/seattle-news/crime/former-soldier-charged-with-storing-explosive-on-his-tacoma-roof/** |
| GIST | A former soldier suspected of storing a tank-piercing rocket on the roof of his East Tacoma house was criminally charged Thursday, a day after discovery of the explosive prompted a partial evacuation of the neighborhood, including an elementary school.

Tracy Worwood, 44, pleaded not guilty to unlawful possession of an explosive device without a license and reckless endangerment. He was released on his own recognizance.

Worwood's underage son visited him in late November, found the Anti-tank projectile and took a picture of it, according to charging papers. When the boy's mom saw the picture, she reported the explosive to the FBI.

Tacoma police responded to the man's home in the 5000 block of McKinley Avenue about noon Wednesday and found the explosive.

Worwood, who received an "other than honorable" discharge from the U.S. Army, told investigators he thought it was a training round. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 WWU student charged in hate crime** |
| SOURCE | **http://www.king5.com/story/news/local/bellingham/2015/12/10/western-washington-university-student-charged-hate-crime/77120194/** |
| GIST | BELLINGHAM, Wash. - A Washington state college student has been charged with malicious |

|  | harassment, under Washington's hate crime law, for allegedly writing "let's lynch her" on a social media post concerning a student leader at Western Washington University. |
|  | <u>The Bellingham Herald</u> reports 19-year-old Tysen Campbell was charged in Whatcom County Superior Court on Thursday. |
|  | Charging papers show that Campbell's comment was made in response to a comment by WWU Associated Students President Belina Seare on Facebook in which she called college students "baby KKK." |
|  | According to the documents, Campbell admitted he made the post and that he deleted it soon after. He also acknowledged he knew what lynching was and that he associated it with the Ku Klux Klan, but that he did not actually intend to lynch anybody. |
| <u>Return to Top</u> | |

| HEADLINE | **12/10 Student faces bomb threat charges** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/wireStory/students-face-charges-bomb-threat-school-evacuation-35703754** |
| GIST | A <u>Mississippi</u> teenager faces charges after a homemade explosive was found at Warren Central Junior High's library and detonated in a nearby field. |
|  | Vicksburg Police Capt. Sandra Williams said in a news release that the student of Vicksburg, about 45 miles west of Jackson, will face charges of possession of an explosive device and having weapons — knives — on school property. |
|  | The Vicksburg Post reports a second student was booked with having a knife on school property but Williams said authorities don't believe that student was involved with making or transporting the device to the school. |
|  | Both students are being held pending a hearing in youth court. Their names and ages were withheld. |
| <u>Return to Top</u> | |

| HEADLINE | **12/10 La. city marshals indicted in child death** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/wireStory/grandmother-boy-killed-police-shooting-release-video-35698421** |
| GIST | A grand jury in Louisiana indicted two deputy city marshals on second-degree murder charges Thursday in the fatal shooting of a 6-year-old autistic boy last month while he was strapped into the front seat of his father's vehicle. |
|  | The indictment handed up by an Avoyelles Parish grand jury charged Derrick Stafford, 32, and Norris Greenhouse Jr., 23, with one count each of second-degree murder and attempted second-degree murder. |

|  | Police say Stafford, a full-time police lieutenant, and Greenhouse, a former police officer, were moonlighting as deputy city marshals in Marksville on the night of Nov. 3 when they fired at least 18 rounds at a car driven by Chris Few. The shooting severely wounded Few and killed his son, Jeremy Mardis.<br><br>Stafford and Greenhouse were arrested on second-degree murder charges last month but not formally charged until Thursday.<br><br>Attorney General James D. "Buddy" Caldwell Thursday vowed to "continue its detailed and thorough investigation as we prepare for trial." |
|---|---|
| Return to Top | |

**Information From Online Communities and Unclassified Sources/InFOCUS is a situational awareness report published daily by the Washington State Fusion Center.**

**If you no longer wish to receive this report, please submit an email to intake@wsfc.wa.gov and enter UNSUBSCRIBE InFOCUS in the Subject line.**

**DISCLAIMER -** the **articles highlighted within InFOCUS is for informational purposes only and do not necessarily reflect the views of the Washington State Fusion Center, the City of Seattle, the Seattle Police Department or the Washington State Patrol and have been included only for ease of reference and academic purposes.**

**FAIR USE Notice**  All rights to these copyrighted items are reserved. Articles and graphics have been placed within for educational and discussion purposes only, in compliance with 'Fair Use' criteria established in Section 107 of the Copyright Act of 1976. The principle of 'Fair Use' was established as law by Section 107 of The Copyright Act of 1976. 'Fair Use' legally eliminates the need to obtain permission or pay royalties for the use of previously copyrighted materials if the purposes of display include 'criticism, comment, news reporting, teaching, scholarship, and research.' Section 107 establishes four criteria for determining whether the use of a work in any particular case qualifies as a 'fair use'. A work used does not necessarily have to satisfy all four criteria to qualify as an instance of 'fair use'. Rather, 'fair use' is determined by the overall extent to which the cited work does or does not substantially satisfy the criteria in their totality. If you wish to use copyrighted material for purposes of your own that go beyond 'fair use,' you must obtain permission from the copyright owner. For more information go to: <http://www.law.cornell.edu/uscode/17/107.shtml>
THIS DOCUMENT MAY CONTAIN COPYRIGHTED MATERIAL. COPYING AND DISSEMINATION IS PROHIBITED WITHOUT PERMISSION OF THE COPYRIGHT OWNERS.
Source: http://www.law.cornell.edu/uscode/17/107.shtml
Return to Top

# InFOCUS
## Friday – 11 December 2015

| | International | National | Regional and Local |
|---|---|---|---|
| **Events, Opportunities**<br>Go to articles | 12/11 Militants fire at Ukraine forces<br>12/11 Continued drop in global oil prices<br>12/10 Canada welcomes Syrian refugees<br>12/10 Iranians angry over US visa change<br>12/10 Saudi Arabia, US in massive arms deal<br>12/10 Welcoming refugees and footing the bill | 12/11 Irradiated: secret, tragic US legacy<br>12/11 Worst weather expected coming months<br>12/10 How many Muslims immigrating to US?<br>12/10 Concern: home laser Christmas lights<br>12/10 Budget deficit widens to $65B in Nov.<br>12/10 Education law shifts power to states<br>12/10 Depletion of ground water worsening<br>12/10 Evolving state of American policing<br>12/10 Brain's on public health campaigns<br>12/10 Tracking overstay foreign visitors<br>12/10 Survey: fewer teens driving drunk<br>12/10 Study: 20% kids w/high cholesterol<br>12/10 'Happy Birthday' copyright settled<br>12/10 Medical helicopter crash in Calif.<br>12/10 Winter El Nino not backing down<br>12/10 New flood of migrants at border<br>12/10 Major airlines ban hoverboards<br>12/10 Recall: Sweet Leaf Tea bottles<br>12/09 Experts warn fleas are mutating<br>12/08 Workplace: NASA good, DHS bad | 12/11 Wild weather eases drought worries<br>12/10 Seattle police 'department' at fault<br>12/10 Woodland I-5 mudslide partially open<br>12/10 Seattle Chipotle closed for violations<br>12/10 Feds want Seattle to test gunshot tech.<br>12/10 Seattle PD releases new carjacking videos<br>12/10 New style of police training: hug-a-thug?<br>12/10 Bellevue partners w/Bloomberg on data<br>12/10 Swedish Hospital removes juice off menu |
| **Cyber Awareness**<br>Go to articles | 12/11 Canada seeks new cybersecurity network<br>12/10 ISIS' homebrewed encryption app?<br>12/10 Large UK website hosting attacked<br>12/10 Canada: ISIS hack on plane unlikely<br>12/10 IATA: cyberattacks on planes costly<br>12/10 Mystery hackers eye Internet shutdown? | 12/10 Encryption stymies national security?<br>12/10 Using online search to stop infections<br>12/10 Cyber criminals seek to cut costs<br>12/10 Ships' data recorders vulnerable<br>12/10 FBI 'hacks' to investigate crime | |
| **Terror Conditions**<br>Go to articles | 12/11 Saddam's men help ISIS rule<br>12/11 ISIS threatens UNESCO site in Libya<br>12/10 Canada: security alert level not raised<br>12/10 RCMP aware report of Toronto threat<br>12/10 Finland arrests suspected extremists<br>12/10 Britain's jihad hotspots revealed<br>12/10 UK terror arrests reach record level<br>12/10 US: ISIS oil going to Assad regime<br>12/10 Paris attack gun link to US dealer<br>12/10 Geneva police hunt ISIS suspects<br>12/10 Arab states and the war on ISIS<br>12/10 ISIS retakes key town in Syria<br>12/10 Paris attacker urged 'kill them'<br>12/09 France jails 3 for 'train attack bluff' | 12/11 America's most wanted: al-Adnani<br>12/11 FBI: Garland gunmen texted terrorist<br>12/11 NYC bomb plot revealed in guilty plea<br>12/10 Minn. suspect denies San Bernardino link<br>12/10 Extremist groups ignored Calif. shooter<br>12/10 FBI searches lake near San Bernardino<br>12/10 Feds investigate other potential plots<br>12/10 Terrorist shooting intelligence failure?<br>12/10 Conflicted portrait of terrorists' friend<br>12/10 Intel: ISIS makes fraudulent passports<br>12/10 USAF plans massive drone expansion<br>12/10 Feds arrest 'emir' of ISIS recruiting<br>12/10 Claim: DHS nixed effective program<br>12/10 Calif. shooters planned bigger?<br>12/10 Pentagon: 3 ISIS leaders killed<br>12/10 ISIS vs special operations<br>12/08 Why do people join ISIS? 9 reasons | |
| **Suspicious, Unusual**<br>Go to articles | 12/11 Cambodia deaths linked to BBQ dog<br>12/10 Hoax: drug cartel vs. ISIS<br>12/10 Former Israel soldier joins ISIS<br>12/10 Report: MH370 was 'zombie plane'<br>12/10 Fears: new E. coli strain 'drug resistant' | 12/10 Armed man arrested at Ark. University<br>12/10 Boston runaway train 'tampered with'<br>12/10 Florida school pressure cooker 'threat'<br>12/10 CAIR D.C. office evacuated in 'threat'<br>12/10 Questions about college knife attack<br>12/10 Suspicious cellphone purchases<br>12/10 Unusual weather patterns in US<br>12/10 Suicide by dog attack? | 12/10 Rare tornado sighting in Battle Ground<br>12/10 Snohomish Co: gun permits double |
| **Crime, Criminals**<br>Go to articles | | 12/10 Fears of Muslim harassment rise<br>12/10 Okla. ex-cop guilty of sex assaults<br>12/10 Student faces bomb threat charges<br>12/10 La. city marshals indicted in child death | 12/10 Ride share driver called a terrorist<br>12/10 WWU student charged in hate crime<br>12/10 Ex-soldier charged w/explosive device<br>12/10 Pierce Co: serial barista stand robber<br>12/09 Serial robber strikes King, Pierce Co<br>12/09 Arrest of Schuyler Barbeau |

**DISCLAIMER and FAIR USE Notice**

## Event Calendar
Top of page

| Date | Event | Location/Time | Other Information |
|------|-------|---------------|------------------|
| 25-29 April 2016 | IALEIA/LEIU Training Conference | Training Event Location & Reservations: (training will be at the Hilton)<br><br>New Orleans Riverside; Two Poydras Street, New Orleans, Louisiana Tel: (504) 561-0500 | http://www.ialeia.org/training-and-certification/conference/ialeia-leiu-annual-training-event-no-2016.html |
| Return to Top | **indicates new event/new information added during reporting week | | |

## Events, Opportunities
Top of page

| HEADLINE | 12/10 Medical helicopter crash in Calif. |
|----------|------------------------------------------|
| SOURCE | http://www.khq.com/story/30722301/four-killed-in-medical-helicopter-crash-in-bakersfield-california |
| GIST | BAKERSFIELD, Calif. - Four people were killed Thursday after a medical helicopter crashed while on its way to a California hospital Thursday night, NBC news reports.<br><br>The four victims were the pilot, a nurse, a paramedic, and a patient.<br><br>The SkyLife helicopter was traveling from Fresno to San Joaquin Community Hospital in Bakersfield — a 10-minute flight — and a search was started at 7:37 p.m. after there was no contact with the aircraft for 30 minutes, NBC affiliate KGET reported.<br><br>The search was hindered by bad weather and rain, but they eventually found a debris field. Searchers determined there were no survivors, Kern County Sheriff's Office Lt. Bill Smallwood officials told NBC News.<br><br>"We continue to pray vigilantly for our first responders and everyone involved," San Joaquin Community Hospital president and CEO Doug Duffield said.<br><br>The helicopter crashed in an area north of Bakersfield made up of mostly orchards, a fire official said. |
| Return to Top | |

| HEADLINE | 12/11 Irradiated: secret, tragic US legacy |
|----------|---------------------------------------------|
| SOURCE | http://media.mcclatchydc.com/static/features/irradiated/ |
| GIST | Byron Vaigneur watched as a brownish sludge containing plutonium broke through the wall of his office on Oct. 3, 1975, and began puddling four feet from his desk at the Savannah River nuclear weapons plant in South Carolina.<br><br>The radiation from the plutonium likely started attacking his body instantly. He'd later develop breast cancer and, as a result of his other work as a health inspector at the plant, he'd also contract chronic beryllium disease, a debilitating respiratory condition that can be fatal.<br><br>"I knew we were in one helluva damn mess," said Vaigneur, now 84, who had a mastectomy to cut out the cancer from his left breast and now is on oxygen, unable to walk more than 100 feet on many days. He says he's ready to die and has already decided to donate his body to science, hoping it will help others who've been exposed to radiation. |

Vaigneur is one of 107,394 Americans who have been diagnosed with cancers and other diseases after building the nation's nuclear stockpile over the last seven decades. For his troubles, he got $350,000 from the federal government in 2009.

His cash came from a special fund created in 2001 to compensate those sickened in the construction of America's nuclear arsenal. The program was touted as a way of repaying those who helped end the fight with the Japanese and persevere in the Cold War that followed.

Most Americans regard their work as a heroic, patriotic endeavor. But the government has never fully disclosed the enormous human cost.

Now with the country embarking on an ambitious $1 trillion plan to modernize its nuclear weapons, current workers fear that the government and its contractors have not learned the lessons of the past. For the last year, McClatchy journalists conducted more than 100 interviews across the country and analyzed more than 70 million records in a federal database obtained under the Freedom of Information Act.

Among the findings:

- McClatchy can report for the first time that the great push to win the Cold War has left a legacy of death on American soil: At least 33,480 former nuclear workers who received compensation are dead. The death toll is more than four times the number of American casualties in the wars in Afghanistan and Iraq.
- Federal officials greatly underestimated how sick the U.S. nuclear workforce would become. At first, the government predicted the program would serve only 3,000 people at an annual cost of $120 million. Fourteen years later, taxpayers have spent sevenfold that estimate, $12 billion, on payouts and medical expenses for more than 53,000 workers.
- Even with the ballooning costs, fewer than half of those who've applied have received any money. Workers complain that they're often left in bureaucratic limbo, flummoxed by who gets payments, frustrated by long wait times and overwhelmed by paperwork.
- Despite the cancers and other illnesses among nuclear workers, the government wants to save money by slashing current employees' health plans, retirement benefits and sick leave.
- Stronger safety standards have not stopped accidents or day-to-day radiation exposure. More than 186,000 workers have been exposed since 2001, all but ensuring a new generation of claimants. And to date, the government has paid $11 million to 118 workers who began working at nuclear weapons facilities after 2001.

Return to Top

| HEADLINE | **12/10 Swedish Hospital removes juice** |
|---|---|
| SOURCE | **http://www.komonews.com/news/local/Seattles-Swedish-Hospital-first-in-US-to-take-juice-off-the-menu-361496321.html** |
| GIST | SEATTLE - A popular drink is off the menu at Swedish Medical Center in Seattle. Pediatric patients are no longer served juice. And doctors want the sugar-filled beverage banned at home, too. |

Nine-year-old Gabe spent the night at Swedish Medical Center so doctors could check his seizure medication. That means waking up to breakfast in bed of a breakfast burrito, fruit and milk. Gabe would prefer juice to drink, but it's not an option here.

Gabe's dad, Tim Kolze, said they serve juice at home. "It usually seems like it would be a pretty healthy choice. 100% juice, so I wouldn't see why not," he said.

Dr. Uma Pisharody can explain. She specializes in Pediatric Gastroenterology, specifically seeing patients with liver disease. "The most common liver disease in childhood is something called <u>Non Alcoholic Fatty Liver Disease</u> (NAFLD). So it's the exact same fatty liver condition you see in alcoholics, but we call it 'non' because it's in kids," Dr. Pisharody said. "We know it's from excessive sugar intake. And one of the

molecules in sugar is a chemical called fructose. Fructose directly leads to this non-alcoholic fatty liver disease."

NAFLD is the most common liver disease in the country, striking one in 10 children, and the number of younger kids affected is growing. While it might seem like fat in the diet is the problem, Dr. Pisharody said sugar is the culprit. She tells her patients to cut excess sugar from their diets, and <u>juice can be loaded with it</u>.

"So all the patients I take care of, I tell them over and over, cut back on your juice intake. No soda, no added sugars. That's their mantra. They know not to take juice or sugars," she said.

| | |
|---|---|
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Woodland I-5 mudslide partially open** |
| SOURCE | <u>http://www.komonews.com/news/local/I-5-mudslide-tops-growing-list-of-storm-caused-road-closures--361422311.html</u> |
| GIST | WOODLAND, Wash. - Washington State Department of Transportation crews have reopened two lanes of Interstate 5 near Woodland about 26 miles north of Portland, Ore., where a huge mudslide came down across the roadway on Wednesday.<br><br>Governor Jay Inslee toured the slide area on Thursday and thanked crews for their efforts in getting the road back open.<br><br>"These boulders are bigger when you see them in person than they are when you see them on your TV screens. Even a wide screen. It's pretty impressive how this rock fractured," said Inslee.<br><br>The blockage trapped thousands of motorists in a 15-mile-long backup overnight. Many of them had to sleep in their cars or spent the night at a nearby Wal-Mart parking lot.<br><br>Some trucks were stranded on the freeway for more than 24 hours. Officials say it could take until Friday to fully reopen the freeway. A detour is available via Oregon Highway 30, although there are major delays. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/11 Worst weather expected in coming months** |
| SOURCE | <u>http://www.foxnews.com/science/2015/12/11/worst-this-el-nino-expected-in-coming-months.html?intcmp=hpbt4</u> |
| GIST | The current El Nino has yet to pack a punch – and isn't responsible for some of the strange weather already being seen in the United States.<br><br>Forecasters from the National Oceanic and Atmospheric Administration (NOAA) are still predicting with near certainty that this El Nino will last through the winter and will be the strongest since the 1997-98 El Nino and possibly the third strongest since 1950. The 1997-98 event sparked widespread storms and flooding that caused more than $4 billion in damage and killed 189 people nationwide.<br><br>El Niño - meaning in Spanish "the little boy, or Christ child" - is created when the equatorial waters of the Pacific Ocean warm significantly.<br><br>They are also forecasting wetter than average conditions out West from January to March and above average temperatures in the northern half of the contiguous U.S., Alaska and much of Hawaii. Below-average temperatures, meanwhile, are most likely in the southern Plains while much of the South will see wetter than average. |

But Mike Halpert, deputy director, NOAA`s Climate Prediction Center, told reporters that the amounts of tropical rainfall associated with El Nino so far across the east-central Pacific and all the way to eastern part of the Pacific have been less than what was seen in other strong El Nino years like 1997-98.

Return to Top

| HEADLINE | 12/11 Continued drop in global oil prices |
|---|---|
| SOURCE | http://abcnews.go.com/Business/wireStory/asian-shares-slip-fed-nears-japan-yen-weakness-35707912 |
| GIST | World stock markets turned lower on Friday, shaken by another drop in the price of oil and as investors prepared for the Fed's key meeting next week on interest rates. |

KEEPING SCORE: France's CAC 40 shed 1.5 percent to 4,567.42 and Germany's DAX lost 1.7 percent to 10,423.10. Britain's FTSE 100 retreated 1.2 percent to 6,015.66. U.S. stocks were poised to open lower. Dow futures were down 0.9 percent while the broader S&P 500 futures shed 0.8 percent.

ENERGY: The price of U.S. benchmark crude fell further, sinking 57 cents to $36.19 a barrel in electronic trading on the New York Mercantile Exchange. The contract fell 40 cents, or 1 percent, to settle at $36.76 a barrel on Thursday, its lowest level since early 2009.

The International Energy Agency on Friday forecast that the oversupply of crude would continue until late next year and demand would weaken, a dynamic that would continue to weigh on prices. Though the drop in the oil price can help consumers and businesses by reducing energy bills, the recent decline has been weighing on stocks as investors worry it is a sign of a weak global economy.

Return to Top

| HEADLINE | 12/11 Wild weather eases drought worries |
|---|---|
| SOURCE | http://abcnews.go.com/US/wireStory/wild-northwest-weather-eases-drought-worries-35709582 |
| GIST | Fierce Northwest storms that sent rivers bursting from their banks, closed roadways and produced a rare tornado have had one positive effect — easing summer drought concerns that prompted cities to active water shortage plans. |

The moisture is helping to fill reservoirs earlier and recharging the groundwater, said Scott Pattee, water supply specialist with the Natural Resources Conservation Service based in Mount Vernon.

But "a lot of this rain is going down hard so it's flowing straight through the snowpack, and it's not adding to it," he added.

Much of Washington's water supply depends on mountain snowpack that builds over winter, and melts in spring and summer.

The latest report from the U.S. Drought Monitor Thursday showed the area west of the Cascade Mountains in Washington is no longer in drought.

Cities like Seattle, Everett and Tacoma implemented water shortage plans when unseasonably dry summer conditions left the region parched.

Return to Top

| HEADLINE | 12/09 Experts warn fleas mutating |
|---|---|
| SOURCE | http://sanfrancisco.cbslocal.com/2015/12/09/vets-warn-fleas-becoming-resistant-to-chemical-treatments/ |

| GIST | SAN FRANCISCO (CBS SF) — Experts say fleas may be mutating and becoming more resistant to topical anti-flea treatments peskier than ever for Bay Area pet owners trying to get rid of them. |
| --- | --- |
| | One vet KPIX spoke to said the smelly solutions designed to kill fleas that pet owners have been applying to their cats and dogs may not help thanks to survival of the fittest flea. |
| | Katherine Van Ekert with VetPronto is one of many Bay Area vets that are telling pet owners the anti-flea solution produced by companies like Frontline and Advantage that they are buying isn't working. |
| | "You can imagine when we're applying a flea product that's designed to kill a flea and those fleas have random mutations the genes that are resulting and are allowing the fleas to survive are going to win," explained Van Ekert. |
| | Fleas may have mutated, but Van Ekert says the flea problem also has to do with the warmer weather. |
| Return to Top | |

| HEADLINE | **12/08 Workplace: NASA good, DHS bad** |
| --- | --- |
| SOURCE | **http://www.govexec.com/management/2015/12/nasa-best-place-work-government-homeland-security-worst-again/124268/** |
| GIST | The level of job satisfaction among federal employees at agencies with similar missions in areas such as law enforcement and public health varies widely, according to a new analysis of the "Best Places to Work in the Federal Government." |
| | For the first time, the authors of the report – which is based on data from the Office of Personnel Management's annual Federal Employee Viewpoint Survey – grouped 75 federal organizations by six mission areas: energy and environment, financial regulation, law enforcement, national security, oversight and public health. |
| | The FBI was the top agency in the law enforcement category, with a "satisfaction and commitment" score of 69.9 among employees, while the Secret Service had a score of 33.4 in that category – a 36.5 point difference. The Secret Service was the subject of a recent House Oversight and Government Reform Committee report detailing the agency's rock-bottom morale, a series of botched operations, and difficulty rooting out bad behavior. |
| | Another significant gap in job satisfaction based on the 2015 data existed between the Federal Deposit Insurance Corporation, which ranked as the top mid-size agency in the analysis, and the Commodity Futures Trading Commission, which ranked toward the bottom in the small agency category. |
| | Agencies that were at the top and bottom last year occupied those slots in 2015 too. For the fourth consecutive year, NASA was the No. 1 place to work among large federal agencies, with a job satisfaction and commitment score of 76.1 (out of 100) among employees. The intelligence community, departments of Justice, State and Commerce rounded out the top five. The rankings include 391 federal agencies and their subcomponents. |
| | The Homeland Security Department, which has struggled with morale and management since its creation, ranked last among large agencies again. The Veterans Affairs Department, plagued with scandal and mismanagement since the 2014 scandal involving excessive wait times for patient appointments erupted, also ranked at the bottom. |
| Return to Top | |

| HEADLINE | **12/10 Brain's on public health campaigns** |
| --- | --- |
| SOURCE | **http://www.upenn.edu/spotlights/your-brains-take-public-health-campaigns** |

| GIST | Mass media campaigns have proven to influence people's health-related decision making—for better or for worse. Effective messaging has helped millions quit smoking, exercise more, and eat better, while failed campaigns have backfired, sometimes even causing those with unhealthy habits to dig deeper into their vices.

"We don't always know what's going to persuade us," says Emily Falk, an associate professor at the Annenberg School for Communication. "In the moment, it might feel like one set of advertisements is appealing, but that doesn't always translate into downstream behavior."

In a recently published study in the journal Social Cognitive and Affective Neuroscience, a team of researchers led by Falk discovered a new way to help predict the success of public health campaigns. Instead of just asking someone's opinion, they looked inside people's brains and measured their neural reactions when they viewed specific advertisements.

Using functional magnetic resonance imaging (fMRI), the researchers recorded the brain activity of 50 smokers from Michigan who viewed a total of 40 anti-smoking images, including some that the Food and Drug Administration was considering using as warning labels. Researchers focused on the medial prefrontal cortex (MPFC) region of the brain, which helps people gauge how valuable or relevant information is to them.

The more activity in the MPFC, the more motivating the image would be to stop a person from smoking, the researchers believed.

To test this hypothesis, they compared the fMRI results from the small sample of smokers to a large anti-smoking email campaign sent in partnership with the New York State Smokers' Quit Line. One of the same 40 images was sent to each of the 800,000 smokers, along with the slogan "Stop Smoking. Start Living." Each email included a link to online smoking cessation resources.

The researchers found that the same anti-smoking images that caused powerful MPFC responses were also most effective at getting New York smokers to click the get-help link.

This information is a convincing demonstration of how looking at brain activity can help when creating a public health campaign, Falk says. But that still doesn't mean it can take the place of self-reported data.

"Asking people does give us some important information, too," Falk says. "Essentially what's best is to do both." |
| Return to Top | |

| HEADLINE | **12/10 Bellevue partners w/Bloomberg** |
| SOURCE | **http://www.bellevuereporter.com/news/361343621.html** |
| GIST | The City of Bellevue announced on Tuesday, Dec. 8 that it was selected to participate in the new "What Works Cities" initiative, taking a huge step toward making its data easy to access and open to the public.

The initiative is a national drive sponsored by Bloomberg Philanthropies which wants to connect mid-sized cities to enhance the use of data and evidence to look for solutions to problems which may arise.

Mayor Claudia Balducci said Bellevue has made increasing use of data in the last 15 years, and the What Works Cities initiative would help hone those skills.

"We're very excited and proud to announce that Bellevue has been selected for What Works Cities," she said. "The data used could be almost anything, cities generate a tremendous amount of data. By unleashing the power of data, we will build capacity in our operations, increase transparency and improve the way services are delivered to Bellevue residents." |

| | |
|---|---|
| | An open data portal on the City of Bellevue's website is scheduled for early 2016. Residents will be able to access data easily and efficiently, said Sabra Schneider, chief operating officer of information technology.<br><br>"We are committed to building apps against data which can benefit our residents," she said. "We can set a framework for open data and problem solving." |
| Return to Top | |

| | |
|---|---|
| HEADLINE | 12/10 'Happy Birthday' copyright settled |
| SOURCE | http://www.nbcnews.com/business/business-news/happy-birthday-copyright-suit-settled-n477671 |
| GIST | A settlement has been reached in a U.S. lawsuit with Warner/Chappell Music over the copyright to "Happy Birthday to You" that will put one of the world's most recognizable songs in the public domain, according to court papers released on Wednesday and a source close to the case.<br><br>Terms of the deal were not disclosed in court papers announcing the settlement, but it puts an end to the class-action lawsuit filed in 2013 by a group of artists and filmmakers who had sought a return of the millions of dollars in fees the company had collected over the years for use of the song.<br><br>Once the settlement is finalized, the song will be in the public domain, the source said. That means it will be free for all to use without fear of a lawsuit. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | 12/10 How many Muslims immigrating to US? |
| SOURCE | http://www.nbcnews.com/storyline/immigration-border-crisis/mass-migration-muslims-u-s-mostly-mirage-n477306 |
| GIST | Not one predominantly Muslim nation makes the list of top 10 countries of origin for legal immigrants in 2013, according to the most recent census figures compiled by the Migration Policy Institute.<br><br>At #14, Pakistan was the top-ranked Islamic country with 13,251 legal permanent residents — just 1 percent of the total 990,553 immigrants who received Green Cards that year, the figures showed.<br><br>"Definitely as a share of the foreign population, Middle Eastern and North African immigrants are small," Marc Rosenblum, deputy director of the organization's U.S. immigration policy project, told NBC News. "But right now there is a lot of fear about terrorism and that affects how people perceive those numbers."<br><br>There has been for several years a "perception that immigration has been out of control is disproportionate to the facts on the ground," Rosenblum said. "The numbers of people immigrating to the U.S. have been pretty stable the last few years, and illegal immigration is much lower than it was a decade ago."<br><br>The biggest difference is that the new arrivals aren't coming — as they have in the past — from European countries like Italy, Ireland, Germany and Poland.<br><br>"Now the total foreign population is a third Mexican and three-quarters Latin American and Asian," said Rosenblum. "Europe accounted for just 12 percent of the foreign-born population in 2013. It was 75 percent in 1960."<br><br>Two years ago, the top three Green Card recipient countries were Mexico, 135,028, China, 71,798, and India, 68,458, according to the figures.<br><br>Only 9,552 Iraqis and 1,463 Saudis got Green Cards in 2013. As for Syrians, whom Trump and much of the GOP wants to bar from the United States, just 3,366 were granted permanent residency. |

| | When it comes to other Muslim countries, 10,294 Egyptians, 3,532 Yemenis, 2,783 Lebanese and 376 Libyans were allowed into the U.S. in that year. |
|---|---|
| Return to Top | |

| HEADLINE | 12/10 Concern: home laser Christmas lights |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/holiday-laser-displays-raising-safety-concerns-for-pilots/** |
| GIST | More homeowners are abandoning traditional Christmas lights for laser displays this holiday season. They project holiday-themed laser beams onto a house or yard, but they can also point into the sky, creating new danger for pilots and their planes.

Last week, a laser decoration 22 miles from Dallas-Fort Worth International Airport put a passenger plane in harm's way. This follows a similar complaint last month in Michigan.

It's a federal crime to shine a laser at a plane, and while no one was charged in those cases, several so-called laser strikes are being blamed on the holiday laser displays, reports CBS News correspondent Mireya Villarreal.

Jen Creaven Parker bought hers at Bed, Bath and Beyond for $40.

"I think they look cool. They come in two options, all green or red," said Parker. "'Lazy lights' is what Facebook is calling them." Lazy, because they're so easy to install.

But helicopter reporter Stu Mundel, from CBS News' Los Angeles station KCBS, has encountered other types of consumer lasers while in the air.

"I saw the laser in the corner of my eye, I looked at it, and unfortunately, it went right into my eyes, and it does, it stings, it burns, it feels like you have a sunburn on your eye," Mundel said.

Laser strikes - often intentional - have become a growing problem for pilots. In 2014, the FAA investigated more than 3,800 laser light complaints, which has nearly doubled this year.
The FAA is asking homeowners to make sure their decorations aren't pointed towards the sky, or to pull the plug on them altogether. |
| Return to Top | |

| HEADLINE | 12/10 Evolving state of American policing |
|---|---|
| SOURCE | **http://www.psmag.com/politics-and-law/the-evolving-state-of-american-policing** |
| GIST | "Never at any time in the world's history has it been possible for so many people to know, so promptly, of the dereliction of one police officer in such lack of context as to cause distrust and lack of respect for all," Police Chief Frank Ramon tells his colleagues.

It's the annual conference of the International Association of Chiefs of Police, and hundreds of law enforcement executives from around the country are gathered together to talk about recent and troubling publicity around police forces pretty much across the country—California, New York, South Carolina, Maryland. Reflecting on the crisis in policing, he continues, "the law enforcement image is dependent on the professional, competent performance of the men and women who protect and serve their community."

But Ramon, the chief of police of the Seattle Police Department, isn't talking about viral videos shot by bystanders with cell phones, or about footage from dashboard cameras. All of that is still many years away. Ramon is speaking in the year 1965.

Yet Ramon's comments could just as easily have been made in 2015—and, in fact, they sort of were. Over the course of the 2015 IACP, many speakers echoed the sentiments expressed at the conference opening |

by Chicago Police Department Superintendent Garry McCarthy (who resigned a month later when the Laquan McDonald cover-up was brought to light). "We're in a tough time for policing right now," McCarthy said. "And I believe we're at a crossroads. I don't think this climate has ever existed in the history of American policing.... Never have we been going through the scrutiny of every single action that we deal with like we do today, in the digital age."

So much of what police executives said at the conference—what they complained about, what they asked for, what they believed was utterly new to our present place and time—sounded remarkably familiar. I attended the conference not only as a reporter but as a historian of the IACP; I've spent dozens of hours combing through years of conference proceedings, and I heard little at this year's conference that I hadn't read before. In 2015, I heard law enforcement executives suggest—as they've done for many decades— that complaints of police brutality are still overblown, especially by the media; that police, still broadly disrespected, suffer daily indignities as they attempt to serve the public; and that this public misapprehends the danger police officers face every day and fails to see police officers as individuals.

So what happened? Why do police still seem to feel embattled and pressured in the same ways they did 50 years ago? Haven't things changed?

The IACP and the larger field of law enforcement are visibly different than they were in the 1960s (and very different from the 1890s, when a mere 51 delegates attended the first annual convention in 1893).

This year, over 15,335 law enforcement executives from 83 countries attended an event with 204 sessions spread over 13 educational tracks, three "interactive sessions on global issues with significance in local communities," and a trade show of more than 700 vendors and exhibitors. Chiefs could attend education sessions on legal marijuana, social media strategies, cyber security and "the cloud," developments in rapid DNA testing, and, of course, body-worn cameras. From this perspective, the work of policing and the concerns of police executives have evolved significantly over a century. Advances in technology, psychology, and forensic science have made the act and art of policing look drastically different than it did in 1893 and 1953 and even 1983.

So does American society. At the 1965 meeting, law enforcement executives spoke from the far shore of a country-wide crime wave that was just beginning its swell. In 2015, they addressed each other in a country that is statistically safer than it has ever been: The homicide rate in 2010 was 4.8 for every 100,000 people; in 1980 it had been more than twice that—10.8. In 1965, the ink was barely dry on the Civil Rights Act; in 2015, although we still have far to go, civil rights have evolved to encompass a much larger spectrum of diversity and inclusion. America in 2015, then, presents new challenges, and new opportunities, that were unimaginable in 1965. Yet the complaints, and the script, remain the same.

What happened? Or, perhaps more precisely, what hasn't happened?

| | |
|---|---|
| Return to Top | |

| HEADLINE | 12/10 New style of police training: hug a thug? |
|---|---|
| SOURCE | http://www.washingtonpost.com/sf/investigative/2015/12/10/new-style-of-police-training-aims-to-produce-guardians-not-warriors/ |
| GIST | BURIEN, WASH. — The police recruits arrived in pairs in the woods outside Seattle. For days, they had been calming their minds through meditation and documenting life's beauty in daily journals. Mindful and centered, they now faced a test: a mentally ill man covered in feces and mumbling to a rubber chicken.

The feces was actually oatmeal and chocolate pudding, the man was another recruit, and the goal of this mock training exercise was to peacefully bring him into custody. The first recruits approached gingerly, trying to engage the man in conversation. When that failed, they moved in and wrestled him to the ground.

"We needed to find a way to help him. He obviously had a screw loose," said Aaron Scott, a cadet from Bellevue, Wash. Scott briefly considered using his baton, he said. "But I thought that might be too much." |

For the past three years, every police recruit in the state has undergone this style of training at the Washington State Criminal Justice Training Commission, where officials are determined to produce "guardians of democracy" who serve and protect instead of "warriors" who conquer and control.

Gone is the military-boot-camp atmosphere. Gone are the field exercises focused on using fists and weapons to batter suspects into submission. Gone, too, is a classroom poster that once warned recruits that "officers killed in the line of duty use less force than their peers."

"If your overarching identity is 'I'm a warrior,' then you will approach every situation like you must conquer and win," said Sue Rahr, the commission's executive director. "You may have a conflict where it is necessary for an officer to puff up and quickly take control. But in most situations, it's better if officers know how to de-escalate, calm things down, slow down the action."

Training is at the heart of the national debate over police use of force. So far this year, police have shot and killed more than 900 people, according to a Washington Post database tracking such shootings — more than twice the number recorded in any previous year by federal officials. Anti-brutality activists and some law enforcement leaders argue that if police were better trained to de-escalate conflict, some of those people might still be alive.

Rahr, the former sheriff of King County, is one of the nation's foremost authorities on this type of training. In April, the Harvard Kennedy School published a report she co-wrote, "From Warriors to Guardians: Recommitting American Police Culture to Democratic Ideals," which warns that too many academies are training police officers to go to "war with the people we are sworn to protect and serve."

The President's Task Force on 21st Century Policing, of which Rahr is a member, has embraced many of these principles. In August, the Police Executive Research Forum, a law enforcement think tank, followed suit.

"The goal of the guardian officer is to avoid causing unnecessary indignity," said Seth Stoughton, a law professor at the University of South Carolina and a former police officer in Tallahassee. "Officers who treat people humanely, who show them respect, who explain their actions, can improve the perceptions of officers, or their department, even when they are arresting someone."

Not everyone is on board. Some accuse Rahr of promoting a "hug-a-thug" mentality that risks getting officers killed. About 20 percent of Rahr's staff quit or was fired in the first year after rebelling against her reforms. Even today, Rahr estimates that two-thirds of the state's 285 local police chiefs are either skeptical of her training philosophy or "think this is just dangerous."

Return to Top

| HEADLINE | 12/10 Seattle police 'department' at fault |
|---|---|
| SOURCE | http://www.seattleweekly.com/home/962205-129/opa-brass-not-rank-and-file-responsible-for |
| GIST | **After more than seven** months of investigation, the official verdict is in: Seattle police may have hurt people during Seattle's May 1st anti-capitalist protest, but the fault belongs to the department as a whole, not with individual officers.<br><br>That's according to Pierce Murphy, director of the Office of Professional Accountability (OPA), the semi-independent arm of Seattle police that reviews complaints and makes recommendations to the chief about officer misconduct.<br><br>"The evidence from this investigation supports the conclusion that SPD officers used blast-balls and less-lethal projectiles according to their training and the direction given to them by SPD incident commanders," Murphy wrote in a combined report and letter to the police Chief which responds to five different complaints about blast-ball deployment on May Day. (Blast balls are like flash-bang grenades, designed |

to intimidate but capable of harm.) "For this reason, accountability lies with SPD as an agency not with any individual officer."

Accountability for what? The report acknowledges that some "blast balls detonated...next to or against one or more persons." This is in contrast to their intended use, which according to <u>this SPD training video</u> is "...herding people into the escape routes that you want" by detonating blast balls on the perimeter of a crowd. "You don't throw them into the crowd," the video instructor states, "because that will cause mayhem and confusion."

And there was plenty of mayhem and confusion during the protest.

It's not clear how SPD officers could have consistently used blast balls as trained, since their training tells them "to roll the blast ball underhanded like a bowling ball into an open space," according to the <u>OPA report</u>. Multiple blast balls detonated within crowds and sometimes literally on top of protesters, and city councilmember Bruce Harrell famously described video of one officer throwing a blast ball as looking like a "hook shot."

Murphy found that there was insufficient evidence to hold any individual officer accountable for their actions during the protest. The devil lay in the details: while his office does not dispute that police unleashed at least 48 blast balls and seems to acknowledge that people were hurt by improper use of those blast balls, his investigation was unable to definitively connect specific cops to specific blast balls and specific injuries.

| Return to Top | |

| HEADLINE | **12/10 Feds want Seattle to test gunshot tech.** |
| --- | --- |
| SOURCE | **http://www.kirotv.com/news/news/feds-want-seattle-test-gunshot-detection-system/npg7F/** |
| GIST | The local office of the Federal Bureau of Alcohol Tobacco and Firearms wants to include Seattle in a national test of gunshot-detection technology.<br><br>That was part of the discussion before the City Council's Public Safety Committee this afternoon.<br><br>Just this week the Denver City Council approved a half-million dollars to triple the Shot Spotter coverage in that city.<br><br>The system uses microphones spread through neighborhoods to collect sound, then a sophisticated computer quickly pinpoints the location of gunshots and alerts police.<br><br>Seattle police accountability advocate Harriet Walden told us why she supports the concept.<br><br> "I think it would help us solve crimes, and police will be able to identify where the shots came from," she said.<br><br>Today Public Safety Committee Chair Bruce Harrell continued a discussion that began three years ago.<br><br>The Council has set aside $250,000 to study using the gunshot detectors here because often people don't report gunshots. |
| Return to Top | |

| HEADLINE | **12/10 SPD releases new carjacking videos** |
| --- | --- |
| SOURCE | **http://mynorthwest.com/11/2868392/Seattle-police-release-new-video-from-fatal-carjacking** |
| GIST | The Seattle Police Department has released new video footage of the Dec. 6 carjackings that lead to a high speed chase through city streets, and ultimately to the death of the suspect. |

One video shows the suspect, Raymond Azevedo, allegedly stealing two cars at gunpoint.

The other video is an extended cut of the <u>initial video</u> Seattle police released, but shows a SWAT team activity as officers approached the car.

The King County Medical Examiner's Office released the name of the suspect Tuesday, according to KING5. Azevedo, 35, died of multiple gunshot wounds.

| Return to Top | |
|---|---|

| HEADLINE | **12/11 Militants fire at Ukraine forces** |
|---|---|
| SOURCE | **http://uatoday.tv/news/russian-backed-militants-fire-large-caliber-weapons-at-ukrainian-forces-551816.html** |
| GIST | The combined Russian-militant forces attacked Ukrainian army positions in eastern Ukraine about 40 times overnight, the press center of the Anti-Terrorist Operation (ATO) wrote on Facebook early Friday.<br><br>"The situation in the Donbas conflict zone remains tense but stable, and completely controlled by our defenders," the press center said.<br><br>It is noted that the militants continued to fire on ATO positions near the occupied city of Donetsk. In particular, they fired small arms, machine guns and grenade launchers on the villages of Opytne, Pisky, Novhorodske, and the town of Krasnohorivka. A few dozen of 82mm and 120mm mortar shells fell and exploded on the outskirts of Krasnohorivka.<br><br>The Kremlin-backed militants fired 120mm mortars on our positions near the village of Zaitseve in the Artemivsk sector. They also fired heavy machine guns and grenade launchers there overnight. |
| Return to Top | |

| HEADLINE | **12/10 Seattle Chipotle closed for violations** |
|---|---|
| SOURCE | **http://www.seattletimes.com/seattle-news/health/seattle-chipotle-closed-for-repeated-violations/** |
| GIST | Seattle health officials closed a South Lake Union Chipotle restaurant Thursday for repeated food-safety violations.<br><br>The move to shutter the Mexican-style restaurant, at 212 Westlake Ave., comes more than a month after the fast-food chain closed 43 sites in Washington and Oregon amid an E. coli outbreak that eventually sickened 52 people in nine states and sent 20 people to hospitals.<br><br>It also comes in a week when more than 120 students at Boston College were sickened by norovirus after eating at a single Chipotle restaurant, health officials reported.<br><br>In the most recent Seattle case, the restaurant received red violations on three consecutive visits from health inspectors, according to a blog by officials at Public Health — Seattle & King County.<br><br>Red violations are those most likely to contribute to foodborne illness. In each of the inspections, the restaurant accrued between 25 and 33 points out of 400 possible, well below the 90-point threshold that requires closure. But because the location had repeated violations, health officials ordered it closed. |
| Return to Top | |

| HEADLINE | **12/10 Major airlines ban hoverboards** |
|---|---|
| SOURCE | **http://www.king5.com/story/tech/science/aerospace/2015/12/10/alaska-airlines-and-other-airlines-** |

ban-hoverboards/77119944/

| GIST | Four major U.S. airlines are banning hoverboards because of the potential fire danger from the lithium-ion batteries that power the devices. |
| | |
| | Alaska Airlines, Delta Air Lines, American Airlines and United Airlines said Thursday they are banning hoverboards in checked or carry-on luggage. JetBlue Airways has already prohibited them. |
| | |
| | Hoverboards are motorized, two-wheel, skateboard-sized scooters that users stand on. They have been a hot gift item at some retailers. |
| | |
| | On the Alaska Airlines blog, the airlines does not allow hoverboards as checked luggage nor as carry-on. |
| Return to Top | |

| HEADLINE | **12/10 Saudi Arabia, US in massive arms deal** |
| SOURCE | **http://www.newsmax.com/Newsfront/US-Arms-Deal-Saudi-Arabia/2015/12/10/id/705288/** |
| GIST | Saudi Arabia will pay $1.29 billion to the United States as part of a massive arms sale which includes as many as 13,000 so-called smart bombs, **NPR** reports. |
| | |
| | The huge deal — which is unlikely to be blocked by Congress — was announced by the State Department after being hammered out by the Obama administration in a bid to help boost military support for Gulf states. |
| | |
| | But the big money agreement remains controversial. |
| | |
| | Human Rights Watch, an international humanitarian watchdog headquartered in New York City, claims recent Saudi airstrikes in Yemen "have indiscriminately killed and injured civilians," according to NPR. |
| | |
| | Pentagon officials say the sale will help stockpile the Middle East nation's military supplies to "sustain strong military-to-military relationships between the United States and Saudi Arabia." |
| Return to Top | |

| HEADLINE | **12/10 Budget deficit widens to $65B in Nov.** |
| SOURCE | **http://www.reuters.com/article/us-usa-budget-idUSKBN0TT2LD20151210** |
| GIST | The U.S. federal government ran $65 billion into the red in November, up 14 percent from the same period last year, the Treasury Department said on Thursday. |
| | |
| | Analysts polled by Reuters had expected a $68 billion deficit for last month. The government had a deficit of $57 billion in November of 2014. |
| | |
| | The current fiscal year-to-date deficit stood at $201 billion. Receipts last month totaled $205 billion, while outlays stood at $270 billion. |
| | |
| | Accounting for calendar differences in the timing of benefits payments and budget receipts would yield a deficit of $126 billion in November versus $98 billion in the same month of 2014. |
| Return to Top | |

| HEADLINE | **12/10 Welcoming refugees and footing the bill** |
| SOURCE | **http://www.reuters.com/article/us-europe-migrants-germany-economy-idUSKBN0TT24Z20151210** |
| GIST | The influx of refugees into Germany is both a boon and a burden for the economy: it needs huge numbers of migrants to rejuvenate an aging workforce, but must financially support many for years until they learn |

the language and gain qualifications.

Chancellor Angela Merkel has refused to put a cap on refugee numbers to a country where the population of around 82 million is set to shrink by 15 percent by 2050, according to government forecasts, with the workforce falling by 30 percent.

The country needs about half a million migrants a year until 2050 to counter that fall in the workforce, a study by think-tank the Bertelsmann Foundation found.

But many of the people currently arriving from countries such as Syria do not speak German and have few formal qualifications, so it will take time and investment to reduce their dependence on state welfare and get them into work.

Each unemployed refugee costs taxpayers 12,000 euros ($13,000) a year, government figures show. Only 8 percent find work in the first year and most rely on the state for everything from food and housing to language courses.

But the costs will be offset within five to 10 years as more and more refugees start working and paying taxes, according to a study by the German Institute for Economic Research (DIW).

| | |
|---|---|
| Return to Top | |

| | |
|---|---|
| **HEADLINE** | **12/10 Canada welcomes Syrian refugees** |
| **SOURCE** | **http://www.bbc.com/news/world-us-canada-35065008** |
| **GIST** | The Canadian military is transporting hundreds of Syrian refugees from Jordan to Toronto to be resettled throughout the country this week.

One military aircraft arrived in Toronto on Thursday, and another will arrive in Montreal on Saturday.

The newly elected Liberal government has pledged to take in 25,000 refugees by the end of February.

Immigration Minister John McCallum said all 10 provinces in Canada are in favour of accepting the refugees.

"This is a great moment for Canada," he said. "This shows the way we really are. It truly is a non-partisan, national project."

Since early November, hundreds of Syrians have already arrived in Canada via commercial aircraft.

About 300 Syrians will arrive this week. Prime Minister Justin Trudeau will be at the airport in Toronto on Thursday to greet them. |
| Return to Top | |

| | |
|---|---|
| **HEADLINE** | **12/10 Iranians angry over US visa change** |
| **SOURCE** | **http://www.bbc.com/news/world-us-canada-35064719** |
| **GIST** | Hours before the US House of Representatives voted to tighten visa-free travel to the US, many Iranians, especially those living in America, Europe and Australia, took to social media to express concern at the consequences of the bill.

The measure is designed to make it harder for the likes of those who carried out the Paris attacks and hold EU citizenships to use the programme known as the "visa waiver" to enter the US.

Citizens of 38 countries, many in the EU, can currently fly to the US without applying for a visa under |

America's Visa Waiver Program.

The new legislation initially said those eligible for the waiver programme who had travelled to "terrorist hotspots" like Iraq and Syria where IS controls territory would need to obtain a US visa.

But the final version included Iran and Sudan to the list of countries because they are considered "state sponsors of terrorism" by the US.

The bill HR158 means citizens of many EU countries and the rest of the 38 states participating in the programme who travel to Iran for pleasure or business will have to obtain a visa should they ever want to enter the US.

Return to Top

| | |
|---|---|
| HEADLINE | **12/10 Study: 20% kids w/high cholesterol** |
| SOURCE | **http://www.nbcnews.com/health/kids-health/one-five-us-kids-has-unhealthy-cholesterol-levels-study-n477821** |
| GIST | One in five Americans kids has unhealthy cholesterol levels, and more than 8 percent have the most worrisome high cholesterol levels, a new survey finds.<br><br>Older children and teenagers had the worst cholesterol levels -- nearly 27 percent of 16- to 19- year-olds had at least one measure of unhealthy cholesterol, the National Center for Health Statistics found. And the heavier children were more likely to have unhealthy cholesterol measures.<br><br>More than 43 percent of obese kids had bad cholesterol levels, the survey found.<br><br>"While it's not a surprise that they have more abnormalities than non-obese kids, it is pretty frightening," said Dr. Julie Brothers, a preventive cardiologist at Children's Hospital of Philadelphia, who was not involved in the study.<br><br>"It's quite high." |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Survey: fewer teens driving drunk** |
| SOURCE | **http://www.cbsnews.com/news/fewer-teens-are-driving-drunk-national-survey-says/** |
| GIST | A government survey shows fewer teens and young adults say they drive drunk.<br><br>Last year, nearly 7 percent said they'd recently driven while under the influence of alcohol. That figure has been steadily going down. It was 16 percent a dozen years earlier.<br><br>The numbers are for people ages 16 to 20 who participated in a large government survey focused on alcohol, tobacco and illegal drug use.<br><br>Drunken driving by people in their early 20s is more common but also is falling. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Tracking overstay foreign visitors** |
| SOURCE | **http://www.cbsnews.com/news/us-san-diego-california-track-foreigners-overstay-visas/** |
| GIST | Nearly half of the people living in the U.S. illegally are believed to have entered the country legally and stayed on expired visas. To combat the problem, the federal government on Thursday is launching one of its most ambitious efforts to track them. |

U.S. Customs and Border Protection will begin capturing facial and eye scans of foreigners entering the country at San Diego's Otay Mesa port of entry on foot. By February, foreigners going to Mexico on foot through the checkpoint will get scanned.

The trial run, which lasts through the end of June, will help determine if authorities expand biometric screening to foreigners at all land crossings on the 1,954-mile border with Mexico. Authorities will look at the accuracy of the cameras.

For more than two decades, Congress has demanded biometric screening such as fingerprints, facial images or eye scans from people leaving the country, but the task has presented enormous financial and logistical challenges. There is no checkout system at land crossings.

Marc Rosenblum, deputy director of U.S. immigration policy at the Migration Policy Institute, said the attempt to capture biometrics from people leaving the country would fix "the biggest deficiency in the whole system."

Return to

Top

| HEADLINE | 12/10 Winter El Nino not backing down |
|---|---|
| SOURCE | http://www.cbsnews.com/news/el-nino-is-not-backing-down/ |
| GIST | This year's El Nino is staying unusually strong, and forecasters say it's still expected to bring a wet winter to drought-stricken California.<br><br>In an update Thursday, Mike Halpert of the National Oceanic and Atmospheric Administration (NOAA), told reporters the odds favor some significant winter storms in California.<br><br>While that could offer some relief for the region's severe drought, it also raises the risk of damage from flooding or mudslides. Halpert said that during previous strong El Ninos, some southern areas including California and the Gulf Coast have had heavy rainfall and flooding. Storms blamed on the strong El Nino of 1997-98 killed at least 17 people.<br><br>El Nino is a warming in the Pacific Ocean that alters weather worldwide. Climatologists have been warning for months about the potential impact of what one scientist dubbed a "Godzilla El Nino" peaking this winter. |

Return to

Top

| HEADLINE | 12/10 Education law shifts power to states |
|---|---|
| SOURCE | http://abcnews.go.com/Politics/wireStory/obama-sign-education-law-rewrite-power-shift-states-35687076 |
| GIST | Calling it a "Christmas miracle," President Barack Obama signed a sweeping overhaul of the No Child Left Behind education law on Thursday, ushering in a new approach to accountability, teacher evaluations and the way the most poorly performing schools are pushed to improve.<br><br>Joined by lawmakers, students and teachers in a White House auditorium, Obama praised the George W. Bush-era No Child Left Behind for having the right goals. He said that in practice, it fell short or applied a cookie-cutter approach that failed to produce desired results. Under the new law, the federal government will shift more decision-making powers back to states.<br><br>"With this bill, we reaffirm that fundamentally American ideal that every child— regardless of race, gender, background, zip code — deserves the chance to make out of their lives what they want," Obama said. "This is a big step in the right direction." |

The overhaul ends more than a decade of what critics have derided as one-size-fits-all federal policies dictating accountability and improvement for the nation's 100,000 or so public schools. But one key feature remains: Students will still take federally required statewide reading and math exams. Still, the new law encourages states to limit the time students spend on testing and diminishes the high stakes for underperforming schools.

Return to Top

| HEADLINE | **12/10 Depletion of groundwater 'worsening'** |
|---|---|
| SOURCE | **http://www.usatoday.com/story/news/environment/2015/12/10/pumped-beyond-limits-many-us-aquifers-decline/76570380/** |
| GIST | Time is running out for portions of the High Plains Aquifer, which lies beneath eight states from South Dakota to Texas and is the lifeblood of one of the world's most productive farming economies. The aquifer, also known as the <u>Ogallala</u>, makes possible about one-fifth of the country's output of corn, wheat and cattle. But its levels have been rapidly declining, and with each passing year more wells are going dry.

As less water pours from wells, some farmers are adapting by switching to different crops. Others are shutting down their drained wells and trying to scratch out a living as dryland farmers, relying only on the rains.

In parts of western Kansas, the groundwater has already been exhausted and very little can be extracted for irrigation. In other areas, the remaining water could be mostly used up within a decade.

The severe depletion of the Ogallala Aquifer is symptomatic of a larger crisis in the United States and many parts of the world. Much more water is being pumped from the ground than can be naturally replenished, and groundwater levels are plummeting. It's happening not only in the High Plains and drought-ravaged California but also in places from the Gulf Coastal Plain to the farmland of the Mississippi River Valley, and from the dry Southwest to the green Southeast.

In a nationwide examination of the problem, USA TODAY and The Desert Sun analyzed two decades of measurements from more than 32,000 wells and found water levels falling in nearly two-thirds of those wells, with heavy pumping causing major declines in many areas. The analysis of U.S. Geological Survey data revealed that:
- Nationwide, water levels have declined in 64 percent of the wells included in the government database during the past two decades.
- The average decline among decreasing wells has been more than 10 feet, and in some areas the water table has dropped more than 100 feet during that period – more than 5 feet per year.
- For 13 counties in Texas, New Mexico, Mississippi, Kansas and Iowa, average water levels have decreased more than 40 feet since 1995.
- Nationally, the average declines have been larger from 2011-2014 as drought has intensified in the West. But water tables have been falling consistently over the years through both wet and dry periods, and also in relatively wet states such as Florida and Maryland.
- Across the High Plains, one of the country's largest depletion zones, the average water levels in more than 4,000 wells are 13.2 feet lower today than they were in 1995. In the southern High Plains, water levels have plunged significantly more – in places over 100 feet in just 20 years. |

Return to Top

| HEADLINE | **12/10 New flood of migrants at border** |
|---|---|
| SOURCE | **http://www.cbs19.tv/story/30710379/surge-of-children-on-border-hundreds-heading-to-north-texas** |
| GIST | The U.S. Health and Human Services Commission will bus more than 1,000 undocumented immigrants to facilities in Ellis County and Rockwall counties as soon as Thursday, WFAA has learned.

The children were captured in the Rio Grande Valley trying to enter the U.S. illegally. |

WFAA has learned that children bound for Ellis County will be housed at a church camp between Waxahachie and Maypearl.

Officials in Ellis County said they just learned of the federal plan Wednesday morning.

"My concern is, I don't believe that's a secure facility," said Ellis County Commissioner Paul Perry. "It's designed for hospitality."

There's one adult for every eight children coming, sources said.

"The City of Rockwall has been advised by Congressman John Ratcliffe's office that about 300 unaccompanied refugees between the ages of 12 and 18 from Central America will be located by the Texas Health and Human Services Commission to a private facility in the unincorporated area of Rockwall County," Rockwall County Judge David Sweet said.

Those children will be housed for up to 21 days at Sabine Creek Ranch in Rockwall County. There was no word on when children will arrive there.

Return to
Top

| HEADLINE | 12/10 Recall: Sweet Leaf Tea bottles |
|----------|--------------------------------------|
| SOURCE | http://money.cnn.com/2015/12/10/news/sweet-leaf-tea-recall-glass-bottles/index.html |
| GIST | The Sweet Leaf Tea Company is recalling 1.5 million bottles of iced tea because of possible glass fragments.

The voluntary recall involves six flavors of teas in 16-ounce glass bottles that were distributed between February 27 and December 6, 2015. The flavors include: raspberry, half and half lemonade tea, original, green tea with citrus, peach and mint and honey.

The recall does not affect plastic bottle products.

"This was the result of glass breakage during the filling process. Consumers could potentially be cut or injured if ingested," the company said in a release. |

Return to
Top

# Cyber Awareness

Top of page

| HEADLINE | 12/10 Using online search to stop infections |
|----------|----------------------------------------------|
| SOURCE | http://www.kplu.org/post/disease-sleuths-analyze-google-searches-stop-infections |
| GIST | With sexually transmitted diseases on the rise, researchers at the University of Illinois at Chicago think they might have a powerful new weapon to fight their spread: Google searches.

The company behind the Web's leading search engine has quietly begun giving researchers access to its data troves to develop analytical models for tracking infectious diseases in real time or close to it. UIC is one of at least four academic institutions that have received access so far, along with the Centers for Disease Control and Prevention, Google said.

Researchers can mine Google data to identify search terms that spiked during previous upticks in a particular disease. Then, researchers can measure the frequency of those searches in real time to estimate the number of emerging cases. For instance, a jump in gonorrhea might coincide with more people searching "painful urination" or other symptoms. |

"If this works, it could revolutionize STD surveillance," said Supriya Mehta, an associate professor of epidemiology at the UIC School of Public Health.

Search trends can be broken down by city and state, weighted by significance and combined with other data to produce a snapshot of where disease is spreading well before public health agencies report the number of verified cases.

"We're hoping for a bit of creativity to flourish around this," said Christian Stefansen, a senior engineer working on disease trends at Google, during a visit to UIC in November. He spoke to about 100 people about lessons Google has learned in its attempts to mine data for public health. "There's no shortage of communicable diseases, sadly," he said.

Return to
Top

| HEADLINE | 12/10 FBI 'hacks' to investigate crime |
|----------|----------------------------------------|
| SOURCE | http://www.cnet.com/news/fbi-admits-it-uses-hacker-tools-to-investigate-crimes/ |
| GIST | If the FBI had to choose between telling you about a security hole on your computer or using it to snoop on bad guys, guess what? You'd be left open to hackers. |

And apparently, that's been the case for a while.

The agency confirmed to The Washington Post on Wednesday that FBI agents use special hacking code to take advantage of known holes in software and further their investigations. They'll continue using these so-called zero-day exploits, but now there could be further scrutiny of the practice.

The exploits are controversial, and using them involves a trade-off that could end up making some members of the public less safe. So what exactly are these tools, and what does it mean that the FBI uses them?

Zero-day exploits take advantage of flaws in common commercial software often used by the general public. To stay effective, the FBI has to use these exploits without telling the software manufacturers there's a problem with their products.

The flaws go unfixed then, leaving people vulnerable to hacks not just from law enforcement, but from cybercriminals as well.

"What is the greater good?" FBI official Amy Hess asked the Post. "To be able to identify a person who is threatening public safety?" Or to protect people from being hacked by patching software holes? Hess is the bureau's executive assistant director for science and technology.

So the FBI's use of zero days is out in the open. What's next? Expect more discussion of what kinds of warrants the FBI should get to use the tools.

Privacy advocates warn that federal judges don't all understand the power of zero-day exploits, and so oversight on government hackers is too weak. It's the same argument that's arisen over the use of phony cell phone towers, often called Stingrays.

Police use Stingrays to collect all the phone numbers in a given area. A recent set of guidelines from the Department of Justice requires federal law enforcement to clear a higher bar to get permission from a judge to use Stingrays.

Andrew Corker, an attorney at the Electronic Frontier Foundation, says the first step is finding out what the government's policy for using zero days is to begin with. He has sued to find out and has so far won a redacted version of the policy, which applies to the NSA as well as the FBI, he said. Nonetheless, he said the government might have a good reason for using a hacking tool.

|  | "I don't think that we have ever said that they should never do this," Corker said. Rather, he said it's about "making sure that this is being done in a way that makes sense from the public's point of view." |
| Return to Top | |

| HEADLINE | **12/11 Canada seeks new cybersecurity network** |
| SOURCE | **http://www.cbc.ca/news/technology/cyber-security-cctx-network-1.3360119** |
| GIST | Leaders of some of Canada's largest industries are creating a new network to help businesses and the public stay abreast of emerging cyber threats from malware, hackers and online criminals.<br><br>"The threat is constantly evolving. The kinds of attacks, viruses and malware are rapidly changing. Nobody has the capability of staying ahead of it all the time," said John Manley, president of the Canadian Council of Chief Executives, which is spearheading the program.<br><br>Billed as the CCTX — or the Canadian Cyber Threat Exchange — it is set to launch in early 2016.<br><br>It will be run as an independent, not-for-profit organization open to business and institutions of all sizes. Its founding members include Air Canada, Bell Canada, CN Rail and HydroOne, as well as Royal Bank and TD.<br><br>A CBC News investigation into cybercrime this fall <u>determined Canada lags behind other countries when it comes to tracking, policing and thwarting cybercrime</u>. Until now, Canada has had no system to track cyber incidents and private companies are not required to alert the public or customers when there is a breach. |
| Return to Top | |

| HEADLINE | **12/10 Cyber criminals seek to cut costs** |
| SOURCE | **http://www.computerweekly.com/news/4500260457/Cyber-criminals-switch-tactics-to-cut-costs** |
| GIST | Cyber criminals appear to be economising by looking to cheaper methods of attack to cut malware costs, according to security firm Kaspersky Lab.<br><br>Researchers believe 2015 has seen demand for new malicious software reach saturation point, with the average number of new malware files detected on a daily basis falling by 325,000 in 2014 to 310,000 in 2015.<br><br>Kaspersky Lab researchers believe this is mainly due to the fact that coding new malware is expensive and cybercriminals have realised they can get equally good results using intrusive advertising programs or legitimate digital signatures in their attacks.<br><br>This approach appears to be working because, despite the cost-cutting in malware production in 2015, the number of users attacked by cybercriminals increased by 5%.<br><br>Between 2012 and 2013, there was a rapid increase in the number of new malicious files detected every day, increasing from 200,000 to 315,000 in 2013.<br><br>However, researchers said things started to slow down after that, with the total increasing by just 10,000 files a day in 2014, before falling by 15,000 a day in 2015.<br><br>Cybercriminals in search of a quick return appear to have decided that the cost of complex coding tools such as rootkits, bootkits or replicating viruses are eating into their revenue. |
| Return to Top | |

| HEADLINE | **12/10 Ships' data recorders vulnerable** |
|---|---|
| SOURCE | **http://arstechnica.com/information-technology/2015/12/hacked-at-sea-researchers-find-ships-data-recorders-vulnerable-to-attack/** |
| GIST | When the freighter *El Faro* was lost in a hurricane on October 1, one of the goals of the salvage operation was to recover its voyage data recorder (VDR)—the maritime equivalent of the "black box" carried aboard airliners. The VDR, required aboard all large commercial ships (and any passenger ships over 150 gross tons), collects a wealth of data about the ship's systems as well as audio from the bridge of the ship, radio communications, radar, and navigation data. Writing its data to storage within a protective capsule with an acoustic beacon, the VDR is an essential part of investigating any incident at sea, acting as an automated version of a ship's logbook.<br><br>Sometimes, that data can be awfully inconvenient. While the data in the VDR is the property of the ship owner, it can be taken by an investigator in the event of an accident or other incident—and that may not always be in the ship owner's (or crew's) interest. The VDRs aboard the cruise ship *Costa Concordia* were used as evidence in the manslaughter trial of the ship's captain and other crewmembers. Likewise, that data could be valuable to others—especially if it can be tapped into live.<br><br>It turns out that some VDRs may not be very good witnesses. As a report recently published by the security firm IOActive points out, VDRs can be hacked, and their data can be stolen or destroyed.<br><br>The US Coast Guard is developing policies to help defend against "transportation security incidents" caused by cyber-attacks against shipping, including issuing guidance to vessel operators on how to secure their systems and reviewing the design of required marine systems—including VDRs. That's promising to be a tall order, especially taking the breadth of systems installed on the over 80,000 cargo and passenger vessels in the world. And given the types of criminal activity recently highlighted by the *New York Times*' "Outlaw Ocean" reports, there's plenty of reason for some ship operators to not want VDRs to be secure—including covering up environmental issues, incidents at sea with other vessels, and sometimes even murder. |
| Return to Top | |

| HEADLINE | **12/10 Mystery hackers eye Internet shutdown?** |
|---|---|
| SOURCE | **http://www.ibtimes.co.uk/mysterious-hackers-are-trying-bring-down-entire-internet-by-ddos-ing-critical-servers-1532762** |
| GIST | Mysterious hackers are yet again trying to bring down the entire internet by bombarding crucial servers that support it with a gigantic, sustained distributed denial of service (DDoS) attack, which has caused webpages to load slowly in some locations.<br><br>There are 13 internet root name servers in the world that run the internet, and these servers are responsible for helping your web browser to locate top-level domains such as .com, .org, .net or any country-specific top level domains like .uk, .fr, .sg, .de, .ae and .cn. The servers function as a sort of internet address book and they make up what is known as the domain name system (DNS) system.<br><br>The 13 root name servers are run by independent organisations in the world, including ICANN, the US Army, the US Department of Defense, Nasa, Europe's internet registry RIPE NCC, the University of Southern California, Japan's Wide Project and Sweden's Netnod. Network infrastructure solutions firm Verisign also operates two of them, namely the "A" and "J" root servers (the 13 servers are named in sequence after the alphabet from A-M).<br><br>Between 30 November and 1 December, an entity carried out an enormous DDoS attack against these 13 root name servers, flooding them with a deluge of traffic from multiple IPv4 addresses, so that the servers received more than five million queries per second, and more than 50 billion queries in total during the two-day period. To give you context, over the past two years, the most queries Verisign's A root name |

server received per day on average has never topped more than 10 billion queries.

"While it's common for the root name servers to see anomalous traffic, including high query loads for varying periods of time, this event was large, noticeable via external monitoring systems, and fairly unique in nature," Root-servers.org, which is run by the operators of the root name servers, wrote in its incident report.

Return to Top

| HEADLINE | 12/10 IATA: cyberattacks on airlines costly |
|---|---|
| SOURCE | http://mybroadband.co.za/news/security/149389-cyber-attacks-can-cost-airlines-millions.html |
| GIST | Cyber attacks can cost airlines hundreds of millions of dollars in revenue and irreparably damage their reputations, according to Carolina Ramirez, global director of security and facilitation at the International Air Transport Association (Iata). <br><br> "The threat of cyber security in the aviation industry is evolving," she said. <br><br> "Terrorists are still very conventional in the type of weapons they use. Nevertheless, as 2015 indicated, Iata and its member airlines need to keep vigilant and are working hand in hand to identify the current and upcoming threats, establish contingency plans, emergency responses and counter measures." <br><br> Cyber attacks in the industry can vary from on-board or in-flight interferences affecting on board flight systems, navigation devices and communications to operational disruptions and business disruption (like bookings and check-in). <br><br> So far in 2015 at least five airlines and two airport operations have been publicly reported as victims of targeted online attacks, she said. |

Return to Top

| HEADLINE | 12/10 Canada: ISIS hack on plane unlikely |
|---|---|
| SOURCE | http://www.huffingtonpost.ca/2015/12/10/isil-cyberattack-on-airplane-unlikely-federal-intelligence-analysts-reported_n_8767702.html |
| GIST | OTTAWA — The prospect of a terrorist cyberattack on an airplane struck federal intelligence analysts as more pie-in-the-sky than a real possibility, newly released documents show. <br><br> The modern airliner's reliance on digital flight-control systems make some believe planes are vulnerable to malware that could be uploaded either online or through a direct connection, notes an assessment by Transport Canada's security intelligence assessment branch. <br><br> Although there are no confirmed cases of malware being used to hijack an aircraft's flight systems, it is "theoretically possible to do so," says the November 2014 assessment, recently obtained under the Access to Information Act. <br><br> "Changing flight control settings at critical times (landing or takeoff) could be catastrophic," the note allowed, but added: "The likelihood of such an event is assessed as very low." |

Return to Top

| HEADLINE | 12/10 Large UK website hosting attacked |
|---|---|
| SOURCE | http://www.ft.com/cms/s/0/69bcecf6-9f60-11e5-beba-5e33e2b79e46.html#axzz3u0o5FxHY |
| GIST | Easily.co.uk, one of the UK's largest website hosting companies, has become the latest group to suffer a serious cyber attack. |

The company, which hosts 100,000 websites, 65,000 of them in the UK, confirmed on Thursday that it had been hacked.

"A forensic investigation by independent experts has confirmed that unauthorised access was gained to our internal systems and a list of domain names registered on behalf of our clients was accessed," said NetNames, which owns the Easily website.

The private equity-owned company said that no details other than domain names were taken. It declined to say how many customers had been affected.

"There is no evidence that any account details, passwords or personal information which could identify individual customers was accessed," it stressed. "We have taken action to isolate and remove malware which was found on our internal systems."

| Return to Top | |
|---|---|

| HEADLINE | **12/10 ISIS' homebrewed encryption app?** |
|---|---|
| SOURCE | **http://www.nbcnews.com/tech/security/isis-has-app-could-they-build-encryption-tools-too-n471596** |
| GIST | Terrorists worried about government surveillance have another option: building their own apps, much like Al Qaeda did with Asrar al-Mujahedeen, a program it created in 2007.

That is just one several encrypted messaging apps created by terrorist organizations over the last few years, according to a report from threat intelligence firm Recorded Future. ISIS also creates its own smartphone apps, like Amaq, an Android news app recently discovered by a group affiliated with the anti-terrorist hacker collective Ghost Security Group.

That all might seem like terrible news for intelligence agencies. Even if they could somehow gain access to every ready-made app out there, terrorists could simply start relying on home-brewed software. Not all encryption tools, however, are created equal.

"It's relatively easy to put together an application that uses encryption," Jonathan Katz, a computer science professor at the University of Maryland, told NBC News. "It's more difficult to build an application that's end-to-end secure."

Your average computer science graduate should be able to build encryption software that keeps away scammers, he said. Without experience and resources, however, it's unlikely they could build unbreakable, error-free software that could keep out nation states. |
| Return to Top | |

| HEADLINE | **12/10 Encryption stymies national security** |
|---|---|
| SOURCE | **http://www.nbcnews.com/tech/security/isis-has-app-could-they-build-encryption-tools-too-n471596** |
| GIST | In the wake of the Paris terror attacks, some politicians and intelligence officials began rallying for "back doors" into encrypted messaging apps.

On Wednesday, FBI Director James Comey told senators that the person who opened fire at an anti-Prophet Muhammad event in May sent more than 100 encrypted messages to someone overseas, and the FBI couldn't read any of them.

"I'm not questioning their motivations," Comey said of companies who encrypt their data. "The question we have to ask is, 'Should they change their business model?'"

In theory, a "back door" would let law enforcement gain insight into secret terrorist communications — if |

those terrorists were limited to a handful of regulated apps.

But that's not the case. There are more than 400 free and commercial encryption products currently on the market, security expert Bruce Schneier told NBC News. Many of them were created outside of the U.S., meaning that even if Washington created laws demanding Silicon Valley create "back doors," the foreign apps and services wouldn't have to comply.

"There are a ton of apps out there," Will Ackerly, a former NSA employee and co-founder of encrypted mail service Virtru, told NBC News.

"Bad guys don't play by the same rules," he said. "They will have other alternatives. I think that will always be true."

Return to Top

## Terror Conditions

Top of page

| HEADLINE | 12/10 Britain's jihad hotspots revealed |
|---|---|
| SOURCE | http://www.breitbart.com/london/2015/12/10/terrorism-arrests-reveal-britains-jihad-hotspots/ |
| GIST | **Analysis of terrorism arrests in Britain carried out in the last two years shows the towns and cities that form the UK's terror hotspots, and a sharp increase in the number of women detained for terrorist offences.** |
| | Data from across Britain shows that terrorism arrests occurred in 21 police force areas. However, analysis conducted by *Sky News* shows the incidence of jihad-related criminality are not evenly spread throughout the country and the location of concentrations has shifted over the past year. |
| | Predictably, most arrests under the Terrorism Act 2000 were made in the largest population centres. In 2014, for example, by far the largest number of terror arrests were within the London's Metropolitan police area; the second largest cluster was in the West Midlands, followed by Greater Manchester, then West Yorkshire. |
| | Analysis of the same data a year later gives a slightly different picture. Most arrests still took place within London's Met police area, but with a drop from 59 to 35 – a noticeable shift to fewer arrests in the capital is discernible. |
| | In contrast, more arrests took place in the West Midlands and Greater Manchester. The former rose from 12 to 23, and the latter from nine to 11. |
| | In terms of specific cities, in the last 18 months London accounted for 80 arrests, or about 40 per cent of the total number of terrorism arrests. Other significant clusters occurred in Birmingham (24 per cent), and Manchester (12 per cent). |
| | Beyond those areas there were some groupings in less obvious locations. *Sky News* found clusters in Rochdale, Cardiff, Luton, Derby and Portsmouth, but most of those were linked to individuals aspiring to join Islamic State jihadists in Syria. |
| | Analysis of the number of suspected female jihadists presents a statistically significant increase in 2015 (up to October) as compared to 2014. Last year's Home Office figures showed 30 women were arrested out of a total of 289 — or just under 10 per cent of the total. With the data available for this year that same statistic has jumped to just over 23 per cent, and is expected to increase further still when data for the last quarter is made available. |

Return to Top

| HEADLINE | 12/11 ISIS threatens UNESCO site in Libya |
|---|---|
| SOURCE | http://www.thedailybeast.com/cheats/2015/12/11/isis-threatens-roman-treasures-in-libya.html |
| GIST | ISIS fighters stormed the Libyan town of Sabratha near Tripoli in pickup trucks, potentially threatening a UNESCO World Heritage Site of 3rd century Roman ruins.<br><br>"Sabratha is in the top 5 percent of archaeological sites in the world. As with Palmyra, it is a Greco-Roman site, which Islamic State has a particular view on: representation of human form in sculpture and artworks, representatives of idols," said British archaeology professor David Mattingly.<br><br>"Things they prefer to destroy." |
| Return to Top | |

| HEADLINE | 12/11 FBI: Garland gunmen texted terrorist |
|---|---|
| SOURCE | http://www.usatoday.com/story/news/nation-now/2015/12/11/mohammed-cartoon-gunman-texted-overseas-terrorist/77138214/ |
| GIST | PHOENIX — FBI Director James Comey revealed for the first time that one of the two Phoenix gunmen killed in May outside a Prophet Mohammed cartoon contest in Garland, Texas, while trying to commit a terrorist attack had sent 109 messages that same morning to an overseas terrorist.<br><br>The FBI still hasn't been able to determine what the encrypted messages said, Comey disclosed while testifying Thursday at a Senate Judiciary Committee Hearing in Washington, D.C.<br><br>Comey was trying to illustrate ongoing concerns that law-enforcement officials investigating counterterrorism and criminal cases are unable to unlock encrypted messages sent on smartphones, rendering court orders to obtain that information ineffective. |
| Return to Top | |

| HEADLINE | 12/10 Claim: DHS nixed effective program |
|---|---|
| SOURCE | http://www.newsmax.com/Newsfront/former-dhs-employee-barack-obama/2015/12/10/id/705386/ |
| GIST | Phillip Haney, a former Homeland Security employee who was part of an operation in California to investigate possible terrorists, told Fox News that if the Obama White House had not shut down his program in 2012, he could have prevented last week's San Bernardino attack that killed 14 people.<br><br>Haney, appearing Thursday on Fox News Channel's **"The Kelly File,"** said his program identified the mosque attended by Syed Farook, who with his wife, Tashfeen Malik, carried out the mass shooting, as being the home of a group of individuals already being investigated.<br><br>"As we were tracking them, we would have put the red light on them," Haney said.<br><br>"Therefore, two things very plausibly would have happened: Either Syed would have been put on the no-fly list because of the association with that mosque and/or the K-1 visa his wife was given would have been denied because of his affiliation with a known organization."<br><br>Haney, a founding member of the Department of Homeland Security, said he filed a Freedom of Information Act request to find out why the plug had been pulled on his program.<br><br>The reason, he said, was because the administration said the case was based on targeting a specific Islamic group. |
| Return to Top | |

| HEADLINE | 12/10 Geneva police hunt ISIS suspects |
|---|---|
| SOURCE | http://abcnews.go.com/International/wireStory/geneva-police-hunt-suspects-part-paris-attacks-probe-35688995 |
| GIST | Working on a tip from the CIA, Geneva police were hunting for at least four suspects allegedly linked to the radical Islamic State group and believed to be plotting a "specific" attack in the city, Swiss officials said Thursday. |
| | As city police raised their security alert level, Swiss state prosecutors opened investigations into a suspected criminal plot and suspected violations of a ban into groups like Islamic State and al-Qaida. |
| | The CIA alerted Swiss authorities to the four men on Wednesday, prompting the manhunt, a Swiss official with knowledge of the investigation told The Associated Press on Thursday. He spoke on condition of anonymity because of the sensitivity of the matter. |
| | The official confirmed the suspects were four men shown in a photograph linked to a news report in Swiss daily Le Matin. They were pictured each in a crouched pose and holding up an index finger — said to be an Islamic State gesture. |
| | It was too early to determine whether other suspects might still be at large, the official said. He also declined to identify the names, ages or nationalities of the people being sought. |
| Return to Top | |

| HEADLINE | 12/10 FBI searches lake near San Bernardino |
|---|---|
| SOURCE | http://abcnews.go.com/US/fbi-searching-california-lake-connection-san-bernardino-shooting/story?id=35700346 |
| GIST | An FBI dive team was searching a lake Thursday near the site of the terror attack in San Bernardino, California -- a spot where investigators were told the shooters spent time. |
| | The FBI would not discuss the specific evidence it was looking for, but said it was seeking "anything that had to do" with the shooting. |
| | One official has told ABC News that investigators are searching Seccombe Lake Park as a precaution, to ensure that no evidence was missed. |
| | "In the end we may come up with nothing," FBI Los Angeles branch Assistant Director David Bowdich said Thursday, adding that the search could take days. "We just don't know yet." |
| | Bowdich added that there is no indication that anything in the lake poses a danger to the public. |
| | The search comes after the FBI received information that the couple spent time at the pond, according to a senior official with knowledge of the investigation. |
| | The dive teams are looking to see if they left or stored anything at the pond, the senior official said. |
| Return to Top | |

| HEADLINE | 12/10 USAF plans massive drone expansion |
|---|---|
| SOURCE | http://www.latimes.com/world/middleeast/la-fg-drone-pilots-20151210-story.html |
| GIST | The Air Force wants to vastly expand its drone program over the next five years by doubling the number of pilots and deploying them to bases in California and elsewhere to give commanders better intelligence and more firepower. |

The $3-billion plan, which must be approved by Congress, was unveiled Thursday after months of study that focused on a drone pilot force that commanders have described as overworked, undermanned and underappreciated.

The proposed expansion comes as the Pentagon has intensified airstrikes on Islamic State targets in Iraq and Syria. Pilots and crews who operate the MQ-1 Predators and MQ-9 Reapers have struggled to meet a rising demand for aerial surveillance of war zones and other hot spots.

"Right now, 100% of the time, when a MQ-1 or MQ-9 crew goes in, all they do is combat," said Gen. Herbert "Hawk" Carlisle, head of Air Combat Command, which oversees drone operations. "So we really have to build the capacity."

The Air Force wants to add 75 Reapers to the current fleet of 175 Reapers and 150 Predators. It also would increase the number of flying squadrons from eight to as many as 17, and add up to 3,500 new pilots, sensor operators and other personnel.

Return to Top

| HEADLINE | 12/10 Calif. shooters planned bigger? |
|---|---|
| SOURCE | http://www.latimes.com/local/crime/la-me-sb-shooting-20151211-story.html |
| GIST | An examination of digital equipment recovered from the home of the couple who killed 14 people in San Bernardino last week has led FBI investigators to believe the shooters were planning an even larger assault, according to federal government sources.<br><br>Investigators on Thursday continued to search for digital footprints left by Syed Rizwan Farook and Tashfeen Malik, scouring a downtown San Bernardino lake for electronic items, including a hard drive that the couple was hoping to destroy, sources told The Times.<br><br>FBI agents will probably spend days searching Seccombe Lake and canvassing the neighborhood for clues after receiving a tip that the couple may have visited the area on the day of the attack, according to David Bowdich, assistant special agent in charge of the FBI's Los Angeles field office.<br><br>Farook and Malik were in the final planning stages of an assault on a location or building that housed a lot more people than the Inland Regional Center, possibly a nearby school or college, according to federal sources familiar with the widening investigation.<br><br>Investigators have based that conclusion on evidence left behind on Farook and Malik's computers and digital devices, not all of which the couple were able to destroy before they were killed in a firefight with police, the sources said. |

Return to Top

| HEADLINE | 12/10 Minn. suspect denies San Bernardino link |
|---|---|
| SOURCE | http://abcnews.go.com/International/somali-jail-suspected-american-isis-recruiter-denies-san/story?id=35695193 |
| GIST | Sitting in a Somali jail, a Minneapolis man suspected of being a key recruiter for ISIS recently denied that allegation and any link to two domestic terror plots hatched in the U.S., including the recent deadly attack in San Bernardino, Calif., according to a recent news report.<br><br>Mohamed Abdullahi Hassan, a Somali national who lived for years in Minneapolis, Minn. and is better known among extremists online as "Miski," spoke to Voice of America's Somali Service Tuesday, a day after the U.S. State Department confirmed reports that Hassan was in custody of the Somali government. |

In the VOA interview, Hassan denied he had any contact with Syed Rizwan Farook and Tashfeen Malik, the husband and wife terrorists <u>who killed 14 people</u> in San Bernardino last Wednesday. Over the weekend <u>ABC News reported</u> that investigators were trying to determine if the couple had any online connection with Hassan, a prominent figure in online extremist circles, in the months before he ended up in custody.

Prior to the tragedy in San Bernardino, Hassan was linked to another deadly incident this year in Garland, Texas where two men attempted to attack a Mohammed cartoon event but were gunned down by police before they could kill anyone. In the days and weeks leading up to that attack, one of the gunmen had <u>repeated social media contact</u> purportedly with Hassan over Twitter. Hassan's page featured messages urging Americans to "do their part" like the three men that killed 12 people in Paris in January in the Charlie Hebdo attack.

Testifying before Congress Wednesday, FBI Director James Comey said that the morning of the Garland attack, "before one of those terrorists left to go commit mass murder, he exchanged 109 messages with an overseas terrorist."

According to an extended account of the VOA interview provided to ABC News, Hassan denied any link to Garland as well and claimed that "many people" use his Twitter account. Speaking about both San Bernardino and Garland, Hassan reportedly said, "I don't have anything to do with that attack or have any connections with those people."

Return to Top

| HEADLINE | 12/11 America's most wanted: al-Adnani |
|---|---|
| SOURCE | http://www.nbcnews.com/storyline/isis-uncovered/americas-most-wanted-isis-leader-top-u-s-kill-list-n477946 |
| GIST | He is America's most wanted — the number one name on the government's kill list of ISIS leaders, say senior U.S. military and intelligence officials.<br><br>Abu Bakr Al-Baghdadi may be the face of ISIS, but Abu Muhammad al-Adnani, the terror group's director of external operations, is the man most likely to cause harm in the West. The U.S. wants al-Adnani dead because he's considered the author of the strategy of wanton murder that has left more than 500 dead in attacks around the world since October 10 — and apparently helped inspire last week's <u>massacre in San Bernardino</u>.<br><br>"He is at the top of the list," confirmed a senior intelligence official.<br><br>"We are tracking him," said a senior U.S. military official. "We believe he is in Iraq."<br><br>Laith al-Khouri of Flashpoint Intelligence, an NBC counterterrorism analyst, said the rationale for the U.S. interest in killing Adnani is simple.<br><br>"Adnani has been the main voice behind issuing ISIS threats to the West," said al-Khouri. He is also dangerous, said al-Khouri, because his charisma draws new followers to the group. "He is so admired and glorified by jihadists worldwide that he stands as a primary point of recruitment." |

Return to Top

| HEADLINE | 12/08 Why do people join ISIS? 9 reasons |
|---|---|
| SOURCE | http://www.defenseone.com/threats/2015/12/why-do-people-join-isis-heres-what-they-say-when-you-ask-them/124295/?oref=d-mostread |
| GIST | **President Obama on Sunday night said that** it was "clear" that <u>Tashfeen Malik</u> and her husband, <u>Syed Rizwan Farook,</u> the two alleged assailants in the San Bernardino mass shooting, had "gone down the dark path of radicalization, embracing a perverted interpretation of Islam that calls for war against America and |

the West." He did not speculate as to why people journey down that path or prescribe how the United States might deter, or detour, them. But a March report from Lebanon-based Quantum Communications provides some insight.

The researchers from Quantum collected televised interviews with 49 fighters in Syria and Iraq — some in custody, some who had defected, and some who were still in the fight. They analyzed the fighters' statements using a psycho-contextual analytical technique developed by Canadian psychologist Marisa Zavalloni to divine the motivational forces and personal characteristics of the subjects.

It is a small sample, not entirely random, but given the difficulty of surveying a group like ISIS, still provides value. How much value? Michael Lumpkin, assistant defense secretary for special operations/low-intensity conflict, cited the report in his recent visit to Congress.

*Defense One* showed the report to University of Maryland professor Arie W. Kruglanski, one of the principal investigators at the National Center for the Study of Terrorism and the Response to Terrorism. He responded, "The content analysis that the researchers employed is a well respected method of gleaning information from contents of interviews … More importantly the findings make sense to me."

Almost all research on terrorism faces this problem of finding a truly random sample, said Paul Davis, a senior principal researcher at the RAND Corporation and a professor of policy analysis at the Pardee RAND Graduate School. "I applaud the article," Davis said. "It is consistent with the strong finding we've found and continue to find, which is that motivation is very important and that motivation varies."

The Quantum researchers grouped the fighters into nine categories, based on the reasons they gave for joining ISIS. They are:
- *Status seekers:* Intent on improving "their social standing" these people are driven primarily by money "and a certain recognition by others around them."
- *Identity seekers:* Prone to feeling isolated or alienated,these individuals "often feel like outsiders in their initial unfamiliar/unintelligible environment and seek to identify with another group." Islam, for many of these provides "a pre-packaged transnational identity."
- *Revenge seekers:* They consider themselves part of a group that is being repressed by the West or someone else.
- *Redemption seekers:* They joined ISIS because they believe it vindicates them, or ameliorates previous sinfulness.
- *Responsibility seekers:* Basically, people who have joined or support ISIS because it provides some material or financial support for their family.
- *Thrill seekers:* Joined ISIS for adventure.
- *Ideology seekers:* These want to impose their view of Islam on others.
- *Justice seekers:* They respond to what they perceive as injustice. The justice seekers' 'raison d'être' ceases to exist once the perceived injustice stops," the report says.
- *Death seekers:* These people "have most probably suffered from a significant trauma/loss in their lives and consider death as the only way out with a reputation of martyr instead of someone who has committed suicide."

Return to Top

| HEADLINE | 12/09 France jails 3 for 'train attack bluff' |
|---|---|
| SOURCE | **http://www.bbc.com/news/world-europe-35056991** |
| GIST | Three men in France have been jailed for faking a terror threat on a train to steal passengers' phones - only five days after the Paris attacks.<br><br>The group was travelling between Beziers and Perpignan in the southern Pyrenees region when they commandeered the train's intercom system.<br><br>They then played a Muslim call to prayer and told passengers to hand over their phones or face an attack. |

They were found guilty of extortion and sentenced to up to 30 months in prison. One of their lawyers said it was "a joke in very bad taste by foolish youths".

None of those sentenced, aged between 19 and 23 and from Beziers, was named by the court in Perpignan.

One of the men, who is 21 years old and had converted to Islam, was also found guilty of supporting terrorism after police found pictures of him posing with an assault rifle and a jihadist banner on his phone.

Return to Top

---

| HEADLINE | 12/10 Paris attack gun link to US dealer |
|---|---|
| SOURCE | http://www.nbcnews.com/storyline/paris-terror-attacks/gun-linked-paris-attackers-was-delivered-u-s-dealer-2013-n477746 |
| GIST | One of the guns linked to Islamist militants who carried out the Paris attacks was exported to the United States in 2013, according to the head of a Serbian arms factory.<br><br>Milojko Brzakovic of the Zastava arms factory told The Associated Press Thursday that the M92 semi-automatic pistol was traced after its serial number matched the one delivered to an American arms dealer in May 2013.<br><br>At least seven of the weapons used or discovered after the Nov. 13 attacks that killed 130 people have been identified as produced by the Serbian factory, most of them manufactured before Yugoslavia broke up in a civil war in the 1990s.<br><br>Brzakovic says all those arms were delivered legally, but could have later found their way through illegal channels. |
| Return to Top | |

---

| HEADLINE | 12/10 Feds arrest 'emir' of ISIS recruiting |
|---|---|
| SOURCE | http://abcnews.go.com/US/feds-arrest-emir-isis-related-recruitment-effort-minnesota/story?id=35691249 |
| GIST | Federal authorities have arrested a Minnesota man for allegedly leading an effort inside the United States to send others to join ISIS in Syria.<br><br>Abdirizak Mohamed Warsame was arrested Wednesday night and charged with one count of conspiring to provide material support to a terrorist organization.<br><br>He is among at least 10 youth from Minnesota who allegedly began planning to join ISIS more than a year ago. Nine have now been arrested, and one -- 18-year-old Abdi Nir -- made it to Syria, where since May 2014 he has been recruiting and assisting others inside the United States to join ISIS, authorities said.<br><br>Warsame's arrest comes several months after a round of arrests in the case.<br><br>According to charging documents, Warsame and others began watching propaganda videos together in the spring of 2014, when they also began talking about how to get to Syria.<br><br>At one point, when one of the leaders of the group was planning to leave for Syria imminently, Warsame was appointed "emir" of the effort, and he subsequently began encouraging and helping others plan to join ISIS, according to charging documents.<br><br>In fact, Warsame and Nur considered robbing people to pay for travel to Syria, but Nur rejected the idea and said they should steal from the government instead, prosecutors allege. |

| | Warsame called Nur "a genius," charging documents say. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 UK terror arrests reach record level** |
|---|---|
| SOURCE | **http://www.dailymail.co.uk/wires/pa/article-3354187/More-women-children-held-UK-terror-arrests-reach-record-level.html** |
| GIST | A dramatic rise in arrests of women and teenagers has helped drive the number of terror suspects detained in Britain to record levels.<br><br>There were a total of 315 terrorism-related arrests in the year ending September 2015 - meaning the rate has jumped by more than a third (34%) in just a year as security services and police mount a huge effort to counter the threat following the rise of Islamic State.<br><br>It is the highest tally for a year to September on record.<br><br>Home Office figures showed the rise was in part down to increases in the numbers of female and under-18 suspects.<br><br>The number of women and girls held has more than doubled compared to the previous year to 50, meaning they now account for around one in six (16%) of all arrests after a rise of seven percentage points compared to the previous 12 months.<br><br>It also means that a fifth of all the arrests of females since 2001 have occurred in the last year.<br><br>The Home Office report said: "The majority of the increase in the number of women getting arrested has been linked to international-related terrorism."<br><br>Statisticians also reported a "notable increase" in the number of suspects aged under 18 being arrested, with the total of 15 detained over the year, the highest on record.<br><br>The statistics bear out warnings about increasing numbers of women and teenagers being drawn into extremism. |
| Return to Top | |

| HEADLINE | **12/11 NYC bomb plot revealed in guilty plea** |
|---|---|
| SOURCE | **http://www.nj.com/news/index.ssf/2015/12/plot_to_bomb_nyc_revealed_in_guilty_plea_of_nj_isi.html** |
| GIST | A third member of a close circle of friends tied together in an investigation spanning across New Jersey, New York and to the Middle East, pleaded guilty Thursday of attempting to travel to Syria to join ISIS.<br><br>Nader Saadeh, a 20-year-old from Rutherford taken into custody shortly after arriving in Jordan last May, admitted in a court appearance before U.S. District Judge Susan Wigenton in Newark to conspiring to provide material support to the terror group now controlling large areas of Syria and Iraq.<br><br>Prosecutors said Saadeh also admitted that two of his friends discussed plans to bomb landmarks including Times Square and the World Trade Center in the name of ISIS. That plot never materialized.<br><br>Saadeh had been one of five men linked by the FBI after a year-long investigation by the bureau and the Joint Terrorism Task Force that apparently began after the mother of one expressed fears that his friends were pushing him to "do something stupid." |
| Return to | |

Top

| HEADLINE | 12/10 Finland arrests suspected ISIS members |
|---|---|
| SOURCE | **http://news.yahoo.com/finnish-police-arrest-two-iraqi-men-suspicion-terrorism-140956594--finance.html** |
| GIST | HELSINKI (Reuters) - Finnish police on Thursday arrested two Iraqi men on suspicion of shooting 11 unarmed prisoners in Iraq in June 2014, killings that were filmed by Islamic State on put online.<br><br>The men, both 23 years old, entered Finland in September and were suspected of belonging to the militant group, the National Bureau of Investigation (NBI) said in a statement.<br><br>Broadcaster MTV3 said at least one of them was an asylum seeker. The NBI was not immediately available to confirm this. |
| Return to Top | |

| HEADLINE | 12/11 Saddam's men help ISIS rule |
|---|---|
| SOURCE | **http://www.reuters.com/investigates/special-report/mideast-crisis-iraq-islamicstate/** |
| GIST | MALA QARA, Iraq – Mohannad is a spy for Islamic State. He eavesdrops on chatter in the street markets of Mosul and reports back to his handlers when someone breaks the militant group's rules. One man he informed on this year – a street trader defying a ban on selling cigarettes – was fined and tortured by Islamic State fighters, according to a friend of Mohannad's family. If the trader did not stop, his torturers told the man, they would kill him.<br><br>Mohannad is paid $20 for every offender he helps to catch.<br><br>He is 14.<br><br>The teenager is one cog in the intelligence network Islamic State has put in place since it seized vast stretches of Iraq and neighbouring Syria. Informers range from children to battle-hardened fighters. Overseeing the network are former army and intelligence officers, many of whom helped keep former Iraqi strongman Saddam Hussein and his Baath Party in power for years.<br><br>Saddam-era officers have been a powerful factor in the rise of Islamic State, in particular in the Sunni militant group's victories in Iraq last year. Islamic State then out-muscled the Sunni-dominated Baath Party and absorbed thousands of its followers. The new recruits joined Saddam-era officers who already held key posts in Islamic State.<br><br>The Baathists have strengthened the group's spy networks and battlefield tactics and are instrumental in the survival of its self-proclaimed Caliphate, according to interviews with dozens of people, including Baath leaders, former intelligence and military officers, Western diplomats and 35 Iraqis who recently fled Islamic State territory for Kurdistan.<br><br>Of Islamic State's 23 portfolios – equivalent to ministries – former Saddam regime officers run three of the most crucial: security, military and finance, according to Hisham al-Hashimi, an Iraqi analyst who has worked with the Iraqi government.<br><br>Iraq's Finance Minister Hoshyar Zebari, a Kurd who spent years opposing Saddam's regime, said the ex-Baathists working with Islamic State provide the group with highly effective guidance on explosives, strategy and planning. "They know who is who, family by family, name by name," he said.<br><br>"The fingerprints of the old Iraqi state are clear on their work. You can feel it," one former senior security official in the Baath Party said. |

In many ways, it is a union of convenience. Most former Baathist officers have little in common with Islamic State. Saddam promoted Arab nationalism and secularism for most of his rule.

But many of the ex-Baathists working with Islamic State are driven by self preservation and a shared hatred of the Shi'ite-led government in Baghdad. Others are true believers who became radicalised in the early years after Saddam's ouster, converted on the battlefield or in U.S. military and Iraqi prisons.

One former intelligence commander who served in Iraq's national intelligence service from 2003 to 2009 said some ex-Baathists pushed out of state agencies by Iraq's government were only too happy to find new masters. "ISIS pays them," he said.

Return to Top

| HEADLINE | 12/10 ISIS retakes key town in Syria |
|---|---|
| SOURCE | http://www.militarytimes.com/story/military/2015/12/10/retakes-key-town-homs-province-syrian-forces/77088008/ |
| GIST | BEIRUT — Syrian activists say the Islamic State group has retaken a strategically important town in the central province of Homs from government forces.<br><br>The government had recaptured the town of Mheen and surrounding villages from the extremists two weeks ago as part of a general offensive to secure the highway connecting Damascus to the country's northwest.<br><br>The loss deals a setback to the Syrian army's strategy to fortify the corridor with support from Russian airpower.<br><br>The London-based Syrian Observatory for Human Rights says that fighting is underway on Thursday between IS militants and government forces with their allied militias outside of Mheen.<br><br>Islamic State media outlets reported earlier that the group's fighters had seized the hills overlooking the town on Wednesday night. |
| Return to Top | |

| HEADLINE | 12/10 ISIS vs Special Ops |
|---|---|
| SOURCE | http://www.rand.org/blog/2015/12/isis-vs-special-ops.html |
| GIST | With Defense Secretary Ash Carter's announcement in early December that a special operations "expeditionary force" will be deployed to Iraq, a new phase of the effort to defeat the so-called Islamic State (ISIS) has begun. The special operators will be authorized to conduct raids in Iraq and Syria, and their activities will remedy one of the most critical gaps in the campaign to date—intelligence. By conducting raids, as special operators did in May when they killed Abu Sayyaf, an ISIS leader who had helped manage its oil and gas sales, they can gain troves of intelligence through interrogation of captured ISIS fighters and off of their phones, computers, and other possessions. This type of "sensitive site exploitation," as it is called, involves rapid processing by intelligence analysts, which, during the heyday of the surge in Iraq, enabled operators to conduct up to 17 raids a night.<br><br>The raids and follow-on exploitation will significantly increase pressure on the ISIS network by leading to the targeting of top and mid-level leaders, couriers, and the facilitators that procure and distribute the fuel, ammunition, fighters, and other inputs that fuel the war effort. However critical to the fight against ISIS, though, using special operations forces for raids represents only half of the needed military adjustment.<br><br>The other half is the effort to build indigenous forces capable of taking and holding territory in Iraq and Syria. Over the past year, out of a desire to limit the U.S. involvement, too little equipment has been supplied to willing fighters, and advisors have been restricted to top headquarters commands and a few |

geographic areas. Although the Iraqi army has a long way to go, other security forces, such as Iraq's Counter-Terrorism Service (CTS), have been part of the fight since the beginning but have been starved for resources and sufficient advisory support.

In Syria, very tight vetting criteria, constraints on advisory support, and a hodgepodge approach to indigenous forces severely limited the effectiveness of allied local forces. For example, to receive training and equipment, Syrian volunteers had to pledge to fight only ISIS and not Assad, and the question of providing air cover was not resolved until the recruits came under fire. The United States and its partners also supported different anti-ISIS forces without requiring them to unify. Although the Syrian Kurd People's Defense Units have been an important part of the fight in Syria, the focus must shift to backing Arabs, Druze, and other Syrians as well. That will help peel support away from extremist factions such as the al Qaeda-linked Jabhat al Nusra.

Return to
Top

| HEADLINE | **12/10 RCMP aware report of Toronto threat** |
|---|---|
| SOURCE | **http://www.thestar.com/news/canada/2015/12/10/rcmp-aware-of-report-about-toronto-terror-threat.html** |
| GIST | The RCMP says media reports from Switzerland about possible ISIS-linked threats against Canadian cities, including Toronto, are being taken "very seriously."

But Public Safety Minister Ralph Goodale says Canada has not increased its security alert level after reports from European news outlets of a potential terror plot that may have involved Canadian cities.

"There is no change in the status of the alerts and so forth, but we will remain vigilant," Goodale told reporters Thursday. "Nobody is taking anything for granted, but there is nothing available to us at this moment that would... cause any change in status."

Goodale was commenting on reports out of Switzerland Thursday concerning a manhunt involving four men alleged to be ISIS sympathizers. The Swiss newspaper Tribune de Geneve reported that a journalist had seen a police document concerning an investigation into the four unnamed men, which indicated that Geneva, Toronto and Chicago were being targeted for attacks.

According to the Tribune de Geneve, United States intelligence services had provided information to Swiss authorities. |
| Return to
Top | |

| HEADLINE | **12/10 Canada: security alert level not raised** |
|---|---|
| SOURCE | **http://www.cbc.ca/news/politics/terror-threat-isis-canada-1.3359334** |
| GIST | Canada has not increased its security alert level amid European reports of an ISIS-linked terror plot that may have been targeting Canadian cities, said Public Safety Minister Ralph Goodale.

Agence France-Presse reported today that Swiss police were searching for four people associated with the jihadist militant group after threats were made against Geneva, Toronto and Chicago.

Other European media are reporting that Ottawa and Vancouver were also possible targets.

CBC News has not been able to independently confirm the threat.

"If there is any dimension of this situation that relates to Canada we will obviously take appropriate steps. At this point, there is no new information reported to me that would change the circumstances," Goodale told reporters on Parliament Hill. "If there is something new we would obviously let Canadians know immediately and we will take the appropriate steps." |

| | Goodale confirmed that Canada has not raised its security alert level as a result of any new threat. |
|---|---|
| Return to Top | |

| HEADLINE | 12/10 Feds investigate other potential plots |
|---|---|
| SOURCE | http://www.usatoday.com/story/news/nation/2015/12/10/san-bernardino-farook-malik/77111838/ |
| GIST | WASHINGTON — Federal investigators are continuing to review information about other possible attack plans involving the San Bernardino shooters, based in part on interviews with the man who provided the two semi-automatic rifles used in last week's assault that left 14 dead, a federal law enforcement official said.

Authorities were attempting to corroborate accounts provided by Enrique Marquez, a former neighbor and associate of Syed Farook who with his wife, Tashfeen Malik, opened fire on a holiday party packed with Farook's San Bernardino County co-workers.

Among the pieces of information investigators sought to corroborate was a possible plot dating to 2012.

Marquez has so far not been charged in connection with the attack, but the official, who is not authorized to comment publicly, characterized the Farook associate as an ongoing focus of the wide-ranging inquiry.

Late Thursday, Los Angeles FBI chief David Bowdich declined comment on whether Marquez was in federal custody. |
| Return to Top | |

| HEADLINE | 12/10 US: ISIS oil going to Assad regime |
|---|---|
| SOURCE | http://www.newsmax.com/Newsfront/ISIS-oil-Assad-Syria/2015/12/10/id/705324/ |
| GIST | Islamic State militants are engaged in oil trading worth as much as $40 million a month with significant volumes sold to the government of President Bashar al-Assad and some finding its way across the border into Turkey, senior U.S. Treasury official Adam Szubin said on Thursday.

"ISIL is selling a great deal of oil to the Assad regime," Szubin, acting Under Secretary for Terrorism and Financial Intelligence with the U.S. Treasury, said at Chatham House in London.

"The two are trying to slaughter each other and they are still engaged in millions and millions of dollars of trade."

"The volumes we are talking about and the amounts of money we are talking about are very sizeable," said Szubin. |
| Return to Top | |

| HEADLINE | 12/10 Extremist groups ignored Calif. shooter |
|---|---|
| SOURCE | http://www.reuters.com/article/us-california-shooting-idUSKBN0TT28120151210 |
| GIST | Islamic militant groups ignored contact attempts from Pakistan-born Tashfeen Malik in the months before she and her husband killed 14 people at a California holiday party, probably because they feared getting caught in a U.S. law enforcement sting, U.S. government sources said on Thursday.

Disclosures of her overtures to extremists abroad surfaced as the investigation of the Dec. 2 shooting rampage in San Bernardino, about 60 miles (100 km) east of Los Angeles, appeared to take a new turn with divers searching a small lake near the scene of the massacre. |

The number of organizations that Malik, 29, tried to contact and how she sought to reach them was unclear, but the groups almost certainly included al Qaeda's Syria-based official affiliate, the Nusrah Front, the government sources said.

One source said investigators have little, if any, evidence that Malik or her husband, Syed Rizwan Farook, 28, had any direct contact with Islamic State, which has seized control of large swaths of Syria and Iraq and claimed responsibility for assaults in Paris last month that left 130 people dead.

FBI Director James Comey has said Malik and Farook declared at about the time of their attack that they were acting on behalf of Islamic State, which in turn has embraced the couple as among its followers.

But U.S. government sources have said there was no evidence that the Islamic State even knew of the couple before the killings.

| Return to Top | |
|---|---|

| HEADLINE | **12/10 Paris attacker urged 'kill them'** |
|---|---|
| SOURCE | **http://www.foxnews.com/world/2015/12/10/newly-idd-paris-attacker-urged-jihadists-to-blow-everything-up-be-enemy-from/?intcmp=hplnws** |
| GIST | The Paris attacker whose remains were finally identified earlier this week was a committed jihadist who joined ISIS in its infancy, and encouraged radicals to resist integration in France, according to newly uncovered social media posts.

Foued Mohamed-Aggad, a 23-year-old Frenchman of Moroccan descent, was identified as one of three gunmen who killed as many as 89 concert-goers at The Bataclan Theatre music hall Nov. 13, in the most deadly phase of the coordinated attacks that left 130 dead and hundreds more wounded. Once his name was confirmed, Middle East Media Research Institute (MEMRI) traced his digital trail and established he was a member of ISIS dating back to December, 2013, when the terror organization was just emerging.

"[This is a] message to the brothers in faith, those who cannot make hijra [immigration to Islamic State] for x reason," Aggad wrote in a July 18, 2014 post. "Cause attacks, be an enemy from within, blow everything up, it doesn't matter where or how, by any means! Kill them wherever you find them! Do not attempt to integrate yourself in France, they do not even want you!"

That post was one of several MEMRI uncovered and translated from French from a Facebook account Aggad held from June to August 2014. |
| Return to Top | |

| HEADLINE | **12/10 Conflicted portrait of terrorists' pal** |
|---|---|
| SOURCE | **http://www.foxnews.com/us/2015/12/10/conflicted-portrait-emerges-socal-terrorists-pal-as-possible-charges-loom/?intcmp=hpbt1** |
| GIST | The friend who allegedly supplied the Southern California jihadist couple with the guns used in last week's terror attack - and who sources said could soon be charged in connection with the case - presented himself to friends as "laid back" but seemed to be in constant personal conflict.

Enrique Marquez was married, but didn't live with his wife. He had converted to Islam but confided in a mosque worker that he wanted to become a Buddhist. He could be witty and laugh at himself, but often posted dejected missives on Facebook.

And he was reportedly not a particularly pious Muslim and even spoke of joining the military – yet he allegedly plotted a scuttled terror attack with boyhood friend Syed Farook and is believed to have purchased two of the weapons Farook and his wife, Tashfeen Malik, would eventually use to murder 14 people and injure 21 others at a holiday party on Dec. 2. Farook and Malik were killed in a subsequent |

shootout, and Marquez has so far been cooperating with authorities.

"It was hard to make a conclusion about what he was like," Sid Hashemi, a former boss of Marquez, told Reuters.

Marquez, 24, bounced from job to job – serving as an unarmed security guard at construction sites, working security at a local bar and checking customers' receipts at Walmart, according to Reuters.

"He just floated around," Hashemi said.

Marquez was never able to maintain employment anywhere for too long, with his personality seeming to block any potential progress. An account manager at one of the security firms that employed Marquez told Reuters that Marquez "just couldn't take the stress" after he received a promotion. Ashlee Sims, who worked with Marquez at a Walmart Supercenter in Corona, said he was withdrawn and "awkward."

He has since been fired from Walmart, spokesman Brick Nick told Reuters.

One of the more unusual aspects of Marquez's personal life was his marriage to Mariya Chernykh. Chernykh, 25, came to the U.S. from Russia in 2009 on a visa for work or study exchange programs, according to a federal official who spoke to the Washington Times. Chernykh initially worked in the mall for her sister Tatiana, who is married to Farook's brother, Syed Raheel Farook. It's unclear how or when Marquez met Chernykh, but the two were married on Nov. 29, 2014. The couple's marriage license said the ceremony occurred at the Islamic Society of Corona-Norco, though the mosque's facility manager denied that to the Washington Times.

Raheel Farook vouched for Chernykh on her citizenship application, saying that Marquez would be able to financially support his new bride, according to ABC News.

Beyond those official documents, however, Marquez and Chernykh didn't appear to have much of a relationship.

| | |
|---|---|
| Return to Top | |

| HEADLINE | 12/10 Terrorist shooting intelligence failure? |
|---|---|
| SOURCE | http://www.foxnews.com/us/2015/12/10/intelligence-failure-san-bernardino-terrorists-may-have-been-on-authorities/?intcmp=hpbt1 |
| GIST | As the investigation into the San Bernardino terrorists moves into its second week, there are increasing indications that Syed Farook and Tashfeen Malik were on the radar of authorities – or should have been, according to some lawmakers. |

"You have to say it was an intelligence failure," Rep. Matt Salmon, R-Az., said Thursday following a closed-door House briefing on the shooting. "You have to. Because it was."

Rep. Adam Schiff, D-Cal., said some of the shooters' actions may have raised red flags.

"There are things that may have alerted law enforcement to an issue with Farook, but I don't know that we know enough to say that these were apparent without the advantage of hindsight," Schiff said.

Asked specifically about a report Thursday that Farook may have had ties to a group of now-convicted terrorists based in Riverside, where Farook lived, Schiff hedged.

"I think [FBI Director James Comey] stated publicly in the past that there have been contacts with people of interest to the bureau but not to read too much into that," Schiff said.

Farook was allegedly plotting an attack on an unknown location in 2012 but scuttled the plan after the

arrests of three men in California and a terror ringleader in Afghanistan in November 2012. Citing two U.S. law enforcement officials, CNN reported Thursday that Farook "had ties" to one of the men, Sohiel Kabir, a terrorist recruiter who was apprehended in Afghanistan. Farook was in Kabir's "social circle."

Farook and Malik's names likely arose during an earlier FBI investigation but didn't raise any flags, Reuters reported Thursday afternoon, citing a source. It was not immediately clear if that earlier investigation was related to the November 2012 arrests.

Reuters also reported that Malik tried unsuccessfully to contact multiple Islamic militant groups in the months before the San Bernardino massacre, which left 14 dead and 21 injured. Two government sources said the groups probably ignored Malik because Islamist groups have recently become wary of responding to unknown outsiders.

Schiff said there was no indication of a "public use of social media that was missed" but noted "there are other ways that you can communicate without being seen."

Return to
Top

| HEADLINE | **12/10 Pentagon: 3 ISIS leaders killed** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/pentagon-3-isis-leaders-killed-in-recent-strikes/** |
| GIST | The finance minister for the Islamic State of Iraq and Syria (ISIS) and two of the group's other senior leaders were killed in recent U.S.-led coalition airstrikes, a Pentagon spokesman said Thursday.

Army Colonel Steve Warren said that a November airstrike had killed Abu Salah, who he called "one of the most senior and experienced members" of ISIS' financial network.

"Killing him and his predecessors exhausts the knowledge and talent needed to coordinate funding within the organization," Warren said.

The spokesman said U.S. airstrikes also killed Abu Maryam, an ISIS "enforcer and senior leader of their extortion network," and Abu Rahman al-Tunisi, described as an ISIS executive officer who coordinated the transfer of information, people and weapons.

Warren said the three were killed in airstrikes near the northern Iraqi town of Tal Afar. |

Return to
Top

| HEADLINE | **12/10 Intel: ISIS with fraudulent passports** |
|---|---|
| SOURCE | **http://abcnews.go.com/International/us-intel-isis-passport-printing-machine-blank-passports/story?id=35700681** |
| GIST | With the U.S. and other countries on high alert for ISIS attacks, American authorities are warning the terror group's followers may have infiltrated American borders with authentic-looking passports ISIS has printed itself with its own machines, according to an intelligence report obtained by ABC News.

The 17-page Homeland Security Investigations (HSI) Intelligence Report, issued to law enforcement last week, says ISIS likely has been able to print legitimate-looking Syrian passports since taking over the city of Deir ez-Zour last summer, home to a passport office with "boxes of blank passports" and a passport printing machine. Another passport office was located in Raqqa, Syria, which has long been ISIS's de facto capital.

"Since more than 17 months [have] passed since Raqqa and Deir ez-Zour fell to ISIS, it is possible that individuals from Syria with passports 'issued' in these ISIS controlled cities or who had passport blanks, may have traveled to the U.S.," the report says. |

The report notes that the primary source for the information was rated at "moderate confidence," the second-highest rating given for source assessments. Testifying before lawmakers Wednesday, FBI Director James Comey first publicly revealed the nation's top security officials' very real anxiety over the problem.

"The intelligence community is concerned that they [ISIS] have the ability, the capability to manufacture fraudulent passports, which is a concern in any setting," Comey said.

Return to Top

| HEADLINE | 12/10 Arab states and the war on ISIS |
|---|---|
| SOURCE | http://www.cnn.com/2015/12/10/middleeast/isis-what-arab-states-are-doing/index.html |
| GIST | U.S. President Barack Obama is sending Special Forces. British jets have joined French warplanes over the skies of Syria. Even Germany, whose post-World War II constitution puts restrictions on fighting battles on foreign soil, is becoming increasingly involved. |

But as the West steps up its war against ISIS, it appears that the involvement of the U.S.-led coalition's Arab members -- all of them much closer geographically to the terror group than their Western partners -- is drawing down.

Saudi Arabia and the United Arab Emirates are down to about one mission against ISIS targets each month, a U.S. official told CNN on Monday. Bahrain stopped in the autumn, the official says, and Jordan stopped in August. CNN contacted all of these countries for comment and is yet to receive a response.

Why aren't Arab countries more involved in the fight against ISIS?

Analysts say Yemen is at the center of a proxy war between Saudi Arabia and Iran, the region's biggest powers.

Religion and ethnicity are at the heart of the longstanding hostility between the two countries. Iran is majority Shia Muslim and non-Arab. Most of the other countries in the region -- including, and led by, Saudi Arabia -- are majority Sunni Arab, and are suspicious of Iran's motives.

So when Iranian-backed rebels seized Sana'a, the Yemeni capital, last year, a Saudi-led coalition of Arab states (including Egypt, Jordan and the UAE) was launched to try to defeat them.

Return to Top

# Suspicious, Unusual
Top of page

| HEADLINE | 12/10 Snohomish Co: gun permits double |
|---|---|
| SOURCE | http://www.king5.com/story/news/local/2015/12/10/gun-permits-double-snohomish-county/77121754/ |
| GIST | EVERETT, Wash. -- In just two months, the number of gun owners applying for concealed pistol licenses in Snohomish County has doubled, according to data from the sheriff's office. |

It's so crowded in the small waiting area in the courthouse, the sheriff's office is asking people to fill out their permits ahead of time and consider applying at other locations.

"I feel like there's urgency now," said Todd Henderson.

He said recent terrorist attacks in Paris and California prompted him to apply for his concealed pistol license. "There's no guarantee we're going to be protected. We are our own first line of defense."

In the first week of December, 326 people applied for a permit. Compare that to the first week of October,

when only 143 people applied.

| | |
|---|---|
| Return to Top | |

| | |
|---|---|
| **HEADLINE** | **12/10 Hoax: drug cartel vs. ISIS** |
| **SOURCE** | **http://www.newsmax.com/TheWire/el-chapo-isis-drugs-hoax/2015/12/11/id/705392/** |
| **GIST** | A story claiming Mexican drug czar Joaquin "El Chapo" Guzman has declared war on ISIS because jihadists destroyed a drug shipment is a hoax, but numerous news sites still picked up the report and ran with it, reportedly including Fox News and the New York Post.<br><br>The fake story was even the top trending news item on the Bing search site on Friday morning.<br><br>The story first appeared on Monday on the **CartelBlog.com**, saying the Islamic State ran afoul of the Sinaloa Cartel by destroying drug shipments meant for Middle Eastern countries and to be purchase by "the growing nightlife scene" there.<br><br>Steve Charnock, a satirist working for Thug Life Videos, told the **Daily Mail** he was the author of the story that was posted on Nov. 30. Charnock said the story and his other work are comedy pieces never meant to be treated as real stories. |
| Return to Top | |

| | |
|---|---|
| **HEADLINE** | **12/11 Cambodia deaths linked to BBQ dog** |
| **SOURCE** | **http://www.cbsnews.com/news/10-die-cambodia-eating-dog-meat-drinking-rice-wine/** |
| **GIST** | Cambodian health officials have been sent to a northeastern district where 10 people died and more than 100 were sickened in two separate incidents linked to the consumption of dog meat and rice wine, a medical officer said Friday.<br><br>Kratie provincial health department chief Chhneang Sivutha said experts from the U.N.'s World Health Organization were also investigating the incidents, both in Snuol district. He said people in the province have been warned not to eat the meat of animals that have died from illness or poisoning, and not to drink any wine that has not been properly inspected.<br><br>Six people died last Sunday after eating the barbequed carcass of a dog that had died for unknown reasons. The four others died after drinking rice wine on Tuesday.<br><br>Food safety is not a priority in Cambodia, one of Asia's poorest countries. The country has had to grapple with bird flu, with 56 confirmed cases of human infections since 2003, 37 of them fatal. |
| Return to Top | |

| | |
|---|---|
| **HEADLINE** | **12/10 Unusual weather patterns in US** |
| **SOURCE** | **http://abcnews.go.com/US/unusual-weather-patterns-us/story?id=35699626** |
| **GIST** | Buffalo, New York, is usually one of the snowiest cities east of the Rockies. By the middle of December, it usually has an average of 14.8 inches of snow on the ground. But it hasn't snowed once this year in Buffalo, breaking a 116-year-old record. In New York City, it's been the warmest November on record, averaging more than 5 degrees above normal for the month. In Philadelphia, last November was the warmest in 75 years. Overall, autumn 2015 ranks as the warmest in 121 years of recordkeeping.<br><br>It's also been unusually warm in the Great Lakes and Midwest. Take a look at Ashland, Wisconsin. At this time last year it was completely frozen. Today it's completely free of ice.<br><br>Why you ask has it been so warm in the East? Is this related to El Nino, or is it something else? |

Today, the National Oceanic and Atmospheric Administration (NOAA) issued its El Nino forecast update for this winter. Mike Halpert, deputy director at NOAA's Climate Prediction Center, said that the warmth in the Eastern U.S. cannot be tied to El Nino just yet. The set up in the upper atmosphere over the mid-latitudes, where most of the U.S. is, has not shown the classic El Nino pattern. Moreover, he said that an atmospheric phase known as positive North Atlantic Oscillation (+NAO) is responsible for the current mild pattern in the Eastern U.S.

The strengthening upper level flow between the high pressure to the South and low pressure to the North is what has been creating mild weather in the Eastern U.S. since the beginning of November.

This pattern will last right into next week for the Northeast. Chicago and NYC will be in the 60-degree range and places like Atlanta will hit the mid-70s. Some of these temperatures could tie or break previous records.

While the Eastern U.S. has been relatively calm and warm, parts of the West have been battered by strong winds, flooding rains, mudslides, 30-foot waves, and heavy mountain snow.

Parts of the Pacific Northwest received up to 18 inches of rain in the past three days with many rivers rising into major flood stage. Portland had record rain for two days in a row. Seattle had record rain Tuesday, breaking the old record set back in 1971.

The Western stormy weather is also not fully related to El Nino -- it's what we call in meteorology a "Pineapple Express." This moisture is driven and enhanced by a strong Pacific jet stream. Here is satellite imagery of precipitable water in the atmosphere over the Pacific Ocean. You can see the "Pineapple Express" circled in red.

Return to Top

| HEADLINE | 12/10 Fears: new E. coli strain 'drug resistant' |
|---|---|
| SOURCE | http://www.news.com.au/lifestyle/health/health-problems/scientists-have-found-a-new-strain-of-bacteria-that-is-resistant-to-all-antibiotics/news-story/f643ea45c989c63365c0e50ea4a5f3e0 |
| GIST | **FOR years experts have warned there would come a day when antibiotics would cease being effective.** |

And it seems that day could be sooner than first thought after scientists discovered a new superbug that is not just impervious to the last line of defence medication, but has the ability to infect other bacteria.

But instead of destroying its virulent cousins this new strain of e.coli actually strengthens them by giving them the same antibiotic shield.

The unstoppable superbug was first found in China a few weeks ago.

Chinese and British scientists identified the first strain in a pig, then in raw pork meat and then in a small number of people.

Experts, while worried about the potential effect this discovery would have, hoped it would remain in China. But this week those hopes were dashed when researchers in Denmark revealed they had found a similar strain in poultry from Germany as well as in a Danish man who had never travelled outside the country. The superbug has also been found in Malaysia.

Further tests carried out on food samples from 2012-2014 by the Technical University of Denmark's National Food Institute in Søborg and the State Serum Institute in Copenhagen, found the deadly mutation was present.

| | This sparked calls from the head of NFI's genomic epidemiology group, Frank Aarestrup, for other universities with similar databases to carry out testing, online health magazine <u>STAT</u> reported.<br><br>What makes this strain different from other e.coli is that it carries a gene named mcr-1. It is thought this gene is what gives the strain its super-strength and the ability to infect other bacteria. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Report: MH370 was 'zombie plane'** |
|---|---|
| SOURCE | **http://www.foxnews.com/world/2015/12/10/report-from-australian-investigators-suggests-mh370-was-zombie-plane/?intcmp=hplnws** |
| GIST | Buried in the lengthy report released last week by Australia's MH370 investigators is one crucial revelation: the aircraft suffered a serious technical problem triggered by a power outage.<br><br>The Australian Defense Science and Technology report officially acknowledges the doomed Malaysia Airlines flight suffered a sudden electrical failure before its disappearance on March 8 last year, the Daily Beast found. This backs the popular "zombie plane" theory, whereby the missing plane's avionic systems are ravaged, rendering the flight crew helpless, and the aircraft continued flying on autopilot until it ran out of fuel.<br><br>A grim timeline reveals the power blackout occurred in a 56-minute window between the final scheduled contact from the jet's Aircraft Communications Addressing and Reporting System and a failed attempt from dispatchers to contact the crew.<br><br>The report provides four possible explanations for the outage, which place blame either on human intervention or a technical fault: crew action in the cockpit using overhead switches, a sudden error requiring an Auxiliary Power Unit to start emergency power, somebody pulling out and resetting circuit breakers in the equipment bay, or intermittent technical failures.<br><br>Whether one of these scenarios is correct can only be confirmed if the search for the lost plane is successful.<br><br>The power loss is said to have led to two of the Boeing 777's automatic reporting systems and other vital functions to shutdown, likely causing panic in the cockpit as pilots tried to save the plane. |
| Return to Top | |

| HEADLINE | **12/10 Questions about college knife attack** |
|---|---|
| SOURCE | **http://www.foxnews.com/us/2015/12/10/with-spotlight-on-san-bernardino-yet-more-questions-about-college-knife-attack/?intcmp=hpbt1** |
| GIST | The California college student who stabbed four people last month in a campus spree that ended when he was killed by campus police was described by his roommate as "an extreme Muslim" and carried a manifesto and a photocopy of an ISIS flag -- more than enough to convince John Price he was a terrorist.<br><br>Yet, more than a month after the Nov. 4 attack at University of California Merced, local and federal authorities continue to insist that Faisal Mohammad, 18, carried out the vicious attack because he'd been banished from a study group. Price, whose son Byron Price, a 31-year-old construction manager for the family business who was working nearby and was stabbed when he heroically intervened, suspects the White House's reluctance to identify acts of radical Islamic terror has trickled down to investigators who are still probing the Merced attack.<br><br>"Why don't we just call it what it is -- domestic terrorism?" said Price. "Everyone is afraid to be politically incorrect. I do believe in law enforcement and believe they will do their job, but it seems like to me we aren't getting the whole story. I just wonder how much of this is driven from way higher up and is |

politically driven -- I just don't know."

Return to Top

| HEADLINE | **12/10 Suicide by dog attack?** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/michigan-womans-dog-mauling-death-ruled-a-suicide/** |
| GIST | Suicide by dog attack. That's what authorities say was the cause of <u>death for a 22-year-old Port Huron woman</u> who climbed a fence and was mauled by a pit bull and a pit bull mix last week, <u>CBS affiliate WWJ reports</u>.<br><br>Police initially said it was unclear why Rebecca Hardy entered the yard, in the 1700-block of 10th Street, where the dogs were contained. Her fiancé lives on the same street, about a block away.<br><br>Hardy suffered extensive injuries to her face and neck and later died at Beaumont Hospital.<br><br>Following an investigation, the Oakland County Medical Examiner ruled Hardy's death was a suicide.<br><br>Ljubisa Dragovic said his determination is based on the fact that Hardy deliberately jumped into the backyard -- despite it containing the two "attack dogs."<br><br>Dragovic said an investigation revealed that Hardy knew her neighbor's dogs we dangerous and, in the past, had gone to great lengths to avoid them.<br><br>"She did climb the fence over and enter that space," Dragovic said. "She did not get through a gate or through the front door of the house -- and that clearly is a purposeful act. It's akin to someone jumping into a cage with tigers or lions at a zoo."<br><br>Investigators said Hardy had been kicked out of her home the day she was mauled to death.<br><br>Dragovic said there were also scars indicating a previous suicide attempt. |

Return to Top

| HEADLINE | **12/10 Rare tornado sighting in Battle Ground** |
|---|---|
| SOURCE | **http://www.komonews.com/news/local/Possible-tornado-touches-down-in-Battle-Ground-361467111.html** |
| GIST | BATTLE GROUND, Wash. -- Several people reported seeing a possible tornado in Battle Ground late Thursday morning.<br><br>The National Weather Service issued a Severe Weather Advisory around 11:30 a.m. Thursday, around the time that the reports started coming in.<br><br>There were no reports of injuries, according to Battle Ground Fire.<br><br>Officials were tracking a weather cell in that area, and confirm it was either a tornado or a microburst. The NWS is sending a team of specialists out to confirm the reports. If the funnel touched ground, it would classify it as a tornado.<br><br>Clark Public Utilities is reporting nearly 3,500 customers without power in Battle Ground, centered around where the storm cell was reported. |

Return to Top

| HEADLINE | **12/10 Former Israel soldier joins ISIS** |
|---|---|
| SOURCE | **http://www.timesofisrael.com/former-idf-soldier-joins-islamic-state-in-syria/** |
| GIST | Muslim Israeli citizen who formerly served in the IDF has joined the ranks of the Islamic State in Syria, Arab intelligence sources told The Times of Israel on Thursday. <br><br> Identified only by the initials H.B., the man is 25 years old and a resident of a village in northern Israel, the sources said. He traveled from Israel to Turkey and then crossed the border into Syria. <br><br> According to his military identification card, which was seen by a Times of Israel reporter, he was slated to complete his military service in January 2014 and brought his IDF dog tags with him to Syria. <br><br> It wasn't immediately clear when the man traveled to Syria, where he crossed the border, or his current whereabouts. <br><br> Last month, Israel security services arrested five men from the northern city of Jaljuliya, charging them with attempting to join IS in Syria. A relative of one of the men made headlines in October when he flew a paraglider into southern Syria from the Golan heights to join jihadis fighting there. <br><br> Arab intelligence sources told The Times of Israel that between 100 and 150 Israeli Arabs are either serving in or detained by the Islamic State, but this is the first case involving an IDF veteran. |
| Return to Top | |

| HEADLINE | **12/10 Boston runaway train 'tampered with'** |
|---|---|
| SOURCE | **http://www.bbc.com/news/world-us-canada-35065011** |
| GIST | A Boston subway train which left its station without a driver and travelled to four other stations was tampered with, say officials. <br><br> Massachusetts Governor Charlie Baker said "somebody who knew what they were doing" was involved. <br><br> The train, which was heading towards central Boston, was carrying 50 people, none of whom were hurt. The train operator was mildly injured because the train brushed him as it began to move. <br><br> Mr Baker told Boston's Herald Radio that officials have not determined whether the tampering was "negligence versus something else". <br><br> Officials found that a safety device meant to prevent the rail cars from operating without a driver was altered. Mr Baker said it was an "isolated" incident. |
| Return to Top | |

| HEADLINE | **12/10 Suspicious cellphone purchases** |
|---|---|
| SOURCE | **http://www.foxnews.com/us/2015/12/10/suspicious-cellphone-purchases-made-at-three-missouri-walmarts/?intcmp=hplnws** |
| GIST | Christmas shopping in bulk or something sinister? Missouri police are investigating after at least 100 cellphones were purchased at three Walmarts during the past week, local FOX and ABC affiliates reported. <br><br> The FBI was contacted in at least two of the cases, though it's unclear if federal officials are actively involved. <br><br> "It's not right, it doesn't make any sense," a witness, who did not want to be identified, told ABC 17 about a sale in Columbia. "Who's going to order 50 phones for Christmas? Who does that?" |

The first reported purchase happened Friday night, when several men bought dozens of phones around 9:30 p.m. at a Columbia Walmart, <u>ABC 17</u> reported. The men paid in cash, according to a witness.

Then, just before 4 a.m. on Saturday, two men bought about 60 phones in Lebanon, according to <u>KSPR</u>. Police were called and interviewed the men, but did not detain them.

"These people were, they were foreign-speaking," said Laclede County Sheriff Wayne Merritt, who encouraged citizens to call the cops if they observed odd activity. "You need to take notice. You need to let us know about it, because it doesn't hurt to check on it. You're not being racist or anything like that. You're just protecting yourself."

The Macon County Sheriff's Office in a Wednesday <u>Facebook</u> posting said it's investigating a third "recent suspicious purchase of multiple cellphones." It was not clear when that incident occurred or how many cellphones were bought. FoxNews.com called the sheriff's office, but the detective in charge of the investigation was not immediately available.

Return to Top

| HEADLINE | **12/10 Florida school pressure cooker threat** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/wireStory/florida-elementary-school-evacuated-pressure-cooker-found-35693408** |
| GIST | A South <u>Florida</u> elementary school was briefly evacuated after a pressure cooker was found outside the building.<br><br>Hialeah Fire Rescue Capt. Cesar Espinosa told the media Hialeah Elementary School was evacuated as a precaution Thursday morning while the bomb squad checked out the pressure cooker, which was under a tree near the school's kindergarten building. They determined it was not dangerous.<br><br>Video footage from television station helicopters showed teachers, students and staff gathering on a playground outside the school.<br><br>The school is in Hialeah, which is near Miami. |
| Return to Top | |

| HEADLINE | **12/10 CAIR D.C. office evacuated in threat** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/cair-capitol-hill-office-evacuated-foreign-substance-received/story?id=35697769** |
| GIST | The office of the <u>Council on American-Islamic Relations</u> in Washington, D.C., was evacuated today after a "foreign substance" was received in the mail, officials said.<br><br>CAIR Executive Director Nihad Awad and Communication Director Ibrahim Hooper gave an update to the press following the evacuation.<br><br>A field test was done on the white powdery substance found in the envelope along with a hate message mailed to CAIR's main office, according to Awad and Hopper.<br><br>Authorities found no hazard, according to CAIR, and the substance and envelope are now with the FBI where it will undergo extensive testing to confirm its not dangerous.<br><br>But Awad and Hopper said it's more than likely "nothing" and that they receive hate messages, hate mail and threats online "all the time." |
| Return to Top | |

| HEADLINE | 12/10 Armed man arrested Ark. university |
|---|---|
| SOURCE | http://www.cnn.com/2015/12/10/us/arkansas-state-university-armed-man/index.html |
| GIST | Police took a man at Arkansas State University into custody Thursday after the suspect allegedly drove onto campus with a weapon and crashed his car. |
| | No shots were fired, and there were no reports of any injuries. The school remained on lockdown. |
| | A spokesman said that the man drove onto campus and crashed his vehicle into a barrier. He described the suspect as a white male. |
| Return to Top | |

# Crime, Criminals

Top of page

| HEADLINE | 12/10 Pierce Co: serial barista stand robber |
|---|---|
| SOURCE | http://www.komonews.com/news/local/Coffee-stand-caper-strikes-seven-times-in-one-month-say-deputies-361509621.html |
| GIST | TACOMA, Wash. - Deputies in Pierce County are trying to track down a barista bandit. |
| | Coffee stands in Spanaway and Tacoma have been robbed at least seven times since November 3, said Detective Ed Troyer, a spokesman for the Pierce County Sheriff's Department. Investigators believe one man is responsible for all of the crimes, sometimes returning to rob stands he's already hit. |
| | Deputies describe the suspect as a black man in his mid-20s, about 5'8", wearing dark clothing and a bandana covering his face. Baristas who spoke with KOMO News say the man held the gun in his left hand. |
| | Some coffee stands have increased security because of the robberies. |
| Return to Top | |

| HEADLINE | 12/09 Serial robber strikes King, Pierce Co. |
|---|---|
| SOURCE | http://www.kirotv.com/news/news/authorities-search-suspect-series-robberies/npgMd/ |
| GIST | Pierce and South King County detectives are seeking the public's help in identifying a suspect responsible for at least 15 armed robberies. |
| | According to authorities, the suspect orders a small item to go, then displays a handgun and demands cash from the register. |
| | Here are the locations the suspect is believed to have targeted:<br>· 8/25 at Elmer's on S. Hosmer St. in Tacoma<br>· 8/29 at Buttered Biscuit on North St. in Sumner<br>· 8/31 at Ma's Place on 39th Ave. SW in Puyallup<br>· 9/17 at Golden Given Food Mart on Golden Given Rd. in Tacoma<br>· 9/25 at Midland Eatery on Portland Ave. in Tacoma<br>· 9/25 at Seattle Sun Tan on Canyon Rd. in Puyallup<br>· 11/5 at Shari's on Russell Rd. in Kent<br>· 11/12 at Denny's on S. Hosmer St. in Tacoma<br>· 11/17 at IHOP on Campus Dr. in Federal Way<br>· 11/22 at Moctezumas on S. 56th St. in Tacoma<br>· 11/23 at Denny's on Auburn Way S. in Auburn<br>· 11/24 at Subway on Portland Ave. E. in Tacoma |

· 11/27 at Subway on River Rd. in Puyallup
· 12/2 at Denny's on S. 320th St. in Federal Way
· 12/4 at Starbucks on S. 56th St. in Tacoma

Police describe the suspect as a white, 25 to 35 years old, about 5 feet 10 inches tall and 170 pounds. He has been seen wearing a beanie cap, a dark colored hoodie, blue jeans and sometimes sunglasses.

Return to

Top

---

| HEADLINE | 12/10 Ride share driver called a terrorist |
| --- | --- |
| SOURCE | http://www.seattlepi.com/local/crime/article/Report-Ride-share-driver-assaulted-called-6690242.php |
| GIST | Seattle police are investigating an assault as a possible hate crime after a ride share driver was attacked and accused of being a terrorist Wednesday night.<br><br>A 36-year-old man who was a passenger is the ride share vehicle has been jailed for investigation of assault.<br><br>The ride share company wasn't identified in police reports.<br><br>Just before 9 p.m., three men called for a ride share in southwest Seattle. A driver arrived to pick up the men and headed toward their destination in downtown Seattle.<br><br>During the trip, however, the front seat passenger began "grabbing at the victim" and called him a terrorist, Seattle police say.<br><br>The driver got the man to move to the back of the car and continued driving until he left the freeway and safely stopped the car at First Avenue and Seneca Street, according to reports. He told the passengers to leave his car.<br><br>The passengers got out of the car, but the man who initially assaulted the driver reached into the front seat and punched the driver in the head, according to Seattle police.<br><br>The driver reported the incident to cops, who found the suspected attacker and arrested him. |
| Return to<br><br>Top | |

---

| HEADLINE | 12/10 Okla. ex-cop guilty sex assaults |
| --- | --- |
| SOURCE | http://abcnews.go.com/US/wireStory/oklahoma-cop-guilty-rape-sex-abuse-case-35706379 |
| GIST | A former Oklahoma City police officer was convicted Thursday of raping and sexually victimizing eight women on his police beat in a minority, low-income neighborhood.<br><br>Daniel Holtzclaw, who turned 29 Thursday, sobbed as the verdict was read aloud. Jurors convicted him on 18 counts involving eight of the 13 women who had accused him; the jury acquitted him on another 18 counts.<br><br>He could spend the rest of his life in prison based on the jury's recommendation that he serve a total of 263 years, including a 30-year sentence on each of four first-degree rape convictions. He was also convicted of forcible oral sodomy, sexual battery, procuring lewd exhibition and second-degree rape.<br><br>The jury deliberated for about 45 hours over four days. Holtzclaw's sentencing is set for Jan. 21. A judge will decide whether he will have to serve the sentences consecutively. |
| Return to<br><br>Top | |

| HEADLINE | 12/09 Arrest of Schuyler Barbeau |
|---|---|
| SOURCE | http://canadafreepress.com/article/77414 |
| GIST | In the late morning of December 6, 2015, Schuyler Barbeau had been helping Allen Aenk by rescuing service dogs as a business service run from the Aenk family Ranch, in Stevens County, Washington, some 280 miles away from where the following events begin to unfold.

**At the Weigh Station**
After dealing with the dogs, Schuyler wanted stop to collect some money owed him by Oliver Murphy. Murphy texted to Schuyler to meet him at a weigh station at Interstate 90 and Washington Highway 18 (between Preston and Snoqualmie). When they arrived at the weigh station, Oliver's car was there, but Oliver was nowhere to be seen. So, they parked next to Oliver's car and Allen got out of the car, cell phone in hand to call his wife and to take the dog to the Dog Walk.

Before he could complete his intended tasks, he saw between 10 and 12 battle dressed people encircle him and the car. He was told to lie down on the ground. He complied, though he questioned why they were being treated this way. They then handcuffed Allen, and since Schuyler was on the other side of the car, he didn't really see what happened to him. Allen did note that he saw FBI, US Marshalls, and Coast Guard, though there were no apparent BATF agents on the scene. But, we'll get to the charges shortly.

The agents were going through his car, but they had no warrant with them, they simply stated that they did have one (There was a warrant to search the car at the premises - ranch, but nothing identifying the car specifically). They then moved Allen away from the car and began asking questions about Schuyler, but were told to ask Schuyler, not him.

After they had searched the car, one of the agents, acting rather rudely and assertively, asked Allen to sign a "Receipt for Property Seized", which Allen refused to sign, and Special Agent Kera O'Reilly (did you ever wonder why gimp kids are special, and so are FBI agents?) affirmed that he refused.

Allen was not allowed to verify some of those seized item, in particular, the "Grey Universal bag with yellow straps", so the feds can do anything they want with the contents. It was Special Agent O'Reilly who, rather rudely, refused Allen's request to review the contents.

Just so we know who the rather rude agent that dealt with Allen is, she was Kera Wulbert, and may have been Kera Wulbert Wagner, prior to that. Around 2013, she married Brendan Gerard O'Reilly (age 46) and quit-claimed her house at 2914 S Hill Street, Seattle, to herself and her new husband.

Enough of that, so, on with the show:
The other Special Agent was Matthew Acker, who acted courteously, as we should be able to expect our public servants to act toward us. These two agents were, apparently, assigned to Allen, while we can suppose that the rest of the jackboots were needed to assure that Schuyler did take over the surrounding forces, though we will have to get that information from him, when he is removed from sequestration and allowed visitors and phone calls.

**The Criminal Complaint**
Though we have no proof of the existence of an Arrest Warrant being issued prior to the arrest, we do have the Criminal Complaint that resulted in the arrest, as well as the search warrant.

About the same time that those events were occurring at the Weigh Station across the state in Springdale, Carrie Aenk was facing her own ordeal. The following is based upon an interview and documents that have been provided.

Thirty to 35 people showed up in 7 or 8 vehicles. Carrie, when she saw them driving in, tried to call Allen. There was no answer. however, the used a battering ram on the back door of the house. They also released some of the dogs from their kennel.

The search warrant is marked "X in the daytime 6:00 a.m. to 10:00 p.m." (Page 1 of pdf). It says nothing |

about "no knock", so it must be served in a civil manner. A battering ram at the back door of the house hardly satisfies that expectation, but, then, we you give thugs a license, they can do as they please—the Constitution notwithstanding.

I think we need to note here that the search warrant among other things, states that "I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property." However, no affidavit, or recorded testimony, has been provided. And, if we were to assume that the Criminal Complaint somehow satisfies that requirement, then even more curious is the fact that the search warrant brings in charges that were not included in the Complaint, or anywhere else in any of the currently existing court documents.

However, the act of the service of this warrant, after the battering ram entry, gets even more interesting. After they entered the house, they flash-banged every room they entered. Carrie counted at least eight of them in the house. That's right, they threw flash-bang grenades into *each* room, in order to clear it, perhaps, from evil spirits, since it would be difficult to otherwise understand the necessity of causing intentional damage, including gaping holes in walls, windows blown out, not to mention the back door that was battered open, and one helluva mess to prove that the government has come to "help you". If there is an assumption being made here that the government will perform restitution for the damage they caused, especially if the charges are dropped against Schuyler, then you are sadly mistaken.

While this "search" (and destroy) was going on, Carrie was held handcuffed for about an hour and a half, and she was not allowed to contact her attorney. They also held a gun on Carrie throughout this entire ordeal. Perhaps there is reason for concern when there is just one pissed off woman, and only 30 to 35 armed men to keep her under control.

While searching the rest of the premises, they used at least ten more flash bangs, some of them apparently only to scare the dogs, which resulted in laughter by some of the agents, who apparently were enjoying themselves immensely while terrorizing Carrie.

I will conclude by stating that this is, by far, the most egregious abuse of presumed governmental authority that I have seen since my visit to Waco, back in 1993.

Return to
Top

| HEADLINE | 12/10 Fears of Muslim harassment rise |
| --- | --- |
| SOURCE | http://abcnews.go.com/US/wireStory/california-shooting-fears-muslim-harassment-rises-35685984 |
| GIST | A severed pig's head was left outside a mosque in Philadelphia. An Islamic center in Florida was defaced. A Sikh temple in California was vandalized by someone who mistook it for a mosque and left graffiti that included a profane reference to the Islamic State group.

Advocacy groups believe there has been a spike in anti-Muslim incidents across the United States in recent weeks that can be linked to last week's mass shooting in California and the inflammatory rhetoric of Donald Trump and other Republican presidential candidates. And they say that Muslims are fearful the backlash could lead to further harassment and violence.

"The spike began with the Paris attacks and has intensified with what happened in San Bernardino and now with what Donald Trump is proposing," Ibrahim Hooper, lead spokesman for the Council on American-Islamic Relations, said Wednesday. "I have never seen such fear and apprehension in the Muslim community, even after 9/11."

It's hard to measure the extent of the problem. The FBI, which keeps statistics on hate crimes committed nationwide, counted 154 bias offenses against Muslims last year. Data for 2015 is unavailable.

The Anti-Defamation League, relying partly on complaints and partly on media reports, said it has logged more than three dozen incidents since the Nov. 13 terror attacks in Paris that left 130 dead. |

| | |
|---|---|
| | "We're talking at least three dozen that we're aware of, and I'm sure there are many more incidents that haven't been reported," said Oren Segal, the director of the ADL's Center on Extremism. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Ex-soldier charged w/explosive device** |
| SOURCE | **http://www.seattletimes.com/seattle-news/crime/former-soldier-charged-with-storing-explosive-on-his-tacoma-roof/** |
| GIST | A former soldier suspected of storing a tank-piercing rocket on the roof of his East Tacoma house was criminally charged Thursday, a day after discovery of the explosive prompted a partial evacuation of the neighborhood, including an elementary school. |
| | Tracy Worwood, 44, pleaded not guilty to unlawful possession of an explosive device without a license and reckless endangerment. He was released on his own recognizance. |
| | Worwood's underage son visited him in late November, found the Anti-tank projectile and took a picture of it, according to charging papers. When the boy's mom saw the picture, she reported the explosive to the FBI. |
| | Tacoma police responded to the man's home in the 5000 block of McKinley Avenue about noon Wednesday and found the explosive. |
| | Worwood, who received an "other than honorable" discharge from the U.S. Army, told investigators he thought it was a training round. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 WWU student charged in hate crime** |
| SOURCE | **http://www.king5.com/story/news/local/bellingham/2015/12/10/western-washington-university-student-charged-hate-crime/77120194/** |
| GIST | BELLINGHAM, Wash. - A Washington state college student has been charged with malicious harassment, under Washington's hate crime law, for allegedly writing "let's lynch her" on a social media post concerning a student leader at Western Washington University. |
| | The Bellingham Herald reports 19-year-old Tysen Campbell was charged in Whatcom County Superior Court on Thursday. |
| | Charging papers show that Campbell's comment was made in response to a comment by WWU Associated Students President Belina Seare on Facebook in which she called college students "baby KKK." |
| | According to the documents, Campbell admitted he made the post and that he deleted it soon after. He also acknowledged he knew what lynching was and that he associated it with the Ku Klux Klan, but that he did not actually intend to lynch anybody. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Student faces bomb threat charges** |
| SOURCE | **http://abcnews.go.com/US/wireStory/students-face-charges-bomb-threat-school-evacuation-35703754** |
| GIST | A Mississippi teenager faces charges after a homemade explosive was found at Warren Central Junior High's library and detonated in a nearby field. |

Vicksburg Police Capt. Sandra Williams said in a news release that the student of Vicksburg, about 45 miles west of Jackson, will face charges of possession of an explosive device and having weapons — knives — on school property.

The Vicksburg Post reports a second student was booked with having a knife on school property but Williams said authorities don't believe that student was involved with making or transporting the device to the school.

Both students are being held pending a hearing in youth court. Their names and ages were withheld.

| Return to Top | |
| --- | --- |

| HEADLINE | 12/10 La. city marshals indicted in child death |
| --- | --- |
| SOURCE | http://abcnews.go.com/US/wireStory/grandmother-boy-killed-police-shooting-release-video-35698421 |
| GIST | A grand jury in Louisiana indicted two deputy city marshals on second-degree murder charges Thursday in the fatal shooting of a 6-year-old autistic boy last month while he was strapped into the front seat of his father's vehicle. |

The indictment handed up by an Avoyelles Parish grand jury charged Derrick Stafford, 32, and Norris Greenhouse Jr., 23, with one count each of second-degree murder and attempted second-degree murder.

Police say Stafford, a full-time police lieutenant, and Greenhouse, a former police officer, were moonlighting as deputy city marshals in Marksville on the night of Nov. 3 when they fired at least 18 rounds at a car driven by Chris Few. The shooting severely wounded Few and killed his son, Jeremy Mardis.

Stafford and Greenhouse were arrested on second-degree murder charges last month but not formally charged until Thursday.

Attorney General James D. "Buddy" Caldwell Thursday vowed to "continue its detailed and thorough investigation as we prepare for trial."

| Return to Top | |
| --- | --- |

**Information From Online Communities and Unclassified Sources/InFOCUS**
**is a situational awareness report published daily by the Washington State Fusion Center.**

**If you no longer wish to receive this report, please submit an email to intake@wsfc.wa.gov  and enter UNSUBSCRIBE InFOCUS in the Subject line.**

**DISCLAIMER -** the articles highlighted within InFOCUS is for informational purposes only and do not necessarily reflect the views of the Washington State Fusion Center, the City of Seattle, the Seattle Police Department or the Washington State Patrol and have been included only for ease of reference and academic purposes.

**FAIR USE Notice -** All rights to these copyrighted items are reserved. Articles and graphics have been placed within for educational and discussion purposes only, in compliance with 'Fair Use' criteria established in Section 107 of the Copyright Act of 1976. The principle of 'Fair Use' was established as law by Section 107 of The Copyright Act of 1976. 'Fair Use' legally eliminates the need to obtain permission or pay royalties for the use of previously copyrighted

materials if the purposes of display include 'criticism, comment, news reporting, teaching, scholarship, and research.' Section 107 establishes four criteria for determining whether the use of a work in any particular case qualifies as a 'fair use'. A work used does not necessarily have to satisfy all four criteria to qualify as an instance of 'fair use'. Rather, 'fair use' is determined by the overall extent to which the cited work does or does not substantially satisfy the criteria in their totality. If you wish to use copyrighted material for purposes of your own that go beyond 'fair use,' you must obtain permission from the copyright owner.

For more information go to: <http://www.law.cornell.edu/uscode/17/107.shtml>
**THIS DOCUMENT MAY CONTAIN COPYRIGHTED MATERIAL. COPYING AND DISSEMINATION IS PROHIBITED WITHOUT PERMISSION OF THE COPYRIGHT OWNERS.**
Source: http://www.law.cornell.edu/uscode/17/107.shtml
Return to Top

To:     (b) (6)
From:   (b) (6)
Sent:   Fri 12/11/2015 3:25:45 PM
Subject: 2015_12_11 Information From Online Communities and Unclassified Sources (InFOCUS)
2015_12_11.pdf

# InFOCUS
## Friday – 11 December 2015

| | | International | National | Regi |
|---|---|---|---|---|
| **Events, Opportunities** Go to articles | | 12/11 Militants fire at Ukraine forces 12/11 Continued drop in global oil prices 12/10 Canada welcomes Syrian refugees 12/10 Iranians angry over US visa change 12/10 Saudi Arabia, US in massive arms deal 12/10 Welcoming refugees and footing the bill | 12/11 Irradiated: secret, tragic US legacy 12/11 Worst weather expected coming months 12/10 How many Muslims immigrating to US? 12/10 Concern: home laser Christmas lights 12/10 Budget deficit widens to $65B in Nov. 12/10 Education law shifts power to states 12/10 Depletion of ground water worsening 12/10 Evolving state of American policing 12/10 Brain's on public health campaigns 12/10 Tracking overstay foreign visitors 12/10 Survey: fewer teens driving drunk 12/10 Study: 20% kids w/high cholesterol 12/10 'Happy Birthday' copyright settled 12/10 Medical helicopter crash in Calif. 12/10 Winter El Nino not backing down 12/10 New flood of migrants at border 12/10 Major airlines ban hoverboards 12/10 Recall: Sweet Leaf Tea bottles 12/09 Experts warn fleas are mutating 12/08 Workplace: NASA good, DHS bad – | 12/11 Wild wea 12/10 Seattle p 12/10 Woodlan open 12/10 Seattle C violations 12/10 Feds war tech. 12/10 Seattle P videos 12/10 New style thug? 12/10 Bellevue data 12/10 Swedish menu |
| **Cyber Awareness** Go to articles | | 12/11 Canada seeks new cybersecurity network 12/11 ISIS' homebrewed encryption app? 12/10 Large UK website hosting attacked 12/10 Canada: ISIS hack on plane unlikely 12/10 IATA: cyberattacks on planes costly 12/10 Mystery hackers eye Internet shutdown? | 12/10 Encryption stymies national security? 12/10 Using online search to stop infections 12/10 Cyber criminals seek to cut costs 12/10 Ships' data recorders vulnerable 12/10 FBI 'hacks' to investigate crime | |
| **Terror Conditions** Go to articles | | 12/11 Saddam's men help ISIS rule 12/11 ISIS threatens UNESCO site in Libya 12/10 Canada: security alert level not raised 12/10 RCMP aware report of Toronto threat 12/10 Finland arrests suspected extremists 12/10 Britain's jihad hotspots revealed 12/10 UK terror arrests reach record level | 12/11 America's most wanted: al-Adnani 12/11 FBI: Garland gunmen texted terrorist 12/11 NYC bomb plot revealed in guilty plea 12/10 Minn. suspect denies San Bernardino link | |

| | | | |
|---|---|---|---|
| | 12/10 US: ISIS oil going to Assad regime<br>12/10 Paris attack gun link to US dealer<br>12/10 Geneva police hunt ISIS suspects<br>12/10 Arab states and the war on ISIS<br>12/10 ISIS retakes key town in Syria<br>12/10 Paris attacker urged 'kill them'<br>12/09 France jails 3 for 'train attack bluff' | 12/10 Extremist groups ignored Calif. shooter<br>12/10 FBI searches lake near San Bernardino<br>12/10 Feds investigate other potential plots<br>12/10 Terrorist shooting intelligence failure?<br>12/10 Conflicted portrait of terrorists' friend<br>12/10 Intel: ISIS makes fraudulent passports<br>12/10 USAF plans massive drone expansion<br>12/10 Feds arrest 'emir' of ISIS recruiting<br>12/10 Claim: DHS nixed effective program<br>12/10 Calif. shooters planned bigger?<br>12/10 Pentagon: 3 ISIS leaders killed<br>12/10 ISIS vs special operations<br>12/08 Why do people join ISIS? 9 reasons<br>_ | |
| **Suspicious, Unusual**<br>Go to articles | 12/11 Cambodia deaths linked to BBQ dog<br>12/10 Hoax: drug cartel vs. ISIS<br>12/10 Former Israel soldier joins ISIS<br>12/10 Report: MH370 was 'zombie plane'<br>12/10 Fears: new E. coli strain 'drug resistant' | 12/10 Armed man arrested at Ark. University<br>12/10 Boston runaway train 'tampered with'<br>12/10 Florida school pressure cooker 'threat'<br>12/10 CAIR D.C. office evacuated in 'threat'<br>12/10 Questions about college knife attack<br>12/10 Suspicious cellphone purchases<br>12/10 Unusual weather patterns in US<br>12/10 Suicide by dog attack?<br>_ | 12/10 Rare torn<br>Ground<br>12/10 Snohomi |
| **Crime, Criminals**<br>Go to articles | | 12/10 Fears of Muslim harassment rise<br>12/10 Okla. ex-cop guilty of sex assaults<br>12/10 Student faces bomb threat charges<br>12/10 La. city marshals indicted in child death | 12/10 Ride sha<br>12/10 WWU stu<br>12/10 Ex-soldie<br>device<br>12/10 Pierce Co<br>robber<br>12/09 Serial rot<br>12/09 Arrest of |

<u>DISCLAIMER and FAIR USE Notice</u>

## Event Calendar

Top of page

| Date | Event | Location/Time | Other Information |
|---|---|---|---|
| **25-29 April** | **IALEIA/LEIU Training Conference** | **Training Event Location & Reservations: (training** | **http://www.ialeia.org/training-and-certification/conference/ialeia-leiu-annual-** |

| 2016 | | will be at the Hilton) <br><br> **New Orleans Riverside; Two Poydras Street, New Orleans, Louisiana Tel: (504) 561-0500** | **training-event-no-2016.html** |
|------|--|------|------|
| | | | |
| | | | |
| Return to Top | **\*\*indicates new event/new information added during reporting week** | | |

# Events, Opportunities

Top of page

| HEADLINE | **12/10 Medical helicopter crash in Calif.** |
|----------|---------------------------------------------|
| SOURCE | **http://www.khq.com/story/30722301/four-killed-in-medical-helicopter-crash-in-bakersfield-california** |
| GIST | BAKERSFIELD, Calif. - Four people were killed Thursday after a medical helicopter crashed while on its way to a California hospital Thursday night, NBC news reports. <br><br> The four victims were the pilot, a nurse, a paramedic, and a patient. <br><br> The SkyLife helicopter was traveling from Fresno to San Joaquin Community Hospital in Bakersfield — a 10-minute flight — and a search was started at 7:37 p.m. after there was no contact with the aircraft for 30 minutes, NBC affiliate KGET reported. <br><br> The search was hindered by bad weather and rain, but they eventually found a debris field. Searchers determined there were no survivors, Kern County Sheriff's Office Lt. Bill Smallwood officials told NBC News. <br><br> "We continue to pray vigilantly for our first responders and everyone involved," San Joaquin Community Hospital president and CEO Doug Duffield said. <br><br> The helicopter crashed in an area north of Bakersfield made up of mostly orchards, a fire official said. |
| Return to Top | |

| HEADLINE | **12/11 Irradiated: secret, tragic US legacy** |
|----------|-----------------------------------------------|
| SOURCE | **http://media.mcclatchydc.com/static/features/irradiated/** |
| GIST | Byron Vaigneur watched as a brownish sludge containing plutonium broke through the wall of his office on Oct. 3, 1975, and began puddling four feet from his desk at the Savannah River nuclear weapons plant in South Carolina. |

The radiation from the plutonium likely started attacking his body instantly. He'd later develop breast cancer and, as a result of his other work as a health inspector at the plant, he'd also contract chronic beryllium disease, a debilitating respiratory condition that can be fatal.

"I knew we were in one helluva damn mess," said Vaigneur, now 84, who had a mastectomy to cut out the cancer from his left breast and now is on oxygen, unable to walk more than 100 feet on many days. He says he's ready to die and has already decided to donate his body to science, hoping it will help others who've been exposed to radiation.

Vaigneur is one of 107,394 Americans who have been diagnosed with cancers and other diseases after building the nation's nuclear stockpile over the last seven decades. For his troubles, he got $350,000 from the federal government in 2009.

His cash came from a special fund created in 2001 to compensate those sickened in the construction of America's nuclear arsenal. The program was touted as a way of repaying those who helped end the fight with the Japanese and persevere in the Cold War that followed.

Most Americans regard their work as a heroic, patriotic endeavor. But the government has never fully disclosed the enormous human cost.

Now with the country embarking on an ambitious $1 trillion plan to modernize its nuclear weapons, current workers fear that the government and its contractors have not learned the lessons of the past.
For the last year, McClatchy journalists conducted more than 100 interviews across the country and analyzed more than 70 million records in a federal database obtained under the Freedom of Information Act.

Among the findings:

- McClatchy can report for the first time that the great push to win the Cold War has left a legacy of death on American soil: At least 33,480 former nuclear workers who received compensation are dead. The death toll is more than four times the number of American casualties in the wars in Afghanistan and Iraq.
- Federal officials greatly underestimated how sick the U.S. nuclear workforce would become. At first, the government predicted the program would serve only 3,000 people at an annual cost of $120 million. Fourteen years later, taxpayers have spent sevenfold that estimate, $12 billion, on payouts and medical expenses for more than 53,000 workers.
- Even with the ballooning costs, fewer than half of those who've applied have received any money. Workers complain that they're often left in bureaucratic limbo, flummoxed by who gets payments, frustrated by long wait times and overwhelmed by paperwork.
- Despite the cancers and other illnesses among nuclear workers, the government wants to save money by slashing current employees' health plans, retirement benefits and sick leave.
- Stronger safety standards have not stopped accidents or day-to-day radiation exposure. More than 186,000 workers have been exposed since 2001, all but ensuring a new generation of claimants. And to date, the government has paid $11 million to 118 workers who began working at nuclear weapons facilities after 2001.

Return to Top

| HEADLINE | **12/10 Swedish Hospital removes juice** |

| SOURCE | http://www.komonews.com/news/local/Seattles-Swedish-Hospital-first-in-US-to-take-juice-off-the-menu-361496321.html |
|---|---|
| GIST | SEATTLE - A popular drink is off the menu at Swedish Medical Center in Seattle. Pediatric patients are no longer served juice. And doctors want the sugar-filled beverage banned at home, too. |
| | Nine-year-old Gabe spent the night at Swedish Medical Center so doctors could check his seizure medication. That means waking up to breakfast in bed of a breakfast burrito, fruit and milk. Gabe would prefer juice to drink, but it's not an option here. |
| | Gabe's dad, Tim Kolze, said they serve juice at home. "It usually seems like it would be a pretty healthy choice. 100% juice, so I wouldn't see why not," he said. |
| | Dr. Uma Pisharody can explain. She specializes in Pediatric Gastroenterology, specifically seeing patients with liver disease. "The most common liver disease in childhood is something called Non Alcoholic Fatty Liver Disease (NAFLD). So it's the exact same fatty liver condition you see in alcoholics, but we call it 'non' because it's in kids," Dr. Pisharody said. "We know it's from excessive sugar intake. And one of the molecules in sugar is a chemical called fructose. Fructose directly leads to this non-alcoholic fatty liver disease." |
| | NAFLD is the most common liver disease in the country, striking one in 10 children, and the number of younger kids affected is growing. While it might seem like fat in the diet is the problem, Dr. Pisharody said sugar is the culprit. She tells her patients to cut excess sugar from their diets, and juice can be loaded with it. |
| | "So all the patients I take care of, I tell them over and over, cut back on your juice intake. No soda, no added sugars. That's their mantra. They know not to take juice or sugars," she said. |
| Return to Top | |

| HEADLINE | **12/10 Woodland I-5 mudslide partially open** |
|---|---|
| SOURCE | http://www.komonews.com/news/local/I-5-mudslide-tops-growing-list-of-storm-caused-road-closures--361422311.html |
| GIST | WOODLAND, Wash. - Washington State Department of Transportation crews have reopened two lanes of Interstate 5 near Woodland about 26 miles north of Portland, Ore., where a huge mudslide came down across the roadway on Wednesday. |
| | Governor Jay Inslee toured the slide area on Thursday and thanked crews for their efforts in getting the road back open. |
| | "These boulders are bigger when you see them in person than they are when you see them on your TV screens. Even a wide screen. It's pretty impressive how this rock fractured," said Inslee. |
| | The blockage trapped thousands of motorists in a 15-mile-long backup overnight. Many of them had to sleep in their cars or spent the night at a nearby Wal-Mart parking lot. |
| | Some trucks were stranded on the freeway for more than 24 hours. Officials say it could take |

| | until Friday to fully reopen the freeway. A detour is available via Oregon Highway 30, although there are major delays. |
|---|---|
| Return to Top | |

| HEADLINE | **12/11 Worst weather expected in coming months** |
|---|---|
| SOURCE | **http://www.foxnews.com/science/2015/12/11/worst-this-el-nino-expected-in-coming-months.html?intcmp=hpbt4** |
| GIST | The current El Nino has yet to pack a punch – and isn't responsible for some of the strange weather already being seen in the United States.

Forecasters from the National Oceanic and Atmospheric Administration (NOAA) are still predicting with near certainty that this El Nino will last through the winter and will be the strongest since the 1997-98 El Nino and possibly the third strongest since 1950. The 1997-98 event sparked widespread storms and flooding that caused more than $4 billion in damage and killed 189 people nationwide.

El Niño - meaning in Spanish "the little boy, or Christ child" - is created when the equatorial waters of the Pacific Ocean warm significantly.

They are also forecasting wetter than average conditions out West from January to March and above average temperatures in the northern half of the contiguous U.S., Alaska and much of Hawaii. Below-average temperatures, meanwhile, are most likely in the southern Plains while much of the South will see wetter than average.

But Mike Halpert, deputy director, NOAA's Climate Prediction Center, told reporters that the amounts of tropical rainfall associated with El Nino so far across the east-central Pacific and all the way to eastern part of the Pacific have been less than what was seen in other strong El Nino years like 1997-98. |
| Return to Top | |

| HEADLINE | **12/11 Continued drop in global oil prices** |
|---|---|
| SOURCE | **http://abcnews.go.com/Business/wireStory/asian-shares-slip-fed-nears-japan-yen-weakness-35707912** |
| GIST | World stock markets turned lower on Friday, shaken by another drop in the price of oil and as investors prepared for the Fed's key meeting next week on interest rates.

KEEPING SCORE: France's CAC 40 shed 1.5 percent to 4,567.42 and Germany's DAX lost 1.7 percent to 10,423.10. Britain's FTSE 100 retreated 1.2 percent to 6,015.66. U.S. stocks were poised to open lower. Dow futures were down 0.9 percent while the broader S&P 500 futures shed 0.8 percent.

ENERGY: The price of U.S. benchmark crude fell further, sinking 57 cents to $36.19 a barrel in electronic trading on the New York Mercantile Exchange. The contract fell 40 cents, or 1 |

|  | percent, to settle at $36.76 a barrel on Thursday, its lowest level since early 2009.<br><br>The International Energy Agency on Friday forecast that the oversupply of crude would continue until late next year and demand would weaken, a dynamic that would continue to weigh on prices. Though the drop in the oil price can help consumers and businesses by reducing energy bills, the recent decline has been weighing on stocks as investors worry it is a sign of a weak global economy. |
|---|---|
| Return to Top | |

| HEADLINE | **12/11 Wild weather eases drought worries** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/wireStory/wild-northwest-weather-eases-drought-worries-35709582** |
| GIST | Fierce Northwest storms that sent rivers bursting from their banks, closed roadways and produced a rare tornado have had one positive effect — easing summer drought concerns that prompted cities to active water shortage plans.<br><br>The moisture is helping to fill reservoirs earlier and recharging the groundwater, said Scott Pattee, water supply specialist with the Natural Resources Conservation Service based in Mount Vernon.<br><br>But "a lot of this rain is going down hard so it's flowing straight through the snowpack, and it's not adding to it," he added.<br><br>Much of Washington's water supply depends on mountain snowpack that builds over winter, and melts in spring and summer.<br><br>The latest report from the U.S. Drought Monitor Thursday showed the area west of the Cascade Mountains in Washington is no longer in drought.<br><br>Cities like Seattle, Everett and Tacoma implemented water shortage plans when unseasonably dry summer conditions left the region parched. |
| Return to Top | |

| HEADLINE | **12/09 Experts warn fleas mutating** |
|---|---|
| SOURCE | **http://sanfrancisco.cbslocal.com/2015/12/09/vets-warn-fleas-becoming-resistant-to-chemical-treatments/** |
| GIST | SAN FRANCISCO (CBS SF) — Experts say fleas may be mutating and becoming more resistant to topical anti-flea treatments peskier than ever for Bay Area pet owners trying to get rid of them.<br><br>One vet KPIX spoke to said the smelly solutions designed to kill fleas that pet owners have been applying to their cats and dogs may not help thanks to survival of the fittest flea.<br><br>Katherine Van Ekert with VetPronto is one of many Bay Area vets that are telling pet owners |

<table>
<tr><td></td><td>the anti-flea solution produced by companies like Frontline and Advantage that they are buying isn't working.

"You can imagine when we're applying a flea product that's designed to kill a flea and those fleas have random mutations the genes that are resulting and are allowing the fleas to survive are going to win," explained Van Ekert.

Fleas may have mutated, but Van Ekert says the flea problem also has to do with the warmer weather.</td></tr>
<tr><td>Return to Top</td><td></td></tr>
</table>

| HEADLINE | **12/08 Workplace: NASA good, DHS bad** |
|---|---|
| SOURCE | **http://www.govexec.com/management/2015/12/nasa-best-place-work-government-homeland-security-worst-again/124268/** |
| GIST | The level of job satisfaction among federal employees at agencies with similar missions in areas such as law enforcement and public health varies widely, according to a new analysis of the <u>Best Places to Work in the Federal Government</u>."

For the first time, the authors of the report – which is based on data from the Office of Personnel Management's <u>annual Federal Employee Viewpoint Survey</u> – grouped 75 federal organizations by six mission areas: energy and environment, financial regulation, law enforcement, national security, oversight and public health.

The FBI was the top agency in the law enforcement category, with a "satisfaction and commitment" score of 69.9 among employees, while the Secret Service had a score of 33.4 in that category – a 36.5 point difference. The Secret Service was the subject of a recent <u>House Oversight and Government Reform Committee report</u> detailing the agency's rock-bottom morale, a series of botched operations, and difficulty rooting out bad behavior.

Another significant gap in job satisfaction based on the 2015 data existed between the Federal Deposit Insurance Corporation, which ranked as the top mid-size agency in the analysis, and the Commodity Futures Trading Commission, which ranked toward the bottom in the small agency category.

Agencies that were at the top and bottom last year occupied those slots in 2015 too. For the fourth consecutive year, NASA was the No. 1 place to work among large federal agencies, with a job satisfaction and commitment score of 76.1 (out of 100) among employees. The intelligence community, departments of Justice, State and Commerce rounded out the top five. The rankings include 391 federal agencies and their subcomponents.

The Homeland Security Department, which has struggled with morale and management since its creation, ranked last among large agencies again. The Veterans Affairs Department, plagued with scandal and mismanagement since the 2014 scandal involving excessive wait times for patient appointments erupted, also ranked at the bottom. |
| Return to Top | |

| HEADLINE | **12/10 Brain's on public health campaigns** |
|---|---|
| SOURCE | **http://www.upenn.edu/spotlights/your-brains-take-public-health-campaigns** |
| GIST | Mass media campaigns have proven to influence people's health-related decision making—for better or worse. Effective messaging has helped millions quit smoking, exercise more, and eat better, while failed campaigns have backfired, sometimes even causing those with unhealthy habits to dig deeper into their vices.

"We don't always know what's going to persuade us," says Emily Falk, an associate professor at the Annenberg School for Communication. "In the moment, it might feel like one set of advertisements is appealing, but that doesn't always translate into downstream behavior."

In a recently published study in the journal Social Cognitive and Affective Neuroscience, a team of researchers led by Falk discovered a new way to help predict the success of public health campaigns. Instead of just asking someone's opinion, they looked inside people's brains and measured their neural reactions when they viewed specific advertisements.

Using functional magnetic resonance imaging (fMRI), the researchers recorded the brain activity of 50 smokers from Michigan who viewed a total of 40 anti-smoking images, including some that the Food and Drug Administration was considering using as warning labels. Researchers focused on the medial prefrontal cortex (MPFC) region of the brain, which helps people gauge how valuable or relevant information is to them.

The more activity in the MPFC, the more motivating the image would be to stop a person from smoking, the researchers believed.

To test this hypothesis, they compared the fMRI results from the small sample of smokers to a large anti-smoking email campaign sent in partnership with the New York State Smokers' Quit Line. One of the same 40 images was sent to each of the 800,000 smokers, along with the slogan "Stop Smoking. Start Living." Each email included a link to online smoking cessation resources.

The researchers found that the same anti-smoking images that caused powerful MPFC responses were also most effective at getting New York smokers to click the get-help link.

This information is a convincing demonstration of how looking at brain activity can help when creating a public health campaign, Falk says. But that still doesn't mean it can take the place of self-reported data.

"Asking people does give us some important information, too," Falk says. "Essentially what's best is to do both." |
| Return to Top | |

| HEADLINE | **12/10 Bellevue partners w/Bloomberg** |
|---|---|
| SOURCE | **http://www.bellevuereporter.com/news/361343621.html** |
| GIST | The City of Bellevue announced on Tuesday, Dec. 8 that it was selected to participate in the new "What Works Cities" initiative, taking a huge step toward making its data easy to access |

and open to the public.

The initiative is a national drive sponsored by Bloomberg Philanthropies which wants to connect mid-sized cities to enhance the use of data and evidence to look for solutions to problems which may arise.

Mayor Claudia Balducci said Bellevue has made increasing use of data in the last 15 years, and the What Works Cities initiative would help hone those skills.

"We're very excited and proud to announce that Bellevue has been selected for What Works Cities," she said. "The data used could be almost anything, cities generate a tremendous amount of data. By unleashing the power of data, we will build capacity in our operations, increase transparency and improve the way services are delivered to Bellevue residents."

An open data portal on the City of Bellevue's website is scheduled for early 2016. Residents will be able to access data easily and efficiently, said Sabra Schneider, chief operating officer of information technology.

"We are committed to building apps against data which can benefit our residents," she said. "We can set a framework for open data and problem solving."

Return to Top

| HEADLINE | 12/10 'Happy Birthday' copyright settled |
|---|---|
| SOURCE | http://www.nbcnews.com/business/business-news/happy-birthday-copyright-suit-settled-n477671 |
| GIST | A settlement has been reached in a U.S. lawsuit with Warner/Chappell Music over the copyright to "Happy Birthday to You" that will put one of the world's most recognizable songs in the public domain, according to court papers released on Wednesday and a source close to the case.<br><br>Terms of the deal were not disclosed in court papers announcing the settlement, but it puts an end to the class-action lawsuit filed in 2013 by a group of artists and filmmakers who had sought a return of the millions of dollars in fees the company had collected over the years for use of the song.<br><br>Once the settlement is finalized, the song will be in the public domain, the source said. That means it will be free for all to use without fear of a lawsuit. |
| Return to Top | |

| HEADLINE | 12/10 How many Muslims immigrating to US? |
|---|---|
| SOURCE | http://www.nbcnews.com/storyline/immigration-border-crisis/mass-migration-muslims-u-s-mostly-mirage-n477306 |
| GIST | Not one predominantly Muslim nation makes the list of top 10 countries of origin for legal |

immigrants in 2013, according to the most recent census figures compiled by the Migration Policy Institute.

At #14, Pakistan was the top-ranked Islamic country with 13,251 legal permanent residents — just 1 percent of the total 990,553 immigrants who received Green Cards that year, the figures showed.

"Definitely as a share of the foreign population, Middle Eastern and North African immigrants are small," Marc Rosenblum, deputy director of the organization's U.S. immigration policy project, told NBC News.
"But right now there is a lot of fear about terrorism and that affects how people perceive those numbers."

There has been for several years a "perception that immigration has been out of control is disproportionate to the facts on the ground," Rosenblum said. "The numbers of people immigrating to the U.S. have been pretty stable the last few years, and illegal immigration is much lower than it was a decade ago."

The biggest difference is that the new arrivals aren't coming — as they have in the past — from European countries like Italy, Ireland, Germany and Poland.

"Now the total foreign population is a third Mexican and three-quarters Latin American and Asian," said Rosenblum. "Europe accounted for just 12 percent of the foreign-born population in 2013. It was 75 percent in 1960."

Two years ago, the top three Green Card recipient countries were Mexico, 135,028, China, 71,798, and India, 68,458, according to the figures.

Only 9,552 Iraqis and 1,463 Saudis got Green Cards in 2013. As for Syrians, whom Trump and much of the GOP wants to bar from the United States, just 3,366 were granted permanent residency.

When it comes to other Muslim countries, 10,294 Egyptians, 3,532 Yemenis, 2,783 Lebanese and 376 Libyans were allowed into the U.S. in that year.

| Return to Top | |
| --- | --- |

| HEADLINE | **12/10 Concern: home laser Christmas lights** |
| --- | --- |
| SOURCE | **http://www.cbsnews.com/news/holiday-laser-displays-raising-safety-concerns-for-pilots/** |
| GIST | More homeowners are abandoning traditional Christmas lights for laser displays this holiday season. They project holiday-themed laser beams onto a house or yard, but they can also point into the sky, creating new danger for pilots and their planes. |
| | Last week, a laser decoration 22 miles from Dallas-Fort Worth International Airport put a passenger plane in harm's way. This follows a similar complaint last month in Michigan. |
| | It's a federal crime to shine a laser at a plane, and while no one was charged in those cases, several so-called laser strikes are being blamed on the holiday laser displays, reports CBS News correspondent Mireya Villarreal. |

Jen Creaven Parker bought hers at Bed, Bath and Beyond for $40.

"I think they look cool. They come in two options, all green or red," said Parker. "'Lazy lights' is what Facebook is calling them." Lazy, because they're so easy to install.

But helicopter reporter Stu Mundel, from CBS News' Los Angeles station KCBS, has encountered other types of consumer lasers while in the air.

"I saw the laser in the corner of my eye, I looked at it, and unfortunately, it went right into my eyes, and it does, it stings, it burns, it feels like you have a sunburn on your eye," Mundel said.

Laser strikes - often intentional - have become a growing problem for pilots. In 2014, the FAA investigated more than 3,800 laser light complaints, which has nearly doubled this year.
The FAA is asking homeowners to make sure their decorations aren't pointed towards the sky, or to pull the plug on them altogether.

Return to Top

| HEADLINE | **12/10 Evolving state of American policing** |
|---|---|
| SOURCE | **http://www.psmag.com/politics-and-law/the-evolving-state-of-american-policing** |
| GIST | "Never at any time in the world's history has it been possible for so many people to know, so promptly, of the dereliction of one police officer in such lack of context as to cause distrust and lack of respect for all," Police Chief Frank Ramon tells his colleagues. |

It's the annual conference of the International Association of Chiefs of Police, and hundreds of law enforcement executives from around the country are gathered together to talk about recent and troubling publicity around police forces pretty much across the country—California, New York, South Carolina, Maryland. Reflecting on the crisis in policing, he continues, "the law enforcement image is dependent on the professional, competent performance of the men and women who protect and serve their community."

But Ramon, the chief of police of the Seattle Police Department, isn't talking about viral videos shot by bystanders with cell phones, or about footage from dashboard cameras. All of that is still many years away. Ramon is speaking in the year 1965.

Yet Ramon's comments could just as easily have been made in 2015—and, in fact, they sort of were. Over the course of the 2015 IACP, many speakers echoed the sentiments expressed at the conference opening by Chicago Police Department Superintendent Garry McCarthy (who resigned a month later when the Laquan McDonald cover-up was brought to light). "We're in a tough time for policing right now," McCarthy said. "And I believe we're at a crossroads. I don't think this climate has ever existed in the history of American policing.... Never have we been going through the scrutiny of every single action that we deal with like we do today, in the digital age."

So much of what police executives said at the conference—what they complained about, what they asked for, what they believed was utterly new to our present place and time—sounded remarkably familiar. I attended the conference not only as a reporter but as a historian of the IACP; I've spent dozens of hours combing through years of conference proceedings, and I heard little at this year's conference that I hadn't read before. In 2015, I heard law enforcement

executives suggest—as they've done for many decades—that complaints of police brutality are still overblown, especially by the media; that police, still broadly disrespected, suffer daily indignities as they attempt to serve the public; and that this public misapprehends the danger police officers face every day and fails to see police officers as individuals.

So what happened? Why do police still seem to feel embattled and pressured in the same ways they did 50 years ago? Haven't things changed?

The IACP and the larger field of law enforcement are visibly different than they were in the 1960s (and very different from the 1890s, when a mere 51 delegates attended the first annual convention in 1893).

This year, over 15,335 law enforcement executives from 83 countries attended an event with 204 sessions spread over 13 educational tracks, three "interactive sessions on global issues with significance in local communities," and a trade show of more than 700 vendors and exhibitors. Chiefs could attend education sessions on legal marijuana, social media strategies, cyber security and "the cloud," developments in rapid DNA testing, and, of course, body-worn cameras. From this perspective, the work of policing and the concerns of police executives have evolved significantly over a century. Advances in technology, psychology, and forensic science have made the act and art of policing look drastically different than it did in 1893 and 1953 and even 1983.

So does American society. At the 1965 meeting, law enforcement executives spoke from the far shore of a country-wide crime wave that was just beginning its swell. In 2015, they addressed each other in a country that is statistically safer than it has ever been: The homicide rate in 2010 was 4.8 for every 100,000 people; in 1980 it had been more than twice that—10.8. In 1965, the ink was barely dry on the Civil Rights Act; in 2015, although we still have far to go, civil rights have evolved to encompass a much larger spectrum of diversity and inclusion. America in 2015, then, presents new challenges, and new opportunities, that were unimaginable in 1965. Yet the complaints, and the script, remain the same.

What happened? Or, perhaps more precisely, what hasn't happened?

Return to Top

| HEADLINE | **12/10 New style of police training: hug a thug?** |
| --- | --- |
| SOURCE | **http://www.washingtonpost.com/sf/investigative/2015/12/10/new-style-of-police-training-aims-to-produce-guardians-not-warriors/** |
| GIST | BURIEN, WASH. — The police recruits arrived in pairs in the woods outside Seattle. For days, they had been calming their minds through meditation and documenting life's beauty in daily journals. Mindful and centered, they now faced a test: a mentally ill man covered in feces and mumbling to a rubber chicken.<br><br>The feces was actually oatmeal and chocolate pudding, the man was another recruit, and the goal of this mock training exercise was to peacefully bring him into custody. The first recruits approached gingerly, trying to engage the man in conversation. When that failed, they moved in and wrestled him to the ground.<br><br>"We needed to find a way to help him. He obviously had a screw loose," said Aaron Scott, a |

cadet from Bellevue, Wash. Scott briefly considered using his baton, he said. "But I thought that might be too much."

For the past three years, every police recruit in the state has undergone this style of training at the Washington State Criminal Justice Training Commission, where officials are determined to produce "guardians of democracy" who serve and protect instead of "warriors" who conquer and control.

Gone is the military-boot-camp atmosphere. Gone are the field exercises focused on using fists and weapons to batter suspects into submission. Gone, too, is a classroom poster that once warned recruits that "officers killed in the line of duty use less force than their peers."

"If your overarching identity is 'I'm a warrior,' then you will approach every situation like you must conquer and win," said Sue Rahr, the commission's executive director. "You may have a conflict where it is necessary for an officer to puff up and quickly take control. But in most situations, it's better if officers know how to de-escalate, calm things down, slow down the action."

Training is at the heart of the national debate over police use of force. So far this year, police have shot and killed more than 900 people, according to a Washington Post database tracking such shootings — more than twice the number recorded in any previous year by federal officials. Anti-brutality activists and some law enforcement leaders argue that if police were better trained to de-escalate conflict, some of those people might still be alive.

Rahr, the former sheriff of King County, is one of the nation's foremost authorities on this type of training. In April, the Harvard Kennedy School published a report she co-wrote, "From Warriors to Guardians: Recommitting American Police Culture to Democratic Ideals," which warns that too many academies are training police officers to go to "war with the people we are sworn to protect and serve."

The President's Task Force on 21st Century Policing, of which Rahr is a member, has embraced many of these principles. In August, the Police Executive Research Forum, a law enforcement think tank, followed suit.

"The goal of the guardian officer is to avoid causing unnecessary indignity," said Seth Stoughton, a law professor at the University of South Carolina and a former police officer in Tallahassee. "Officers who treat people humanely, who show them respect, who explain their actions, can improve the perceptions of officers, or their department, even when they are arresting someone."

Not everyone is on board. Some accuse Rahr of promoting a "hug-a-thug" mentality that risks getting officers killed. About 20 percent of Rahr's staff quit or was fired in the first year after rebelling against her reforms. Even today, Rahr estimates that two-thirds of the state's 285 local police chiefs are either skeptical of her training philosophy or "think this is just dangerous."

Return to Top

| HEADLINE | 12/10 Seattle police 'department' at fault |
|---|---|
| SOURCE | http://www.seattleweekly.com/home/962205-129/opa-brass-not-rank-and-file-responsible-for |

| GIST | **After more than seven** months of investigation, the official verdict is in: Seattle police may have hurt people during Seattle's May 1st anti-capitalist protest, but the fault belongs to the department as a whole, not with individual officers.<br><br>That's according to Pierce Murphy, director of the Office of Professional Accountability (OPA), the semi-independent arm of Seattle police that reviews complaints and makes recommendations to the chief about officer misconduct.<br><br>"The evidence from this investigation supports the conclusion that SPD officers used blast-balls and less-lethal projectiles according to their training and the direction given to them by SPD incident commanders," Murphy wrote in a combined report and letter to the police Chief which responds to five different complaints about blast-ball deployment on May Day. (Blast balls are like flash-bang grenades, designed to intimidate but capable of harm.) "For this reason, accountability lies with SPD as an agency not with any individual officer."<br><br>Accountability for what? The report acknowledges that some "blast balls detonated...next to or against one or more persons." This is in contrast to their intended use, which according to this SPD training video is "...herding people into the escape routes that you want" by detonating blast balls on the perimeter of a crowd. "You don't throw them into the crowd," the video instructor states, "because that will cause mayhem and confusion."<br><br>And there was plenty of mayhem and confusion during the protest.<br><br>It's not clear how SPD officers could have consistently used blast balls as trained, since their training tells them "to roll the blast ball underhanded like a bowling ball into an open space," according to the OPA report. Multiple blast balls detonated within crowds and sometimes literally on top of protesters, and city councilmember Bruce Harrell famously described video of one officer throwing a blast ball as looking like a "hook shot."<br><br>Murphy found that there was insufficient evidence to hold any individual officer accountable for their actions during the protest. The devil lay in the details: while his office does not dispute that police unleashed at least 48 blast balls and seems to acknowledge that people were hurt by improper use of those blast balls, his investigation was unable to definitively connect specific cops to specific blast balls and specific injuries. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Feds want Seattle to test gunshot tech.** |
|---|---|
| SOURCE | **http://www.kirotv.com/news/news/feds-want-seattle-test-gunshot-detection-system/npg7F/** |
| GIST | The local office of the Federal Bureau of Alcohol Tobacco and Firearms wants to include Seattle in a national test of gunshot-detection technology.<br><br>That was part of the discussion before the City Council's Public Safety Committee this afternoon.<br><br>Just this week the Denver City Council approved a half-million dollars to triple the Shot Spotter coverage in that city.<br><br>The system uses microphones spread through neighborhoods to collect sound, then a |

sophisticated computer quickly pinpoints the location of gunshots and alerts police.

Seattle police accountability advocate Harriet Walden told us why she supports the concept.

"I think it would help us solve crimes, and police will be able to identify where the shots came from," she said.

Today Public Safety Committee Chair Bruce Harrell continued a discussion that began three years ago.

The Council has set aside $250,000 to study using the gunshot detectors here because often people don't report gunshots.

Return to Top

| HEADLINE | **12/10 SPD releases new carjacking videos** |
|---|---|
| SOURCE | **http://mynorthwest.com/11/2868392/Seattle-police-release-new-video-from-fatal-carjacking** |
| GIST | The Seattle Police Department has released new video footage of the Dec. 6 carjackings that lead to a high speed chase through city streets, and ultimately to the death of the suspect.<br><br>One video shows the suspect, Raymond Azevedo, allegedly stealing two cars at gunpoint.<br><br>The other video is an extended cut of the initial video Seattle police released, but shows a SWAT team activity as officers approached the car.<br><br>The King County Medical Examiner's Office released the name of the suspect Tuesday, according to KING5. Azevedo, 35, died of multiple gunshot wounds. |
| Return to Top | |

| HEADLINE | **12/11 Militants fire at Ukraine forces** |
|---|---|
| SOURCE | **http://uatoday.tv/news/russian-backed-militants-fire-large-caliber-weapons-at-ukrainian-forces-551816.html** |
| GIST | The combined Russian-militant forces attacked Ukrainian army positions in eastern Ukraine about 40 times overnight, the press center of the Anti-Terrorist Operation (ATO) wrote on Facebook early Friday.<br><br>"The situation in the Donbas conflict zone remains tense but stable, and completely controlled by our defenders," the press center said.<br><br>It is noted that the militants continued to fire on ATO positions near the occupied city of Donetsk. In particular, they fired small arms, machine guns and grenade launchers on the villages of Opytne, Pisky, Novhorodske, and the town of Krasnohorivka. A few dozen of 82mm and 120mm mortar shells fell and exploded on the outskirts of Krasnohorivka. |

|  | The Kremlin-backed militants fired 120mm mortars on our positions near the village of Zaitseve in the Artemivsk sector. They also fired heavy machine guns and grenade launchers there overnight. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Seattle Chipotle closed for violations** |
|---|---|
| SOURCE | **http://www.seattletimes.com/seattle-news/health/seattle-chipotle-closed-for-repeated-violations/** |
| GIST | Seattle health officials closed a South Lake Union Chipotle restaurant Thursday for repeated food-safety violations. |
|  | The move to shutter the Mexican-style restaurant, at 212 Westlake Ave., comes more than a month after the fast-food chain closed 43 sites in Washington and Oregon amid an E. coli outbreak that eventually sickened 52 people in nine states and sent 20 people to hospitals. |
|  | It also comes in a week when more than 120 students at Boston College were sickened by norovirus after eating at a single Chipotle restaurant, health officials reported. |
|  | In the most recent Seattle case, the restaurant received red violations on three consecutive visits from health inspectors, according to a blog by officials at Public Health — Seattle & King County. |
|  | Red violations are those most likely to contribute to foodborne illness. In each of the inspections, the restaurant accrued between 25 and 33 points out of 400 possible, well below the 90-point threshold that requires closure. But because the location had repeated violations, health officials ordered it closed. |
| Return to Top | |

| HEADLINE | **12/10 Major airlines ban hoverboards** |
|---|---|
| SOURCE | **http://www.king5.com/story/tech/science/aerospace/2015/12/10/alaska-airlines-and-other-airlines-ban-hoverboards/77119944/** |
| GIST | Four major U.S. airlines are banning hoverboards because of the potential fire danger from the lithium-ion batteries that power the devices. |
|  | Alaska Airlines, Delta Air Lines, American Airlines and United Airlines said Thursday they are banning hoverboards in checked or carry-on luggage. JetBlue Airways has already prohibited them. |
|  | Hoverboards are motorized, two-wheel, skateboard-sized scooters that users stand on. They have been a hot gift item at some retailers. |
|  | On the Alaska Airlines blog, the airlines does not allow hoverboards as checked luggage nor as carry-on. |

| | |
|---|---|
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Saudi Arabia, US in massive arms deal** |
| SOURCE | http://www.newsmax.com/Newsfront/US-Arms-Deal-Saudi-Arabia/2015/12/10/id/705288/ |
| GIST | Saudi Arabia will pay $1.29 billion to the United States as part of a massive arms sale which includes as many as 13,000 so-called smart bombs, **NPR** reports.<br><br>The huge deal — which is unlikely to be blocked by Congress — was announced by the State Department after being hammered out by the Obama administration in a bid to help boost military support for Gulf states.<br>But the big money agreement remains controversial.<br><br>Human Rights Watch, an international humanitarian watchdog headquartered in New York City, claims recent Saudi airstrikes in Yemen "have indiscriminately killed and injured civilians," according to NPR.<br><br>Pentagon officials say the sale will help stockpile the Middle East nation's military supplies to "sustain strong military-to-military relationships between the United States and Saudi Arabia." |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Budget deficit widens to $65B in Nov.** |
| SOURCE | http://www.reuters.com/article/us-usa-budget-idUSKBN0TT2LD20151210 |
| GIST | The U.S. federal government ran $65 billion into the red in November, up 14 percent from the same period last year, the Treasury Department said on Thursday.<br><br>Analysts polled by Reuters had expected a $68 billion deficit for last month. The government had a deficit of $57 billion in November of 2014.<br><br>The current fiscal year-to-date deficit stood at $201 billion. Receipts last month totaled $205 billion, while outlays stood at $270 billion.<br><br>Accounting for calendar differences in the timing of benefits payments and budget receipts would yield a deficit of $126 billion in November versus $98 billion in the same month of 2014. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Welcoming refugees and footing the bill** |
| SOURCE | http://www.reuters.com/article/us-europe-migrants-germany-economy-idUSKBN0TT24Z20151210 |
| GIST | The influx of refugees into Germany is both a boon and a burden for the economy: it needs huge numbers of migrants to rejuvenate an aging workforce, but must financially support many for |

years until they learn the language and gain qualifications.

Chancellor Angela Merkel has refused to put a cap on refugee numbers to a country where the population of around 82 million is set to shrink by 15 percent by 2050, according to government forecasts, with the workforce falling by 30 percent.

The country needs about half a million migrants a year until 2050 to counter that fall in the workforce, a study by think-tank the Bertelsmann Foundation found.

But many of the people currently arriving from countries such as Syria do not speak German and have few formal qualifications, so it will take time and investment to reduce their dependence on state welfare and get them into work.

Each unemployed refugee costs taxpayers 12,000 euros ($13,000) a year, government figures show. Only 8 percent find work in the first year and most rely on the state for everything from food and housing to language courses.

But the costs will be offset within five to 10 years as more and more refugees start working and paying taxes, according to a study by the German Institute for Economic Research (DIW).

Return to Top

---

| HEADLINE | **12/10 Canada welcomes Syrian refugees** |
|---|---|
| SOURCE | **http://www.bbc.com/news/world-us-canada-35065008** |
| GIST | The Canadian military is transporting hundreds of Syrian refugees from Jordan to Toronto to be resettled throughout the country this week. |

The Canadian military is transporting hundreds of Syrian refugees from Jordan to Toronto to be resettled throughout the country this week.

One military aircraft arrived in Toronto on Thursday, and another will arrive in Montreal on Saturday.

The newly elected Liberal government has pledged to take in 25,000 refugees by the end of February.

Immigration Minister John McCallum said all 10 provinces in Canada are in favour of accepting the refugees.

"This is a great moment for Canada," he said. "This shows the way we really are. It truly is a non-partisan, national project."

Since early November, hundreds of Syrians have already arrived in Canada via commercial aircraft.

About 300 Syrians will arrive this week. Prime Minister Justin Trudeau will be at the airport in Toronto on Thursday to greet them.

Return to Top

---

| HEADLINE | **12/10 Iranians angry over US visa change** |
|---|---|

| SOURCE | **http://www.bbc.com/news/world-us-canada-35064719** |
|---|---|
| GIST | Hours before the US House of Representatives voted to tighten visa-free travel to the US, many Iranians, especially those living in America, Europe and Australia, took to social media to express concern at the consequences of the bill.

The measure is designed to make it harder for the likes of those who carried out the Paris attacks and hold EU citizenships to use the programme known as the "visa waiver" to enter the US.

Citizens of 38 countries, many in the EU, can currently fly to the US without applying for a visa under America's Visa Waiver Program.

The new legislation initially said those eligible for the waiver programme who had travelled to "terrorist hotspots" like Iraq and Syria where IS controls territory would need to obtain a US visa.

But the final version included Iran and Sudan to the list of countries because they are considered "state sponsors of terrorism" by the US.

The bill HR158 means citizens of many EU countries and the rest of the 38 states participating in the programme who travel to Iran for pleasure or business will have to obtain a visa should they ever want to enter the US. |
| Return to Top | |

| HEADLINE | **12/10 Study: 20% kids w/high cholesterol** |
|---|---|
| SOURCE | **http://www.nbcnews.com/health/kids-health/one-five-us-kids-has-unhealthy-cholesterol-levels-study-n477821** |
| GIST | One in five Americans kids has unhealthy cholesterol levels, and more than 8 percent have the most worrisome high cholesterol levels, a new survey finds.

Older children and teenagers had the worst cholesterol levels -- nearly 27 percent of 16- to 19-year-olds had at least one measure of unhealthy cholesterol, the National Center for Health Statistics found. And the heavier children were more likely to have unhealthy cholesterol measures.

More than 43 percent of obese kids had bad cholesterol levels, the survey found.

"While it's not a surprise that they have more abnormalities than non-obese kids, it is pretty frightening," said Dr. Julie Brothers, a preventive cardiologist at Children's Hospital of Philadelphia, who was not involved in the study.

"It's quite high." |
| Return to Top | |

| HEADLINE | **12/10 Survey: fewer teens driving drunk** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/fewer-teens-are-driving-drunk-national-survey-says/** |
| GIST | A government survey shows fewer teens and young adults say they drive drunk.<br><br>Last year, nearly 7 percent said they'd recently driven while under the influence of alcohol. That figure has been steadily going down. It was 16 percent a dozen years earlier.<br><br>The numbers are for people ages 16 to 20 who participated in a large government survey focused on alcohol, tobacco and illegal drug use.<br><br>Drunken driving by people in their early 20s is more common but also is falling. |
| Return to Top | |

| HEADLINE | **12/10 Tracking overstay foreign visitors** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/us-san-diego-california-track-foreigners-overstay-visas/** |
| GIST | Nearly half of the people living in the U.S. illegally are believed to have entered the country legally and stayed on expired visas. To combat the problem, the federal government on Thursday is launching one of its most ambitious efforts to track them.<br><br>U.S. Customs and Border Protection will begin capturing facial and eye scans of foreigners entering the country at San Diego's Otay Mesa port of entry on foot. By February, foreigners going to Mexico on foot through the checkpoint will get scanned.<br><br>The trial run, which lasts through the end of June, will help determine if authorities expand biometric screening to foreigners at all land crossings on the 1,954-mile border with Mexico. Authorities will look at the accuracy of the cameras.<br><br>For more than two decades, Congress has demanded biometric screening such as fingerprints, facial images or eye scans from people leaving the country, but the task has presented enormous financial and logistical challenges. There is no checkout system at land crossings.<br><br>Marc Rosenblum, deputy director of U.S. immigration policy at the Migration Policy Institute, said the attempt to capture biometrics from people leaving the country would fix "the biggest deficiency in the whole system." |
| Return to Top | |

| HEADLINE | **12/10 Winter El Nino not backing down** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/el-nino-is-not-backing-down/** |
| GIST | This year's El Nino is staying unusually strong, and forecasters say it's still expected to bring a wet winter to drought-stricken California. |

|  | In an update Thursday, Mike Halpert of the National Oceanic and Atmospheric Administration (NOAA), told reporters the odds favor some significant winter storms in California.<br><br>While that could offer some relief for the region's severe drought, it also raises the risk of damage from flooding or mudslides. Halpert said that during previous strong El Ninos, some southern areas including California and the Gulf Coast have had heavy rainfall and flooding. Storms blamed on the strong El Nino of 1997-98 killed at least 17 people.<br><br>El Nino is a warming in the Pacific Ocean that alters weather worldwide. Climatologists have been warning for months about the potential impact of what one scientist dubbed a "Godzilla El Nino" peaking this winter. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Education law shifts power to states** |
|---|---|
| SOURCE | **http://abcnews.go.com/Politics/wireStory/obama-sign-education-law-rewrite-power-shift-states-35687076** |
| GIST | Calling it a "Christmas miracle," President Barack Obama signed a sweeping overhaul of the No Child Left Behind education law on Thursday, ushering in a new approach to accountability, teacher evaluations and the way the most poorly performing schools are pushed to improve.<br><br>Joined by lawmakers, students and teachers in a White House auditorium, Obama praised the George W. Bush-era No Child Left Behind for having the right goals. He said that in practice, it fell short or applied a cookie-cutter approach that failed to produce desired results. Under the new law, the federal government will shift more decision-making powers back to states.<br><br>"With this bill, we reaffirm that fundamentally American ideal that every child— regardless of race, gender, background, zip code — deserves the chance to make out of their lives what they want," Obama said. "This is a big step in the right direction."<br><br>The overhaul ends more than a decade of what critics have derided as one-size-fits-all federal policies dictating accountability and improvement for the nation's 100,000 or so public schools. But one key feature remains: Students will still take federally required statewide reading and math exams. Still, the new law encourages states to limit the time students spend on testing and diminishes the high stakes for underperforming schools. |
| Return to Top | |

| HEADLINE | **12/10 Depletion of groundwater 'worsening'** |
|---|---|
| SOURCE | **http://www.usatoday.com/story/news/environment/2015/12/10/pumped-beyond-limits-many-us-aquifers-decline/76570380/** |
| GIST | Time is running out for portions of the High Plains Aquifer, which lies beneath eight states from South Dakota to Texas and is the lifeblood of one of the world's most productive farming economies. The aquifer, also known as the Ogallala, makes possible about one-fifth of the |

country's output of corn, wheat and cattle. But its levels have been rapidly declining, and with each passing year more wells are going dry.

As less water pours from wells, some farmers are adapting by switching to different crops. Others are shutting down their drained wells and trying to scratch out a living as dryland farmers, relying only on the rains.

In parts of western Kansas, the groundwater has already been exhausted and very little can be extracted for irrigation. In other areas, the remaining water could be mostly used up within a decade.

The severe depletion of the Ogallala Aquifer is symptomatic of a larger crisis in the United States and many parts of the world. Much more water is being pumped from the ground than can be naturally replenished, and groundwater levels are plummeting. It's happening not only in the High Plains and drought-ravaged California but also in places from the Gulf Coastal Plain to the farmland of the Mississippi River Valley, and from the dry Southwest to the green Southeast.

In a nationwide examination of the problem, USA TODAY and The Desert Sun analyzed two decades of measurements from more than 32,000 wells and found water levels falling in nearly two-thirds of those wells, with heavy pumping causing major declines in many areas. The analysis of U.S. Geological Survey data revealed that:
- Nationwide, water levels have declined in 64 percent of the wells included in the government database during the past two decades.
- The average decline among decreasing wells has been more than 10 feet, and in some areas the water table has dropped more than 100 feet during that period – more than 5 feet per year.
- For 13 counties in Texas, New Mexico, Mississippi, Kansas and Iowa, average water levels have decreased more than 40 feet since 1995.
- Nationally, the average declines have been larger from 2011-2014 as drought has intensified in the West. But water tables have been falling consistently over the years through both wet and dry periods, and also in relatively wet states such as Florida and Maryland.
- Across the High Plains, one of the country's largest depletion zones, the average water levels in more than 4,000 wells are 13.2 feet lower today than they were in 1995. In the southern High Plains, water levels have plunged significantly more – in places over 100 feet in just 20 years.

Return to Top

| HEADLINE | 12/10 New flood of migrants at border |
|---|---|
| SOURCE | http://www.cbs19.tv/story/30710379/surge-of-children-on-border-hundreds-heading-to-north-texas |
| GIST | The U.S. Health and Human Services Commission will bus more than 1,000 undocumented immigrants to facilities in Ellis County and Rockwall counties as soon as Thursday, WFAA has learned.<br><br>The children were captured in the Rio Grande Valley trying to enter the U.S. illegally. |

WFAA has learned that children bound for Ellis County will be housed at a church camp between Waxahachie and Maypearl.

Officials in Ellis County said they just learned of the federal plan Wednesday morning.

"My concern is, I don't believe that's a secure facility," said Ellis County Commissioner Paul Perry. "It's designed for hospitality."

There's one adult for every eight children coming, sources said.

"The City of Rockwall has been advised by Congressman John Ratcliffe's office that about 300 unaccompanied refugees between the ages of 12 and 18 from Central America will be located by the Texas Health and Human Services Commission to a private facility in the unincorporated area of Rockwall County," Rockwall County Judge David Sweet said.

Those children will be housed for up to 21 days at Sabine Creek Ranch in Rockwall County. There was no word on when children will arrive there.

Return to Top

| HEADLINE | 12/10 Recall: Sweet Leaf Tea bottles |
|---|---|
| SOURCE | http://money.cnn.com/2015/12/10/news/sweet-leaf-tea-recall-glass-bottles/index.html |
| GIST | The Sweet Leaf Tea Company is recalling 1.5 million bottles of iced tea because of possible glass fragments.<br><br>The voluntary recall involves six flavors of teas in 16-ounce glass bottles that were distributed between February 27 and December 6, 2015. The flavors include: raspberry, half and half lemonade tea, original, green tea with citrus, peach and mint and honey.<br><br>The recall does not affect plastic bottle products.<br><br>"This was the result of glass breakage during the filling process. Consumers could potentially be cut or injured if ingested," the company said in a release. |
| Return to Top | |

# Cyber Awareness

Top of page

| HEADLINE | 12/10 Using online search to stop infections |
|---|---|
| SOURCE | http://www.kplu.org/post/disease-sleuths-analyze-google-searches-stop-infections |
| GIST | With sexually transmitted diseases on the rise, researchers at the University of Illinois at Chicago think they might have a powerful new weapon to fight their spread: Google searches. |

The company behind the Web's leading search engine has quietly begun giving researchers access to its data troves to develop analytical models for tracking infectious diseases in real time or close to it. UIC is one of at least four academic institutions that have received access so far, along with the Centers for Disease Control and Prevention, Google said.

Researchers can mine Google data to identify search terms that spiked during previous upticks in a particular disease. Then, researchers can measure the frequency of those searches in real time to estimate the number of emerging cases. For instance, a jump in gonorrhea might coincide with more people searching "painful urination" or other symptoms.

"If this works, it could revolutionize STD surveillance," said Supriya Mehta, an associate professor of epidemiology at the UIC School of Public Health.

Search trends can be broken down by city and state, weighted by significance and combined with other data to produce a snapshot of where disease is spreading well before public health agencies report the number of verified cases.

"We're hoping for a bit of creativity to flourish around this," said Christian Stefansen, a senior engineer working on disease trends at Google, during a visit to UIC in November. He spoke to about 100 people about lessons Google has learned in its attempts to mine data for public health. "There's no shortage of communicable diseases, sadly," he said.

Return to Top

| HEADLINE | **12/10 FBI 'hacks' to investigate crime** |
|---|---|
| SOURCE | **http://www.cnet.com/news/fbi-admits-it-uses-hacker-tools-to-investigate-crimes/** |
| GIST | If the FBI had to choose between telling you about a security hole on your computer or using it to snoop on bad guys, guess what? You'd be left open to hackers.

And apparently, that's been the case for a while.

The agency confirmed to The Washington Post on Wednesday that FBI agents use special hacking code to take advantage of known holes in software and further their investigations. They'll continue using these so-called zero-day exploits, but now there could be further scrutiny of the practice.

The exploits are controversial, and using them involves a trade-off that could end up making some members of the public less safe. So what exactly are these tools, and what does it mean that the FBI uses them?

Zero-day exploits take advantage of flaws in common commercial software often used by the general public. To stay effective, the FBI has to use these exploits without telling the software manufacturers there's a problem with their products.

The flaws go unfixed then, leaving people vulnerable to hacks not just from law enforcement, but from cybercriminals as well. |

"What is the greater good?" FBI official Amy Hess asked the Post. "To be able to identify a person who is threatening public safety?" Or to protect people from being hacked by patching software holes? Hess is the bureau's executive assistant director for science and technology.

So the FBI's use of zero days is out in the open. What's next? Expect more discussion of what kinds of warrants the FBI should get to use the tools.

Privacy advocates warn that federal judges don't all understand the power of zero-day exploits, and so oversight on government hackers is too weak. It's the same argument that's arisen over the use of phony cell phone towers, often called Stingrays.

Police use Stingrays to collect all the phone numbers in a given area. A recent set of guidelines from the Department of Justice requires federal law enforcement to clear a higher bar to get permission from a judge to use Stingrays.

Andrew Corker, an attorney at the Electronic Frontier Foundation, says the first step is finding out what the government's policy for using zero days is to begin with. He has sued to find out and has so far won a redacted version of the policy, which applies to the NSA as well as the FBI, he said. Nonetheless, he said the government might have a good reason for using a hacking tool.

"I don't think that we have ever said that they should never do this," Corker said. Rather, he said it's about "making sure that this is being done in a way that makes sense from the public's point of view."

Return to Top

| HEADLINE | **12/11 Canada seeks new cybersecurity network** |
|---|---|
| SOURCE | **http://www.cbc.ca/news/technology/cyber-security-cctx-network-1.3360119** |
| GIST | Leaders of some of Canada's largest industries are creating a new network to help businesses and the public stay abreast of emerging cyber threats from malware, hackers and online criminals. |

"The threat is constantly evolving. The kinds of attacks, viruses and malware are rapidly changing. Nobody has the capability of staying ahead of it all the time," said John Manley, president of the Canadian Council of Chief Executives, which is spearheading the program.

Billed as the CCTX — or the Canadian Cyber Threat Exchange — it is set to launch in early 2016.

It will be run as an independent, not-for-profit organization open to business and institutions of all sizes. Its founding members include Air Canada, Bell Canada, CN Rail and HydroOne, as well as Royal Bank and TD.

A CBC News investigation into cybercrime this fall determined Canada lags behind other countries when it comes to tracking, policing and thwarting cybercrime. Until now, Canada has had no system to track cyber incidents and private companies are not required to alert the public or customers when there is a breach.

| | |
|---|---|
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Cyber criminals seek to cut costs** |
| SOURCE | **http://www.computerweekly.com/news/4500260457/Cyber-criminals-switch-tactics-to-cut-costs** |
| GIST | Cyber criminals appear to be economising by looking to cheaper methods of attack to cut malware costs, according to security firm Kaspersky Lab.<br><br>Researchers believe 2015 has seen demand for new malicious software reach saturation point, with the average number of new malware files detected on a daily basis falling by 325,000 in 2014 to 310,000 in 2015.<br><br>Kaspersky Lab researchers believe this is mainly due to the fact that coding new malware is expensive and cybercriminals have realised they can get equally good results using intrusive advertising programs or legitimate digital signatures in their attacks.<br><br>This approach appears to be working because, despite the cost-cutting in malware production in 2015, the number of users attacked by cybercriminals increased by 5%.<br><br>Between 2012 and 2013, there was a rapid increase in the number of new malicious files detected every day, increasing from 200,000 to 315,000 in 2013.<br><br>However, researchers said things started to slow down after that, with the total increasing by just 10,000 files a day in 2014, before falling by 15,000 a day in 2015.<br><br>Cybercriminals in search of a quick return appear to have decided that the cost of complex coding tools such as rootkits, bootkits or replicating viruses are eating into their revenue. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Ships' data recorders vulnerable** |
| SOURCE | **http://arstechnica.com/information-technology/2015/12/hacked-at-sea-researchers-find-ships-data-recorders-vulnerable-to-attack/** |
| GIST | When the freighter *El Faro* was lost in a hurricane on October 1, one of the goals of the salvage operation was to recover its voyage data recorder (VDR)—the maritime equivalent of the "black box" carried aboard airliners. The VDR, required aboard all large commercial ships (and any passenger ships over 150 gross tons), collects a wealth of data about the ship's systems as well as audio from the bridge of the ship, radio communications, radar, and navigation data. Writing its data to storage within a protective capsule with an acoustic beacon, the VDR is an essential part of investigating any incident at sea, acting as an automated version of a ship's logbook.<br><br>Sometimes, that data can be awfully inconvenient. While the data in the VDR is the property of the ship owner, it can be taken by an investigator in the event of an accident or other incident—and that may not always be in the ship owner's (or crew's) interest. The VDRs aboard the cruise ship *Costa Concordia* were used as evidence in the manslaughter trial of the ship's |

captain and other crewmembers. Likewise, that data could be valuable to others—especially if it can be tapped into live.

It turns out that some VDRs may not be very good witnesses. As a report recently published by the security firm IOActive points out, VDRs can be hacked, and their data can be stolen or destroyed.

The US Coast Guard is developing policies to help defend against "transportation security incidents" caused by cyber-attacks against shipping, including issuing guidance to vessel operators on how to secure their systems and reviewing the design of required marine systems—including VDRs. That's promising to be a tall order, especially taking the breadth of systems installed on the over 80,000 cargo and passenger vessels in the world. And given the types of criminal activity recently highlighted by the *New York Times'* "Outlaw Ocean" reports, there's plenty of reason for some ship operators to not want VDRs to be secure—including covering up environmental issues, incidents at sea with other vessels, and sometimes even murder.

| | |
|---|---|
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Mystery hackers eye Internet shutdown?** |
| SOURCE | **http://www.ibtimes.co.uk/mysterious-hackers-are-trying-bring-down-entire-internet-by-ddos-ing-critical-servers-1532762** |
| GIST | Mysterious hackers are yet again trying to bring down the entire internet by bombarding crucial servers that support it with a gigantic, sustained distributed denial of service (DDoS) attack, which has caused webpages to load slowly in some locations.

There are 13 internet root name servers in the world that run the internet, and these servers are responsible for helping your web browser to locate top-level domains such as .com, .org, .net or any country-specific top level domains like .uk, .fr, .sg, .de, .ae and .cn. The servers function as a sort of internet address book and they make up what is known as the domain name system (DNS) system.

The 13 root name servers are run by independent organisations in the world, including ICANN, the US Army, the US Department of Defense, Nasa, Europe's internet registry RIPE NCC, the University of Southern California, Japan's Wide Project and Sweden's Netnod. Network infrastructure solutions firm Verisign also operates two of them, namely the "A" and "J" root servers (the 13 servers are named in sequence after the alphabet from A-M).

Between 30 November and 1 December, an entity carried out an enormous DDoS attack against these 13 root name servers, flooding them with a deluge of traffic from multiple IPv4 addresses, so that the servers received more than five million queries per second, and more than 50 billion queries in total during the two-day period. To give you context, over the past two years, the most queries Verisign's A root name server received per day on average has never topped more than 10 billion queries.

"While it's common for the root name servers to see anomalous traffic, including high query loads for varying periods of time, this event was large, noticeable via external monitoring systems, and fairly unique in nature," Root-servers.org, which is run by the operators of the root name servers, wrote in its incident report. |

Return to Top

| HEADLINE | 12/10 IATA: cyberattacks on airlines costly |
|---|---|
| SOURCE | http://mybroadband.co.za/news/security/149389-cyber-attacks-can-cost-airlines-millions.html |
| GIST | Cyber attacks can cost airlines hundreds of millions of dollars in revenue and irreparably damage their reputations, according to Carolina Ramirez, global director of security and facilitation at the International Air Transport Association (Iata). <br><br> "The threat of cyber security in the aviation industry is evolving," she said. <br><br> "Terrorists are still very conventional in the type of weapons they use. Nevertheless, as 2015 indicated, Iata and its member airlines need to keep vigilant and are working hand in hand to identify the current and upcoming threats, establish contingency plans, emergency responses and counter measures." <br><br> Cyber attacks in the industry can vary from on-board or in-flight interferences affecting on board flight systems, navigation devices and communications to operational disruptions and business disruption (like bookings and check-in). <br><br> So far in 2015 at least five airlines and two airport operations have been publicly reported as victims of targeted online attacks, she said. |
| Return to Top | |

| HEADLINE | 12/10 Canada: ISIS hack on plane unlikely |
|---|---|
| SOURCE | http://www.huffingtonpost.ca/2015/12/10/isil-cyberattack-on-airplane-unlikely-federal-intelligence-analysts-reported_n_8767702.html |
| GIST | OTTAWA — The prospect of a terrorist cyberattack on an airplane struck federal intelligence analysts as more pie-in-the-sky than a real possibility, newly released documents show. <br><br> The modern airliner's reliance on digital flight-control systems make some believe planes are vulnerable to malware that could be uploaded either online or through a direct connection, notes an assessment by Transport Canada's security intelligence assessment branch. <br><br> Although there are no confirmed cases of malware being used to hijack an aircraft's flight systems, it is "theoretically possible to do so," says the November 2014 assessment, recently obtained under the Access to Information Act. <br><br> "Changing flight control settings at critical times (landing or takeoff) could be catastrophic," the note allowed, but added: "The likelihood of such an event is assessed as very low." |
| Return to Top | |

| HEADLINE | **12/10 Large UK website hosting attacked** |
|---|---|
| SOURCE | **http://www.ft.com/cms/s/0/69bcecf6-9f60-11e5-beba-5e33e2b79e46.html#axzz3u0o5FxHY** |
| GIST | Easily.co.uk, one of the UK's largest website hosting companies, has become the latest group to suffer a serious cyber attack.<br><br>The company, which hosts 100,000 websites, 65,000 of them in the UK, confirmed on Thursday that it had been hacked.<br><br>"A forensic investigation by independent experts has confirmed that unauthorised access was gained to our internal systems and a list of domain names registered on behalf of our clients was accessed," said NetNames, which owns the Easily website.<br><br>The private equity-owned company said that no details other than domain names were taken. It declined to say how many customers had been affected.<br><br>"There is no evidence that any account details, passwords or personal information which could identify individual customers was accessed," it stressed. "We have taken action to isolate and remove malware which was found on our internal systems." |
| Return to Top | |


| HEADLINE | **12/10 ISIS' homebrewed encryption app?** |
|---|---|
| SOURCE | **http://www.nbcnews.com/tech/security/isis-has-app-could-they-build-encryption-tools-too-n471596** |
| GIST | Terrorists worried about government surveillance have another option: building their own apps, much like Al Qaeda did with Asrar al-Mujahedeen, a program it created in 2007.<br><br>That is just one several encrypted messaging apps created by terrorist organizations over the last few years, according to a report from threat intelligence firm Recorded Future. ISIS also creates its own smartphone apps, like Amaq, an Android news app recently discovered by a group affiliated with the anti-terrorist hacker collective Ghost Security Group.<br><br>That all might seem like terrible news for intelligence agencies. Even if they could somehow gain access to every ready-made app out there, terrorists could simply start relying on home-brewed software. Not all encryption tools, however, are created equal.<br><br>"It's relatively easy to put together an application that uses encryption," Jonathan Katz, a computer science professor at the University of Maryland, told NBC News. "It's more difficult to build an application that's end-to-end secure."<br><br>Your average computer science graduate should be able to build encryption software that keeps away scammers, he said. Without experience and resources, however, it's unlikely they could build unbreakable, error-free software that could keep out nation states. |
| Return to Top | |

| HEADLINE | **12/10 Encryption stymies national security** |
|---|---|
| SOURCE | **http://www.nbcnews.com/tech/security/isis-has-app-could-they-build-encryption-tools-too-n471596** |
| GIST | In the wake of the Paris terror attacks, some politicians and intelligence officials began rallying for "back doors" into encrypted messaging apps.<br><br>On Wednesday, FBI Director James Comey told senators that the person who opened fire at an anti-Prophet Muhammad event in May sent more than 100 encrypted messages to someone overseas, and the FBI couldn't read any of them.<br><br>"I'm not questioning their motivations," Comey said of companies who encrypt their data. "The question we have to ask is, 'Should they change their business model?'"<br><br>In theory, a "back door" would let law enforcement gain insight into secret terrorist communications — if those terrorists were limited to a handful of regulated apps.<br><br>But that's not the case. There are more than 400 free and commercial encryption products currently on the market, security expert Bruce Schneier told NBC News. Many of them were created outside of the U.S., meaning that even if Washington created laws demanding Silicon Valley create "back doors," the foreign apps and services wouldn't have to comply.<br><br>"There are a ton of apps out there," Will Ackerly, a former NSA employee and co-founder of encrypted mail service Virtru, told NBC News.<br><br>"Bad guys don't play by the same rules," he said. "They will have other alternatives. I think that will always be true." |
| Return to Top | |

## Terror Conditions

Top of page

| HEADLINE | **12/10 Britain's jihad hotspots revealed** |
|---|---|
| SOURCE | **http://www.breitbart.com/london/2015/12/10/terrorism-arrests-reveal-britains-jihad-hotspots/** |
| GIST | **Analysis of terrorism arrests in Britain carried out in the last two years shows the towns and cities that form the UK's terror hotspots, and a sharp increase in the number of women detained for terrorist offences.**<br><br>Data from across Britain shows that terrorism arrests occurred in 21 police force areas. However, analysis conducted by *Sky News* shows the incidence of jihad-related criminality are not evenly spread throughout the country and the location of concentrations has shifted over the past year.<br><br>Predictably, most arrests under the Terrorism Act 2000 were made in the largest population centres.<br>In 2014, for example, by far the largest number of terror arrests were within the London's |

Metropolitan police area; the second largest cluster was in the West Midlands, followed by Greater Manchester, then West Yorkshire.

Analysis of the same data a year later gives a slightly different picture. Most arrests still took place within London's Met police area, but with a drop from 59 to 35 – a noticeable shift to fewer arrests in the capital is discernible.

In contrast, more arrests took place in the West Midlands and Greater Manchester. The former rose from 12 to 23, and the latter from nine to 11.

In terms of specific cities, in the last 18 months London accounted for 80 arrests, or about 40 per cent of the total number of terrorism arrests. Other significant clusters occurred in Birmingham (24 per cent), and Manchester (12 per cent).

Beyond those areas there were some groupings in less obvious locations. *Sky News* found clusters in Rochdale, Cardiff, Luton, Derby and Portsmouth, but most of those were linked to individuals aspiring to join Islamic State jihadists in Syria.

Analysis of the number of suspected female jihadists presents a statistically significant increase in 2015 (up to October) as compared to 2014. Last year's Home Office figures showed 30 women were arrested out of a total of 289 — or just under 10 per cent of the total. With the data available for this year that same statistic has jumped to just over 23 per cent, and is expected to increase further still when data for the last quarter is made available.

Return to Top

| HEADLINE | 12/11 ISIS threatens UNESCO site in Libya |
|---|---|
| SOURCE | http://www.thedailybeast.com/cheats/2015/12/11/isis-threatens-roman-treasures-in-libya.html |
| GIST | ISIS fighters stormed the Libyan town of Sabratha near Tripoli in pickup trucks, potentially threatening a UNESCO World Heritage Site of 3rd century Roman ruins.<br><br>"Sabratha is in the top 5 percent of archaeological sites in the world. As with Palmyra, it is a Greco-Roman site, which Islamic State has a particular view on: representation of human form in sculpture and artworks, representatives of idols," said British archaeology professor David Mattingly.<br><br>"Things they prefer to destroy." |
| Return to Top | |

| HEADLINE | 12/11 FBI: Garland gunmen texted terrorist |
|---|---|
| SOURCE | http://www.usatoday.com/story/news/nation-now/2015/12/11/mohammed-cartoon-gunman-texted-overseas-terrorist/77138214/ |
| GIST | PHOENIX — FBI Director James Comey revealed for the first time that one of the two Phoenix gunmen killed in May outside a Prophet Mohammed cartoon contest in Garland, |

| | Texas, while trying to commit a terrorist attack had <u>sent 109 messages that same morning to an overseas terrorist</u>.<br><br>The FBI still hasn't been able to determine what the encrypted messages said, Comey disclosed while testifying Thursday at a Senate Judiciary Committee Hearing in Washington, D.C.<br><br>Comey was trying to illustrate ongoing concerns that law-enforcement officials investigating counterterrorism and criminal cases are unable to unlock encrypted messages sent on smartphones, rendering court orders to obtain that information ineffective. |
|---|---|
| <u>Return to Top</u> | |

| HEADLINE | **12/10 Claim: DHS nixed effective program** |
|---|---|
| SOURCE | <u>**http://www.newsmax.com/Newsfront/former-dhs-employee-barack-obama/2015/12/10/id/705386/**</u> |
| GIST | Phillip Haney, a former Homeland Security employee who was part of an operation in California to investigate possible terrorists, told Fox News that if the Obama White House had not shut down his program in 2012, he could have prevented last week's San Bernardino attack that killed 14 people.<br>Haney, appearing Thursday on Fox News Channel's **"The Kelly File,"** said his program identified the mosque attended by Syed Farook, who with his wife, Tashfeen Malik, carried out the mass shooting, as being the home of a group of individuals already being investigated.<br><br>"As we were tracking them, we would have put the red light on them," Haney said.<br><br>"Therefore, two things very plausibly would have happened: Either Syed would have been put on the no-fly list because of the association with that mosque and/or the K-1 visa his wife was given would have been denied because of his affiliation with a known organization."<br><br>Haney, a founding member of the Department of Homeland Security, said he filed a Freedom of Information Act request to find out why the plug had been pulled on his program.<br>The reason, he said, was because the administration said the case was based on targeting a specific Islamic group. |
| <u>Return to Top</u> | |

| HEADLINE | **12/10 Geneva police hunt ISIS suspects** |
|---|---|
| SOURCE | <u>**http://abcnews.go.com/International/wireStory/geneva-police-hunt-suspects-part-paris-attacks-probe-35688995**</u> |
| GIST | Working on a tip from the CIA, Geneva police were hunting for at least four suspects allegedly linked to the radical Islamic State group and believed to be plotting a "specific" attack in the city, Swiss officials said Thursday.<br><br>As city police raised their security alert level, Swiss state prosecutors opened investigations into a suspected criminal plot and suspected violations of a ban into groups like Islamic State and al-Qaida. |

The CIA alerted Swiss authorities to the four men on Wednesday, prompting the manhunt, a Swiss official with knowledge of the investigation told The Associated Press on Thursday. He spoke on condition of anonymity because of the sensitivity of the matter.

The official confirmed the suspects were four men shown in a photograph linked to a news report in Swiss daily Le Matin. They were pictured each in a crouched pose and holding up an index finger — said to be an Islamic State gesture.

It was too early to determine whether other suspects might still be at large, the official said. He also declined to identify the names, ages or nationalities of the people being sought.

Return to Top

| HEADLINE | **12/10 FBI searches lake near San Bernardino** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/fbi-searching-california-lake-connection-san-bernardino-shooting/story?id=35700346** |
| GIST | An FBI dive team was searching a lake Thursday near the site of the terror attack in San Bernardino, California -- a spot where investigators were told the shooters spent time.<br><br>The FBI would not discuss the specific evidence it was looking for, but said it was seeking "anything that had to do" with the shooting.<br><br>One official has told ABC News that investigators are searching Seccombe Lake Park as a precaution, to ensure that no evidence was missed.<br><br>"In the end we may come up with nothing," FBI Los Angeles branch Assistant Director David Bowdich said Thursday, adding that the search could take days. "We just don't know yet."<br><br>Bowdich added that there is no indication that anything in the lake poses a danger to the public.<br><br>The search comes after the FBI received information that the couple spent time at the pond, according to a senior official with knowledge of the investigation.<br><br>The dive teams are looking to see if they left or stored anything at the pond, the senior official said. |
| Return to Top | |

| HEADLINE | **12/10 USAF plans massive drone expansion** |
|---|---|
| SOURCE | **http://www.latimes.com/world/middleeast/la-fg-drone-pilots-20151210-story.html** |
| GIST | The Air Force wants to vastly expand its drone program over the next five years by doubling the number of pilots and deploying them to bases in California and elsewhere to give commanders better intelligence and more firepower. |

The $3-billion plan, which must be approved by Congress, was unveiled Thursday after months of study that focused on a drone pilot force that commanders have described as overworked, undermanned and underappreciated.

The proposed expansion comes as the Pentagon has intensified airstrikes on Islamic State targets in Iraq and Syria. Pilots and crews who operate the MQ-1 Predators and MQ-9 Reapers have struggled to meet a rising demand for aerial surveillance of war zones and other hot spots.

"Right now, 100% of the time, when a MQ-1 or MQ-9 crew goes in, all they do is combat," said Gen. Herbert "Hawk" Carlisle, head of Air Combat Command, which oversees drone operations. "So we really have to build the capacity."

The Air Force wants to add 75 Reapers to the current fleet of 175 Reapers and 150 Predators. It also would increase the number of flying squadrons from eight to as many as 17, and add up to 3,500 new pilots, sensor operators and other personnel.

Return to Top

| HEADLINE | **12/10 Calif. shooters planned bigger?** |
|---|---|
| SOURCE | **http://www.latimes.com/local/crime/la-me-sb-shooting-20151211-story.html** |
| GIST | An examination of digital equipment recovered from the home of the couple who killed 14 people in San Bernardino last week has led FBI investigators to believe the shooters were planning an even larger assault, according to federal government sources.<br><br>Investigators on Thursday continued to search for digital footprints left by Syed Rizwan Farook and Tashfeen Malik, scouring a downtown San Bernardino lake for electronic items, including a hard drive that the couple was hoping to destroy, sources told The Times.<br><br>FBI agents will probably spend days searching Seccombe Lake and canvassing the neighborhood for clues after receiving a tip that the couple may have visited the area on the day of the attack, according to David Bowdich, assistant special agent in charge of the FBI's Los Angeles field office.<br><br>Farook and Malik were in the final planning stages of an assault on a location or building that housed a lot more people than the Inland Regional Center, possibly a nearby school or college, according to federal sources familiar with the widening investigation.<br><br>Investigators have based that conclusion on evidence left behind on Farook and Malik's computers and digital devices, not all of which the couple were able to destroy before they were killed in a firefight with police, the sources said. |
| Return to Top | |

| HEADLINE | **12/10 Minn. suspect denies San Bernardino link** |
|---|---|
| SOURCE | **http://abcnews.go.com/International/somali-jail-suspected-american-isis-recruiter-denies-san/story?id=35695193** |

| GIST | Sitting in a Somali jail, a Minneapolis man suspected of being a key recruiter for ISIS recently denied that allegation and any link to two domestic terror plots hatched in the U.S., including the recent deadly attack in San Bernardino, Calif., according to a recent news report. |
|---|---|
| | Mohamed Abdullahi Hassan, a Somali national who lived for years in Minneapolis, Minn. and is better known among extremists online as "Miski," spoke to Voice of America's Somali Service Tuesday, a day after the U.S. State Department confirmed reports that Hassan was in custody of the Somali government. |
| | In the VOA interview, Hassan denied he had any contact with Syed Rizwan Farook and Tashfeen Malik, the husband and wife terrorists who killed 14 people in San Bernardino last Wednesday. Over the weekend ABC News reported that investigators were trying to determine if the couple had any online connection with Hassan, a prominent figure in online extremist circles, in the months before he ended up in custody. |
| | Prior to the tragedy in San Bernardino, Hassan was linked to another deadly incident this year in Garland, Texas where two men attempted to attack a Mohammed cartoon event but were gunned down by police before they could kill anyone. In the days and weeks leading up to that attack, one of the gunmen had repeated social media contact purportedly with Hassan over Twitter. Hassan's page featured messages urging Americans to "do their part" like the three men that killed 12 people in Paris in January in the Charlie Hebdo attack. |
| | Testifying before Congress Wednesday, FBI Director James Comey said that the morning of the Garland attack, "before one of those terrorists left to go commit mass murder, he exchanged 109 messages with an overseas terrorist." |
| | According to an extended account of the VOA interview provided to ABC News, Hassan denied any link to Garland as well and claimed that "many people" use his Twitter account. Speaking about both San Bernardino and Garland, Hassan reportedly said, "I don't have anything to do with that attack or have any connections with those people." |
| Return to Top | |


| HEADLINE | **12/11 America's most wanted: al-Adnani** |
|---|---|
| SOURCE | **http://www.nbcnews.com/storyline/isis-uncovered/americas-most-wanted-isis-leader-top-u-s-kill-list-n477946** |
| GIST | He is America's most wanted — the number one name on the government's kill list of ISIS leaders, say senior U.S. military and intelligence officials. |
| | Abu Bakr Al-Baghdadi may be the face of ISIS, but Abu Muhammad al-Adnani, the terror group's director of external operations, is the man most likely to cause harm in the West. The U.S. wants al-Adnani dead because he's considered the author of the strategy of wanton murder that has left more than 500 dead in attacks around the world since October 10 — and apparently helped inspire last week's massacre in San Bernardino. |
| | "He is at the top of the list," confirmed a senior intelligence official. |
| | "We are tracking him," said a senior U.S. military official. "We believe he is in Iraq." |
| | Laith al-Khouri of Flashpoint Intelligence, an NBC counterterrorism analyst, said the rationale |

<table>
<tr><td></td><td>for the U.S. interest in killing Adnani is simple.

"Adnani has been the main voice behind issuing ISIS threats to the West," said al-Khouri. He is also dangerous, said al-Khouri, because his charisma draws new followers to the group. "He is so admired and glorified by jihadists worldwide that he stands as a primary point of recruitment."</td></tr>
<tr><td>Return to Top</td><td></td></tr>
</table>

| HEADLINE | 12/08 Why do people join ISIS? 9 reasons |
|---|---|
| SOURCE | http://www.defenseone.com/threats/2015/12/why-do-people-join-isis-heres-what-they-say-when-you-ask-them/124295/?oref=d-mostread |
| GIST | **President Obama on Sunday night said that** it was "clear" that Tashfeen Malik and her husband, Syed Rizwan Farook, the two alleged assailants in the San Bernardino mass shooting, had "gone down the dark path of radicalization, embracing a perverted interpretation of Islam that calls for war against America and the West." He did not speculate as to why people journey down that path or prescribe how the United States might deter, or detour, them. But a March report from Lebanon-based Quantum Communications provides some insight.<br><br>The researchers from Quantum collected televised interviews with 49 fighters in Syria and Iraq — some in custody, some who had defected, and some who were still in the fight. They analyzed the fighters' statements using a psycho-contextual analytical technique developed by Canadian psychologist Marisa Zavalloni to divine the motivational forces and personal characteristics of the subjects.<br><br>It is a small sample, not entirely random, but given the difficulty of surveying a group like ISIS, still provides value. How much value? Michael Lumpkin, assistant defense secretary for special operations/low-intensity conflict, cited the report in his recent visit to Congress.<br><br>*Defense One* showed the report to University of Maryland professor Arie W. Kruglanski, one of the principal investigators at the National Center for the Study of Terrorism and the Response to Terrorism. He responded, "The content analysis that the researchers employed is a well respected method of gleaning information from contents of interviews … More importantly the findings make sense to me."<br><br>Almost all research on terrorism faces this problem of finding a truly random sample, said Paul Davis, a senior principal researcher at the RAND Corporation and a professor of policy analysis at the Pardee RAND Graduate School. "I applaud the article," Davis said. "It is consistent with the strong finding we've found and continue to find, which is that motivation is very important and that motivation varies."<br><br>The Quantum researchers grouped the fighters into nine categories, based on the reasons they gave for joining ISIS. They are:<br>• *Status seekers:* Intent on improving "their social standing" these people are driven primarily by money "and a certain recognition by others around them."<br>• *Identity seekers:* Prone to feeling isolated or alienated, these individuals "often feel like outsiders in their initial unfamiliar/unintelligible environment and seek to identify with another group." Islam, for many of these provides "a pre-packaged transnational identity." |

- *Revenge seekers:* They consider themselves part of a group that is being repressed by the West or someone else.
- *Redemption seekers:* They joined ISIS because they believe it vindicates them, or ameliorates previous sinfulness.
- *Responsibility seekers:* Basically, people who have joined or support ISIS because it provides some material or financial support for their family.
- *Thrill seekers:* Joined ISIS for adventure.
- *Ideology seekers:* These want to impose their view of Islam on others.
- *Justice seekers:* They respond to what they perceive as injustice. The justice seekers' 'raison d'être' ceases to exist once the perceived injustice stops," the report says.
- *Death seekers:* These people "have most probably suffered from a significant trauma/loss in their lives and consider death as the only way out with a reputation of martyr instead of someone who has committed suicide."

Return to Top

---

| HEADLINE | **12/09 France jails 3 for 'train attack bluff'** |
|---|---|
| SOURCE | **http://www.bbc.com/news/world-europe-35056991** |
| GIST | Three men in France have been jailed for faking a terror threat on a train to steal passengers' phones - only five days after the Paris attacks.<br><br>The group was travelling between Beziers and Perpignan in the southern Pyrenees region when they commandeered the train's intercom system.<br><br>They then played a Muslim call to prayer and told passengers to hand over their phones or face an attack.<br><br>They were found guilty of extortion and sentenced to up to 30 months in prison. One of their lawyers said it was "a joke in very bad taste by foolish youths".<br><br>None of those sentenced, aged between 19 and 23 and from Beziers, was named by the court in Perpignan.<br><br>One of the men, who is 21 years old and had converted to Islam, was also found guilty of supporting terrorism after police found pictures of him posing with an assault rifle and a jihadist banner on his phone. |
| Return to Top | |

---

| HEADLINE | **12/10 Paris attack gun link to US dealer** |
|---|---|
| SOURCE | **http://www.nbcnews.com/storyline/paris-terror-attacks/gun-linked-paris-attackers-was-delivered-u-s-dealer-2013-n477746** |
| GIST | One of the guns linked to Islamist militants who carried out the Paris attacks was exported to the United States in 2013, according to the head of a Serbian arms factory. |

Milojko Brzakovic of the Zastava arms factory told The Associated Press Thursday that the M92 semi-automatic pistol was traced after its serial number matched the one delivered to an American arms dealer in May 2013.

At least seven of the weapons used or discovered after the Nov. 13 attacks that killed 130 people have been identified as produced by the Serbian factory, most of them manufactured before Yugoslavia broke up in a civil war in the 1990s.

Brzakovic says all those arms were delivered legally, but could have later found their way through illegal channels.

Return to Top

| HEADLINE | 12/10 Feds arrest 'emir' of ISIS recruiting |
|---|---|
| SOURCE | http://abcnews.go.com/US/feds-arrest-emir-isis-related-recruitment-effort-minnesota/story?id=35691249 |
| GIST | Federal authorities have arrested a Minnesota man for allegedly leading an effort inside the United States to send others to join ISIS in Syria.<br><br>Abdirizak Mohamed Warsame was arrested Wednesday night and charged with one count of conspiring to provide material support to a terrorist organization.<br><br>He is among at least 10 youth from Minnesota who allegedly began planning to join ISIS more than a year ago. Nine have now been arrested, and one -- 18-year-old Abdi Nir -- made it to Syria, where since May 2014 he has been recruiting and assisting others inside the United States to join ISIS, authorities said.<br><br>Warsame's arrest comes several months after a round of arrests in the case.<br><br>According to charging documents, Warsame and others began watching propaganda videos together in the spring of 2014, when they also began talking about how to get to Syria.<br><br>At one point, when one of the leaders of the group was planning to leave for Syria imminently, Warsame was appointed "emir" of the effort, and he subsequently began encouraging and helping others plan to join ISIS, according to charging documents.<br><br>In fact, Warsame and Nur considered robbing people to pay for travel to Syria, but Nur rejected the idea and said they should steal from the government instead, prosecutors allege.<br><br>Warsame called Nur "a genius," charging documents say. |
| Return to Top | |

| HEADLINE | 12/10 UK terror arrests reach record level |
|---|---|
| SOURCE | http://www.dailymail.co.uk/wires/pa/article-3354187/More-women-children-held-UK-terror-arrests-reach-record-level.html |

| GIST | A dramatic rise in arrests of women and teenagers has helped drive the number of terror suspects detained in Britain to record levels. |
|------|------|
| | There were a total of 315 terrorism-related arrests in the year ending September 2015 - meaning the rate has jumped by more than a third (34%) in just a year as security services and police mount a huge effort to counter the threat following the rise of Islamic State. |
| | It is the highest tally for a year to September on record. |
| | Home Office figures showed the rise was in part down to increases in the numbers of female and under-18 suspects. |
| | The number of women and girls held has more than doubled compared to the previous year to 50, meaning they now account for around one in six (16%) of all arrests after a rise of seven percentage points compared to the previous 12 months. |
| | It also means that a fifth of all the arrests of females since 2001 have occurred in the last year. |
| | The Home Office report said: "The majority of the increase in the number of women getting arrested has been linked to international-related terrorism." |
| | Statisticians also reported a "notable increase" in the number of suspects aged under 18 being arrested, with the total of 15 detained over the year, the highest on record. |
| | The statistics bear out warnings about increasing numbers of women and teenagers being drawn into extremism. |
| Return to Top | |

| HEADLINE | **12/11 NYC bomb plot revealed in guilty plea** |
|------|------|
| **SOURCE** | **http://www.nj.com/news/index.ssf/2015/12/plot_to_bomb_nyc_revealed_in_guilty_plea_of_nj_isi.html** |
| GIST | A third member of a close circle of friends tied together in an investigation spanning across New Jersey, New York and to the Middle East, pleaded guilty Thursday of attempting to travel to Syria to join ISIS. |
| | Nader Saadeh, a 20-year-old from Rutherford taken into custody shortly after arriving in Jordan last May, admitted in a court appearance before U.S. District Judge Susan Wigenton in Newark to conspiring to provide material support to the terror group now controlling large areas of Syria and Iraq. |
| | Prosecutors said Saadeh also admitted that two of his friends discussed plans to bomb landmarks including Times Square and the World Trade Center in the name of ISIS. That plot never materialized. |
| | Saadeh had been one of five men linked by the FBI after a year-long investigation by the bureau and the Joint Terrorism Task Force that apparently began after the mother of one expressed fears that his friends were pushing him to "do something stupid." |
| Return to Top | |

| | |
|---|---|

| HEADLINE | **12/10 Finland arrests suspected ISIS members** |
|---|---|
| SOURCE | **http://news.yahoo.com/finnish-police-arrest-two-iraqi-men-suspicion-terrorism-140956594--finance.html** |
| GIST | HELSINKI (Reuters) - Finnish police on Thursday arrested two Iraqi men on suspicion of shooting 11 unarmed prisoners in Iraq in June 2014, killings that were filmed by Islamic State on put online.

The men, both 23 years old, entered Finland in September and were suspected of belonging to the militant group, the National Bureau of Investigation (NBI) said in a statement.

Broadcaster MTV3 said at least one of them was an asylum seeker. The NBI was not immediately available to confirm this. |
| Return to Top | |

| HEADLINE | **12/11 Saddam's men help ISIS rule** |
|---|---|
| SOURCE | **http://www.reuters.com/investigates/special-report/mideast-crisis-iraq-islamicstate/** |
| GIST | MALA QARA, Iraq – Mohannad is a spy for Islamic State. He eavesdrops on chatter in the street markets of Mosul and reports back to his handlers when someone breaks the militant group's rules. One man he informed on this year – a street trader defying a ban on selling cigarettes – was fined and tortured by Islamic State fighters, according to a friend of Mohannad's family. If the trader did not stop, his torturers told the man, they would kill him.

Mohannad is paid $20 for every offender he helps to catch.

He is 14.

The teenager is one cog in the intelligence network Islamic State has put in place since it seized vast stretches of Iraq and neighbouring Syria. Informers range from children to battle-hardened fighters. Overseeing the network are former army and intelligence officers, many of whom helped keep former Iraqi strongman Saddam Hussein and his Baath Party in power for years.

Saddam-era officers have been a powerful factor in the rise of Islamic State, in particular in the Sunni militant group's victories in Iraq last year. Islamic State then out-muscled the Sunni-dominated Baath Party and absorbed thousands of its followers. The new recruits joined Saddam-era officers who already held key posts in Islamic State.

The Baathists have strengthened the group's spy networks and battlefield tactics and are instrumental in the survival of its self-proclaimed Caliphate, according to interviews with dozens of people, including Baath leaders, former intelligence and military officers, Western diplomats and 35 Iraqis who recently fled Islamic State territory for Kurdistan.

Of Islamic State's 23 portfolios – equivalent to ministries – former Saddam regime officers run three of the most crucial: security, military and finance, according to Hisham al-Hashimi, an |

Iraqi analyst who has worked with the Iraqi government.

Iraq's Finance Minister Hoshyar Zebari, a Kurd who spent years opposing Saddam's regime, said the ex-Baathists working with Islamic State provide the group with highly effective guidance on explosives, strategy and planning. "They know who is who, family by family, name by name," he said.

"The fingerprints of the old Iraqi state are clear on their work. You can feel it," one former senior security official in the Baath Party said.

In many ways, it is a union of convenience. Most former Baathist officers have little in common with Islamic State. Saddam promoted Arab nationalism and secularism for most of his rule.

But many of the ex-Baathists working with Islamic State are driven by self preservation and a shared hatred of the Shi'ite-led government in Baghdad. Others are true believers who became radicalised in the early years after Saddam's ouster, converted on the battlefield or in U.S. military and Iraqi prisons.

One former intelligence commander who served in Iraq's national intelligence service from 2003 to 2009 said some ex-Baathists pushed out of state agencies by Iraq's government were only too happy to find new masters. "ISIS pays them," he said.

| | |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 ISIS retakes key town in Syria** |
|---|---|
| SOURCE | http://www.militarytimes.com/story/military/2015/12/10/retakes-key-town-homs-province-syrian-forces/77088008/ |
| GIST | BEIRUT — Syrian activists say the Islamic State group has retaken a strategically important town in the central province of Homs from government forces.

The government had recaptured the town of Mheen and surrounding villages from the extremists two weeks ago as part of a general offensive to secure the highway connecting Damascus to the country's northwest.

The loss deals a setback to the Syrian army's strategy to fortify the corridor with support from Russian airpower.

The London-based Syrian Observatory for Human Rights says that fighting is underway on Thursday between IS militants and government forces with their allied militias outside of Mheen.

Islamic State media outlets reported earlier that the group's fighters had seized the hills overlooking the town on Wednesday night. |
| Return to Top | |

| HEADLINE | **12/10 ISIS vs Special Ops** |
|---|---|

| SOURCE | http://www.rand.org/blog/2015/12/isis-vs-special-ops.html |
|---|---|
| GIST | With Defense Secretary Ash Carter's announcement in early December that a special operations "expeditionary force" will be deployed to Iraq, a new phase of the effort to defeat the so-called Islamic State (ISIS) has begun. The special operators will be authorized to conduct raids in Iraq and Syria, and their activities will remedy one of the most critical gaps in the campaign to date—intelligence. By conducting raids, as special operators did in May when they killed Abu Sayyaf, an ISIS leader who had helped manage its oil and gas sales, they can gain troves of intelligence through interrogation of captured ISIS fighters and off of their phones, computers, and other possessions. This type of "sensitive site exploitation," as it is called, involves rapid processing by intelligence analysts, which, during the heyday of the surge in Iraq, enabled operators to conduct up to 17 raids a night.

The raids and follow-on exploitation will significantly increase pressure on the ISIS network by leading to the targeting of top and mid-level leaders, couriers, and the facilitators that procure and distribute the fuel, ammunition, fighters, and other inputs that fuel the war effort. However critical to the fight against ISIS, though, using special operations forces for raids represents only half of the needed military adjustment.

The other half is the effort to build indigenous forces capable of taking and holding territory in Iraq and Syria. Over the past year, out of a desire to limit the U.S. involvement, too little equipment has been supplied to willing fighters, and advisors have been restricted to top headquarters commands and a few geographic areas. Although the Iraqi army has a long way to go, other security forces, such as Iraq's Counter-Terrorism Service (CTS), have been part of the fight since the beginning but have been starved for resources and sufficient advisory support.

In Syria, very tight vetting criteria, constraints on advisory support, and a hodgepodge approach to indigenous forces severely limited the effectiveness of allied local forces. For example, to receive training and equipment, Syrian volunteers had to pledge to fight only ISIS and not Assad, and the question of providing air cover was not resolved until the recruits came under fire. The United States and its partners also supported different anti-ISIS forces without requiring them to unify. Although the Syrian Kurd People's Defense Units have been an important part of the fight in Syria, the focus must shift to backing Arabs, Druze, and other Syrians as well. That will help peel support away from extremist factions such as the al Qaeda-linked Jabhat al Nusra. |
| Return to Top | |

| HEADLINE | **12/10 RCMP aware report of Toronto threat** |
|---|---|
| SOURCE | http://www.thestar.com/news/canada/2015/12/10/rcmp-aware-of-report-about-toronto-terror-threat.html |
| GIST | The RCMP says media reports from Switzerland about possible ISIS-linked threats against Canadian cities, including Toronto, are being taken "very seriously."

But Public Safety Minister Ralph Goodale says Canada has not increased its security alert level after reports from European news outlets of a potential terror plot that may have involved Canadian cities.

"There is no change in the status of the alerts and so forth, but we will remain vigilant," |

|  | Goodale told reporters Thursday. "Nobody is taking anything for granted, but there is nothing available to us at this moment that would… cause any change in status."<br><br>Goodale was commenting on reports out of Switzerland Thursday concerning a manhunt involving four men alleged to be ISIS sympathizers. The Swiss newspaper Tribune de Geneve reported that a journalist had seen a police document concerning an investigation into the four unnamed men, which indicated that Geneva, Toronto and Chicago were being targeted for attacks.<br><br>According to the Tribune de Geneve, United States intelligence services had provided information to Swiss authorities. |
| Return to Top |  |

| HEADLINE | **12/10 Canada: security alert level not raised** |
|---|---|
| SOURCE | **http://www.cbc.ca/news/politics/terror-threat-isis-canada-1.3359334** |
| GIST | Canada has not increased its security alert level amid European reports of an ISIS-linked terror plot that may have been targeting Canadian cities, said Public Safety Minister Ralph Goodale.<br><br>Agence France-Presse reported today that Swiss police were searching for four people associated with the jihadist militant group after threats were made against Geneva, Toronto and Chicago.<br><br>Other European media are reporting that Ottawa and Vancouver were also possible targets.<br><br>CBC News has not been able to independently confirm the threat.<br><br>"If there is any dimension of this situation that relates to Canada we will obviously take appropriate steps. At this point, there is no new information reported to me that would change the circumstances," Goodale told reporters on Parliament Hill. "If there is something new we would obviously let Canadians know immediately and we will take the appropriate steps."<br><br>Goodale confirmed that Canada has not raised its security alert level as a result of any new threat. |
| Return to Top |  |

| HEADLINE | **12/10 Feds investigate other potential plots** |
|---|---|
| SOURCE | **http://www.usatoday.com/story/news/nation/2015/12/10/san-bernardino-farook-malik/77111838/** |
| GIST | WASHINGTON — Federal investigators are continuing to review information about other possible attack plans involving the San Bernardino shooters, based in part on interviews with the man who provided the two semi-automatic rifles used in last week's assault that left 14 dead, a federal law enforcement official said.<br><br>Authorities were attempting to corroborate accounts provided by Enrique Marquez, a former |

neighbor and associate of Syed Farook who with his wife, Tashfeen Malik, opened fire on a holiday party packed with Farook's San Bernardino County co-workers.

Among the pieces of information investigators sought to corroborate was a possible plot dating to 2012.

Marquez has so far not been charged in connection with the attack, but the official, who is not authorized to comment publicly, characterized the Farook associate as an ongoing focus of the wide-ranging inquiry.

Late Thursday, Los Angeles FBI chief David Bowdich declined comment on whether Marquez was in federal custody.

Return to Top

| HEADLINE | **12/10 US: ISIS oil going to Assad regime** |
|---|---|
| SOURCE | **http://www.newsmax.com/Newsfront/ISIS-oil-Assad-Syria/2015/12/10/id/705324/** |
| GIST | Islamic State militants are engaged in oil trading worth as much as $40 million a month with significant volumes sold to the government of President Bashar al-Assad and some finding its way across the border into Turkey, senior U.S. Treasury official Adam Szubin said on Thursday.<br><br>"ISIL is selling a great deal of oil to the Assad regime," Szubin, acting Under Secretary for Terrorism and Financial Intelligence with the U.S. Treasury, said at Chatham House in London.<br><br>"The two are trying to slaughter each other and they are still engaged in millions and millions of dollars of trade."<br><br>"The volumes we are talking about and the amounts of money we are talking about are very sizeable," said Szubin. |
| Return to Top | |

| HEADLINE | **12/10 Extremist groups ignored Calif. shooter** |
|---|---|
| SOURCE | **http://www.reuters.com/article/us-california-shooting-idUSKBN0TT28120151210** |
| GIST | Islamic militant groups ignored contact attempts from Pakistan-born Tashfeen Malik in the months before she and her husband killed 14 people at a California holiday party, probably because they feared getting caught in a U.S. law enforcement sting, U.S. government sources said on Thursday.<br><br>Disclosures of her overtures to extremists abroad surfaced as the investigation of the Dec. 2 shooting rampage in San Bernardino, about 60 miles (100 km) east of Los Angeles, appeared to take a new turn with divers searching a small lake near the scene of the massacre.<br><br>The number of organizations that Malik, 29, tried to contact and how she sought to reach them |

was unclear, but the groups almost certainly included al Qaeda's Syria-based official affiliate, the Nusrah Front, the government sources said.

One source said investigators have little, if any, evidence that Malik or her husband, Syed Rizwan Farook, 28, had any direct contact with Islamic State, which has seized control of large swaths of Syria and Iraq and claimed responsibility for assaults in Paris last month that left 130 people dead.

FBI Director James Comey has said Malik and Farook declared at about the time of their attack that they were acting on behalf of Islamic State, which in turn has embraced the couple as among its followers.

But U.S. government sources have said there was no evidence that the Islamic State even knew of the couple before the killings.

Return to Top

| HEADLINE | **12/10 Paris attacker urged 'kill them'** |
|---|---|
| SOURCE | **http://www.foxnews.com/world/2015/12/10/newly-idd-paris-attacker-urged-jihadists-to-blow-everything-up-be-enemy-from/?intcmp=hplnws** |
| GIST | The Paris attacker whose remains were finally identified earlier this week was a committed jihadist who joined ISIS in its infancy, and encouraged radicals to resist integration in France, according to newly uncovered social media posts.

Foued Mohamed-Aggad, a 23-year-old Frenchman of Morrocan descent, was identified as one of three gunmen who killed as many as 89 concert-goers at The Bataclan Theatre music hall Nov. 13, in the most deadly phase of the coordinated attacks that left 130 dead and hundreds more wounded. Once his name was confirmed, Middle East Media Research Institute (MEMRI) traced his digital trail and established he was a member of ISIS dating back to December, 2013, when the terror organization was just emerging.

"[This is a] message to the brothers in faith, those who cannot make hijra [immigration to Islamic State] for x reason," Aggad wrote in a July 18, 2014 post. "Cause attacks, be an enemy from within, blow everything up, it doesn't matter where or how, by any means! Kill them wherever you find them! Do not attempt to integrate yourself in France, they do not even want you!"

That post was one of several MEMRI uncovered and translated from French from a Facebook account Aggad held from June to August 2014. |
| Return to Top | |

| HEADLINE | **12/10 Conflicted portrait of terrorists' pal** |
|---|---|
| SOURCE | **http://www.foxnews.com/us/2015/12/10/conflicted-portrait-emerges-socal-terrorists-pal-as-possible-charges-loom/?intcmp=hpbt1** |

| GIST | The friend who allegedly supplied the Southern California jihadist couple with the guns used in last week's terror attack - and who sources said could soon be charged in connection with the case - presented himself to friends as "laid back" but seemed to be in constant personal conflict. |
|---|---|
| | Enrique Marquez was married, but didn't live with his wife. He had converted to Islam but confided in a mosque worker that he wanted to become a Buddhist. He could be witty and laugh at himself, but often posted dejected missives on Facebook. |
| | And he was reportedly not a particularly pious Muslim and even spoke of joining the military – yet he allegedly plotted a scuttled terror attack with boyhood friend Syed Farook and is believed to have purchased two of the weapons Farook and his wife, Tashfeen Malik, would eventually use to murder 14 people and injure 21 others at a holiday party on Dec. 2. Farook and Malik were killed in a subsequent shootout, and Marquez has so far been cooperating with authorities. |
| | "It was hard to make a conclusion about what he was like," Sid Hashemi, a former boss of Marquez, told Reuters. |
| | Marquez, 24, bounced from job to job – serving as an unarmed security guard at construction sites, working security at a local bar and checking customers' receipts at Walmart, according to Reuters. |
| | "He just floated around," Hashemi said. |
| | Marquez was never able to maintain employment anywhere for too long, with his personality seeming to block any potential progress. An account manager at one of the security firms that employed Marquez told Reuters that Marquez "just couldn't take the stress" after he received a promotion. Ashlee Sims, who worked with Marquez at a Walmart Supercenter in Corona, said he was withdrawn and "awkward." |
| | He has since been fired from Walmart, spokesman Brick Nick told Reuters. |
| | One of the more unusual aspects of Marquez's personal life was his marriage to Mariya Chernykh.<br>Chernykh, 25, came to the U.S. from Russia in 2009 on a visa for work or study exchange programs, according to a federal official who spoke to the Washington Times. Chernykh initially worked in the mall for her sister Tatiana, who is married to Farook's brother, Syed Raheel Farook. It's unclear how or when Marquez met Chernykh, but the two were married on Nov. 29, 2014. The couple's marriage license said the ceremony occurred at the Islamic Society of Corona-Norco, though the mosque's facility manager denied that to the Washington Times. |
| | Raheel Farook vouched for Chernykh on her citizenship application, saying that Marquez would be able to financially support his new bride, according to ABC News. |
| | Beyond those official documents, however, Marquez and Chernykh didn't appear to have much of a relationship. |
| Return to Top | |

| HEADLINE | **12/10 Terrorist shooting intelligence failure?** |
|---|---|
| SOURCE | <u>http://www.foxnews.com/us/2015/12/10/intelligence-failure-san-bernardino-terrorists-may-have-</u> |

| | been-on-authorities/?intcmp=hpbt1 |
|---|---|
| GIST | As the investigation into the San Bernardino terrorists moves into its second week, there are increasing indications that Syed Farook and Tashfeen Malik were on the radar of authorities – or should have been, according to some lawmakers.

"You have to say it was an intelligence failure," Rep. Matt Salmon, R-Az., said Thursday following a closed-door House briefing on the shooting. "You have to. Because it was."

Rep. Adam Schiff, D-Cal., said some of the shooters' actions may have raised red flags.

"There are things that may have alerted law enforcement to an issue with Farook, but I don't know that we know enough to say that these were apparent without the advantage of hindsight," Schiff said.

Asked specifically about a report Thursday that Farook may have had ties to a group of now-convicted terrorists based in Riverside, where Farook lived, Schiff hedged.

"I think [FBI Director James Comey] stated publicly in the past that there have been contacts with people of interest to the bureau but not to read too much into that," Schiff said.

Farook was allegedly plotting an attack on an unknown location in 2012 but scuttled the plan after the arrests of three men in California and a terror ringleader in Afghanistan in November 2012. Citing two U.S. law enforcement officials, CNN reported Thursday that Farook "had ties" to one of the men, Sohiel Kabir, a terrorist recruiter who was apprehended in Afghanistan. Farook was in Kabir's "social circle."

Farook and Malik's names likely arose during an earlier FBI investigation but didn't raise any flags, Reuters reported Thursday afternoon, citing a source. It was not immediately clear if that earlier investigation was related to the November 2012 arrests.

Reuters also reported that Malik tried unsuccessfully to contact multiple Islamic militant groups in the months before the San Bernardino massacre, which left 14 dead and 21 injured. Two government sources said the groups probably ignored Malik because Islamist groups have recently become wary of responding to unknown outsiders.

Schiff said there was no indication of a "public use of social media that was missed" but noted "there are other ways that you can communicate without being seen." |
| Return to Top | |

| HEADLINE | 12/10 Pentagon: 3 ISIS leaders killed |
|---|---|
| SOURCE | http://www.cbsnews.com/news/pentagon-3-isis-leaders-killed-in-recent-strikes/ |
| GIST | The finance minister for the Islamic State of Iraq and Syria (ISIS) and two of the group's other senior leaders were killed in recent U.S.-led coalition airstrikes, a Pentagon spokesman said Thursday.

Army Colonel Steve Warren said that a November airstrike had killed Abu Salah, who he called "one of the most senior and experienced members" of ISIS' financial network. |

|  | "Killing him and his predecessors exhausts the knowledge and talent needed to coordinate funding within the organization," Warren said.<br><br>The spokesman said U.S. airstrikes also killed Abu Maryam, an ISIS "enforcer and senior leader of their extortion network," and Abu Rahman al-Tunisi, described as an ISIS executive officer who coordinated the transfer of information, people and weapons.<br><br>Warren said the three were killed in airstrikes near the northern Iraqi town of Tal Afar. |
| Return to Top | |

| HEADLINE | 12/10 Intel: ISIS with fraudulent passports |
|---|---|
| SOURCE | http://abcnews.go.com/International/us-intel-isis-passport-printing-machine-blank-passports/story?id=35700681 |
| GIST | With the U.S. and other countries on high alert for ISIS attacks, American authorities are warning the terror group's followers may have infiltrated American borders with authentic-looking passports ISIS has printed itself with its own machines, according to an intelligence report obtained by ABC News.<br><br>The 17-page Homeland Security Investigations (HSI) Intelligence Report, issued to law enforcement last week, says ISIS likely has been able to print legitimate-looking Syrian passports since taking over the city of Deir ez-Zour last summer, home to a passport office with "boxes of blank passports" and a passport printing machine. Another passport office was located in Raqqa, Syria, which has long been ISIS's de facto capital.<br><br>"Since more than 17 months [have] passed since Raqqa and Deir ez-Zour fell to ISIS, it is possible that individuals from Syria with passports 'issued' in these ISIS controlled cities or who had passport blanks, may have traveled to the U.S.," the report says.<br><br>The report notes that the primary source for the information was rated at "moderate confidence," the second-highest rating given for source assessments. Testifying before lawmakers Wednesday, FBI Director James Comey first publicly revealed the nation's top security officials' very real anxiety over the problem.<br><br>"The intelligence community is concerned that they [ISIS] have the ability, the capability to manufacture fraudulent passports, which is a concern in any setting," Comey said. |
| Return to Top | |

| HEADLINE | 12/10 Arab states and the war on ISIS |
|---|---|
| SOURCE | http://www.cnn.com/2015/12/10/middleeast/isis-what-arab-states-are-doing/index.html |
| GIST | U.S. President Barack Obama is sending Special Forces. British jets have joined French warplanes over the skies of Syria. Even Germany, whose post-World War II constitution puts restrictions on fighting battles on foreign soil, is becoming increasingly involved. |

But as the West steps up its war against ISIS, it appears that the involvement of the <u>U.S.-led coalition's Arab members</u> -- all of them much closer geographically to the terror group than their Western partners -- is drawing down.

Saudi Arabia and the United Arab Emirates are down to about one mission against ISIS targets each month, a U.S. official told CNN on Monday. Bahrain stopped in the autumn, the official says, and Jordan stopped in August. CNN contacted all of these countries for comment and is yet to receive a response.

Why aren't Arab countries more involved in the fight against ISIS?

Analysts say Yemen is at the center of a proxy war between Saudi Arabia and Iran, the region's biggest powers.

Religion and ethnicity are at the heart of the longstanding hostility between the two countries. Iran is majority Shia Muslim and non-Arab. Most of the other countries in the region -- including, and led by, Saudi Arabia -- are majority Sunni Arab, and are suspicious of Iran's motives.

So when <u>Iranian-backed rebels seized Sana'a</u>, the Yemeni capital, last year, a Saudi-led coalition of Arab states (including Egypt, Jordan and the UAE) was launched to try to defeat them.

Return to Top

# Suspicious, Unusual

Top of page

| HEADLINE | **12/10 Snohomish Co: gun permits double** |
|---|---|
| SOURCE | http://www.king5.com/story/news/local/2015/12/10/gun-permits-double-snohomish-county/77121754/ |
| GIST | EVERETT, Wash. -- In just two months, the number of gun owners applying for concealed pistol licenses in Snohomish County has doubled, according to data from the sheriff's office.<br><br>It's so crowded in the small waiting area in the courthouse, the sheriff's office is asking people to fill out their permits ahead of time and consider applying at other locations.<br><br>"I feel like there's urgency now," said Todd Henderson.<br><br>He said recent terrorist attacks in Paris and California prompted him to apply for his concealed pistol license. "There's no guarantee we're going to be protected. We are our own first line of defense."<br><br>In the first week of December, 326 people applied for a permit. Compare that to the first week of October, when only 143 people applied. |
| Return to Top | |

| HEADLINE | **12/10 Hoax: drug cartel vs. ISIS** |
|---|---|
| SOURCE | **http://www.newsmax.com/TheWire/el-chapo-isis-drugs-hoax/2015/12/11/id/705392/** |
| GIST | A story claiming Mexican drug czar Joaquin "El Chapo" Guzman has declared war on ISIS because jihadists destroyed a drug shipment is a hoax, but numerous news sites still picked up the report and ran with it, reportedly including Fox News and the New York Post.<br><br>The fake story was even the top trending news item on the Bing search site on Friday morning.<br><br>The story first appeared on Monday on the **CartelBlog.com**, saying the Islamic State ran afoul of the Sinaloa Cartel by destroying drug shipments meant for Middle Eastern countries and to be purchase by "the growing nightlife scene" there.<br><br>Steve Charnock, a satirist working for Thug Life Videos, told the **Daily Mail** he was the author of the story that was posted on Nov. 30. Charnock said the story and his other work are comedy pieces never meant to be treated as real stories. |
| Return to Top | |

| HEADLINE | **12/11 Cambodia deaths linked to BBQ dog** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/10-die-cambodia-eating-dog-meat-drinking-rice-wine/** |
| GIST | Cambodian health officials have been sent to a northeastern district where 10 people died and more than 100 were sickened in two separate incidents linked to the consumption of dog meat and rice wine, a medical officer said Friday.<br><br>Kratie provincial health department chief Chhneang Sivutha said experts from the U.N.'s World Health Organization were also investigating the incidents, both in Snuol district. He said people in the province have been warned not to eat the meat of animals that have died from illness or poisoning, and not to drink any wine that has not been properly inspected.<br><br>Six people died last Sunday after eating the barbequed carcass of a dog that had died for unknown reasons. The four others died after drinking rice wine on Tuesday.<br><br>Food safety is not a priority in Cambodia, one of Asia's poorest countries. The country has had to grapple with bird flu, with 56 confirmed cases of human infections since 2003, 37 of them fatal. |
| Return to Top | |

| HEADLINE | **12/10 Unusual weather patterns in US** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/unusual-weather-patterns-us/story?id=35699626** |

| GIST | Buffalo, New York, is usually one of the snowiest cities east of the Rockies. By the middle of December, it usually has an average of 14.8 inches of snow on the ground. But it hasn't snowed once this year in Buffalo, breaking a 116-year-old record. In New York City, it's been the warmest November on record, averaging more than 5 degrees above normal for the month. In Philadelphia, last November was the warmest in 75 years. Overall, autumn 2015 ranks as the warmest in 121 years of recordkeeping. |
|---|---|

It's also been unusually warm in the Great Lakes and Midwest. Take a look at Ashland, Wisconsin. At this time last year it was completely frozen. Today it's completely free of ice.

Why you ask has it been so warm in the East? Is this related to El Nino, or is it something else?

Today, the National Oceanic and Atmospheric Administration (NOAA) issued its El Nino forecast update for this winter. Mike Halpert, deputy director at NOAA's Climate Prediction Center, said that the warmth in the Eastern U.S. cannot be tied to El Nino just yet. The set up in the upper atmosphere over the mid-latitudes, where most of the U.S. is, has not shown the classic El Nino pattern. Moreover, he said that an atmospheric phase known as positive North Atlantic Oscillation (+NAO) is responsible for the current mild pattern in the Eastern U.S.

The strengthening upper level flow between the high pressure to the South and low pressure to the North is what has been creating mild weather in the Eastern U.S. since the beginning of November.

This pattern will last right into next week for the Northeast. Chicago and NYC will be in the 60-degree range and places like Atlanta will hit the mid-70s. Some of these temperatures could tie or break previous records.

While the Eastern U.S. has been relatively calm and warm, parts of the West have been battered by strong winds, flooding rains, mudslides, 30-foot waves, and heavy mountain snow.

Parts of the Pacific Northwest received up to 18 inches of rain in the past three days with many rivers rising into major flood stage. Portland had record rain for two days in a row. Seattle had record rain Tuesday, breaking the old record set back in 1971.

The Western stormy weather is also not fully related to El Nino -- it's what we call in meteorology a "Pineapple Express." This moisture is driven and enhanced by a strong Pacific jet stream. Here is satellite imagery of precipitable water in the atmosphere over the Pacific Ocean. You can see the "Pineapple Express" circled in red.

| Return to Top | |
|---|---|

| HEADLINE | **12/10 Fears: new E. coli strain 'drug resistant'** |
|---|---|
| SOURCE | **http://www.news.com.au/lifestyle/health/health-problems/scientists-have-found-a-new-strain-of-bacteria-that-is-resistant-to-all-antibiotics/news-story/f643ea45c989c63365c0e50ea4a5f3e0** |
| GIST | **FOR years experts have warned there would come a day when antibiotics would cease being effective.**<br><br>And it seems that day could be sooner than first thought after scientists discovered a new superbug that is not just impervious to the last line of defence medication, but has the ability to |

infect other bacteria.

But instead of destroying its virulent cousins this new strain of e.coli actually strengthens them by giving them the same antibiotic shield.

The unstoppable superbug was first found in China a few weeks ago.

Chinese and British scientists identified the first strain in a pig, then in raw pork meat and then in a small number of people.

Experts, while worried about the potential effect this discovery would have, hoped it would remain in China. But this week those hopes were dashed when researchers in Denmark revealed they had found a similar strain in poultry from Germany as well as in a Danish man who had never travelled outside the country. The superbug has also been found in Malaysia.

Further tests carried out on food samples from 2012-2014 by the Technical University of Denmark's National Food Institute in Søborg and the State Serum Institute in Copenhagen, found the deadly mutation was present.

This sparked calls from the head of NFI's genomic epidemiology group, Frank Aarestrup, for other universities with similar databases to carry out testing, online health magazine STAT reported.

What makes this strain different from other e.coli is that it carries a gene named mcr-1. It is thought this gene is what gives the strain its super-strength and the ability to infect other bacteria.

Return to Top

| HEADLINE | **12/10 Report: MH370 was 'zombie plane'** |
|---|---|
| SOURCE | **http://www.foxnews.com/world/2015/12/10/report-from-australian-investigators-suggests-mh370-was-zombie-plane/?intcmp=hplnws** |
| GIST | Buried in the lengthy report released last week by Australia's MH370 investigators is one crucial revelation: the aircraft suffered a serious technical problem triggered by a power outage.<br><br>The Australian Defense Science and Technology report officially acknowledges the doomed Malaysia Airlines flight suffered a sudden electrical failure before its disappearance on March 8 last year, the Daily Beast found. This backs the popular "zombie plane" theory, whereby the missing plane's avionic systems are ravaged, rendering the flight crew helpless, and the aircraft continued flying on autopilot until it ran out of fuel.<br><br>A grim timeline reveals the power blackout occurred in a 56-minute window between the final scheduled contact from the jet's Aircraft Communications Addressing and Reporting System and a failed attempt from dispatchers to contact the crew.<br><br>The report provides four possible explanations for the outage, which place blame either on human intervention or a technical fault: crew action in the cockpit using overhead switches, a sudden error requiring an Auxiliary Power Unit to start emergency power, somebody pulling out and resetting circuit breakers in the equipment bay, or intermittent technical failures. |

|  | Whether one of these scenarios is correct can only be confirmed if the search for the lost plane is successful. |
|  | The power loss is said to have led to two of the Boeing 777's automatic reporting systems and other vital functions to shutdown, likely causing panic in the cockpit as pilots tried to save the plane. |
| Return to Top | |

| HEADLINE | **12/10 Questions about college knife attack** |
|---|---|
| SOURCE | **http://www.foxnews.com/us/2015/12/10/with-spotlight-on-san-bernardino-yet-more-questions-about-college-knife-attack/?intcmp=hpbt1** |
| GIST | The California college student who stabbed four people last month in a campus spree that ended when he was killed by campus police was described by his roommate as "an extreme Muslim" and carried a manifesto and a photocopy of an ISIS flag -- more than enough to convince John Price he was a terrorist. |
|  | Yet, more than a month after the Nov. 4 attack at University of California Merced, local and federal authorities continue to insist that Faisal Mohammad, 18, carried out the vicious attack because he'd been banished from a study group. Price, whose son Byron Price, a 31-year-old construction manager for the family business who was working nearby and was stabbed when he heroically intervened, suspects the White House's reluctance to identify acts of radical Islamic terror has trickled down to investigators who are still probing the Merced attack. |
|  | "Why don't we just call it what it is -- domestic terrorism?" said Price. "Everyone is afraid to be politically incorrect. I do believe in law enforcement and believe they will do their job, but it seems like to me we aren't getting the whole story. I just wonder how much of this is driven from way higher up and is politically driven -- I just don't know." |
| Return to Top | |

| HEADLINE | **12/10 Suicide by dog attack?** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/michigan-womans-dog-mauling-death-ruled-a-suicide/** |
| GIST | Suicide by dog attack. That's what authorities say was the cause of death for a 22-year-old Port Huron woman who climbed a fence and was mauled by a pit bull and a pit bull mix last week, CBS affiliate WWJ reports. |
|  | Police initially said it was unclear why Rebecca Hardy entered the yard, in the 1700-block of 10th Street, where the dogs were contained. Her fiancé lives on the same street, about a block away. |
|  | Hardy suffered extensive injuries to her face and neck and later died at Beaumont Hospital. |
|  | Following an investigation, the Oakland County Medical Examiner ruled Hardy's death was a |

suicide.

Ljubisa Dragovic said his determination is based on the fact that Hardy deliberately jumped into the backyard -- despite it containing the two "attack dogs."

Dragovic said an investigation revealed that Hardy knew her neighbor's dogs we dangerous and, in the past, had gone to great lengths to avoid them.

"She did climb the fence over and enter that space," Dragovic said. "She did not get through a gate or through the front door of the house -- and that clearly is a purposeful act. It's akin to someone jumping into a cage with tigers or lions at a zoo."

Investigators said Hardy had been kicked out of her home the day she was mauled to death.

Dragovic said there were also scars indicating a previous suicide attempt.

Return to Top

| HEADLINE | **12/10 Rare tornado sighting in Battle Ground** |
|---|---|
| SOURCE | **http://www.komonews.com/news/local/Possible-tornado-touches-down-in-Battle-Ground-361467111.html** |
| GIST | BATTLE GROUND, Wash. -- Several people reported seeing a possible tornado in Battle Ground late Thursday morning.<br><br>The National Weather Service issued a Severe Weather Advisory around 11:30 a.m. Thursday, around the time that the reports started coming in.<br><br>There were no reports of injuries, according to Battle Ground Fire.<br><br>Officials were tracking a weather cell in that area, and confirm it was either a tornado or a microburst. The NWS is sending a team of specialists out to confirm the reports. If the funnel touched ground, it would classify it as a tornado.<br><br>Clark Public Utilities is reporting nearly 3,500 customers without power in Battle Ground, centered around where the storm cell was reported. |
| | Return to Top |

| HEADLINE | **12/10 Former Israel soldier joins ISIS** |
|---|---|
| SOURCE | **http://www.timesofisrael.com/former-idf-soldier-joins-islamic-state-in-syria/** |
| GIST | Muslim Israeli citizen who formerly served in the IDF has joined the ranks of the Islamic State in Syria, Arab intelligence sources told The Times of Israel on Thursday.<br><br>Identified only by the initials H.B., the man is 25 years old and a resident of a village in northern Israel, the sources said. He traveled from Israel to Turkey and then crossed the border |

into Syria.

According to his military identification card, which was seen by a Times of Israel reporter, he was slated to complete his military service in January 2014 and brought his IDF dog tags with him to Syria.

It wasn't immediately clear when the man traveled to Syria, where he crossed the border, or his current whereabouts.

Last month, Israel security services arrested five men from the northern city of Jaljuliya, charging them with attempting to join IS in Syria. A relative of one of the men made headlines in October when he flew a paraglider into southern Syria from the Golan heights to join jihadis fighting there.

Arab intelligence sources told The Times of Israel that between 100 and 150 Israeli Arabs are either serving in or detained by the Islamic State, but this is the first case involving an IDF veteran.

Return to Top

| | |
|---|---|
| HEADLINE | **12/10 Boston runaway train 'tampered with'** |
| SOURCE | **http://www.bbc.com/news/world-us-canada-35065011** |
| GIST | A Boston subway train which left its station without a driver and travelled to four other stations was tampered with, say officials.<br><br>Massachusetts Governor Charlie Baker said "somebody who knew what they were doing" was involved.<br><br>The train, which was heading towards central Boston, was carrying 50 people, none of whom were hurt.<br>The train operator was mildly injured because the train brushed him as it began to move.<br><br>Mr Baker told Boston's Herald Radio that officials have not determined whether the tampering was "negligence versus something else".<br><br>Officials found that a safety device meant to prevent the rail cars from operating without a driver was altered. Mr Baker said it was an "isolated" incident. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Suspicious cellphone purchases** |
| SOURCE | **http://www.foxnews.com/us/2015/12/10/suspicious-cellphone-purchases-made-at-three-missouri-walmarts/?intcmp=hplnws** |
| GIST | Christmas shopping in bulk or something sinister? Missouri police are investigating after at least 100 cellphones were purchased at three Walmarts during the past week, local <u>FOX</u> and |

ABC affiliates reported.

The FBI was contacted in at least two of the cases, though it's unclear if federal officials are actively involved.

"It's not right, it doesn't make any sense," a witness, who did not want to be identified, told ABC 17 about a sale in Columbia. "Who's going to order 50 phones for Christmas? Who does that?"

The first reported purchase happened Friday night, when several men bought dozens of phones around 9:30 p.m. at a Columbia Walmart, <u>ABC 17</u> reported. The men paid in cash, according to a witness.

Then, just before 4 a.m. on Saturday, two men bought about 60 phones in Lebanon, according to <u>KSPR</u>. Police were called and interviewed the men, but did not detain them.

"These people were, they were foreign-speaking," said Laclede County Sheriff Wayne Merritt, who encouraged citizens to call the cops if they observed odd activity. "You need to take notice. You need to let us know about it, because it doesn't hurt to check on it. You're not being racist or anything like that. You're just protecting yourself."

The Macon County Sheriff's Office in a Wednesday <u>Facebook</u> posting said it's investigating a third "recent suspicious purchase of multiple cellphones." It was not clear when that incident occurred or how many cellphones were bought. FoxNews.com called the sheriff's office, but the detective in charge of the investigation was not immediately available.

<u>Return to Top</u>

---

| HEADLINE | **12/10 Florida school pressure cooker threat** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/wireStory/florida-elementary-school-evacuated-pressure-cooker-found-35693408** |
| GIST | A South Florida elementary school was briefly evacuated after a pressure cooker was found outside the building.<br><br>Hialeah Fire Rescue Capt. Cesar Espinosa told the media Hialeah Elementary School was evacuated as a precaution Thursday morning while the bomb squad checked out the pressure cooker, which was under a tree near the school's kindergarten building. They determined it was not dangerous.<br><br>Video footage from television station helicopters showed teachers, students and staff gathering on a playground outside the school.<br><br>The school is in Hialeah, which is near Miami. |
| <u>Return to Top</u> | |

---

| HEADLINE | **12/10 CAIR D.C. office evacuated in threat** |
|---|---|

| SOURCE | http://abcnews.go.com/US/cair-capitol-hill-office-evacuated-foreign-substance-received/story?id=35697769 |
|---|---|
| GIST | The office of the Council on American-Islamic Relations in Washington, D.C., was evacuated today after a "foreign substance" was received in the mail, officials said.<br><br>CAIR Executive Director Nihad Awad and Communication Director Ibrahim Hooper gave an update to the press following the evacuation.<br><br>A field test was done on the white powdery substance found in the envelope along with a hate message mailed to CAIR's main office, according to Awad and Hopper.<br><br>Authorities found no hazard, according to CAIR, and the substance and envelope are now with the FBI where it will undergo extensive testing to confirm its not dangerous.<br><br>But Awad and Hopper said it's more than likely "nothing" and that they receive hate messages, hate mail and threats online "all the time." |
| Return to Top | |

| HEADLINE | 12/10 Armed man arrested Ark. university |
|---|---|
| SOURCE | http://www.cnn.com/2015/12/10/us/arkansas-state-university-armed-man/index.html |
| GIST | Police took a man at Arkansas State University into custody Thursday after the suspect allegedly drove onto campus with a weapon and crashed his car.<br><br>No shots were fired, and there were no reports of any injuries. The school remained on lockdown.<br><br>A spokesman said that the man drove onto campus and crashed his vehicle into a barrier. He described the suspect as a white male. |
| Return to Top | |

# Crime, Criminals

Top of page

| HEADLINE | 12/10 Pierce Co: serial barista stand robber |
|---|---|
| SOURCE | http://www.komonews.com/news/local/Coffee-stand-caper-strikes-seven-times-in-one-month-say-deputies-361509621.html |
| GIST | TACOMA, Wash. - Deputies in Pierce County are trying to track down a barista bandit.<br><br>Coffee stands in Spanaway and Tacoma have been robbed at least seven times since November 3, said Detective Ed Troyer, a spokesman for the Pierce County Sheriff's Department. Investigators believe one man is responsible for all of the crimes, sometimes returning to rob stands he's already hit. |

|  | Deputies describe the suspect as a black man in his mid-20s, about 5'8", wearing dark clothing and a bandana covering his face. Baristas who spoke with KOMO News say the man held the gun in his left hand.<br><br>Some coffee stands have increased security because of the robberies. |
| Return to Top | |

| HEADLINE | **12/09 Serial robber strikes King, Pierce Co.** |
|---|---|
| SOURCE | **http://www.kirotv.com/news/news/authorities-search-suspect-series-robberies/npgMd/** |
| GIST | Pierce and South King County detectives are seeking the public's help in identifying a suspect responsible for at least 15 armed robberies.<br><br>According to authorities, the suspect orders a small item to go, then displays a handgun and demands cash from the register.<br><br>Here are the locations the suspect is believed to have targeted:<br>· 8/25 at Elmer's on S. Hosmer St. in Tacoma<br>· 8/29 at Buttered Biscuit on North St. in Sumner<br>· 8/31 at Ma's Place on 39th Ave. SW in Puyallup<br>· 9/17 at Golden Given Food Mart on Golden Given Rd. in Tacoma<br>· 9/25 at Midland Eatery on Portland Ave. in Tacoma<br>· 9/25 at Seattle Sun Tan on Canyon Rd. in Puyallup<br>· 11/5 at Shari's on Russell Rd. in Kent<br>· 11/12 at Denny's on S. Hosmer St. in Tacoma<br>· 11/17 at IHOP on Campus Dr. in Federal Way<br>· 11/22 at Moctezumas on S. 56th St. in Tacoma<br>· 11/23 at Denny's on Auburn Way S. in Auburn<br>· 11/24 at Subway on Portland Ave. E. in Tacoma<br>· 11/27 at Subway on River Rd. in Puyallup<br>· 12/2 at Denny's on S. 320th St. in Federal Way<br>· 12/4 at Starbucks on S. 56th St. in Tacoma<br><br>Police describe the suspect as a white, 25 to 35 years old, about 5 feet 10 inches tall and 170 pounds. He has been seen wearing a beanie cap, a dark colored hoodie, blue jeans and sometimes sunglasses. |
| Return to Top | |

| HEADLINE | **12/10 Ride share driver called a terrorist** |
|---|---|
| SOURCE | **http://www.seattlepi.com/local/crime/article/Report-Ride-share-driver-assaulted-called-6690242.php** |
| GIST | Seattle police are investigating an assault as a possible hate crime after a ride share driver was attacked and accused of being a terrorist Wednesday night. |

A 36-year-old man who was a passenger is the ride share vehicle has been jailed for investigation of assault.

The ride share company wasn't identified in police reports.

Just before 9 p.m., three men called for a ride share in southwest Seattle. A driver arrived to pick up the men and headed toward their destination in downtown Seattle.

During the trip, however, the front seat passenger began "grabbing at the victim" and called him a terrorist, Seattle police say.

The driver got the man to move to the back of the car and continued driving until he left the freeway and safely stopped the car at First Avenue and Seneca Street, according to reports. He told the passengers to leave his car.

The passengers got out of the car, but the man who initially assaulted the driver reached into the front seat and punched the driver in the head, according to Seattle police.

The driver reported the incident to cops, who found the suspected attacker and arrested him.

Return to Top

| HEADLINE | **12/10 Okla. ex-cop guilty sex assaults** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/wireStory/oklahoma-cop-guilty-rape-sex-abuse-case-35706379** |
| GIST | A former Oklahoma City police officer was convicted Thursday of raping and sexually victimizing eight women on his police beat in a minority, low-income neighborhood.<br><br>Daniel Holtzclaw, who turned 29 Thursday, sobbed as the verdict was read aloud. Jurors convicted him on 18 counts involving eight of the 13 women who had accused him; the jury acquitted him on another 18 counts.<br><br>He could spend the rest of his life in prison based on the jury's recommendation that he serve a total of 263 years, including a 30-year sentence on each of four first-degree rape convictions. He was also convicted of forcible oral sodomy, sexual battery, procuring lewd exhibition and second-degree rape.<br><br>The jury deliberated for about 45 hours over four days. Holtzclaw's sentencing is set for Jan. 21. A judge will decide whether he will have to serve the sentences consecutively. |
| Return to Top | |

| HEADLINE | **12/09 Arrest of Schuyler Barbeau** |
|---|---|
| SOURCE | **http://canadafreepress.com/article/77414** |
| GIST | In the late morning of December 6, 2015, Schuyler Barbeau had been helping Allen Aenk by |

rescuing service dogs as a business service run from the Aenk family Ranch, in Stevens County, Washington, some 280 miles away from where the following events begin to unfold.

**At the Weigh Station**
After dealing with the dogs, Schuyler wanted stop to collect some money owed him by Oliver Murphy. Murphy texted to Schuyler to meet him at a weigh station at Interstate 90 and Washington Highway 18 (between Preston and Snoqualmie). When they arrived at the weigh station, Oliver's car was there, but Oliver was nowhere to be seen. So, they parked next to Oliver's car and Allen got out of the car, cell phone in hand to call his wife and to take the dog to the Dog Walk.

Before he could complete his intended tasks, he saw between 10 and 12 battle dressed people encircle him and the car. He was told to lie down on the ground. He complied, though he questioned why they were being treated this way. They then handcuffed Allen, and since Schuyler was on the other side of the car, he didn't really see what happened to him. Allen did note that he saw FBI, US Marshalls, and Coast Guard, though there were no apparent BATF agents on the scene. But, we'll get to the charges shortly.
The agents were going through his car, but they had no warrant with them, they simply stated that they did have one (There was a warrant to search the car at the premises - ranch, but nothing identifying the car specifically). They then moved Allen away from the car and began asking questions about Schuyler, but were told to ask Schuyler, not him.

After they had searched the car, one of the agents, acting rather rudely and assertively, asked Allen to sign a "Receipt for Property Seized", which Allen refused to sign, and Special Agent Kera O'Reilly (did you ever wonder why gimp kids are special, and so are FBI agents?) affirmed that he refused.

Allen was not allowed to verify some of those seized item, in particular, the "Grey Universal bag with yellow straps", so the feds can do anything they want with the contents. It was Special Agent O'Reilly who, rather rudely, refused Allen's request to review the contents.

Just so we know who the rather rude agent that dealt with Allen is, she was Kera Wulbert, and may have been Kera Wulbert Wagner, prior to that. Around 2013, she married Brendan Gerard O'Reilly (age 46) and quit-claimed her house at 2914 S Hill Street, Seattle, to herself and her new husband.

Enough of that, so, on with the show:
The other Special Agent was Matthew Acker, who acted courteously, as we should be able to expect our public servants to act toward us. These two agents were, apparently, assigned to Allen, while we can suppose that the rest of the jackboots were needed to assure that Schuyler did take over the surrounding forces, though we will have to get that information from him, when he is removed from sequestration and allowed visitors and phone calls.
**The Criminal Complaint**
Though we have no proof of the existence of an Arrest Warrant being issued prior to the arrest, we do have the Criminal Complaint that resulted in the arrest, as well as the search warrant.

About the same time that those events were occurring at the Weigh Station across the state in Springdale, Carrie Aenk was facing her own ordeal. The following is based upon an interview and documents that have been provided.

Thirty to 35 people showed up in 7 or 8 vehicles. Carrie, when she saw them driving in, tried to call Allen. There was no answer. however, the used a battering ram on the back door of the house. They also released some of the dogs from their kennel.

The search warrant is marked "X in the daytime 6:00 a.m. to 10:00 p.m." (Page 1 of pdf). It says nothing about "no knock", so it must be served in a civil manner. A battering ram at the back door of the house hardly satisfies that expectation, but, then, we you give thugs a license, they can do as they please—the Constitution notwithstanding.

I think we need to note here that the search warrant among other things, states that "I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property." However, no affidavit, or recorded testimony, has been provided. And, if we were to assume that the Criminal Complaint somehow satisfies that requirement, then even more curious is the fact that the search warrant brings in charges that were not included in the Complaint, or anywhere else in any of the currently existing court documents.

However, the act of the service of this warrant, after the battering ram entry, gets even more interesting. After they entered the house, they flash-banged every room they entered. Carrie counted at least eight of them in the house. That's right, they threw flash-bang grenades into *each* room, in order to clear it, perhaps, from evil spirits, since it would be difficult to otherwise understand the necessity of causing intentional damage, including gaping holes in walls, windows blown out, not to mention the back door that was battered open, and one helluva mess to prove that the government has come to "help you". If there is an assumption being made here that the government will perform restitution for the damage they caused, especially if the charges are dropped against Schuyler, then you are sadly mistaken.

While this "search" (and destroy) was going on, Carrie was held handcuffed for about an hour and a half, and she was not allowed to contact her attorney. They also held a gun on Carrie throughout this entire ordeal. Perhaps there is reason for concern when there is just one pissed off woman, and only 30 to 35 armed men to keep her under control.

While searching the rest of the premises, they used at least ten more flash bangs, some of them apparently only to scare the dogs, which resulted in laughter by some of the agents, who apparently were enjoying themselves immensely while terrorizing Carrie.

I will conclude by stating that this is, by far, the most egregious abuse of presumed governmental authority that I have seen since my visit to Waco, back in 1993.

| Return to Top | |

| HEADLINE | **12/10 Fears of Muslim harassment rise** |
| SOURCE | **http://abcnews.go.com/US/wireStory/california-shooting-fears-muslim-harassment-rises-35685984** |
| GIST | A severed pig's head was left outside a mosque in Philadelphia. An Islamic center in Florida was defaced. A Sikh temple in California was vandalized by someone who mistook it for a mosque and left graffiti that included a profane reference to the Islamic State group.

Advocacy groups believe there has been a spike in anti-Muslim incidents across the United States in recent weeks that can be linked to last week's mass shooting in California and the inflammatory rhetoric of Donald Trump and other Republican presidential candidates. And they say that Muslims are fearful the backlash could lead to further harassment and violence.

"The spike began with the Paris attacks and has intensified with what happened in San |

Bernardino and now with what Donald Trump is proposing," Ibrahim Hooper, lead spokesman for the Council on American-Islamic Relations, said Wednesday. "I have never seen such fear and apprehension in the Muslim community, even after 9/11."

It's hard to measure the extent of the problem. The FBI, which keeps statistics on hate crimes committed nationwide, counted 154 bias offenses against Muslims last year. Data for 2015 is unavailable.

The Anti-Defamation League, relying partly on complaints and partly on media reports, said it has logged more than three dozen incidents since the Nov. 13 terror attacks in Paris that left 130 dead.

"We're talking at least three dozen that we're aware of, and I'm sure there are many more incidents that haven't been reported," said Oren Segal, the director of the ADL's Center on Extremism.

Return to Top

| HEADLINE | **12/10 Ex-soldier charged w/explosive device** |
|---|---|
| SOURCE | **http://www.seattletimes.com/seattle-news/crime/former-soldier-charged-with-storing-explosive-on-his-tacoma-roof/** |
| GIST | A former soldier suspected of storing a tank-piercing rocket on the roof of his East Tacoma house was criminally charged Thursday, a day after discovery of the explosive prompted a partial evacuation of the neighborhood, including an elementary school.<br><br>Tracy Worwood, 44, pleaded not guilty to unlawful possession of an explosive device without a license and reckless endangerment. He was released on his own recognizance.<br><br>Worwood's underage son visited him in late November, found the Anti-tank projectile and took a picture of it, according to charging papers. When the boy's mom saw the picture, she reported the explosive to the FBI.<br><br>Tacoma police responded to the man's home in the 5000 block of McKinley Avenue about noon Wednesday and found the explosive.<br><br>Worwood, who received an "other than honorable" discharge from the U.S. Army, told investigators he thought it was a training round. |
| Return to Top | |

| HEADLINE | **12/10 WWU student charged in hate crime** |
|---|---|
| SOURCE | **http://www.king5.com/story/news/local/bellingham/2015/12/10/western-washington-university-student-charged-hate-crime/77120194/** |
| GIST | BELLINGHAM, Wash. - A Washington state college student has been charged with malicious harassment, under Washington's hate crime law, for allegedly writing "let's lynch her" on a |

|  | social media post concerning a student leader at Western Washington University.<br><br>The Bellingham Herald reports 19-year-old Tysen Campbell was charged in Whatcom County Superior Court on Thursday.<br><br>Charging papers show that Campbell's comment was made in response to a comment by WWU Associated Students President Belina Seare on Facebook in which she called college students "baby KKK."<br><br>According to the documents, Campbell admitted he made the post and that he deleted it soon after. He also acknowledged he knew what lynching was and that he associated it with the Ku Klux Klan, but that he did not actually intend to lynch anybody. |
|---|---|
| Return to Top | |

| HEADLINE | 12/10 Student faces bomb threat charges |
|---|---|
| SOURCE | http://abcnews.go.com/US/wireStory/students-face-charges-bomb-threat-school-evacuation-35703754 |
| GIST | A Mississippi teenager faces charges after a homemade explosive was found at Warren Central Junior High's library and detonated in a nearby field.<br><br>Vicksburg Police Capt. Sandra Williams said in a news release that the student of Vicksburg, about 45 miles west of Jackson, will face charges of possession of an explosive device and having weapons — knives — on school property.<br><br>The Vicksburg Post reports a second student was booked with having a knife on school property but Williams said authorities don't believe that student was involved with making or transporting the device to the school.<br><br>Both students are being held pending a hearing in youth court. Their names and ages were withheld. |
| Return to Top | |

| HEADLINE | 12/10 La. city marshals indicted in child death |
|---|---|
| SOURCE | http://abcnews.go.com/US/wireStory/grandmother-boy-killed-police-shooting-release-video-35698421 |
| GIST | A grand jury in Louisiana indicted two deputy city marshals on second-degree murder charges Thursday in the fatal shooting of a 6-year-old autistic boy last month while he was strapped into the front seat of his father's vehicle.<br><br>The indictment handed up by an Avoyelles Parish grand jury charged Derrick Stafford, 32, and Norris Greenhouse Jr., 23, with one count each of second-degree murder and attempted second-degree murder. |

| | |
|---|---|
| | Police say Stafford, a full-time police lieutenant, and Greenhouse, a former police officer, were moonlighting as deputy city marshals in Marksville on the night of Nov. 3 when they fired at least 18 rounds at a car driven by Chris Few. The shooting severely wounded Few and killed his son, Jeremy Mardis.<br><br>Stafford and Greenhouse were arrested on second-degree murder charges last month but not formally charged until Thursday.<br><br>Attorney General James D. "Buddy" Caldwell Thursday vowed to "continue its detailed and thorough investigation as we prepare for trial." |
| Return to Top | |

**Information From Online Communities and Unclassified Sources/InFOCUS is a situational awareness report published daily by the Washington State Fusion Center.**

**If you no longer wish to receive this report, please submit an email to <u>intake@wsfc.wa.gov</u> and enter UNSUBSCRIBE InFOCUS in the Subject line.**

**DISCLAIMER – the** articles highlighted within InFOCUS is for informational purposes only and do not necessarily reflect the views of the Washington State Fusion Center, the City of Seattle, the Seattle Police Department or the Washington State Patrol and have been included only for ease of reference and academic purposes.

**FAIR USE Notice**  All rights to these copyrighted items are reserved. Articles and graphics have been placed within for educational and discussion purposes only, in compliance with 'Fair Use' criteria established in Section 107 of the Copyright Act of 1976. The principle of 'Fair Use' was established as law by Section 107 of The Copyright Act of 1976. 'Fair Use' legally eliminates the need to obtain permission or pay royalties for the use of previously copyrighted materials if the purposes of display include 'criticism, comment, news reporting, teaching, scholarship, and research.' Section 107 establishes four criteria for determining whether the use of a work in any particular case qualifies as a 'fair use'. A work used does not necessarily have to satisfy all four criteria to qualify as an instance of 'fair use'. Rather, 'fair use' is determined by the overall extent to which the cited work does or does not substantially satisfy the criteria in their totality. If you wish to use copyrighted material for purposes of your own that go beyond 'fair use,' you must obtain permission from the copyright owner. For more information go to: <http://www.law.cornell.edu/uscode/17/107.shtml>
THIS DOCUMENT MAY CONTAIN COPYRIGHTED MATERIAL. COPYING AND DISSEMINATION IS PROHIBITED WITHOUT PERMISSION OF THE COPYRIGHT OWNERS.
Source: http://www.law.cornell.edu/uscode/17/107.shtml

Return to Top

**To:**
**From:** 
**Sent:**     Tue 12/22/2015 11:20:47 PM
**Subject:**   RE: Tecs entry

The TECS document is uploaded into NForce and comments in the management log.

**From:** (b) (6)
**Sent:** Tuesday, December 22, 2015 2:59 PM
**To:** (b) (6)
**Subject:** RE: Tecs entry

Thank you sir.

**From:** (b) (6)
**Sent:** Tuesday, December 22, 2015 2:52 PM
**To:** (b) (6)
**Subject:** RE: Tecs entry

Here you go!



# (b) (6), (b) (7)(C)

# (b) (6)

**From:** (b) (6)

**Sent:** Tuesday, December 22, 2015 2:02 PM
**To:** (b) (6)
**Subject:** Tecs entry

(b) (6) can you put (b) (6) in tecs (b) (6)
(b) (6)
Can you please place the tecs entry number in NFORCE I have added you and given you access.

Let me know if you need anything else.

Thanks



(b) (6)
Special Agent/CES
ATF Seattle

(d)
(f)  
(c)

**To:**      DOL INT Fraud[FRAUD@DOL.WA.GOV]
**From:**    (b) (6)
**Sent:**    Wed 12/9/2015 12:02:01 AM
**Subject:** RE: Driver's License Card View Photo - Both Views

Thank you!



**From:** DOL INT Fraud [mailto:FRAUD@DOL.WA.GOV]
**Sent:** Tuesday, December 08, 2015 3:57 PM
**To:** (b) (6)
**Subject:** RE: Driver's License Card View Photo - Both Views

*Here is your request*

(b) (6)

*Support Enforcement Tech*
*LIU*

**"Skip a trip - go online"**
**www.dol.wa.gov**

This message (including any attachments) may be confidential. Dissemination, distribution, or copying of the communication without approval from the Department of Licensing is prohibited. If this message is received in error, please notify the sender and delete the message.

**From:** (b) (6)
**Sent:** Tuesday, December 08, 2015 3:55 PM
**To:** DOL INT Fraud
**Subject:** Driver's License Card View Photo - Both Views

Hello,

I have a request for a **Detailed Driver's License Card View Photo**, Complete with physical Description, Date of Birth and Correct Address for the following person(s). **Also**, please send a **Card View Large Format** of these subject(s) in addition to the Detailed Driver's License Card view photo.



Subject(s) are under criminal investigation for violation of federal firearms laws.

Thank you very much for your assistance,



**To:** ▉ (b) (6)
**From:** DOL INT Fraud
**Sent:** Tue 12/8/2015 11:56:55 PM
**Subject:** RE: Driver's License Card View Photo - Both Views

▉ (b) (6)

*Here is your request*

▉ (b) (6)

*Support Enforcement Tech*
*LIU*

## "Skip a trip - go online"
### www.dol.wa.gov

This message (including any attachments) may be confidential. Dissemination, distribution, or copying of the communication without approval from the Department of Licensing is prohibited. If this message is received in error, please notify the sender and delete the message.

**From:** ▉ (b) (6)
**Sent:** Tuesday, December 08, 2015 3:55 PM
**To:** DOL INT Fraud
**Subject:** Driver's License Card View Photo - Both Views

Hello,

I have a request for a **Detailed Driver's License Card View Photo**, Complete with physical Description, Date of Birth and Correct Address for the following person(s).  **Also**, please send a **Card View Large Format** of these subject(s) in addition to the Detailed Driver's License Card view photo.



Subject(s) are under criminal investigation for violation of federal firearms laws.

Thank you very much for your assistance,



(b) (6)





**To:** DOL INT Fraud[FRAUD@DOL.WA.GOV]
**From:** (b) (6)
**Sent:** Tue 12/8/2015 11:55:28 PM
**Subject:** Driver's License Card View Photo - Both Views

Hello,

I have a request for a **Detailed Driver's License Card View Photo**, Complete with physical Description, Date of Birth and Correct Address for the following person(s). **Also**, please send a **Card View Large Format** of these subject(s) in addition to the Detailed Driver's License Card view photo.



Subject(s) are under criminal investigation for violation of federal firearms laws.

Thank you very much for your assistance,

(b) (6)
*ATF Intelligence Research Specialist*
*Seattle Field Intelligence Group IV*
*915 2nd Ave., Suite 790 Seattle, WA 98174*
*Office Phone:* (b) (6)
*Cell Phone:* (b) (6)
*Office Fax:* (b) (6)
*Email:* (b) (6)

**To:** (b) (6)
**From:** (b) (6)
**Sent:** Tue 12/22/2015 10:51:51 PM
**Subject:** RE: Tecs entry
(b) (6)

Here you go!





(b) (6)

(b) (6)
(b) (6)
(b) (6)

**From:** 

**Sent:** Tuesday, December 22, 2015 2:02 PM
**To:** (b) (6)
**Subject:** Tecs entry

(b) (6) can you put (b) (6)　in tecs　(b) (6)
(b) (6)
Can you please place the tecs entry number in NFORCE I have added you and given you access.

Let me know if you need anything else.

Thanks



(b) (6)
Special Agent/CES
ATF Seattle

(d)
(f)　
(c)

(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)

**To:** (b) (6)
**From:** (b) (6)
**Sent:** Tue 12/22/2015 10:58:37 PM
**Subject:** RE: Tecs entry

Thank you sir.

**From:** (b) (6)
**Sent:** Tuesday, December 22, 2015 2:52 PM
**To:** (b) (6)
**Subject:** RE: Tecs entry

Here you go!





(b) (6)

(b) (6)
(b) (6)
(b) (6)

**From:** 

**Sent:** Tuesday, December 22, 2015 2:02 PM
**To:** (b) (6)
**Subject:** Tecs entry

(b) (6) can you put (b) (6) in tecs (b) (6)
(b) (6)
Can you please place the tecs entry number in NFORCE I have added you and given you access.

Let me know if you need anything else.

Thanks



(b) (6)
Special Agent/CES
ATF Seattle

(d)
(f) 
(c)

To:       AG-CJD-BULLETIN@LISTSERV.WA.GOV[AG-CJD-BULLETIN@LISTSERV.WA.GOV]
From:     (b) (6)
Sent:     Wed 8/9/2017 7:06:26 PM
Subject:  (b) (6) (Federal Way PD)
(b) (6) (FedWyPD).pdf

**Additional info:** 

**This bulletin is distributed by the Attorney General's Office on behalf of the Federal Way Police Department.**

**Please direct all inquiries to:**

(b) (6)

**\*\*\*CONFIDENTIAL\*\*\***

**NOT FOR PUBLIC DISCLOSURE (RCW 42.56.240) – DO NOT POST IN THE COMMUNITY FOR CRIMINAL JUSTICE PURPOSES ONLY**

**DISPOSE OF IN A SHREDDER**

**This bulletin may contain criminal history record information, which includes non-conviction data. Such data may be disseminated between criminal justice agencies for any purpose associated with the administration of criminal justice. However, further dissemination may subject you to sanctions including criminal penalties pursuant to RCW 10.97 et sec.**

To unsubscribe from the AG-CJD-BULLETIN list, click the following link:
https://listserv.wa.gov/cgi-bin/wa?SUBED1=AG-CJD-BULLETIN&A=1



**To:** (b) (6)
**Cc:** (b) (6)
**From:** (b) (6)
**Sent:** Wed 12/9/2015 12:51:20 AM
**Subject:** (b) (6)



(b) (6)

Here is the information that you requested. If you need additional information, let me know.

(b) (6)

(b) (6)

*ATF Intelligence Research Specialist*
*Seattle Field Intelligence Group IV*
*915 2nd Ave., Suite 790 Seattle, WA 98174*
*Office Phone:* (b) (6)
*Cell Phone:* (b) (6)
*Office Fax:* (b) (6)
*Email:* (b) (6)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)



Case 1:21-cv-03354-DLF    Document 25-3    Filed 05/31/24    Page 287 of 644

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

To: (b) (6), (b) (7)(C)
Bcc: (b) (6), (b) (7)(C)
From: (b) (6), (b) (7)(C)
Sent: Fri 12/11/2015 3:26:16 PM
Subject: 2015_12_11 Information From Online Communities and Unclassified Sources (InFOCUS)
2015_12_11.pdf

# InFOCUS
## Friday – 11 December 2015

| | International | National | Regi |
|---|---|---|---|
| **Events, Opportunities** Go to articles | 12/11 Militants fire at Ukraine forces<br>12/11 Continued drop in global oil prices<br>12/10 Canada welcomes Syrian refugees<br>12/10 Iranians angry over US visa change<br>12/10 Saudi Arabia, US in massive arms deal<br>12/10 Welcoming refugees and footing the bill | 12/11 Irradiated: secret, tragic US legacy<br>12/11 Worst weather expected coming months<br>12/10 How many Muslims immigrating to US?<br>12/10 Concern: home laser Christmas lights<br>12/10 Budget deficit widens to $65B in Nov.<br>12/10 Education law shifts power to states<br>12/10 Depletion of ground water worsening<br>12/10 Evolving state of American policing<br>12/10 Brain's on public health campaigns<br>12/10 Tracking overstay foreign visitors<br>12/10 Survey: fewer teens driving drunk<br>12/10 Study: 20% kids w/high cholesterol<br>12/10 'Happy Birthday' copyright settled<br>12/10 Medical helicopter crash in Calif.<br>12/10 Winter El Nino not backing down<br>12/10 New flood of migrants at border<br>12/10 Major airlines ban hoverboards<br>12/10 Recall: Sweet Leaf Tea bottles<br>12/09 Experts warn fleas are mutating<br>12/08 Workplace: NASA good, DHS bad | 12/11 Wild wea<br>12/10 Seattle p<br>12/10 Woodlan<br>open<br>12/10 Seattle C<br>violations<br>12/10 Feds war<br>tech.<br>12/10 Seattle P<br>videos<br>12/10 New styl<br>thug?<br>12/10 Bellevue<br>data<br>12/10 Swedish<br>menu |
| **Cyber Awareness** Go to articles | 12/11 Canada seeks new cybersecurity network<br>12/10 ISIS' homebrewed encryption app?<br>12/10 Large UK website hosting attacked<br>12/10 Canada: ISIS hack on plane unlikely<br>12/10 IATA: cyberattacks on planes costly<br>12/10 Mystery hackers eye Internet shutdown? | 12/10 Encryption stymies national security?<br>12/10 Using online search to stop infections<br>12/10 Cyber criminals seek to cut costs<br>12/10 Ships' data recorders vulnerable<br>12/10 FBI 'hacks' to investigate crime | |
| **Terror Conditions** Go to articles | 12/11 Saddam's men help ISIS rule<br>12/11 ISIS threatens UNESCO site in Libya<br>12/10 Canada: security alert level not raised<br>12/10 RCMP aware report of Toronto threat<br>12/10 Finland arrests suspected extremists<br>12/10 Britain's jihad hotspots revealed | 12/11 America's most wanted: al-Adnani<br>12/11 FBI: Garland gunmen texted terrorist<br>12/11 NYC bomb plot revealed in guilty plea<br>12/10 Minn. suspect denies San | |

| | | | |
|---|---|---|---|
| | 12/10 UK terror arrests reach record level<br>12/10 US: ISIS oil going to Assad regime<br>12/10 Paris attack gun link to US dealer<br>12/10 Geneva police hunt ISIS suspects<br>12/10 Arab states and the war on ISIS<br>12/10 ISIS retakes key town in Syria<br>12/10 Paris attacker urged 'kill them'<br>12/09 France jails 3 for 'train attack bluff' | Bernardino link<br>12/10 Extremist groups ignored Calif. shooter<br>12/10 FBI searches lake near San Bernardino<br>12/10 Feds investigate other potential plots<br>12/10 Terrorist shooting intelligence failure?<br>12/10 Conflicted portrait of terrorists' friend<br>12/10 Intel: ISIS makes fraudulent passports<br>12/10 USAF plans massive drone expansion<br>12/10 Feds arrest 'emir' of ISIS recruiting<br>12/10 Claim: DHS nixed effective program<br>12/10 Calif. shooters planned bigger?<br>12/10 Pentagon: 3 ISIS leaders killed<br>12/10 ISIS vs special operations<br>12/08 Why do people join ISIS? 9 reasons | |
| **Suspicious, Unusual**<br>Go to articles | 12/11 Cambodia deaths linked to BBQ dog<br>12/10 Hoax: drug cartel vs. ISIS<br>12/10 Former Israel soldier joins ISIS<br>12/10 Report: MH370 was 'zombie plane'<br>12/10 Fears: new E. coli strain 'drug resistant' | 12/10 Armed man arrested at Ark. University<br>12/10 Boston runaway train 'tampered with'<br>12/10 Florida school pressure cooker 'threat'<br>12/10 CAIR D.C. office evacuated in 'threat'<br>12/10 Questions about college knife attack<br>12/10 Suspicious cellphone purchases<br>12/10 Unusual weather patterns in US<br>12/10 Suicide by dog attack?<br>_ | 12/10 Rare torn<br>Ground<br>12/10 Snohomi |
| **Crime, Criminals**<br>Go to articles | | 12/10 Fears of Muslim harassment rise<br>12/10 Okla. ex-cop guilty of sex assaults<br>12/10 Student faces bomb threat charges<br>12/10 La. city marshals indicted in child death | 12/10 Ride sha<br>12/10 WWU stu<br>12/10 Ex-soldie<br>device<br>12/10 Pierce Co<br>robber<br>12/09 Serial rol<br>12/09 Arrest of |

DISCLAIMER and FAIR USE Notice

# Event Calendar

Top of page

| Date | Event | Location/Time | Other Information |
|---|---|---|---|
| **25-29** | IALEIA/LEIU | Training Event Location & | **http://www.ialeia.org/training-and-** |

| April 2016 | Training Conference | Reservations: (training will be at the Hilton)<br><br>New Orleans Riverside; Two Poydras Street, New Orleans, Louisiana Tel: (504) 561-0500 | **certification/conference/ialeia-leiu-annual-training-event-no-2016.html** |
| --- | --- | --- | --- |
| | | | |
| | | | |
| Return to Top | **\*\*indicates new event/new information added during reporting week** | | |

# Events, Opportunities

Top of page

| HEADLINE | **12/10 Medical helicopter crash in Calif.** |
| --- | --- |
| SOURCE | **http://www.khq.com/story/30722301/four-killed-in-medical-helicopter-crash-in-bakersfield-california** |
| GIST | BAKERSFIELD, Calif. - Four people were killed Thursday after a medical helicopter crashed while on its way to a California hospital Thursday night, NBC news reports.<br><br>The four victims were the pilot, a nurse, a paramedic, and a patient.<br><br>The SkyLife helicopter was traveling from Fresno to San Joaquin Community Hospital in Bakersfield — a 10-minute flight — and a search was started at 7:37 p.m. after there was no contact with the aircraft for 30 minutes, NBC affiliate KGET reported.<br><br>The search was hindered by bad weather and rain, but they eventually found a debris field. Searchers determined there were no survivors, Kern County Sheriff's Office Lt. Bill Smallwood officials told NBC News.<br><br>"We continue to pray vigilantly for our first responders and everyone involved," San Joaquin Community Hospital president and CEO Doug Duffield said.<br><br>The helicopter crashed in an area north of Bakersfield made up of mostly orchards, a fire official said. |
| Return to Top | |

| HEADLINE | **12/11 Irradiated: secret, tragic US legacy** |
| --- | --- |
| SOURCE | **http://media.mcclatchydc.com/static/features/irradiated/** |
| GIST | Byron Vaigneur watched as a brownish sludge containing plutonium broke through the wall of his office on Oct. 3, 1975, and began puddling four feet from his desk at the Savannah River nuclear weapons plant in South Carolina. |

The radiation from the plutonium likely started attacking his body instantly. He'd later develop breast cancer and, as a result of his other work as a health inspector at the plant, he'd also contract chronic beryllium disease, a debilitating respiratory condition that can be fatal.

"I knew we were in one helluva damn mess," said Vaigneur, now 84, who had a mastectomy to cut out the cancer from his left breast and now is on oxygen, unable to walk more than 100 feet on many days. He says he's ready to die and has already decided to donate his body to science, hoping it will help others who've been exposed to radiation.

Vaigneur is one of 107,394 Americans who have been diagnosed with cancers and other diseases after building the nation's nuclear stockpile over the last seven decades. For his troubles, he got $350,000 from the federal government in 2009.

His cash came from a special fund created in 2001 to compensate those sickened in the construction of America's nuclear arsenal. The program was touted as a way of repaying those who helped end the fight with the Japanese and persevere in the Cold War that followed.

Most Americans regard their work as a heroic, patriotic endeavor. But the government has never fully disclosed the enormous human cost.

Now with the country embarking on an ambitious $1 trillion plan to modernize its nuclear weapons, current workers fear that the government and its contractors have not learned the lessons of the past.
For the last year, McClatchy journalists conducted more than 100 interviews across the country and analyzed more than 70 million records in a federal database obtained under the Freedom of Information Act.

Among the findings:
- McClatchy can report for the first time that the great push to win the Cold War has left a legacy of death on American soil: At least 33,480 former nuclear workers who received compensation are dead. The death toll is more than four times the number of American casualties in the wars in Afghanistan and Iraq.
- Federal officials greatly underestimated how sick the U.S. nuclear workforce would become. At first, the government predicted the program would serve only 3,000 people at an annual cost of $120 million. Fourteen years later, taxpayers have spent sevenfold that estimate, $12 billion, on payouts and medical expenses for more than 53,000 workers.
- Even with the ballooning costs, fewer than half of those who've applied have received any money. Workers complain that they're often left in bureaucratic limbo, flummoxed by who gets payments, frustrated by long wait times and overwhelmed by paperwork.
- Despite the cancers and other illnesses among nuclear workers, the government wants to save money by slashing current employees' health plans, retirement benefits and sick leave.
- Stronger safety standards have not stopped accidents or day-to-day radiation exposure. More than 186,000 workers have been exposed since 2001, all but ensuring a new generation of claimants. And to date, the government has paid $11 million to 118 workers who began working at nuclear weapons facilities after 2001.

Return to Top

| HEADLINE | **12/10 Swedish Hospital removes juice** |
|---|---|
| SOURCE | **http://www.komonews.com/news/local/Seattles-Swedish-Hospital-first-in-US-to-take-juice-off-the-menu-361496321.html** |
| GIST | SEATTLE - A popular drink is off the menu at Swedish Medical Center in Seattle. Pediatric patients are no longer served juice. And doctors want the sugar-filled beverage banned at home, too. |
| | Nine-year-old Gabe spent the night at Swedish Medical Center so doctors could check his seizure medication. That means waking up to breakfast in bed of a breakfast burrito, fruit and milk. Gabe would prefer juice to drink, but it's not an option here. |
| | Gabe's dad, Tim Kolze, said they serve juice at home. "It usually seems like it would be a pretty healthy choice. 100% juice, so I wouldn't see why not," he said. |
| | Dr. Uma Pisharody can explain. She specializes in Pediatric Gastroenterology, specifically seeing patients with liver disease. "The most common liver disease in childhood is something called Non Alcoholic Fatty Liver Disease (NAFLD). So it's the exact same fatty liver condition you see in alcoholics, but we call it 'non' because it's in kids," Dr. Pisharody said. "We know it's from excessive sugar intake. And one of the molecules in sugar is a chemical called fructose. Fructose directly leads to this non-alcoholic fatty liver disease." |
| | NAFLD is the most common liver disease in the country, striking one in 10 children, and the number of younger kids affected is growing. While it might seem like fat in the diet is the problem, Dr. Pisharody said sugar is the culprit. She tells her patients to cut excess sugar from their diets, and juice can be loaded with it. |
| | "So all the patients I take care of, I tell them over and over, cut back on your juice intake. No soda, no added sugars. That's their mantra. They know not to take juice or sugars," she said. |
| <u>Return to Top</u> | |

| HEADLINE | **12/10 Woodland I-5 mudslide partially open** |
|---|---|
| SOURCE | **http://www.komonews.com/news/local/I-5-mudslide-tops-growing-list-of-storm-caused-road-closures--361422311.html** |
| GIST | WOODLAND, Wash. - Washington State Department of Transportation crews have reopened two lanes of Interstate 5 near Woodland about 26 miles north of Portland, Ore., where a huge mudslide came down across the roadway on Wednesday. |
| | Governor Jay Inslee toured the slide area on Thursday and thanked crews for their efforts in getting the road back open. |
| | "These boulders are bigger when you see them in person than they are when you see them on your TV screens. Even a wide screen. It's pretty impressive how this rock fractured," said Inslee. |
| | The blockage trapped thousands of motorists in a 15-mile-long backup overnight. Many of them had to sleep in their cars or spent the night at a nearby Wal-Mart parking lot. |

| | |
|---|---|
| | Some trucks were stranded on the freeway for more than 24 hours. Officials say it could take until Friday to fully reopen the freeway. A detour is available via Oregon Highway 30, although there are major delays. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/11 Worst weather expected in coming months** |
| SOURCE | **http://www.foxnews.com/science/2015/12/11/worst-this-el-nino-expected-in-coming-months.html?intcmp=hpbt4** |
| GIST | The current El Nino has yet to pack a punch  – and isn't responsible for some of the strange weather already being seen in the United States.<br><br>Forecasters from the National Oceanic and Atmospheric Administration (NOAA) are still predicting with near certainty that this El Nino will last through the winter and will be the strongest since the 1997-98 El Nino and possibly the third strongest since 1950. The 1997-98 event sparked widespread storms and flooding that caused more than $4 billion in damage and killed 189 people nationwide.<br><br>El Niño - meaning in Spanish "the little boy, or Christ child" - is created when the equatorial waters of the Pacific Ocean warm significantly.<br><br>They are also forecasting wetter than average conditions out West from January to March and above average temperatures in the northern half of the contiguous U.S., Alaska and much of Hawaii. Below-average temperatures, meanwhile, are most likely in the southern Plains while much of the South will see wetter than average.<br><br>But Mike Halpert, deputy director, NOAA's Climate Prediction Center, told reporters that the amounts of tropical rainfall associated with El Nino so far across the east-central Pacific and all the way to eastern part of the Pacific have been less than what was seen in other strong El Nino years like 1997-98. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/11 Continued drop in global oil prices** |
| SOURCE | **http://abcnews.go.com/Business/wireStory/asian-shares-slip-fed-nears-japan-yen-weakness-35707912** |
| GIST | World stock markets turned lower on Friday, shaken by another drop in the price of oil and as investors prepared for the Fed's key meeting next week on interest rates.<br><br>KEEPING SCORE: France's CAC 40 shed 1.5 percent to 4,567.42 and Germany's DAX lost 1.7 percent to 10,423.10. Britain's FTSE 100 retreated 1.2 percent to 6,015.66. U.S. stocks were poised to open lower. Dow futures were down 0.9 percent while the broader S&P 500 futures shed 0.8 percent. |

| | |
|---|---|
| | ENERGY: The price of U.S. benchmark crude fell further, sinking 57 cents to $36.19 a barrel in electronic trading on the New York Mercantile Exchange. The contract fell 40 cents, or 1 percent, to settle at $36.76 a barrel on Thursday, its lowest level since early 2009.

The International Energy Agency on Friday forecast that the oversupply of crude would continue until late next year and demand would weaken, a dynamic that would continue to weigh on prices. Though the drop in the oil price can help consumers and businesses by reducing energy bills, the recent decline has been weighing on stocks as investors worry it is a sign of a weak global economy. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/11 Wild weather eases drought worries** |
| SOURCE | **http://abcnews.go.com/US/wireStory/wild-northwest-weather-eases-drought-worries-35709582** |
| GIST | Fierce Northwest storms that sent rivers bursting from their banks, closed roadways and produced a rare tornado have had one positive effect — easing summer drought concerns that prompted cities to active water shortage plans.

The moisture is helping to fill reservoirs earlier and recharging the groundwater, said Scott Pattee, water supply specialist with the Natural Resources Conservation Service based in Mount Vernon.

But "a lot of this rain is going down hard so it's flowing straight through the snowpack, and it's not adding to it," he added.

Much of Washington's water supply depends on mountain snowpack that builds over winter, and melts in spring and summer.

The latest report from the U.S. Drought Monitor Thursday showed the area west of the Cascade Mountains in Washington is no longer in drought.

Cities like Seattle, Everett and Tacoma implemented water shortage plans when unseasonably dry summer conditions left the region parched. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/09 Experts warn fleas mutating** |
| SOURCE | **http://sanfrancisco.cbslocal.com/2015/12/09/vets-warn-fleas-becoming-resistant-to-chemical-treatments/** |
| GIST | SAN FRANCISCO (CBS SF) — Experts say fleas may be mutating and becoming more resistant to topical anti-flea treatments peskier than ever for Bay Area pet owners trying to get rid of them.

One vet KPIX spoke to said the smelly solutions designed to kill fleas that pet owners have been applying to their cats and dogs may not help thanks to survival of the fittest flea. |

|  | Katherine Van Ekert with VetPronto is one of many Bay Area vets that are telling pet owners the anti-flea solution produced by companies like Frontline and Advantage that they are buying isn't working.

"You can imagine when we're applying a flea product that's designed to kill a flea and those fleas have random mutations the genes that are resulting and are allowing the fleas to survive are going to win," explained Van Ekert.

Fleas may have mutated, but Van Ekert says the flea problem also has to do with the warmer weather. |
|---|---|
| Return to Top |  |

| HEADLINE | **12/08 Workplace: NASA good, DHS bad** |
|---|---|
| SOURCE | **http://www.govexec.com/management/2015/12/nasa-best-place-work-government-homeland-security-worst-again/124268/** |
| GIST | The level of job satisfaction among federal employees at agencies with similar missions in areas such as law enforcement and public health varies widely, according to a new analysis of the "Best Places to Work in the Federal Government."

For the first time, the authors of the report – which is based on data from the Office of Personnel Management's annual Federal Employee Viewpoint Survey – grouped 75 federal organizations by six mission areas: energy and environment, financial regulation, law enforcement, national security, oversight and public health.

The FBI was the top agency in the law enforcement category, with a "satisfaction and commitment" score of 69.9 among employees, while the Secret Service had a score of 33.4 in that category – a 36.5 point difference. The Secret Service was the subject of a recent House Oversight and Government Reform Committee report detailing the agency's rock-bottom morale, a series of botched operations, and difficulty rooting out bad behavior.

Another significant gap in job satisfaction based on the 2015 data existed between the Federal Deposit Insurance Corporation, which ranked as the top mid-size agency in the analysis, and the Commodity Futures Trading Commission, which ranked toward the bottom in the small agency category.

Agencies that were at the top and bottom last year occupied those slots in 2015 too. For the fourth consecutive year, NASA was the No. 1 place to work among large federal agencies, with a job satisfaction and commitment score of 76.1 (out of 100) among employees. The intelligence community, departments of Justice, State and Commerce rounded out the top five. The rankings include 391 federal agencies and their subcomponents.

The Homeland Security Department, which has struggled with morale and management since its creation, ranked last among large agencies again. The Veterans Affairs Department, plagued with scandal and mismanagement since the 2014 scandal involving excessive wait times for patient appointments erupted, also ranked at the bottom. |
| Return to Top |  |

| | |
|---|---|

| HEADLINE | **12/10 Brain's on public health campaigns** |
|---|---|
| SOURCE | **http://www.upenn.edu/spotlights/your-brains-take-public-health-campaigns** |
| GIST | Mass media campaigns have proven to influence people's health-related decision making—for better or for worse. Effective messaging has helped millions quit smoking, exercise more, and eat better, while failed campaigns have backfired, sometimes even causing those with unhealthy habits to dig deeper into their vices. |
| | "We don't always know what's going to persuade us," says Emily Falk, an associate professor at the Annenberg School for Communication. "In the moment, it might feel like one set of advertisements is appealing, but that doesn't always translate into downstream behavior." |
| | In a recently published study in the journal Social Cognitive and Affective Neuroscience, a team of researchers led by Falk discovered a new way to help predict the success of public health campaigns. Instead of just asking someone's opinion, they looked inside people's brains and measured their neural reactions when they viewed specific advertisements. |
| | Using functional magnetic resonance imaging (fMRI), the researchers recorded the brain activity of 50 smokers from Michigan who viewed a total of 40 anti-smoking images, including some that the Food and Drug Administration was considering using as warning labels. Researchers focused on the medial prefrontal cortex (MPFC) region of the brain, which helps people gauge how valuable or relevant information is to them. |
| | The more activity in the MPFC, the more motivating the image would be to stop a person from smoking, the researchers believed. |
| | To test this hypothesis, they compared the fMRI results from the small sample of smokers to a large anti-smoking email campaign sent in partnership with the New York State Smokers' Quit Line. One of the same 40 images was sent to each of the 800,000 smokers, along with the slogan "Stop Smoking. Start Living." Each email included a link to online smoking cessation resources. |
| | The researchers found that the same anti-smoking images that caused powerful MPFC responses were also most effective at getting New York smokers to click the get-help link. |
| | This information is a convincing demonstration of how looking at brain activity can help when creating a public health campaign, Falk says. But that still doesn't mean it can take the place of self-reported data. |
| | "Asking people does give us some important information, too," Falk says. "Essentially what's best is to do both." |
| Return to Top | |

| HEADLINE | **12/10 Bellevue partners w/Bloomberg** |
|---|---|
| SOURCE | **http://www.bellevuereporter.com/news/361343621.html** |

| GIST | The City of Bellevue announced on Tuesday, Dec. 8 that it was selected to participate in the new "What Works Cities" initiative, taking a huge step toward making its data easy to access and open to the public.<br><br>The initiative is a national drive sponsored by Bloomberg Philanthropies which wants to connect mid-sized cities to enhance the use of data and evidence to look for solutions to problems which may arise.<br><br>Mayor Claudia Balducci said Bellevue has made increasing use of data in the last 15 years, and the What Works Cities initiative would help hone those skills.<br><br>"We're very excited and proud to announce that Bellevue has been selected for What Works Cities," she said. "The data used could be almost anything, cities generate a tremendous amount of data. By unleashing the power of data, we will build capacity in our operations, increase transparency and improve the way services are delivered to Bellevue residents."<br><br>An open data portal on the City of Bellevue's website is scheduled for early 2016. Residents will be able to access data easily and efficiently, said Sabra Schneider, chief operating officer of information technology.<br><br>"We are committed to building apps against data which can benefit our residents," she said. "We can set a framework for open data and problem solving." |
|------|------|
| Return to Top | |

| HEADLINE | **12/10 'Happy Birthday' copyright settled** |
|------|------|
| SOURCE | **http://www.nbcnews.com/business/business-news/happy-birthday-copyright-suit-settled-n477671** |
| GIST | A settlement has been reached in a U.S. lawsuit with Warner/Chappell Music over the copyright to "Happy Birthday to You" that will put one of the world's most recognizable songs in the public domain, according to court papers released on Wednesday and a source close to the case.<br><br>Terms of the deal were not disclosed in court papers announcing the settlement, but it puts an end to the class-action lawsuit filed in 2013 by a group of artists and filmmakers who had sought a return of the millions of dollars in fees the company had collected over the years for use of the song.<br><br>Once the settlement is finalized, the song will be in the public domain, the source said. That means it will be free for all to use without fear of a lawsuit. |
| Return to Top | |

| HEADLINE | **12/10 How many Muslims immigrating to US?** |
|------|------|
| SOURCE | **http://www.nbcnews.com/storyline/immigration-border-crisis/mass-migration-muslims-u-s-mostly-mirage-n477306** |

| GIST | Not one predominantly Muslim nation makes the list of top 10 countries of origin for legal immigrants in 2013, according to the most recent census figures compiled by the Migration Policy Institute.<br><br>At #14, Pakistan was the top-ranked Islamic country with 13,251 legal permanent residents — just 1 percent of the total 990,553 immigrants who received Green Cards that year, the figures showed.<br><br>"Definitely as a share of the foreign population, Middle Eastern and North African immigrants are small," Marc Rosenblum, deputy director of the organization's U.S. immigration policy project, told NBC News.<br>"But right now there is a lot of fear about terrorism and that affects how people perceive those numbers."<br><br>There has been for several years a "perception that immigration has been out of control is disproportionate to the facts on the ground," Rosenblum said. "The numbers of people immigrating to the U.S. have been pretty stable the last few years, and illegal immigration is much lower than it was a decade ago."<br><br>The biggest difference is that the new arrivals aren't coming — as they have in the past — from European countries like Italy, Ireland, Germany and Poland.<br><br>"Now the total foreign population is a third Mexican and three-quarters Latin American and Asian," said Rosenblum. "Europe accounted for just 12 percent of the foreign-born population in 2013. It was 75 percent in 1960."<br><br>Two years ago, the top three Green Card recipient countries were Mexico, 135,028, China, 71,798, and India, 68,458, according to the figures.<br><br>Only 9,552 Iraqis and 1,463 Saudis got Green Cards in 2013. As for Syrians, whom Trump and much of the GOP wants to bar from the United States, just 3,366 were granted permanent residency.<br><br>When it comes to other Muslim countries, 10,294 Egyptians, 3,532 Yemenis, 2,783 Lebanese and 376 Libyans were allowed into the U.S. in that year. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Concern: home laser Christmas lights** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/holiday-laser-displays-raising-safety-concerns-for-pilots/** |
| GIST | More homeowners are abandoning traditional Christmas lights for laser displays this holiday season. They project holiday-themed laser beams onto a house or yard, but they can also point into the sky, creating new danger for pilots and their planes.<br><br>Last week, a laser decoration 22 miles from Dallas-Fort Worth International Airport put a passenger plane in harm's way. This follows a similar complaint last month in Michigan.<br><br>It's a federal crime to shine a laser at a plane, and while no one was charged in those cases, several so-called laser strikes are being blamed on the holiday laser displays, reports CBS News correspondent Mireya Villarreal. |

Jen Creaven Parker bought hers at Bed, Bath and Beyond for $40.

"I think they look cool. They come in two options, all green or red," said Parker. "'Lazy lights' is what Facebook is calling them." Lazy, because they're so easy to install.

But helicopter reporter Stu Mundel, from CBS News' Los Angeles station KCBS, has encountered other types of consumer lasers while in the air.

"I saw the laser in the corner of my eye, I looked at it, and unfortunately, it went right into my eyes, and it does, it stings, it burns, it feels like you have a sunburn on your eye," Mundel said.

Laser strikes - often intentional - have become a growing problem for pilots. In 2014, the FAA investigated more than 3,800 laser light complaints, which has nearly doubled this year.
The FAA is asking homeowners to make sure their decorations aren't pointed towards the sky, or to pull the plug on them altogether.

Return to Top

---

| HEADLINE | **12/10 Evolving state of American policing** |
|---|---|
| SOURCE | **http://www.psmag.com/politics-and-law/the-evolving-state-of-american-policing** |
| GIST | "Never at any time in the world's history has it been possible for so many people to know, so promptly, of the dereliction of one police officer in such lack of context as to cause distrust and lack of respect for all," Police Chief Frank Ramon tells his colleagues.<br><br>It's the annual conference of the International Association of Chiefs of Police, and hundreds of law enforcement executives from around the country are gathered together to talk about recent and troubling publicity around police forces pretty much across the country—California, New York, South Carolina, Maryland. Reflecting on the crisis in policing, he continues, "the law enforcement image is dependent on the professional, competent performance of the men and women who protect and serve their community."<br><br>But Ramon, the chief of police of the Seattle Police Department, isn't talking about viral videos shot by bystanders with cell phones, or about footage from dashboard cameras. All of that is still many years away. Ramon is speaking in the year 1965.<br><br>Yet Ramon's comments could just as easily have been made in 2015—and, in fact, they sort of were. Over the course of the 2015 IACP, many speakers echoed the sentiments expressed at the conference opening by Chicago Police Department Superintendent Garry McCarthy (who resigned a month later when the Laquan McDonald cover-up was brought to light). "We're in a tough time for policing right now," McCarthy said. "And I believe we're at a crossroads. I don't think this climate has ever existed in the history of American policing.... Never have we been going through the scrutiny of every single action that we deal with like we do today, in the digital age."<br><br>So much of what police executives said at the conference—what they complained about, what they asked for, what they believed was utterly new to our present place and time—sounded remarkably familiar. I attended the conference not only as a reporter but as a historian of the IACP; I've spent dozens of hours combing through years of conference proceedings, and I heard |

little at this year's conference that I hadn't read before. In 2015, I heard law enforcement executives suggest—as they've done for many decades—that complaints of police brutality are still overblown, especially by the media; that police, still broadly disrespected, suffer daily indignities as they attempt to serve the public; and that this public misapprehends the danger police officers face every day and fails to see police officers as individuals.

So what happened? Why do police still seem to feel embattled and pressured in the same ways they did 50 years ago? Haven't things changed?

The IACP and the larger field of law enforcement are visibly different than they were in the 1960s (and very different from the 1890s, when a mere 51 delegates attended the first annual convention in 1893).

This year, over 15,335 law enforcement executives from 83 countries attended an event with 204 sessions spread over 13 educational tracks, three "interactive sessions on global issues with significance in local communities," and a trade show of more than 700 vendors and exhibitors. Chiefs could attend education sessions on legal marijuana, social media strategics, cyber security and "the cloud," developments in rapid DNA testing, and, of course, body-worn cameras. From this perspective, the work of policing and the concerns of police executives have evolved significantly over a century. Advances in technology, psychology, and forensic science have made the act and art of policing look drastically different than it did in 1893 and 1953 and even 1983.

So does American society. At the 1965 meeting, law enforcement executives spoke from the far shore of a country-wide crime wave that was just beginning its swell. In 2015, they addressed each other in a country that is statistically safer than it has ever been: The homicide rate in 2010 was 4.8 for every 100,000 people; in 1980 it had been more than twice that—10.8. In 1965, the ink was barely dry on the Civil Rights Act; in 2015, although we still have far to go, civil rights have evolved to encompass a much larger spectrum of diversity and inclusion. America in 2015, then, presents new challenges, and new opportunities, that were unimaginable in 1965. Yet the complaints, and the script, remain the same.

What happened? Or, perhaps more precisely, what hasn't happened?

Return to Top

---

| HEADLINE | **12/10 New style of police training: hug a thug?** |
| --- | --- |
| SOURCE | **http://www.washingtonpost.com/sf/investigative/2015/12/10/new-style-of-police-training-aims-to-produce-guardians-not-warriors/** |
| GIST | BURIEN, WASH. — The police recruits arrived in pairs in the woods outside Seattle. For days, they had been calming their minds through meditation and documenting life's beauty in daily journals. Mindful and centered, they now faced a test: a mentally ill man covered in feces and mumbling to a rubber chicken.<br><br>The feces was actually oatmeal and chocolate pudding, the man was another recruit, and the goal of this mock training exercise was to peacefully bring him into custody. The first recruits approached gingerly, trying to engage the man in conversation. When that failed, they moved in and wrestled him to the ground. |

"We needed to find a way to help him. He obviously had a screw loose," said Aaron Scott, a cadet from Bellevue, Wash. Scott briefly considered using his baton, he said. "But I thought that might be too much."

For the past three years, every police recruit in the state has undergone this style of training at the Washington State Criminal Justice Training Commission, where officials are determined to produce "guardians of democracy" who serve and protect instead of "warriors" who conquer and control.

Gone is the military-boot-camp atmosphere. Gone are the field exercises focused on using fists and weapons to batter suspects into submission. Gone, too, is a classroom poster that once warned recruits that "officers killed in the line of duty use less force than their peers."

"If your overarching identity is 'I'm a warrior,' then you will approach every situation like you must conquer and win," said Sue Rahr, the commission's executive director. "You may have a conflict where it is necessary for an officer to puff up and quickly take control. But in most situations, it's better if officers know how to de-escalate, calm things down, slow down the action."

Training is at the heart of the national debate over police use of force. So far this year, police have shot and killed more than 900 people, according to a Washington Post database tracking such shootings — more than twice the number recorded in any previous year by federal officials. Anti-brutality activists and some law enforcement leaders argue that if police were better trained to de-escalate conflict, some of those people might still be alive.

Rahr, the former sheriff of King County, is one of the nation's foremost authorities on this type of training. In April, the Harvard Kennedy School published a report she co-wrote, "From Warriors to Guardians: Recommitting American Police Culture to Democratic Ideals," which warns that too many academies are training police officers to go to "war with the people we are sworn to protect and serve."

The President's Task Force on 21st Century Policing, of which Rahr is a member, has embraced many of these principles. In August, the Police Executive Research Forum, a law enforcement think tank, followed suit.

"The goal of the guardian officer is to avoid causing unnecessary indignity," said Seth Stoughton, a law professor at the University of South Carolina and a former police officer in Tallahassee. "Officers who treat people humanely, who show them respect, who explain their actions, can improve the perceptions of officers, or their department, even when they are arresting someone."

Not everyone is on board. Some accuse Rahr of promoting a "hug-a-thug" mentality that risks getting officers killed. About 20 percent of Rahr's staff quit or was fired in the first year after rebelling against her reforms. Even today, Rahr estimates that two-thirds of the state's 285 local police chiefs are either skeptical of her training philosophy or "think this is just dangerous."

Return to Top

| HEADLINE | **12/10 Seattle police 'department' at fault** |
| --- | --- |
| SOURCE | **http://www.seattleweekly.com/home/962205-129/opa-brass-not-rank-and-file-responsible-for** |

| GIST | **After more than seven** months of investigation, the official verdict is in: Seattle police may have hurt people during Seattle's May 1st anti-capitalist protest, but the fault belongs to the department as a whole, not with individual officers.

That's according to Pierce Murphy, director of the Office of Professional Accountability (OPA), the semi-independent arm of Seattle police that reviews complaints and makes recommendations to the chief about officer misconduct.

"The evidence from this investigation supports the conclusion that SPD officers used blast-balls and less-lethal projectiles according to their training and the direction given to them by SPD incident commanders," Murphy wrote in a combined report and letter to the police Chief which responds to five different complaints about blast-ball deployment on May Day. (Blast balls are like flash-bang grenades, designed to intimidate but capable of harm.) "For this reason, accountability lies with SPD as an agency not with any individual officer."

Accountability for what? The report acknowledges that some "blast balls detonated...next to or against one or more persons." This is in contrast to their intended use, which according to this SPD training video is "...herding people into the escape routes that you want" by detonating blast balls on the perimeter of a crowd. "You don't throw them into the crowd," the video instructor states, "because that will cause mayhem and confusion."

And there was plenty of mayhem and confusion during the protest.

It's not clear how SPD officers could have consistently used blast balls as trained, since their training tells them "to roll the blast ball underhanded like a bowling ball into an open space," according to the OPA report. Multiple blast balls detonated within crowds and sometimes literally on top of protesters, and city councilmember Bruce Harrell famously described video of one officer throwing a blast ball as looking like a "hook shot."

Murphy found that there was insufficient evidence to hold any individual officer accountable for their actions during the protest. The devil lay in the details: while his office does not dispute that police unleashed at least 48 blast balls and seems to acknowledge that people were hurt by improper use of those blast balls, his investigation was unable to definitively connect specific cops to specific blast balls and specific injuries. |
| <u>Return to Top</u> | |

| HEADLINE | **12/10 Feds want Seattle to test gunshot tech.** |
| SOURCE | **http://www.kirotv.com/news/news/feds-want-seattle-test-gunshot-detection-system/npg7F/** |
| GIST | The local office of the Federal Bureau of Alcohol Tobacco and Firearms wants to include Seattle in a national test of gunshot-detection technology.

That was part of the discussion before the City Council's Public Safety Committee this afternoon.

Just this week the Denver City Council approved a half-million dollars to triple the Shot Spotter coverage in that city.

The system uses microphones spread through neighborhoods to collect sound, then a |

|  | sophisticated computer quickly pinpoints the location of gunshots and alerts police. |
|---|---|
|  | Seattle police accountability advocate Harriet Walden told us why she supports the concept. |
|  | "I think it would help us solve crimes, and police will be able to identify where the shots came from," she said. |
|  | Today Public Safety Committee Chair Bruce Harrell continued a discussion that began three years ago. |
|  | The Council has set aside $250,000 to study using the gunshot detectors here because often people don't report gunshots. |
| Return to Top | |

| HEADLINE | **12/10 SPD releases new carjacking videos** |
|---|---|
| SOURCE | **http://mynorthwest.com/11/2868392/Seattle-police-release-new-video-from-fatal-carjacking** |
| GIST | The Seattle Police Department has released new video footage of the Dec. 6 carjackings that lead to a high speed chase through city streets, and ultimately to the death of the suspect. |
|  | One video shows the suspect, Raymond Azevedo, allegedly stealing two cars at gunpoint. |
|  | The other video is an extended cut of the initial video Seattle police released, but shows a SWAT team activity as officers approached the car. |
|  | The King County Medical Examiner's Office released the name of the suspect Tuesday, according to KING5. Azevedo, 35, died of multiple gunshot wounds. |
| Return to Top | |

| HEADLINE | **12/11 Militants fire at Ukraine forces** |
|---|---|
| SOURCE | **http://uatoday.tv/news/russian-backed-militants-fire-large-caliber-weapons-at-ukrainian-forces-551816.html** |
| GIST | The combined Russian-militant forces attacked Ukrainian army positions in eastern Ukraine about 40 times overnight, the press center of the Anti-Terrorist Operation (ATO) wrote on Facebook early Friday. |
|  | "The situation in the Donbas conflict zone remains tense but stable, and completely controlled by our defenders," the press center said. |
|  | It is noted that the militants continued to fire on ATO positions near the occupied city of Donetsk. In particular, they fired small arms, machine guns and grenade launchers on the villages of Opytne, Pisky, Novhorodske, and the town of Krasnohorivka. A few dozen of 82mm and 120mm mortar shells fell and exploded on the outskirts of Krasnohorivka. |

| | The Kremlin-backed militants fired 120mm mortars on our positions near the village of Zaitseve in the Artemivsk sector. They also fired heavy machine guns and grenade launchers there overnight. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Seattle Chipotle closed for violations** |
|---|---|
| SOURCE | **http://www.seattletimes.com/seattle-news/health/seattle-chipotle-closed-for-repeated-violations/** |
| GIST | Seattle health officials closed a South Lake Union Chipotle restaurant Thursday for repeated food-safety violations. |
| | The move to shutter the Mexican-style restaurant, at 212 Westlake Ave., comes more than a month after the fast-food chain closed 43 sites in Washington and Oregon amid an E. coli outbreak that eventually sickened 52 people in nine states and sent 20 people to hospitals. |
| | It also comes in a week when more than 120 students at Boston College were sickened by norovirus after eating at a single Chipotle restaurant, health officials reported. |
| | In the most recent Seattle case, the restaurant received red violations on three consecutive visits from health inspectors, according to a blog by officials at Public Health — Seattle & King County. |
| | Red violations are those most likely to contribute to foodborne illness. In each of the inspections, the restaurant accrued between 25 and 33 points out of 400 possible, well below the 90-point threshold that requires closure. But because the location had repeated violations, health officials ordered it closed. |
| Return to Top | |

| HEADLINE | **12/10 Major airlines ban hoverboards** |
|---|---|
| SOURCE | **http://www.king5.com/story/tech/science/aerospace/2015/12/10/alaska-airlines-and-other-airlines-ban-hoverboards/77119944/** |
| GIST | Four major U.S. airlines are banning hoverboards because of the potential fire danger from the lithium-ion batteries that power the devices. |
| | Alaska Airlines, Delta Air Lines, American Airlines and United Airlines said Thursday they are banning hoverboards in checked or carry-on luggage. JetBlue Airways has already prohibited them. |
| | Hoverboards are motorized, two-wheel, skateboard-sized scooters that users stand on. They have been a hot gift item at some retailers. |
| | On the Alaska Airlines blog, the airlines does not allow hoverboards as checked luggage nor as carry-on. |

| | |
|---|---|
| Return to Top | |

| HEADLINE | 12/10 Saudi Arabia, US in massive arms deal |
|---|---|
| SOURCE | http://www.newsmax.com/Newsfront/US-Arms-Deal-Saudi-Arabia/2015/12/10/id/705288/ |
| GIST | Saudi Arabia will pay $1.29 billion to the United States as part of a massive arms sale which includes as many as 13,000 so-called smart bombs, **NPR** reports.<br><br>The huge deal — which is unlikely to be blocked by Congress — was announced by the State Department after being hammered out by the Obama administration in a bid to help boost military support for Gulf states.<br>But the big money agreement remains controversial.<br><br>Human Rights Watch, an international humanitarian watchdog headquartered in New York City, claims recent Saudi airstrikes in Yemen "have indiscriminately killed and injured civilians," according to NPR.<br><br>Pentagon officials say the sale will help stockpile the Middle East nation's military supplies to "sustain strong military-to-military relationships between the United States and Saudi Arabia." |
| Return to Top | |

| HEADLINE | 12/10 Budget deficit widens to $65B in Nov. |
|---|---|
| SOURCE | http://www.reuters.com/article/us-usa-budget-idUSKBN0TT2LD20151210 |
| GIST | The U.S. federal government ran $65 billion into the red in November, up 14 percent from the same period last year, the Treasury Department said on Thursday.<br><br>Analysts polled by Reuters had expected a $68 billion deficit for last month. The government had a deficit of $57 billion in November of 2014.<br><br>The current fiscal year-to-date deficit stood at $201 billion. Receipts last month totaled $205 billion, while outlays stood at $270 billion.<br><br>Accounting for calendar differences in the timing of benefits payments and budget receipts would yield a deficit of $126 billion in November versus $98 billion in the same month of 2014. |
| Return to Top | |

| HEADLINE | 12/10 Welcoming refugees and footing the bill |
|---|---|
| SOURCE | http://www.reuters.com/article/us-europe-migrants-germany-economy-idUSKBN0TT24Z20151210 |
| GIST | The influx of refugees into Germany is both a boon and a burden for the economy: it needs huge numbers of migrants to rejuvenate an aging workforce, but must financially support many for |

|  | years until they learn the language and gain qualifications.<br><br>Chancellor Angela Merkel has refused to put a cap on refugee numbers to a country where the population of around 82 million is set to shrink by 15 percent by 2050, according to government forecasts, with the workforce falling by 30 percent.<br><br>The country needs about half a million migrants a year until 2050 to counter that fall in the workforce, a study by think-tank the Bertelsmann Foundation found.<br><br>But many of the people currently arriving from countries such as Syria do not speak German and have few formal qualifications, so it will take time and investment to reduce their dependence on state welfare and get them into work.<br><br>Each unemployed refugee costs taxpayers 12,000 euros ($13,000) a year, government figures show. Only 8 percent find work in the first year and most rely on the state for everything from food and housing to language courses.<br><br>But the costs will be offset within five to 10 years as more and more refugees start working and paying taxes, according to a study by the German Institute for Economic Research (DIW). |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Canada welcomes Syrian refugees** |
|---|---|
| SOURCE | **http://www.bbc.com/news/world-us-canada-35065008** |
| GIST | The Canadian military is transporting hundreds of Syrian refugees from Jordan to Toronto to be resettled throughout the country this week.<br><br>One military aircraft arrived in Toronto on Thursday, and another will arrive in Montreal on Saturday.<br><br>The newly elected Liberal government has pledged to take in 25,000 refugees by the end of February.<br><br>Immigration Minister John McCallum said all 10 provinces in Canada are in favour of accepting the refugees.<br><br>"This is a great moment for Canada," he said. "This shows the way we really are. It truly is a non-partisan, national project."<br><br>Since early November, hundreds of Syrians have already arrived in Canada via commercial aircraft.<br><br>About 300 Syrians will arrive this week. Prime Minister Justin Trudeau will be at the airport in Toronto on Thursday to greet them. |
| Return to Top | |

| HEADLINE | **12/10 Iranians angry over US visa change** |
|---|---|

| SOURCE | http://www.bbc.com/news/world-us-canada-35064719 |
|---|---|
| GIST | Hours before the US House of Representatives voted to tighten visa-free travel to the US, many Iranians, especially those living in America, Europe and Australia, took to social media to express concern at the consequences of the bill.

The measure is designed to make it harder for the likes of those who carried out the Paris attacks and hold EU citizenships to use the programme known as the "visa waiver" to enter the US.

Citizens of 38 countries, many in the EU, can currently fly to the US without applying for a visa under America's Visa Waiver Program.

The new legislation initially said those eligible for the waiver programme who had travelled to "terrorist hotspots" like Iraq and Syria where IS controls territory would need to obtain a US visa.

But the final version included Iran and Sudan to the list of countries because they are considered "state sponsors of terrorism" by the US.

The bill HR158 means citizens of many EU countries and the rest of the 38 states participating in the programme who travel to Iran for pleasure or business will have to obtain a visa should they ever want to enter the US. |
| Return to Top | |

| HEADLINE | 12/10 Study: 20% kids w/high cholesterol |
|---|---|
| SOURCE | http://www.nbcnews.com/health/kids-health/one-five-us-kids-has-unhealthy-cholesterol-levels-study-n477821 |
| GIST | One in five Americans kids has unhealthy cholesterol levels, and more than 8 percent have the most worrisome high cholesterol levels, a new survey finds.

Older children and teenagers had the worst cholesterol levels -- nearly 27 percent of 16- to 19-year-olds had at least one measure of unhealthy cholesterol, the National Center for Health Statistics found. And the heavier children were more likely to have unhealthy cholesterol measures.

More than 43 percent of obese kids had bad cholesterol levels, the survey found.

"While it's not a surprise that they have more abnormalities than non-obese kids, it is pretty frightening," said Dr. Julie Brothers, a preventive cardiologist at Children's Hospital of Philadelphia, who was not involved in the study.

"It's quite high." |
| Return to Top | |

| HEADLINE | 12/10 Survey: fewer teens driving drunk |
|---|---|
| SOURCE | http://www.cbsnews.com/news/fewer-teens-are-driving-drunk-national-survey-says/ |
| GIST | A government survey shows fewer teens and young adults say they drive drunk. <br><br> Last year, nearly 7 percent said they'd recently driven while under the influence of alcohol. That figure has been steadily going down. It was 16 percent a dozen years earlier. <br><br> The numbers are for people ages 16 to 20 who participated in a large government survey focused on alcohol, tobacco and illegal drug use. <br><br> Drunken driving by people in their early 20s is more common but also is falling. |
| Return to Top | |

| HEADLINE | 12/10 Tracking overstay foreign visitors |
|---|---|
| SOURCE | http://www.cbsnews.com/news/us-san-diego-california-track-foreigners-overstay-visas/ |
| GIST | Nearly half of the people living in the U.S. illegally are believed to have entered the country legally and stayed on expired visas. To combat the problem, the federal government on Thursday is launching one of its most ambitious efforts to track them. <br><br> U.S. Customs and Border Protection will begin capturing facial and eye scans of foreigners entering the country at San Diego's Otay Mesa port of entry on foot. By February, foreigners going to Mexico on foot through the checkpoint will get scanned. <br><br> The trial run, which lasts through the end of June, will help determine if authorities expand biometric screening to foreigners at all land crossings on the 1,954-mile border with Mexico. Authorities will look at the accuracy of the cameras. <br><br> For more than two decades, Congress has demanded biometric screening such as fingerprints, facial images or eye scans from people leaving the country, but the task has presented enormous financial and logistical challenges. There is no checkout system at land crossings. <br><br> Marc Rosenblum, deputy director of U.S. immigration policy at the Migration Policy Institute, said the attempt to capture biometrics from people leaving the country would fix "the biggest deficiency in the whole system." |
| Return to Top | |

| HEADLINE | 12/10 Winter El Nino not backing down |
|---|---|
| SOURCE | http://www.cbsnews.com/news/el-nino-is-not-backing-down/ |
| GIST | This year's El Nino is staying unusually strong, and forecasters say it's still expected to bring a wet winter to drought-stricken California. |

| | In an update Thursday, Mike Halpert of the National Oceanic and Atmospheric Administration (NOAA), told reporters the odds favor some significant winter storms in California. |
|---|---|
| | While that could offer some relief for the region's severe drought, it also raises the risk of damage from flooding or mudslides. Halpert said that during previous strong El Ninos, some southern areas including California and the Gulf Coast have had heavy rainfall and flooding. Storms blamed on the strong El Nino of 1997-98 killed at least 17 people. |
| | El Nino is a warming in the Pacific Ocean that alters weather worldwide. Climatologists have been warning for months about the potential impact of what one scientist dubbed a "Godzilla El Nino" peaking this winter. |
| Return to Top | |

| HEADLINE | **12/10 Education law shifts power to states** |
|---|---|
| SOURCE | http://abcnews.go.com/Politics/wireStory/obama-sign-education-law-rewrite-power-shift-states-35687076 |
| GIST | Calling it a "Christmas miracle," President Barack Obama signed a sweeping overhaul of the No Child Left Behind education law on Thursday, ushering in a new approach to accountability, teacher evaluations and the way the most poorly performing schools are pushed to improve.<br><br>Joined by lawmakers, students and teachers in a White House auditorium, Obama praised the George W. Bush-era No Child Left Behind for having the right goals. He said that in practice, it fell short or applied a cookie-cutter approach that failed to produce desired results. Under the new law, the federal government will shift more decision-making powers back to states.<br><br>"With this bill, we reaffirm that fundamentally American ideal that every child— regardless of race, gender, background, zip code — deserves the chance to make out of their lives what they want," Obama said. "This is a big step in the right direction."<br><br>The overhaul ends more than a decade of what critics have derided as one-size-fits-all federal policies dictating accountability and improvement for the nation's 100,000 or so public schools. But one key feature remains: Students will still take federally required statewide reading and math exams. Still, the new law encourages states to limit the time students spend on testing and diminishes the high stakes for underperforming schools. |
| Return to Top | |

| HEADLINE | **12/10 Depletion of groundwater 'worsening'** |
|---|---|
| SOURCE | http://www.usatoday.com/story/news/environment/2015/12/10/pumped-beyond-limits-many-us-aquifers-decline/76570380/ |
| GIST | Time is running out for portions of the High Plains Aquifer, which lies beneath eight states from South Dakota to Texas and is the lifeblood of one of the world's most productive farming economies. The aquifer, also known as the Ogallala, makes possible about one-fifth of the |

country's output of corn, wheat and cattle. But its levels have been rapidly declining, and with each passing year more wells are going dry.

As less water pours from wells, some farmers are adapting by switching to different crops. Others are shutting down their drained wells and trying to scratch out a living as dryland farmers, relying only on the rains.

In parts of western Kansas, the groundwater has already been exhausted and very little can be extracted for irrigation. In other areas, the remaining water could be mostly used up within a decade.

The severe depletion of the Ogallala Aquifer is symptomatic of a larger crisis in the United States and many parts of the world. Much more water is being pumped from the ground than can be naturally replenished, and groundwater levels are plummeting. It's happening not only in the High Plains and drought-ravaged California but also in places from the Gulf Coastal Plain to the farmland of the Mississippi River Valley, and from the dry Southwest to the green Southeast.

In a nationwide examination of the problem, USA TODAY and The Desert Sun analyzed two decades of measurements from more than 32,000 wells and found water levels falling in nearly two-thirds of those wells, with heavy pumping causing major declines in many areas. The analysis of U.S. Geological Survey data revealed that:

- Nationwide, water levels have declined in 64 percent of the wells included in the government database during the past two decades.
- The average decline among decreasing wells has been more than 10 feet, and in some areas the water table has dropped more than 100 feet during that period – more than 5 feet per year.
- For 13 counties in Texas, New Mexico, Mississippi, Kansas and Iowa, average water levels have decreased more than 40 feet since 1995.
- Nationally, the average declines have been larger from 2011-2014 as drought has intensified in the West. But water tables have been falling consistently over the years through both wet and dry periods, and also in relatively wet states such as Florida and Maryland.
- Across the High Plains, one of the country's largest depletion zones, the average water levels in more than 4,000 wells are 13.2 feet lower today than they were in 1995. In the southern High Plains, water levels have plunged significantly more – in places over 100 feet in just 20 years.

Return to Top

| HEADLINE | **12/10 New flood of migrants at border** |
|---|---|
| SOURCE | **http://www.cbs19.tv/story/30710379/surge-of-children-on-border-hundreds-heading-to-north-texas** |
| GIST | The U.S. Health and Human Services Commission will bus more than 1,000 undocumented immigrants to facilities in Ellis County and Rockwall counties as soon as Thursday, WFAA has learned.<br><br>The children were captured in the Rio Grande Valley trying to enter the U.S. illegally. |

|  | WFAA has learned that children bound for Ellis County will be housed at a church camp between Waxahachie and Maypearl.<br><br>Officials in Ellis County said they just learned of the federal plan Wednesday morning.<br><br>"My concern is, I don't believe that's a secure facility," said Ellis County Commissioner Paul Perry. "It's designed for hospitality."<br><br>There's one adult for every eight children coming, sources said.<br><br>"The City of Rockwall has been advised by Congressman John Ratcliffe's office that about 300 unaccompanied refugees between the ages of 12 and 18 from Central America will be located by the Texas Health and Human Services Commission to a private facility in the unincorporated area of Rockwall County," Rockwall County Judge David Sweet said.<br><br>Those children will be housed for up to 21 days at Sabine Creek Ranch in Rockwall County. There was no word on when children will arrive there. |
|---|---|
| Return to Top |  |

| HEADLINE | 12/10 Recall: Sweet Leaf Tea bottles |
|---|---|
| SOURCE | http://money.cnn.com/2015/12/10/news/sweet-leaf-tea-recall-glass-bottles/index.html |
| GIST | The Sweet Leaf Tea Company is recalling 1.5 million bottles of iced tea because of possible glass fragments.<br><br>The voluntary recall involves six flavors of teas in 16-ounce glass bottles that were distributed between February 27 and December 6, 2015. The flavors include: raspberry, half and half lemonade tea, original, green tea with citrus, peach and mint and honey.<br><br>The recall does not affect plastic bottle products.<br><br>"This was the result of glass breakage during the filling process. Consumers could potentially be cut or injured if ingested," the company said in a release. |
| Return to Top |  |

# Cyber Awareness

Top of page

| HEADLINE | 12/10 Using online search to stop infections |
|---|---|
| SOURCE | http://www.kplu.org/post/disease-sleuths-analyze-google-searches-stop-infections |
| GIST | With sexually transmitted diseases on the rise, researchers at the University of Illinois at Chicago think they might have a powerful new weapon to fight their spread: Google searches. |

The company behind the Web's leading search engine has quietly begun giving researchers access to its data troves to develop analytical models for tracking infectious diseases in real time or close to it. UIC is one of at least four academic institutions that have received access so far, along with the Centers for Disease Control and Prevention, Google said.

Researchers can mine Google data to identify search terms that spiked during previous upticks in a particular disease. Then, researchers can measure the frequency of those searches in real time to estimate the number of emerging cases. For instance, a jump in gonorrhea might coincide with more people searching "painful urination" or other symptoms.

"If this works, it could revolutionize STD surveillance," said Supriya Mehta, an associate professor of epidemiology at the UIC School of Public Health.

Search trends can be broken down by city and state, weighted by significance and combined with other data to produce a snapshot of where disease is spreading well before public health agencies report the number of verified cases.

"We're hoping for a bit of creativity to flourish around this," said Christian Stefansen, a senior engineer working on disease trends at Google, during a visit to UIC in November. He spoke to about 100 people about lessons Google has learned in its attempts to mine data for public health. "There's no shortage of communicable diseases, sadly," he said.

Return to Top

| HEADLINE | **12/10 FBI 'hacks' to investigate crime** |
|---|---|
| SOURCE | **http://www.cnet.com/news/fbi-admits-it-uses-hacker-tools-to-investigate-crimes/** |
| GIST | If the FBI had to choose between telling you about a security hole on your computer or using it to snoop on bad guys, guess what? You'd be left open to hackers.

And apparently, that's been the case for a while.

The agency confirmed to The Washington Post on Wednesday that FBI agents use special hacking code to take advantage of known holes in software and further their investigations. They'll continue using these so-called zero-day exploits, but now there could be further scrutiny of the practice.

The exploits are controversial, and using them involves a trade-off that could end up making some members of the public less safe. So what exactly are these tools, and what does it mean that the FBI uses them?

Zero-day exploits take advantage of flaws in common commercial software often used by the general public. To stay effective, the FBI has to use these exploits without telling the software manufacturers there's a problem with their products.

The flaws go unfixed then, leaving people vulnerable to hacks not just from law enforcement, but from cybercriminals as well. |

"What is the greater good?" FBI official Amy Hess asked the Post. "To be able to identify a person who is threatening public safety?" Or to protect people from being hacked by patching software holes? Hess is the bureau's executive assistant director for science and technology.

So the FBI's use of zero days is out in the open. What's next? Expect more discussion of what kinds of warrants the FBI should get to use the tools.

Privacy advocates warn that federal judges don't all understand the power of zero-day exploits, and so oversight on government hackers is too weak. It's the same argument that's arisen over the use of phony cell phone towers, often called Stingrays.

Police use Stingrays to collect all the phone numbers in a given area. A recent set of guidelines from the Department of Justice requires federal law enforcement to clear a higher bar to get permission from a judge to use Stingrays.

Andrew Corker, an attorney at the Electronic Frontier Foundation, says the first step is finding out what the government's policy for using zero days is to begin with. He has sued to find out and has so far won a redacted version of the policy, which applies to the NSA as well as the FBI, he said. Nonetheless, he said the government might have a good reason for using a hacking tool.

"I don't think that we have ever said that they should never do this," Corker said. Rather, he said it's about "making sure that this is being done in a way that makes sense from the public's point of view."

Return to Top

| HEADLINE | **12/11 Canada seeks new cybersecurity network** |
|---|---|
| SOURCE | **http://www.cbc.ca/news/technology/cyber-security-cctx-network-1.3360119** |
| GIST | Leaders of some of Canada's largest industries are creating a new network to help businesses and the public stay abreast of emerging cyber threats from malware, hackers and online criminals.

"The threat is constantly evolving. The kinds of attacks, viruses and malware are rapidly changing. Nobody has the capability of staying ahead of it all the time," said John Manley, president of the Canadian Council of Chief Executives, which is spearheading the program.

Billed as the CCTX — or the Canadian Cyber Threat Exchange — it is set to launch in early 2016.

It will be run as an independent, not-for-profit organization open to business and institutions of all sizes. Its founding members include Air Canada, Bell Canada, CN Rail and HydroOne, as well as Royal Bank and TD.

A CBC News investigation into cybercrime this fall determined Canada lags behind other countries when it comes to tracking, policing and thwarting cybercrime. Until now, Canada has had no system to track cyber incidents and private companies are not required to alert the public or customers when there is a breach. |

| | |
|---|---|
| Return to Top | |

| | |
|---|---|
| **HEADLINE** | **12/10 Cyber criminals seek to cut costs** |
| **SOURCE** | **http://www.computerweekly.com/news/4500260457/Cyber-criminals-switch-tactics-to-cut-costs** |
| **GIST** | Cyber criminals appear to be economising by looking to cheaper methods of attack to cut malware costs, according to security firm Kaspersky Lab.

Researchers believe 2015 has seen demand for new malicious software reach saturation point, with the average number of new malware files detected on a daily basis falling by 325,000 in 2014 to 310,000 in 2015.

Kaspersky Lab researchers believe this is mainly due to the fact that coding new malware is expensive and cybercriminals have realised they can get equally good results using intrusive advertising programs or legitimate digital signatures in their attacks.

This approach appears to be working because, despite the cost-cutting in malware production in 2015, the number of users attacked by cybercriminals increased by 5%.

Between 2012 and 2013, there was a rapid increase in the number of new malicious files detected every day, increasing from 200,000 to 315,000 in 2013.

However, researchers said things started to slow down after that, with the total increasing by just 10,000 files a day in 2014, before falling by 15,000 a day in 2015.

Cybercriminals in search of a quick return appear to have decided that the cost of complex coding tools such as rootkits, bootkits or replicating viruses are eating into their revenue. |
| Return to Top | |

| | |
|---|---|
| **HEADLINE** | **12/10 Ships' data recorders vulnerable** |
| **SOURCE** | **http://arstechnica.com/information-technology/2015/12/hacked-at-sea-researchers-find-ships-data-recorders-vulnerable-to-attack/** |
| **GIST** | When the freighter *El Faro* was lost in a hurricane on October 1, one of the goals of the salvage operation was to recover its voyage data recorder (VDR)—the maritime equivalent of the "black box" carried aboard airliners. The VDR, required aboard all large commercial ships (and any passenger ships over 150 gross tons), collects a wealth of data about the ship's systems as well as audio from the bridge of the ship, radio communications, radar, and navigation data. Writing its data to storage within a protective capsule with an acoustic beacon, the VDR is an essential part of investigating any incident at sea, acting as an automated version of a ship's logbook.

Sometimes, that data can be awfully inconvenient. While the data in the VDR is the property of the ship owner, it can be taken by an investigator in the event of an accident or other incident—and that may not always be in the ship owner's (or crew's) interest. The VDRs aboard the cruise ship *Costa Concordia* were used as evidence in the manslaughter trial of the ship's |

|  | captain and other crewmembers. Likewise, that data could be valuable to others—especially if it can be tapped into live.

It turns out that some VDRs may not be very good witnesses. As a report recently published by the security firm IOActive points out, VDRs can be hacked, and their data can be stolen or destroyed.

The US Coast Guard is developing policies to help defend against "transportation security incidents" caused by cyber-attacks against shipping, including issuing guidance to vessel operators on how to secure their systems and reviewing the design of required marine systems—including VDRs. That's promising to be a tall order, especially taking the breadth of systems installed on the over 80,000 cargo and passenger vessels in the world. And given the types of criminal activity recently highlighted by the *New York Times*' "Outlaw Ocean" reports, there's plenty of reason for some ship operators to not want VDRs to be secure—including covering up environmental issues, incidents at sea with other vessels, and sometimes even murder. |
| Return to Top |  |

| HEADLINE | **12/10 Mystery hackers eye Internet shutdown?** |
| --- | --- |
| SOURCE | **http://www.ibtimes.co.uk/mysterious-hackers-are-trying-bring-down-entire-internet-by-ddos-ing-critical-servers-1532762** |
| GIST | Mysterious hackers are yet again trying to bring down the entire internet by bombarding crucial servers that support it with a gigantic, sustained distributed denial of service (DDoS) attack, which has caused webpages to load slowly in some locations.

There are 13 internet root name servers in the world that run the internet, and these servers are responsible for helping your web browser to locate top-level domains such as .com, .org, .net or any country-specific top level domains like .uk, .fr, .sg, .de, .ae and .cn. The servers function as a sort of internet address book and they make up what is known as the domain name system (DNS) system.

The 13 root name servers are run by independent organisations in the world, including ICANN, the US Army, the US Department of Defense, Nasa, Europe's internet registry RIPE NCC, the University of Southern California, Japan's Wide Project and Sweden's Netnod. Network infrastructure solutions firm Verisign also operates two of them, namely the "A" and "J" root servers (the 13 servers are named in sequence after the alphabet from A-M).

Between 30 November and 1 December, an entity carried out an enormous DDoS attack against these 13 root name servers, flooding them with a deluge of traffic from multiple IPv4 addresses, so that the servers received more than five million queries per second, and more than 50 billion queries in total during the two-day period. To give you context, over the past two years, the most queries Verisign's A root name server received per day on average has never topped more than 10 billion queries.

"While it's common for the root name servers to see anomalous traffic, including high query loads for varying periods of time, this event was large, noticeable via external monitoring systems, and fairly unique in nature," Root-servers.org, which is run by the operators of the root name servers, wrote in its incident report. |

Return to Top

| HEADLINE | 12/10 IATA: cyberattacks on airlines costly |
|---|---|
| SOURCE | http://mybroadband.co.za/news/security/149389-cyber-attacks-can-cost-airlines-millions.html |
| GIST | Cyber attacks can cost airlines hundreds of millions of dollars in revenue and irreparably damage their reputations, according to Carolina Ramirez, global director of security and facilitation at the International Air Transport Association (Iata).<br><br>"The threat of cyber security in the aviation industry is evolving," she said.<br><br>"Terrorists are still very conventional in the type of weapons they use. Nevertheless, as 2015 indicated, Iata and its member airlines need to keep vigilant and are working hand in hand to identify the current and upcoming threats, establish contingency plans, emergency responses and counter measures."<br><br>Cyber attacks in the industry can vary from on-board or in-flight interferences affecting on board flight systems, navigation devices and communications to operational disruptions and business disruption (like bookings and check-in).<br><br>So far in 2015 at least five airlines and two airport operations have been publicly reported as victims of targeted online attacks, she said. |

Return to Top

| HEADLINE | 12/10 Canada: ISIS hack on plane unlikely |
|---|---|
| SOURCE | http://www.huffingtonpost.ca/2015/12/10/isil-cyberattack-on-airplane-unlikely-federal-intelligence-analysts-reported_n_8767702.html |
| GIST | OTTAWA — The prospect of a terrorist cyberattack on an airplane struck federal intelligence analysts as more pie-in-the-sky than a real possibility, newly released documents show.<br><br>The modern airliner's reliance on digital flight-control systems make some believe planes are vulnerable to malware that could be uploaded either online or through a direct connection, notes an assessment by Transport Canada's security intelligence assessment branch.<br><br>Although there are no confirmed cases of malware being used to hijack an aircraft's flight systems, it is "theoretically possible to do so," says the November 2014 assessment, recently obtained under the Access to Information Act.<br><br>"Changing flight control settings at critical times (landing or takeoff) could be catastrophic," the note allowed, but added: "The likelihood of such an event is assessed as very low." |

Return to Top

| HEADLINE | 12/10 Large UK website hosting attacked |
|---|---|
| SOURCE | http://www.ft.com/cms/s/0/69bcecf6-9f60-11e5-beba-5e33e2b79e46.html#axzz3u0o5FxHY |
| GIST | Easily.co.uk, one of the UK's largest website hosting companies, has become the latest group to suffer a serious cyber attack.<br><br>The company, which hosts 100,000 websites, 65,000 of them in the UK, confirmed on Thursday that it had been hacked.<br><br>"A forensic investigation by independent experts has confirmed that unauthorised access was gained to our internal systems and a list of domain names registered on behalf of our clients was accessed," said NetNames, which owns the Easily website.<br><br>The private equity-owned company said that no details other than domain names were taken. It declined to say how many customers had been affected.<br><br>"There is no evidence that any account details, passwords or personal information which could identify individual customers was accessed," it stressed. "We have taken action to isolate and remove malware which was found on our internal systems." |
| Return to Top | |

| HEADLINE | 12/10 ISIS' homebrewed encryption app? |
|---|---|
| SOURCE | http://www.nbcnews.com/tech/security/isis-has-app-could-they-build-encryption-tools-too-n471596 |
| GIST | Terrorists worried about government surveillance have another option: building their own apps, much like Al Qaeda did with Asrar al-Mujahedeen, a program it created in 2007.<br><br>That is just one several encrypted messaging apps created by terrorist organizations over the last few years, according to a report from threat intelligence firm Recorded Future. ISIS also creates its own smartphone apps, like Amaq, an Android news app recently discovered by a group affiliated with the anti-terrorist hacker collective Ghost Security Group.<br><br>That all might seem like terrible news for intelligence agencies. Even if they could somehow gain access to every ready-made app out there, terrorists could simply start relying on home-brewed software. Not all encryption tools, however, are created equal.<br><br>"It's relatively easy to put together an application that uses encryption," Jonathan Katz, a computer science professor at the University of Maryland, told NBC News. "It's more difficult to build an application that's end-to-end secure."<br><br>Your average computer science graduate should be able to build encryption software that keeps away scammers, he said. Without experience and resources, however, it's unlikely they could build unbreakable, error-free software that could keep out nation states. |
| Return to Top | |

| HEADLINE | **12/10 Encryption stymies national security** |
|---|---|
| SOURCE | **http://www.nbcnews.com/tech/security/isis-has-app-could-they-build-encryption-tools-too-n471596** |
| GIST | In the wake of the Paris terror attacks, some politicians and intelligence officials began rallying for "back doors" into encrypted messaging apps. |
| | On Wednesday, FBI Director James Comey told senators that the person who opened fire at an anti-Prophet Muhammad event in May sent more than 100 encrypted messages to someone overseas, and the FBI couldn't read any of them. |
| | "I'm not questioning their motivations," Comey said of companies who encrypt their data. "The question we have to ask is, 'Should they change their business model?'" |
| | In theory, a "back door" would let law enforcement gain insight into secret terrorist communications — if those terrorists were limited to a handful of regulated apps. |
| | But that's not the case. There are more than 400 free and commercial encryption products currently on the market, security expert Bruce Schneier told NBC News. Many of them were created outside of the U.S., meaning that even if Washington created laws demanding Silicon Valley create "back doors," the foreign apps and services wouldn't have to comply. |
| | "There are a ton of apps out there," Will Ackerly, a former NSA employee and co-founder of encrypted mail service Virtru, told NBC News. |
| | "Bad guys don't play by the same rules," he said. "They will have other alternatives. I think that will always be true." |
| Return to Top | |

## Terror Conditions

Top of page

| HEADLINE | **12/10 Britain's jihad hotspots revealed** |
|---|---|
| SOURCE | **http://www.breitbart.com/london/2015/12/10/terrorism-arrests-reveal-britains-jihad-hotspots/** |
| GIST | **Analysis of terrorism arrests in Britain carried out in the last two years shows the towns and cities that form the UK's terror hotspots, and a sharp increase in the number of women detained for terrorist offences.** |
| | Data from across Britain shows that terrorism arrests occurred in 21 police force areas. However, analysis conducted by *Sky News* shows the incidence of jihad-related criminality are not evenly spread throughout the country and the location of concentrations has shifted over the past year. |
| | Predictably, most arrests under the Terrorism Act 2000 were made in the largest population centres. |
| | In 2014, for example, by far the largest number of terror arrests were within the London's |

|  | Metropolitan police area; the second largest cluster was in the West Midlands, followed by Greater Manchester, then West Yorkshire. |
|---|---|
|  | Analysis of the same data a year later gives a slightly different picture. Most arrests still took place within London's Met police area, but with a drop from 59 to 35 – a noticeable shift to fewer arrests in the capital is discernible. |
|  | In contrast, more arrests took place in the West Midlands and Greater Manchester. The former rose from 12 to 23, and the latter from nine to 11. |
|  | In terms of specific cities, in the last 18 months London accounted for 80 arrests, or about 40 per cent of the total number of terrorism arrests. Other significant clusters occurred in Birmingham (24 per cent), and Manchester (12 per cent). |
|  | Beyond those areas there were some groupings in less obvious locations. *Sky News* found clusters in Rochdale, Cardiff, Luton, Derby and Portsmouth, but most of those were linked to individuals aspiring to join Islamic State jihadists in Syria. |
|  | Analysis of the number of suspected female jihadists presents a statistically significant increase in 2015 (up to October) as compared to 2014. Last year's Home Office figures showed 30 women were arrested out of a total of 289 — or just under 10 per cent of the total. With the data available for this year that same statistic has jumped to just over 23 per cent, and is expected to increase further still when data for the last quarter is made available. |
| Return to Top |  |

<br>

| HEADLINE | **12/11 ISIS threatens UNESCO site in Libya** |
|---|---|
| SOURCE | **http://www.thedailybeast.com/cheats/2015/12/11/isis-threatens-roman-treasures-in-libya.html** |
| GIST | ISIS fighters stormed the Libyan town of Sabratha near Tripoli in pickup trucks, potentially threatening a UNESCO World Heritage Site of 3rd century Roman ruins. |
|  | "Sabratha is in the top 5 percent of archaeological sites in the world. As with Palmyra, it is a Greco-Roman site, which Islamic State has a particular view on: representation of human form in sculpture and artworks, representatives of idols," said British archaeology professor David Mattingly. |
|  | "Things they prefer to destroy." |
| Return to Top |  |

<br>

| HEADLINE | **12/11 FBI: Garland gunmen texted terrorist** |
|---|---|
| SOURCE | **http://www.usatoday.com/story/news/nation-now/2015/12/11/mohammed-cartoon-gunman-texted-overseas-terrorist/77138214/** |
| GIST | PHOENIX — FBI Director James Comey revealed for the first time that one of the two Phoenix gunmen killed in May outside a Prophet Mohammed cartoon contest in Garland, |

|  | Texas, while trying to commit a terrorist attack had <u>sent 109 messages that same morning to an overseas terrorist</u>.<br><br>The FBI still hasn't been able to determine what the encrypted messages said, Comey disclosed while testifying Thursday at a Senate Judiciary Committee Hearing in Washington, D.C.<br><br>Comey was trying to illustrate ongoing concerns that law-enforcement officials investigating counterterrorism and criminal cases are unable to unlock encrypted messages sent on smartphones, rendering court orders to obtain that information ineffective. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Claim: DHS nixed effective program** |
|---|---|
| SOURCE | <u>http://www.newsmax.com/Newsfront/former-dhs-employee-barack-obama/2015/12/10/id/705386/</u> |
| GIST | Phillip Haney, a former Homeland Security employee who was part of an operation in California to investigate possible terrorists, told Fox News that if the Obama White House had not shut down his program in 2012, he could have prevented last week's San Bernardino attack that killed 14 people.<br>Haney, appearing Thursday on Fox News Channel's **"The Kelly File,"** said his program identified the mosque attended by Syed Farook, who with his wife, Tashfeen Malik, carried out the mass shooting, as being the home of a group of individuals already being investigated.<br><br>"As we were tracking them, we would have put the red light on them," Haney said.<br><br>"Therefore, two things very plausibly would have happened: Either Syed would have been put on the no-fly list because of the association with that mosque and/or the K-1 visa his wife was given would have been denied because of his affiliation with a known organization."<br><br>Haney, a founding member of the Department of Homeland Security, said he filed a Freedom of Information Act request to find out why the plug had been pulled on his program.<br>The reason, he said, was because the administration said the case was based on targeting a specific Islamic group. |
| Return to Top | |

| HEADLINE | **12/10 Geneva police hunt ISIS suspects** |
|---|---|
| SOURCE | <u>http://abcnews.go.com/International/wireStory/geneva-police-hunt-suspects-part-paris-attacks-probe-35688995</u> |
| GIST | Working on a tip from the CIA, Geneva police were hunting for at least four suspects allegedly linked to the radical Islamic State group and believed to be plotting a "specific" attack in the city, Swiss officials said Thursday.<br><br>As city police raised their security alert level, Swiss state prosecutors opened investigations into a suspected criminal plot and suspected violations of a ban into groups like Islamic State and al-Qaida. |

|  | The CIA alerted Swiss authorities to the four men on Wednesday, prompting the manhunt, a Swiss official with knowledge of the investigation told The Associated Press on Thursday. He spoke on condition of anonymity because of the sensitivity of the matter. |
|  | The official confirmed the suspects were four men shown in a photograph linked to a news report in Swiss daily Le Matin. They were pictured each in a crouched pose and holding up an index finger — said to be an Islamic State gesture. |
|  | It was too early to determine whether other suspects might still be at large, the official said. He also declined to identify the names, ages or nationalities of the people being sought. |
| Return to Top | |

| HEADLINE | **12/10 FBI searches lake near San Bernardino** |
|----------|--------------------------------------------------|
| SOURCE | **http://abcnews.go.com/US/fbi-searching-california-lake-connection-san-bernardino-shooting/story?id=35700346** |
| GIST | An FBI dive team was searching a lake Thursday near the site of the terror attack in San Bernardino, California -- a spot where investigators were told the shooters spent time. |
|  | The FBI would not discuss the specific evidence it was looking for, but said it was seeking "anything that had to do" with the shooting. |
|  | One official has told ABC News that investigators are searching Seccombe Lake Park as a precaution, to ensure that no evidence was missed. |
|  | "In the end we may come up with nothing," FBI Los Angeles branch Assistant Director David Bowdich said Thursday, adding that the search could take days. "We just don't know yet." |
|  | Bowdich added that there is no indication that anything in the lake poses a danger to the public. |
|  | The search comes after the FBI received information that the couple spent time at the pond, according to a senior official with knowledge of the investigation. |
|  | The dive teams are looking to see if they left or stored anything at the pond, the senior official said. |
| Return to Top | |

| HEADLINE | **12/10 USAF plans massive drone expansion** |
|----------|-----------------------------------------------|
| SOURCE | **http://www.latimes.com/world/middleeast/la-fg-drone-pilots-20151210-story.html** |
| GIST | The Air Force wants to vastly expand its drone program over the next five years by doubling the number of pilots and deploying them to bases in California and elsewhere to give commanders better intelligence and more firepower. |

The $3-billion plan, which must be approved by Congress, was unveiled Thursday after months of study that focused on a drone pilot force that commanders have described as overworked, undermanned and underappreciated.

The proposed expansion comes as the Pentagon has intensified airstrikes on Islamic State targets in Iraq and Syria. Pilots and crews who operate the MQ-1 Predators and MQ-9 Reapers have struggled to meet a rising demand for aerial surveillance of war zones and other hot spots.

"Right now, 100% of the time, when a MQ-1 or MQ-9 crew goes in, all they do is combat," said Gen. Herbert "Hawk" Carlisle, head of Air Combat Command, which oversees drone operations. "So we really have to build the capacity."

The Air Force wants to add 75 Reapers to the current fleet of 175 Reapers and 150 Predators. It also would increase the number of flying squadrons from eight to as many as 17, and add up to 3,500 new pilots, sensor operators and other personnel.

Return to Top

| HEADLINE | **12/10 Calif. shooters planned bigger?** |
|---|---|
| SOURCE | **http://www.latimes.com/local/crime/la-me-sb-shooting-20151211-story.html** |
| GIST | An examination of digital equipment recovered from the home of the couple who killed 14 people in San Bernardino last week has led FBI investigators to believe the shooters were planning an even larger assault, according to federal government sources. |

Investigators on Thursday continued to search for digital footprints left by Syed Rizwan Farook and Tashfeen Malik, scouring a downtown San Bernardino lake for electronic items, including a hard drive that the couple was hoping to destroy, sources told The Times.

FBI agents will probably spend days searching Seccombe Lake and canvassing the neighborhood for clues after receiving a tip that the couple may have visited the area on the day of the attack, according to David Bowdich, assistant special agent in charge of the FBI's Los Angeles field office.

Farook and Malik were in the final planning stages of an assault on a location or building that housed a lot more people than the Inland Regional Center, possibly a nearby school or college, according to federal sources familiar with the widening investigation.

Investigators have based that conclusion on evidence left behind on Farook and Malik's computers and digital devices, not all of which the couple were able to destroy before they were killed in a firefight with police, the sources said.

Return to Top

| HEADLINE | **12/10 Minn. suspect denies San Bernardino link** |
|---|---|
| SOURCE | **http://abcnews.go.com/International/somali-jail-suspected-american-isis-recruiter-denies-san/story?id=35695193** |

| GIST | Sitting in a Somali jail, a Minneapolis man suspected of being a key recruiter for ISIS recently denied that allegation and any link to two domestic terror plots hatched in the U.S., including the recent deadly attack in San Bernardino, Calif., according to a recent news report. |
|------|------|
| | Mohamed Abdullahi Hassan, a Somali national who lived for years in Minneapolis, Minn. and is better known among extremists online as "Miski," spoke to Voice of America's Somali Service Tuesday, a day after the U.S. State Department confirmed reports that Hassan was in custody of the Somali government. |
| | In the VOA interview, Hassan denied he had any contact with Syed Rizwan Farook and Tashfeen Malik, the husband and wife terrorists who killed 14 people in San Bernardino last Wednesday. Over the weekend ABC News reported that investigators were trying to determine if the couple had any online connection with Hassan, a prominent figure in online extremist circles, in the months before he ended up in custody. |
| | Prior to the tragedy in San Bernardino, Hassan was linked to another deadly incident this year in Garland, Texas where two men attempted to attack a Mohammed cartoon event but were gunned down by police before they could kill anyone. In the days and weeks leading up to that attack, one of the gunmen had repeated social media contact purportedly with Hassan over Twitter. Hassan's page featured messages urging Americans to "do their part" like the three men that killed 12 people in Paris in January in the Charlie Hebdo attack. |
| | Testifying before Congress Wednesday, FBI Director James Comey said that the morning of the Garland attack, "before one of those terrorists left to commit mass murder, he exchanged 109 messages with an overseas terrorist." |
| | According to an extended account of the VOA interview provided to ABC News, Hassan denied any link to Garland as well and claimed that "many people" use his Twitter account. Speaking about both San Bernardino and Garland, Hassan reportedly said, "I don't have anything to do with that attack or have any connections with those people." |
| Return to Top | |

| HEADLINE | **12/11 America's most wanted: al-Adnani** |
|------|------|
| SOURCE | **http://www.nbcnews.com/storyline/isis-uncovered/americas-most-wanted-isis-leader-top-u-s-kill-list-n477946** |
| GIST | He is America's most wanted — the number one name on the government's kill list of ISIS leaders, say senior U.S. military and intelligence officials. |
| | Abu Bakr Al-Baghdadi may be the face of ISIS, but Abu Muhammad al-Adnani, the terror group's director of external operations, is the man most likely to cause harm in the West. The U.S. wants al-Adnani dead because he's considered the author of the strategy of wanton murder that has left more than 500 dead in attacks around the world since October 10 — and apparently helped inspire last week's massacre in San Bernardino. |
| | "He is at the top of the list," confirmed a senior intelligence official. |
| | "We are tracking him," said a senior U.S. military official. "We believe he is in Iraq." |

|   | Laith al-Khouri of Flashpoint Intelligence, an NBC counterterrorism analyst, said the rationale for the U.S. interest in killing Adnani is simple. |
|---|---|
|   | "Adnani has been the main voice behind issuing ISIS threats to the West," said al-Khouri. He is also dangerous, said al-Khouri, because his charisma draws new followers to the group. "He is so admired and glorified by jihadists worldwide that he stands as a primary point of recruitment." |
| <u>Return to Top</u> | |

| HEADLINE | **12/08 Why do people join ISIS? 9 reasons** |
|---|---|
| SOURCE | **<u>http://www.defenseone.com/threats/2015/12/why-do-people-join-isis-heres-what-they-say-when-you-ask-them/124295/?oref=d-mostread</u>** |
| GIST | **President Obama on Sunday night said that** it was "clear" that <u>Tashfeen Malik</u> and her husband, <u>Syed Rizwan Farook</u>, the two alleged assailants in the San Bernardino mass shooting, had "gone down the dark path of radicalization, embracing a perverted interpretation of Islam that calls for war against America and the West." He did not speculate as to why people journey down that path or prescribe how the United States might deter, or detour, them. But a March <u>report</u> from Lebanon-based Quantum Communications provides some insight.<br><br>The researchers from Quantum collected televised interviews with 49 fighters in Syria and Iraq — some in custody, some who had defected, and some who were still in the fight. They analyzed the fighters' statements using a <u>psycho-contextual analytical technique</u> developed by Canadian psychologist Marisa Zavalloni to divine the motivational forces and personal characteristics of the subjects.<br><br>It is a small sample, not entirely random, but given the difficulty of surveying a group like ISIS, still provides value. How much value? Michael Lumpkin, assistant defense secretary for special operations/low-intensity conflict, <u>cited</u> the report in his recent visit to Congress.<br><br>*Defense One* showed the report to University of Maryland professor <u>Arie W. Kruglanski</u>, one of the principal investigators at the <u>National Center for the Study of Terrorism and the Response to Terrorism</u>. He responded, "The content analysis that the researchers employed is a well respected method of gleaning information from contents of interviews … More importantly the findings make sense to me."<br><br>Almost all research on terrorism faces this problem of finding a truly random sample, said Paul Davis, a senior principal researcher at the RAND Corporation and a professor of policy analysis at the Pardee RAND Graduate School. "I applaud the article," Davis said. "It is consistent with the strong finding we've found and continue to find, which is that motivation is very important and that motivation varies."<br><br>The Quantum researchers grouped the fighters into nine categories, based on the reasons they gave for joining ISIS. They are:<br>• *Status seekers:* Intent on improving "their social standing" these people are driven primarily by money "and a certain recognition by others around them."<br>• *Identity seekers:* Prone to feeling isolated or alienated, these individuals "often feel like outsiders in their initial unfamiliar/unintelligible environment and seek to identify with another group." Islam, for many of these provides "a pre-packaged |

|  | transnational identity." |
|---|---|
|  | - *Revenge seekers:* They consider themselves part of a group that is being repressed by the West or someone else. |
|  | - *Redemption seekers:* They joined ISIS because they believe it vindicates them, or ameliorates previous sinfulness. |
|  | - *Responsibility seekers:* Basically, people who have joined or support ISIS because it provides some material or financial support for their family. |
|  | - *Thrill seekers:* Joined ISIS for adventure. |
|  | - *Ideology seekers:* These want to impose their view of Islam on others. |
|  | - *Justice seekers:* They respond to what they perceive as injustice. The justice seekers' 'raison d'être' ceases to exist once the perceived injustice stops," the report says. |
|  | - *Death seekers:* These people "have most probably suffered from a significant trauma/loss in their lives and consider death as the only way out with a reputation of martyr instead of someone who has committed suicide." |
| Return to Top | |

| HEADLINE | **12/09 France jails 3 for 'train attack bluff'** |
|---|---|
| SOURCE | **http://www.bbc.com/news/world-europe-35056991** |
| GIST | Three men in France have been jailed for faking a terror threat on a train to steal passengers' phones - only five days after the Paris attacks. |
|  | The group was travelling between Beziers and Perpignan in the southern Pyrenees region when they commandeered the train's intercom system. |
|  | They then played a Muslim call to prayer and told passengers to hand over their phones or face an attack. |
|  | They were found guilty of extortion and sentenced to up to 30 months in prison. One of their lawyers said it was "a joke in very bad taste by foolish youths". |
|  | None of those sentenced, aged between 19 and 23 and from Beziers, was named by the court in Perpignan. |
|  | One of the men, who is 21 years old and had converted to Islam, was also found guilty of supporting terrorism after police found pictures of him posing with an assault rifle and a jihadist banner on his phone. |
| Return to Top | |

| HEADLINE | **12/10 Paris attack gun link to US dealer** |
|---|---|
| SOURCE | **http://www.nbcnews.com/storyline/paris-terror-attacks/gun-linked-paris-attackers-was-delivered-u-s-dealer-2013-n477746** |
| GIST | One of the guns linked to Islamist militants who carried out the Paris attacks was exported to the United States in 2013, according to the head of a Serbian arms factory. |

|  | Milojko Brzakovic of the Zastava arms factory told The Associated Press Thursday that the M92 semi-automatic pistol was traced after its serial number matched the one delivered to an American arms dealer in May 2013.<br><br>At least seven of the weapons used or discovered after the Nov. 13 attacks that killed 130 people have been identified as produced by the Serbian factory, most of them manufactured before Yugoslavia broke up in a civil war in the 1990s.<br><br>Brzakovic says all those arms were delivered legally, but could have later found their way through illegal channels. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Feds arrest 'emir' of ISIS recruiting** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/feds-arrest-emir-isis-related-recruitment-effort-minnesota/story?id=35691249** |
| GIST | Federal authorities have arrested a Minnesota man for allegedly leading an effort inside the United States to send others to join ISIS in Syria.<br><br>Abdirizak Mohamed Warsame was arrested Wednesday night and charged with one count of conspiring to provide material support to a terrorist organization.<br><br>He is among at least 10 youth from Minnesota who allegedly began planning to join ISIS more than a year ago. Nine have now been arrested, and one -- 18-year-old Abdi Nir -- made it to Syria, where since May 2014 he has been recruiting and assisting others inside the United States to join ISIS, authorities said.<br><br>Warsame's arrest comes several months after a round of arrests in the case.<br><br>According to charging documents, Warsame and others began watching propaganda videos together in the spring of 2014, when they also began talking about how to get to Syria.<br><br>At one point, when one of the leaders of the group was planning to leave for Syria imminently, Warsame was appointed "emir" of the effort, and he subsequently began encouraging and helping others plan to join ISIS, according to charging documents.<br><br>In fact, Warsame and Nur considered robbing people to pay for travel to Syria, but Nur rejected the idea and said they should steal from the government instead, prosecutors allege.<br><br>Warsame called Nur "a genius," charging documents say. |
| Return to Top | |

| HEADLINE | **12/10 UK terror arrests reach record level** |
|---|---|
| SOURCE | **http://www.dailymail.co.uk/wires/pa/article-3354187/More-women-children-held-UK-terror-arrests-** |

| | |
|---|---|
| | **reach-record-level.html** |
| GIST | A dramatic rise in arrests of women and teenagers has helped drive the number of terror suspects detained in Britain to record levels.

There were a total of 315 terrorism-related arrests in the year ending September 2015 - meaning the rate has jumped by more than a third (34%) in just a year as security services and police mount a huge effort to counter the threat following the rise of Islamic State.

It is the highest tally for a year to September on record.

Home Office figures showed the rise was in part down to increases in the numbers of female and under-18 suspects.

The number of women and girls held has more than doubled compared to the previous year to 50, meaning they now account for around one in six (16%) of all arrests after a rise of seven percentage points compared to the previous 12 months.

It also means that a fifth of all the arrests of females since 2001 have occurred in the last year.

The Home Office report said: "The majority of the increase in the number of women getting arrested has been linked to international-related terrorism."

Statisticians also reported a "notable increase" in the number of suspects aged under 18 being arrested, with the total of 15 detained over the year, the highest on record.

The statistics bear out warnings about increasing numbers of women and teenagers being drawn into extremism. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/11 NYC bomb plot revealed in guilty plea** |
| SOURCE | **http://www.nj.com/news/index.ssf/2015/12/plot_to_bomb_nyc_revealed_in_guilty_plea_of_nj_isi.html** |
| GIST | A third member of a close circle of friends tied together in an investigation spanning across New Jersey, New York and to the Middle East, pleaded guilty Thursday of attempting to travel to Syria to join ISIS.

Nader Saadeh, a 20-year-old from Rutherford taken into custody shortly after arriving in Jordan last May, admitted in a court appearance before U.S. District Judge Susan Wigenton in Newark to conspiring to provide material support to the terror group now controlling large areas of Syria and Iraq.

Prosecutors said Saadeh also admitted that two of his friends discussed plans to bomb landmarks including Times Square and the World Trade Center in the name of ISIS. That plot never materialized.

Saadeh had been one of five men linked by the FBI after a year-long investigation by the bureau and the Joint Terrorism Task Force that apparently began after the mother of one expressed fears that his friends were pushing him to "do something stupid." |

| | |
|---|---|
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Finland arrests suspected ISIS members** |
| SOURCE | **http://news.yahoo.com/finnish-police-arrest-two-iraqi-men-suspicion-terrorism-140956594--finance.html** |
| GIST | HELSINKI (Reuters) - Finnish police on Thursday arrested two Iraqi men on suspicion of shooting 11 unarmed prisoners in Iraq in June 2014, killings that were filmed by Islamic State on put online.<br><br>The men, both 23 years old, entered Finland in September and were suspected of belonging to the militant group, the National Bureau of Investigation (NBI) said in a statement.<br><br>Broadcaster MTV3 said at least one of them was an asylum seeker. The NBI was not immediately available to confirm this. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/11 Saddam's men help ISIS rule** |
| SOURCE | **http://www.reuters.com/investigates/special-report/mideast-crisis-iraq-islamicstate/** |
| GIST | MALA QARA, Iraq – Mohannad is a spy for Islamic State. He eavesdrops on chatter in the street markets of Mosul and reports back to his handlers when someone breaks the militant group's rules. One man he informed on this year – a street trader defying a ban on selling cigarettes – was fined and tortured by Islamic State fighters, according to a friend of Mohannad's family. If the trader did not stop, his torturers told the man, they would kill him.<br><br>Mohannad is paid $20 for every offender he helps to catch.<br><br>He is 14.<br><br>The teenager is one cog in the intelligence network Islamic State has put in place since it seized vast stretches of Iraq and neighbouring Syria. Informers range from children to battle-hardened fighters. Overseeing the network are former army and intelligence officers, many of whom helped keep former Iraqi strongman Saddam Hussein and his Baath Party in power for years.<br><br>Saddam-era officers have been a powerful factor in the rise of Islamic State, in particular in the Sunni militant group's victories in Iraq last year. Islamic State then out-muscled the Sunni-dominated Baath Party and absorbed thousands of its followers. The new recruits joined Saddam-era officers who already held key posts in Islamic State.<br><br>The Baathists have strengthened the group's spy networks and battlefield tactics and are instrumental in the survival of its self-proclaimed Caliphate, according to interviews with dozens of people, including Baath leaders, former intelligence and military officers, Western diplomats and 35 Iraqis who recently fled Islamic State territory for Kurdistan.<br><br>Of Islamic State's 23 portfolios – equivalent to ministries – former Saddam regime officers run |

three of the most crucial: security, military and finance, according to Hisham al-Hashimi, an Iraqi analyst who has worked with the Iraqi government.

Iraq's Finance Minister Hoshyar Zebari, a Kurd who spent years opposing Saddam's regime, said the ex-Baathists working with Islamic State provide the group with highly effective guidance on explosives, strategy and planning. "They know who is who, family by family, name by name," he said.

"The fingerprints of the old Iraqi state are clear on their work. You can feel it," one former senior security official in the Baath Party said.

In many ways, it is a union of convenience. Most former Baathist officers have little in common with Islamic State. Saddam promoted Arab nationalism and secularism for most of his rule.

But many of the ex-Baathists working with Islamic State are driven by self preservation and a shared hatred of the Shi'ite-led government in Baghdad. Others are true believers who became radicalised in the early years after Saddam's ouster, converted on the battlefield or in U.S. military and Iraqi prisons.

One former intelligence commander who served in Iraq's national intelligence service from 2003 to 2009 said some ex-Baathists pushed out of state agencies by Iraq's government were only too happy to find new masters. "ISIS pays them," he said.

Return to Top

| HEADLINE | 12/10 ISIS retakes key town in Syria |
|---|---|
| SOURCE | http://www.militarytimes.com/story/military/2015/12/10/retakes-key-town-homs-province-syrian-forces/77088008/ |
| GIST | BEIRUT — Syrian activists say the Islamic State group has retaken a strategically important town in the central province of Homs from government forces.

The government had recaptured the town of Mheen and surrounding villages from the extremists two weeks ago as part of a general offensive to secure the highway connecting Damascus to the country's northwest.

The loss deals a setback to the Syrian army's strategy to fortify the corridor with support from Russian airpower.

The London-based Syrian Observatory for Human Rights says that fighting is underway on Thursday between IS militants and government forces with their allied militias outside of Mheen.

Islamic State media outlets reported earlier that the group's fighters had seized the hills overlooking the town on Wednesday night. |
| Return to Top | |

| HEADLINE | **12/10 ISIS vs Special Ops** |
|---|---|
| SOURCE | **http://www.rand.org/blog/2015/12/isis-vs-special-ops.html** |
| GIST | With Defense Secretary Ash Carter's announcement in early December that a special operations "expeditionary force" will be deployed to Iraq, a new phase of the effort to defeat the so-called Islamic State (ISIS) has begun. The special operators will be authorized to conduct raids in Iraq and Syria, and their activities will remedy one of the most critical gaps in the campaign to date—intelligence. By conducting raids, as special operators did in May when they killed Abu Sayyaf, an ISIS leader who had helped manage its oil and gas sales, they can gain troves of intelligence through interrogation of captured ISIS fighters and off their phones, computers, and other possessions. This type of "sensitive site exploitation," as it is called, involves rapid processing by intelligence analysts, which, during the heyday of the surge in Iraq, enabled operators to conduct up to 17 raids a night. |
| | The raids and follow-on exploitation will significantly increase pressure on the ISIS network by leading to the targeting of top and mid-level leaders, couriers, and the facilitators that procure and distribute the fuel, ammunition, fighters, and other inputs that fuel the war effort. However critical to the fight against ISIS, though, using special operations forces for raids represents only half of the needed military adjustment. |
| | The other half is the effort to build indigenous forces capable of taking and holding territory in Iraq and Syria. Over the past year, out of a desire to limit the U.S. involvement, too little equipment has been supplied to willing fighters, and advisors have been restricted to top headquarters commands and a few geographic areas. Although the Iraqi army has a long way to go, other security forces, such as Iraq's Counter-Terrorism Service (CTS), have been part of the fight since the beginning but have been starved for resources and sufficient advisory support. |
| | In Syria, very tight vetting criteria, constraints on advisory support, and a hodgepodge approach to indigenous forces severely limited the effectiveness of allied local forces. For example, to receive training and equipment, Syrian volunteers had to pledge to fight only ISIS and not Assad, and the question of providing air cover was not resolved until the recruits came under fire. The United States and its partners also supported different anti-ISIS forces without requiring them to unify. Although the Syrian Kurd People's Defense Units have been an important part of the fight in Syria, the focus must shift to backing Arabs, Druze, and other Syrians as well. That will help peel support away from extremist factions such as the al Qaeda-linked Jabhat al Nusra. |
| Return to Top | |

| HEADLINE | **12/10 RCMP aware report of Toronto threat** |
|---|---|
| SOURCE | **http://www.thestar.com/news/canada/2015/12/10/rcmp-aware-of-report-about-toronto-terror-threat.html** |
| GIST | The RCMP says media reports from Switzerland about possible ISIS-linked threats against Canadian cities, including Toronto, are being taken "very seriously." |
| | But Public Safety Minister Ralph Goodale says Canada has not increased its security alert level after reports from European news outlets of a potential terror plot that may have involved Canadian cities. |

"There is no change in the status of the alerts and so forth, but we will remain vigilant," Goodale told reporters Thursday. "Nobody is taking anything for granted, but there is nothing available to us at this moment that would… cause any change in status."

Goodale was commenting on reports out of Switzerland Thursday concerning a manhunt involving four men alleged to be ISIS sympathizers. The Swiss newspaper Tribune de Geneve reported that a journalist had seen a police document concerning an investigation into the four unnamed men, which indicated that Geneva, Toronto and Chicago were being targeted for attacks.

According to the Tribune de Geneve, United States intelligence services had provided information to Swiss authorities.

Return to Top

| HEADLINE | **12/10 Canada: security alert level not raised** |
|---|---|
| SOURCE | **http://www.cbc.ca/news/politics/terror-threat-isis-canada-1.3359334** |
| GIST | Canada has not increased its security alert level amid European reports of an ISIS-linked terror plot that may have been targeting Canadian cities, said Public Safety Minister Ralph Goodale.

Agence France-Presse reported today that Swiss police were searching for four people associated with the jihadist militant group after threats were made against Geneva, Toronto and Chicago.

Other European media are reporting that Ottawa and Vancouver were also possible targets.

CBC News has not been able to independently confirm the threat.

"If there is any dimension of this situation that relates to Canada we will obviously take appropriate steps. At this point, there is no new information reported to me that would change the circumstances," Goodale told reporters on Parliament Hill. "If there is something new we would obviously let Canadians know immediately and we will take the appropriate steps."

Goodale confirmed that Canada has not raised its security alert level as a result of any new threat. |
| Return to Top | |

| HEADLINE | **12/10 Feds investigate other potential plots** |
|---|---|
| SOURCE | **http://www.usatoday.com/story/news/nation/2015/12/10/san-bernardino-farook-malik/77111838/** |
| GIST | WASHINGTON — Federal investigators are continuing to review information about other possible attack plans involving the San Bernardino shooters, based in part on interviews with the man who provided the two semi-automatic rifles used in last week's assault that left 14 dead, a federal law enforcement official said. |

Authorities were attempting to corroborate accounts provided by Enrique Marquez, a former neighbor and associate of Syed Farook who with his wife, Tashfeen Malik, opened fire on a holiday party packed with Farook's San Bernardino County co-workers.

Among the pieces of information investigators sought to corroborate was a possible plot dating to 2012.

Marquez has so far not been charged in connection with the attack, but the official, who is not authorized to comment publicly, characterized the Farook associate as an ongoing focus of the wide-ranging inquiry.

Late Thursday, Los Angeles FBI chief David Bowdich declined comment on whether Marquez was in federal custody.

Return to Top

| HEADLINE | 12/10 US: ISIS oil going to Assad regime |
|---|---|
| SOURCE | http://www.newsmax.com/Newsfront/ISIS-oil-Assad-Syria/2015/12/10/id/705324/ |
| GIST | Islamic State militants are engaged in oil trading worth as much as $40 million a month with significant volumes sold to the government of President Bashar al-Assad and some finding its way across the border into Turkey, senior U.S. Treasury official Adam Szubin said on Thursday.

"ISIL is selling a great deal of oil to the Assad regime," Szubin, acting Under Secretary for Terrorism and Financial Intelligence with the U.S. Treasury, said at Chatham House in London.

"The two are trying to slaughter each other and they are still engaged in millions and millions of dollars of trade."

"The volumes we are talking about and the amounts of money we are talking about are very sizeable," said Szubin. |
| Return to Top | |

| HEADLINE | 12/10 Extremist groups ignored Calif. shooter |
|---|---|
| SOURCE | http://www.reuters.com/article/us-california-shooting-idUSKBN0TT28120151210 |
| GIST | Islamic militant groups ignored contact attempts from Pakistan-born Tashfeen Malik in the months before she and her husband killed 14 people at a California holiday party, probably because they feared getting caught in a U.S. law enforcement sting, U.S. government sources said on Thursday.

Disclosures of her overtures to extremists abroad surfaced as the investigation of the Dec. 2 shooting rampage in San Bernardino, about 60 miles (100 km) east of Los Angeles, appeared to take a new turn with divers searching a small lake near the scene of the massacre. |

The number of organizations that Malik, 29, tried to contact and how she sought to reach them was unclear, but the groups almost certainly included al Qaeda's Syria-based official affiliate, the Nusrah Front, the government sources said.

One source said investigators have little, if any, evidence that Malik or her husband, Syed Rizwan Farook, 28, had any direct contact with Islamic State, which has seized control of large swaths of Syria and Iraq and claimed responsibility for assaults in Paris last month that left 130 people dead.

FBI Director James Comey has said Malik and Farook declared at about the time of their attack that they were acting on behalf of Islamic State, which in turn has embraced the couple as among its followers.

But U.S. government sources have said there was no evidence that the Islamic State even knew of the couple before the killings.

Return to Top

| HEADLINE | **12/10 Paris attacker urged 'kill them'** |
| --- | --- |
| SOURCE | **http://www.foxnews.com/world/2015/12/10/newly-idd-paris-attacker-urged-jihadists-to-blow-everything-up-be-enemy-from/?intcmp=hplnws** |
| GIST | The Paris attacker whose remains were finally identified earlier this week was a committed jihadist who joined ISIS in its infancy, and encouraged radicals to resist integration in France, according to newly uncovered social media posts.

Foued Mohamed-Aggad, a 23-year-old Frenchman of Morrocan descent, was identified as one of three gunmen who killed as many as 89 concert-goers at The Bataclan Theatre music hall Nov. 13, in the most deadly phase of the coordinated attacks that left 130 dead and hundreds more wounded. Once his name was confirmed, Middle East Media Research Institute (MEMRI) traced his digital trail and established he was a member of ISIS dating back to December, 2013, when the terror organization was just emerging.

"[This is a] message to the brothers in faith, those who cannot make hijra [immigration to Islamic State] for x reason," Aggad wrote in a July 18, 2014 post. "Cause attacks, be an enemy from within, blow everything up, it doesn't matter where or how, by any means! Kill them wherever you find them! Do not attempt to integrate yourself in France, they do not even want you!"

That post was one of several MEMRI uncovered and translated from French from a Facebook account Aggad held from June to August 2014. |
| Return to Top | |

| HEADLINE | **12/10 Conflicted portrait of terrorists' pal** |
| --- | --- |
| SOURCE | **http://www.foxnews.com/us/2015/12/10/conflicted-portrait-emerges-socal-terrorists-pal-as-** |

| | |
|---|---|
| | possible-charges-loom/?intcmp=hpbt1 |
| GIST | The friend who allegedly supplied the Southern California jihadist couple with the guns used in last week's terror attack - and who sources said could soon be charged in connection with the case - presented himself to friends as "laid back" but seemed to be in constant personal conflict.<br><br>Enrique Marquez was married, but didn't live with his wife. He had converted to Islam but confided in a mosque worker that he wanted to become a Buddhist. He could be witty and laugh at himself, but often posted dejected missives on Facebook.<br><br>And he was reportedly not a particularly pious Muslim and even spoke of joining the military – yet he allegedly plotted a scuttled terror attack with boyhood friend Syed Farook and is believed to have purchased two of the weapons Farook and his wife, Tashfeen Malik, would eventually use to murder 14 people and injure 21 others at a holiday party on Dec. 2. Farook and Malik were killed in a subsequent shootout, and Marquez has so far been cooperating with authorities.<br><br>"It was hard to make a conclusion about what he was like," Sid Hashemi, a former boss of Marquez, told Reuters.<br><br>Marquez, 24, bounced from job to job – serving as an unarmed security guard at construction sites, working security at a local bar and checking customers' receipts at Walmart, according to Reuters.<br><br>"He just floated around," Hashemi said.<br><br>Marquez was never able to maintain employment anywhere for too long, with his personality seeming to block any potential progress. An account manager at one of the security firms that employed Marquez told Reuters that Marquez "just couldn't take the stress" after he received a promotion. Ashlee Sims, who worked with Marquez at a Walmart Supercenter in Corona, said he was withdrawn and "awkward."<br><br>He has since been fired from Walmart, spokesman Brick Nick told Reuters.<br><br>One of the more unusual aspects of Marquez's personal life was his marriage to Mariya Chernykh.<br>Chernykh, 25, came to the U.S. from Russia in 2009 on a visa for work or study exchange programs, according to a federal official who spoke to the Washington Times. Chernykh initially worked in the mall for her sister Tatiana, who is married to Farook's brother, Syed Raheel Farook. It's unclear how or when Marquez met Chernykh, but the two were married on Nov. 29, 2014. The couple's marriage license said the ceremony occurred at the Islamic Society of Corona-Norco, though the mosque's facility manager denied that to the Washington Times.<br><br>Raheel Farook vouched for Chernykh on her citizenship application, saying that Marquez would be able to financially support his new bride, according to ABC News.<br><br>Beyond those official documents, however, Marquez and Chernykh didn't appear to have much of a relationship. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Terrorist shooting intelligence failure?** |

| SOURCE | http://www.foxnews.com/us/2015/12/10/intelligence-failure-san-bernardino-terrorists-may-have-been-on-authorities/?intcmp=hpbt1 |
|---|---|
| GIST | As the investigation into the San Bernardino terrorists moves into its second week, there are increasing indications that Syed Farook and Tashfeen Malik were on the radar of authorities – or should have been, according to some lawmakers.<br><br>"You have to say it was an intelligence failure," Rep. Matt Salmon, R-Az., said Thursday following a closed-door House briefing on the shooting. "You have to. Because it was."<br><br>Rep. Adam Schiff, D-Cal., said some of the shooters' actions may have raised red flags.<br><br>"There are things that may have alerted law enforcement to an issue with Farook, but I don't know that we know enough to say that these were apparent without the advantage of hindsight," Schiff said.<br><br>Asked specifically about a report Thursday that Farook may have had ties to a group of now-convicted terrorists based in Riverside, where Farook lived, Schiff hedged.<br><br>"I think [FBI Director James Comey] stated publicly in the past that there have been contacts with people of interest to the bureau but not to read too much into that," Schiff said.<br><br>Farook was allegedly plotting an attack on an unknown location in 2012 but scuttled the plan after the arrests of three men in California and a terror ringleader in Afghanistan in November 2012. Citing two U.S. law enforcement officials, CNN reported Thursday that Farook "had ties" to one of the men, Sohiel Kabir, a terrorist recruiter who was apprehended in Afghanistan. Farook was in Kabir's "social circle."<br><br>Farook and Malik's names likely arose during an earlier FBI investigation but didn't raise any flags, Reuters reported Thursday afternoon, citing a source. It was not immediately clear if that earlier investigation was related to the November 2012 arrests.<br><br>Reuters also reported that Malik tried unsuccessfully to contact multiple Islamic militant groups in the months before the San Bernardino massacre, which left 14 dead and 21 injured. Two government sources said the groups probably ignored Malik because Islamist groups have recently become wary of responding to unknown outsiders.<br><br>Schiff said there was no indication of a "public use of social media that was missed" but noted "there are other ways that you can communicate without being seen." |
| Return to Top | |

| HEADLINE | **12/10 Pentagon: 3 ISIS leaders killed** |
|---|---|
| SOURCE | http://www.cbsnews.com/news/pentagon-3-isis-leaders-killed-in-recent-strikes/ |
| GIST | The finance minister for the Islamic State of Iraq and Syria (ISIS) and two of the group's other senior leaders were killed in recent U.S.-led coalition airstrikes, a Pentagon spokesman said Thursday.<br><br>Army Colonel Steve Warren said that a November airstrike had killed Abu Salah, who he called |

| | |
|---|---|
| | "one of the most senior and experienced members" of ISIS' financial network.<br><br>"Killing him and his predecessors exhausts the knowledge and talent needed to coordinate funding within the organization," Warren said.<br><br>The spokesman said U.S. airstrikes also killed Abu Maryam, an ISIS "enforcer and senior leader of their extortion network," and Abu Rahman al-Tunisi, described as an ISIS executive officer who coordinated the transfer of information, people and weapons.<br><br>Warren said the three were killed in airstrikes near the northern Iraqi town of Tal Afar. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Intel: ISIS with fraudulent passports** |
| SOURCE | **http://abcnews.go.com/International/us-intel-isis-passport-printing-machine-blank-passports/story?id=35700681** |
| GIST | With the U.S. and other countries on high alert for ISIS attacks, American authorities are warning the terror group's followers may have infiltrated American borders with authentic-looking passports ISIS has printed itself with its own machines, according to an intelligence report obtained by ABC News.<br><br>The 17-page Homeland Security Investigations (HSI) Intelligence Report, issued to law enforcement last week, says ISIS likely has been able to print legitimate-looking Syrian passports since taking over the city of Deir ez-Zour last summer, home to a passport office with "boxes of blank passports" and a passport printing machine. Another passport office was located in Raqqa, Syria, which has long been ISIS's de facto capital.<br><br>"Since more than 17 months [have] passed since Raqqa and Deir ez-Zour fell to ISIS, it is possible that individuals from Syria with passports 'issued' in these ISIS controlled cities or who had passport blanks, may have traveled to the U.S.," the report says.<br><br>The report notes that the primary source for the information was rated at "moderate confidence," the second-highest rating given for source assessments. Testifying before lawmakers Wednesday, FBI Director James Comey first publicly revealed the nation's top security officials' very real anxiety over the problem.<br><br>"The intelligence community is concerned that they [ISIS] have the ability, the capability to manufacture fraudulent passports, which is a concern in any setting," Comey said. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Arab states and the war on ISIS** |
| SOURCE | **http://www.cnn.com/2015/12/10/middleeast/isis-what-arab-states-are-doing/index.html** |
| GIST | U.S. President Barack Obama is sending Special Forces. British jets have joined French warplanes over the skies of Syria. Even Germany, whose post-World War II constitution puts |

restrictions on fighting battles on foreign soil, is becoming increasingly involved.

But as the West steps up its war against ISIS, it appears that the involvement of the U.S.-led coalition's Arab members -- all of them much closer geographically to the terror group than their Western partners -- is drawing down.

Saudi Arabia and the United Arab Emirates are down to about one mission against ISIS targets each month, a U.S. official told CNN on Monday. Bahrain stopped in the autumn, the official says, and Jordan stopped in August. CNN contacted all of these countries for comment and is yet to receive a response.

Why aren't Arab countries more involved in the fight against ISIS?

Analysts say Yemen is at the center of a proxy war between Saudi Arabia and Iran, the region's biggest powers.

Religion and ethnicity are at the heart of the longstanding hostility between the two countries. Iran is majority Shia Muslim and non-Arab. Most of the other countries in the region -- including, and led by, Saudi Arabia -- are majority Sunni Arab, and are suspicious of Iran's motives.

So when Iranian-backed rebels seized Sana'a, the Yemeni capital, last year, a Saudi-led coalition of Arab states (including Egypt, Jordan and the UAE) was launched to try to defeat them.

Return to Top

# Suspicious, Unusual

Top of page

| HEADLINE | 12/10 Snohomish Co: gun permits double |
|---|---|
| SOURCE | http://www.king5.com/story/news/local/2015/12/10/gun-permits-double-snohomish-county/77121754/ |
| GIST | EVERETT, Wash. -- In just two months, the number of gun owners applying for concealed pistol licenses in Snohomish County has doubled, according to data from the sheriff's office.<br><br>It's so crowded in the small waiting area in the courthouse, the sheriff's office is asking people to fill out their permits ahead of time and consider applying at other locations.<br><br>"I feel like there's urgency now," said Todd Henderson.<br><br>He said recent terrorist attacks in Paris and California prompted him to apply for his concealed pistol license. "There's no guarantee we're going to be protected. We are our own first line of defense."<br><br>In the first week of December, 326 people applied for a permit. Compare that to the first week of October, when only 143 people applied. |

Return to Top

|  |  |
|---|---|

| HEADLINE | **12/10 Hoax: drug cartel vs. ISIS** |
|---|---|
| SOURCE | **http://www.newsmax.com/TheWire/el-chapo-isis-drugs-hoax/2015/12/11/id/705392/** |
| GIST | A story claiming Mexican drug czar Joaquin "El Chapo" Guzman has declared war on ISIS because jihadists destroyed a drug shipment is a hoax, but numerous news sites still picked up the report and ran with it, reportedly including Fox News and the New York Post.

The fake story was even the top trending news item on the Bing search site on Friday morning.

The story first appeared on Monday on the **CartelBlog.com**, saying the Islamic State ran afoul of the Sinaloa Cartel by destroying drug shipments meant for Middle Eastern countries and to be purchase by "the growing nightlife scene" there.

Steve Charnock, a satirist working for Thug Life Videos, told the **Daily Mail** he was the author of the story that was posted on Nov. 30. Charnock said the story and his other work are comedy pieces never meant to be treated as real stories. |
| Return to Top | |

| HEADLINE | **12/11 Cambodia deaths linked to BBQ dog** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/10-die-cambodia-eating-dog-meat-drinking-rice-wine/** |
| GIST | Cambodian health officials have been sent to a northeastern district where 10 people died and more than 100 were sickened in two separate incidents linked to the consumption of dog meat and rice wine, a medical officer said Friday.

Kratie provincial health department chief Chhneang Sivutha said experts from the U.N.'s World Health Organization were also investigating the incidents, both in Snuol district. He said people in the province have been warned not to eat the meat of animals that have died from illness or poisoning, and not to drink any wine that has not been properly inspected.

Six people died last Sunday after eating the barbequed carcass of a dog that had died for unknown reasons. The four others died after drinking rice wine on Tuesday.

Food safety is not a priority in Cambodia, one of Asia's poorest countries. The country has had to grapple with bird flu, with 56 confirmed cases of human infections since 2003, 37 of them fatal. |
| Return to Top | |

| HEADLINE | **12/10 Unusual weather patterns in US** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/unusual-weather-patterns-us/story?id=35699626** |

| GIST | Buffalo, New York, is usually one of the snowiest cities east of the Rockies. By the middle of December, it usually has an average of 14.8 inches of snow on the ground. But it hasn't snowed once this year in Buffalo, breaking a 116-year-old record. In New York City, it's been the warmest November on record, averaging more than 5 degrees above normal for the month. In Philadelphia, last November was the warmest in 75 years. Overall, autumn 2015 ranks as the warmest in 121 years of recordkeeping. |
|---|---|
| | It's also been unusually warm in the Great Lakes and Midwest. Take a look at Ashland, Wisconsin. At this time last year it was completely frozen. Today it's completely free of ice. |
| | Why you ask has it been so warm in the East? Is this related to El Nino, or is it something else? |
| | Today, the National Oceanic and Atmospheric Administration (NOAA) issued its El Nino forecast update for this winter. Mike Halpert, deputy director at NOAA's Climate Prediction Center, said that the warmth in the Eastern U.S. cannot be tied to El Nino just yet. The set up in the upper atmosphere over the mid-latitudes, where most of the U.S. is, has not shown the classic El Nino pattern. Moreover, he said that an atmospheric phase known as positive North Atlantic Oscillation (+NAO) is responsible for the current mild pattern in the Eastern U.S. |
| | The strengthening upper level flow between the high pressure to the South and low pressure to the North is what has been creating mild weather in the Eastern U.S. since the beginning of November. |
| | This pattern will last right into next week for the Northeast. Chicago and NYC will be in the 60-degree range and places like Atlanta will hit the mid-70s. Some of these temperatures could tie or break previous records. |
| | While the Eastern U.S. has been relatively calm and warm, parts of the West have been battered by strong winds, flooding rains, mudslides, 30-foot waves, and heavy mountain snow. |
| | Parts of the Pacific Northwest received up to 18 inches of rain in the past three days with many rivers rising into major flood stage. Portland had record rain for two days in a row. Seattle had record rain Tuesday, breaking the old record set back in 1971. |
| | The Western stormy weather is also not fully related to El Nino -- it's what we call in meteorology a "Pineapple Express." This moisture is driven and enhanced by a strong Pacific jet stream. Here is satellite imagery of precipitable water in the atmosphere over the Pacific Ocean. You can see the "Pineapple Express" circled in red. |
| Return to Top | |

| HEADLINE | **12/10 Fears: new E. coli strain 'drug resistant'** |
|---|---|
| SOURCE | **http://www.news.com.au/lifestyle/health/health-problems/scientists-have-found-a-new-strain-of-bacteria-that-is-resistant-to-all-antibiotics/news-story/f643ea45c989c63365c0e50ea4a5f3e0** |
| GIST | **FOR years experts have warned there would come a day when antibiotics would cease being effective.**<br><br>And it seems that day could be sooner than first thought after scientists discovered a new superbug that is not just impervious to the last line of defence medication, but has the ability to |

infect other bacteria.

But instead of destroying its virulent cousins this new strain of e.coli actually strengthens them by giving them the same antibiotic shield.

The unstoppable superbug was first found in China a few weeks ago.

Chinese and British scientists identified the first strain in a pig, then in raw pork meat and then in a small number of people.

Experts, while worried about the potential effect this discovery would have, hoped it would remain in China. But this week those hopes were dashed when researchers in Denmark revealed they had found a similar strain in poultry from Germany as well as in a Danish man who had never travelled outside the country. The superbug has also been found in Malaysia.

Further tests carried out on food samples from 2012-2014 by the Technical University of Denmark's National Food Institute in Søborg and the State Serum Institute in Copenhagen, found the deadly mutation was present.

This sparked calls from the head of NFI's genomic epidemiology group, Frank Aarestrup, for other universities with similar databases to carry out testing, online health magazine STAT reported.

What makes this strain different from other e.coli is that it carries a gene named mcr-1. It is thought this gene is what gives the strain its super-strength and the ability to infect other bacteria.

Return to Top

| HEADLINE | **12/10 Report: MH370 was 'zombie plane'** |
|---|---|
| SOURCE | **http://www.foxnews.com/world/2015/12/10/report-from-australian-investigators-suggests-mh370-was-zombie-plane/?intcmp=hplnws** |
| GIST | Buried in the lengthy report released last week by Australia's MH370 investigators is one crucial revelation: the aircraft suffered a serious technical problem triggered by a power outage.<br><br>The Australian Defense Science and Technology report officially acknowledges the doomed Malaysia Airlines flight suffered a sudden electrical failure before its disappearance on March 8 last year, the Daily Beast found. This backs the popular "zombie plane" theory, whereby the missing plane's avionic systems are ravaged, rendering the flight crew helpless, and the aircraft continued flying on autopilot until it ran out of fuel.<br><br>A grim timeline reveals the power blackout occurred in a 56-minute window between the final scheduled contact from the jet's Aircraft Communications Addressing and Reporting System and a failed attempt from dispatchers to contact the crew.<br><br>The report provides four possible explanations for the outage, which place blame either on human intervention or a technical fault: crew action in the cockpit using overhead switches, a sudden error requiring an Auxiliary Power Unit to start emergency power, somebody pulling out and resetting circuit breakers in the equipment bay, or intermittent technical failures. |

| | |
|---|---|
| | Whether one of these scenarios is correct can only be confirmed if the search for the lost plane is successful.

The power loss is said to have led to two of the Boeing 777's automatic reporting systems and other vital functions to shutdown, likely causing panic in the cockpit as pilots tried to save the plane. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Questions about college knife attack** |
| SOURCE | **http://www.foxnews.com/us/2015/12/10/with-spotlight-on-san-bernardino-yet-more-questions-about-college-knife-attack/?intcmp=hpbt1** |
| GIST | The California college student who stabbed four people last month in a campus spree that ended when he was killed by campus police was described by his roommate as "an extreme Muslim" and carried a manifesto and a photocopy of an ISIS flag -- more than enough to convince John Price he was a terrorist.

Yet, more than a month after the Nov. 4 attack at University of California Merced, local and federal authorities continue to insist that Faisal Mohammad, 18, carried out the vicious attack because he'd been banished from a study group. Price, whose son Byron Price, a 31-year-old construction manager for the family business who was working nearby and was stabbed when he heroically intervened, suspects the White House's reluctance to identify acts of radical Islamic terror has trickled down to investigators who are still probing the Merced attack.

"Why don't we just call it what it is -- domestic terrorism?" said Price. "Everyone is afraid to be politically incorrect. I do believe in law enforcement and believe they will do their job, but it seems like to me we aren't getting the whole story. I just wonder how much of this is driven from way higher up and is politically driven -- I just don't know." |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Suicide by dog attack?** |
| SOURCE | **http://www.cbsnews.com/news/michigan-womans-dog-mauling-death-ruled-a-suicide/** |
| GIST | Suicide by dog attack. That's what authorities say was the cause of death for a 22-year-old Port Huron woman who climbed a fence and was mauled by a pit bull and a pit bull mix last week, CBS affiliate WWJ reports.

Police initially said it was unclear why Rebecca Hardy entered the yard, in the 1700-block of 10th Street, where the dogs were contained. Her fiancé lives on the same street, about a block away.

Hardy suffered extensive injuries to her face and neck and later died at Beaumont Hospital.

Following an investigation, the Oakland County Medical Examiner ruled Hardy's death was a |

suicide.

Ljubisa Dragovic said his determination is based on the fact that Hardy deliberately jumped into the backyard -- despite it containing the two "attack dogs."

Dragovic said an investigation revealed that Hardy knew her neighbor's dogs we dangerous and, in the past, had gone to great lengths to avoid them.

"She did climb the fence over and enter that space," Dragovic said. "She did not get through a gate or through the front door of the house -- and that clearly is a purposeful act. It's akin to someone jumping into a cage with tigers or lions at a zoo."

Investigators said Hardy had been kicked out of her home the day she was mauled to death.

Dragovic said there were also scars indicating a previous suicide attempt.

Return to Top

| HEADLINE | **12/10 Rare tornado sighting in Battle Ground** |
|---|---|
| SOURCE | **http://www.komonews.com/news/local/Possible-tornado-touches-down-in-Battle-Ground-361467111.html** |
| GIST | BATTLE GROUND, Wash. -- Several people reported seeing a possible tornado in Battle Ground late Thursday morning. |

The National Weather Service issued a Severe Weather Advisory around 11:30 a.m. Thursday, around the time that the reports started coming in.

There were no reports of injuries, according to Battle Ground Fire.

Officials were tracking a weather cell in that area, and confirm it was either a tornado or a microburst. The NWS is sending a team of specialists out to confirm the reports. If the funnel touched ground, it would classify it as a tornado.

Clark Public Utilities is reporting nearly 3,500 customers without power in Battle Ground, centered around where the storm cell was reported.

Return to Top

| HEADLINE | **12/10 Former Israel soldier joins ISIS** |
|---|---|
| SOURCE | **http://www.timesofisrael.com/former-idf-soldier-joins-islamic-state-in-syria/** |
| GIST | Muslim Israeli citizen who formerly served in the IDF has joined the ranks of the Islamic State in Syria, Arab intelligence sources told The Times of Israel on Thursday. |

Identified only by the initials H.B., the man is 25 years old and a resident of a village in northern Israel, the sources said. He traveled from Israel to Turkey and then crossed the border

into Syria.

According to his military identification card, which was seen by a Times of Israel reporter, he was slated to complete his military service in January 2014 and brought his IDF dog tags with him to Syria.

It wasn't immediately clear when the man traveled to Syria, where he crossed the border, or his current whereabouts.

Last month, Israel security services arrested five men from the northern city of Jaljuliya, charging them with attempting to join IS in Syria. A relative of one of the men made headlines in October when he flew a paraglider into southern Syria from the Golan heights to join jihadis fighting there.

Arab intelligence sources told The Times of Israel that between 100 and 150 Israeli Arabs are either serving in or detained by the Islamic State, but this is the first case involving an IDF veteran.

Return to Top

| | |
|---|---|
| HEADLINE | **12/10 Boston runaway train 'tampered with'** |
| SOURCE | **http://www.bbc.com/news/world-us-canada-35065011** |
| GIST | A Boston subway train which left its station without a driver and travelled to four other stations was tampered with, say officials.<br><br>Massachusetts Governor Charlie Baker said "somebody who knew what they were doing" was involved.<br><br>The train, which was heading towards central Boston, was carrying 50 people, none of whom were hurt.<br>The train operator was mildly injured because the train brushed him as it began to move.<br><br>Mr Baker told Boston's Herald Radio that officials have not determined whether the tampering was "negligence versus something else".<br><br>Officials found that a safety device meant to prevent the rail cars from operating without a driver was altered. Mr Baker said it was an "isolated" incident. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Suspicious cellphone purchases** |
| SOURCE | **http://www.foxnews.com/us/2015/12/10/suspicious-cellphone-purchases-made-at-three-missouri-walmarts/?intcmp=hplnws** |
| GIST | Christmas shopping in bulk or something sinister? Missouri police are investigating after at least 100 cellphones were purchased at three Walmarts during the past week, local <u>FOX</u> and |

ABC affiliates reported.

The FBI was contacted in at least two of the cases, though it's unclear if federal officials are actively involved.

"It's not right, it doesn't make any sense," a witness, who did not want to be identified, told ABC 17 about a sale in Columbia. "Who's going to order 50 phones for Christmas? Who does that?"

The first reported purchase happened Friday night, when several men bought dozens of phones around 9:30 p.m. at a Columbia Walmart, ABC 17 reported. The men paid in cash, according to a witness.

Then, just before 4 a.m. on Saturday, two men bought about 60 phones in Lebanon, according to KSPR. Police were called and interviewed the men, but did not detain them.

"These people were, they were foreign-speaking," said Laclede County Sheriff Wayne Merritt, who encouraged citizens to call the cops if they observed odd activity. "You need to take notice. You need to let us know about it, because it doesn't hurt to check on it. You're not being racist or anything like that. You're just protecting yourself."

The Macon County Sheriff's Office in a Wednesday Facebook posting said it's investigating a third "recent suspicious purchase of multiple cellphones." It was not clear when that incident occurred or how many cellphones were bought. FoxNews.com called the sheriff's office, but the detective in charge of the investigation was not immediately available.

Return to Top

| HEADLINE | **12/10 Florida school pressure cooker threat** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/wireStory/florida-elementary-school-evacuated-pressure-cooker-found-35693408** |
| GIST | A South Florida elementary school was briefly evacuated after a pressure cooker was found outside the building.<br><br>Hialeah Fire Rescue Capt. Cesar Espinosa told the media Hialeah Elementary School was evacuated as a precaution Thursday morning while the bomb squad checked out the pressure cooker, which was under a tree near the school's kindergarten building. They determined it was not dangerous.<br><br>Video footage from television station helicopters showed teachers, students and staff gathering on a playground outside the school.<br><br>The school is in Hialeah, which is near Miami. |
| Return to Top | |

| HEADLINE | **12/10 CAIR D.C. office evacuated in threat** |
|---|---|

| SOURCE | http://abcnews.go.com/US/cair-capitol-hill-office-evacuated-foreign-substance-received/story?id=35697769 |
|---|---|
| GIST | The office of the Council on American-Islamic Relations in Washington, D.C., was evacuated today after a "foreign substance" was received in the mail, officials said.<br><br>CAIR Executive Director Nihad Awad and Communication Director Ibrahim Hooper gave an update to the press following the evacuation.<br><br>A field test was done on the white powdery substance found in the envelope along with a hate message mailed to CAIR's main office, according to Awad and Hopper.<br><br>Authorities found no hazard, according to CAIR, and the substance and envelope are now with the FBI where it will undergo extensive testing to confirm its not dangerous.<br><br>But Awad and Hopper said it's more than likely "nothing" and that they receive hate messages, hate mail and threats online "all the time." |
| Return to Top | |

| HEADLINE | 12/10 Armed man arrested Ark. university |
|---|---|
| SOURCE | http://www.cnn.com/2015/12/10/us/arkansas-state-university-armed-man/index.html |
| GIST | Police took a man at Arkansas State University into custody Thursday after the suspect allegedly drove onto campus with a weapon and crashed his car.<br><br>No shots were fired, and there were no reports of any injuries. The school remained on lockdown.<br><br>A spokesman said that the man drove onto campus and crashed his vehicle into a barrier. He described the suspect as a white male. |
| Return to Top | |

# Crime, Criminals

Top of page

| HEADLINE | 12/10 Pierce Co: serial barista stand robber |
|---|---|
| SOURCE | http://www.komonews.com/news/local/Coffee-stand-caper-strikes-seven-times-in-one-month-say-deputies-361509621.html |
| GIST | TACOMA, Wash. - Deputies in Pierce County are trying to track down a barista bandit.<br><br>Coffee stands in Spanaway and Tacoma have been robbed at least seven times since November 3, said Detective Ed Troyer, a spokesman for the Pierce County Sheriff's Department. Investigators believe one man is responsible for all of the crimes, sometimes returning to rob stands he's already hit. |

|  | Deputies describe the suspect as a black man in his mid-20s, about 5'8", wearing dark clothing and a bandana covering his face. Baristas who spoke with KOMO News say the man held the gun in his left hand. |
|  | Some coffee stands have increased security because of the robberies. |
| Return to Top | |

| HEADLINE | **12/09 Serial robber strikes King, Pierce Co.** |
|---|---|
| SOURCE | **http://www.kirotv.com/news/news/authorities-search-suspect-series-robberies/npgMd/** |
| GIST | Pierce and South King County detectives are seeking the public's help in identifying a suspect responsible for at least 15 armed robberies. |
|  | According to authorities, the suspect orders a small item to go, then displays a handgun and demands cash from the register. |
|  | Here are the locations the suspect is believed to have targeted: <br> · 8/25 at Elmer's on S. Hosmer St. in Tacoma <br> · 8/29 at Buttered Biscuit on North St. in Sumner <br> · 8/31 at Ma's Place on 39th Ave. SW in Puyallup <br> · 9/17 at Golden Given Food Mart on Golden Given Rd. in Tacoma <br> · 9/25 at Midland Eatery on Portland Ave. in Tacoma <br> · 9/25 at Seattle Sun Tan on Canyon Rd. in Puyallup <br> · 11/5 at Shari's on Russell Rd. in Kent <br> · 11/12 at Denny's on S. Hosmer St. in Tacoma <br> · 11/17 at IHOP on Campus Dr. in Federal Way <br> · 11/22 at Moctezumas on S. 56th St. in Tacoma <br> · 11/23 at Denny's on Auburn Way S. in Auburn <br> · 11/24 at Subway on Portland Ave. E. in Tacoma <br> · 11/27 at Subway on River Rd. in Puyallup <br> · 12/2 at Denny's on S. 320th St. in Federal Way <br> · 12/4 at Starbucks on S. 56th St. in Tacoma |
|  | Police describe the suspect as a white, 25 to 35 years old, about 5 feet 10 inches tall and 170 pounds. He has been seen wearing a beanie cap, a dark colored hoodie, blue jeans and sometimes sunglasses. |
| Return to Top | |

| HEADLINE | **12/10 Ride share driver called a terrorist** |
|---|---|
| SOURCE | **http://www.seattlepi.com/local/crime/article/Report-Ride-share-driver-assaulted-called-6690242.php** |
| GIST | Seattle police are investigating an assault as a possible hate crime after a ride share driver was attacked and accused of being a terrorist Wednesday night. |

A 36-year-old man who was a passenger is the ride share vehicle has been jailed for investigation of assault.

The ride share company wasn't identified in police reports.

Just before 9 p.m., three men called for a ride share in southwest Seattle. A driver arrived to pick up the men and headed toward their destination in downtown Seattle.

During the trip, however, the front seat passenger began "grabbing at the victim" and called him a terrorist, Seattle police say.

The driver got the man to move to the back of the car and continued driving until he left the freeway and safely stopped the car at First Avenue and Seneca Street, according to reports. He told the passengers to leave his car.

The passengers got out of the car, but the man who initially assaulted the driver reached into the front seat and punched the driver in the head, according to Seattle police.

The driver reported the incident to cops, who found the suspected attacker and arrested him.

Return to Top

| HEADLINE | **12/10 Okla. ex-cop guilty sex assaults** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/wireStory/oklahoma-cop-guilty-rape-sex-abuse-case-35706379** |
| GIST | A former Oklahoma City police officer was convicted Thursday of raping and sexually victimizing eight women on his police beat in a minority, low-income neighborhood. |

Daniel Holtzclaw, who turned 29 Thursday, sobbed as the verdict was read aloud. Jurors convicted him on 18 counts involving eight of the 13 women who had accused him; the jury acquitted him on another 18 counts.

He could spend the rest of his life in prison based on the jury's recommendation that he serve a total of 263 years, including a 30-year sentence on each of four first-degree rape convictions. He was also convicted of forcible oral sodomy, sexual battery, procuring lewd exhibition and second-degree rape.

The jury deliberated for about 45 hours over four days. Holtzclaw's sentencing is set for Jan. 21. A judge will decide whether he will have to serve the sentences consecutively.

Return to Top

| HEADLINE | **12/09 Arrest of Schuyler Barbeau** |
|---|---|
| SOURCE | **http://canadafreepress.com/article/77414** |
| GIST | In the late morning of December 6, 2015, Schuyler Barbeau had been helping Allen Aenk by |

rescuing service dogs as a business service run from the Aenk family Ranch, in Stevens County, Washington, some 280 miles away from where the following events begin to unfold.

**At the Weigh Station**
After dealing with the dogs, Schuyler wanted stop to collect some money owed him by Oliver Murphy. Murphy texted to Schuyler to meet him at a weigh station at Interstate 90 and Washington Highway 18 (between Preston and Snoqualmie). When they arrived at the weigh station, Oliver's car was there, but Oliver was nowhere to be seen. So, they parked next to Oliver's car and Allen got out of the car, cell phone in hand to call his wife and to take the dog to the Dog Walk.

Before he could complete his intended tasks, he saw between 10 and 12 battle dressed people encircle him and the car. He was told to lie down on the ground. He complied, though he questioned why they were being treated this way. They then handcuffed Allen, and since Schuyler was on the other side of the car, he didn't really see what happened to him. Allen did note that he saw FBI, US Marshalls, and Coast Guard, though there were no apparent BATF agents on the scene. But, we'll get to the charges shortly.

The agents were going through his car, but they had no warrant with them, they simply stated that they did have one (There was a warrant to search the car at the premises - ranch, but nothing identifying the car specifically). They then moved Allen away from the car and began asking questions about Schuyler, but were told to ask Schuyler, not him.

After they had searched the car, one of the agents, acting rather rudely and assertively, asked Allen to sign a "Receipt for Property Seized", which Allen refused to sign, and Special Agent Kera O'Reilly (did you ever wonder why gimp kids are special, and so are FBI agents?) affirmed that he refused.

Allen was not allowed to verify some of those seized item, in particular, the "Grey Universal bag with yellow straps", so the feds can do anything they want with the contents. It was Special Agent O'Reilly who, rather rudely, refused Allen's request to review the contents.

Just so we know who the rather rude agent that dealt with Allen is, she was Kera Wulbert, and may have been Kera Wulbert Wagner, prior to that. Around 2013, she married Brendan Gerard O'Reilly (age 46) and quit-claimed her house at 2914 S Hill Street, Seattle, to herself and her new husband.

Enough of that, so, on with the show:
The other Special Agent was Matthew Acker, who acted courteously, as we should be able to expect our public servants to act toward us. These two agents were, apparently, assigned to Allen, while we can suppose that the rest of the jackboots were needed to assure that Schuyler did take over the surrounding forces, though we will have to get that information from him, when he is removed from sequestration and allowed visitors and phone calls.
**The Criminal Complaint**
Though we have no proof of the existence of an Arrest Warrant being issued prior to the arrest, we do have the Criminal Complaint that resulted in the arrest, as well as the search warrant.

About the same time that those events were occurring at the Weigh Station across the state in Springdale, Carrie Aenk was facing her own ordeal. The following is based upon an interview and documents that have been provided.

Thirty to 35 people showed up in 7 or 8 vehicles. Carrie, when she saw them driving in, tried to call Allen. There was no answer. however, the used a battering ram on the back door of the house. They also released some of the dogs from their kennel.

The <u>search warrant</u> is marked "X in the daytime 6:00 a.m. to 10:00 p.m." (Page 1 of pdf). It says nothing about "no knock", so it must be served in a civil manner. A battering ram at the back door of the house hardly satisfies that expectation, but, then, we you give thugs a license, they can do as they please—the Constitution notwithstanding.

I think we need to note here that the search warrant among other things, states that "I find the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property." However, no affidavit, or recorded testimony, has been provided. And, if we were to assume that the Criminal Complaint somehow satisfies that requirement, then even more curious is the fact that the search warrant brings in charges that were not included in the Complaint, or anywhere else in any of the currently existing court documents.

However, the act of the service of this warrant, after the battering ram entry, gets even more interesting. After they entered the house, they flash-banged every room they entered. Carrie counted at least eight of them in the house. That's right, they threw flash-bang grenades into *each* room, in order to clear it, perhaps, from evil spirits, since it would be difficult to otherwise understand the necessity of causing intentional damage, including gaping holes in walls, windows blown out, not to mention the back door that was battered open, and one helluva mess to prove that the government has come to "help you". If there is an assumption being made here that the government will perform restitution for the damage they caused, especially if the charges are dropped against Schuyler, then you are sadly mistaken.

While this "search" (and destroy) was going on, Carrie was held handcuffed for about an hour and a half, and she was not allowed to contact her attorney. They also held a gun on Carrie throughout this entire ordeal. Perhaps there is reason for concern when there is just one pissed off woman, and only 30 to 35 armed men to keep her under control.

While searching the rest of the premises, they used at least ten more flash bangs, some of them apparently only to scare the dogs, which resulted in laughter by some of the agents, who apparently were enjoying themselves immensely while terrorizing Carrie.

I will conclude by stating that this is, by far, the most egregious abuse of presumed governmental authority that I have seen since my visit to Waco, back in 1993.

Return to Top

| HEADLINE | **12/10 Fears of Muslim harassment rise** |
| --- | --- |
| SOURCE | **http://abcnews.go.com/US/wireStory/california-shooting-fears-muslim-harassment-rises-35685984** |
| GIST | A severed pig's head was left outside a mosque in Philadelphia. An Islamic center in Florida was defaced. A Sikh temple in California was vandalized by someone who mistook it for a mosque and left graffiti that included a profane reference to the Islamic State group.<br><br>Advocacy groups believe there has been a spike in anti-Muslim incidents across the United States in recent weeks that can be linked to last week's mass shooting in California and the inflammatory rhetoric of Donald Trump and other Republican presidential candidates. And they say that Muslims are fearful the backlash could lead to further harassment and violence. |

"The spike began with the Paris attacks and has intensified with what happened in San Bernardino and now with what Donald Trump is proposing," Ibrahim Hooper, lead spokesman for the Council on American-Islamic Relations, said Wednesday. "I have never seen such fear and apprehension in the Muslim community, even after 9/11."

It's hard to measure the extent of the problem. The FBI, which keeps statistics on hate crimes committed nationwide, counted 154 bias offenses against Muslims last year. Data for 2015 is unavailable.

The Anti-Defamation League, relying partly on complaints and partly on media reports, said it has logged more than three dozen incidents since the Nov. 13 terror attacks in Paris that left 130 dead.

"We're talking at least three dozen that we're aware of, and I'm sure there are many more incidents that haven't been reported," said Oren Segal, the director of the ADL's Center on Extremism.

Return to Top

| HEADLINE | 12/10 Ex-soldier charged w/explosive device |
|---|---|
| SOURCE | http://www.seattletimes.com/seattle-news/crime/former-soldier-charged-with-storing-explosive-on-his-tacoma-roof/ |
| GIST | A former soldier suspected of storing a tank-piercing rocket on the roof of his East Tacoma house was criminally charged Thursday, a day after discovery of the explosive prompted a partial evacuation of the neighborhood, including an elementary school.<br><br>Tracy Worwood, 44, pleaded not guilty to unlawful possession of an explosive device without a license and reckless endangerment. He was released on his own recognizance.<br><br>Worwood's underage son visited him in late November, found the Anti-tank projectile and took a picture of it, according to charging papers. When the boy's mom saw the picture, she reported the explosive to the FBI.<br><br>Tacoma police responded to the man's home in the 5000 block of McKinley Avenue about noon Wednesday and found the explosive.<br><br>Worwood, who received an "other than honorable" discharge from the U.S. Army, told investigators he thought it was a training round. |
| Return to Top | |

| HEADLINE | 12/10 WWU student charged in hate crime |
|---|---|
| SOURCE | http://www.king5.com/story/news/local/bellingham/2015/12/10/western-washington-university-student-charged-hate-crime/77120194/ |
| GIST | BELLINGHAM, Wash. - A Washington state college student has been charged with malicious |

|  | harassment, under Washington's hate crime law, for allegedly writing "let's lynch her" on a social media post concerning a student leader at Western Washington University.<br><br>The Bellingham Herald reports 19-year-old Tysen Campbell was charged in Whatcom County Superior Court on Thursday.<br><br>Charging papers show that Campbell's comment was made in response to a comment by WWU Associated Students President Belina Seare on Facebook in which she called college students "baby KKK."<br><br>According to the documents, Campbell admitted he made the post and that he deleted it soon after. He also acknowledged he knew what lynching was and that he associated it with the Ku Klux Klan, but that he did not actually intend to lynch anybody. |
| Return to Top | |

| HEADLINE | **12/10 Student faces bomb threat charges** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/wireStory/students-face-charges-bomb-threat-school-evacuation-35703754** |
| GIST | A Mississippi teenager faces charges after a homemade explosive was found at Warren Central Junior High's library and detonated in a nearby field.<br><br>Vicksburg Police Capt. Sandra Williams said in a news release that the student of Vicksburg, about 45 miles west of Jackson, will face charges of possession of an explosive device and having weapons — knives — on school property.<br><br>The Vicksburg Post reports a second student was booked with having a knife on school property but Williams said authorities don't believe that student was involved with making or transporting the device to the school.<br><br>Both students are being held pending a hearing in youth court. Their names and ages were withheld. |
| Return to Top | |

| HEADLINE | **12/10 La. city marshals indicted in child death** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/wireStory/grandmother-boy-killed-police-shooting-release-video-35698421** |
| GIST | A grand jury in Louisiana indicted two deputy city marshals on second-degree murder charges Thursday in the fatal shooting of a 6-year-old autistic boy last month while he was strapped into the front seat of his father's vehicle.<br><br>The indictment handed up by an Avoyelles Parish grand jury charged Derrick Stafford, 32, and Norris Greenhouse Jr., 23, with one count each of second-degree murder and attempted second-degree murder. |

|  | Police say Stafford, a full-time police lieutenant, and Greenhouse, a former police officer, were moonlighting as deputy city marshals in Marksville on the night of Nov. 3 when they fired at least 18 rounds at a car driven by Chris Few. The shooting severely wounded Few and killed his son, Jeremy Mardis.<br><br>Stafford and Greenhouse were arrested on second-degree murder charges last month but not formally charged until Thursday.<br><br>Attorney General James D. "Buddy" Caldwell Thursday vowed to "continue its detailed and thorough investigation as we prepare for trial." |
|---|---|
| Return to Top |  |

**Information From Online Communities and Unclassified Sources/InFOCUS is a situational awareness report published daily by the Washington State Fusion Center.**

**If you no longer wish to receive this report, please submit an email to intake@wsfc.wa.gov and enter UNSUBSCRIBE InFOCUS in the Subject line.**

**DISCLAIMER** - the articles highlighted within InFOCUS is for informational purposes only and do not necessarily reflect the views of the Washington State Fusion Center, the City of Seattle, the Seattle Police Department or the Washington State Patrol and have been included only for ease of reference and academic purposes.

**FAIR USE Notice**  All rights to these copyrighted items are reserved. Articles and graphics have been placed within for educational and discussion purposes only, in compliance with 'Fair Use' criteria established in Section 107 of the Copyright Act of 1976. The principle of 'Fair Use' was established as law by Section 107 of The Copyright Act of 1976. 'Fair Use' legally eliminates the need to obtain permission or pay royalties for the use of previously copyrighted materials if the purposes of display include 'criticism, comment, news reporting, teaching, scholarship, and research.' Section 107 establishes four criteria for determining whether the use of a work in any particular case qualifies as a 'fair use'. A work used does not necessarily have to satisfy all four criteria to qualify as an instance of 'fair use'. Rather, 'fair use' is determined by the overall extent to which the cited work does or does not substantially satisfy the criteria in their totality. If you wish to use copyrighted material for purposes of your own that go beyond 'fair use,' you must obtain permission from the copyright owner. For more information go to: <http://www.law.cornell.edu/uscode/17/107.shtml>
THIS DOCUMENT MAY CONTAIN COPYRIGHTED MATERIAL. COPYING AND DISSEMINATION IS PROHIBITED WITHOUT PERMISSION OF THE COPYRIGHT OWNERS.
Source: http://www.law.cornell.edu/uscode/17/107.shtml
Return to Top

# InFOCUS
## Friday – 11 December 2015

| | International | National | Regional and Local |
|---|---|---|---|
| **Events, Opportunities** <br> Go to articles | 12/11 Militants fire at Ukraine forces <br> 12/11 Continued drop in global oil prices <br> 12/10 Canada welcomes Syrian refugees <br> 12/10 Iranians angry over US visa change <br> 12/10 Saudi Arabia, US in massive arms deal <br> 12/10 Welcoming refugees and footing the bill | 12/11 Irradiated: secret, tragic US legacy <br> 12/11 Worst weather expected coming months <br> 12/10 How many Muslims immigrating to US? <br> 12/10 Concern: home laser Christmas lights <br> 12/10 Budget deficit widens to $65B in Nov. <br> 12/10 Education law shifts power to states <br> 12/10 Depletion of ground water worsening <br> 12/10 Evolving state of American policing <br> 12/10 Brain's on public health campaigns <br> 12/10 Tracking overstay foreign visitors <br> 12/10 Survey: fewer teens driving drunk <br> 12/10 Study: 20% kids w/high cholesterol <br> 12/10 'Happy Birthday' copyright settled <br> 12/10 Medical helicopter crash in Calif. <br> 12/10 Winter El Nino not backing down <br> 12/10 New flood of migrants at border <br> 12/10 Major airlines ban hoverboards <br> 12/10 Recall: Sweet Leaf Tea bottles <br> 12/09 Experts warn fleas are mutating <br> 12/08 Workplace: NASA good, DHS bad | 12/11 Wild weather eases drought worries <br> 12/10 Seattle police 'department' at fault <br> 12/10 Woodland I-5 mudslide partially open <br> 12/10 Seattle Chipotle closed for violations <br> 12/10 Feds want Seattle to test gunshot tech. <br> 12/10 Seattle PD releases new carjacking videos <br> 12/10 New style of police training: hug-a-thug? <br> 12/10 Bellevue partners w/Bloomberg on data <br> 12/10 Swedish Hospital removes juice off menu |
| **Cyber Awareness** <br> Go to articles | 12/11 Canada seeks new cybersecurity network <br> 12/10 ISIS' homebrewed encryption app? <br> 12/10 Large UK website hosting attacked <br> 12/10 Canada: ISIS hack on plane unlikely <br> 12/10 IATA: cyberattacks on planes costly <br> 12/10 Mystery hackers eye Internet shutdown? | 12/10 Encryption stymies national security? <br> 12/10 Using online search to stop infections <br> 12/10 Cyber criminals seek to cut costs <br> 12/10 Ships' data recorders vulnerable <br> 12/10 FBI 'hacks' to investigate crime | |
| **Terror Conditions** <br> Go to articles | 12/11 Saddam's men help ISIS rule <br> 12/11 ISIS threatens UNESCO site in Libya <br> 12/10 Canada: security alert level not raised <br> 12/10 RCMP aware report of Toronto threat <br> 12/10 Finland arrests suspected extremists <br> 12/10 Britain's jihad hotspots revealed <br> 12/10 UK terror arrests reach record level <br> 12/10 US: ISIS oil going to Assad regime <br> 12/10 Paris attack gun link to US dealer <br> 12/10 Geneva police hunt ISIS suspects <br> 12/10 Arab states and the war on ISIS <br> 12/10 ISIS retakes key town in Syria <br> 12/10 Paris attacker urged 'kill them' <br> 12/09 France jails 3 for 'train attack bluff' | 12/11 America's most wanted: al-Adnani <br> 12/11 FBI: Garland gunmen texted terrorist <br> 12/10 NYC bomb plot revealed in guilty plea <br> 12/10 Minn. suspect denies San Bernardino link <br> 12/10 Extremist groups ignored Calif. shooter <br> 12/10 FBI searches lake near San Bernardino <br> 12/10 Feds investigate other potential plots <br> 12/10 Terrorist shooting intelligence failure? <br> 12/10 Conflicted portrait of terrorists' friend <br> 12/10 Intel: ISIS makes fraudulent passports <br> 12/10 USAF plans massive drone expansion <br> 12/10 Feds arrest 'emir' of ISIS recruiting <br> 12/10 Claim: DHS nixed effective program <br> 12/10 Calif. shooters planned bigger? <br> 12/10 Pentagon: 3 ISIS leaders killed <br> 12/10 ISIS vs special operations <br> 12/08 Why do people join ISIS? 9 reasons | |
| **Suspicious, Unusual** <br> Go to articles | 12/11 Cambodia deaths linked to BBQ dog <br> 12/10 Hoax: drug cartel vs. ISIS <br> 12/10 Former Israel soldier joins ISIS <br> 12/10 Report: MH370 was 'zombie plane' <br> 12/10 Fears: new E. coli strain 'drug resistant' | 12/10 Armed man arrested at Ark. University <br> 12/10 Boston runaway train 'tampered with' <br> 12/10 Florida school pressure cooker 'threat' <br> 12/10 CAIR D.C. office evacuated in 'threat' <br> 12/10 Questions about college knife attack <br> 12/10 Suspicious cellphone purchases <br> 12/10 Unusual weather patterns in US <br> 12/10 Suicide by dog attack? | 12/10 Rare tornado sighting in Battle Ground <br> 12/10 Snohomish Co: gun permits double |
| **Crime, Criminals** <br> Go to articles | | 12/10 Fears of Muslim harassment rise <br> 12/10 Okla. ex-cop guilty of sex assaults <br> 12/10 Student faces bomb threat charges <br> 12/10 La. city marshals indicted in child death | 12/10 Ride share driver called a terrorist <br> 12/10 WWU student charged in hate crime <br> 12/10 Ex-soldier charged w/explosive device <br> 12/10 Pierce Co: serial barista stand robber <br> 12/09 Serial robber strikes King, Pierce Co <br> 12/09 Arrest of Schuyler Barbeau |

**DISCLAIMER and FAIR USE Notice**

## Event Calendar

Top of page

| Date | Event | Location/Time | Other Information |
|------|-------|---------------|------------------|
| 25-29 April 2016 | IALEIA/LEIU Training Conference | Training Event Location & Reservations: (training will be at the Hilton)<br><br>New Orleans Riverside; Two Poydras Street, New Orleans, Louisiana Tel: (504) 561-0500 | http://www.ialeia.org/training-and-certification/conference/ialeia-leiu-annual-training-event-no-2016.html |
| Return to Top | **indicates new event/new information added during reporting week | | |

## Events, Opportunities

Top of page

| HEADLINE | 12/10 Medical helicopter crash in Calif. |
|----------|------------------------------------------|
| SOURCE | http://www.khq.com/story/30722301/four-killed-in-medical-helicopter-crash-in-bakersfield-california |
| GIST | BAKERSFIELD, Calif. - Four people were killed Thursday after a medical helicopter crashed while on its way to a California hospital Thursday night, NBC news reports.<br><br>The four victims were the pilot, a nurse, a paramedic, and a patient.<br><br>The SkyLife helicopter was traveling from Fresno to San Joaquin Community Hospital in Bakersfield — a 10-minute flight — and a search was started at 7:37 p.m. after there was no contact with the aircraft for 30 minutes, NBC affiliate KGET reported.<br><br>The search was hindered by bad weather and rain, but they eventually found a debris field. Searchers determined there were no survivors, Kern County Sheriff's Office Lt. Bill Smallwood officials told NBC News.<br><br>"We continue to pray vigilantly for our first responders and everyone involved," San Joaquin Community Hospital president and CEO Doug Duffield said.<br><br>The helicopter crashed in an area north of Bakersfield made up of mostly orchards, a fire official said. |
| Return to Top | |

| HEADLINE | 12/11 Irradiated: secret, tragic US legacy |
|----------|--------------------------------------------|
| SOURCE | http://media.mcclatchydc.com/static/features/irradiated/ |
| GIST | Byron Vaigneur watched as a brownish sludge containing plutonium broke through the wall of his office on Oct. 3, 1975, and began puddling four feet from his desk at the Savannah River nuclear weapons plant in South Carolina.<br><br>The radiation from the plutonium likely started attacking his body instantly. He'd later develop breast cancer and, as a result of his other work as a health inspector at the plant, he'd also contract chronic beryllium disease, a debilitating respiratory condition that can be fatal.<br><br>"I knew we were in one helluva damn mess," said Vaigneur, now 84, who had a mastectomy to cut out the cancer from his left breast and now is on oxygen, unable to walk more than 100 feet on many days. He says he's ready to die and has already decided to donate his body to science, hoping it will help others who've been exposed to radiation. |

Vaigneur is one of 107,394 Americans who have been diagnosed with cancers and other diseases after building the nation's nuclear stockpile over the last seven decades. For his troubles, he got $350,000 from the federal government in 2009.

His cash came from a special fund created in 2001 to compensate those sickened in the construction of America's nuclear arsenal. The program was touted as a way of repaying those who helped end the fight with the Japanese and persevere in the Cold War that followed.

Most Americans regard their work as a heroic, patriotic endeavor. But the government has never fully disclosed the enormous human cost.

Now with the country embarking on an ambitious $1 trillion plan to modernize its nuclear weapons, current workers fear that the government and its contractors have not learned the lessons of the past. For the last year, McClatchy journalists conducted more than 100 interviews across the country and analyzed more than 70 million records in a federal database obtained under the Freedom of Information Act.

Among the findings:

- McClatchy can report for the first time that the great push to win the Cold War has left a legacy of death on American soil: At least 33,480 former nuclear workers who received compensation are dead. The death toll is more than four times the number of American casualties in the wars in Afghanistan and Iraq.
- Federal officials greatly underestimated how sick the U.S. nuclear workforce would become. At first, the government predicted the program would serve only 3,000 people at an annual cost of $120 million. Fourteen years later, taxpayers have spent sevenfold that estimate, $12 billion, on payouts and medical expenses for more than 53,000 workers.
- Even with the ballooning costs, fewer than half of those who've applied have received any money. Workers complain that they're often left in bureaucratic limbo, flummoxed by who gets payments, frustrated by long wait times and overwhelmed by paperwork.
- Despite the cancers and other illnesses among nuclear workers, the government wants to save money by slashing current employees' health plans, retirement benefits and sick leave.
- Stronger safety standards have not stopped accidents or day-to-day radiation exposure. More than 186,000 workers have been exposed since 2001, all but ensuring a new generation of claimants. And to date, the government has paid $11 million to 118 workers who began working at nuclear weapons facilities after 2001.

Return to Top

| HEADLINE | 12/10 Swedish Hospital removes juice |
|---|---|
| SOURCE | http://www.komonews.com/news/local/Seattles-Swedish-Hospital-first-in-US-to-take-juice-off-the-menu-361496321.html |
| GIST | SEATTLE - A popular drink is off the menu at Swedish Medical Center in Seattle. Pediatric patients are no longer served juice. And doctors want the sugar-filled beverage banned at home, too.<br><br>Nine-year-old Gabe spent the night at Swedish Medical Center so doctors could check his seizure medication. That means waking up to breakfast in bed of a breakfast burrito, fruit and milk. Gabe would prefer juice to drink, but it's not an option here.<br><br>Gabe's dad, Tim Kolze, said they serve juice at home. "It usually seems like it would be a pretty healthy choice. 100% juice, so I wouldn't see why not," he said.<br><br>Dr. Uma Pisharody can explain. She specializes in Pediatric Gastroenterology, specifically seeing patients with liver disease. "The most common liver disease in childhood is something called Non Alcoholic Fatty Liver Disease (NAFLD). So it's the exact same fatty liver condition you see in alcoholics, but we call it 'non' because it's in kids," Dr. Pisharody said. "We know it's from excessive sugar intake. And one of the |

molecules in sugar is a chemical called fructose. Fructose directly leads to this non-alcoholic fatty liver disease."

NAFLD is the most common liver disease in the country, striking one in 10 children, and the number of younger kids affected is growing. While it might seem like fat in the diet is the problem, Dr. Pisharody said sugar is the culprit. She tells her patients to cut excess sugar from their diets, and <u>juice can be loaded with it</u>.

"So all the patients I take care of, I tell them over and over, cut back on your juice intake. No soda, no added sugars. That's their mantra. They know not to take juice or sugars," she said.

| Return to Top | |
|---|---|

| HEADLINE | **12/10 Woodland I-5 mudslide partially open** |
|---|---|
| SOURCE | **http://www.komonews.com/news/local/I-5-mudslide-tops-growing-list-of-storm-caused-road-closures--361422311.html** |
| GIST | WOODLAND, Wash. - Washington State Department of Transportation crews have reopened two lanes of Interstate 5 near Woodland about 26 miles north of Portland, Ore., where a huge mudslide came down across the roadway on Wednesday. |
| | Governor Jay Inslee toured the slide area on Thursday and thanked crews for their efforts in getting the road back open. |
| | "These boulders are bigger when you see them in person than they are when you see them on your TV screens. Even a wide screen. It's pretty impressive how this rock fractured," said Inslee. |
| | The blockage trapped thousands of motorists in a 15-mile-long backup overnight. Many of them had to sleep in their cars or spent the night at a nearby Wal-Mart parking lot. |
| | Some trucks were stranded on the freeway for more than 24 hours. Officials say it could take until Friday to fully reopen the freeway. A detour is available via Oregon Highway 30, although there are major delays. |
| Return to Top | |

| HEADLINE | **12/11 Worst weather expected in coming months** |
|---|---|
| SOURCE | **http://www.foxnews.com/science/2015/12/11/worst-this-el-nino-expected-in-coming-months.html?intcmp=hpbt4** |
| GIST | The current El Nino has yet to pack a punch – and isn't responsible for some of the strange weather already being seen in the United States. |
| | Forecasters from the National Oceanic and Atmospheric Administration (NOAA) are still predicting with near certainty that this El Nino will last through the winter and will be the strongest since the 1997-98 El Nino and possibly the third strongest since 1950. The 1997-98 event sparked widespread storms and flooding that caused more than $4 billion in damage and killed 189 people nationwide. |
| | El Niño - meaning in Spanish "the little boy, or Christ child" - is created when the equatorial waters of the Pacific Ocean warm significantly. |
| | They are also forecasting wetter than average conditions out West from January to March and above average temperatures in the northern half of the contiguous U.S., Alaska and much of Hawaii. Below-average temperatures, meanwhile, are most likely in the southern Plains while much of the South will see wetter than average. |

| | But Mike Halpert, deputy director, NOAA`s Climate Prediction Center, told reporters that the amounts of tropical rainfall associated with El Nino so far across the east-central Pacific and all the way to eastern part of the Pacific have been less than what was seen in other strong El Nino years like 1997-98. |
|---|---|
| Return to Top | |

| HEADLINE | **12/11 Continued drop in global oil prices** |
|---|---|
| SOURCE | **http://abcnews.go.com/Business/wireStory/asian-shares-slip-fed-nears-japan-yen-weakness-35707912** |
| GIST | World stock markets turned lower on Friday, shaken by another drop in the price of oil and as investors prepared for the Fed's key meeting next week on interest rates.<br><br>KEEPING SCORE: France's CAC 40 shed 1.5 percent to 4,567.42 and Germany's DAX lost 1.7 percent to 10,423.10. Britain's FTSE 100 retreated 1.2 percent to 6,015.66. U.S. stocks were poised to open lower. Dow futures were down 0.9 percent while the broader S&P 500 futures shed 0.8 percent.<br><br>ENERGY: The price of U.S. benchmark crude fell further, sinking 57 cents to $36.19 a barrel in electronic trading on the New York Mercantile Exchange. The contract fell 40 cents, or 1 percent, to settle at $36.76 a barrel on Thursday, its lowest level since early 2009.<br><br>The International Energy Agency on Friday forecast that the oversupply of crude would continue until late next year and demand would weaken, a dynamic that would continue to weigh on prices. Though the drop in the oil price can help consumers and businesses by reducing energy bills, the recent decline has been weighing on stocks as investors worry it is a sign of a weak global economy. |
| Return to Top | |

| HEADLINE | **12/11 Wild weather eases drought worries** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/wireStory/wild-northwest-weather-eases-drought-worries-35709582** |
| GIST | Fierce Northwest storms that sent rivers bursting from their banks, closed roadways and produced a rare tornado have had one positive effect — easing summer drought concerns that prompted cities to active water shortage plans.<br><br>The moisture is helping to fill reservoirs earlier and recharging the groundwater, said Scott Pattee, water supply specialist with the Natural Resources Conservation Service based in Mount Vernon.<br><br>But "a lot of this rain is going down hard so it's flowing straight through the snowpack, and it's not adding to it," he added.<br><br>Much of Washington's water supply depends on mountain snowpack that builds over winter, and melts in spring and summer.<br><br>The latest report from the U.S. Drought Monitor Thursday showed the area west of the Cascade Mountains in Washington is no longer in drought.<br><br>Cities like Seattle, Everett and Tacoma implemented water shortage plans when unseasonably dry summer conditions left the region parched. |
| Return to Top | |

| HEADLINE | **12/09 Experts warn fleas mutating** |
|---|---|
| SOURCE | **http://sanfrancisco.cbslocal.com/2015/12/09/vets-warn-fleas-becoming-resistant-to-chemical-treatments/** |

| GIST | SAN FRANCISCO (CBS SF) — Experts say fleas may be mutating and becoming more resistant to topical anti-flea treatments peskier than ever for Bay Area pet owners trying to get rid of them.

One vet KPIX spoke to said the smelly solutions designed to kill fleas that pet owners have been applying to their cats and dogs may not help thanks to survival of the fittest flea.

Katherine Van Ekert with VetPronto is one of many Bay Area vets that are telling pet owners the anti-flea solution produced by companies like Frontline and Advantage that they are buying isn't working.

"You can imagine when we're applying a flea product that's designed to kill a flea and those fleas have random mutations the genes that are resulting and are allowing the fleas to survive are going to win," explained Van Ekert.

Fleas may have mutated, but Van Ekert says the flea problem also has to do with the warmer weather. |
|---|---|
| Return to Top | |

| HEADLINE | **12/08 Workplace: NASA good, DHS bad** |
|---|---|
| SOURCE | **http://www.govexec.com/management/2015/12/nasa-best-place-work-government-homeland-security-worst-again/124268/** |
| GIST | The level of job satisfaction among federal employees at agencies with similar missions in areas such as law enforcement and public health varies widely, according to a new analysis of the "Best Places to Work in the Federal Government."

For the first time, the authors of the report – which is based on data from the Office of Personnel Management's annual Federal Employee Viewpoint Survey – grouped 75 federal organizations by six mission areas: energy and environment, financial regulation, law enforcement, national security, oversight and public health.

The FBI was the top agency in the law enforcement category, with a "satisfaction and commitment" score of 69.9 among employees, while the Secret Service had a score of 33.4 in that category – a 36.5 point difference. The Secret Service was the subject of a recent House Oversight and Government Reform Committee report detailing the agency's rock-bottom morale, a series of botched operations, and difficulty rooting out bad behavior.

Another significant gap in job satisfaction based on the 2015 data existed between the Federal Deposit Insurance Corporation, which ranked as the top mid-size agency in the analysis, and the Commodity Futures Trading Commission, which ranked toward the bottom in the small agency category.

Agencies that were at the top and bottom last year occupied those slots in 2015 too. For the fourth consecutive year, NASA was the No. 1 place to work among large federal agencies, with a job satisfaction and commitment score of 76.1 (out of 100) among employees. The intelligence community, departments of Justice, State and Commerce rounded out the top five. The rankings include 391 federal agencies and their subcomponents.

The Homeland Security Department, which has struggled with morale and management since its creation, ranked last among large agencies again. The Veterans Affairs Department, plagued with scandal and mismanagement since the 2014 scandal involving excessive wait times for patient appointments erupted, also ranked at the bottom. |
| Return to Top | |

| HEADLINE | **12/10 Brain's on public health campaigns** |
|---|---|
| SOURCE | **http://www.upenn.edu/spotlights/your-brains-take-public-health-campaigns** |

| GIST | Mass media campaigns have proven to influence people's health-related decision making—for better or for worse. Effective messaging has helped millions quit smoking, exercise more, and eat better, while failed campaigns have backfired, sometimes even causing those with unhealthy habits to dig deeper into their vices. |
|---|---|
| | "We don't always know what's going to persuade us," says Emily Falk, an associate professor at the Annenberg School for Communication. "In the moment, it might feel like one set of advertisements is appealing, but that doesn't always translate into downstream behavior." |
| | In a recently published study in the journal Social Cognitive and Affective Neuroscience, a team of researchers led by Falk discovered a new way to help predict the success of public health campaigns. Instead of just asking someone's opinion, they looked inside people's brains and measured their neural reactions when they viewed specific advertisements. |
| | Using functional magnetic resonance imaging (fMRI), the researchers recorded the brain activity of 50 smokers from Michigan who viewed a total of 40 anti-smoking images, including some that the Food and Drug Administration was considering using as warning labels. Researchers focused on the medial prefrontal cortex (MPFC) region of the brain, which helps people gauge how valuable or relevant information is to them. |
| | The more activity in the MPFC, the more motivating the image would be to stop a person from smoking, the researchers believed. |
| | To test this hypothesis, they compared the fMRI results from the small sample of smokers to a large anti-smoking email campaign sent in partnership with the New York State Smokers' Quit Line. One of the same 40 images was sent to each of the 800,000 smokers, along with the slogan "Stop Smoking. Start Living." Each email included a link to online smoking cessation resources. |
| | The researchers found that the same anti-smoking images that caused powerful MPFC responses were also most effective at getting New York smokers to click the get-help link. |
| | This information is a convincing demonstration of how looking at brain activity can help when creating a public health campaign, Falk says. But that still doesn't mean it can take the place of self-reported data. |
| | "Asking people does give us some important information, too," Falk says. "Essentially what's best is to do both." |
| Return to Top | |

| HEADLINE | **12/10 Bellevue partners w/Bloomberg** |
|---|---|
| SOURCE | **http://www.bellevuereporter.com/news/361343621.html** |
| GIST | The City of Bellevue announced on Tuesday, Dec. 8 that it was selected to participate in the new "What Works Cities" initiative, taking a huge step toward making its data easy to access and open to the public. |
| | The initiative is a national drive sponsored by Bloomberg Philanthropies which wants to connect mid-sized cities to enhance the use of data and evidence to look for solutions to problems which may arise. |
| | Mayor Claudia Balducci said Bellevue has made increasing use of data in the last 15 years, and the What Works Cities initiative would help hone those skills. |
| | "We're very excited and proud to announce that Bellevue has been selected for What Works Cities," she said. "The data used could be almost anything, cities generate a tremendous amount of data. By unleashing the power of data, we will build capacity in our operations, increase transparency and improve the way services are delivered to Bellevue residents." |

| | An open data portal on the City of Bellevue's website is scheduled for early 2016. Residents will be able to access data easily and efficiently, said Sabra Schneider, chief operating officer of information technology.<br><br>"We are committed to building apps against data which can benefit our residents," she said. "We can set a framework for open data and problem solving." |
|---|---|
| Return to Top | |

| HEADLINE | 12/10 'Happy Birthday' copyright settled |
|---|---|
| SOURCE | http://www.nbcnews.com/business/business-news/happy-birthday-copyright-suit-settled-n477671 |
| GIST | A settlement has been reached in a U.S. lawsuit with Warner/Chappell Music over the copyright to "Happy Birthday to You" that will put one of the world's most recognizable songs in the public domain, according to court papers released on Wednesday and a source close to the case.<br><br>Terms of the deal were not disclosed in court papers announcing the settlement, but it puts an end to the class-action lawsuit filed in 2013 by a group of artists and filmmakers who had sought a return of the millions of dollars in fees the company had collected over the years for use of the song.<br><br>Once the settlement is finalized, the song will be in the public domain, the source said. That means it will be free for all to use without fear of a lawsuit. |
| Return to Top | |

| HEADLINE | 12/10 How many Muslims immigrating to US? |
|---|---|
| SOURCE | http://www.nbcnews.com/storyline/immigration-border-crisis/mass-migration-muslims-u-s-mostly-mirage-n477306 |
| GIST | Not one predominantly Muslim nation makes the list of top 10 countries of origin for legal immigrants in 2013, according to the most recent census figures compiled by the Migration Policy Institute.<br><br>At #14, Pakistan was the top-ranked Islamic country with 13,251 legal permanent residents — just 1 percent of the total 990,553 immigrants who received Green Cards that year, the figures showed.<br><br>"Definitely as a share of the foreign population, Middle Eastern and North African immigrants are small," Marc Rosenblum, deputy director of the organization's U.S. immigration policy project, told NBC News. "But right now there is a lot of fear about terrorism and that affects how people perceive those numbers."<br><br>There has been for several years a "perception that immigration has been out of control is disproportionate to the facts on the ground," Rosenblum said. "The numbers of people immigrating to the U.S. have been pretty stable the last few years, and illegal immigration is much lower than it was a decade ago."<br><br>The biggest difference is that the new arrivals aren't coming — as they have in the past — from European countries like Italy, Ireland, Germany and Poland.<br><br>"Now the total foreign population is a third Mexican and three-quarters Latin American and Asian," said Rosenblum. "Europe accounted for just 12 percent of the foreign-born population in 2013. It was 75 percent in 1960."<br><br>Two years ago, the top three Green Card recipient countries were Mexico, 135,028, China, 71,798, and India, 68,458, according to the figures.<br><br>Only 9,552 Iraqis and 1,463 Saudis got Green Cards in 2013. As for Syrians, whom Trump and much of the GOP wants to bar from the United States, just 3,366 were granted permanent residency. |

| | When it comes to other Muslim countries, 10,294 Egyptians, 3,532 Yemenis, 2,783 Lebanese and 376 Libyans were allowed into the U.S. in that year. |
|---|---|
| Return to Top | |

| HEADLINE | 12/10 Concern: home laser Christmas lights |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/holiday-laser-displays-raising-safety-concerns-for-pilots/** |
| GIST | More homeowners are abandoning traditional Christmas lights for laser displays this holiday season. They project holiday-themed laser beams onto a house or yard, but they can also point into the sky, creating new danger for pilots and their planes. |
| | Last week, a laser decoration 22 miles from Dallas-Fort Worth International Airport put a passenger plane in harm's way. This follows a similar complaint last month in Michigan. |
| | It's a federal crime to shine a laser at a plane, and while no one was charged in those cases, several so-called laser strikes are being blamed on the holiday laser displays, reports CBS News correspondent Mireya Villarreal. |
| | Jen Creaven Parker bought hers at Bed, Bath and Beyond for $40. |
| | "I think they look cool. They come in two options, all green or red," said Parker. "'Lazy lights' is what Facebook is calling them." Lazy, because they're so easy to install. |
| | But helicopter reporter Stu Mundel, from CBS News' Los Angeles station KCBS, has encountered other types of consumer lasers while in the air. |
| | "I saw the laser in the corner of my eye, I looked at it, and unfortunately, it went right into my eyes, and it does, it stings, it burns, it feels like you have a sunburn on your eye," Mundel said. |
| | Laser strikes - often intentional - have become a growing problem for pilots. In 2014, the FAA investigated more than 3,800 laser light complaints, which has nearly doubled this year.<br>The FAA is asking homeowners to make sure their decorations aren't pointed towards the sky, or to pull the plug on them altogether. |
| Return to Top | |

| HEADLINE | 12/10 Evolving state of American policing |
|---|---|
| SOURCE | **http://www.psmag.com/politics-and-law/the-evolving-state-of-american-policing** |
| GIST | "Never at any time in the world's history has it been possible for so many people to know, so promptly, of the dereliction of one police officer in such lack of context as to cause distrust and lack of respect for all," Police Chief Frank Ramon tells his colleagues. |
| | It's the annual conference of the International Association of Chiefs of Police, and hundreds of law enforcement executives from around the country are gathered together to talk about recent and troubling publicity around police forces pretty much across the country—California, New York, South Carolina, Maryland. Reflecting on the crisis in policing, he continues, "the law enforcement image is dependent on the professional, competent performance of the men and women who protect and serve their community." |
| | But Ramon, the chief of police of the Seattle Police Department, isn't talking about viral videos shot by bystanders with cell phones, or about footage from dashboard cameras. All of that is still many years away. Ramon is speaking in the year 1965. |
| | Yet Ramon's comments could just as easily have been made in 2015—and, in fact, they sort of were. Over the course of the 2015 IACP, many speakers echoed the sentiments expressed at the conference opening |

by Chicago Police Department Superintendent Garry McCarthy (who resigned a month later when the Laquan McDonald cover-up was brought to light). "We're in a tough time for policing right now," McCarthy said. "And I believe we're at a crossroads. I don't think this climate has ever existed in the history of American policing.... Never have we been going through the scrutiny of every single action that we deal with like we do today, in the digital age."

So much of what police executives said at the conference—what they complained about, what they asked for, what they believed was utterly new to our present place and time—sounded remarkably familiar. I attended the conference not only as a reporter but as a historian of the IACP; I've spent dozens of hours combing through years of conference proceedings, and I heard little at this year's conference that I hadn't read before. In 2015, I heard law enforcement executives suggest—as they've done for many decades—that complaints of police brutality are still overblown, especially by the media; that police, still broadly disrespected, suffer daily indignities as they attempt to serve the public; and that this public misapprehends the danger police officers face every day and fails to see police officers as individuals.

So what happened? Why do police still seem to feel embattled and pressured in the same ways they did 50 years ago? Haven't things changed?

The IACP and the larger field of law enforcement are visibly different than they were in the 1960s (and very different from the 1890s, when a mere 51 delegates attended the first annual convention in 1893).

This year, over 15,335 law enforcement executives from 83 countries attended an event with 204 sessions spread over 13 educational tracks, three "interactive sessions on global issues with significance in local communities," and a trade show of more than 700 vendors and exhibitors. Chiefs could attend education sessions on legal marijuana, social media strategies, cyber security and "the cloud," developments in rapid DNA testing, and, of course, body-worn cameras. From this perspective, the work of policing and the concerns of police executives have evolved significantly over a century. Advances in technology, psychology, and forensic science have made the act and art of policing look drastically different than it did in 1893 and 1953 and even 1983.

So does American society. At the 1965 meeting, law enforcement executives spoke from the far shore of a country-wide crime wave that was just beginning its swell. In 2015, they addressed each other in a country that is statistically safer than it has ever been: The homicide rate in 2010 was 4.8 for every 100,000 people; in 1980 it had been more than twice that—10.8. In 1965, the ink was barely dry on the Civil Rights Act; in 2015, although we still have far to go, civil rights have evolved to encompass a much larger spectrum of diversity and inclusion. America in 2015, then, presents new challenges, and new opportunities, that were unimaginable in 1965. Yet the complaints, and the script, remain the same.

What happened? Or, perhaps more precisely, what hasn't happened?

Return to Top

| HEADLINE | 12/10 New style of police training: hug a thug? |
|---|---|
| SOURCE | http://www.washingtonpost.com/sf/investigative/2015/12/10/new-style-of-police-training-aims-to-produce-guardians-not-warriors/ |
| GIST | BURIEN, WASH. — The police recruits arrived in pairs in the woods outside Seattle. For days, they had been calming their minds through meditation and documenting life's beauty in daily journals. Mindful and centered, they now faced a test: a mentally ill man covered in feces and mumbling to a rubber chicken.

The feces was actually oatmeal and chocolate pudding, the man was another recruit, and the goal of this mock training exercise was to peacefully bring him into custody. The first recruits approached gingerly, trying to engage the man in conversation. When that failed, they moved in and wrestled him to the ground.

"We needed to find a way to help him. He obviously had a screw loose," said Aaron Scott, a cadet from Bellevue, Wash. Scott briefly considered using his baton, he said. "But I thought that might be too much." |

For the past three years, every police recruit in the state has undergone this style of training at the Washington State Criminal Justice Training Commission, where officials are determined to produce "guardians of democracy" who serve and protect instead of "warriors" who conquer and control.

Gone is the military-boot-camp atmosphere. Gone are the field exercises focused on using fists and weapons to batter suspects into submission. Gone, too, is a classroom poster that once warned recruits that "officers killed in the line of duty use less force than their peers."

"If your overarching identity is 'I'm a warrior,' then you will approach every situation like you must conquer and win," said Sue Rahr, the commission's executive director. "You may have a conflict where it is necessary for an officer to puff up and quickly take control. But in most situations, it's better if officers know how to de-escalate, calm things down, slow down the action."

Training is at the heart of the national debate over police use of force. So far this year, police have shot and killed more than 900 people, according to a Washington Post database tracking such shootings — more than twice the number recorded in any previous year by federal officials. Anti-brutality activists and some law enforcement leaders argue that if police were better trained to de-escalate conflict, some of those people might still be alive.

Rahr, the former sheriff of King County, is one of the nation's foremost authorities on this type of training. In April, the Harvard Kennedy School published a report she co-wrote, "From Warriors to Guardians: Recommitting American Police Culture to Democratic Ideals," which warns that too many academies are training police officers to go to "war with the people we are sworn to protect and serve."

The President's Task Force on 21st Century Policing, of which Rahr is a member, has embraced many of these principles. In August, the Police Executive Research Forum, a law enforcement think tank, followed suit.

"The goal of the guardian officer is to avoid causing unnecessary indignity," said Seth Stoughton, a law professor at the University of South Carolina and a former police officer in Tallahassee. "Officers who treat people humanely, who show them respect, who explain their actions, can improve the perceptions of officers, or their department, even when they are arresting someone."

Not everyone is on board. Some accuse Rahr of promoting a "hug-a-thug" mentality that risks getting officers killed. About 20 percent of Rahr's staff quit or was fired in the first year after rebelling against her reforms. Even today, Rahr estimates that two-thirds of the state's 285 local police chiefs are either skeptical of her training philosophy or "think this is just dangerous."

Return to Top

| HEADLINE | 12/10 Seattle police 'department' at fault |
|---|---|
| SOURCE | http://www.seattleweekly.com/home/962205-129/opa-brass-not-rank-and-file-responsible-for |
| GIST | **After more than seven** months of investigation, the official verdict is in: Seattle police may have hurt people during Seattle's May 1st anti-capitalist protest, but the fault belongs to the department as a whole, not with individual officers. |

That's according to Pierce Murphy, director of the Office of Professional Accountability (OPA), the semi-independent arm of Seattle police that reviews complaints and makes recommendations to the chief about officer misconduct.

"The evidence from this investigation supports the conclusion that SPD officers used blast-balls and less-lethal projectiles according to their training and the direction given to them by SPD incident commanders," Murphy wrote in a combined report and letter to the police Chief which responds to five different complaints about blast-ball deployment on May Day. (Blast balls are like flash-bang grenades, designed

to intimidate but capable of harm.) "For this reason, accountability lies with SPD as an agency not with any individual officer."

Accountability for what? The report acknowledges that some "blast balls detonated...next to or against one or more persons." This is in contrast to their intended use, which according to this SPD training video is "...herding people into the escape routes that you want" by detonating blast balls on the perimeter of a crowd. "You don't throw them into the crowd," the video instructor states, "because that will cause mayhem and confusion."

And there was plenty of mayhem and confusion during the protest.

It's not clear how SPD officers could have consistently used blast balls as trained, since their training tells them "to roll the blast ball underhanded like a bowling ball into an open space," according to the OPA report. Multiple blast balls detonated within crowds and sometimes literally on top of protesters, and city councilmember Bruce Harrell famously described video of one officer throwing a blast ball as looking like a "hook shot."

Murphy found that there was insufficient evidence to hold any individual officer accountable for their actions during the protest. The devil lay in the details: while his office does not dispute that police unleashed at least 48 blast balls and seems to acknowledge that people were hurt by improper use of those blast balls, his investigation was unable to definitively connect specific cops to specific blast balls and specific injuries.

| Return to Top | |

| HEADLINE | **12/10 Feds want Seattle to test gunshot tech.** |
|---|---|
| SOURCE | **http://www.kirotv.com/news/news/feds-want-seattle-test-gunshot-detection-system/npg7F/** |
| GIST | The local office of the Federal Bureau of Alcohol Tobacco and Firearms wants to include Seattle in a national test of gunshot-detection technology.<br><br>That was part of the discussion before the City Council's Public Safety Committee this afternoon.<br><br>Just this week the Denver City Council approved a half-million dollars to triple the Shot Spotter coverage in that city.<br><br>The system uses microphones spread through neighborhoods to collect sound, then a sophisticated computer quickly pinpoints the location of gunshots and alerts police.<br><br>Seattle police accountability advocate Harriet Walden told us why she supports the concept.<br><br>"I think it would help us solve crimes, and police will be able to identify where the shots came from," she said.<br><br>Today Public Safety Committee Chair Bruce Harrell continued a discussion that began three years ago.<br><br>The Council has set aside $250,000 to study using the gunshot detectors here because often people don't report gunshots. |
| Return to Top | |

| HEADLINE | **12/10 SPD releases new carjacking videos** |
|---|---|
| SOURCE | **http://mynorthwest.com/11/2868392/Seattle-police-release-new-video-from-fatal-carjacking** |
| GIST | The Seattle Police Department has released new video footage of the Dec. 6 carjackings that lead to a high speed chase through city streets, and ultimately to the death of the suspect. |

One video shows the suspect, Raymond Azevedo, allegedly stealing two cars at gunpoint.

The other video is an extended cut of the <u>initial video</u> Seattle police released, but shows a SWAT team activity as officers approached the car.

The King County Medical Examiner's Office released the name of the suspect Tuesday, according to KING5. Azevedo, 35, died of multiple gunshot wounds.

| Return to Top | |
|---|---|

| HEADLINE | **12/11 Militants fire at Ukraine forces** |
|---|---|
| SOURCE | **http://uatoday.tv/news/russian-backed-militants-fire-large-caliber-weapons-at-ukrainian-forces-551816.html** |
| GIST | The combined Russian-militant forces attacked Ukrainian army positions in eastern Ukraine about 40 times overnight, the press center of the Anti-Terrorist Operation (ATO) wrote on Facebook early Friday.<br><br>"The situation in the Donbas conflict zone remains tense but stable, and completely controlled by our defenders," the press center said.<br><br>It is noted that the militants continued to fire on ATO positions near the occupied city of Donetsk. In particular, they fired small arms, machine guns and grenade launchers on the villages of Opytne, Pisky, Novhorodske, and the town of Krasnohorivka. A few dozen of 82mm and 120mm mortar shells fell and exploded on the outskirts of Krasnohorivka.<br><br>The Kremlin-backed militants fired 120mm mortars on our positions near the village of Zaitseve in the Artemivsk sector. They also fired heavy machine guns and grenade launchers there overnight. |
| Return to Top | |

| HEADLINE | **12/10 Seattle Chipotle closed for violations** |
|---|---|
| SOURCE | **http://www.seattletimes.com/seattle-news/health/seattle-chipotle-closed-for-repeated-violations/** |
| GIST | Seattle health officials closed a South Lake Union Chipotle restaurant Thursday for repeated food-safety violations.<br><br>The move to shutter the Mexican-style restaurant, at 212 Westlake Ave., comes more than a month after the fast-food chain closed 43 sites in Washington and Oregon amid an E. coli outbreak that eventually sickened 52 people in nine states and sent 20 people to hospitals.<br><br>It also comes in a week when more than 120 students at Boston College were sickened by norovirus after eating at a single Chipotle restaurant, health officials reported.<br><br>In the most recent Seattle case, the restaurant received red violations on three consecutive visits from health inspectors, according to a blog by officials at Public Health — Seattle & King County.<br><br>Red violations are those most likely to contribute to foodborne illness. In each of the inspections, the restaurant accrued between 25 and 33 points out of 400 possible, well below the 90-point threshold that requires closure. But because the location had repeated violations, health officials ordered it closed. |
| Return to Top | |

| HEADLINE | **12/10 Major airlines ban hoverboards** |
|---|---|
| SOURCE | **http://www.king5.com/story/tech/science/aerospace/2015/12/10/alaska-airlines-and-other-airlines-** |

ban-hoverboards/77119944/

| GIST | Four major U.S. airlines are banning hoverboards because of the potential fire danger from the lithium-ion batteries that power the devices.

Alaska Airlines, Delta Air Lines, American Airlines and United Airlines said Thursday they are banning hoverboards in checked or carry-on luggage. JetBlue Airways has already prohibited them.

Hoverboards are motorized, two-wheel, skateboard-sized scooters that users stand on. They have been a hot gift item at some retailers.

On the <u>Alaska Airlines blog,</u> the airlines does not allow hoverboards as checked luggage nor as carry-on. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Saudi Arabia, US in massive arms deal** |
|---|---|
| SOURCE | **http://www.newsmax.com/Newsfront/US-Arms-Deal-Saudi-Arabia/2015/12/10/id/705288/** |
| GIST | Saudi Arabia will pay $1.29 billion to the United States as part of a massive arms sale which includes as many as 13,000 so-called smart bombs, **NPR** reports.

The huge deal — which is unlikely to be blocked by Congress — was announced by the State Department after being hammered out by the Obama administration in a bid to help boost military support for Gulf states.

But the big money agreement remains controversial.

Human Rights Watch, an international humanitarian watchdog headquartered in New York City, claims recent Saudi airstrikes in Yemen "have indiscriminately killed and injured civilians," according to NPR.

Pentagon officials say the sale will help stockpile the Middle East nation's military supplies to "sustain strong military-to-military relationships between the United States and Saudi Arabia." |
| Return to Top | |

| HEADLINE | **12/10 Budget deficit widens to $65B in Nov.** |
|---|---|
| SOURCE | **http://www.reuters.com/article/us-usa-budget-idUSKBN0TT2LD20151210** |
| GIST | The U.S. federal government ran $65 billion into the red in November, up 14 percent from the same period last year, the Treasury Department said on Thursday.

Analysts polled by Reuters had expected a $68 billion deficit for last month. The government had a deficit of $57 billion in November of 2014.

The current fiscal year-to-date deficit stood at $201 billion. Receipts last month totaled $205 billion, while outlays stood at $270 billion.

Accounting for calendar differences in the timing of benefits payments and budget receipts would yield a deficit of $126 billion in November versus $98 billion in the same month of 2014. |
| Return to Top | |

| HEADLINE | **12/10 Welcoming refugees and footing the bill** |
|---|---|
| SOURCE | **http://www.reuters.com/article/us-europe-migrants-germany-economy-idUSKBN0TT24Z20151210** |
| GIST | The influx of refugees into Germany is both a boon and a burden for the economy: it needs huge numbers of migrants to rejuvenate an aging workforce, but must financially support many for years until they learn |

the language and gain qualifications.

Chancellor Angela Merkel has refused to put a cap on refugee numbers to a country where the population of around 82 million is set to shrink by 15 percent by 2050, according to government forecasts, with the workforce falling by 30 percent.

The country needs about half a million migrants a year until 2050 to counter that fall in the workforce, a study by think-tank the Bertelsmann Foundation found.

But many of the people currently arriving from countries such as Syria do not speak German and have few formal qualifications, so it will take time and investment to reduce their dependence on state welfare and get them into work.

Each unemployed refugee costs taxpayers 12,000 euros ($13,000) a year, government figures show. Only 8 percent find work in the first year and most rely on the state for everything from food and housing to language courses.

But the costs will be offset within five to 10 years as more and more refugees start working and paying taxes, according to a study by the German Institute for Economic Research (DIW).

| | |
|---|---|
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Canada welcomes Syrian refugees** |
| SOURCE | **http://www.bbc.com/news/world-us-canada-35065008** |
| GIST | The Canadian military is transporting hundreds of Syrian refugees from Jordan to Toronto to be resettled throughout the country this week. |

One military aircraft arrived in Toronto on Thursday, and another will arrive in Montreal on Saturday.

The newly elected Liberal government has pledged to take in 25,000 refugees by the end of February.

Immigration Minister John McCallum said all 10 provinces in Canada are in favour of accepting the refugees.

"This is a great moment for Canada," he said. "This shows the way we really are. It truly is a non-partisan, national project."

Since early November, hundreds of Syrians have already arrived in Canada via commercial aircraft.

About 300 Syrians will arrive this week. Prime Minister Justin Trudeau will be at the airport in Toronto on Thursday to greet them.

| | |
|---|---|
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Iranians angry over US visa change** |
| SOURCE | **http://www.bbc.com/news/world-us-canada-35064719** |
| GIST | Hours before the US House of Representatives voted to tighten visa-free travel to the US, many Iranians, especially those living in America, Europe and Australia, took to social media to express concern at the consequences of the bill. |

The measure is designed to make it harder for the likes of those who carried out the Paris attacks and hold EU citizenships to use the programme known as the "visa waiver" to enter the US.

Citizens of 38 countries, many in the EU, can currently fly to the US without applying for a visa under

| | America's Visa Waiver Program. |
|---|---|
| | The new legislation initially said those eligible for the waiver programme who had travelled to "terrorist hotspots" like Iraq and Syria where IS controls territory would need to obtain a US visa. |
| | But the final version included Iran and Sudan to the list of countries because they are considered "state sponsors of terrorism" by the US. |
| | The bill HR158 means citizens of many EU countries and the rest of the 38 states participating in the programme who travel to Iran for pleasure or business will have to obtain a visa should they ever want to enter the US. |
| Return to Top | |

| HEADLINE | **12/10 Study: 20% kids w/high cholesterol** |
|---|---|
| SOURCE | **http://www.nbcnews.com/health/kids-health/one-five-us-kids-has-unhealthy-cholesterol-levels-study-n477821** |
| GIST | One in five Americans kids has unhealthy cholesterol levels, and more than 8 percent have the most worrisome high cholesterol levels, a new survey finds. |
| | Older children and teenagers had the worst cholesterol levels -- nearly 27 percent of 16- to 19- year-olds had at least one measure of unhealthy cholesterol, the National Center for Health Statistics found. And the heavier children were more likely to have unhealthy cholesterol measures. |
| | More than 43 percent of obese kids had bad cholesterol levels, the survey found. |
| | "While it's not a surprise that they have more abnormalities than non-obese kids, it is pretty frightening," said Dr. Julie Brothers, a preventive cardiologist at Children's Hospital of Philadelphia, who was not involved in the study. |
| | "It's quite high." |
| Return to Top | |

| HEADLINE | **12/10 Survey: fewer teens driving drunk** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/fewer-teens-are-driving-drunk-national-survey-says/** |
| GIST | A government survey shows fewer teens and young adults say they drive drunk. |
| | Last year, nearly 7 percent said they'd recently driven while under the influence of alcohol. That figure has been steadily going down. It was 16 percent a dozen years earlier. |
| | The numbers are for people ages 16 to 20 who participated in a large government survey focused on alcohol, tobacco and illegal drug use. |
| | Drunken driving by people in their early 20s is more common but also is falling. |
| Return to Top | |

| HEADLINE | **12/10 Tracking overstay foreign visitors** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/us-san-diego-california-track-foreigners-overstay-visas/** |
| GIST | Nearly half of the people living in the U.S. illegally are believed to have entered the country legally and stayed on expired visas. To combat the problem, the federal government on Thursday is launching one of its most ambitious efforts to track them. |

U.S. Customs and Border Protection will begin capturing facial and eye scans of foreigners entering the country at San Diego's Otay Mesa port of entry on foot. By February, foreigners going to Mexico on foot through the checkpoint will get scanned.

The trial run, which lasts through the end of June, will help determine if authorities expand biometric screening to foreigners at all land crossings on the 1,954-mile border with Mexico. Authorities will look at the accuracy of the cameras.

For more than two decades, Congress has demanded biometric screening such as fingerprints, facial images or eye scans from people leaving the country, but the task has presented enormous financial and logistical challenges. There is no checkout system at land crossings.

Marc Rosenblum, deputy director of U.S. immigration policy at the Migration Policy Institute, said the attempt to capture biometrics from people leaving the country would fix "the biggest deficiency in the whole system."

Return to

Top

| HEADLINE | 12/10 Winter El Nino not backing down |
|---|---|
| SOURCE | http://www.cbsnews.com/news/el-nino-is-not-backing-down/ |
| GIST | This year's El Nino is staying unusually strong, and forecasters say it's still expected to bring a wet winter to drought-stricken California.<br><br>In an update Thursday, Mike Halpert of the National Oceanic and Atmospheric Administration (NOAA), told reporters the odds favor some significant winter storms in California.<br><br>While that could offer some relief for the region's severe drought, it also raises the risk of damage from flooding or mudslides. Halpert said that during previous strong El Ninos, some southern areas including California and the Gulf Coast have had heavy rainfall and flooding. Storms blamed on the strong El Nino of 1997-98 killed at least 17 people.<br><br>El Nino is a warming in the Pacific Ocean that alters weather worldwide. Climatologists have been warning for months about the potential impact of what one scientist dubbed a "Godzilla El Nino" peaking this winter. |
| Return to<br><br>Top | |

| HEADLINE | 12/10 Education law shifts power to states |
|---|---|
| SOURCE | http://abcnews.go.com/Politics/wireStory/obama-sign-education-law-rewrite-power-shift-states-35687076 |
| GIST | Calling it a "Christmas miracle," President Barack Obama signed a sweeping overhaul of the No Child Left Behind education law on Thursday, ushering in a new approach to accountability, teacher evaluations and the way the most poorly performing schools are pushed to improve.<br><br>Joined by lawmakers, students and teachers in a White House auditorium, Obama praised the George W. Bush-era No Child Left Behind for having the right goals. He said that in practice, it fell short or applied a cookie-cutter approach that failed to produce desired results. Under the new law, the federal government will shift more decision-making powers back to states.<br><br>"With this bill, we reaffirm that fundamentally American ideal that every child— regardless of race, gender, background, zip code — deserves the chance to make out of their lives what they want," Obama said. "This is a big step in the right direction." |

The overhaul ends more than a decade of what critics have derided as one-size-fits-all federal policies dictating accountability and improvement for the nation's 100,000 or so public schools. But one key feature remains: Students will still take federally required statewide reading and math exams. Still, the new law encourages states to limit the time students spend on testing and diminishes the high stakes for underperforming schools.

Return to
Top

| HEADLINE | **12/10 Depletion of groundwater 'worsening'** |
|---|---|
| SOURCE | **http://www.usatoday.com/story/news/environment/2015/12/10/pumped-beyond-limits-many-us-aquifers-decline/76570380/** |
| GIST | Time is running out for portions of the High Plains Aquifer, which lies beneath eight states from South Dakota to Texas and is the lifeblood of one of the world's most productive farming economies. The aquifer, also known as the <u>Ogallala</u>, makes possible about one-fifth of the country's output of corn, wheat and cattle. But its levels have been rapidly declining, and with each passing year more wells are going dry.

As less water pours from wells, some farmers are adapting by switching to different crops. Others are shutting down their drained wells and trying to scratch out a living as dryland farmers, relying only on the rains.

In parts of western Kansas, the groundwater has already been exhausted and very little can be extracted for irrigation. In other areas, the remaining water could be mostly used up within a decade.

The severe depletion of the Ogallala Aquifer is symptomatic of a larger crisis in the United States and many parts of the world. Much more water is being pumped from the ground than can be naturally replenished, and groundwater levels are plummeting. It's happening not only in the High Plains and drought-ravaged California but also in places from the Gulf Coastal Plain to the farmland of the Mississippi River Valley, and from the dry Southwest to the green Southeast.

In a nationwide examination of the problem, USA TODAY and The Desert Sun analyzed two decades of measurements from more than 32,000 wells and found water levels falling in nearly two-thirds of those wells, with heavy pumping causing major declines in many areas. The analysis of U.S. Geological Survey data revealed that:
- Nationwide, water levels have declined in 64 percent of the wells included in the government database during the past two decades.
- The average decline among decreasing wells has been more than 10 feet, and in some areas the water table has dropped more than 100 feet during that period – more than 5 feet per year.
- For 13 counties in Texas, New Mexico, Mississippi, Kansas and Iowa, average water levels have decreased more than 40 feet since 1995.
- Nationally, the average declines have been larger from 2011-2014 as drought has intensified in the West. But water tables have been falling consistently over the years through both wet and dry periods, and also in relatively wet states such as Florida and Maryland.
- Across the High Plains, one of the country's largest depletion zones, the average water levels in more than 4,000 wells are 13.2 feet lower today than they were in 1995. In the southern High Plains, water levels have plunged significantly more – in places over 100 feet in just 20 years. |

Return to
Top

| HEADLINE | **12/10 New flood of migrants at border** |
|---|---|
| SOURCE | **http://www.cbs19.tv/story/30710379/surge-of-children-on-border-hundreds-heading-to-north-texas** |
| GIST | The U.S. Health and Human Services Commission will bus more than 1,000 undocumented immigrants to facilities in Ellis County and Rockwall counties as soon as Thursday, WFAA has learned.

The children were captured in the Rio Grande Valley trying to enter the U.S. illegally. |

WFAA has learned that children bound for Ellis County will be housed at a church camp between Waxahachie and Maypearl.

Officials in Ellis County said they just learned of the federal plan Wednesday morning.

"My concern is, I don't believe that's a secure facility," said Ellis County Commissioner Paul Perry. "It's designed for hospitality."

There's one adult for every eight children coming, sources said.

"The City of Rockwall has been advised by Congressman John Ratcliffe's office that about 300 unaccompanied refugees between the ages of 12 and 18 from Central America will be located by the Texas Health and Human Services Commission to a private facility in the unincorporated area of Rockwall County," Rockwall County Judge David Sweet said.

Those children will be housed for up to 21 days at Sabine Creek Ranch in Rockwall County. There was no word on when children will arrive there.

Return to Top

---

| HEADLINE | 12/10 Recall: Sweet Leaf Tea bottles |
|---|---|
| SOURCE | **http://money.cnn.com/2015/12/10/news/sweet-leaf-tea-recall-glass-bottles/index.html** |
| GIST | The Sweet Leaf Tea Company is recalling 1.5 million bottles of iced tea because of possible glass fragments.<br><br>The voluntary recall involves six flavors of teas in 16-ounce glass bottles that were distributed between February 27 and December 6, 2015. The flavors include: raspberry, half and half lemonade tea, original, green tea with citrus, peach and mint and honey.<br><br>The recall does not affect plastic bottle products.<br><br>"This was the result of glass breakage during the filling process. Consumers could potentially be cut or injured if ingested," the company said in a release. |

Return to Top

# Cyber Awareness

Top of page

| HEADLINE | 12/10 Using online search to stop infections |
|---|---|
| SOURCE | http://www.kplu.org/post/disease-sleuths-analyze-google-searches-stop-infections |
| GIST | With sexually transmitted diseases on the rise, researchers at the University of Illinois at Chicago think they might have a powerful new weapon to fight their spread: Google searches.<br><br>The company behind the Web's leading search engine has quietly begun giving researchers access to its data troves to develop analytical models for tracking infectious diseases in real time or close to it. UIC is one of at least four academic institutions that have received access so far, along with the Centers for Disease Control and Prevention, Google said.<br><br>Researchers can mine Google data to identify search terms that spiked during previous upticks in a particular disease. Then, researchers can measure the frequency of those searches in real time to estimate the number of emerging cases. For instance, a jump in gonorrhea might coincide with more people searching "painful urination" or other symptoms. |

"If this works, it could revolutionize STD surveillance," said Supriya Mehta, an associate professor of epidemiology at the UIC School of Public Health.

Search trends can be broken down by city and state, weighted by significance and combined with other data to produce a snapshot of where disease is spreading well before public health agencies report the number of verified cases.

"We're hoping for a bit of creativity to flourish around this," said Christian Stefansen, a senior engineer working on disease trends at Google, during a visit to UIC in November. He spoke to about 100 people about lessons Google has learned in its attempts to mine data for public health. "There's no shortage of communicable diseases, sadly," he said.

Return to Top

| HEADLINE | 12/10 FBI 'hacks' to investigate crime |
|---|---|
| SOURCE | http://www.cnet.com/news/fbi-admits-it-uses-hacker-tools-to-investigate-crimes/ |
| GIST | If the FBI had to choose between telling you about a security hole on your computer or using it to snoop on bad guys, guess what? You'd be left open to hackers. |

And apparently, that's been the case for a while.

The agency confirmed to The Washington Post on Wednesday that FBI agents use special hacking code to take advantage of known holes in software and further their investigations. They'll continue using these so-called zero-day exploits, but now there could be further scrutiny of the practice.

The exploits are controversial, and using them involves a trade-off that could end up making some members of the public less safe. So what exactly are these tools, and what does it mean that the FBI uses them?

Zero-day exploits take advantage of flaws in common commercial software often used by the general public. To stay effective, the FBI has to use these exploits without telling the software manufacturers there's a problem with their products.

The flaws go unfixed then, leaving people vulnerable to hacks not just from law enforcement, but from cybercriminals as well.

"What is the greater good?" FBI official Amy Hess asked the Post. "To be able to identify a person who is threatening public safety?" Or to protect people from being hacked by patching software holes? Hess is the bureau's executive assistant director for science and technology.

So the FBI's use of zero days is out in the open. What's next? Expect more discussion of what kinds of warrants the FBI should get to use the tools.

Privacy advocates warn that federal judges don't all understand the power of zero-day exploits, and so oversight on government hackers is too weak. It's the same argument that's arisen over the use of phony cell phone towers, often called Stingrays.

Police use Stingrays to collect all the phone numbers in a given area. A recent set of guidelines from the Department of Justice requires federal law enforcement to clear a higher bar to get permission from a judge to use Stingrays.

Andrew Corker, an attorney at the Electronic Frontier Foundation, says the first step is finding out what the government's policy for using zero days is to begin with. He has sued to find out and has so far won a redacted version of the policy, which applies to the NSA as well as the FBI, he said. Nonetheless, he said the government might have a good reason for using a hacking tool.

| | |
|---|---|
| | "I don't think that we have ever said that they should never do this," Corker said. Rather, he said it's about "making sure that this is being done in a way that makes sense from the public's point of view." |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/11 Canada seeks new cybersecurity network** |
| SOURCE | **http://www.cbc.ca/news/technology/cyber-security-cctx-network-1.3360119** |
| GIST | Leaders of some of Canada's largest industries are creating a new network to help businesses and the public stay abreast of emerging cyber threats from malware, hackers and online criminals.

"The threat is constantly evolving. The kinds of attacks, viruses and malware are rapidly changing. Nobody has the capability of staying ahead of it all the time," said John Manley, president of the Canadian Council of Chief Executives, which is spearheading the program.

Billed as the CCTX — or the Canadian Cyber Threat Exchange — it is set to launch in early 2016.

It will be run as an independent, not-for-profit organization open to business and institutions of all sizes. Its founding members include Air Canada, Bell Canada, CN Rail and HydroOne, as well as Royal Bank and TD.

A CBC News investigation into cybercrime this fall determined Canada lags behind other countries when it comes to tracking, policing and thwarting cybercrime. Until now, Canada has had no system to track cyber incidents and private companies are not required to alert the public or customers when there is a breach. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Cyber criminals seek to cut costs** |
| SOURCE | **http://www.computerweekly.com/news/4500260457/Cyber-criminals-switch-tactics-to-cut-costs** |
| GIST | Cyber criminals appear to be economising by looking to cheaper methods of attack to cut malware costs, according to security firm Kaspersky Lab.

Researchers believe 2015 has seen demand for new malicious software reach saturation point, with the average number of new malware files detected on a daily basis falling by 325,000 in 2014 to 310,000 in 2015.

Kaspersky Lab researchers believe this is mainly due to the fact that coding new malware is expensive and cybercriminals have realised they can get equally good results using intrusive advertising programs or legitimate digital signatures in their attacks.

This approach appears to be working because, despite the cost-cutting in malware production in 2015, the number of users attacked by cybercriminals increased by 5%.

Between 2012 and 2013, there was a rapid increase in the number of new malicious files detected every day, increasing from 200,000 to 315,000 in 2013.

However, researchers said things started to slow down after that, with the total increasing by just 10,000 files a day in 2014, before falling by 15,000 a day in 2015.

Cybercriminals in search of a quick return appear to have decided that the cost of complex coding tools such as rootkits, bootkits or replicating viruses are eating into their revenue. |
| Return to Top | |

| HEADLINE | **12/10 Ships' data recorders vulnerable** |
|---|---|
| SOURCE | **http://arstechnica.com/information-technology/2015/12/hacked-at-sea-researchers-find-ships-data-recorders-vulnerable-to-attack/** |
| GIST | When the freighter *El Faro* was lost in a hurricane on October 1, one of the goals of the salvage operation was to recover its voyage data recorder (VDR)—the maritime equivalent of the "black box" carried aboard airliners. The VDR, required aboard all large commercial ships (and any passenger ships over 150 gross tons), collects a wealth of data about the ship's systems as well as audio from the bridge of the ship, radio communications, radar, and navigation data. Writing its data to storage within a protective capsule with an acoustic beacon, the VDR is an essential part of investigating any incident at sea, acting as an automated version of a ship's logbook.<br><br>Sometimes, that data can be awfully inconvenient. While the data in the VDR is the property of the ship owner, it can be taken by an investigator in the event of an accident or other incident—and that may not always be in the ship owner's (or crew's) interest. The VDRs aboard the cruise ship *Costa Concordia* were used as evidence in the manslaughter trial of the ship's captain and other crewmembers. Likewise, that data could be valuable to others—especially if it can be tapped into live.<br><br>It turns out that some VDRs may not be very good witnesses. As a report recently published by the security firm IOActive points out, VDRs can be hacked, and their data can be stolen or destroyed.<br><br>The US Coast Guard is developing policies to help defend against "transportation security incidents" caused by cyber-attacks against shipping, including issuing guidance to vessel operators on how to secure their systems and reviewing the design of required marine systems—including VDRs. That's promising to be a tall order, especially taking the breadth of systems installed on the over 80,000 cargo and passenger vessels in the world. And given the types of criminal activity recently highlighted by the *New York Times*' "Outlaw Ocean" reports, there's plenty of reason for some ship operators to not want VDRs to be secure—including covering up environmental issues, incidents at sea with other vessels, and sometimes even murder. |
| Return to Top | |

| HEADLINE | **12/10 Mystery hackers eye Internet shutdown?** |
|---|---|
| SOURCE | **http://www.ibtimes.co.uk/mysterious-hackers-are-trying-bring-down-entire-internet-by-ddos-ing-critical-servers-1532762** |
| GIST | Mysterious hackers are yet again trying to bring down the entire internet by bombarding crucial servers that support it with a gigantic, sustained distributed denial of service (DDoS) attack, which has caused webpages to load slowly in some locations.<br><br>There are 13 internet root name servers in the world that run the internet, and these servers are responsible for helping your web browser to locate top-level domains such as .com, .org, .net or any country-specific top level domains like .uk, .fr, .sg, .de, .ae and .cn. The servers function as a sort of internet address book and they make up what is known as the domain name system (DNS) system.<br><br>The 13 root name servers are run by independent organisations in the world, including ICANN, the US Army, the US Department of Defense, Nasa, Europe's internet registry RIPE NCC, the University of Southern California, Japan's Wide Project and Sweden's Netnod. Network infrastructure solutions firm Verisign also operates two of them, namely the "A" and "J" root servers (the 13 servers are named in sequence after the alphabet from A-M).<br><br>Between 30 November and 1 December, an entity carried out an enormous DDoS attack against these 13 root name servers, flooding them with a deluge of traffic from multiple IPv4 addresses, so that the servers received more than five million queries per second, and more than 50 billion queries in total during the two-day period. To give you context, over the past two years, the most queries Verisign's A root name |

<u>server</u> received per day on average has never topped more than 10 billion queries.

"While it's common for the root name servers to see anomalous traffic, including high query loads for varying periods of time, this event was large, noticeable via external monitoring systems, and fairly unique in nature," Root-servers.org, which is run by the operators of the root name servers, wrote in its <u>incident report</u>.

Return to Top

| HEADLINE | **12/10 IATA: cyberattacks on airlines costly** |
|---|---|
| SOURCE | **http://mybroadband.co.za/news/security/149389-cyber-attacks-can-cost-airlines-millions.html** |
| GIST | Cyber attacks can cost airlines hundreds of millions of dollars in revenue and irreparably damage their reputations, according to Carolina Ramirez, global director of security and facilitation at the International Air Transport Association (Iata).<br><br>"The threat of cyber security in the aviation industry is evolving," she said.<br><br>"Terrorists are still very conventional in the type of weapons they use. Nevertheless, as 2015 indicated, Iata and its member airlines need to keep vigilant and are working hand in hand to identify the current and upcoming threats, establish contingency plans, emergency responses and counter measures."<br><br>Cyber attacks in the industry can vary from on-board or in-flight interferences affecting on board flight systems, navigation devices and communications to operational disruptions and business disruption (like bookings and check-in).<br><br>So far in 2015 at least five airlines and two airport operations have been publicly reported as victims of targeted online attacks, she said. |
| Return to Top | |

| HEADLINE | **12/10 Canada: ISIS hack on plane unlikely** |
|---|---|
| SOURCE | **http://www.huffingtonpost.ca/2015/12/10/isil-cyberattack-on-airplane-unlikely-federal-intelligence-analysts-reported_n_8767702.html** |
| GIST | OTTAWA — The prospect of a terrorist cyberattack on an airplane struck federal intelligence analysts as more pie-in-the-sky than a real possibility, newly released documents show.<br><br>The modern airliner's reliance on digital flight-control systems make some believe planes are vulnerable to malware that could be uploaded either online or through a direct connection, notes an assessment by Transport Canada's security intelligence assessment branch.<br><br>Although there are no confirmed cases of malware being used to hijack an aircraft's flight systems, it is "theoretically possible to do so," says the November 2014 assessment, recently obtained under the Access to Information Act.<br><br>"Changing flight control settings at critical times (landing or takeoff) could be catastrophic," the note allowed, but added: "The likelihood of such an event is assessed as very low." |
| Return to Top | |

| HEADLINE | **12/10 Large UK website hosting attacked** |
|---|---|
| SOURCE | **http://www.ft.com/cms/s/0/69bcecf6-9f60-11e5-beba-5e33e2b79e46.html#axzz3u0o5FxHY** |
| GIST | Easily.co.uk, one of the UK's largest website hosting companies, has become the latest group to suffer a serious cyber attack. |

The company, which hosts 100,000 websites, 65,000 of them in the UK, confirmed on Thursday that it had been hacked.

 "A forensic investigation by independent experts has confirmed that unauthorised access was gained to our internal systems and a list of domain names registered on behalf of our clients was accessed," said NetNames, which owns the Easily website.

The private equity-owned company said that no details other than domain names were taken. It declined to say how many customers had been affected.

"There is no evidence that any account details, passwords or personal information which could identify individual customers was accessed," it stressed. "We have taken action to isolate and remove malware which was found on our internal systems."

Return to Top

| HEADLINE | 12/10 ISIS' homebrewed encryption app? |
|---|---|
| SOURCE | http://www.nbcnews.com/tech/security/isis-has-app-could-they-build-encryption-tools-too-n471596 |
| GIST | Terrorists worried about government surveillance have another option: building their own apps, much like Al Qaeda did with Asrar al-Mujahedeen, a program it created in 2007. |

That is just one several encrypted messaging apps created by terrorist organizations over the last few years, according to a report from threat intelligence firm Recorded Future. ISIS also creates its own smartphone apps, like Amaq, an Android news app recently discovered by a group affiliated with the anti-terrorist hacker collective Ghost Security Group.

That all might seem like terrible news for intelligence agencies. Even if they could somehow gain access to every ready-made app out there, terrorists could simply start relying on home-brewed software. Not all encryption tools, however, are created equal.

"It's relatively easy to put together an application that uses encryption," Jonathan Katz, a computer science professor at the University of Maryland, told NBC News. "It's more difficult to build an application that's end-to-end secure."

Your average computer science graduate should be able to build encryption software that keeps away scammers, he said. Without experience and resources, however, it's unlikely they could build unbreakable, error-free software that could keep out nation states.

Return to Top

| HEADLINE | 12/10 Encryption stymies national security |
|---|---|
| SOURCE | http://www.nbcnews.com/tech/security/isis-has-app-could-they-build-encryption-tools-too-n471596 |
| GIST | In the wake of the Paris terror attacks, some politicians and intelligence officials began rallying for "back doors" into encrypted messaging apps. |

On Wednesday, FBI Director James Comey told senators that the person who opened fire at an anti-Prophet Muhammad event in May sent more than 100 encrypted messages to someone overseas, and the FBI couldn't read any of them.

"I'm not questioning their motivations," Comey said of companies who encrypt their data. "The question we have to ask is, 'Should they change their business model?'"

In theory, a "back door" would let law enforcement gain insight into secret terrorist communications — if

those terrorists were limited to a handful of regulated apps.

But that's not the case. There are more than 400 free and commercial encryption products currently on the market, security expert Bruce Schneier told NBC News. Many of them were created outside of the U.S., meaning that even if Washington created laws demanding Silicon Valley create "back doors," the foreign apps and services wouldn't have to comply.

"There are a ton of apps out there," Will Ackerly, a former NSA employee and co-founder of encrypted mail service Virtru, told NBC News.

"Bad guys don't play by the same rules," he said. "They will have other alternatives. I think that will always be true."

Return to Top

## Terror Conditions

Top of page

| HEADLINE | 12/10 Britain's jihad hotspots revealed |
|---|---|
| SOURCE | http://www.breitbart.com/london/2015/12/10/terrorism-arrests-reveal-britains-jihad-hotspots/ |
| GIST | **Analysis of terrorism arrests in Britain carried out in the last two years shows the towns and cities that form the UK's terror hotspots, and a sharp increase in the number of women detained for terrorist offences.**<br><br>Data from across Britain shows that terrorism arrests occurred in 21 police force areas. However, analysis conducted by *Sky News* shows the incidence of jihad-related criminality are not evenly spread throughout the country and the location of concentrations has shifted over the past year.<br><br>Predictably, most arrests under the Terrorism Act 2000 were made in the largest population centres. In 2014, for example, by far the largest number of terror arrests were within the London's Metropolitan police area; the second largest cluster was in the West Midlands, followed by Greater Manchester, then West Yorkshire.<br><br>Analysis of the same data a year later gives a slightly different picture. Most arrests still took place within London's Met police area, but with a drop from 59 to 35 – a noticeable shift to fewer arrests in the capital is discernible.<br><br>In contrast, more arrests took place in the West Midlands and Greater Manchester. The former rose from 12 to 23, and the latter from nine to 11.<br><br>In terms of specific cities, in the last 18 months London accounted for 80 arrests, or about 40 per cent of the total number of terrorism arrests. Other significant clusters occurred in Birmingham (24 per cent), and Manchester (12 per cent).<br><br>Beyond those areas there were some groupings in less obvious locations. *Sky News* found clusters in Rochdale, Cardiff, Luton, Derby and Portsmouth, but most of those were linked to individuals aspiring to join Islamic State jihadists in Syria.<br><br>Analysis of the number of suspected female jihadists presents a statistically significant increase in 2015 (up to October) as compared to 2014. Last year's Home Office figures showed 30 women were arrested out of a total of 289 — or just under 10 per cent of the total. With the data available for this year that same statistic has jumped to just over 23 per cent, and is expected to increase further still when data for the last quarter is made available. |
| Return to Top | |

| HEADLINE | 12/11 ISIS threatens UNESCO site in Libya |
|---|---|
| SOURCE | http://www.thedailybeast.com/cheats/2015/12/11/isis-threatens-roman-treasures-in-libya.html |
| GIST | ISIS fighters stormed the Libyan town of Sabratha near Tripoli in pickup trucks, potentially threatening a UNESCO World Heritage Site of 3rd century Roman ruins.<br><br>"Sabratha is in the top 5 percent of archaeological sites in the world. As with Palmyra, it is a Greco-Roman site, which Islamic State has a particular view on: representation of human form in sculpture and artworks, representatives of idols," said British archaeology professor David Mattingly.<br><br>"Things they prefer to destroy." |
| Return to Top | |

| HEADLINE | 12/11 FBI: Garland gunmen texted terrorist |
|---|---|
| SOURCE | http://www.usatoday.com/story/news/nation-now/2015/12/11/mohammed-cartoon-gunman-texted-overseas-terrorist/77138214/ |
| GIST | PHOENIX — FBI Director James Comey revealed for the first time that one of the two Phoenix gunmen killed in May outside a Prophet Mohammed cartoon contest in Garland, Texas, while trying to commit a terrorist attack had sent 109 messages that same morning to an overseas terrorist.<br><br>The FBI still hasn't been able to determine what the encrypted messages said, Comey disclosed while testifying Thursday at a Senate Judiciary Committee Hearing in Washington, D.C.<br><br>Comey was trying to illustrate ongoing concerns that law-enforcement officials investigating counterterrorism and criminal cases are unable to unlock encrypted messages sent on smartphones, rendering court orders to obtain that information ineffective. |
| Return to Top | |

| HEADLINE | 12/10 Claim: DHS nixed effective program |
|---|---|
| SOURCE | http://www.newsmax.com/Newsfront/former-dhs-employee-barack-obama/2015/12/10/id/705386/ |
| GIST | Phillip Haney, a former Homeland Security employee who was part of an operation in California to investigate possible terrorists, told Fox News that if the Obama White House had not shut down his program in 2012, he could have prevented last week's San Bernardino attack that killed 14 people.<br><br>Haney, appearing Thursday on Fox News Channel's **"The Kelly File,"** said his program identified the mosque attended by Syed Farook, who with his wife, Tashfeen Malik, carried out the mass shooting, as being the home of a group of individuals already being investigated.<br><br>"As we were tracking them, we would have put the red light on them," Haney said.<br><br>"Therefore, two things very plausibly would have happened: Either Syed would have been put on the no-fly list because of the association with that mosque and/or the K-1 visa his wife was given would have been denied because of his affiliation with a known organization."<br><br>Haney, a founding member of the Department of Homeland Security, said he filed a Freedom of Information Act request to find out why the plug had been pulled on his program.<br><br>The reason, he said, was because the administration said the case was based on targeting a specific Islamic group. |
| Return to Top | |

| HEADLINE | 12/10 Geneva police hunt ISIS suspects |
|---|---|
| SOURCE | http://abcnews.go.com/International/wireStory/geneva-police-hunt-suspects-part-paris-attacks-probe-35688995 |
| GIST | Working on a tip from the CIA, Geneva police were hunting for at least four suspects allegedly linked to the radical Islamic State group and believed to be plotting a "specific" attack in the city, Swiss officials said Thursday.<br><br>As city police raised their security alert level, Swiss state prosecutors opened investigations into a suspected criminal plot and suspected violations of a ban into groups like Islamic State and al-Qaida.<br><br>The CIA alerted Swiss authorities to the four men on Wednesday, prompting the manhunt, a Swiss official with knowledge of the investigation told The Associated Press on Thursday. He spoke on condition of anonymity because of the sensitivity of the matter.<br><br>The official confirmed the suspects were four men shown in a photograph linked to a news report in Swiss daily Le Matin. They were pictured each in a crouched pose and holding up an index finger — said to be an Islamic State gesture.<br><br>It was too early to determine whether other suspects might still be at large, the official said. He also declined to identify the names, ages or nationalities of the people being sought. |
| Return to Top | |

| HEADLINE | 12/10 FBI searches lake near San Bernardino |
|---|---|
| SOURCE | http://abcnews.go.com/US/fbi-searching-california-lake-connection-san-bernardino-shooting/story?id=35700346 |
| GIST | An FBI dive team was searching a lake Thursday near the site of the terror attack in San Bernardino, California -- a spot where investigators were told the shooters spent time.<br><br>The FBI would not discuss the specific evidence it was looking for, but said it was seeking "anything that had to do" with the shooting.<br><br>One official has told ABC News that investigators are searching Seccombe Lake Park as a precaution, to ensure that no evidence was missed.<br><br>"In the end we may come up with nothing," FBI Los Angeles branch Assistant Director David Bowdich said Thursday, adding that the search could take days. "We just don't know yet."<br><br>Bowdich added that there is no indication that anything in the lake poses a danger to the public.<br><br>The search comes after the FBI received information that the couple spent time at the pond, according to a senior official with knowledge of the investigation.<br><br>The dive teams are looking to see if they left or stored anything at the pond, the senior official said. |
| Return to Top | |

| HEADLINE | 12/10 USAF plans massive drone expansion |
|---|---|
| SOURCE | http://www.latimes.com/world/middleeast/la-fg-drone-pilots-20151210-story.html |
| GIST | The Air Force wants to vastly expand its drone program over the next five years by doubling the number of pilots and deploying them to bases in California and elsewhere to give commanders better intelligence and more firepower. |

The $3-billion plan, which must be approved by Congress, was unveiled Thursday after months of study that focused on a drone pilot force that commanders have described as overworked, undermanned and underappreciated.

The proposed expansion comes as the Pentagon has intensified airstrikes on Islamic State targets in Iraq and Syria. Pilots and crews who operate the MQ-1 Predators and MQ-9 Reapers have struggled to meet a rising demand for aerial surveillance of war zones and other hot spots.

"Right now, 100% of the time, when a MQ-1 or MQ-9 crew goes in, all they do is combat," said Gen. Herbert "Hawk" Carlisle, head of Air Combat Command, which oversees drone operations. "So we really have to build the capacity."

The Air Force wants to add 75 Reapers to the current fleet of 175 Reapers and 150 Predators. It also would increase the number of flying squadrons from eight to as many as 17, and add up to 3,500 new pilots, sensor operators and other personnel.

Return to Top

| HEADLINE | 12/10 Calif. shooters planned bigger? |
|---|---|
| SOURCE | http://www.latimes.com/local/crime/la-me-sb-shooting-20151211-story.html |
| GIST | An examination of digital equipment recovered from the home of the couple who killed 14 people in San Bernardino last week has led FBI investigators to believe the shooters were planning an even larger assault, according to federal government sources.<br><br>Investigators on Thursday continued to search for digital footprints left by Syed Rizwan Farook and Tashfeen Malik, scouring a downtown San Bernardino lake for electronic items, including a hard drive that the couple was hoping to destroy, sources told The Times.<br><br>FBI agents will probably spend days searching Seccombe Lake and canvassing the neighborhood for clues after receiving a tip that the couple may have visited the area on the day of the attack, according to David Bowdich, assistant special agent in charge of the FBI's Los Angeles field office.<br><br>Farook and Malik were in the final planning stages of an assault on a location or building that housed a lot more people than the Inland Regional Center, possibly a nearby school or college, according to federal sources familiar with the widening investigation.<br><br>Investigators have based that conclusion on evidence left behind on Farook and Malik's computers and digital devices, not all of which the couple were able to destroy before they were killed in a firefight with police, the sources said. |

Return to Top

| HEADLINE | 12/10 Minn. suspect denies San Bernardino link |
|---|---|
| SOURCE | http://abcnews.go.com/International/somali-jail-suspected-american-isis-recruiter-denies-san/story?id=35695193 |
| GIST | Sitting in a Somali jail, a Minneapolis man suspected of being a key recruiter for ISIS recently denied that allegation and any link to two domestic terror plots hatched in the U.S., including the recent deadly attack in San Bernardino, Calif., according to a recent news report.<br><br>Mohamed Abdullahi Hassan, a Somali national who lived for years in Minneapolis, Minn. and is better known among extremists online as "Miski," spoke to Voice of America's Somali Service Tuesday, a day after the U.S. State Department confirmed reports that Hassan was in custody of the Somali government. |

In the VOA interview, Hassan denied he had any contact with Syed Rizwan Farook and Tashfeen Malik, the husband and wife terrorists <u>who killed 14 people</u> in San Bernardino last Wednesday. Over the weekend <u>ABC News reported</u> that investigators were trying to determine if the couple had any online connection with Hassan, a prominent figure in online extremist circles, in the months before he ended up in custody.

Prior to the tragedy in San Bernardino, Hassan was linked to another deadly incident this year in Garland, Texas where two men attempted to attack a Mohammed cartoon event but were gunned down by police before they could kill anyone. In the days and weeks leading up to that attack, one of the gunmen had <u>repeated social media contact</u> purportedly with Hassan over Twitter. Hassan's page featured messages urging Americans to "do their part" like the three men that killed 12 people in Paris in January in the Charlie Hebdo attack.

Testifying before Congress Wednesday, FBI Director James Comey said that the morning of the Garland attack, "before one of those terrorists left to go commit mass murder, he exchanged 109 messages with an overseas terrorist."

According to an extended account of the VOA interview provided to ABC News, Hassan denied any link to Garland as well and claimed that "many people" use his Twitter account. Speaking about both San Bernardino and Garland, Hassan reportedly said, "I don't have anything to do with that attack or have any connections with those people."

| | |
|---|---|
| Return to Top | |

| HEADLINE | **12/11 America's most wanted: al-Adnani** |
|---|---|
| SOURCE | <u>http://www.nbcnews.com/storyline/isis-uncovered/americas-most-wanted-isis-leader-top-u-s-kill-list-n477946</u> |
| GIST | He is America's most wanted — the number one name on the government's kill list of ISIS leaders, say senior U.S. military and intelligence officials. |

Abu Bakr Al-Baghdadi may be the face of ISIS, but Abu Muhammad al-Adnani, the terror group's director of external operations, is the man most likely to cause harm in the West. The U.S. wants al-Adnani dead because he's considered the author of the strategy of wanton murder that has left more than 500 dead in attacks around the world since October 10 — and apparently helped inspire last week's <u>massacre in San Bernardino</u>.

"He is at the top of the list," confirmed a senior intelligence official.

"We are tracking him," said a senior U.S. military official. "We believe he is in Iraq."

Laith al-Khouri of Flashpoint Intelligence, an NBC counterterrorism analyst, said the rationale for the U.S. interest in killing Adnani is simple.

"Adnani has been the main voice behind issuing ISIS threats to the West," said al-Khouri. He is also dangerous, said al-Khouri, because his charisma draws new followers to the group. "He is so admired and glorified by jihadists worldwide that he stands as a primary point of recruitment."

| | |
|---|---|
| Return to Top | |

| HEADLINE | **12/08 Why do people join ISIS? 9 reasons** |
|---|---|
| SOURCE | <u>http://www.defenseone.com/threats/2015/12/why-do-people-join-isis-heres-what-they-say-when-you-ask-them/124295/?oref=d-mostread</u> |
| GIST | **President Obama on Sunday night said that** it was "clear" that <u>Tashfeen Malik</u> and her husband, <u>Syed Rizwan Farook</u>, the two alleged assailants in the San Bernardino mass shooting, had "gone down the dark path of radicalization, embracing a perverted interpretation of Islam that calls for war against America and |

the West." He did not speculate as to why people journey down that path or prescribe how the United States might deter, or detour, them. But a March report from Lebanon-based Quantum Communications provides some insight.

The researchers from Quantum collected televised interviews with 49 fighters in Syria and Iraq — some in custody, some who had defected, and some who were still in the fight. They analyzed the fighters' statements using a psycho-contextual analytical technique developed by Canadian psychologist Marisa Zavalloni to divine the motivational forces and personal characteristics of the subjects.

It is a small sample, not entirely random, but given the difficulty of surveying a group like ISIS, still provides value. How much value? Michael Lumpkin, assistant defense secretary for special operations/low-intensity conflict, cited the report in his recent visit to Congress.

*Defense One* showed the report to University of Maryland professor Arie W. Kruglanski, one of the principal investigators at the National Center for the Study of Terrorism and the Response to Terrorism. He responded, "The content analysis that the researchers employed is a well respected method of gleaning information from contents of interviews … More importantly the findings make sense to me."

Almost all research on terrorism faces this problem of finding a truly random sample, said Paul Davis, a senior principal researcher at the RAND Corporation and a professor of policy analysis at the Pardee RAND Graduate School. "I applaud the article," Davis said. "It is consistent with the strong finding we've found and continue to find, which is that motivation is very important and that motivation varies."

The Quantum researchers grouped the fighters into nine categories, based on the reasons they gave for joining ISIS. They are:

- *Status seekers:* Intent on improving "their social standing" these people are driven primarily by money "and a certain recognition by others around them."
- *Identity seekers:* Prone to feeling isolated or alienated,these individuals "often feel like outsiders in their initial unfamiliar/unintelligible environment and seek to identify with another group." Islam, for many of these provides "a pre-packaged transnational identity."
- *Revenge seekers:* They consider themselves part of a group that is being repressed by the West or someone else.
- *Redemption seekers:* They joined ISIS because they believe it vindicates them, or ameliorates previous sinfulness.
- *Responsibility seekers:* Basically, people who have joined or support ISIS because it provides some material or financial support for their family.
- *Thrill seekers:* Joined ISIS for adventure.
- *Ideology seekers:* These want to impose their view of Islam on others.
- *Justice seekers:* They respond to what they perceive as injustice. The justice seekers' 'raison d'être' ceases to exist once the perceived injustice stops," the report says.
- *Death seekers:* These people "have most probably suffered from a significant trauma/loss in their lives and consider death as the only way out with a reputation of martyr instead of someone who has committed suicide."

Return to Top

---

| HEADLINE | **12/09 France jails 3 for 'train attack bluff'** |
| --- | --- |
| SOURCE | **http://www.bbc.com/news/world-europe-35056991** |
| GIST | Three men in France have been jailed for faking a terror threat on a train to steal passengers' phones - only five days after the Paris attacks.<br><br>The group was travelling between Beziers and Perpignan in the southern Pyrenees region when they commandeered the train's intercom system.<br><br>They then played a Muslim call to prayer and told passengers to hand over their phones or face an attack. |

They were found guilty of extortion and sentenced to up to 30 months in prison. One of their lawyers said it was "a joke in very bad taste by foolish youths".

None of those sentenced, aged between 19 and 23 and from Beziers, was named by the court in Perpignan.

One of the men, who is 21 years old and had converted to Islam, was also found guilty of supporting terrorism after police found pictures of him posing with an assault rifle and a jihadist banner on his phone.

Return to
Top

---

| HEADLINE | **12/10 Paris attack gun link to US dealer** |
|---|---|
| SOURCE | **http://www.nbcnews.com/storyline/paris-terror-attacks/gun-linked-paris-attackers-was-delivered-u-s-dealer-2013-n477746** |
| GIST | One of the guns linked to Islamist militants who carried out the Paris attacks was exported to the United States in 2013, according to the head of a Serbian arms factory.

Milojko Brzakovic of the Zastava arms factory told The Associated Press Thursday that the M92 semi-automatic pistol was traced after its serial number matched the one delivered to an American arms dealer in May 2013.

At least seven of the weapons used or discovered after the Nov. 13 attacks that killed 130 people have been identified as produced by the Serbian factory, most of them manufactured before Yugoslavia broke up in a civil war in the 1990s.

Brzakovic says all those arms were delivered legally, but could have later found their way through illegal channels. |
| Return to<br>Top | |

---

| HEADLINE | **12/10 Feds arrest 'emir' of ISIS recruiting** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/feds-arrest-emir-isis-related-recruitment-effort-minnesota/story?id=35691249** |
| GIST | Federal authorities have arrested a Minnesota man for allegedly leading an effort inside the United States to send others to join ISIS in Syria.

Abdirizak Mohamed Warsame was arrested Wednesday night and charged with one count of conspiring to provide material support to a terrorist organization.

He is among at least 10 youth from Minnesota who allegedly began planning to join ISIS more than a year ago. Nine have now been arrested, and one -- 18-year-old Abdi Nir -- made it to Syria, where since May 2014 he has been recruiting and assisting others inside the United States to join ISIS, authorities said.

Warsame's arrest comes several months after a round of arrests in the case.

According to charging documents, Warsame and others began watching propaganda videos together in the spring of 2014, when they also began talking about how to get to Syria.

At one point, when one of the leaders of the group was planning to leave for Syria imminently, Warsame was appointed "emir" of the effort, and he subsequently began encouraging and helping others plan to join ISIS, according to charging documents.

In fact, Warsame and Nur considered robbing people to pay for travel to Syria, but Nur rejected the idea and said they should steal from the government instead, prosecutors allege. |

|  | Warsame called Nur "a genius," charging documents say. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 UK terror arrests reach record level** |
|---|---|
| SOURCE | **http://www.dailymail.co.uk/wires/pa/article-3354187/More-women-children-held-UK-terror-arrests-reach-record-level.html** |
| GIST | A dramatic rise in arrests of women and teenagers has helped drive the number of terror suspects detained in Britain to record levels.

There were a total of 315 terrorism-related arrests in the year ending September 2015 - meaning the rate has jumped by more than a third (34%) in just a year as security services and police mount a huge effort to counter the threat following the rise of Islamic State.

It is the highest tally for a year to September on record.

Home Office figures showed the rise was in part down to increases in the numbers of female and under-18 suspects.

The number of women and girls held has more than doubled compared to the previous year to 50, meaning they now account for around one in six (16%) of all arrests after a rise of seven percentage points compared to the previous 12 months.

It also means that a fifth of all the arrests of females since 2001 have occurred in the last year.

The Home Office report said: "The majority of the increase in the number of women getting arrested has been linked to international-related terrorism."

Statisticians also reported a "notable increase" in the number of suspects aged under 18 being arrested, with the total of 15 detained over the year, the highest on record.

The statistics bear out warnings about increasing numbers of women and teenagers being drawn into extremism. |
| Return to Top | |

| HEADLINE | **12/11 NYC bomb plot revealed in guilty plea** |
|---|---|
| SOURCE | **http://www.nj.com/news/index.ssf/2015/12/plot_to_bomb_nyc_revealed_in_guilty_plea_of_nj_isi.html** |
| GIST | A third member of a close circle of friends tied together in an investigation spanning across New Jersey, New York and to the Middle East, pleaded guilty Thursday of attempting to travel to Syria to join ISIS.

Nader Saadeh, a 20-year-old from Rutherford taken into custody shortly after arriving in Jordan last May, admitted in a court appearance before U.S. District Judge Susan Wigenton in Newark to conspiring to provide material support to the terror group now controlling large areas of Syria and Iraq.

Prosecutors said Saadeh also admitted that two of his friends discussed plans to bomb landmarks including Times Square and the World Trade Center in the name of ISIS. That plot never materialized.

Saadeh had been one of five men linked by the FBI after a year-long investigation by the bureau and the Joint Terrorism Task Force that apparently began after the mother of one expressed fears that his friends were pushing him to "do something stupid." |
| Return to | |

Top

| HEADLINE | 12/10 Finland arrests suspected ISIS members |
|---|---|
| SOURCE | **http://news.yahoo.com/finnish-police-arrest-two-iraqi-men-suspicion-terrorism-140956594--finance.html** |
| GIST | HELSINKI (Reuters) - Finnish police on Thursday arrested two Iraqi men on suspicion of shooting 11 unarmed prisoners in Iraq in June 2014, killings that were filmed by Islamic State on put online.<br><br>The men, both 23 years old, entered Finland in September and were suspected of belonging to the militant group, the National Bureau of Investigation (NBI) said in a statement.<br><br>Broadcaster MTV3 said at least one of them was an asylum seeker. The NBI was not immediately available to confirm this. |
| Return to Top | |

| HEADLINE | 12/11 Saddam's men help ISIS rule |
|---|---|
| SOURCE | **http://www.reuters.com/investigates/special-report/mideast-crisis-iraq-islamicstate/** |
| GIST | MALA QARA, Iraq – Mohannad is a spy for Islamic State. He eavesdrops on chatter in the street markets of Mosul and reports back to his handlers when someone breaks the militant group's rules. One man he informed on this year – a street trader defying a ban on selling cigarettes – was fined and tortured by Islamic State fighters, according to a friend of Mohannad's family. If the trader did not stop, his torturers told the man, they would kill him.<br><br>Mohannad is paid $20 for every offender he helps to catch.<br><br>He is 14.<br><br>The teenager is one cog in the intelligence network Islamic State has put in place since it seized vast stretches of Iraq and neighbouring Syria. Informers range from children to battle-hardened fighters. Overseeing the network are former army and intelligence officers, many of whom helped keep former Iraqi strongman Saddam Hussein and his Baath Party in power for years.<br><br>Saddam-era officers have been a powerful factor in the rise of Islamic State, in particular in the Sunni militant group's victories in Iraq last year. Islamic State then out-muscled the Sunni-dominated Baath Party and absorbed thousands of its followers. The new recruits joined Saddam-era officers who already held key posts in Islamic State.<br><br>The Baathists have strengthened the group's spy networks and battlefield tactics and are instrumental in the survival of its self-proclaimed Caliphate, according to interviews with dozens of people, including Baath leaders, former intelligence and military officers, Western diplomats and 35 Iraqis who recently fled Islamic State territory for Kurdistan.<br><br>Of Islamic State's 23 portfolios – equivalent to ministries – former Saddam regime officers run three of the most crucial: security, military and finance, according to Hisham al-Hashimi, an Iraqi analyst who has worked with the Iraqi government.<br><br>Iraq's Finance Minister Hoshyar Zebari, a Kurd who spent years opposing Saddam's regime, said the ex-Baathists working with Islamic State provide the group with highly effective guidance on explosives, strategy and planning. "They know who is who, family by family, name by name," he said.<br><br>"The fingerprints of the old Iraqi state are clear on their work. You can feel it," one former senior security official in the Baath Party said. |

In many ways, it is a union of convenience. Most former Baathist officers have little in common with Islamic State. Saddam promoted Arab nationalism and secularism for most of his rule.

But many of the ex-Baathists working with Islamic State are driven by self preservation and a shared hatred of the Shi'ite-led government in Baghdad. Others are true believers who became radicalised in the early years after Saddam's ouster, converted on the battlefield or in U.S. military and Iraqi prisons.

One former intelligence commander who served in Iraq's national intelligence service from 2003 to 2009 said some ex-Baathists pushed out of state agencies by Iraq's government were only too happy to find new masters. "ISIS pays them," he said.

Return to Top

| HEADLINE | 12/10 ISIS retakes key town in Syria |
|---|---|
| SOURCE | http://www.militarytimes.com/story/military/2015/12/10/retakes-key-town-homs-province-syrian-forces/77088008/ |
| GIST | BEIRUT — Syrian activists say the Islamic State group has retaken a strategically important town in the central province of Homs from government forces.

The government had recaptured the town of Mheen and surrounding villages from the extremists two weeks ago as part of a general offensive to secure the highway connecting Damascus to the country's northwest.

The loss deals a setback to the Syrian army's strategy to fortify the corridor with support from Russian airpower.

The London-based Syrian Observatory for Human Rights says that fighting is underway on Thursday between IS militants and government forces with their allied militias outside of Mheen.

Islamic State media outlets reported earlier that the group's fighters had seized the hills overlooking the town on Wednesday night. |
| Return to Top | |

| HEADLINE | 12/10 ISIS vs Special Ops |
|---|---|
| SOURCE | http://www.rand.org/blog/2015/12/isis-vs-special-ops.html |
| GIST | With Defense Secretary Ash Carter's announcement in early December that a special operations "expeditionary force" will be deployed to Iraq, a new phase of the effort to defeat the so-called Islamic State (ISIS) has begun. The special operators will be authorized to conduct raids in Iraq and Syria, and their activities will remedy one of the most critical gaps in the campaign to date—intelligence. By conducting raids, as special operators did in May when they killed Abu Sayyaf, an ISIS leader who had helped manage its oil and gas sales, they can gain troves of intelligence through interrogation of captured ISIS fighters and off of their phones, computers, and other possessions. This type of "sensitive site exploitation," as it is called, involves rapid processing by intelligence analysts, which, during the heyday of the surge in Iraq, enabled operators to conduct up to 17 raids a night.

The raids and follow-on exploitation will significantly increase pressure on the ISIS network by leading to the targeting of top and mid-level leaders, couriers, and the facilitators that procure and distribute the fuel, ammunition, fighters, and other inputs that fuel the war effort. However critical to the fight against ISIS, though, using special operations forces for raids represents only half of the needed military adjustment.

The other half is the effort to build indigenous forces capable of taking and holding territory in Iraq and Syria. Over the past year, out of a desire to limit the U.S. involvement, too little equipment has been supplied to willing fighters, and advisors have been restricted to top headquarters commands and a few |

geographic areas. Although the Iraqi army has a long way to go, other security forces, such as Iraq's Counter-Terrorism Service (CTS), have been part of the fight since the beginning but have been starved for resources and sufficient advisory support.

In Syria, very tight vetting criteria, constraints on advisory support, and a hodgepodge approach to indigenous forces severely limited the effectiveness of allied local forces. For example, to receive training and equipment, Syrian volunteers had to pledge to fight only ISIS and not Assad, and the question of providing air cover was not resolved until the recruits came under fire. The United States and its partners also supported different anti-ISIS forces without requiring them to unify. Although the Syrian Kurd People's Defense Units have been an important part of the fight in Syria, the focus must shift to backing Arabs, Druze, and other Syrians as well. That will help peel support away from extremist factions such as the al Qaeda-linked Jabhat al Nusra.

| Return to Top |

---

| HEADLINE | **12/10 RCMP aware report of Toronto threat** |
| SOURCE | **http://www.thestar.com/news/canada/2015/12/10/rcmp-aware-of-report-about-toronto-terror-threat.html** |
| GIST | The RCMP says media reports from Switzerland about possible ISIS-linked threats against Canadian cities, including Toronto, are being taken "very seriously."

But Public Safety Minister Ralph Goodale says Canada has not increased its security alert level after reports from European news outlets of a potential terror plot that may have involved Canadian cities.

"There is no change in the status of the alerts and so forth, but we will remain vigilant," Goodale told reporters Thursday. "Nobody is taking anything for granted, but there is nothing available to us at this moment that would… cause any change in status."

Goodale was commenting on reports out of Switzerland Thursday concerning a manhunt involving four men alleged to be ISIS sympathizers. The Swiss newspaper Tribune de Geneve reported that a journalist had seen a police document concerning an investigation into the four unnamed men, which indicated that Geneva, Toronto and Chicago were being targeted for attacks.

According to the Tribune de Geneve, United States intelligence services had provided information to Swiss authorities. |
| Return to Top | |

---

| HEADLINE | **12/10 Canada: security alert level not raised** |
| SOURCE | **http://www.cbc.ca/news/politics/terror-threat-isis-canada-1.3359334** |
| GIST | Canada has not increased its security alert level amid European reports of an ISIS-linked terror plot that may have been targeting Canadian cities, said Public Safety Minister Ralph Goodale.

Agence France-Presse reported today that Swiss police were searching for four people associated with the jihadist militant group after threats were made against Geneva, Toronto and Chicago.

Other European media are reporting that Ottawa and Vancouver were also possible targets.

CBC News has not been able to independently confirm the threat.

"If there is any dimension of this situation that relates to Canada we will obviously take appropriate steps. At this point, there is no new information reported to me that would change the circumstances," Goodale told reporters on Parliament Hill. "If there is something new we would obviously let Canadians know immediately and we will take the appropriate steps." |

| | Goodale confirmed that Canada has not raised its security alert level as a result of any new threat. |
|---|---|
| Return to Top | |

| HEADLINE | 12/10 Feds investigate other potential plots |
|---|---|
| SOURCE | http://www.usatoday.com/story/news/nation/2015/12/10/san-bernardino-farook-malik/77111838/ |
| GIST | WASHINGTON — Federal investigators are continuing to review information about other possible attack plans involving the San Bernardino shooters, based in part on interviews with the man who provided the two semi-automatic rifles used in last week's assault that left 14 dead, a federal law enforcement official said.

Authorities were attempting to corroborate accounts provided by Enrique Marquez, a former neighbor and associate of Syed Farook who with his wife, Tashfeen Malik, opened fire on a holiday party packed with Farook's San Bernardino County co-workers.

Among the pieces of information investigators sought to corroborate was a possible plot dating to 2012.

Marquez has so far not been charged in connection with the attack, but the official, who is not authorized to comment publicly, characterized the Farook associate as an ongoing focus of the wide-ranging inquiry.

Late Thursday, Los Angeles FBI chief David Bowdich declined comment on whether Marquez was in federal custody. |
| Return to Top | |

| HEADLINE | 12/10 US: ISIS oil going to Assad regime |
|---|---|
| SOURCE | http://www.newsmax.com/Newsfront/ISIS-oil-Assad-Syria/2015/12/10/id/705324/ |
| GIST | Islamic State militants are engaged in oil trading worth as much as $40 million a month with significant volumes sold to the government of President Bashar al-Assad and some finding its way across the border into Turkey, senior U.S. Treasury official Adam Szubin said on Thursday.

"ISIL is selling a great deal of oil to the Assad regime," Szubin, acting Under Secretary for Terrorism and Financial Intelligence with the U.S. Treasury, said at Chatham House in London.

"The two are trying to slaughter each other and they are still engaged in millions and millions of dollars of trade."

"The volumes we are talking about and the amounts of money we are talking about are very sizeable," said Szubin. |
| Return to Top | |

| HEADLINE | 12/10 Extremist groups ignored Calif. shooter |
|---|---|
| SOURCE | http://www.reuters.com/article/us-california-shooting-idUSKBN0TT28120151210 |
| GIST | Islamic militant groups ignored contact attempts from Pakistan-born Tashfeen Malik in the months before she and her husband killed 14 people at a California holiday party, probably because they feared getting caught in a U.S. law enforcement sting, U.S. government sources said on Thursday.

Disclosures of her overtures to extremists abroad surfaced as the investigation of the Dec. 2 shooting rampage in San Bernardino, about 60 miles (100 km) east of Los Angeles, appeared to take a new turn with divers searching a small lake near the scene of the massacre. |

The number of organizations that Malik, 29, tried to contact and how she sought to reach them was unclear, but the groups almost certainly included al Qaeda's Syria-based official affiliate, the Nusrah Front, the government sources said.

One source said investigators have little, if any, evidence that Malik or her husband, Syed Rizwan Farook, 28, had any direct contact with Islamic State, which has seized control of large swaths of Syria and Iraq and claimed responsibility for assaults in Paris last month that left 130 people dead.

FBI Director James Comey has said Malik and Farook declared at about the time of their attack that they were acting on behalf of Islamic State, which in turn has embraced the couple as among its followers.

But U.S. government sources have said there was no evidence that the Islamic State even knew of the couple before the killings.

| Return to Top | |
| --- | --- |

| HEADLINE | **12/10 Paris attacker urged 'kill them'** |
| --- | --- |
| SOURCE | **http://www.foxnews.com/world/2015/12/10/newly-idd-paris-attacker-urged-jihadists-to-blow-everything-up-be-enemy-from/?intcmp=hplnws** |
| GIST | The Paris attacker whose remains were finally identified earlier this week was a committed jihadist who joined ISIS in its infancy, and encouraged radicals to resist integration in France, according to newly uncovered social media posts.

Foued Mohamed-Aggad, a 23-year-old Frenchman of Moroccan descent, was identified as one of three gunmen who killed as many as 89 concert-goers at The Bataclan Theatre music hall Nov. 13, in the most deadly phase of the coordinated attacks that left 130 dead and hundreds more wounded. Once his name was confirmed, Middle East Media Research Institute (MEMRI) traced his digital trail and established he was a member of ISIS dating back to December, 2013, when the terror organization was just emerging.

"[This is a] message to the brothers in faith, those who cannot make hijra [immigration to Islamic State] for x reason," Aggad wrote in a July 18, 2014 post. "Cause attacks, be an enemy from within, blow everything up, it doesn't matter where or how, by any means! Kill them wherever you find them! Do not attempt to integrate yourself in France, they do not even want you!"

That post was one of several MEMRI uncovered and translated from French from a Facebook account Aggad held from June to August 2014. |

| Return to Top | |
| --- | --- |

| HEADLINE | **12/10 Conflicted portrait of terrorists' pal** |
| --- | --- |
| SOURCE | **http://www.foxnews.com/us/2015/12/10/conflicted-portrait-emerges-socal-terrorists-pal-as-possible-charges-loom/?intcmp=hpbt1** |
| GIST | The friend who allegedly supplied the Southern California jihadist couple with the guns used in last week's terror attack - and who sources said could soon be charged in connection with the case - presented himself to friends as "laid back" but seemed to be in constant personal conflict.

Enrique Marquez was married, but didn't live with his wife. He had converted to Islam but confided in a mosque worker that he wanted to become a Buddhist. He could be witty and laugh at himself, but often posted dejected missives on Facebook.

And he was reportedly not a particularly pious Muslim and even spoke of joining the military – yet he allegedly plotted a scuttled terror attack with boyhood friend Syed Farook and is believed to have purchased two of the weapons Farook and his wife, Tashfeen Malik, would eventually use to murder 14 people and injure 21 others at a holiday party on Dec. 2. Farook and Malik were killed in a subsequent |

shootout, and Marquez has so far been cooperating with authorities.

"It was hard to make a conclusion about what he was like," Sid Hashemi, a former boss of Marquez, told Reuters.

Marquez, 24, bounced from job to job – serving as an unarmed security guard at construction sites, working security at a local bar and checking customers' receipts at Walmart, according to Reuters.

"He just floated around," Hashemi said.

Marquez was never able to maintain employment anywhere for too long, with his personality seeming to block any potential progress. An account manager at one of the security firms that employed Marquez told Reuters that Marquez "just couldn't take the stress" after he received a promotion. Ashlee Sims, who worked with Marquez at a Walmart Supercenter in Corona, said he was withdrawn and "awkward."

He has since been fired from Walmart, spokesman Brick Nick told Reuters.

One of the more unusual aspects of Marquez's personal life was his marriage to Mariya Chernykh. Chernykh, 25, came to the U.S. from Russia in 2009 on a visa for work or study exchange programs, according to a federal official who spoke to the Washington Times. Chernykh initially worked in the mall for her sister Tatiana, who is married to Farook's brother, Syed Raheel Farook. It's unclear how or when Marquez met Chernykh, but the two were married on Nov. 29, 2014. The couple's marriage license said the ceremony occurred at the Islamic Society of Corona-Norco, though the mosque's facility manager denied that to the Washington Times.

Raheel Farook vouched for Chernykh on her citizenship application, saying that Marquez would be able to financially support his new bride, according to ABC News.

Beyond those official documents, however, Marquez and Chernykh didn't appear to have much of a relationship.

Return to Top

| HEADLINE | 12/10 Terrorist shooting intelligence failure? |
|---|---|
| SOURCE | http://www.foxnews.com/us/2015/12/10/intelligence-failure-san-bernardino-terrorists-may-have-been-on-authorities/?intcmp=hpbt1 |
| GIST | As the investigation into the San Bernardino terrorists moves into its second week, there are increasing indications that Syed Farook and Tashfeen Malik were on the radar of authorities – or should have been, according to some lawmakers. |

"You have to say it was an intelligence failure," Rep. Matt Salmon, R-Az., said Thursday following a closed-door House briefing on the shooting. "You have to. Because it was."

Rep. Adam Schiff, D-Cal., said some of the shooters' actions may have raised red flags.

"There are things that may have alerted law enforcement to an issue with Farook, but I don't know that we know enough to say that these were apparent without the advantage of hindsight," Schiff said.

Asked specifically about a report Thursday that Farook may have had ties to a group of now-convicted terrorists based in Riverside, where Farook lived, Schiff hedged.

"I think [FBI Director James Comey] stated publicly in the past that there have been contacts with people of interest to the bureau but not to read too much into that," Schiff said.

Farook was allegedly plotting an attack on an unknown location in 2012 but scuttled the plan after the

arrests of three men in California and a terror ringleader in Afghanistan in November 2012. Citing two U.S. law enforcement officials, CNN reported Thursday that Farook "had ties" to one of the men, Sohiel Kabir, a terrorist recruiter who was apprehended in Afghanistan. Farook was in Kabir's "social circle."

Farook and Malik's names likely arose during an earlier FBI investigation but didn't raise any flags, Reuters reported Thursday afternoon, citing a source. It was not immediately clear if that earlier investigation was related to the November 2012 arrests.

Reuters also reported that Malik tried unsuccessfully to contact multiple Islamic militant groups in the months before the San Bernardino massacre, which left 14 dead and 21 injured. Two government sources said the groups probably ignored Malik because Islamist groups have recently become wary of responding to unknown outsiders.

Schiff said there was no indication of a "public use of social media that was missed" but noted "there are other ways that you can communicate without being seen."

Return to Top

| HEADLINE | **12/10 Pentagon: 3 ISIS leaders killed** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/pentagon-3-isis-leaders-killed-in-recent-strikes/** |
| GIST | The finance minister for the Islamic State of Iraq and Syria (ISIS) and two of the group's other senior leaders were killed in recent U.S.-led coalition airstrikes, a Pentagon spokesman said Thursday.<br><br>Army Colonel Steve Warren said that a November airstrike had killed Abu Salah, who he called "one of the most senior and experienced members" of ISIS' financial network.<br><br>"Killing him and his predecessors exhausts the knowledge and talent needed to coordinate funding within the organization," Warren said.<br><br>The spokesman said U.S. airstrikes also killed Abu Maryam, an ISIS "enforcer and senior leader of their extortion network," and Abu Rahman al-Tunisi, described as an ISIS executive officer who coordinated the transfer of information, people and weapons.<br><br>Warren said the three were killed in airstrikes near the northern Iraqi town of Tal Afar. |
| Return to Top | |

| HEADLINE | **12/10 Intel: ISIS with fraudulent passports** |
|---|---|
| SOURCE | **http://abcnews.go.com/International/us-intel-isis-passport-printing-machine-blank-passports/story?id=35700681** |
| GIST | With the U.S. and other countries on high alert for ISIS attacks, American authorities are warning the terror group's followers may have infiltrated American borders with authentic-looking passports ISIS has printed itself with its own machines, according to an intelligence report obtained by ABC News.<br><br>The 17-page Homeland Security Investigations (HSI) Intelligence Report, issued to law enforcement last week, says ISIS likely has been able to print legitimate-looking Syrian passports since taking over the city of Deir ez-Zour last summer, home to a passport office with "boxes of blank passports" and a passport printing machine. Another passport office was located in Raqqa, Syria, which has long been ISIS's de facto capital.<br><br>"Since more than 17 months [have] passed since Raqqa and Deir ez-Zour fell to ISIS, it is possible that individuals from Syria with passports 'issued' in these ISIS controlled cities or who had passport blanks, may have traveled to the U.S.," the report says. |

| | |
|---|---|
| | The report notes that the primary source for the information was rated at "moderate confidence," the second-highest rating given for source assessments. Testifying before lawmakers Wednesday, FBI Director James Comey first publicly revealed the nation's top security officials' very real anxiety over the problem.<br><br>"The intelligence community is concerned that they [ISIS] have the ability, the capability to manufacture fraudulent passports, which is a concern in any setting," Comey said. |
| Return to Top | |

| | |
|---|---|
| **HEADLINE** | **12/10 Arab states and the war on ISIS** |
| **SOURCE** | **http://www.cnn.com/2015/12/10/middleeast/isis-what-arab-states-are-doing/index.html** |
| **GIST** | U.S. President Barack Obama is sending Special Forces. British jets have joined French warplanes over the skies of Syria. Even Germany, whose post-World War II constitution puts restrictions on fighting battles on foreign soil, is becoming increasingly involved.<br><br>But as the West steps up its war against ISIS, it appears that the involvement of the U.S.-led coalition's Arab members -- all of them much closer geographically to the terror group than their Western partners -- is drawing down.<br><br>Saudi Arabia and the United Arab Emirates are down to about one mission against ISIS targets each month, a U.S. official told CNN on Monday. Bahrain stopped in the autumn, the official says, and Jordan stopped in August. CNN contacted all of these countries for comment and is yet to receive a response.<br><br>Why aren't Arab countries more involved in the fight against ISIS?<br><br>Analysts say Yemen is at the center of a proxy war between Saudi Arabia and Iran, the region's biggest powers.<br><br>Religion and ethnicity are at the heart of the longstanding hostility between the two countries. Iran is majority Shia Muslim and non-Arab. Most of the other countries in the region -- including, and led by, Saudi Arabia -- are majority Sunni Arab, and are suspicious of Iran's motives.<br><br>So when Iranian-backed rebels seized Sana'a, the Yemeni capital, last year, a Saudi-led coalition of Arab states (including Egypt, Jordan and the UAE) was launched to try to defeat them. |
| Return to Top | |

## Suspicious, Unusual
Top of page

| | |
|---|---|
| **HEADLINE** | **12/10 Snohomish Co: gun permits double** |
| **SOURCE** | **http://www.king5.com/story/news/local/2015/12/10/gun-permits-double-snohomish-county/77121754/** |
| **GIST** | EVERETT, Wash. -- In just two months, the number of gun owners applying for concealed pistol licenses in Snohomish County has doubled, according to data from the sheriff's office.<br><br>It's so crowded in the small waiting area in the courthouse, the sheriff's office is asking people to fill out their permits ahead of time and consider applying at other locations.<br><br>"I feel like there's urgency now," said Todd Henderson.<br><br>He said recent terrorist attacks in Paris and California prompted him to apply for his concealed pistol license. "There's no guarantee we're going to be protected. We are our own first line of defense."<br><br>In the first week of December, 326 people applied for a permit. Compare that to the first week of October, |

| | when only 143 people applied. |
|---|---|
| Return to Top | |

| HEADLINE | **12/10 Hoax: drug cartel vs. ISIS** |
|---|---|
| SOURCE | **http://www.newsmax.com/TheWire/el-chapo-isis-drugs-hoax/2015/12/11/id/705392/** |
| GIST | A story claiming Mexican drug czar Joaquin "El Chapo" Guzman has declared war on ISIS because jihadists destroyed a drug shipment is a hoax, but numerous news sites still picked up the report and ran with it, reportedly including Fox News and the New York Post. |
| | The fake story was even the top trending news item on the Bing search site on Friday morning. |
| | The story first appeared on Monday on the **CartelBlog.com**, saying the Islamic State ran afoul of the Sinaloa Cartel by destroying drug shipments meant for Middle Eastern countries and to be purchase by "the growing nightlife scene" there. |
| | Steve Charnock, a satirist working for Thug Life Videos, told the **Daily Mail** he was the author of the story that was posted on Nov. 30. Charnock said the story and his other work are comedy pieces never meant to be treated as real stories. |
| Return to Top | |

| HEADLINE | **12/11 Cambodia deaths linked to BBQ dog** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/10-die-cambodia-eating-dog-meat-drinking-rice-wine/** |
| GIST | Cambodian health officials have been sent to a northeastern district where 10 people died and more than 100 were sickened in two separate incidents linked to the consumption of dog meat and rice wine, a medical officer said Friday. |
| | Kratie provincial health department chief Chhneang Sivutha said experts from the U.N.'s World Health Organization were also investigating the incidents, both in Snuol district. He said people in the province have been warned not to eat the meat of animals that have died from illness or poisoning, and not to drink any wine that has not been properly inspected. |
| | Six people died last Sunday after eating the barbequed carcass of a dog that had died for unknown reasons. The four others died after drinking rice wine on Tuesday. |
| | Food safety is not a priority in Cambodia, one of Asia's poorest countries. The country has had to grapple with bird flu, with 56 confirmed cases of human infections since 2003, 37 of them fatal. |
| Return to Top | |

| HEADLINE | **12/10 Unusual weather patterns in US** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/unusual-weather-patterns-us/story?id=35699626** |
| GIST | Buffalo, New York, is usually one of the snowiest cities east of the Rockies. By the middle of December, it usually has an average of 14.8 inches of snow on the ground. But it hasn't snowed once this year in Buffalo, breaking a 116-year-old record. In New York City, it's been the warmest November on record, averaging more than 5 degrees above normal for the month. In Philadelphia, last November was the warmest in 75 years. Overall, autumn 2015 ranks as the warmest in 121 years of recordkeeping. |
| | It's also been unusually warm in the Great Lakes and Midwest. Take a look at Ashland, Wisconsin. At this time last year it was completely frozen. Today it's completely free of ice. |
| | Why you ask has it been so warm in the East? Is this related to El Nino, or is it something else? |

Today, the National Oceanic and Atmospheric Administration (NOAA) issued its El Nino forecast update for this winter. Mike Halpert, deputy director at NOAA's Climate Prediction Center, said that the warmth in the Eastern U.S. cannot be tied to El Nino just yet. The set up in the upper atmosphere over the mid-latitudes, where most of the U.S. is, has not shown the classic El Nino pattern. Moreover, he said that an atmospheric phase known as positive North Atlantic Oscillation (+NAO) is responsible for the current mild pattern in the Eastern U.S.

The strengthening upper level flow between the high pressure to the South and low pressure to the North is what has been creating mild weather in the Eastern U.S. since the beginning of November.

This pattern will last right into next week for the Northeast. Chicago and NYC will be in the 60-degree range and places like Atlanta will hit the mid-70s. Some of these temperatures could tie or break previous records.

While the Eastern U.S. has been relatively calm and warm, parts of the West have been battered by strong winds, flooding rains, mudslides, 30-foot waves, and heavy mountain snow.

Parts of the Pacific Northwest received up to 18 inches of rain in the past three days with many rivers rising into major flood stage. Portland had record rain for two days in a row. Seattle had record rain Tuesday, breaking the old record set back in 1971.

The Western stormy weather is also not fully related to El Nino -- it's what we call in meteorology a "Pineapple Express." This moisture is driven and enhanced by a strong Pacific jet stream. Here is satellite imagery of precipitable water in the atmosphere over the Pacific Ocean. You can see the "Pineapple Express" circled in red.

Return to Top

---

| HEADLINE | 12/10 Fears: new E. coli strain 'drug resistant' |
|---|---|
| SOURCE | http://www.news.com.au/lifestyle/health/health-problems/scientists-have-found-a-new-strain-of-bacteria-that-is-resistant-to-all-antibiotics/news-story/f643ea45c989c63365c0e50ea4a5f3e0 |
| GIST | **FOR years experts have warned there would come a day when antibiotics would cease being effective.**<br><br>And it seems that day could be sooner than first thought after scientists discovered a new superbug that is not just impervious to the last line of defence medication, but has the ability to infect other bacteria.<br><br>But instead of destroying its virulent cousins this new strain of e.coli actually strengthens them by giving them the same antibiotic shield.<br><br>The unstoppable superbug was first found in China a few weeks ago.<br><br>Chinese and British scientists identified the first strain in a pig, then in raw pork meat and then in a small number of people.<br><br>Experts, while worried about the potential effect this discovery would have, hoped it would remain in China. But this week those hopes were dashed when researchers in Denmark revealed they had found a similar strain in poultry from Germany as well as in a Danish man who had never travelled outside the country. The superbug has also been found in Malaysia.<br><br>Further tests carried out on food samples from 2012-2014 by the Technical University of Denmark's National Food Institute in Søborg and the State Serum Institute in Copenhagen, found the deadly mutation was present. |

|  | This sparked calls from the head of NFI's genomic epidemiology group, Frank Aarestrup, for other universities with similar databases to carry out testing, online health magazine <u>STAT</u> reported.<br><br>What makes this strain different from other e.coli is that it carries a gene named mcr-1. It is thought this gene is what gives the strain its super-strength and the ability to infect other bacteria. |
|---|---|
| Return to Top |  |

<br>

| HEADLINE | **12/10 Report: MH370 was 'zombie plane'** |
|---|---|
| SOURCE | **http://www.foxnews.com/world/2015/12/10/report-from-australian-investigators-suggests-mh370-was-zombie-plane/?intcmp=hplnws** |
| GIST | Buried in the lengthy report released last week by Australia's MH370 investigators is one crucial revelation: the aircraft suffered a serious technical problem triggered by a power outage.<br><br>The Australian Defense Science and Technology report officially acknowledges the doomed Malaysia Airlines flight suffered a sudden electrical failure before its disappearance on March 8 last year, the Daily Beast found. This backs the popular "zombie plane" theory, whereby the missing plane's avionic systems are ravaged, rendering the flight crew helpless, and the aircraft continued flying on autopilot until it ran out of fuel.<br><br>A grim timeline reveals the power blackout occurred in a 56-minute window between the final scheduled contact from the jet's Aircraft Communications Addressing and Reporting System and a failed attempt from dispatchers to contact the crew.<br><br>The report provides four possible explanations for the outage, which place blame either on human intervention or a technical fault: crew action in the cockpit using overhead switches, a sudden error requiring an Auxiliary Power Unit to start emergency power, somebody pulling out and resetting circuit breakers in the equipment bay, or intermittent technical failures.<br><br>Whether one of these scenarios is correct can only be confirmed if the search for the lost plane is successful.<br><br>The power loss is said to have led to two of the Boeing 777's automatic reporting systems and other vital functions to shutdown, likely causing panic in the cockpit as pilots tried to save the plane. |
| Return to Top |  |

<br>

| HEADLINE | **12/10 Questions about college knife attack** |
|---|---|
| SOURCE | **http://www.foxnews.com/us/2015/12/10/with-spotlight-on-san-bernardino-yet-more-questions-about-college-knife-attack/?intcmp=hpbt1** |
| GIST | The California college student who stabbed four people last month in a campus spree that ended when he was killed by campus police was described by his roommate as "an extreme Muslim" and carried a manifesto and a photocopy of an ISIS flag -- more than enough to convince John Price he was a terrorist.<br><br>Yet, more than a month after the Nov. 4 attack at University of California Merced, local and federal authorities continue to insist that Faisal Mohammad, 18, carried out the vicious attack because he'd been banished from a study group. Price, whose son Byron Price, a 31-year-old construction manager for the family business who was working nearby and was stabbed when he heroically intervened, suspects the White House's reluctance to identify acts of radical Islamic terror has trickled down to investigators who are still probing the Merced attack.<br><br>"Why don't we just call it what it is -- domestic terrorism?" said Price. "Everyone is afraid to be politically incorrect. I do believe in law enforcement and believe they will do their job, but it seems like to me we aren't getting the whole story. I just wonder how much of this is driven from way higher up and is |

politically driven -- I just don`t know."

Return to Top

---

| HEADLINE | **12/10 Suicide by dog attack?** |
|---|---|
| SOURCE | **http://www.cbsnews.com/news/michigan-womans-dog-mauling-death-ruled-a-suicide/** |
| GIST | Suicide by dog attack. That's what authorities say was the cause of <u>death for a 22-year-old Port Huron woman</u> who climbed a fence and was mauled by a pit bull and a pit bull mix last week, <u>CBS affiliate WWJ reports</u>.<br><br>Police initially said it was unclear why Rebecca Hardy entered the yard, in the 1700-block of 10th Street, where the dogs were contained. Her fiancé lives on the same street, about a block away.<br><br>Hardy suffered extensive injuries to her face and neck and later died at Beaumont Hospital.<br><br>Following an investigation, the Oakland County Medical Examiner ruled Hardy's death was a suicide.<br><br>Ljubisa Dragovic said his determination is based on the fact that Hardy deliberately jumped into the backyard -- despite it containing the two "attack dogs."<br><br>Dragovic said an investigation revealed that Hardy knew her neighbor's dogs we dangerous and, in the past, had gone to great lengths to avoid them.<br><br>"She did climb the fence over and enter that space," Dragovic said. "She did not get through a gate or through the front door of the house -- and that clearly is a purposeful act. It's akin to someone jumping into a cage with tigers or lions at a zoo."<br><br>Investigators said Hardy had been kicked out of her home the day she was mauled to death.<br><br>Dragovic said there were also scars indicating a previous suicide attempt. |
| | Return to Top |

---

| HEADLINE | **12/10 Rare tornado sighting in Battle Ground** |
|---|---|
| SOURCE | **http://www.komonews.com/news/local/Possible-tornado-touches-down-in-Battle-Ground-361467111.html** |
| GIST | BATTLE GROUND, Wash. -- Several people reported seeing a possible tornado in Battle Ground late Thursday morning.<br><br>The National Weather Service issued a Severe Weather Advisory around 11:30 a.m. Thursday, around the time that the reports started coming in.<br><br>There were no reports of injuries, according to Battle Ground Fire.<br><br>Officials were tracking a weather cell in that area, and confirm it was either a tornado or a microburst. The NWS is sending a team of specialists out to confirm the reports. If the funnel touched ground, it would classify it as a tornado.<br><br>Clark Public Utilities is reporting nearly 3,500 customers without power in Battle Ground, centered around where the storm cell was reported. |
| | Return to Top |

| HEADLINE | 12/10 Former Israel soldier joins ISIS |
|---|---|
| SOURCE | **http://www.timesofisrael.com/former-idf-soldier-joins-islamic-state-in-syria/** |
| GIST | Muslim Israeli citizen who formerly served in the IDF has joined the ranks of the Islamic State in Syria, Arab intelligence sources told The Times of Israel on Thursday.<br><br>Identified only by the initials H.B., the man is 25 years old and a resident of a village in northern Israel, the sources said. He traveled from Israel to Turkey and then crossed the border into Syria.<br><br>According to his military identification card, which was seen by a Times of Israel reporter, he was slated to complete his military service in January 2014 and brought his IDF dog tags with him to Syria.<br><br>It wasn't immediately clear when the man traveled to Syria, where he crossed the border, or his current whereabouts.<br><br>Last month, Israel security services arrested five men from the northern city of Jaljuliya, charging them with attempting to join IS in Syria. A relative of one of the men made headlines in October when he flew a paraglider into southern Syria from the Golan heights to join jihadis fighting there.<br><br>Arab intelligence sources told The Times of Israel that between 100 and 150 Israeli Arabs are either serving in or detained by the Islamic State, but this is the first case involving an IDF veteran. |
| Return to Top | |

| HEADLINE | 12/10 Boston runaway train 'tampered with' |
|---|---|
| SOURCE | **http://www.bbc.com/news/world-us-canada-35065011** |
| GIST | A Boston subway train which left its station without a driver and travelled to four other stations was tampered with, say officials.<br><br>Massachusetts Governor Charlie Baker said "somebody who knew what they were doing" was involved.<br><br>The train, which was heading towards central Boston, was carrying 50 people, none of whom were hurt. The train operator was mildly injured because the train brushed him as it began to move.<br><br>Mr Baker told Boston's Herald Radio that officials have not determined whether the tampering was "negligence versus something else".<br><br>Officials found that a safety device meant to prevent the rail cars from operating without a driver was altered. Mr Baker said it was an "isolated" incident. |
| Return to Top | |

| HEADLINE | 12/10 Suspicious cellphone purchases |
|---|---|
| SOURCE | **http://www.foxnews.com/us/2015/12/10/suspicious-cellphone-purchases-made-at-three-missouri-walmarts/?intcmp=hplnws** |
| GIST | Christmas shopping in bulk or something sinister? Missouri police are investigating after at least 100 cellphones were purchased at three Walmarts during the past week, local FOX and ABC affiliates reported.<br><br>The FBI was contacted in at least two of the cases, though it's unclear if federal officials are actively involved.<br><br>"It's not right, it doesn't make any sense," a witness, who did not want to be identified, told ABC 17 about a sale in Columbia. "Who's going to order 50 phones for Christmas? Who does that?" |

The first reported purchase happened Friday night, when several men bought dozens of phones around 9:30 p.m. at a Columbia Walmart, ABC 17 reported. The men paid in cash, according to a witness.

Then, just before 4 a.m. on Saturday, two men bought about 60 phones in Lebanon, according to KSPR. Police were called and interviewed the men, but did not detain them.

"These people were, they were foreign-speaking," said Laclede County Sheriff Wayne Merritt, who encouraged citizens to call the cops if they observed odd activity. "You need to take notice. You need to let us know about it, because it doesn't hurt to check on it. You're not being racist or anything like that. You're just protecting yourself."

The Macon County Sheriff's Office in a Wednesday Facebook posting said it's investigating a third "recent suspicious purchase of multiple cellphones." It was not clear when that incident occurred or how many cellphones were bought. FoxNews.com called the sheriff's office, but the detective in charge of the investigation was not immediately available.

| Return to Top |

| HEADLINE | **12/10 Florida school pressure cooker threat** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/wireStory/florida-elementary-school-evacuated-pressure-cooker-found-35693408** |
| GIST | A South Florida elementary school was briefly evacuated after a pressure cooker was found outside the building. |

Hialeah Fire Rescue Capt. Cesar Espinosa told the media Hialeah Elementary School was evacuated as a precaution Thursday morning while the bomb squad checked out the pressure cooker, which was under a tree near the school's kindergarten building. They determined it was not dangerous.

Video footage from television station helicopters showed teachers, students and staff gathering on a playground outside the school.

The school is in Hialeah, which is near Miami.

| Return to Top |

| HEADLINE | **12/10 CAIR D.C. office evacuated in threat** |
|---|---|
| SOURCE | **http://abcnews.go.com/US/cair-capitol-hill-office-evacuated-foreign-substance-received/story?id=35697769** |
| GIST | The office of the Council on American-Islamic Relations in Washington, D.C., was evacuated today after a "foreign substance" was received in the mail, officials said. |

CAIR Executive Director Nihad Awad and Communication Director Ibrahim Hooper gave an update to the press following the evacuation.

A field test was done on the white powdery substance found in the envelope along with a hate message mailed to CAIR's main office, according to Awad and Hopper.

Authorities found no hazard, according to CAIR, and the substance and envelope are now with the FBI where it will undergo extensive testing to confirm its not dangerous.

But Awad and Hopper said it's more than likely "nothing" and that they receive hate messages, hate mail and threats online "all the time."

| Return to Top |

| HEADLINE | 12/10 Armed man arrested Ark. university |
|---|---|
| SOURCE | http://www.cnn.com/2015/12/10/us/arkansas-state-university-armed-man/index.html |
| GIST | Police took a man at Arkansas State University into custody Thursday after the suspect allegedly drove onto campus with a weapon and crashed his car.<br><br>No shots were fired, and there were no reports of any injuries. The school remained on lockdown.<br><br>A spokesman said that the man drove onto campus and crashed his vehicle into a barrier. He described the suspect as a white male. |
| Return to Top | |

## Crime, Criminals
Top of page

| HEADLINE | 12/10 Pierce Co: serial barista stand robber |
|---|---|
| SOURCE | http://www.komonews.com/news/local/Coffee-stand-caper-strikes-seven-times-in-one-month-say-deputies-361509621.html |
| GIST | TACOMA, Wash. - Deputies in Pierce County are trying to track down a barista bandit.<br><br>Coffee stands in Spanaway and Tacoma have been robbed at least seven times since November 3, said Detective Ed Troyer, a spokesman for the Pierce County Sheriff's Department. Investigators believe one man is responsible for all of the crimes, sometimes returning to rob stands he's already hit.<br><br>Deputies describe the suspect as a black man in his mid-20s, about 5'8", wearing dark clothing and a bandana covering his face. Baristas who spoke with KOMO News say the man held the gun in his left hand.<br><br>Some coffee stands have increased security because of the robberies. |
| Return to Top | |

| HEADLINE | 12/09 Serial robber strikes King, Pierce Co. |
|---|---|
| SOURCE | http://www.kirotv.com/news/news/authorities-search-suspect-series-robberies/npgMd/ |
| GIST | Pierce and South King County detectives are seeking the public's help in identifying a suspect responsible for at least 15 armed robberies.<br><br>According to authorities, the suspect orders a small item to go, then displays a handgun and demands cash from the register.<br><br>Here are the locations the suspect is believed to have targeted:<br>· 8/25 at Elmer's on S. Hosmer St. in Tacoma<br>· 8/29 at Buttered Biscuit on North St. in Sumner<br>· 8/31 at Ma's Place on 39th Ave. SW in Puyallup<br>· 9/17 at Golden Given Food Mart on Golden Given Rd. in Tacoma<br>· 9/25 at Midland Eatery on Portland Ave. in Tacoma<br>· 9/25 at Seattle Sun Tan on Canyon Rd. in Puyallup<br>· 11/5 at Shari's on Russell Rd. in Kent<br>· 11/12 at Denny's on S. Hosmer St. in Tacoma<br>· 11/17 at IHOP on Campus Dr. in Federal Way<br>· 11/22 at Moctezumas on S. 56th St. in Tacoma<br>· 11/23 at Denny's on Auburn Way S. in Auburn<br>· 11/24 at Subway on Portland Ave. E. in Tacoma |

· 11/27 at Subway on River Rd. in Puyallup
· 12/2 at Denny's on S. 320th St. in Federal Way
· 12/4 at Starbucks on S. 56th St. in Tacoma

Police describe the suspect as a white, 25 to 35 years old, about 5 feet 10 inches tall and 170 pounds. He has been seen wearing a beanie cap, a dark colored hoodie, blue jeans and sometimes sunglasses.

| Return to Top |

| HEADLINE | 12/10 Ride share driver called a terrorist |
| --- | --- |
| SOURCE | http://www.seattlepi.com/local/crime/article/Report-Ride-share-driver-assaulted-called-6690242.php |
| GIST | Seattle police are investigating an assault as a possible hate crime after a ride share driver was attacked and accused of being a terrorist Wednesday night.<br><br>A 36-year-old man who was a passenger is the ride share vehicle has been jailed for investigation of assault.<br><br>The ride share company wasn't identified in police reports.<br><br>Just before 9 p.m., three men called for a ride share in southwest Seattle. A driver arrived to pick up the men and headed toward their destination in downtown Seattle.<br><br>During the trip, however, the front seat passenger began "grabbing at the victim" and called him a terrorist, Seattle police say.<br><br>The driver got the man to move to the back of the car and continued driving until he left the freeway and safely stopped the car at First Avenue and Seneca Street, according to reports. He told the passengers to leave his car.<br><br>The passengers got out of the car, but the man who initially assaulted the driver reached into the front seat and punched the driver in the head, according to Seattle police.<br><br>The driver reported the incident to cops, who found the suspected attacker and arrested him. |
| Return to Top | |

| HEADLINE | 12/10 Okla. ex-cop guilty sex assaults |
| --- | --- |
| SOURCE | http://abcnews.go.com/US/wireStory/oklahoma-cop-guilty-rape-sex-abuse-case-35706379 |
| GIST | A former Oklahoma City police officer was convicted Thursday of raping and sexually victimizing eight women on his police beat in a minority, low-income neighborhood.<br><br>Daniel Holtzclaw, who turned 29 Thursday, sobbed as the verdict was read aloud. Jurors convicted him on 18 counts involving eight of the 13 women who had accused him; the jury acquitted him on another 18 counts.<br><br>He could spend the rest of his life in prison based on the jury's recommendation that he serve a total of 263 years, including a 30-year sentence on each of four first-degree rape convictions. He was also convicted of forcible oral sodomy, sexual battery, procuring lewd exhibition and second-degree rape.<br><br>The jury deliberated for about 45 hours over four days. Holtzclaw's sentencing is set for Jan. 21. A judge will decide whether he will have to serve the sentences consecutively. |
| Return to Top | |

| HEADLINE | 12/09 Arrest of Schuyler Barbeau |
|---|---|
| SOURCE | http://canadafreepress.com/article/77414 |
| GIST | In the late morning of December 6, 2015, Schuyler Barbeau had been helping Allen Aenk by rescuing service dogs as a business service run from the Aenk family Ranch, in Stevens County, Washington, some 280 miles away from where the following events begin to unfold.<br><br>**At the Weigh Station**<br>After dealing with the dogs, Schuyler wanted stop to collect some money owed him by Oliver Murphy. Murphy texted to Schuyler to meet him at a weigh station at Interstate 90 and Washington Highway 18 (between Preston and Snoqualmie). When they arrived at the weigh station, Oliver's car was there, but Oliver was nowhere to be seen. So, they parked next to Oliver's car and Allen got out of the car, cell phone in hand to call his wife and to take the dog to the Dog Walk.<br><br>Before he could complete his intended tasks, he saw between 10 and 12 battle dressed people encircle him and the car. He was told to lie down on the ground. He complied, though he questioned why they were being treated this way. They then handcuffed Allen, and since Schuyler was on the other side of the car, he didn't really see what happened to him. Allen did note that he saw FBI, US Marshalls, and Coast Guard, though there were no apparent BATF agents on the scene. But, we'll get to the charges shortly.<br><br>The agents were going through his car, but they had no warrant with them, they simply stated that they did have one (There was a warrant to search the car at the premises - ranch, but nothing identifying the car specifically). They then moved Allen away from the car and began asking questions about Schuyler, but were told to ask Schuyler, not him.<br><br>After they had searched the car, one of the agents, acting rather rudely and assertively, asked Allen to sign a "Receipt for Property Seized", which Allen refused to sign, and Special Agent Kera O'Reilly (did you ever wonder why gimp kids are special, and so are FBI agents?) affirmed that he refused.<br><br>Allen was not allowed to verify some of those seized item, in particular, the "Grey Universal bag with yellow straps", so the feds can do anything they want with the contents. It was Special Agent O'Reilly who, rather rudely, refused Allen's request to review the contents.<br><br>Just so we know who the rather rude agent that dealt with Allen is, she was Kera Wulbert, and may have been Kera Wulbert Wagner, prior to that. Around 2013, she married Brendan Gerard O'Reilly (age 46) and quit-claimed her house at 2914 S Hill Street, Seattle, to herself and her new husband.<br><br>Enough of that, so, on with the show:<br>The other Special Agent was Matthew Acker, who acted courteously, as we should be able to expect our public servants to act toward us. These two agents were, apparently, assigned to Allen, while we can suppose that the rest of the jackboots were needed to assure that Schuyler did take over the surrounding forces, though we will have to get that information from him, when he is removed from sequestration and allowed visitors and phone calls.<br><br>**The Criminal Complaint**<br>Though we have no proof of the existence of an Arrest Warrant being issued prior to the arrest, we do have the Criminal Complaint that resulted in the arrest, as well as the search warrant.<br><br>About the same time that those events were occurring at the Weigh Station across the state in Springdale, Carrie Aenk was facing her own ordeal. The following is based upon an interview and documents that have been provided.<br><br>Thirty to 35 people showed up in 7 or 8 vehicles. Carrie, when she saw them driving in, tried to call Allen. There was no answer. however, the used a battering ram on the back door of the house. They also released some of the dogs from their kennel.<br><br>The search warrant is marked "X in the daytime 6:00 a.m. to 10:00 p.m." (Page 1 of pdf). It says nothing |

about "no knock", so it must be served in a civil manner. A battering ram at the back door of the house hardly satisfies that expectation, but, then, we you give thugs a license, they can do as they please—the Constitution notwithstanding.

I think we need to note here that the search warrant among other things, states that "I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property." However, no affidavit, or recorded testimony, has been provided. And, if we were to assume that the Criminal Complaint somehow satisfies that requirement, then even more curious is the fact that the search warrant brings in charges that were not included in the Complaint, or anywhere else in any of the currently existing court documents.

However, the act of the service of this warrant, after the battering ram entry, gets even more interesting. After they entered the house, they flash-banged every room they entered. Carrie counted at least eight of them in the house. That's right, they threw flash-bang grenades into *each* room, in order to clear it, perhaps, from evil spirits, since it would be difficult to otherwise understand the necessity of causing intentional damage, including gaping holes in walls, windows blown out, not to mention the back door that was battered open, and one helluva mess to prove that the government has come to "help you". If there is an assumption being made here that the government will perform restitution for the damage they caused, especially if the charges are dropped against Schuyler, then you are sadly mistaken.

While this "search" (and destroy) was going on, Carrie was held handcuffed for about an hour and a half, and she was not allowed to contact her attorney. They also held a gun on Carrie throughout this entire ordeal. Perhaps there is reason for concern when there is just one pissed off woman, and only 30 to 35 armed men to keep her under control.

While searching the rest of the premises, they used at least ten more flash bangs, some of them apparently only to scare the dogs, which resulted in laughter by some of the agents, who apparently were enjoying themselves immensely while terrorizing Carrie.

I will conclude by stating that this is, by far, the most egregious abuse of presumed governmental authority that I have seen since my visit to Waco, back in 1993.

Return to
Top

| HEADLINE | 12/10 Fears of Muslim harassment rise |
|---|---|
| SOURCE | http://abcnews.go.com/US/wireStory/california-shooting-fears-muslim-harassment-rises-35685984 |
| GIST | A severed pig's head was left outside a mosque in Philadelphia. An Islamic center in Florida was defaced. A Sikh temple in California was vandalized by someone who mistook it for a mosque and left graffiti that included a profane reference to the Islamic State group.<br><br>Advocacy groups believe there has been a spike in anti-Muslim incidents across the United States in recent weeks that can be linked to last week's mass shooting in California and the inflammatory rhetoric of Donald Trump and other Republican presidential candidates. And they say that Muslims are fearful the backlash could lead to further harassment and violence.<br><br>"The spike began with the Paris attacks and has intensified with what happened in San Bernardino and now with what Donald Trump is proposing," Ibrahim Hooper, lead spokesman for the Council on American-Islamic Relations, said Wednesday. "I have never seen such fear and apprehension in the Muslim community, even after 9/11."<br><br>It's hard to measure the extent of the problem. The FBI, which keeps statistics on hate crimes committed nationwide, counted 154 bias offenses against Muslims last year. Data for 2015 is unavailable.<br><br>The Anti-Defamation League, relying partly on complaints and partly on media reports, said it has logged more than three dozen incidents since the Nov. 13 terror attacks in Paris that left 130 dead. |

| | |
|---|---|
| | "We're talking at least three dozen that we're aware of, and I'm sure there are many more incidents that haven't been reported," said Oren Segal, the director of the ADL's Center on Extremism. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Ex-soldier charged w/explosive device** |
| SOURCE | **http://www.seattletimes.com/seattle-news/crime/former-soldier-charged-with-storing-explosive-on-his-tacoma-roof/** |
| GIST | A former soldier suspected of storing a tank-piercing rocket on the roof of his East Tacoma house was criminally charged Thursday, a day after discovery of the explosive prompted a partial evacuation of the neighborhood, including an elementary school.

Tracy Worwood, 44, pleaded not guilty to unlawful possession of an explosive device without a license and reckless endangerment. He was released on his own recognizance.

Worwood's underage son visited him in late November, found the Anti-tank projectile and took a picture of it, according to charging papers. When the boy's mom saw the picture, she reported the explosive to the FBI.

Tacoma police responded to the man's home in the 5000 block of McKinley Avenue about noon Wednesday and found the explosive.

Worwood, who received an "other than honorable" discharge from the U.S. Army, told investigators he thought it was a training round. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 WWU student charged in hate crime** |
| SOURCE | **http://www.king5.com/story/news/local/bellingham/2015/12/10/western-washington-university-student-charged-hate-crime/77120194/** |
| GIST | BELLINGHAM, Wash. - A Washington state college student has been charged with malicious harassment, under Washington's hate crime law, for allegedly writing "let's lynch her" on a social media post concerning a student leader at Western Washington University.

The Bellingham Herald reports 19-year-old Tysen Campbell was charged in Whatcom County Superior Court on Thursday.

Charging papers show that Campbell's comment was made in response to a comment by WWU Associated Students President Belina Seare on Facebook in which she called college students "baby KKK."

According to the documents, Campbell admitted he made the post and that he deleted it soon after. He also acknowledged he knew what lynching was and that he associated it with the Ku Klux Klan, but that he did not actually intend to lynch anybody. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 Student faces bomb threat charges** |
| SOURCE | **http://abcnews.go.com/US/wireStory/students-face-charges-bomb-threat-school-evacuation-35703754** |
| GIST | A Mississippi teenager faces charges after a homemade explosive was found at Warren Central Junior High's library and detonated in a nearby field. |

| | |
|---|---|
| | Vicksburg Police Capt. Sandra Williams said in a news release that the student of Vicksburg, about 45 miles west of Jackson, will face charges of possession of an explosive device and having weapons — knives — on school property. <br><br> The Vicksburg Post reports a second student was booked with having a knife on school property but Williams said authorities don't believe that student was involved with making or transporting the device to the school. <br><br> Both students are being held pending a hearing in youth court. Their names and ages were withheld. |
| Return to Top | |

| | |
|---|---|
| HEADLINE | **12/10 La. city marshals indicted in child death** |
| SOURCE | **http://abcnews.go.com/US/wireStory/grandmother-boy-killed-police-shooting-release-video-35698421** |
| GIST | A grand jury in Louisiana indicted two deputy city marshals on second-degree murder charges Thursday in the fatal shooting of a 6-year-old autistic boy last month while he was strapped into the front seat of his father's vehicle. <br><br> The indictment handed up by an Avoyelles Parish grand jury charged Derrick Stafford, 32, and Norris Greenhouse Jr., 23, with one count each of second-degree murder and attempted second-degree murder. <br><br> Police say Stafford, a full-time police lieutenant, and Greenhouse, a former police officer, were moonlighting as deputy city marshals in Marksville on the night of Nov. 3 when they fired at least 18 rounds at a car driven by Chris Few. The shooting severely wounded Few and killed his son, Jeremy Mardis. <br><br> Stafford and Greenhouse were arrested on second-degree murder charges last month but not formally charged until Thursday. <br><br> Attorney General James D. "Buddy" Caldwell Thursday vowed to "continue its detailed and thorough investigation as we prepare for trial." |
| Return to Top | |

**Information From Online Communities and Unclassified Sources/InFOCUS**
**is a situational awareness report published daily by the Washington State Fusion Center.**

**If you no longer wish to receive this report, please submit an email to intake@wsfc.wa.gov and enter UNSUBSCRIBE InFOCUS in the Subject line.**

**DISCLAIMER -** the articles highlighted within InFOCUS is for informational purposes only and do not necessarily reflect the views of the Washington State Fusion Center, the City of Seattle, the Seattle Police Department or the Washington State Patrol and have been included only for ease of reference and academic purposes.

**FAIR USE Notice -** All rights to these copyrighted items are reserved. Articles and graphics have been placed within for educational and discussion purposes only, in compliance with 'Fair Use' criteria established in Section 107 of the Copyright Act of 1976. The principle of 'Fair Use' was established as law by Section 107 of The Copyright Act of 1976. 'Fair Use' legally eliminates the need to obtain permission or pay royalties for the use of previously copyrighted

materials if the purposes of display include 'criticism, comment, news reporting, teaching, scholarship, and research.' Section 107 establishes four criteria for determining whether the use of a work in any particular case qualifies as a 'fair use'. A work used does not necessarily have to satisfy all four criteria to qualify as an instance of 'fair use'. Rather, 'fair use' is determined by the overall extent to which the cited work does or does not substantially satisfy the criteria in their totality. If you wish to use copyrighted material for purposes of your own that go beyond 'fair use,' you must obtain permission from the copyright owner.

For more information go to: <http://www.law.cornell.edu/uscode/17/107.shtml>
THIS DOCUMENT MAY CONTAIN COPYRIGHTED MATERIAL. COPYING AND DISSEMINATION IS PROHIBITED WITHOUT PERMISSION OF THE COPYRIGHT OWNERS.
Source: http://www.law.cornell.edu/uscode/17/107.shtml
Return to Top

**To:**     (b) (7)(E)
**From:**   (b) (6), (b) (7)(C)
**Sent:**    Fri 12/11/2015 2:47:10 PM
**Subject:**  20151211 - Joint Base Lewis-McChord Law Enforcement Bulletin
20151211 - Joint Base Lewis-McChord Law Enforcement Intelligence Bulletin.pdf
Internet Threats Response Guide.pdf
CID Lookout_CID warns of posting holiday travel plan on internet_DEC2015.pdf
Homegrown Violet Extremist - Mobilization Indicators.pdf
In and Out of Extremism.pdf

Please find attached the Joint Base Lewis-McChord Law Enforcement Intelligence Bulletin.

DISTRIBUTION: Distribution authorized to U.S. Government Agencies and their contractors. Other requests
may be referred to the Directorate of Emergency Services, Office of the Provost Marshal (ATTN: CRIMINT -
Research & Analysis Unit), Joint Base Lewis-McChord, WA 98433. Tel: 253-966-7303.

NOTHING IN THIS SUMMARY MAY BE DISTRIBUTED TO THE PUBLIC OR MEDIA. This document may
contain information that may be exempt from public release under the Freedom of information Act (5 USC 552).

This product may contain U.S. person information that has been deemed necessary for the intended recipient to
understand, assess, or act on the information provided.

If you would like to be added to the direct distribution list or if you have any questions concerning this product
please contact the undersigned.

//

---------------------------------------------
(b) (6), (b) (7)(C)
Criminal Intelligence Specialist
DES CRIMINT - Research & Analysis Unit
JBLM, WA 98433
(b) (6), (b) (7)(C)



# Joint Base Lewis-McChord
# Law Enforcement Intelligence Bulletin



## Directorate of Emergency Services
## Criminal Intelligence
## Research & Analysis Unit

$$P(A|B) = \frac{P(B|A)\ P(A)}{P(B)}$$

**Weekly Bulletin**
**11 December 2015**



Distribution authorized to U.S. Government Agencies and their contractors. Other requests may be referred to the Directorate of Emergency Services, Office of the Provost Marshal (ATTN: CRIMINT - RAU), Joint Base Lewis-McChord, WA 98433. Tel: 253-966-7303. **>E-mail<**

**In This Week's Bulletin**

## News & Information

Seattle Police Dept. releases dramatic video of car chase, deadly shootout with carjacker

Former soldier charged with having live anti-tank round at Tacoma home

Which malls have the most car prowls, thefts?

## Cyber-Security / Cyber-Intelligence

World's Fastest Password Cracking Tool Hashcat Is Now Open Source

## Threat Awareness

Call it terrorism, says father of hero who helped stop stabber at Calif. college

## Resources / Miscellaneous

WSFC Training Announcement: Foundations of Intelligence Analysis Training

DPSST Oregon Public Safety Academy: Foundations of Intelligence Analysis Training

edX Course - Analyzing and Visualizing Data with Excel

WSFC Webinar Recording: "Terrorism and Domestic Violent Extremism Threats"

Training Announcement: Criminal Elements of the Sovereign Citizen Movement

## Contacts & Area of Geographic Responsibility



To ensure accurate reporting, diminish circular and cross-reporting, and to enhance officer safety – ALL suspicious activity occurring on or effecting JBLM should be reported to the JBLM Police Desk Sergeant at: 253-967-7112.  -  The only exception to this requirement is that matters of counterintelligence interest (compromise of classified defense information by unauthorized disclosure or espionage, subversion of loyalty, discipline, or morale of DA military or civilian personnel by actively encouraging violation of laws, disobedience of lawful orders and regulations, or disruption of military activities) should be reported directly to 902d MID (CI) at: 253-967-2501.   (Ref: 32 CFR 635.5  //  JBLM Reg. 210-1)

When appropriate, suspicious activity reports may be entered into the e-Guardian System.

Only DoD law enforcement personnel or analysts within DoD law enforcement organizations will enter SARs into the e-Guardian system. SARs may be reported to law enforcement from private citizens, DoD personnel, or may come directly from law enforcement personnel who observe or investigate activities. (DODI 2000.26, para. 3d, "Suspicious Activity Reporting")





# News & Information



**Seattle Police Dept. releases dramatic video of car chase, deadly shootout with carjacker**

SEATTLE -- The Seattle Police Department on Monday night released a video from patrol dash-cams of an accused carjacker's deadly confrontation with officers after a wild chase through the city on Sunday.

Police said a 35-year-old violent felon brandished two handguns at several downtown businesses, carjacked three vehicles and fired on officers before a fatal confrontation in northeast Seattle.

Police said they received their first call about the suspect from staff at Storyville Coffee in the 90 block of Pike Street at about 12:35 p.m. Sunday. The suspect reportedly entered the store and began manipulating a handgun in his pocket, leading employees to call 911.

He did that at several other businesses before hijacking a Volkswagen Golf from a driver at gunpoint, police said. They added that he later hijacked a red minivan and then, even later, a Chevy Camaro. Officers found the suspect driving the Camaro in the 5700 block of Roosevelt Way NE.

One officer attempted to disable the suspect's vehicle by ramming it near Roosevelt and NE 45th Street. Dashcam video of the jarring collision shows an officer slamming his patrol car into the suspect's vehicle, crushing the patrol car's front end and pushing the Camaro into the intersection.

As the chase continued through North Seattle, the suspect fired on pursuing officers, SPD said.

The pursuit ended in the Wedgwood neighborhood, where officers collided head-on with the suspect's Camaro at NE 68th Street and 35th Avenue NE. The suspect reportedly pointed his gun

4

at officers and began maneuvering the Camaro towards police, who opened fire. A barrage of gunfire can be heard on the video.

SWAT officers approached the suspect and fired. The suspect died at the scene, with two guns found in his possession, SPD said.

No one else was hurt.

Twelve SPD officers have been placed on paid administrative leave in connection with the incident, as per standard department policy.

Investigators are asking anyone who has information about the case, or was involved in the incident and have not yet contacted SPD, to call the Force Investigation Team at (206) 684-9292 (Q13 Fox News)



**Former soldier charged with having live anti-tank round at Tacoma home**



A former soldier has been charged with illegally possessing a live anti-tank round at his home in Tacoma, causing the evacuation of a nearby elementary school and an order for nearby residents to lock down inside their homes.



Tracy Worwood, 44, faces charges of unlawful manufacture, sale, or offer to sell explosives as well as reckless endangerment.

Tacoma police, agents from the Bureau of Alcohol Tobacco and Firearms and soldiers from a U.S. Army explosives disposal team swarmed around Worwood's home on south McKinley Street Wednesday after federal authorities were notified about the round.

According to a probable cause affidavit the projectile, designed to fire from a shoulder mounted weapon and pierce armor, detonated while inside an container used to transport explosives and "the explosive device pierced a 3/5 inch thick steel plate." (Complete Article at: KIRO 7 TV)



### Which malls have the most car prowls, thefts?

TACOMA, Wash. — As we head into another busy holiday shopping weekend, KIRO 7's Jeff Dubois looked up the crime stats for car prowls and stolen vehicles at four of the biggest malls in the Puget Sound area.

In Tacoma, police say they've seen an increase this year in car thefts break-ins, and during the holidays, there's often a rise in such crimes of opportunity.

Since Nov. 7, there have been eight cars have been broken into and two cars stolen while parked at the Tacoma Mall.

During that same time frame, Bellevue Square had the fewest incidents. Three cars were broken into and no cars were stolen.

At the Northgate Mall, three cars were broken into and 12 cars were stolen, with 7 of the car thefts in the last three days.

In the last 35 days at Southcenter Mall, there were 24 car prowls and eight car thefts, including cars parked in the open lot and in the parking garage.

Crime reports show there were as many crimes in the day as in the evening.

A few weeks ago, Bellevue police showed KIRO 7 how quickly thieves can strike in what are known as smash and grab thefts.  A thief can smash in a car window and steal items in less than 10 seconds.

The age-old suggestion from police remains -- the best way to keep from becoming a victim is to not leave items in plain view, because those are the cars that thieves are targeting.  (<u>KIRO 7</u>)



# Cyber-Security / Cyber-Intelligence





**NSA – Best Practices for Keeping Your Home Network Secure**

https://www.nsa.gov/ia/_files/factsheets/I43V_Slick_Sheets/Slicksheet_BestPracticesForKeepingYourHomeNetworkSecure.pdf

 U.S. Army Information Assurance Virtual Training

https://iatraining.us.army.mil/   (DoD CAC Required)



**DISA Military Anti-Virus Program (DOD CAC Needed to Log-in)**

http://www.disa.mil/Services/Cybersecurity/Antivirus



**World's Fastest Password Cracking Tool Hashcat Is Now Open Source**



Short Bytes: The world's fastest cracking tool Hashcat is now open source. The company has called it a very important step and listed out the reasons that inspired them to take this step.

If you are into password cracking, you might be aware of the fact that Hashcat is one of the most popular CPU-password recovery tools that is available for free. Hashcat is known for its speed and versatile nature to crack multiple types of hashes.

Now, going one step ahead, Hashcat has taken an important step of making Hashcat and oclHashcat open source. Hashcat is a CPU-based password recovery tool and oclHashcat is a GPU-accelerated tool.

In its latest blog post, Hashcat mentions the reasons behind this step. Whenever any software decides to go open source, the license matters the most. Hashcat used the MIT license that allowed an easy integration or packaging of the common Linux distros, along with packages for Kali Linux.

Due to the adoption of open source path, now it'll be easier to integrate external libraries in Hashcat. At the moment, hashcat/oclHashcat doesn't need any external libraries, but if the need arises, now you've got the option.

Mentioning another major improvement, Hashcat writes that before going open source, there was no native support for OS X as Apple doesn't support "offline" compiling of the kernel code. With open source license, now you can easily compile the kernels using Apple OpenCL Runtime JIT.

9

According to the company, another inspiration for going open source was the implementation of bitsliced DES GPU kernels.

Hashcat offers multiple types of attack modes. Take a look:

■ Brute-Force attack

■ Combinator attack

■ Dictionary attack

■ Fingerprint attack

■ Hybrid attack

■ Mask attack

■ Permutation attack

■ Rule-based attack

■ Table-Lookup attack

■ Toggle-Case attack

■ PRINCE attack

Here's the GitHub link: https://github.com/hashcat/

(Fossbytes)

◆

# Threat Awareness





**Anti-Terrorism Level I on Joint Knowledge Online (JKO)**
AT Level-1 can be accessed via JKO at https://jkodirect.jten.mil  (There are instructions for those without a CAC to take the course).  The course number is JS –US007-14-Level I (2 hours).

**Anti-Terrorism Officer (ATO) Level II GS109.CU (On-Line)**
http://www.cdsc.edu/catalog/elearning/GS109.html  (13.5 hours)

**Army Anti-Terrorism Level II Refresher Course**
https://www.blackboard.wood.army.mil/  (40 hours)

**Air Force Anti-Terrorism Level II Refresher Course**
https://golearn.csd.disa.mil/kc/login/login.asp (Apply under: Selected Force Training) (40 hours)

**US Army Anti-Terrorism Enterprise Portal (ATEP) (DoD CAC Login)**
https://west.esps.disa.mil/army/sites/APP/OPMG/OPS/antiterror/ATEP/default.aspx

**DIA Country Threat Levels** https://iatp.pacom.mil/threat_matrices  **(DoD CAC Login)**

**CJCS Guide 5260 – A Self-Help Guide to Anti-Terrorism (10 June 2013)**
http://www.dtic.mil/cjcs_directives/cdata/unlimit/g5260.pdf



**Call it terrorism, says father of hero who helped stop stabber at Calif. college**



Faisel Mohammad's attack had clear hallmarks of terrorism, according to one victim's father. (University of California Merced)

The California college student who stabbed four people last month in a campus spree that ended when he was killed by campus police was described by his roommate as "an extreme Muslim" and carried a manifesto and a photocopy of an ISIS flag -- more than enough to convince John Price he was a terrorist.

Yet, more than a month after the Nov. 4 attack at University of California Merced, local and federal authorities continue to insist that Faisal Mohammad, 18, carried out the vicious attack because he'd been banished from a study group. Price, whose son Byron Price, a 31-year-old construction manager for the family business who was working nearby and was stabbed when he heroically intervened, suspects the White House's reluctance to identify acts of radical Islamic terror has trickled down to investigators who are still probing the Merced attack.

"Why don't we just call it what it is -- domestic terrorism?" said Price. "Everyone is afraid to be politically incorrect. I do believe in law enforcement and believe they will do their job, but it seems like to me we aren't getting the whole story. I just wonder how much of this is driven from way higher up and is politically driven -- I just don't know."

Mohammad, whose victims all survived, left behind a rambling, two-page manifesto in which he instructed himself to "praise Allah" as he worked his way through his hit list, a photocopied ISIS flag and at least one shaken roommate who remembers him as a menacing loner.

"He was a loner and an extreme Muslim," Ali Tarek Elshekh, Mohammad's roommate, told Merced Sheriff's Department Detective Jose Silva in a statement, also noting Mohammad was "way out there."

Elshekh, who is Muslim, told sheriffs that a friend of his had asked Mohammad what would happen if he touched the mat he used for praying, and got a chilling response.

"I will kill you," Mohammad calmly vowed, in what Elshekh said was not a "normal" response for a Muslim.

Elshekh, whose statement was included in a warrant obtained by FoxNews.com through a Freedom of Information Act request from the Merced Superior Court, said he last saw Mohammad just minutes before the attack, sitting on his bed in their dorm room, dressed in a hooded sweater, hood over his face, with his backpack on his back, staring straight ahead in silence.

The warrant, which authorized detectives to search Mohammad's dorm, car and other possessions, showed investigators found a second copy of the manifesto in Mohammad's garbage can, along with several discarded petroleum jelly cans, duct tape wrappers, large zip ties, a package that had contained a knife and sharpener, a red prayer rug and a copy of the Koran.

Authorities believe Mohammad, who carried out his attack with an 8-inch hunting knife, planned to steal a gun by overpowering a campus cop and then take several more victims. Price was credited with slowing his attack, providing a chance for others to escape and helping to ensure that police ended the onslaught before anyone was killed. To his father, Price helped stop a terrorist.

The hesitance to call a crime "terrorism" is a familiar scenario replayed last week some 326 miles south in San Bernardino, where authorities took several days to ascribe terrorism as the motivation for an attack despite what seemed like overwhelming evidence. And while authorities, including President Obama, have now said the attack that left 14 dead in San Bernardino was a terrorist act, the motive for Mohammad's spree, which resulted in no fatalities, remains unattributed.

The manifesto authored by the 18-year-old freshman, copies of which were found both on his body during the autopsy and in the trash can in his dorm, bore names of his targets, a vow "to cut someone's head off" and as many as five reminders to "praise Allah."

He detailed how he wanted to behead, stab and shoot his victims, Merced County Sheriff Vern Warnke told FoxNews.com, in an earlier interview.

"No. 27 was to 'make sure people are tied down,' No. 28 was "sit down and praise Allah,'" Warnke said. "I remember seeing four or five times, scribbled on the side of the two-page manifesto, where he wrote something like 'praise Allah.'"

13

"There was a gruesome statement he made about wanting to cut someone's head off and kill two people with one bullet, and he planned to shoot the police," Warnke said. "He did not have a firearm with him and didn't seem to have a lot of experience with firearms because he thought he could kill two people with one bullet. He reminded himself in the list to raise the gun slowly. He scripted everything out in chronological order."

Warnke, initially involved in the case, told FoxNews.com weeks ago that his office would release the manifesto to the press after the sheriff's role in investigation wrapped up, but the sheriff's department has since withdrawn from the investigation, leaving it to the UC Merced Police Department and the FBI, and Warnke is no longer responding to media requests from FoxNews.com.

A spokeswoman for the FBI in Sacramento would not provide any information other than to report, "the investigation is ongoing." Neither UC Merced police, the lead agency on the case, nor the university's administration, have made public the manifesto or the copy of the Islamic State flag Mohammad was reportedly carrying, despite repeated requests from FoxNews.com, also maintaining the investigation still continues.

"It seems like people way higher up are not taking this as seriously as they should, at best, and, at worst, they are deliberately ignoring what has really happened for political reasons," Price said. "Even if Faisal Mohammad is only one individual, his aim was to cause terror, and while it may not have been commanded by ISIS, the group inspired him."  (Fox News)

◆



**WSFC Training Announcement: Foundation of Intelligence Analysis Training**

Register Now < https://mystateusa.com/docs/NWWARN/FIAT_Open_Registration_Form_-_Seattle_WA.pdf >

Please join the Washington State Fusion Center (WSFC) as we host the IALEIA/LEIU Foundation of Intelligence Analysis Training. The week-long class will consist of the following topics:

*     Introduction to Intelligence

*     The Intelligence Cycle

*     Crime Analysis

*     Indicator Development

*     Association Analysis

*     Communication Analysis

*     Flow Analysis

*     Financial Analysis

*     Strategic Analysis

*     Products of Intelligence

Who may attend: This class is Unclassified//For Official Use Only and is open to all our WSFC partners.

Fee: $600, (IALEIA/LEIU members receive a $50 discount)

* There are limited seats available, so register soon!

When: March 14 – 18, 2016, (Mon – Fri), 8:00 AM – 5:00 PM Pacific Standard Time. Most everyone will have to go through security screening in the lobby and receive a visitor's badge before class starts, so please arrive early.

Where: Washington State Fusion Center, 1110 Third Ave, Seattle, WA 98101. Remember, there is no free parking available, but there are plenty of parking garages in the area as well as buses/light rail that drop off in front of the building.

Registration: Please register by completing the linked registration form (above) and sending to (b) (6)                         Once your registration form is sent a member of IALEIA/LEIU will be in contact regarding your acceptance along with additional information on fee payment and course structure.

If you have any questions, please contact the Washington State Fusion Center at intake@wsfc.wa.gov or 1-877-843-9522.





# Foundations of Intelligence Analysis Training

## January 11-15, 2016
## Salem, OR
### DPSST Oregon Public Safety Academy
### 4190 Aumsville Highway

This 5-day course was developed by a consortium that included the National White Collar Crime Center (NW3C), Law Enforcement Intelligence Unit (LEIU), the International Association of Law Enforcement Intelligence Analysts (IALEIA), and the Regional Information Sharing System (RISS).

## Training Topics:

- History and Purpose of Intelligence Analysis
- The Intelligence Cycle
- Analytical Thinking Skills
- Types of Analysis
- Importance of Strategic Analysis in Deterring Crime



To register, visit our training site at:
## www.nw3c.org
Questions? Call 877-628-7674



This project was supported by Grant No. 2012-MU-BX-K004 awarded by the Bureau of Justice Assistance. The Bureau of Justice Assistance is a component of the Office of Justice Programs, which also includes the Bureau of Justice Statistics, the National Institute of Justice, the Office of Juvenile Justice and Delinquency Prevention, the Office for Victims of Crime, the Community Capacity Development Office, and the Office of Sex Offender Sentencing, Monitoring, Apprehending, Registering, and Tracking. Points of view or opinions in this document are those of the author and do not necessarily represent the official position or policies of the U.S. Department of Justice. The National White Collar Crime Center (NW3C) is the copyright owner of this fact sheet. This information may not be used or reproduced in any form without the express written permission of NW3C. NW3C™, IC3®, and IC3®™ are trademarks of NW3C, Inc. and may not be used without permission.

© 2015  NW3C, Inc. d/b/a the National White Collar Crime Center. All rights reserved.





**edX Course - Analyzing and Visualizing Data with Excel**

Explore data analysis and visualization in Excel, the cloud benefits of Power BI, and Power Pivot, pivot tables, and tools previously known as Power Query.

https://www.edx.org/course/analyzing-visualizing-data-excel-microsoft-dat206x#!



**WSFC Webinar Recording:  "Terrorism and Domestic Violent Extremism Threats"**

The Washington State Fusion Center (WSFC) hosted a HSIN Connect Webinar ON December 3, 2015.  If you or someone you know missed the Webinar, or just want to see it again, you can watch the recording anytime on HSIN.  WSFC Quarterly Webinar Recording 03DEC15 (U-FOUO) https://share.dhs.gov/p2q6sqb1po7/

SUMMARY:  This Webinar includes an update of recent terror threat information, threat groups, emerging trends, and potential effects within Washington State.



**Criminal Elements of the Sovereign Citizen Movement**

https://mystateusa.com/docs/NWWARN/SLATT_Yakima_Flyer.pdf

Register Now <https://www.slatt.org/registration/workshop/wa020216>

The Washington State Fusion Center (WSFC) as we co-host the Bureau of Justice Assistance specialized workshop: Criminal Elements of the Sovereign Citizen Movement.  The one day course addresses the basic beliefs of sovereign citizens and the threats that the criminal extremists element of sovereign citizens present to law enforcement officers.  See linked flyer for more details...

Who may attend:  This class is Unclassified//For Official Use Only and is open to state, local, and tribal law enforcement officers as well as court officials/officers and analytical personnel assigned to a terrorism/criminal extremism element.

Fee:  There is no registration fee for this course.  Travel, lodging, and per diem expenses are the responsibility of the attendee.

When:  February 2, 2016, 8:00 AM – 5:00 PM Pacific Standard Time.

Where:  Yakima, WA - Further information will be provided upon registration through SLATT.

Registration:  Please register by completing the linked registration form (above).  Once your registration is approved SLATT coordinators will be in contact regarding your acceptance along with additional information.



# Contacts & Area of Geographic Responsibility

**REPORT SUSPICIOUS ACTIVITY TO THE PROVOST MARSHAL**
**CRIMINT – Research & Analysis Unit**
**253-966-7303 / 7320**
**EMERGENCY - 911**

Joint Base Lewis-McChord Dispatcher 253-912-4442 (Non-Emergency)
Joint Base Lewis-McChord Police  253-967-7112 (Desk Sergeant)
Joint Base Lewis-Mchord Police 253-732-4283 (MP Duty Officer)
Joint Base Lewis-McChord Police 253-982-5624 (BDOC / McChord Field Sub-Station)
Joint Base Lewis-McChord CID  253-967-3151/3153
Joint Base Lewis-McChord OSI  253-982-2567



If you have information that may be of interest to U.S. Army Counterintelligence, please contact the 902d Military Intelligence Group (Counterintelligence MID) on JBLM at 253-967-2501, or submit your information through the iSALUTE Suspicious Activity Reporting portal at https://www.inscom.army.mil/isalute/

**DES CRIMINT Group E-mail: usarmy.jblm.imcom.list.des-crime-int@mail.mil**

**To ensure accurate reporting, diminish circular and cross-reporting, and to enhance officer safety – ALL suspicious activity occurring on or effecting JBLM should be reported to the JBLM Police Desk Sergeant at: 253-967-7112.  -  The only exception to this requirement is that matters of counterintelligence interest (compromise of classified defense information by unauthorized disclosure or espionage, subversion of loyalty, discipline, or morale of DA military or civilian personnel by actively encouraging violation of laws, disobedience of lawful orders and regulations, or disruption of military activities) should be reported directly to 902d MID (CI) at: 253-967-2501.   (Ref: 32 CFR 635.5  //  JBLM Reg. 210-1)**

**JBLM Geographical Area of Responsibility**

**IAW AR 190-45: The geographical area of responsibility (Law Enforcement & Intelligence Interest) for Joint Base Lewis-McChord is:**

**a. California Counties**
(1) Del Norte
(2) Humboldt
(3) Modoc
(4) Shasta
(5) Siskiyou
(6) Trinity
**b. All Idaho counties**
**c. All Montana counties west of**
(1) Fergus
(2) Park
(3) Phillips
(4) Sweet Grass
(5) Wheatland
**d. All Oregon counties**
**e. All Washington counties**



**Joint Base Lewis-McChord Fusion Center**
**Law Enforcement Intelligence Bulletin**

To be added or removed from distribution of this document contact:



Certified Crime & Intelligence Analyst
Certified Cyber-Intelligence Professional
Certified Counterintelligence Threat Analyst

Tel: (b) (6), (b) (7)(C)
Fax:
DOI
CJIS

**For Situational Awareness:**

Information contained in this report is not actionable - it is simply provided for situational awareness.

**Fair Use Notice:**

In accordance with Title 17 U.S.C. Section 107, this material is distributed without profit or payment to those who have expressed a prior interest in receiving this information for non-profit research and educational purposes only.

**Disclaimer of Endorsement:**

Reference herein to any specific commercial products, processes, or services by trade name, trademark, manufacturer, or otherwise, does not constitute or imply its endorsement, recommendation, or favoring by the United States Government, the US Army, Joint Base Lewis-McChord or any of its employees or contractors. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States Government and shall not be used for advertising or product endorsement purposes. The United States Government does not endorse any commercial product, process, or activity identified in this publication. Mention of any commercial product, process, or activity is for information purposes only.

**Disclaimer of Liability:**

With respect to information available from the Joint Base Lewis-McChord Law Enforcement & Intelligence Bulletin, neither the United States Government nor any of its employees, makes any warranty, express or implied, including the warranties of merchantability and fitness for a particular purpose, nor assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of information, apparatus, product, or process disclosed, nor represents that its use would not infringe privately owned rights.



# United States Army
## Criminal Investigation Command

Media contact: CID Public Affairs Office                              FOR IMMEDIATE RELEASE
                    571-305-4041



# CID warns of posting holiday travel plans on the internet

**Quantico, Va.**, Dec. 7, 2015 – As Soldiers and their families prepare for the holiday season, the U.S. Army Criminal Investigation Command, commonly referred to as CID, warns that posting travel plans on social media sites makes your home vulnerable to burglary.

While Soldiers should always be vigilant in their postings to avoid releasing sensitive information, revealing personal holiday travel information puts Soldiers, their families and their homes at risk.

"Social media is a powerful and frequently used tool for Soldiers, their families, and friends to stay connected, especially during the holiday season," Daniel Andrews, director of the CID's Computer Crime Investigative Unit, said. "Unfortunately, criminals use the same social media sites to conduct surveillance and identify potential targets."

In fact, Andrews said, posting vacation plans is like announcing to criminals that your residence will be unoccupied for an extended period.

"We recommend that personnel avoid publicizing the details of holiday plans and travel arrangements, whether upcoming or in progress," Andrews said. "Wait until the vacation is over to comment on it and share photos, but still be cautious about what information you make publicly available."

Additionally, personnel are advised to take basic home security measures before leaving their house.

The FBI's "2014 Crime in the United States" reported an estimated 1,729,806 burglaries in the U.S., with burglaries of residential properties accounting for 73.2 percent. The average dollar loss for each burglary incident was $2,251.

Basic home security measures, such as locking all doors and windows, not leaving spare keys outside, using variable light timers, keeping valuables out of sight, and having a friend retrieve mail and newspapers are the first line of defense against burglary.

The use of a home security or video system is a further deterrent for criminals.

"Criminals are always on the lookout for opportunities to exploit. Whether driving through neighborhood streets or surfing social media sites, the criminal's goal is to identify 'soft targets' that are lucrative and present the least chance of being caught," Andrews said. "This underscores the very real connection between the physical and virtual worlds."

CID officials encourage Army personnel to take the following steps to reduce their risk of being targeted by crooks in the virtual world:

- Update your privacy setting on social media sites before leaving for vacation.
- Do not "check in" to airports or your holiday destination on social media sites. Sites, such as Facebook, use the GPS built into a phone to allow users to "check in" to businesses and locations across the country. This information tells would-be burglars that the home is likely to be vacant until the user announces their arrival at the airport for their return flight.
- Do not post in "real-time." Posting information about your location while you are there is equivalent to telling a would-be burglar that you are not home. To minimize the risk of burglary while you are away, post information after you return home for the holidays.
- Remove GPS data from pictures. GPS data, to include location coordinates, is automatically attached to photos taken from both smart phones and many digital cameras. When posted in real-time, the GPS coordinates gives a would-be burglar your exact location, which makes your home more vulnerable if you are not there.
- Do not geotag posts or tweets. Much like the Facebook "check in" feature, geotagging or adding your exact GPS coordinates to a Tweet or post tells would-be burglars exactly how close you are to your home.
- Monitor what family members post. A would-be burglar only needs one member of the family to announce that the family has left for vacation to know the house might be empty. Speak to all members of the family, especially teens, about what they are posting online.

Additionally, personnel should review CID's Computer Crime Investigative Unit's crime prevention and online safety flyers at www.cid.army.mil/cciu2can.html for more ways to avoid being victimized.

-30-

CID Lookout is a U.S. Army Criminal Investigation Command (USACIDC) initiative to partner with the Army community by providing a conduit for members of the Army family, to help prevent, reduce and report felony - level crime.

The USACIDC, commonly known as CID, is an independent criminal investigative organization that investigates serious, felony - level crime such as murder, rape, sexual assault, robbery, arson, fraud, and even cybercrime or intrusions into the Army networks (see CID Cyber Lookout).

Solving and preventing these types of crime cannot be achieved solely by CID Special Agents and the Military Police. Together, professional law enforcement officers and the Army community must work hand-in-hand to fight serious crime. As such, CID is On Point for the Army and depends heavily on Soldiers, family members and civilian employees to Be On The Lookout and provide assistance in keeping the Army Strong and safe.

CID Lookout provides the latest information to the Army community aimed at helping Soldiers protect themselves, their families and to reduce their chances of becoming crime victims.

For more information on CID or to report a felony-level crime or provide information concerning a crime, contact your local CID Office or the Military Police, or visit www.cid.army.mil.



UNCLASSIFIED//FOR OFFICIAL USE ONLY

HOMEGROWN VIOLENT EXTREMIST

# MOBILIZATION INDICATORS

*FOR PUBLIC SAFETY PERSONNEL*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**KEY**

UNCLASSIFIED//FOR OFFICIAL USE ONLY

## 2015 HVE MOBILIZATION BEHAVIORAL INDICATORS

(U//FOUO) The indicators of violent extremist mobilization described herein are intended to provide federal, state, local, territorial and tribal officials a roadmap of observable behaviors that could inform whether individuals or groups are preparing to engage in violent extremist activities including potential travel overseas to join a Foreign Terrorist Organization (FTO). The indicators are grouped by their assessed levels of diagnosticity—meaning how clearly we judge the behavior demonstrates an individual's trajectory towards terrorist activity. The list also includes additional information concerning what the behavior could indicate, identifies likely observers, and a provides a probable time frame between the behavior and an ultimate violent act.  Some of these activities might be constitutionally protected and may be insignificant on their own, but, when observed in combination with other suspicious behaviors, may constitute a basis for reporting. Law enforcement (LE) action should not be taken based solely on the exercise of constitutionally protected activities or on the apparent race, ethnicity, national origin, or religion of the subject.

## BACKGROUND

(U//FOUO) By law, the National Counterterrorism Center (NCTC) focuses on international terrorism. Senior Intelligence Community officials judge that violent extremists inspired or enabled by ISIL and al-Qa'ida, including their allies and affiliates, are among the most lethal international terrorist threats to the Homeland. This product focuses on the threat from those actors.

(U//FOUO) In 2014, NCTC's Office of National Intelligence Management (NIM) formed an Interagency Analytic Focus Group, including experts from DCTC, DHS/I&A, DOE, FBI, NCTC, NSA, and cleared representatives of State and local law enforcement, who collaboratively developed the list of behavioral indicators and rank ordered them into three tiers of diagnosticity. The focus group created this list with law enforcement, homeland security, and public safety officials in mind.  The focus group has not yet assessed how frequently these mobilization indicators were observed in case studies, in contrast to a similar NIM-led mobilization indicators study in 2011, because it determined highlighting diagnosticity would carry greater validity and would be of greater utility to the intended customer set than frequency of observation.



NATIONAL INTELLIGENCE MANAGEMENT
**COUNTERTERRORISM**

UNCLASSIFIED//FOR OFFICIAL USE ONLY

## GROUP INDICATORS

(U//FOUO) **GROUP A Indicators** are very diagnostic on their own.

(U//FOUO) **GROUP B Indicators** are moderately diagnostic, more so when observed with other indicators.

(U//FOUO) **GROUP C Indicators** are minimally diagnostic on their own and require the presence of other indicators to gain diagnosticity.

(U//FOUO) Nothing in this list of indicators is intended to confer additional authorities to law enforcement beyond that which is provided by federal, state, and local laws and regulations. Officers who believe an individual or group are exhibiting significant mobilization indicators are encouraged to immediately contact the local FBI Joint Terrorism Task Force.

## MOBILIZATION INDICATOR SELECTION CRITERIA KEY



Threat Level Low                                    Threat Level High

**DIAGNOSTIC**

Minimally          Moderately          Highly

**DEPENDENT**

*For this selection criterion, **Highly** refers to "dependent on many other indicators."*
***Moderately** refers to "dependent on other indicators."*
***Independently** refers to "not dependent on any other indicators."*

Highly          Moderately          Independent

**OBSERVABLE**

Nearly Unobservable          Moderately          Highly

**TEMPORAL**

Long Term Concern          Near Term Concern          Imminent Concern











UNCLASSIFIED//FOR OFFICIAL USE ONLY

PLANNING OR ATTEMPTING TO TRAVEL TO A CONFLICT ZONE TO FIGHT WITH OR SUPPORT AN FTO

DIAGNOSTIC

ACTING ON MOTIVATION TO FIGHT WITH OR SUPPORT AN FTO

DEPENDENT

THIS BEHAVIOR ON ITS OWN IS A MOBILIZATION INDICATOR

OBSERVABLE

SEARCHING FOR TRAVEL ROUTES, PURCHASE OF TICKETS, AND ASKING QUESTIONS ON HOW TO TRAVEL CAN BE OBSERVABLE BY FAMILY/FRIENDS, ONLINE CONTACTS, TRAVEL AGENTS, AND LAW ENFORCEMENT

TEMPORAL     *(NEAR TERM CONCERN)*

GROUP A









UNCLASSIFIED//FOR OFFICIAL USE ONLY

**GROUP B** — INDICATORS ARE MODERATELY DIAGNOSTIC, MORE SO WHEN OBSERVED WITH OTHER INDICATORS.

INDICATORS

## OBTAINING EXPLOSIVE PRECURSORS

**DIAGNOSTIC,** particularly if there is information suggesting that violent action is the principal motivation for this behavior

**DEPENDENT** on other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by sellers, LE if alerted

**TEMPORAL** *(Near-Term Concern)*

## IMPLICIT OR EXPLICIT SELF-REPORTING OF COMMITMENT OR INTENT TO ENGAGE IN VIOLENT EXTREMIST ACTIVITY

*(e.g., Avatar/Profile picture showing commitment to violent jihadist activity)*

**DIAGNOSTIC,** depending on how explicitly terrorism is linked to this behavior

**DEPENDENT** on other indicators pointing to violent action

**OBSERVABLE** to family, friends, online contacts, social media users, and educators

**TEMPORAL** *(Near-Term Concern)*

## FORMING AN EXCLUSIVE CELL OF LIKE-MINDED VIOLENT EXTREMIST ACTORS

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to terrorism

**OBSERVABLE** by family, friends, community members when not solely via online communications

**TEMPORAL** *(Near-Term Concern)* behavior is typically late-stage preparation for action

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**INDICATORS**

## CONDUCTING SUSPICIOUS FINANCIAL TRANSACTIONS TO SUPPORT TRAVEL TO CONFLICT ZONES, OR TO ACQUIRE WEAPONS, EXPLOSIVES, OR PRECURSORS

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to terrorism

**OBSERVABLE** by family, friends, sellers, sales/bank records, travel agents, customs, LE

**TEMPORAL** *(Near-Term Concern)* behavior is typically late-stage preparation for action

## CREATING PHYSICAL SIMULATIONS FOR ATTACK/ASSAULT PLANNING PURPOSES

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by employees of the institutions, family, friends, security officers

**TEMPORAL** *(Near-Term Concern)*

## EMPLOYING COUNTER-SURVEILLANCE TECHNIQUES

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, LE, and educators

**TEMPORAL** *(Near-Term Concern)*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

## INDICATORS

## OBSERVED CHANGES IN BEHAVIOR OR LINGIUSTIC EXPRESSION THAT REFLECT NEW CLARITY OF PURPOSE RELATING TO VIOLENT EXTREMIST CAUSES

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by close family, friends, online contacts, coworkers

**TEMPORAL** *(Near-Term Concern)*

## HAVING SUSPICIOUS TRAVEL PATTERNS
(e.g., one way tickets, use of pass-through hubs, claims of lost passports)

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** via ticket reservations, travel and customs history, possible awareness by family and friends

**TEMPORAL** *(Near-Term Concern)*

## DELETING SOCIAL MEDIA, ONLINE ACCOUNTS TO AVOID TRACKING BY LAW ENFORCEMENT

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by LE with FISA authorization, or by witting family and friends

**TEMPORAL** *(Near-Term Concern)* if deletion is done to hide planning activities or operational activities

UNCLASSIFIED//FOR OFFICIAL USE ONLY

INDICATORS

## SURVEILLING POTENTIAL TARGETS

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violent acts needed to confirm mobilization

**DEPENDENT** on other indicators pointing to intent to take violent action

**OBSERVABLE** possibly by security guards, LE, community members

**TEMPORAL** *(Near-Term Concern)*

## HAVING AN ACKNOWLEDGED OR IMPLIED MEMBERSHIP IN, OR ASSOCIATION WITH VIOLENT EXTREMIST GROUPS
(e.g. individuals declare they are members of ISIL on social media)

**DIAGNOSTIC;** other indicators pointing to intent to act needed to confirm mobilization

**DEPENDENT** on other indicators pointing to intent to take violent action

**OBSERVABLE** by family, friends, online contacts, LE

**TEMPORAL** *(Near-Term Concern)*

## PLANNING OR ATTEMPTING TO TRAVEL TO A CONFLICT ZONE
(non-specific)

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm violent extremism as motivation for travel

**DEPENDENT** on other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, online contacts, travel agents, customs officials, LE

**TEMPORAL** *(Near-Term Concern)*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

## INDICATORS

### EXPRESSING ACCEPTANCE OF VIOLENCE AS A NECESSARY MEANS TO ACHIEVE IDEOLOGICAL GOALS

**DIAGNOSTIC;** other indicators pointing to intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to violent action

**OBSERVABLE** by family, friends, online associates, and educators

**TEMPORAL** *(Long-Term Concern)*

### ATTEMPTING TO RADICALIZE/MOBILIZE OTHERS, ESPECIALLY FAMILY MEMBERS AND CLOSE FRIENDS

**DIAGNOSTIC;** terrorist acts would be the principal motivation for this behavior

**DEPENDENT** on other indicators pointing to violent action

**OBSERVABLE** possibly by family, friends; otherwise, access to in-person or encrypted communications would be necessary

**TEMPORAL** *(Long-Term Concern)*

### ENCOURAGING VIOLENCE TOWARDS U.S. MILITARY OFFICIALS OR LAW ENFORCEMENT

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to violent action

**OBSERVABLE** by family, friends, online associates, religious leaders and educators

**TEMPORAL** *(Long-Term Concern)*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

INDICATORS

## PARTICIPATING IN VIRTUAL SITES/GROUPS THAT PROMOTE VIOLENT EXTREMISM

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to violent action

**OBSERVABLE** to family, friends, social media and gaming contacts

**TEMPORAL** *(Long-Term Concern)*

## COMMUNICATING WITH OR LINKING TO VIOLENT EXTREMISTS ONLINE

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to intent to take violent action

**OBSERVABLE** by family, friends, social media contacts, people with access to computer search/history, LE

**TEMPORAL** *(Long-Term Concern)*

## SEEKING GUIDANCE FROM CONVICTED OR INCARCERATED TERRORISTS

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to intent to take violent action

**OBSERVABLE** by family, friends, online contacts, corrections officials, or LE

**TEMPORAL** *(Long-Term Concern)*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**INDICATORS**

## SENDING MONEY, MILITARY OR SURVIVALIST GEAR TO SUSPICIOUS PEOPLE OR GROUPS OVERSEAS

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to intent to take violent action

**OBSERVABLE** by family, friends, money services, banking institutions, material providers/shippers

**TEMPORAL** *(Long-Term Concern)*

## EXPRESSED DESIRE TO TRAVEL TO CONFLICT ZONE TO FIGHT WITH OR SUPPORT AN FTO

**DIAGNOSTIC;** depending on how explicit the aspiring traveler is regarding planned activities overseas

**DEPENDENT** on other indicators pointing to violent action

**OBSERVABLE** by family/friends, online contacts, travel agents, LE

**TEMPORAL** *(Long-Term Concern)*

## CONDUCTING INTERNET RESEARCH FOR TARGET SELECTION, ACQUIRING TECHNICAL CAPABILITIES, PLANNING AND LOGISTICS

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to intent to take violent action

**OBSERVABLE** by family, friends, bystanders, LE with a warrant

**TEMPORAL** *(Long-Term Concern)*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

INDICATORS

## SUSPICIOUS ACQUISITION OF MAPS/BLUEPRINTS

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by people with access to computer search history, city records personnel, librarians

**TEMPORAL** *(Long-Term Concern)*

## SEEKING OCCUPATIONS WITH SENSITIVE ACCESS
(airport, critical infrastructure/transportation, LEO, military, security clearance)

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization as motivation

**DEPENDENT** on other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, job recruiters, employers, possibly online associates

**TEMPORAL** *(Long-Term Concern)*

## CREATING VIRTUAL SIMULATIONS FOR ATTACK/ASSAULT PLANNING PURPOSES

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, online contacts, gaming participants, LE

**TEMPORAL** *(Long-Term Concern)*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**INDICATORS**

## BEING OSTRACIZED OR RECEIVING OVERT DISAPPROVAL OR REJECTION FROM FAMILY OR COMMUNITY FOLLOWING EXTREMIST OUTBURSTS OR BEHAVIOR

**DIAGNOSTIC;** other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, religious congregations, community members

**TEMPORAL** *(Long-Term Concern)*

20    GROUP B



UNCLASSIFIED//FOR OFFICIAL USE ONLY

GROUP C

**INDICATORS ARE MINIMALLY DIAGNOSTIC ON THEIR OWN AND REQUIRE THE PRESENCE OF OTHER INDICATORS TO GAIN DIAGNOSTICITY.**

INDICATORS

## PURCHASING MILITARY STYLE EQUIPMENT

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, online contacts, sellers, transaction/bank records, possibly LE

**TEMPORAL** *(Long-Term Concern)*

## SUSPICIOUS OR UNEXPLAINED WEAPONS ACQUISITION

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, online contacts, sellers, transaction/bank records, LE with a warrant

**TEMPORAL** *(Near-Term Concern)*

## INDIVIDUAL HAS CRIMINAL HISTORY, INCLUDING INCARCERATION

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violent acts needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by LE, family, friends

**TEMPORAL** *(Long-Term Concern)*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**INDICATORS**

## INDIVIDUAL HAS PAST HISTORY OF VIOLENCE

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by LE, family, friends, community members

**TEMPORAL** *(Long-Term Concern)*

## BLAMING EXTERNAL FACTORS FOR FAILURE IN SCHOOL, CAREER, OR RELATIONSHIPS

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends

**TEMPORAL** *(Long-Term Concern)*

## UNEMPLOYED/UNDEREMPLOYED AROUND TIME OF RADICALIZATION, EXPRESSING FRUSTRATION WITH EMPLOYMENT SITUATION AND BLAMINGEXTERNAL FACTORS

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends

**TEMPORAL** *(Long-Term Concern)*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**INDICATORS**

## DISPLAYING AN UNSTABLE MENTAL STATE AND VIOLENT BEHAVIOR

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, community members

**TEMPORAL** *(Long-Term Concern)*

## SWITCHING FROM ONE VIOLENT EXTREMIST IDEOLOGY TO ANOTHER

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, online contacts, religious community

**TEMPORAL** *(Long-Term Concern)*

## BECOMING ISOLATED; BREAKING CONTACT WITH FAMILY AND FRIENDS, DROPPING OUT OF SCHOOL

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends

**TEMPORAL** *(Long-Term Concern)*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**INDICATORS**

## ESCHEWING ENTIRE RELIGIOUS COMMUNITY IN FAVOR OF ONE OR TWO VIOLENT EXTREMIST VOICES

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, religious community

**TEMPORAL** *(Long-Term Concern)*

## PROMOTING A NARRATIVE OF AN EXISTENTIAL THREAT AGAINST ISLAM

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, online contacts, social media users

**TEMPORAL** *(Long-Term Concern)*

## DEHUMANIZING NON-BELIEVERS

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to act needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, online associates, religious community, possibly educators

**TEMPORAL** *(Long-Term Concern)*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

INDICATORS

## REPLACING FAMILY AND FRIENDS WITH VIOLENT EXTREMIST SOCIAL GROUP

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, community, online associates

**TEMPORAL** *(Long-Term Concern)*

## EXHIBITING COMMUNICATION SECURITY TECHNIQUES AND TRADECRAFT
(e.g. changing SIM cards, phone numbers or using disposable "burner" phones)

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, online contacts, possibly LE

**TEMPORAL** *(Long-Term Concern)*

## DISCUSSING OPERATIONAL SECURITY OR WAYS TO EVADE LAW ENFORCEMENT

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, online contacts

**TEMPORAL** *(Long-Term Concern)*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

## INDICATORS

### HAVING AN ACTIVE ROLE OR INCREASING PARTICIPATION IN A CLUSTER, OR IN SECRET CLUSTER MEETINGS; HAVING VIEWS REINFORCED BY OTHER CLUSTER MEMBERS

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, possibly online contacts, and community members

**TEMPORAL** *(Long-Term Concern)*

### PRAISING PAST SUCCESSFUL OR ATTEMPTED ATTACKS

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** by family, friends, online contacts, social media users, LE

**TEMPORAL** *(Long-Term Concern)*

### LYING TO LAW ENFORCEMENT OFFICERS/ OBSTRUCTING INVESTIGATIONS

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on many other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** except by LE, family and friends

**TEMPORAL** *(Long-Term Concern)*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**INDICATORS**

## CONSUMING AND/OR SHARING VIOLENT EXTREMIST VIDEOS AND/OR PROPAGANDA

**DIAGNOSTIC;** many other indicators pointing to terrorism and intent to commit violence needed to confirm mobilization

**DEPENDENT** on other indicators pointing to terrorism and intent to take violent action

**OBSERVABLE** except by family, friends, online and social media contacts, bystanders, and persons with access to computer search history, possibly LE

**TEMPORAL** *(Long-Term Concern)*



UNCLASSIFIED//FOR OFFICIAL USE ONLY
NATIONAL INTELLIGENCE MANAGEMENT
COUNTERTERRORISM
UNCLASSIFIED//FOR OFFICIAL USE ONLY

# In and Out of Extremism





Quilliam is the world's first counter-extremism think tank, set up to address the unique challenges of citizenship, identity, and belonging in a globalized world. Quilliam stands for religious freedom, equality, human rights, and democracy. Challenging extremism is the duty of all responsible members of society. Not least because cultural insularity and extremism are products of the failures of wider society to foster a shared sense of belonging and to advance democratic values. Quilliam seeks to challenge what we think and the way we think. It aims to generate creative, informed, and inclusive discussions to counter the ideological underpinnings of terrorism, whilst simultaneously providing evidence-based recommendations to governments for related policy measures.

*For further information contact:*

Quilliam

Email: information@quilliamfoundation.org

Tel: +44 (0)207 182 7280

www.quilliamfoundation.org

*In and Out of Extremism,* August 2015

© Quilliam 2015 – All rights reserved

ISBN number – 978-1-906603-16-8

Disclaimer: The views of individuals and organisations used in this report do not necessarily reflect those of Quilliam.

QUILLIAM

*"In and Out of Extremism"*

How Quilliam Helped 10 Former Far-Right and Islamists Change

Foreword by Maajid Nawaz

Authors: Ruth Manning

Courtney La Bau

Published August 2015

3

RUTH MANNING & COURTNEY LA BAU

# Contents

FOREWORD                                                        6

METHODOLOGY                                                     10

EXECUTIVE SUMMARY                                               12

AUTHORS' NOTE                                                   15

DIFFERENTIATING BETWEEN RELIGIOUS AND NON-
RELIGIOUS EXTREMISM                                             16

EXTREMIST GROUPS MENTIONED IN THIS REPORT                       19

KEY FINDINGS                                                    22

THE ROLE OF QUILLIAM                                            27

POLICY RECOMMENDATIONS                                          32

TESTIMONIES FROM FORMER EXTREMISTS

 Former University ISOC Leader: Sohail                     35

 Former BNP Senior Activist: Keith                         40

 Former Al-Muhajiroun: Abdul                               42

 Former EDL Member & Convert To Islam: Dan                 47

 Former Islamist & Convicted Terrorist: Javed              50

 Former Supporter of Anti-Muslim Hatred: Leslie            53

 Former Islamist Turned Spy: Mohammed                      55

 Former Far-Right Now Inspired by Education: Matthew        57

 Former Senior Islamist Recruiter: Aamir                   59

 Former EDL Keyboard Warrior: Nigel                        62

TESTIMONY ANALYSIS                                             66

CONCLUSION                                                     74

BIBLIOGRAPHY                                                   76

4

QUILLIAM

"When I deradicalised I began to think about a part of my identity which had haunted me since I was a child, my sexuality."

Excerpt from testimony of Sohail

(Former Islamist)

"Nationalism and patriotism was instilled in me in a brutalising process lovingly referred to as weeding out the weak."

Excerpt from testimony of Keith

(Former BNP member)

5

FOREWORD

It is clear that modern extremism is evolving. We must evolve with it. Those on the left, who have traditionally challenged far-right extremism, have often allied with other Islamists in an effort to do so. This inadvertently reinforces the far-right narrative that their opponents on the left are simply blind to fascism when perpetuated within minority community contexts.

On the other hand, those on the right who have traditionally challenged Islamist extremism, are liable to the charge that they are too close to far-right voices; inadvertently falling foul of the accusation that they are really just anti-Muslim bigots in disguise. Likewise, this merely reinforces Islamist narratives that there is a "conspiracy against Islam," rather than helping to debunk such dogma.

Ironically these two extremes of far-right and Islamist serve each other more than the communities they claim to be 'saving'. By peddling exactly the sort of propaganda that the 'other side' claims for its own narrative, a twisted form of symbiosis exists between these otherwise bitter enemies. Those who advocate Muslim separatism will rely on far-right propaganda as evidence that all non-Muslims hate all Muslims. Those who push for the domestic expulsion of Muslims similarly rely on Islamist extremist literature as evidence that Muslims are secretly plotting to destroy our civilisation. The liberal centre-ground is consequently caught in the crossfire between these warring factions. It is no surprise that these two extremes find themselves in agreement to provoke a 'civil war' scenario. It is little wonder that Anders Breivik came to quote, in glowing

QUILLIAM

terms, al-Qaeda manuals. With every innocent person who is abused by one side or another, polarisation increases and extremists get to claim how impossible it is for us all to live together, when it was they who divided us in the first place.

The absence of a secular liberal voice is polarising communities and encouraging unhealthy aspirations from our youth. Under these circumstances, only the extremists can win in this game of division, community gatekeepers and politicised tribal identity.

We need to remind ourselves that defending secular liberalism is not extreme. It gives us fundamental human rights, such as freedom of speech and freedom of religion. These are the very freedoms that allow someone to believe or leave belief behind, and can provide a fertile ground for peace and tolerance.

By presenting ten testimonies of former far-right and Islamist extremists together in this paper – all of whom have been influenced in some shape or form by Quilliam's work to leave behind elements of their previous bigotry - we aim to demonstrate that there is another way to challenge extremism. Through Quilliam's consistent civil liberties-grounded approach, and our vocal criticism of both far-right and Islamist extremism, while defending everyone's civil liberties and free speech, we seek to cultivate a hard-earned reputation of being fair, while standing up for liberal values against all forms of bigotry. It is this particular approach that enables us to influence polar ends of the extremism debate, far-right and Islamist together. Only by vocally challenging both do we stand a chance of reclaiming the lost centre-ground.

Many of our previous experts have considered 'Macro' or societal and policy factors. This is important because without the right climate, it becomes impossible to speak reasonably about extremism. However, this paper looks at 'micro' or individual factors. In doing so, we wish to acknowledge that both macro and micro strategies are needed to defeat extremism, and they won't always be complementary – yet both are necessary.

Isolation, exclusion, loss and fear are feelings that can be powerful enough to prevent extremists from departing from ideological groups they may secretly harbour doubts about. Leaving behind a polarising and closed group dynamic, along with the identity, belonging and self-assurance it provides, can often be an incredibly traumatic experience for anybody to go through. For this reason, it is absolutely crucial that former extremists know there are those out there who have not only been through such experiences, but are able to provide a sense of belonging to an alternative group.

That group is the pluralistic, democratic, tolerant, peaceful, liberal centre-ground. We hope that by publishing these testimonies, others see that they are not alone. They too can leave their hate behind and join those who instead seek to heal. Furthermore, through this paper, we aim to reassure both those on the populist-right and those on the Islamist ideological side of this debate with whom we have engaged in the past, that we do not simply oppose one group or the other. Rather, we oppose the polarisation that emerges from the entire phenomenon of politicised identity. In this way we seek to focus on our similarities and appreciate our differences while holding firm to the liberal values that allow us to bond on the simple

QUILLIAM

fact that we are all human beings with multiple interests, and so many of these overlap.

Do join us if you can.

Maajid Nawaz, Former Islamist

## METHODOLOGY

This report is a desk-based study which focuses on the personal testimonies of ten men, who provided a verbal and written understanding of how they overcame both violent and non-violent extremism. Where possible, participants were interviewed by phone and in person; however due to physical constraints, participants also provided written testimonies. Therefore this paper, which focuses on the narratives of former Islamist and far-right extremists, seeks to look at some of the important factors that led to extremists overcoming both violent and non-violent extremism. Five of these testimonies are from former far-right supporters, including individuals who belonged to the British National Party (BNP) and English Defence League (EDL). Five of these testimonies are from ex-Islamists. Four of these individuals belonged to organisations including Hizb ut-Tahrir and Al-Muhajiroun.

The men documented here were based in the UK, Canada and Northern Ireland at the time of their involvement in extremism. Where possible, their geographic location was outlined in their testimony. The decision to focus on the testimonies of ten men was deliberate, as it allowed us to garner an in-depth understanding of their lives and experiences. The analysis extracted from these testimonies does not represent the experiences of all former extremists; however, it does give an insight into factors that influenced their behaviour. All individuals had varying levels of commitment to their cause. Where possible, this was measured by the seniority of the positions held within the extremist organisation. It was also measured by the length of time that they publicly supported the movement, organisation or cause. To protect the identity of

QUILLIAM

participants, their names and in some cases locations have been anonymised. However, Sohail, who features in the first chapter, has not had his identity anonymised at his request.

It is our intention to follow up on this report with a larger study which encompasses a wider sample of participants from across the European Union and Northern America. It will also draw on the experiences of female extremists, with the hope of highlighting the factors which have enabled women to overcome extremism.

## EXECUTIVE SUMMARY

Despite a great deal of research into the radicalisation process of extremists, there has been significantly less study with respect to the deradicalisation process of those who previously supported an extremist organisation. When we study terrorism, extremism and violent extremism we often focus heavily on tactics and strategy. Yet it is clear that we can learn a great deal if we look at the cognitive and emotional behaviour which underlines a particular set of beliefs.

From this report it is clear that a range of factors contribute towards radicalisation. Events which induce feelings of shame, guilt and vulnerability can often become the catalyst towards radicalisation. Often these events take place during times of transition where challenges, such as an identity crisis, enhance susceptibility to extremism. The use of the Internet to consume propagandist content, or disseminate messages indicates that social media sites in particular are often exploited to reaffirm an extremist position discovered offline. Moreover, the absence of critical thinking and digital literacy skills seems to enhance susceptibility to extremism, as participants would consume and regurgitate material, without critically engaging with the underlying arguments. Simultaneously, conspiratorial websites and sensationalist reporting by some media organisations inflate the sense of threat leading to negative perceptions towards `the other.'

From this report it is also clear that the barriers of discrimination in modern day society have moved superficially. Whilst discrimination is directed towards religion and not skin colour, it is clear that some individuals are unable to

12

QUILLIAM

differentiate between race and religion. Instead, they individually construct their own discriminatory framework which often deviates from their intended targets.

The absence of cultural and religious awareness of various minority groups is fuelling this discrimination. Not only does it enhance perceived threats, but it is also used by opportunists to scapegoat ethnic minorities.

However, as highlighted within this report, positive measures can be taken to form an effective deradicalisation strategy. Well-articulated and inspiring counter-messaging, which effectively undermines extremist narratives, can prove powerful when prompting extremists to reflect on their own position. Using image and audio-based material on social media sites is particularly effective when communicating positive messages. Moreover, grassroots initiatives which open up dialogue between experts and society allow people to feel engaged and respected, while also producing valuable insight and rich discussion. Developing personal resilience can enable society to deal with the difficulties and adversaries it encounters, leaving people less susceptible to extremism. Supporting people through times of transition, via outreach programmes in schools, universities and local communities, can contribute towards healthy behaviours and develop more supportive and cohesive communities. Schools and universities can also play a role in developing critical thinking skills through the encouragement of free and independent thinking, which enables students to critically engage with topics. This will encourage students to rationalise their thinking, leaving them less vulnerable to extremism.

13

Gaining a deep understanding of the deradicalisation process can also provide a useful resource for identifying the challenges people face when overcoming extremism. It opens up an entirely new research area which has fascinating lines of enquiry. It shines a light on human behaviour and the powerful role emotion plays in the decision-making process. It prompts us to assess the mental health issues that can often surround extremists as they go through the deradicalisation process.

Analysing behaviour around deradicalisation is also extremely relevant for policy makers. It can indicate why people choose to adopt a particular ideology, or why they participate in high-risk activism. It also shows why people choose to deradicalise and break away from a particular ideology or organisation. Such information can prove invaluable for law enforcement agencies when they employ "relationship-based" policing, which can cement a strong relationship with the community from which extremists may emerge. Nurturing trust between police and communities will encourage people to report incidents and provide intervention before an extremist gets to the point of joining terrorist groups and committing acts of violence. Even if violence was not a subsequent action for the extremist, such trust and such intervention is for the benefit of social cohesion and integration, preventing the cycle of hate that unfurls if extremism is left unchallenged.

By analysing extremists' journeys in and out of extremism we are able to examine the emotional and cognitive behaviour which often underlines their commitment to a group or cause. All of this knowledge can be built into persuasive and realistic counter-extremism strategies which can prevent radicalisation and offer strategic support to those who have deradicalised.

QUILLIAM

AUTHORS' NOTE

This report aims to show that there is certainly hope, and that those who have been radicalised can indeed be deradicalised through a number of means which are detailed herein. The overarching theme of the paper details that pluralism is key. Our aim is to provide a resource for policymakers, practitioners as well as researchers concerned with the rise of extremism across the spectrum.

This report would not have been possible without the cooperation and assistance of Haras Rafiq, Nikita Malik, Jonathan Russell and Mohammed Razzaq whose support, assistance and input proved invaluable. The authors would also like to say a special thank you to Alex Rapp for designing and creating the cover image of this report.

RUTH MANNING & COURTNEY LA BAU

## DIFFERENTIATING BETWEEN RELIGIOUS AND NON-RELIGIOUS EXTREMISM

### WHO ARE THE FAR-RIGHT?

Far-right individuals or groups tend to aggressively defend national culture and history, even liberty and democracy. They have an authoritative concept of the state, in which the state and the people, all of which are ethnically homogenous, should merge into a single unit. Because there is little agreement on what constitutes far-right extremism from European states, it can be difficult to assess the threat levels across countries. Ironically the far-right have become more adept at mobilising across national boundaries in recent years. Their use of technology and the Internet has enhanced their success. However, far-right groups tend to face significant barriers to success, including incompetent leadership, internal splits and disorganised behaviour. This often results in far-right parties being dismissed as disorganised, weak and non-violent. In effect, governments tend to under-estimate the capabilities of far-right organisations and their influence sometimes goes unnoticed.[1]

### WHO ARE ISLAMISTS?

Islamism is a desire to impose any given interpretation of Islam over society and it is viewed by its adherents as a

---

[1] Goodwin, Dr Matthew, Vidhya Ramalingam, and Rachel Briggs. The New Radical Right: Violent and Non-Violent Movements in Europe. London: The Institute of Strategic Dialogue, 2012. Web. 17 July 2015. Briefing Paper.

16

QUILLIAM

comprehensive ideology. "Its proponents believe that Islam must be placed at the centre of an individual's identity, as either the overriding or the only source of that identity. The Islamist outlook is one that essentially divides the world into two distinct spheres: 'Muslims' and the 'rest'."[2] Islamists hold the belief that a version of Islamic jurisprudence or code of conduct should be implemented as law within existing nation states, or a pan-Islamic theocracy (*Khilafah*). "The absence of a purist Islamic State is judged to be responsible for the current problems of the Muslim world"[3]. If such a state is re-established, it is thought to bring the Muslim world to global pre-eminence. [4]

## SIMILARITIES BETWEEN FAR-RIGHT AND ISLAMIST EXTREMISTS

Both groups tend to:

- justify the use of violence instead of persuasion;

- prefer uniformity over diversity;

---

[2] Shiraz Maher and Martyn Frampton, Choosing Our Friends Wisely: Criteria for engagement with Muslim groups (London: Policy Exchange, 2009), p. 18. In Schmid, Alex. Violent and Non-Violent Extremism: Two Sides Of The Same Coin? The Netherlands: The International Centre.

[3] Schmid, Alex. Violent and Non-Violent Extremism: Two Sides Of The Same Coin? The Netherlands: The International Centre for Counter-Terrorism, 2014. [online] http://www.icct.nl/publications/icct-papers/violent-and-non-violent-extremism-two-sides-of-the-same-coin- 17 July 2015.

[4] Shiraz Maher and Martyn Frampton, Choosing Our Friends Wisely: Criteria for engagement with Muslim groups (London: Policy Exchange, 2009), p. 18. In Schmid, Alex. Violent and Non-Violent Extremism: Two Sides of the Same Coin? The Netherlands: The International Centre for Counter-Terrorism, 2014. [online] http://www.icct.nl/publications/icct-papers/violent-and-non-violent-extremism-two-sides-of-the-same-coin- 17 July 2015.

RUTH MANNING & COURTNEY LA BAU

- have collective goals over individual freedom; and

- give orders instead of using dialogue.

WHO ARE SAUDI SALAFISTS?

Saudi Salafism is a movement which emerged in the 19th Century in Saudi Arabia. It has been growing in recent decades, most notably among uprooted people who are estranged from their ethnic culture. Saudi Salafists take vacuous and literal interpretations of a holy script, and use these as a blueprint for how a society should conduct itself. There are different forms of Saudi Salafism, including apolitical, political and militant / jihadist. Saudi Salafism poses challenges vis-a-vis prevailing western norms and liberal democratic values. Its followers largely reject integration with Western states and prefer medieval interpretations of the Quran and other Islamic sources, thus rejecting religious and moral pluralism.

There is a non-Saudi version of Salafism that peaked in 19th century Egypt as a precursor to the forming of the first Islamist group, The Muslim Brotherhood. This Salafi movement was anti-tradition, preferring to shred the four main Sunni schools of thought and was thoroughly modernist in its outlook. Its leading lights were Afghani, Ridda and Abduh but unfortunately when 19th century European modernity came to mean fascism, this movement morphed with it into Islamism. When we refer to 'Salafism' in this report, we refer to Saudi-Salafism (also known as Wahhabism) and not its Egyptian rival.

18

## EXTREMIST GROUPS MENTIONED IN THIS REPORT

### ENGLISH DEFENCE LEAGUE (EDL)

The English Defence League originated as a one-man blog, and went on to become a leading far-right group within the European Counter-Jihad Movement (ECJM).

There were four key themes within the EDL's discourse:

- pan-Islamic war against the West;

- Muslim demographics and the decline of the United Kingdom;

- State-controlled media manipulation and the Islamification of the United Kingdom; and

- Muslim immigration

Thus the EDL was intertwined with issues regarding terrorism, British identity and immigration. The group can best be described as a fluid cultural nationalist movement, which often has incoherent strategies and movements. [5] The EDL was dealt a serious blow from which it is yet to recover when Quilliam facilitated the resignation of its founding member leader and its deputy leader at the same time. [6]

---

[5] Meleagrou-Hitchens, Alexander, and Hans Brun. A Neo-Nationalist Network: The English Defence League and Europe's Counter-Jihad Movement. London: ICSR, 2015. Print.
[6] Quilliam Foundation 2013 http://www.quilliamfoundation.org/press/quilliam-facilitates-tommy-robinson-leaving-the-english-defence-league/

## BRITISH NATIONAL PARTY (BNP)

The British National Party has been described as fascist, or neo-fascist, by many for its use of racially nationalist and fascist policies. Often the party has been accused of adopting a "moderate public face to hide an ideological core". Principally the BNP plays on a patriotic appeal to Britain and Britishness. The presence of ethnic minority communities underwrites all of its policies, though its presence is usually alluded to through a strategy of calculated ambivalence.[7]

## Al-MUHAJIROUN

Al-Muhajiroun is a terrorist organisation, proscribed by Labour Home Secretary Alan Johnson, which has its origins in the internal schism of the pan-Islamist organisation Hizb ut-Tahrir. Its goal was to spread their interpretation of Islam through the establishment of a Caliphate.[8] The group used the Israeli-Palestinian conflict to spread its pan-Islamist agenda in Britain. However, the negative media profile it received from all sectors, and its proscription led to the group being disbanded in 2004.[9] The group subsequently re-emerged into multiple groups before its proscription in 2010.

---

[7] Richardson, John. 'Race and Racial Difference: The Surface and Depth of BNP Ideology'. British National Party: Contemporary Perspectives. Nigel Copsey and Graham Macklin. 2nd ed. New York: Routledge, 2013. 38-61. Print.

[8] Hopenothate.org.uk,. 'Hate Files: The Al-Muhajiroun Network'. N.p., 2015. Web. 20 July 2015.( http://www.hopenothate.org.uk/hate-groups/am/ )

[9] Abbas, Tahir. Islamic Radicalism and Multicultural Politics: The British Experience. New York: Routledge, 2011. Print.

## HIZB UT-TAHRIR

Hizb ut-Tahrir originated in the Palestinian territories in 1953, influenced by the Muslim Brotherhood. Since then the group expanded its membership to countries which had a strong migrant population, including Europe, Asia and Africa. The group wants to establish a Caliphate and is fuelled by an ideology which is sustained through an intra-network based on a franchise model of governance, which is run centrally from the Middle East[10]. Unlike Al-Muhajiroun, the group restricts its desire to create a Caliphate to Muslim majority countries only yet it desires to create the conditions and demonstrate the case for political Islam in the West. While it claims to abstain from terrorist activities, the group provides a fertile ground for extremism and is not opposed to violence. [11]

---

[10] Dalacoura, Katerina. Islamist Terrorism and Democracy in the Middle East. New York: Cambridge University Press, 2011. Print.

[11] Hopenothate.org.uk, 'Hate Files: Hizb Ut-Tahrir'. N.p., 2015. Web. 20 July 2015. (http://www.hopenothate.org.uk/hate-groups/ht/ )

RUTH MANNING & COURTNEY LA BAU

## KEY FINDINGS

<u>THE RADICALISATION FACTORS</u>

Shame and guilt appeared as some of the main emotional factors which sparked radicalisation. Participants described various events that fostered feelings of vulnerability, which culminated in an identity crisis. This manifested a deep sense of guilt and/or shame which sparked their interest in extremism.

Participants engaged in extremist activity, or supported a cause to inflate their sense of self-worth and to find a place to belong. A central theme of a grievance (whether perceived or real) was common amongst the former extremists. A sense of community and belonging was also a key factor in this process as evidenced in the testimonies.

For former far-right extremists, religion appeared as a cause for more prejudice than skin colour, indicating that the barriers towards discrimination have shifted.

This was due to:

- the anti-Muslim propagandist material consumed online such as conspiracy stories concerning 9/11

- media coverage concerning threats to national security, identity and values also shaping their negative perception of Muslims; and

- clothing worn in public spaces such as the Niqab (a cloth that covers the face worn by some Muslim women), viewed as an act of self-segregation and an insult to Western values.

22

QUILLIAM

However, former far-right participants stated that at times they struggled to differentiate between race and religion and would often discriminate against individuals who fit their stereotype. This indicates that there may be a lack of religious and cultural awareness of ethnic minorities. It also may indicate that negative perceptions of Islam are based on ignorance of faith. This lack of awareness is fuelling anti-Islamic sentiment and negatively shaping perceptions of Muslim communities.

The Internet was an important tool used to consume extremist content and disseminate messages. Social media platforms, and self-created echo chambers within these platforms, were realised as being particularly important for participants when collecting information.

Participants were able to consume and regurgitate extremist material, yet they were unable to critically engage with the content. This indicates that the absence of critical thinking skills made participants more vulnerable to extremism.

When placed in new situations, such as moving into a new community or school, some participants felt vulnerable and isolated. Thus, the absence of resilience and community during challenging transitory periods, encouraged participants to migrate towards extremist groups.

However, for some who were already radicalised, new surroundings sometimes emboldened them and drew them further into the extremist discourse.

## THE DERADICALISATION PROCESS

Positive counter-speech initiatives effectively countered the extremist narrative; however, separate factors influenced the impact of counter-speech initiatives for members of these two groups:

- former Islamist participants acknowledged that it was the speakers' ability to undermine the foundations of the extremist narrative through a theological lens, which encouraged them to reflect and challenge their extremist ideology; whereas

- former far-right participants stated that the coherent and articulated delivery of the counter-narrative was an important factor which enabled them to engage with the narrative.

Image and audio based material, including audio tapes and recorded interviews, appeared highly effective when initially prompting participants to reflect on their extremist narrative. This eventually led them to research more written material, including blogs and books, enabling them to overcome their extremist views.

The Internet was a powerful tool used by participants to deradicalise. It enabled them to access and research content such as speeches and interviews, on sites such as YouTube, which contributed towards deradicalisation. This indicates that the Internet can have both a positive and negative impact on countering extremism.

Accessing stories of people who faced similar challenges prompted participants to reflect on their own commitment to

24

extremism. The personal narratives of Quilliam staff, including Maajid Nawaz and Dr Usama Hasan, proved particularly powerful because it enabled participants to overcome challenges, and normalise their own process of deradicalisation.

Deconstructing the Islamist ideology through a theological lens was fundamental for former Islamist participants. The views of Dr Usama Hasan and his ability to undermine the Islamist discourse through theology were given greater legitimacy by participants due to his religious qualifications.

Opening up dialogue between participants and experts enabled individuals to feel engaged and respected. Notably the use of informal communications between Quilliam and participants was particularly significant as it enabled these individuals to feel heard and respected, which enhanced their commitment to Quilliam and counter-extremism.

Interestingly, recent literature has suggested that undermining the ideological factors plays no role in persuading people to leave an extremist group[12]. However, within this report it is evident that countering the ideology which underpins the extremist narrative is absolutely fundamental to deradicalisation. Not only does it encourage critical engagement, but it also prompts individuals to reflect on their own commitment to extremism and to see examples of those who have succeeded in adapting their personal narrative. There are varying schools of thought around the world, but as displayed in the testimonies to follow; this was imperative for former Islamist participants in this report.

---

[12] Elshimi, Mohammed. 'Prevent 2011 And Counter-Radicalisation: What Is De-Radicalisation'. *Counter-Radicalisation: Critical Perspectives*. Christopher Baker-Beall, Charlotte Heath-Kelly and Lee Jarvis. 1st ed. New York: Routledge, 2015. 206-223. Print.

Open dialogue at a grassroots level also produced rich discussion and valuable insight which contributed to a deeper understanding of extremism.

Non-conformity to religious clothing by Muslim members of Quilliam when appearing in broadcast media fostered greater trust for some former far-right participants. This indicates that visual conceptions of Islam, such as clothing, were negatively perceived by former far-right participants.

Government funded counter-extremist initiatives and institutions fostered mistrust among participants. The negative perception of them was also exploited to inflate feelings of fear and suspicion. This indicates that the relationship between civic society and the government may pose a challenge when overcoming extremism.

## THE ROLE OF QUILLIAM

From analysing the various testimonies it is clear that Quilliam is viewed by these individuals as an important organisation, which effectively strikes a balances between the ideals and realities of deradicalisation. It is Quilliam's effectiveness as an organisation which has enhanced its ability to counter extremism. Set out below are some factors which influenced the participants' opinion of Quilliam.

<u>NARRATIVES</u>

The personal stories of Quilliam staff, including Maajid Nawaz and Dr Usama Hasan, have been fundamental to Quilliam's success at deradicalising violent extremists. Both Maajid and Usama are former extremists, with Maajid being a previous member of the Islamist group Hizb ut-Tahrir and Usama being a Salafi-jihadi preacher as well as a former jihadist. Each testimony highlighted the importance of these personal stories when delivering counter-narratives. Upon hearing these personal stories it prompted the then-extremists to rethink their own commitment to the cause. One person's testimony acknowledged that researching Maajid's departure from Islamism prompted him to completely rebuke it for himself.

It is clear that narratives remain fundamental to human understanding, communication and social interaction. By accessing the personal stories of a number of Quilliam staff, it enabled participants to explain and interpret certain events, and normalise their own process of deradicalisation.

## THEOLOGY

The ability of Quilliam to provide nuanced arguments which highlight the political and religious errors of modern Islamist movements have been highly important. This factor was particularly important for participants who were previous Islamists. The expertise of Dr Usama, a part-time Imam and senior Researcher at Quilliam, has enabled Quilliam to deconstruct the foundations which underpins the jihadist narrative. This is important as four of the five ex-Islamists who provided a testimony, highlighted that it was Quilliam's authority to counter the theological base of Islamism, which sparked their deradicalisation.

Furthermore, Dr Hasan's position discredits the common misconception that maintaining a strong Muslim identity is incompatible with mainstream non-extremist society. His work continues to show the compatibility between Islam and "British Values", the Universal Declaration of Human Rights, and life as a fully engaged citizen in a liberal secular democracy. It also rebukes the oft-assumed notion that deradicalisation equates to an abandonment of religion.

## OPEN DIALOGUE

Quilliam maintains an open dialogue with a number of former extremists. This has been fundamental for participants overcoming their prejudices. Participants commented that their ability to get in touch with Haras Rafiq, Dr Usama Hasan and Maajid Nawaz, by phone or email has provided them with a sense of security. This open dialogue permits participants to feel heard, respected and validated. The emphasis on listening and

responding fosters the co-existence of multiple, yet equally valid points of view. This ultimately enables the individual to reflect on his own purposes, intentions and aims.

Ironically, it appears that more informal modes of communication, such as sending a text message, have enabled participants to feel more engaged with Quilliam. Formality within communication has a tendency to connect position and not people. Thus, by maintaining informal modes of communication, Quilliam has been able to build stronger relationships and further mutual interdependence. It is possible that having access to an organisation which is prominent in the media has also increased the participants' sense of self-worth.

This open dialogue has been extremely beneficial for Quilliam. It has elicited a deeper understanding of the issues, and the values and beliefs which underpin different forms of extremism, as well as the phenomena of radicalisation and deradicalisation, supplementing more academic research. Rich discussion has produced valuable insight from diverse perspectives. By working at a grassroots level, it has allowed Quilliam to possess a deeper understanding of these issues.

From this report it is clear that open dialogue between organisations and individuals and their communities permits people to feel that they are contributing to tackling a social ill as an active British citizen. It is also evident that a grassroots approach where informal modes of communication exist, increases engagement and produces new ideas and perspectives.

## APPEARANCE

The physical appearance of members Muslim communities within Britain was highlighted as a significant factor which fuelled hatred towards Muslims by participants from the far-right. While this is unacceptable and should be challenged, it appears that non-conformity to traditional Muslim dress by members of Quilliam staff, when on television, was a factor which fostered trust and legitimacy from members of the far-right.

The traditional clothing worn by many Muslims helps develop and reinforce their identity, thus serving a specific social need. However, this conformity to Islam through dress is often used to discriminate. This perhaps ties in with Britain's modern tradition of secularism, which is built on the idea that beliefs and worship should be conducted in private. Therefore, some view the public emergence of Islam, through dress, as being in direct conflict with British values.

Many right wing participants stated that the "absence of religious clothing" by members of Quilliam staff when on television acted as a legitimising agent which fostered greater trust and awareness of Quilliam. This highlights that religious Muslim clothing is perceived as a threat to British values by some factions in British society. In addition, it indicates that non-verbal triggers will continue to be an important factor worthy of addressing when countering extremism.

## FUNDING

How Quilliam sources funding was a factor which influenced the participants' opinions of Quilliam. Up to 2011, Quilliam received funding from the public sector, a factor that is openly acknowledged by the organisation. During this time, many extremists viewed Quilliam as a puppet of the government. Quilliam's perceived funding sources were also used by members of affiliated extremist organisations to justify their views. This indicates that government-led strategies, or government-funded organisations, can be negatively perceived by some individuals in communities vulnerable to radicalisation.

There needs to be greater credibility of government strategies which can be brought about in two ways:

- governments needs to provide a clear direction of their views concerning extremism and communicate their stance on the issue clearly to the public; and

- by encouraging civic-led initiatives, which can enhance public engagement and foster greater credibility from society. It will enable civic society to be actively engaged and elicit a deeper understanding of the phenomena, which will contribute to community cohesion.

## POLICY RECOMMENDATIONS

The positive role the Internet can have on deradicalisation needs to be acknowledged. Social media sites appeared as particularly important platforms used by participants to collect information. Videos and images appeared more effective when initially prompting participants to reflect on their own extremist position. Therefore, visual counter-extremist material, including interviews and short films, should be used more effectively on social media sites.

Counter-narratives which seek to undermine the extremist discourse need to be engaging, inspiring and articulate. The use of humour can effectively engage an audience whilst promoting solidarity among listeners. This can enable viewers to effectively understand an idea or issue. There also needs to be a departure from the use of dense language which can confuse or cloud a message. Instead, counter-narratives should be constructed using language which is accessible and easily understood.

The absence of digital literacy skills often failed to prevent participants from engaging in risky behaviour online. Developing digital literacy skills can be established through programmes at school and universities. These skills will rationalise behaviour on the Internet and reduce vulnerability to extremist content online.

Religious and cultural illiteracy similarly contributes towards a distorted perception of the Islamic faith, for both Islamist and far-right extremists. This ignorance can be addressed if willing Muslim figures play a positive role to educate communities on the multiplicity of interpretations within Islam and how Muslim

identity is not incompatible with other elements of identity. This will counteract the false interpretations promoted by groups like Islamic State, al Qaeda and Islamists in general and make people more resilient against their propaganda. Online forums which deconstruct the Islamist narrative through a theological lens should establish bigger presences online to educate society on the Islamic faith. Forums developed should be highly interactive to foster greater engagement with the audience.

It is clear that the barriers towards discrimination have superficially moved from skin colour to religion. There remains a clear absence of cultural and religious awareness of ethnic minorities. Therefore, religious curriculums at schools need to incorporate a broader cross-cultural and religious approach to educate pupils of different religions and cultures. As second generation immigrants are most at risk of radicalisation this will also enable them to gain a deeper understanding of their ethnic identities and diminish their chance of having an identity crisis which often acts as a catalyst towards extremism.

The absence of critical thinking skills is leaving people more vulnerable to extremist material. Our methods of testing in schools and universities is encouraging students to consume and regurgitate answers, without promoting the development of critical thinking skills. These skills are crucial for student engagement and to nurture unique insights. Schools and universities should encourage more free and independent thinking by rewarding original and creative work. This will encourage rational thinking and create more resilience when individuals encounter extremist material.

Negative perceptions of government-led strategies can be overcome by focusing more on civic-led initiatives. A grassroots

approach will foster greater credibility and engagement from the public. It will enable society to feel part of the solution, not the bystanders of a government strategy. This will also lead to a more nuanced understanding of the issue and leave people less susceptible to scaremongering from sensationalist media coverage.

The media plays a significant role in shaping public opinion, however the sensationalist style of reporting deployed by certain media organisations needs to be curtailed in two areas:

- terrorist and extremist activities within the UK and abroad. Some media organisations need to be more responsible when covering terrorist activities and report facts. They need to depart from using provocative language which creates a sense of fear and threat and contributes towards a divisive culture of suspicion; and

- anti-immigration rhetoric which is becoming a prominent feature across European states needs to be more responsible. The overuse of negative stereotyping of immigrants is contributing towards negative perceptions of Muslim communities within Britain and across Europe.

## TESTIMONIES FROM FORMER EXTREMISTS

<u>1. FORMER UNIVERSITY ISOC LEADER: SOHAIL'S STORY</u>

Sohail came from a "pretty standard Muslim family". His father had moved to the UK at the age of three and his mother moved over from Pakistan when she married his father. While the family identified as Muslim, religion was not a defining factor of Sohail's early childhood years.

However, when Sohail reached the age of seven this soon changed. A strong relationship formed between Sohail's family and another family who lived in their tower block. This family were Salafi Muslims and, through this friendship, Sohail's parents began to attend a mosque in London and listened to preachers preach an extremist interpretation of Islam.

Soon Sohail was "banned from listening to music and from watching TV", and was regularly "taken out of assemblies" to prevent the mixing of the sexes. At this time, Sohail also began attending after-school classes where charismatic preachers would indoctrinate the audience. Sohail actively studied a Salafi interpretation of Islam, which further indoctrinated him into extremism. Championing hatred for all non-Muslims soon became a strong feature of Sohail's upbringing.

When Sohail began attending college, he was "one of the main guys of the Islamic society" and would preach his extremist views to his fellow students. Sohail became so well-known as a religious leader of his group that he was often referred to as "Sheikh-ul-Islam". His preaching acted as a radicalising agent for many of his listeners, including one man who "left to fight for Islamic State".

35

No-one ever criticised or interrupted these preaching sessions at college, which emboldened Sohail to continue his mission and failed to prevent his destructive influence on his colleagues.

At this time, Sohail began seriously thinking of carrying out an attack in the United Kingdom. Sohail openly acknowledges that his inability to access explosive material was the single factor which prevented him from launching an attack on British soil.

However, when Sohail started attending Queen Mary University in London to study sciences, he began to question the basic assumptions of the religion he had been taught. This coincided with his introduction to the teachings of Dr Usama Hasan. Most importantly, Sohail witnessed a thawing of Usama's beliefs on the Theory of Evolution. Fueled by his passion for science, Sohail began to look at the "apparent contradictions between Islamic scripture and the Theory of Evolution". He soon realised that it made sense that "evolution did happen". Sohail was also introduced to Usama's 'Unity1' blog online and began listening to the views of Maajid Nawaz. Maajid's story had a huge impact on Sohail - most notably when Maajid spoke of his own struggle to grapple with "questions about democracy, slavery and human rights". Through listening to Maajid, Sohail realised that the "classical scholars openly discussed these questions". This encouraged him to explore other, more progressive interpretations of Islam, and showed him that "reason and logic do have a place in the arena of personal beliefs".

At this time, Sohail began to think deeply about a part of his identity which had "haunted him since he was a child" - his sexuality. Since he was seven or eight, Sohail "knew that he was attracted to boys" - a fact "which deeply confused" him. He was always aware that homosexuality was classed as "evil" under his

then Salafi interpretation of Islam. Sohail admits to feeling deeply ashamed of his sexuality and he "used Islam and extremism as means to cure his homosexuality". By embedding himself within an extremist ideology and worldview, Sohail was trying to eliminate feelings of shame and guilt by immersing himself in a different identity. Sohail believes that the confusion he felt over his sexuality was common among his radicalised peers. From his interaction with these men and the questions they raised regarding homosexuality, Sohail believes that others were also confused over their sexuality and were also using Islamism as cure for or distraction from their perceived demons.

When Sohail eventually accepted that he was gay, he admits that the negative perception of homosexuality in Islam caused him to question his commitment to Islam. Today Sohail admits that he still faces challenges which have had a huge impact on his mental health stemming from his history as an Islamist, and he remains focused on overcoming these difficulties.

The decontextualised and piecemeal approach to Islam by literalists reaffirms the need for Islam to be reconciled with aspects of modernity. The realignment of Islam with universal human rights and Muslims' embracement of evolving social structures, including homosexuality, gender equality and technology is important to this. Most notably, this evolution needs to occur within the spirit of Islam, which is compassion.

To feel 'evil' due to one's sexual identity should not be accepted as a reasoned aspect of a religion which historically champions tolerance. Sohail, while an extremist, failed to reconcile two important aspects of his identity. First, he rejected his sexuality in favour of his religion, then considered rejecting his religion in favour of his sexuality. By reforming Islamic thought to be

compatible with universal human rights including the freedom of sexuality, this tension need not exist.

It is clear that one of the factors which encouraged Sohail to commit to Islamist extremism was to control his identity or repress it. Struggling with one's identity can lead to profound psychological malaise. Within this environment, violent behaviour can easily erupt as the individual is attempting to make sense of themselves and is vulnerable to those who offer 'easy solutions'. Attempting to repress an identity, such as homosexuality, encouraged Sohail to embrace Islamism in an effort to 'cure' or 'hide' from his sexuality. Sohail's story should prompt us to question the relationship between mental illness and vulnerability to radicalisation. This suggests that mental health practitioners need to be part of the discussion on countering extremism on a micro level.

This testimony highlights the significant impact extremist preachers can have on an individual. As stated by Sohail, it was his attendance at a mosque that played a significant role in his radicalisation. Islamist doctrine and opposition to critical thinking enables preachers to achieve consensus on extreme ideas by manipulating the fears of the audience. By cloaking political interests in religious language, preachers present an ideology as orthodox religious thought, and can portray political action, whether violent or not, as an ethical or religious duty for their audience. Sohail's time at his local mosque was significant: first, it sped up his radicalisation; secondly, it provided him with the tools and technique to radicalise others; but lastly, it sparked his deradicalisation as he was able to listen to the views of Dr Usama Hasan on Islam's compatibility with science and encouraged him to eventually liberalise his own views.

QUILLIAM

There appears to be a lack of positive high-profile Muslim role models in society. This testimony reaffirms the positive impact they can have on individuals vulnerable to or supportive of extremism, by offering hope, guidance, expertise or simply by sharing their experience. Usama garnered great respect from Sohail and played a significant, though passive, role in his deradicalisation. As long as young people continue to be vulnerable to peer pressure, there will be a need for positive role models to counteract the influence of extremist charismatic recruiters. Moreover, if these positive role models can provide theological counter-narratives to extremism by transmitting an interpretation of Islam that is compatible with human rights and British values, extremist discourse can be undermined.

Familial relationships remain equally important to countering extremism. By offering a support network and emotional counter-narratives, families can act as an alternative solution to the problems faced by young people, away from the prism of Islamism. However, families can also be part of the problem by being a negative ideological influence, by failing to question extremism, or by promoting one narrow element of identity over all others. Unfortunately Sohail's testimony represents the latter - it was the extremist ideological influence from his family and friends which sowed the seeds of his radicalisation and almost had violently disastrous consequences.

## 2. FORMER BNP SENIOR ACTIVIST: KEITH'S STORY

Keith was a former organiser for the far-right political party, the British National Party (BNP), who actively supported the policies of the group. In the process of leaving the group Keith began to analyse what had led him to get involved with the BNP.

Keith's journey began when he joined the British army immediately after leaving school at the age of 16. Nationalism and patriotism was instilled in Keith through a "brutalising process lovingly referred to as weeding out the weak", which extracted all non-conformers of the British Army system. This ethos was stamped on Keith's "childlike mind" and it later went on to colour his "perception of the world". Keith developed a mentality that the British Empire was a superior nation to others and this sowed the seed for a discriminatory worldview.

Upon completing service in the first Gulf War, Keith left the army and was unknowingly "suffering from post-traumatic stress disorder", due to what he had witnessed in Iraq. Keith "was on a slippery slope" which culminated in a jail sentence for grievous bodily harm. His strong patriotic and nationalist spirit remained constant throughout his prison sentence.

When Keith was released from jail, he quickly discovered the BNP and stayed within the organisation for the following six years, moving up the ranks to hold a senior position within the party.

His testimony as shared with Quilliam highlights the importance of bridging the gap for people coming out of prison. There are many difficult challenges for those leaving prison, which are often difficult to overcome. Many of these individuals remain vulnerable to radicalisation during this transition. It is important

QUILLIAM

that support and stability is provided while they try to reintegrate into mainstream society.

As a member of the BNP, Keith was often deeply uncomfortable with their focus; however, he muted these feelings and continued to publicly champion their ideology. After a number of years within the party, Keith found himself "digging deeper into reasons" for why he should "stand and publicly support BNP policies".

However, the BNP's ideology began to generate significant controversy for their fascist and anti-immigrant policies. The "rubbish coming from Nick Griffin was so blatantly obvious" that it encouraged Keith to resign from the party.

It became evident to Keith that his reason for becoming a BNP member was the "great many ex-forces" who were among the party's ranks. This acted as a pull factor for Keith, who, upon leaving prison, needed to belong to a group which championed his patriotic ideals. The party provided Keith with an alternative avenue, through which he could funnel his nationalist ideals. Membership to the party also enabled Keith to surround himself with people who shared similar experiences of war and the army.  Like many extremists, Keith was encouraged to join the BNP to revert to the former identity he had maintained before entering prison. This highlights that identity crisis remains an important factor which can be manipulated to create the conditions for extremism.

Keith is happy that he has turned his back on the BNP and he continues to rebuke all far-right groups and their ideologies. He reached out to Quilliam for further advice on his personal transformation.

41

### 3.  FORMER AL-MUHAJIROUN: ABDUL'S STORY

The eldest of five siblings, Abdul grew up in a diverse community in London. His "Pakistani upbringing" was closely-bound by cultural expectations, but his family was not particularly religious. For example, during religious seasons such as Ramadan, Abdul would fast but he would not pray.

Growing up in a multicultural area, Abdul enjoyed mixing with people from different religions and cultures. However, just before attending sixth-form college, Abdul was made aware of a "group of young boys", who would target members of the Asian community, and "constantly mug them" as they walked down the street. This fostered a deep feeling of vulnerability in Abdul, as he did not have "brothers or cousins who could protect him".

During this time, Al-Muhajiroun, a violent splinter group of Hizb ut-Tahrir that is now proscribed as a terrorist organisation, became prominent in his area by offering protection to local Asian communities. A "group of thuggish boys from Al-Muhajiroun would regularly go to local schools and colleges" to terrorise non-Muslim students. Abdul appreciated the protection Al-Muhajiroun offered him, and was attracted to the gang mentality of the group. Abdul was encouraged by the group to attend their local mosque, and soon Abdul began attending sessions where preachers discussed sensationalist topics. Al-Muhajiroun exploited his vulnerability and manipulated the grievances he felt about life in London, then immediately sought to address these problems by offering Islamism, dressed up as Islam, as a solution. Preachers regularly used humour to deliver their messages and Abdul noted that this was particularly useful when capturing the attention of the audience and indoctrinating them with Islamist messaging.

42

Soon Abdul became enthralled by these discussions. Showing promise as a student of Islamism, Abdul was sent to Finsbury Park Mosque, which at that time had been taken over by the now jailed jihadist cleric Abu Hamza. At the mosque, Abdul became fully indoctrinated by listening to speakers who preached a literalist and, often militant, interpretation of Islam. Abdul was also provided with what he called "Jihad training", which "included martial arts training", to prepare himself for the fight to establish the Caliphate.

Abdul admits that at this time he was having an identity crisis. Sold as a solution to this crisis, he was "surrounded by people who told him he was Muslim, not British". This burden encouraged him to digest Islamist extremism. The sessions at Finsbury Park Mosque turned everything into black and white, 'Islam vs the West' and normalised the Islamist narrative for Abdul.

Soon Abdul started attending demonstrations and "travelled up and down the country, getting into really hard-core stuff" such as indoctrinating others and protesting against 'Western evils'. Abdul witnessed a lot of young people becoming indoctrinated to the group and became aware of the tactics used to drive young people towards the organisation. These tactics included the promise of a "really good-looking and really intelligent partner". Pornography was also justified by the group in an attempt to elicit support for the organisation. Abdul admits that the heightened sense of guilt felt after watching pornography forced these boys to attend the mosque to seek forgiveness, where they would be further radicalised. These tactics, and others, were used as recruitment tools to groom young and impressionable British Muslims.

When Abdul went to university, he joined Hizb ut-Tahrir, who were viewed by many as "the coolest group to join", as "they presented themselves really nicely in suits and spoke very intellectually". Hizb ut-Tahrir were seen as exclusive and only a select few were admitted into the group based on the individuals' intellectual ability. This enhanced their standing within the university, as young men were desperate to gain admission into the clique.

However, Abdul's family began to notice a big change in him and began to dissuade him from hanging around with the boys "who were bad news". Abdul challenged his family to counter the extremist ideology through the Quran. His family was unable to provide a counter-narrative because they did not have a sufficiently deep theological understanding of Islam and Abdul used this as proof that the extremist ideology he consumed was true Islam. His commitment to extremism became so closely bound to his identity, and there was so little effective opposition to his worldview, that Abdul soon began preparing to flee the UK to fight Jihad.

However after stumbling across Sheikh Hamza Yusuf, a prominent Sufi scholar from America, Abdul started to listen to his sermons online. He then began to "buy his tapes for a pound", and began to question how Hamza's "version of Islam did not reconcile with the Islam endorsed by Hizb ut-Tahrir". Hamza's fluency in Arabic and his nine-year stint in a desert learning the Quran increased his legitimacy in Abdul's eyes and resulted in Abdul viewing Hamza as a more legitimate Islamic authority than Hizb ut-Tahrir.

The skills Abdul had established through University studying law also enabled him to question the extremist ideology

QUILLIAM

championed by Hizb ut-Tahrir. Studying law encouraged him to "constantly ask questions and look at the rationale underpinning an issue". It was these critical thinking skills which enabled Abdul to see the hypocrisy and irrationality which underpinned the Islamist ideology, the charismatic recruiters of Hizb ut-Tahrir, and the extremist group itself.

This caused Abdul to lose support for both the organisation, Hizb ut-Tahrir, and the underpinning ideology, Islamism. Instead of attending demonstrations or listening to extremist preachers, Abdul began to research Islam for himself and "became a lot more spiritual". This research enabled Abdul to become a lot more articulate and to "understand society a lot more", which ultimately set Abdul on the path to deradicalisation.

While Abdul had to overcome many challenges, today he champions the work Quilliam has embarked upon as a key support to this journey. Maajid Nawaz's life story acted as a powerful anecdote for Abdul and it helped him to understand his own past. Abdul also states that the atrocities committed by ISIL have further distanced him from Islamist extremism and have pulled him closer to Islam, while also encouraging him to champion ideals of tolerance and respect.

This testimony emphasises the cultural and religious gap which often prevails between families of Muslim communities living in the UK. Within families there can be disparities between a parent's and a child's understanding of Islam. This is entirely normal and should not be a cause for tension in a society that respects freedom of religion and pluralism. Extremist organisations use this as a cognitive opening to manipulate young recruits, furthering an identity crisis by propagating the notion that your parents don't know the "true" Islam and

dismantling a support network that could prevent radicalisation. When Abdul subsequently challenged his family to rebuke the extremist ideology through the Quran, they were unable to do so and Abdul used this to legitimise the extremist views of Hizb ut-Tahrir. This testimony emphasises the important role families could play to counter the jihadist narrative, if they are empowered to do so. This includes religious counter-narratives, critical thinking skills, a raised awareness about the dangers of extremism and extremist organisations, how to spot the signs of radicalisation and what to do about it.

This story also shows the multiplicity of counter-narratives that could be effective in challenging extremism. Rather than being simply one magic formula, there is a role to play for theological, spiritual, intellectual, political, satirical, emotional and social counter-narratives. Beyond the message itself, there are key questions about the messenger, the medium of delivery and the timing, all of which can alter the effectiveness. The use of humour by preachers to deliver their extremist messages had a powerful impact upon the audience, and likewise it could be more effectively used to help individuals effectively understand and engage with new ideas and ridicule extremist ideas as part of debunking them.

4. FORMER EDL MEMBER AND CONVERT TO ISLAM: DAN'S STORY

Dan was born into a multicultural community in Birmingham during the 1980s "and saw the usual racism you would expect to find in such diverse communities". The far-right and National Front had a strong presence, however their activity remained discrete due to the large population of ethnic minorities. Dan belonged to a group of friends who were "a mix of white, usually with an Irish parent, mixed-race and African Caribbean". They were a collection of "skinheads and rude boys" who were "mostly into ska music, reggae and hip-hop". Dan soon moved up to the "causal scene around Birmingham Football Club, who unknowingly had the first multicultural hooligan firm". Dan "had a brief experience in this field" but "soon found himself getting nicked regularly". During this period Dan was anti-racist and would regularly challenge right wing groups who were active in his area.

Upon moving to South-West England in 2006, Dan embarked upon a relationship with a girl called Laura, who had been brought up by her Palestinian step-father from an early age. Upon meeting Laura's step-father, Dan was told, "Accept Islam and convert, and you will be accepted by the family!" After a lot of "umming and arring", Dan contacted an "online Islamic site" where he eventually converted to Islam "down the phone". Dan later realised that he had converted to a "pretty conservative pro-Saudi" form of Islam. Despite this, Dan was still not accepted by Laura's family.

As the relationship developed, Laura confided to Dan that she had been forced to convert to Islam when she was 10, was sent to a mosque where she had been sexually abused, and was

forced into an arranged marriage at 17. These revelations angered Dan, who became furious that Laura had gone through so much pain in the name of religion. Dan also felt guilty for converting to a religion that he knew nothing about. At this time, Dan also became aware of hate preachers and "became very angry and upset that they were allowed to do and say anything about gays, Jews and anyone who didn't fit into their supremacist ideology".

Dan's ability to access this information via the TV and Internet inflated the perceived threat of Islamism, and his sense of grievance and soon Dan became committed to fighting Islamist extremism.

This sparked his interest in the English Defence League (EDL), who were re-emerging in his community. Dan was introduced to the group through an online forum. Dan noticed a few others from his area who also supported the EDL which enabled him to form a division. Together, they regularly attended demonstrations in his area.

This highlights how the Internet is a key component of modern life. The Internet provided Dan with the ability to communicate and collaborate with other like-minded individuals. While offline interactions sparked Dan's interest in the far-right, it was the Internet which acted as a catalyst towards radicalisation.

While Dan became a prominent member of the EDL, he fully endorsed the EDL's spin that the group was only "against political Islam". However soon Dan's bubble burst when the group began to chant "no more mosques, no more halal!" at demonstrations.

After that, Dan began to scale back his activity in the EDL, but maintained "an online presence on what was called the anti-jihadist scene". Together with a few other ex-EDL members, Dan was introduced to an organisation called Nice Ones UK, which had been established by an ex-EDL member. Through this group, Dan became aware of the Quilliam and read the Maajid Nawaz's autobiography '*Radical*'. By reading Maajid Nawaz' life story, Dan realised that the best "way forward [and] the only way to counter extremism is to hit it head-on with a counter-narrative". By educating himself through the work of the Quilliam Foundation, Dan realised that Islam was not the issue; rather, the problem was the "distorted, warped and twisted interpretation called Islamism". It has now become clear to Dan that Islam has been hijacked and distorted by extremists to fit their political agenda. Though still on his journey, this is a positive step in his personal transformation.

### 5. FORMER ISLAMIST & CONVICTED TERRORIST: JAVED'S STORY

Javed grew up in the West and is a "second-generation" immigrant of "Pakistani ethnicity". Coming from a "well-off family" who provided him with plenty of opportunities, Javed was "very active in his local community". However, during his time at university, Javed was exposed to an extremist Islamist ideology. While Javed's involvement was brief and his interaction with the group was limited, it resulted in Javed being handed an 18 year jail sentence.

At the age of 18, Javed was arrested on terrorism charges for attempting to detonate bombs against three high-profile targets. Javed fully believed that carrying out this attack would liberate Muslims around the world. Subsequent psychiatric reports outlined Javed's naivety and immaturity, which exposed his vulnerability to extremism while at university. Fortunately, with the assistance of "family, friends, certain religious councillors and most importantly education, both secular and religious", Javed was able to turn his back on "political violence and the extremist ideology in all its forms".

Education became key for Javed to "understand the roots of modern Islamist movements" and the "errors in their simplified political and religious arguments". Javed found that "nuanced arguments against the Salafi jihadist movement are far more important than simple condemnations". Through his research, Javed was surprised by the level of improper analysis that was "simplified, misplaced or outright erroneous" and recognises that "many analysts are trying to explain a phenomenon they don't understand". He found that the complexity and multitude of factors which fuelled the problem are often not acknowledged.

Through his research, Javed came across the writings of Dr Usama Hasan, a Senior Researcher at Quilliam and an Imam for over 30 years. Javed found the writings of Usama to be "very coherent and, more importantly, correct in tackling the issues of radicalisation". By recognising the role of identity, religion, culture and community leadership, Javed was able to clarify the factors which had influenced his own thinking and radicalisation. Furthermore, this enabled Javed to understand the flawed arguments which underpinned Islamism.

Through education, Javed became empowered to challenge the roots of modern Islamist movements. This, coupled with strong support from family and friends, helped Javed to turn his back on Islamism. Currently, Javed remains incarcerated for a terrorism-related offence, however he hopes to complete a degree in politics and economics from prison later this year. He hopes to use his experiences to contribute positively to counter-extremism and help others avoid the mistakes that he made earlier in his life.

Critical thinking is the ability to analyse, critique and evaluate evidence in an objective fashion. Advances in technology have made critical thinking skills even more important, yet sometimes more difficult to use. Extremist groups are adept at spreading a propagandised fantasy online and if those vulnerable to extremism do not engage critical thinking skills when consuming such material, they will be unable to distinguish this from reality. This is not exclusive to the internet - during university, Javed was unable to critically engage with the extremist material he was consuming; instead, he accepted it as truth and committed himself to an ideology that was deeply flawed. In this instance, the absence of this skill led to generalisations and dramatic behavioural changes. Javed's belief that detonating bombs would liberate all Muslims

emphasises the naivety of his thinking. Fortunately this did not cost him his life or the lives of other innocent people, but it has had a profoundly negative impact on his life, keeping him in prison for the foreseeable future.

Javed's testimony shows the fundamental role education plays when countering extremism, and the increased risk of radicalisation should education not be comprehensive. The value of this education being both secular and religious is clear. In addition, this testimony emphasises the importance of communicating counter-extremism initiatives coherently and accurately. Simply condemning extremism is not enough, rather it is important that positive measures which proactively challenge the ideology and narratives underpinning extremism are communicated to the vulnerable individuals both offline and online.

Relationships are essential when supporting an individual who is disengaging from extremism, and it is clear from Javed's testimony that his family and friends helped him turn his back on Islamism. Javed's testimony also highlights how perseverance, enthusiasm and empathy are important traits needed to support someone who is disengaging from extremism.

QUILLIAM

### 6. FORMER SUPPORTER OF ANTI-MUSLIM HATRED : LESLIE'S STORY

Leslie used to hold far-right views; however after following the work that Quilliam pursues, Leslie began to moderate his views to adopt a more progressive and inclusive attitude towards Muslims.

Before embarking upon this transition, Leslie found himself possessing "undiluted hostility" and "intolerance" towards Islam. With a degree in international relations, he had a detailed understanding of the politics in the Middle East and Asia. Therefore, Leslie said his aversion towards Islam was not a knee-jerk reaction, but rather a viewpoint that stretched back decades.

Leslie said that a big eye-opener for him was when he followed the work of Quilliam. Realising that the version of Islam being propagated by Islamist extremists was just one particular interpretation, Leslie said he stopped holding divisive views and instead adopted a more inclusive perspective on the religion. Through reading and watching the news, Leslie has sought a more proactive approach. He frequently enjoys engaging with individuals of all religions, including Muslims. He now says that it is important to engage and converse with them. While he may not share the same political or religious views, Leslie believes it is valuable to be open to different perspectives and attitudes.

However, Leslie's transition away from a solely politicised understanding of Islam has not come without its difficulties. The December 2014 attack on a school in the Pakistani city of Peshawar by the Taliban which killed 132 children among the 152 victims, was particularly challenging. Leslie acknowledged his difficulty in comprehending how anyone could justify these

killings in the name of religion. Nevertheless, Leslie noted that out of the 1.6 billion Muslims in the world, it is wrong that they should be held accountable for the deeds of extremists who have hijacked Islam to fulfil their own goals.

Leslie said that he moderated his views not because he was told to, but because he came to the conclusion that it is wrong to live a life blinded by misguided hatred. Leslie now believes that it is important for society to educate themselves on the beliefs and attitudes that extremists hold and to understand the differences between Islam and Islamist extremism. Through watching the news and engaging with people of all beliefs, Leslie believes that unfairly negative attitudes towards Islam can be altered.

Leslie's testimony highlights how personal behavioural and ideational change is a complicated and long-term process. Facilitating this process requires a comprehensive strategy and a long-term commitment.

### 7. FORMER ISLAMIST TURNED SPY: MOHAMMED'S STORY

Living in the West, Mohammed was a violent extremist who had "all sorts of crazy ideas about Jihad this, bomb that". Mohammed's identity was closely bound to an ideology which dictated every aspect of his life. Strict adherence to this ideology caused Mohammed to view all non-Muslims with deep hostility.

However, Mohammed came across Maajid Nawaz' story and it prompted him to re-think his own commitment to the Islamist cause. Soon Mohammed began to see the error in the political and religious arguments championed by his peers and thereafter, Mohammed left the extremist group.

When Mohammed deradicalised, he committed himself to combating the "violent, deviant, criminal ideology", which "Maajid spoke so fairly and forcefully against." This encouraged him to become a counter-terrorism operative, where he largely focused on countering domestic and home-grown terrorism. Oftentimes Mohammed would be embedded undercover within a suspected terrorist organisation. This insight enabled Mohammed to gain an understanding of the socio-political factors which created the conditions for or, on occasion, sparked radicalisation. It also highlighted to Mohammed that many extremists "generally have sympathies towards" these groups, with many members having an "idealistic or naive understanding of the threat".

Thus, Mohammed understood that it was the ideology that underpinned the jihadist narrative which needed to be countered through communicating positive counter-narratives like Maajid's story. Mohammed believes that positive measures,

rather than negative state-led measures, are needed to undermine the jihadist ideology.

Today Mohammed continues to "train with and consult for various security, intelligence, and policing units". His commitment to preventing extremism remains as strong as ever.

This testimony emphasises how powerful personal narratives are when countering extremism. Maajid Nawaz' journey from being a high-ranking official of a global Islamist group, to a leading voice in countering extremism is a powerful message of hope for extremists, who may be experiencing their own disenfranchisement with their group, leaders, cause or ideology. It was Maajid's story which promoted Mohammed to rethink his own commitment to the cause and eventually encouraged him to renounce Islamist extremism.

This testimony highlights the positive role former extremists can have when tackling extremism. Mohammed's active involvement in terrorism enabled him to understand the social and political factors which underpin extremism. When he renounced his extremist views, Mohammed was able to use his knowledge when he became a counter-terrorism operative. This highlights the positive impact former extremists can have when tackling extremism and radicalisation.

QUILLIAM

## 8. FORMER FAR-RIGHT NOW INSPIRED BY EDUCATION: MATTHEW'S STORY

Matthew never actively belonged to an extremist organisation, yet for much of his life he held strong right-wing views. Such views were heightened when he watched "idiots like Anjem Choudary" on the television. Matthew also says that he was also disgruntled by the number of women wearing niqabs in the United Kingdom. He believed it segregated them from non-Muslims, prevented integration, and was an insult to British culture. Revelations which emerged during the Rotherham child sexual abuse scandal fuelled Matthew's animosity towards Muslim communities. Instead of condemning the perpetrators of the crime, because of their religion, he blamed all Muslims as it fit his worldview that Islam was anti-British.

One day, Matthew stumbled upon a video of Maajid Nawaz and Anjem Choudary debating on TV and it helped to change Matthew's point of view. For the first time, Matthew found himself listening to an individual who was able to "destroy" the foundations of Islamism. This enabled Matthew to understand the difference between Islam and Islamism.

Soon Matthew realised that extremists who "claim to talk on behalf of the Muslim communities and Islam" were hijacking the religion to fulfil their own political goals.

Recently, Matthew has renounced his right-wing views, though it is clear that some challenges still remain.

Matthew remains angered at the apparent "lack of will from the government to tackle the problem head on". In Matthew's opinion, a policy which tackles the root cause of the ideology needs to be developed.   This testimony highlights the growing

frustration towards the British government for failing to tackle Islamist extremism. There is a tendency of the government to criminalise extremism, instead of tackling the ideology which underpins extremism. This approach is not only ineffective, it is often counter-productive. As highlighted in this testimony, a strategy which counters the ideas enshrined in extremist ideologies needs to be implemented.

Matthew also believes that some Muslim voices need to be given more prominence to show that Islam does not constitute Islamism. Too often, the most extreme voices are heard the most, yet we very rarely hear from women, young people or minorities within minorities who also have valuable contributions to this debate and others.

Today Matthew donates much of his time educating others on the difference between Islam and Islamist extremism. It is Matthew's dream to create a programme which establishes a link between Muslims and Islamist extremists, with the hope that extremists can be educated, deradicalised, rehabilitated and reintegrated into British society.

### 9. FORMER SENIOR ISLAMIST RECRUITER: AAMIR'S STORY

Aamir described himself as a "fanatic who desperately needed to believe in a cause". When he was younger, Aamir positioned himself on the "national leadership committee of a prominent Islamist organisation". Aamir's dedication to the group and its ideology was "driven by a sheer hatred of the policies produced and enforced by Muslim rulers in collusion with Western powers". Belief or religion was never a driving factor; rather, Aamir's "desire to spread the word of Islam was motivated by [a] political purpose".

Like all Islamists, Aamir wanted "to create a paradise on earth; a global Islamic State", in which *Shari'a* was enforced upon all its occupants. Aamir vehemently rejected alternative views and was infuriated by those who challenged his ideology. By remaining within a close-knit group, it enabled Aamir to reinforce these beliefs, free from criticism or any checks and balances to his dogma.

However, the degree of manipulation which was used to recruit individuals caused Aamir to become disillusioned with the organisation. Aamir became aware that "the cause itself was never sufficient to entice people into joining the organisation".

This was enough for Aamir to research alternative views, including American-born preacher Hamza Yusuf. This broadened Aamir's horizons and it allowed him to appreciate the plurality of opinions within Islamic thought.

Despite all of this Aamir stayed within the organisation, predominately due to his desperate desire to belong to a cause. He had structured every aspect of his life on Islamism, to the extent that it became difficult for him to "completely reject

Islamism from [his] mind". Ultimately Aamir knew that by rejecting this ideology, it would compromise his whole identity.

However, soon Aamir became reacquainted with Maajid Nawaz, Quilliam's Chairman. Maajid engaged in an "informed and deeply grounded discussion" about Aamir's beliefs and fears. By deconstructing the foundations of Islamism, Maajid enabled Aamir to understand what he now sees as "the true teachings of Islam". Aamir was pleasantly surprised that "someone who had little reason to do so, took the time and effort to talk" to him, to allow him "to express [his] own beliefs before "carefully and cleverly offering [him] alternatives, instead of immediately labelling [him] as a lost cause".

Aamir began to think systematically and deeply about Islam and Muslims in a multi-faith world. This enabled Aamir to address the challenges of post-modernity and ultimately overcome the obstacles he faced. This empowered Aamir to disengage with the organisation and the negative ideological influences which had given birth to his identity. Aamir found this particularly difficult, as every aspect of his life was connected to Islamism. However, recognising that Maajid had faced a similar situation and prevailed, gave Aamir the strength to fully renounce his views and reform his life.

Today Aamir continues to champion Islam; however, his commitment is now based on faith instead of a politically motivated ideology. Aamir continues to engage with individuals of varying beliefs and religions, which enables him to feel more enriched as a human being. Aamir acknowledges that Maajid Nawaz and Quilliam have been crucial assets to his life and are needed in the global struggle against extremism of all kinds.

QUILLIAM

This testimony highlights the importance of freedom of speech. In his engagement with Maajid, Aamir was able to express his own beliefs instead of being rebuked or condemned. This was in direct contrast to the way in which debate was shut down during his time within an extremist organisation. Maajid listened, understood and offered an alternative understanding of Islam which impressed Aamir and sparked further enquiry. This emphasises the link between freedom of expression and personal dignity. Freedom of speech is key to the development of an individual and freely exchanging ideas enables members of society to feel more secure and respected. Thus, they will be more open to a range of ideas and experiences, allowing them to gain a better understanding of the world and their role in it, and supporting ideals of citizenship and shared identity.

It is evident that belonging to a prominent Islamist group was a great source of pride and self-esteem for Aamir. It provided Aamir with a sense of belonging in an increasingly globalised and cosmetic world. While in the organisation, Aamir enhanced the status of the 'in-group' to increase his self-image. This encouraged Aamir to engage in discriminatory behaviour towards the 'out-group', as this strengthened his identity and sense of self-worth. This highlights how identity and self-esteem can be powerful pull factors which encourage membership to extremist organisations.

RUTH MANNING & COURTNEY LA BAU

<u>10. FORMER EDL KEYBOARD WARRIOR: NIGEL'S STORY</u>

Nigel grew up in a small town on the English side of the Welsh border. In a relatively isolated community, Nigel had "no exposure to people from other racial backgrounds". However, Nigel moved to Cardiff where he "experienced racism first hand". Nigel was "taunted for the colour of his skin" and "religion" by "Somalis and Asians". Furthermore, "Welsh natives" also made Nigel feel as though he did not belong in Cardiff because he was from England. During this time, there were heightened fears that the traditional rivalry between Wales and England was turning into institutionalised anti-English sentiment.

This relative isolation from different races, religion and cultures played a role in Nigel's radicalisation process. The lack of education on different races and religions prevented Nigel from being able to differentiate between race and religion, or between legitimate religious beliefs and politicised ideology. Therefore, Nigel conflated Islam and Islamism. The failure to segregate race and religion enables extremists to view individuals of different religions as a collective entity. Extremists use this to inflate perceived threats which fuel their animosity towards the West and further entrench their worldview.

These hostilities caused Nigel to withdraw from his local community to find answers on the Internet. By stumbling upon conspiratorial websites, Nigel began to "read on the Internet about race issues and about the terrorist attacks of 9/11 and 7/7". Soon Nigel began to view Islam as a "destructive force" that was "responsible for all the world's problems". Nigel began to hold divisive and bigoted views of Islam and ethnic minorities.

QUILLIAM

This testimony highlights how the absence of critical thinking skills was a factor which failed to prevent Nigel's radicalisation to far-right extremism. Nigel was unable to differentiate between race and religion and viewed everyone who fit his stereotype as a Muslim. Critical thinking enables individuals to generate and critique arguments, which is fundamental to the decision-making process. The absence of these skills led Nigel to misinterpret reality and inflated his sense of threat, which ultimately fuelled his extremism.

Following this, Nigel joined the English Defence League (EDL), however his activity was restricted to the Internet. Nigel became a "keyboard warrior" and "complained about the influence of Muslims on British society". Nigel ensured his views were widely circulated, to the extent that he was reported to police for inciting racial and religious hatred.

By only accessing sites which hosted divisive and extremist content, Nigel created an echo chamber for himself and unwittingly used the Internet as a platform to become radicalised and radicalise others. This highlights how modern communication offers unprecedented access to information, emphasising how trends and patterns of radicalisation have evolved. This is consistent with previous research, which states that radicalisation is usually sparked through offline socialisation processes but can continue online if unchecked.

Becoming a member of the EDL enabled Nigel to justify his own beliefs by furthering a sense of "them vs us". It enabled Nigel to create an identity for himself and an online community which was accepting of him and to which he belonged. In this way, identity crisis and discrimination set the conditions for Nigel's radicalisation, and were exploited by an extremist organisation

that offered 'solutions' to his perceived personal grievances. The EDL highlighted the 'in-group' and 'out-group' mentality that he had already formed in his mind, and together are factors which fuelled Nigel's radicalisation process.

By restricting his membership to the Internet, it created an element of detachment and enabled Nigel to disassociate himself from his offline persona. Moreover, as is typical in online extremism, the anonymous nature of Nigel's online identity meant that his behaviour was more extreme than it would have in the offline world. Nigel's beliefs were reaffirmed by a community of people who shared his beliefs, creating a type of online echo chamber. This is also consistent with the phenomenon of the participatory Internet. Nigel's experience shows how, without positive counter-narratives, the Internet can be used to further self-radicalisation.

However, within Nigel's testimony, we also see the positive role of the internet. One night Nigel was "browsing the web, looking for websites and information against Islam", he stumbled across a video on Twitter of a debate between Quilliam's Chairman, Maajid Nawaz, and hate preacher Anjem Choudary on Newsnight. Nigel was "mesmerised by how Maajid beat Anjem down". However, what was most impressive for Nigel was Maajid's counter-narrative of peace and tolerance. Nigel "thought Maajid was a fantastic speaker and started researching his work". Nigel read Maajid's book *Radical* and began to learn more about "peaceful Islam and tolerance".

This coincided with Nigel questioning his future with the EDL. Nigel realised that many members of the group did not want to find solutions, but were drawn to the aggressive nature of the movement and he soon left.

QUILLIAM

Shortly after leaving the group, many of Nigel's friends began to shun him on social media. However Nigel realised that his friendships which had been formed during his time in the EDL were based on hate. This realisation enabled Nigel to finally let go of the prejudices which had dictated his relationship with other religions, races and cultures. Most importantly, this also enabled Nigel to forgive himself.

Today Nigel continues to follow Quilliam's work and champion the ideals of tolerance and respect. Nigel recognises that while we may come from different religions, cultures and races, we are all human beings.

## TESTIMONY ANALYSIS

### SHAME, GUILT & IDENTITY CRISIS

Through analysis of these testimonies, it is clear that the cause of these individuals' extremist behaviour stems from their attempt to eliminate the overwhelming feeling of shame and humiliation, and replacing that with a feeling of pride. Usually there is a genuine or perceived grievance involved, which lends itself to the push and pull of isolation and lack of belonging.

Dan was primarily motivated to join the EDL to overcome his sense of guilt. As stated in his testimony, Dan was enraged when he realised how badly his partner had been treated by those who acted in the name of religion. Dan felt as though he had condoned this treatment by converting to Islam, despite lacking any theological understanding of the religion. Thus, membership to the EDL permitted Dan to pursue retribution for those he viewed as responsible for Laura's mistreatment. By engaging in this aggressive behavior, he diminished his sense of guilt and replaced it with a feeling of pride.

It is equally conceivable that Dan was attempting to reduce his own sense of shame. It is evident that Dan converted to Islam to gain acceptance by Laura's family; however, upon conversion to Islam, Dan failed to gain acceptance by Laura's family. As is clear in most radicalisation models, identity crisis and grievances both real and perceived, can create the breeding ground for a number of psychological consequences, including insecurity and aggression. This can trigger radicalisation and recruitment to extremist organisations. This form of social exclusion generated

feelings of shame and anger which potentially triggered Dan's interest in the EDL.

When Abdul was unable to protect himself from thugs who were targeting Asians, he turned to Al-Muhajiroun to provide him with protection. Abdul stated that the power commanded by the group attracted him to the organisation. By joining this group, Abdul no longer felt vulnerability; instead these feelings were replaced with pride. As vulnerability is intrinsically linked with shame, it is evident that membership to Al-Muhajiroun gave Abdul a sense of control and reduced his feeling of shame. In this way, Abdul's identity crisis was exploited by Al-Muhajiroun and ultimately sparked Abdul's radicalisation.

Similarly, Sohail was deeply confused and ashamed of his sexuality, which had haunted him since he was a child.  He openly admits to using Islamism to "cure" his homosexuality. Believing that homosexuality was classed as evil under his interpretation of Islam, it encouraged Sohail to further immerse himself in Islamism, in an effort to establish a new identity and eliminate feelings of shame and guilt.

By contrast, Nigel was encouraged to join the EDL to foster a sense of belonging. Upon moving to Wales, Nigel was subjected to discrimination for his English heritage. This fostered a sense of vulnerability for Nigel during a period of transition. The fact that Nigel was discriminated against by a range of religious and ethnic groups, yet chose to target Muslims, indicates that he was primarily encouraged to join the EDL to foster a sense of belonging, and not simply to retaliate against those who had directly discriminated against him. In other words, strengthening a group identity minimized his exclusion from a larger collective identity. Nigel's experience also shows that

grievances need not be real to make someone vulnerable; perceived grievances can be exploited just as effectively by extremist groups who seek to further their cause.

It is evident that a range of factors contribute towards radicalisation. However, it is also clear that cognitive and emotional behaviour have a significant impact on this process. Events which induce feelings of shame, guilt and vulnerability often become the catalyst for radicalisation. Often these events take place during times of transition where an identity crisis enhances susceptibility to extremism. Supporting people through times of transitions through outreach programmes in schools, universities and local communities can contribute towards healthy behaviours and develop more supportive and cohesive communities. Developing personal resilience can also enable society to deal with the difficulties and adversaries they encounter, leaving them less susceptible to extremism. By addressing real and perceived grievances through a liberal, secular, democratic lens - we can reduce the perceived value of Islamist and far-right extremist organisations addressing these grievances through their misguided extremist lens.

DISCRIMINATION AS A GRIEVANCE

Discrimination is central to the experiences of those who have provided testimonies for this report; however it is clear that what discrimination actually looks like in society today has shifted, albeit superficially.

Former far-right participants in this report commented that their hostility was directed towards Islam and not the colour of the individual's skin. This indicates that there is a growing trend

of anti-Muslim hatred within contemporary society. Hostility towards Muslims is problematic because it goes against universal human rights, such as freedom of religion, and exacerbates the exclusion of Muslims from society. Failure of some Muslim communities to integrate in British society in turn lays the foundation for more radicalisation, and is a grievance which is manipulated by extremist organisations.

This report also indicates that some factions of society are unable to distinguish between race and religion, which is distorting their sense of grievance. Former far-right participants openly acknowledged that they were unable to distinguish between race and religion, and so branded everyone who fit their stereotype as the antagonist. This inflated the participants' sense of grievance.

This falls in line with a YouGov poll which showed that Islam was viewed as a negative influence on British society, with 55% of respondents believing that there was a fundamental clash between Islam and the values of British society[13]. This could show that anti-Muslim hatred is a growing trend in British society, and it also shows the failure to promote an interpretation of Islam that is consistent with British values and human rights norms. Islamist and far right extremists agree that Islam is incompatible with British values, revealing the negative symbiotic relationship between these extremisms and showing the urgent need to tackle them both simultaneously.

---

[13] Rogers, Dr 'YouGov | The Majority Of Voters Doubt That Islam Is Compatible With British Values'. YouGov: What the world thinks. N.p., 2015. Web. 24 July 2015. (https://yougov.co.uk/news/2015/03/30/majority-voters-doubt-islam-compatible-british-val/)

## POSITIVE & NEGATIVE ROLE OF THE INTERNET

The Internet, as discussed in *Jihad Trending*, is the latest vehicle for radicalisation. Rather than presenting a wholly new phenomenon, online radicalisation merely complements offline processes and very often presents the "path of least resistance" for the transmission and reception of extremist material. Extremist organisations have become very effective at exploiting the anonymity that the Internet provides, the ability of likeminded but geographically-distant individuals to share ideas and opinions, and producing persuasive content to radicalise and recruit vulnerable populations to their cause. It is evident that the Internet and the availability of extremist material online has diversified the process of radicalisation, even if it has not wholly changed it. Social media sites which host videos and images can be powerful when reinforcing a particular set of beliefs. However, the majority of testimonies in this report indicated that their radicalisation was initially sparked through offline socialisation processes.  This reinforces the idea that no one goes online to buy a pair of shoes and comes out an extremist.  Most individuals have a particular grievance, identity crisis, or preconditioning towards a set of ideas, which leads them to seek out extremist content online.

Most participants used the Internet to communicate and / or reinforce a particular set of beliefs. By using the Internet as a mode of communication, it encouraged a number of participants to engage in risky or threatening behaviour online. The anonymous nature of the Internet creates an element of detachment which lowers the threshold for engaging in negative behaviour online. This is often exploited by extremists to disseminate extremist messages to a wider audience.

These testimonies also emphasise the positive role the Internet can have on deradicalisation. Social media platforms, such as Facebook, Twitter and YouTube appeared as important sites used by participants to source or stumble across counter-narratives. Clearer and more accessible information about extremism and radicalisation, including online, would provide a much needed counter-balance to the effectiveness of extremist groups on the Internet. All participants came across counter-narratives to their previously held extremist views and many of them did so online. Had there been more counter-narratives that were more nuanced, more targeted, more accessible, or more varied, this deradicalisation process could have been sped up, and more people could become engaged in the process. Part of this is using social media platforms as effectively as extremist groups to disseminate counter-messaging to their ideology and narratives.

### DELIVERING COUNTER-NARRATIVES

The testimonies in this report reinforce the importance of counter-speech and positive measures to tackle all forms of extremism. However, different elements of these counter-narratives were more influential for different individuals. Some of the former far-right extremists highlighted that it was the coherent delivery of these counter-narratives which proved most influential - the messenger's language and appearance, and the vehicle were of central importance. By contrast, it was the content of the counter-narratives and its ability to undermine the theological foundations of the Islamist ideology and worldview, which proved most influential for former Islamists in this study. This shows that the construction of

counter-speech initiatives must consider the message, the messenger and the mode, and should be targeted towards its target audience to be most effective. The credibility of the messenger in the eyes of the target audience is also important, and it is broadly accepted in counter-extremism that official, government-led counter-narrative content is ineffective. Therefore, it is preferable if counter-speech initiatives are led by civil society, and the role of government is limited to setting the strategic direction of counter-extremism work by choosing partners or funding grassroots initiatives, rather than producing the work itself.

It is also evident that positive measures should be multi-layered and accessible online. Many participants stated that viewing specific videos online prompted them to conduct more in-depth research into the work Quilliam carries out. This indicates that videos and imagery remain powerful tools which can be used to counter extremism in the first instance; however, this content, which might spark a cognitive opening, should be used alongside more in-depth content that is easily accessible from the primary content. In short, different counter-messaging material will be important at different stages of the deradicalisation process.

<u>CRITICAL THINKING</u>

This report shows that an absence of critical thinking skills may increase vulnerability to radicalisation. Many participants acknowledged that they were unable to critically engage with the underlying arguments which supported the extremist narrative to which they subscribed. They were able to endorse and regurgitate the information, yet could not challenge the

QUILLIAM

arguments put forward. This shows that education can be a powerful tool to prevent extremism and radicalisation but must be broader than the traditional curriculum. It must focus on free and independent thinking, which encourages students to critically engage with material and not just memorise. This will encourage students to rationalise their thinking and see the consequences to their decisions and actions.  In this way, it will leave them less vulnerable to radicalisation and exploitation. Moreover, a greater understanding among young people of the differences between Islam and Islamism will help prevent radicalisation, as this common misconception was a shared theme among far-right and Islamist extremists. This, along with the plurality of interpretations within Islam, should be taught in religious education classes and is a powerful primary prevention tool.

RUTH MANNING & COURTNEY LA BAU

## CONCLUSION

The rise of the far-right across Europe and the steady normalisation of far-right ideology presents a significant social threat to community cohesion. When this is coupled with the threat we face from growing trends in Islamist radicalisation and the normalisation of that ideology, as well as the prescient and often violent threat that its adherents pose, it is clear that more research needs to be conducted to develop a comprehensive deradicalisation strategy to turn the tide from these trends. The similarities between the deradicalisation of far-right extremists and their far-right counterparts should guide us the development of clear, comprehensive and consistent strategies to counter extremism of all kinds, both in prevention and deradicalisation.

The tactics and strategies used to deradicalise extremists can only work if practitioners can identify the weaknesses and challenges which accompany the deradicalisation process. As highlighted in this report, cognitive and emotional behaviour have a significant impact on the decision-making process for extremists and should be recognised and adopted into future counter-extremism strategies. Academic research into this process must be coupled with further engagement with former extremists to understand their personal development, disengagement, deradicalisation, rehabilitation and reintegration. Acknowledging that this is a human process will allow us to develop strategies that are broad enough to be used comprehensively, yet with the freedom to target them towards individual human cases.

Engaging and inspiring audiences by harnessing the positive role of the Internet, to effectively deliver targeted counter-extremist

74

narratives is a powerful way to undermine extremism and radicalisation. The last 10 years has seen the development of preventative and responsive counter-extremism work to "win hearts and minds" but has not overwhelmingly been seen as an issue of messaging. Future efforts will prove futile if we do not develop skills such as critical thinking and digital literacy capabilities to enhance resilience and reduce vulnerability, alongside such recommended counter-messaging efforts to tackle the prominence of extremist groups and their effectiveness.

Overcoming the problems we face today by adopting the changes recommended in this report cannot be achieved overnight. It is clear that a coordinated effort which has the support and expertise from all civic, government, and private sectors is fundamental to the creation of a sustainable programme which puts society on the path towards peace and tolerance.

RUTH MANNING & COURTNEY LA BAU

## BIBLIOGRAPHY

1. Abbas, Tahir. 'Islamic Radicalism and Multicultural Politics: The British Experience'. New York: Routledge, 2011. Print.

2. Counterextremism.org. 'Counter Extremism: Violence Prevention Network (VPN)'. 2010. (https://www.counterextremism.org/resources/details/id/118/violence-prevention-network-vpn). 20 Aug 2015.

3. Dalacoura, Katerina. 'Islamist Terrorism and Democracy in the Middle East.' New York: Cambridge University Press, 2011. Print.

4. Elshimi, Mohammed. 'Prevent 2011 and Counter-Radicalisation: What Is De-Radicalisation'. *Counter-Radicalisation: Critical Perspectives*. Christopher Baker-Beall, Charlotte Heath-Kelly and Lee Jarvis. 1st ed. New York: Routledge, 2015. 206-223. Print.

5. Gilligan, James. 'Shame, Guilt, and Violence'. Journal of Social Research, Vol. 70, No. 4, Shame (winter 2003), pp.1149-1180 New York. (http://www.jstor.org/stable/40971965) June 2015.

6. Goodwin, Dr Matthew, Ramalingam, Vidhya and Briggs, Rachel. 'The New Radical Right: Violent And Non-Violent Movements In Europe'. Briefing Paper. London: The Institute of Strategic Dialogue, 2012. 17 July 2015.

7. Hegghammer, Thomas. 'Studying Jihadi Culture'. Middle East Week. N.p., 2015. (http://middleeastweek.org/home/2015/5/6/studying-jihadi-culture). 4 July 2015.

8. Hopenothate.org.uk. 'Hate Files: Hizb Ut-Tahrir'. N.p., 2015. (http://www.hopenothate.org.uk/hate-groups/ht/) 20 July   2015

QUILLIAM

9. Hopenothate.org.uk. 'Hate Files: The Al-Muhajiroun Network'. N.p., 2015. (http://www.hopenothate.org.uk/hate-groups/am/) 20 July 2015

10. Horgan, John. 'They Were Once My People'. Walking Away From Terrorism: Accounts Of Disengagement From Radical And Extremist Movements. 1st ed. Abingdon: Routledge, 2009. 99-117. Print.

11. Hussain, Ghaffar & Saltman, Erin. 'Jihad Trending: A Comprehensive Analysis of Online Extremism and How to Counter it'. London: Quilliam, 2014. Print.

12. Lombardi, Stephen, Eman Ragab, and Vivienne Chin. 'Countering Radicalisation and Violent Extremism Among Youth To Prevent Terrorism'. 2nd ed. Amsterdam: IOS Press, 2014. Print.

13. Meleagrou-Hitchens, Alexander, and Brun, Hans. 'A Neo-Nationalist Network: The English Defence League and Europe's Counter-Jihad Movement'. London: ICSR, 2015. Print.

14. Richardson, John. 'Race and Racial Difference: The Surface and Depth Of BNP Ideology'. British National Party: Contemporary Perspectives. Nigel Copsey and Graham Macklin. 2nd ed. New York: Routledge, 2013. 38-61. Print.

15. Rogers, Dr 'YouGov | The Majority Of Voters Doubt That Islam Is Compatible With British Values'. YouGov: What the world thinks.2015 (https://yougov.co.uk/news/2015/03/30/majority-voters-doubt-islam-compatible-british-val/) 24 July 2015

16. Ronson, Jon. 'So You've Been Publicly Shamed' London: Pan Macmillan Press, 2015. Print.

17. Schmid, Alex. 'Violent and Non-Violent Extremism: Two Sides of The Same Coin?' The Netherlands: The

International Centre for Counter-Terrorism, 2014.
(http://www.icct.nl/publications/icct-papers/violent-and-non-violent-extremism-two-sides-of-the-same-coin- )17
July 2015.

18. Maher, Shiraz and Frampton, Martyn, 'Choosing Our
Friends Wisely: Criteria for engagement with Muslim
groups' (London: Policy Exchange, 2009), p. 18. In Schmid,
Alex. 'Violent and Non-Violent Extremism: Two Sides Of
The Same Coin?' The Netherlands: The International
Centre for Counter-Terrorism, 2014.
(http://www.icct.nl/publications/icct-papers/violent-and-non-violent-extremism-two-sides-of-the-same-coin- )17
July 2015.

19. Spears, Russell & Postmes, Tom, 'Group Identity, Social
Influence and Collective Action Online: Extensions and
Applications of the SIDE Model' The Netherland:
University of Groningen, N.D.
(http://www.researchgate.net/publication/259231218_Group_Identity_Social_Influence_and_Collective_Action_Online_Extensions_and_Applications_of_the_SIDE_Model) 5
August 2015.

20. Tuck, Henry, and Riazat Butt. 'European Counter-
Radicalisation and De-Radicalisation: A Comparative
Evaluation of Approaches in The Netherlands, Sweden,
Denmark And Germany.' London: Institute of Strategic
Dialogue, 2014. Print.

**To:** USARMY Ft Belvoir USACRC Mailbox Mailcicr[usarmy.belvoir.usacrc.mbx.mailcicr@mail.mil]
**From:** (b) (6)
**Sent:** Thur 1/7/2016 3:50:51 PM
**Subject:** Re: report request

(b) (7)(E)

The purpose of this request is for an ongoing criminal investigation... This information will be used to confirm information provided to law enforcement by the subject of the investigation (b) (6) .

If you require further information please let me know and I will follow up with a phone call later today if that is okay.

(b) (6)
Special Agent
ATF Seattle
915 2nd Ave
Suite 790
Seattle, Wa 98174

Desk
Fax
Cell

> On Jan 7, 2016, at 6:33 AM, USARMY Ft Belvoir USACRC Mailbox Mailcicr
<usarmy.belvoir.usacrc.mbx.mailcicr@mail.mil> wrote:
>
> SA (b) (6)
>
> Please provide the purpose of the request and use to be made of the
> information.
>
> Thank you.
>
> (b) (6)
>
> (b) (6)
> Chief, Crime Records Division
> U. S. Army Crime Records Center
> (b) (6)
> LEO:
> NIPR: (b) (6)
> SIPR:
>
>
> -----Original Message-----
> From: (b) (6)
> Sent: Wednesday, January 06, 2016 5:12 PM
> To: USARMY Ft Belvoir USACRC Mailbox Mailcicr
> Subject: [Non-DoD Source] report request
>
> Good evening Per the direction I got from the local CID office I was told
> to request a copy of (b) (6)                    to the below and I
> was provided this email address
>
>
>
>

>
> ATTN: (b) (6)
>
> U.S. Army Crime Records Center
>
> 27130 Telegraph Road
>
> Quantico, VA 22134
>
> Phone: (b) (6)
>
> Fax: (b) (6)
>
>
>
>
>
> Please feel free to reach out to me and let me know what else is needed to
> accomplish this task.
>
>
>
> V/R
>
>
>
>
>
> (b) (6)
>
> Special Agent/CES
>
> ATF Seattle
>
> Arson and Exploisive Investigations
>
> 915 Second Ave, Rm 790
>
> Seattle WA. 98174
>
>
>
>
>
>
>
>
>
> (d)
>
> (f)
>
> (c)
>
>
>

**To:**      Martin Woodbury[martin.woodbury@gmail.com]
**From:**   (b) (6)
**Sent:**    Fri 12/11/2015 6:51:12 PM
**Subject:** RE: Army Memo of chronological events

(b) (6)

Thanks for this information, Also I think someone from either CID or OIG may reach out to you... They have some interest in this thing now...

And again thanks for all you did...

Have safe and quiet (hopefully) holiday.

**From:** Martin Woodbury [mailto:martin.woodbury@gmail.com]
**Sent:** Friday, December 11, 2015 10:47 AM
**To:** (b) (6)
**Subject:** Army Memo of chronological events

(b) (6)

Here is the Army memorandum of chronological events that should help with your case.

Martin Woodbury
SGT, USA

**To:** Martin Woodbury[martin.woodbury@gmail.com]
**From:** 
**Sent:** Fri 12/11/2015 7:24:25 PM
**Subject:** RE: Army Memo of chronological events

You too stay safe!

**From:** Martin Woodbury [mailto:martin.woodbury@gmail.com]
**Sent:** Friday, December 11, 2015 11:17 AM
**To:** (b) (6)
**Subject:** Re: Army Memo of chronological events

(b) (6)

Thanks for everything and for keeping America safe.  Please be careful out there, I know how Anti-Cop things are now, it worries me. I appreciate the Heads up on CID and OIG.  God Bless you boys!!

Martin

On Fri, Dec 11, 2015 at 8:51 PM, (b) (6) wrote:

Martin,

Thanks for this information, Also I think someone from either CID or OIG may reach out to you... They have some interest in this thing now...

And again thanks for all you did...

Have safe and quiet (hopefully) holiday.

**From:** Martin Woodbury [mailto:martin.woodbury@gmail.com]
**Sent:** Friday, December 11, 2015 10:47 AM
**To:** (b) (6)
**Subject:** Army Memo of chronological events

(b) (6)

Here is the Army memorandum of chronological events that should help with your case.

Martin Woodbury
SGT, USA

**To:** 
**From:** Martin Woodbury
**Sent:** Fri 12/11/2015 7:17:21 PM
**Subject:** Re: Army Memo of chronological events



Thanks for everything and for keeping America safe. Please be careful out there, I know how Anti-Cop things are now, it worries me. I appreciate the Heads up on CID and OIG. God Bless you boys!!

Martin

On Fri, Dec 11, 2015 at 8:51 PM, (b) (6)    wrote:

> Martin,
>
> Thanks for this information, Also I think someone from either CID or OIG may reach out to you... They have some interest in this thing now...
>
> And again thanks for all you did...
>
> Have safe and quiet (hopefully) holiday.
>
> **From:** Martin Woodbury [mailto:martin.woodbury@gmail.com]
> **Sent:** Friday, December 11, 2015 10:47 AM
> **To:** 
> **Subject:** Army Memo of chronological events

(b) (6)

Here is the Army memorandum of chronological events that should help with your case.

Martin Woodbury

SGT, USA

**To:**     (b) (6), (b) (7)(C)
**Cc:**     (b) (6), (b) (7)(C)
**From:**
**Sent:**   Thur 12/17/2015 8:29:04 PM
**Subject:** Case Management



Please address the following when you return:

Your report is overdue for the search warrant, evidence recovery and disposal op on (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) You need to update the management log with required information and make a BATS entry for this case.

(b) (6), (b) (7)(C) needs to have the property returned ASAP. The property in this case was returned to us in January and you have yet to return the property to KCSO almost a year later.

(b) (6), (b) (7)(C) reed an ROI entered into them with any other pertinent case information and management log entries. These cases need to be closed by myself or (b) (6), (b) (7)(C) if there is no potential once that is completed.

In addition to these, please take care of any of your other pending cases which have property that needs to be disposed or which need to be updated in the management log due to investigative inactivity. I am also working to gain access to (b) (6), (b) (7)(C), (b) (7)(E) and will expect that this case is fully updated as well.

**I have repeatedly reminded you since I took over the group (via email, Management Log entries and in person) about maintaining your cases and yet the same problems persist. You are now a GS-13 Special Agent and I should not have to constantly remind you of your basic case and investigative responsibilities. These problems cannot continue and you need to meet your responsibilities without constant reminders and motivation from management. As yet another reminder, you need adhere to the following:

**In the future, when you open a case you will immediately address all of your admin responsibilities as required in any case opening. These responsibilities at a minimum include writing a report, populating required tabs, entering persons/suspects full information and making the appropriate entries in the management log (Reason case was opened based on Domain Assessment, BATS, DICE, etc.). You will also write an ROI for any investigative activity done in your cases within the prescribed time frame unless you have submitted a detailed email request to me for extension and I have approved that extension. You will also go into NFORCE and update your cases in your management logs with no reportable activity during the time frames proscribed in the orders. In addition to maintaining your NFORCE, you will also properly maintain your hard copy case files and they will be stored in the file room unless in immediate use. Finally,**

**(b) (5), (b) (7) (E)**

We can discuss this further when you return.

Thank you,

(b) (6), (b) (7)(C)

**A/ASAC**
**ATF - Seattle Field Division**

(b) (6), (b) (7)(C) Office

Cell

**To:** ████████████████████████
**From:** (b) (6), (b) (7)(C)
**Sent:** Wed 12/9/2015 4:21:37 PM
**Subject:** RE: Call In Complaint

All the info I can see on this image is its size as 1600x900. The creation date is listed as yesterday, which doesn't make since. Sorry. You sure this is the original image? The original image may have been saved as....jpg in essence changing the metadata info.

Respectfully,

(b) (6), (b) (7)(C)

Technical Surveillance Specialist
Bureau of Alcohol, Tobacco, Firearms & Explosives
Digital Investigations Branch
45250 Severn Way, Suite 101
Sterling, VA  20166

Lab: (b) (6), (b) (7)(C)
Cell:

---

**From:** (b) (6), (b) (7)(C)
**Sent:** Tuesday, December 08, 2015 6:40 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** Fwd: Call In Complaint

I need you to work your magic on this photo... Don't have an open case number yet I will try to get a forward from the source

(b) (6), (b) (7)(C)

Special Agent
ATF Seattle
915 2nd Ave
Suite 790
Seattle, Wa 98174

(b) (6), (b) (7)(C) Desk
            Fax
            Cell

Begin forwarded message:

**From:** (b) (6), (b) (7)(C)
**Date:** December 8, 2015 at 2:16:19 PM PST
**To:** (b) (6), (b) (7)(C)
**Cc:**
**Subject: Fwd: Call In Complaint**





Get after it



Begin forwarded message:

**From:** (b) (6), (b) (7)(C)
**Date:** December 8, 2015 at 1:33:51 PM PST
**To:** (b) (6), (b) (7)(C)
**Cc:** (b) (6), (b) (7)(C)
**Subject: FW: Call In Complaint**

This should have been referred to your group.

(b) (6), (b) (7)(C)

Group Supervisor, Violent Crime Group
Bureau of Alcohol, Tobacco, Firearms and Explosives
915 Second Avenue, Room 790
Seattle, WA 98174

Phone (b) (6), (b) (7)(C)
Cell:
Fax:

**From:** (b) (6), (b) (7)(C)
**Sent:** Tuesday, December 8, 2015 10:53 AM
**To:** (b) (6), (b) (7)(C)
**Subject:** FW: Call In Complaint



(b) (7)(E)

(b) (6), (b) (7)(C)

Bureau of Alcohol, Tobacco, Firearms & Explosives

Seattle Field Office - Group V

(Office)

(Fax)

(Cell)

FBI South Sound Gang Task Force (Tacoma)

(b) (6), (b) (7)(C)

**From:** (b) (6), (b) (7)(C)
**Sent:** Monday, December 07, 2015 3:58 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** RE: Call In Complaint





(b) (6), (b) (7)(C)

**To:**
**From:** (b) (6), (b) (7)(C)
**Sent:** Wed 12/9/2015 11:41:56 PM
**Subject:** Re: SIT REP

(b) (7)(E)

(b) (6), (b) (7)(C)

Special Agent
ATF Seattle
915 2nd Ave
Suite 790
Seattle, Wa 98174

(b) (6), (b) (7)(C) Desk
                    Fax
                    Cell

On Dec 9, 2015, at 3:29 PM, (b) (6), (b) (7)(C) wrote:

Ok

(b) (7)(E)

On Dec 9, 2015, at 3:27 PM, (b) (6), (b) (7)(C) wrote:

Update..
Item has been determined to be live... Device secured in transport vessel..
ATF explosive, army EOD, TPD explosive assets standing by for TPD Swat
to conduct search of the residence...

More to follow when available...

(b) (6), (b) (7)(C)

Special Agent
ATF Seattle
915 2nd Ave
Suite 790
Seattle, Wa 98174

(b) (6), (b) (7)(C) Desk
                    Fax
                    Cell

On Dec 9, 2015, at 12:51 PM, **(b) (6), (b) (7)(C)** wrote:

Keep me informed as you are doing, I'll let you know when I'm done testifying and an on the way.

Notification?

On Dec 9, 2015, at 12:43 PM, **(b) (6), (b) (7)(C)** wrote:



More to follow when available....

Out!

<image003.png>
**(b) (6), (b) (7)(C)**
Special Agent/CES
ATF Seattle

(d) **(b) (6), (b) (7)(C)**
(f)
(c)

**To:**
**From:** (b) (6), (b) (7)(C)
**Sent:** Wed 12/9/2015 11:29:31 PM
**Subject:** Re: SIT REP

Ok

(b) (7)(E)

On Dec 9, 2015, at 3:27 PM, (b) (6), (b) (7)(C)      wrote:

> Update..
> Item has been determined to be live... Device secured in transport vessel.. ATF explosive,
> army EOD, TPD explosive assets standing by for TPD Swat to conduct search of the
> residence...

More to follow when available...

(b) (6), (b) (7)(C)
Special Agent
ATF Seattle
915 2nd Ave
Suite 790
Seattle, Wa 98174

Desk
      Fax
      Cell

On Dec 9, 2015, at 12:51 PM, (b) (6), (b) (7)(C)      wrote:

> Keep me informed as you are doing, I'll let you know when I'm done
> testifying and an on the way.

Notification?

On Dec 9, 2015, at 12:43 PM, (b) (6), (b) (7)(C)      wrote:





More to follow when available....

 Out!

&lt;image003.png&gt;

(b) (6), (b) (7)(C)

Special Agent/CES
ATF Seattle

(d) (b) (6), (b) (7)(C)
(f)
(c)

&lt;image003.png&gt;

**To:**
**Cc:** 
**From:**
**Sent:** Wed 12/9/2015 8:43:14 PM
**Subject:** SIT REP



More to follow when available....

Out!



(b) (6), (b) (7)(C)
Special Agent/CES
ATF Seattle

(d)
(f)
(c)

**To:**   (b) (6), (b) (7)(C), (b) (7)(E)
**From:**
**Sent:**   Wed 1/20/2016 8:26:13 PM
**Subject:**   AMRDEC Safe Access File Exchange Delivery Notice

Caveats: FOUO//PROTECTED BY PRIVACY ACT

Direct replies will not be read by a human.

========================

***DO NOT FORWARD***

Please note, IAW Para 4-5.a(8) and 4-12.c, AR 25-2, it is a violation of SAFE security policy to share/forward Package passwords.

You must contact the Package originator to have the Package re-sent via SAFE (https://safe.amrdec.army.mil/safe/) to other users.

NOTICE: If any doubt exists as to the safety or origin of the file(s) or the veracity of the sender, the recipient reading this message should NOT download the file(s) and should contact the appropriate Information Assurance Security Officer immediately for further guidance.

(b) (6), (b) (7)(C)                          has granted you access to a file(s).

(b) (6), (b) (7)(C)



NOTICE: This e-mail message is intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately.

Thank you.

***This message may be forwarded to SAFE.Team@amrdec.army.mil for technical support purposes.***
Caveats: FOUO//PROTECTED BY PRIVACY ACT

**To:**
**Cc:**
**From:**

**Sent:**    Tue 12/8/2015 10:16:19 PM
**Subject:**    Fwd: Call In Complaint
2015112895193350.jpg



Get after it



Begin forwarded message:

**From:**
**Date:** December 8, 2015 at 1:33:51 PM PST
**To:**
**Cc:**
**Subject: FW: Call In Complaint**

This should have been referred to your group.

Group Supervisor, Violent Crime Group
Bureau of Alcohol, Tobacco, Firearms and Explosives
915 Second Avenue, Room 790
Seattle, WA 98174

Phone
Cell:
Fax:

**From:**
**Sent:** Tuesday, December 8, 2015 10:53 AM
**To:**
**Subject:** FW: Call In Complaint

(b) (6), (b) (7)(C)

This was a referral that came in through the FBI. It seemed to me an Arson/Explosive group call, rather than a Group V call.

(b) (6), (b) (7)(C)

Bureau of Alcohol, Tobacco, Firearms & Explosives

Seattle Field Office - Group V

(b) (6), (b) (7)(C) (Office)



(Fax)

(Cell)

FBI South Sound Gang Task Force (Tacoma)

(b) (6), (b) (7)(C)

**From:** (b) (6), (b) (7)(C)
**Sent:** Monday, December 07, 2015 3:58 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** RE: Call In Complaint

(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)

**To:** (b) (6), (b) (7)(C)
**From:** (b) (6), (b) (7)(C)
**Sent:** Fri 4/22/2016 8:38:24 PM
**Subject:** (b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)
Special Agent/CES
ATF Seattle

(d) (b) (6), (b) (7)(C)
(f)
(c)

**To:** (b) (6), (b) (7)(C)
**From:** Martin Woodbury
**Sent:** Thur 1/14/2016 9:35:03 PM
**Subject:** 84mm Rocket Round

Agent (b) (6), (b) (7)(C)

Would it be possible to request a written statement on ATF Department letterhead outlining what I did to affect the recovery of the stolen AT-4 round?

In volunteering to contact the FBI and ATF with this information, I took great personal risk and exposed myself to personal hazard by coming forward and tenaciously pursing this matter in the way that I did. The perpetrator with the stolen warhead was known to have beaten his wife and allegedly induced her miscarriage as well as having been accused of a kidnapping plot. He initially threatened to cause physical injury to anyone who said anything about this explosive device. I saw news reports stating that a ten block perimeter was placed around this man's home for nearly twelve hours, six hundred elementary students evacuated from a nearby school, and another neighboring school placed on lock-down status. A man capable of his alleged crimes would certainly be capable of harboring a dangerous grudge for such actions which led to the attention and action of the Tacoma Police Department, ATF, and even a US Army EOD team. This man is very dangerous and I am sure I will have to remain vigilant against probable physical reprisal for the rest of my life.

I hope to be recognized by the military for my actions which led to the recovery of our ordnance and would require such a statement from the ATF for that to happen. If you require any documentation to assist you feel free to contact me at you earliest convenience by email or telephone.

Respectfully,
SGT Martin Woodbury
011-49-15251849103

**To:**
**From:** (b) (6), (b) (7)(C)
**Sent:** Fri 7/22/2016 6:54:40 PM
**Subject:** FW: Army Memo of chronological events

**From:** Martin Woodbury [mailto:martin.woodbury@gmail.com]
**Sent:** Friday, December 11, 2015 11:17 AM
**To:** (b) (6), (b) (7)(C)
**Subject:** Re: Army Memo of chronological events



Thanks for everything and for keeping America safe. Please be careful out there, I know how Anti-Cop things are now, it worries me. I appreciate the Heads up on CID and OIG. God Bless you boys!!

Martin

On Fri, Dec 11, 2015 at 8:51 PM, (b) (6), (b) (7)(C)    wrote:
Martin,

Thanks for this information. Also I think someone from either CID or OIG may reach out to you... They have some interest in this thing now...

And again thanks for all you did...

Have safe and quiet (hopefully) holiday.

**From:** Martin Woodbury [mailto:martin.woodbury@gmail.com]
**Sent:** Friday, December 11, 2015 10:47 AM
**To:** (b) (6), (b) (7)(C)
**Subject:** Army Memo of chronological events

(b) (6), (b) (7)(C)

Here is the Army memorandum of chronological events that should help with your case.

Martin Woodbury
SGT, USA

**To:** (b) (6), (b) (7)(C)
**From:** (b) (6), (b) (7)(C)
**Sent:** Tue 12/8/2015 11:39:58 PM
**Subject:** Fwd: Call In Complaint
2015112895193350.jpg

I need you to work your magic on this photo... Don't have an open case number yet I will try to get a forward from the source

(b) (6), (b) (7)(C)
Special Agent
ATF Seattle
915 2nd Ave
Suite 790
Seattle, Wa 98174

(b) (6), (b) (7)(C) Desk
                    Fax
                    Cell

Begin forwarded message:

**From:** (b) (6), (b) (7)(C)
**Date:** December 8, 2015 at 2:16:19 PM PST
**To:** (b) (6), (b) (7)(C)
**Cc:**
**Subject: Fwd: Call In Complaint**



Get after it



Begin forwarded message:

**From:** 
**Date:** December 8, 2015 at 1:33:51 PM PST
**To:**
**Cc:**

**Subject: FW: Call In Complaint**

This should have been referred to your group.

(b) (6), (b) (7)(C)

Group Supervisor, Violent Crime Group
Bureau of Alcohol, Tobacco, Firearms and Explosives
915 Second Avenue, Room 790
Seattle, WA 98174

Phone (b) (6), (b) (7)(C)
Cell:
Fax:

**From:** (b) (6), (b) (7)(C)
**Sent:** Tuesday, December 8, 2015 10:53 AM
**To:** 
**Subject:** FW: Call In Complaint

(b) (6), (b) (7)(C)

(b) (7)(E)

(b) (6), (b) (7)(C)

Bureau of Alcohol, Tobacco, Firearms & Explosives

Seattle Field Office - Group V

(b) (6), (b) (7)(C) (Office)

(Fax)

(Cell)

FBI South Sound Gang Task Force (Tacoma)

(b) (6), (b) (7)(C)

**From:** (b) (6), (b) (7)(C)
**Sent:** Monday, December 07, 2015 3:58 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** RE: Call In Complaint

(b) (6), (b) (7)(C)



**To:** ██████████ (b) (6), (b) (7)(C) ██████████
**From:** Florea, Eric J.
**Sent:** Thur 7/21/2016 5:15:23 PM
**Subject:** (b) (6), (b) (7)(C) ████████████

Hey ██████████

When you have a moment, can you call me (b) (6), (b) (7)(C) ████████████ I have a congressional inquiry that has come into ATF on the case and I have a couple of quick questions I wanted to ask before I respond.

Thanks

Cell: (b) (6), (b) (7)(C) ████████████

(b) (6), (b) (7)(C) ████████████

Special Agent – Program Manager (Congressional Fellow 2015)
Office of Public and Government Affairs
Legislative Affairs Division
Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue NE, Mail Stop 5S.171
Washington, DC 20226
Cell: (b) (6), (b) (7)(C) ████████████



PROTECTING THE PUBLIC
SERVING OUR NATION

To: **(b) (6), (b) (7)(C)**
From: 
Sent: Fri 12/11/2015 7:03:07 PM
Subject: **(b) (6), (b) (7)(C)**
(b) (6), (b) (7)(C)

Here is my report. I will get you the rest as they filter in, but mine has the arrest and interview as well as the search of the house covered.

Safe travels next week,

*Detective* (b) (6), (b) (7)(C)
*Tacoma Police Department*
*3701 S. Pine Street, Tacoma, Wa 98409*
*Desk #* (b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

**To:** (b) (6), (b) (7)(C)
**From:**
**Sent:** Thur 12/17/2015 6:56:49 PM
**Subject:** Fwd: BATS re (b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)


Sent from my Verizon 4G LTE Smartphone
---------- Forwarded message ----------
From: (b) (6), (b) (7)(C)
Date: Dec 15, 2015 9:20 PM
Subject: BATS re (b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

Cc:

I did the BATS for (b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)


(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)

Case 1:21-cv-03354-DLF    Document 25-3    Filed 05/31/24    Page 603 of 644



**To:**  (b) (6)  (b) (7)(C)
**Cc:**  (b) (6)  (b) (7)(C)
(b) (6), (b) (7)(C)
**From:**  (b) (6), (b) (7)(C)
**Sent:**  Wed 12/9/2015 11:27:03 PM
**Subject:**  Re: SIT REP

Update..

Item has been determined to be live... Device secured in transport vessel.. ATF explosive, army EOD, TPD explosive assets standing by for TPD Swat to conduct search of the residence...

More to follow when available...



Special Agent
ATF Seattle
915 2nd Ave
Suite 790
Seattle, Wa 98174

(b) (6), (b) (7)(C) Desk
                      Fax
                      Cell

On Dec 9, 2015, at 12:51 PM, (b) (6), (b) (7)(C)                      wrote:

> Keep me informed as you are doing, I'll let you know when I'm done testifying and an on the way.

Notification?

On Dec 9, 2015, at 12:43 PM, (b) (6), (b) (7)(C)                      wrote:



More to follow when available....



(b) (6), (b) (7)(C) Out!

<image003.png>

(b) (6), (b) (7)(C)

Special Agent/CES
ATF Seattle

**To:** ▓▓▓(b) (6), (b) (7)(C)▓▓▓
**From:** Martin Woodbury
**Sent:** Wed 12/9/2015 9:07:50 PM
**Subject:** Fwd: 84mm Rocket Round
84mm.jpg
84mm rocket.jpg
mort pic.png



Here is the email I sent to ATF. Please feel free to contact me at anytime with anything you may need.
Please contact me at your convenience so I know you received this information.

Thanks,
Martin Woodbury


---------- Forwarded message ----------
From: **Martin Woodbury** <martin.woodbury@gmail.com>
Date: Tue, Dec 1, 2015 at 7:54 PM
Subject: 84mm Rocket Round
To: atftips@atf.gov


ATF,

Not sure if this round is inert or not. However the owner of this round threatened to beat the face in of
the kid who took the picture, see attachment "mort pic". Attached are photos of known 84mm anti-tank
rounds with their launchers. This round was last known to be in the possession of :



The Picture came to me by way of (b) (6), (b) (7)(C)▓▓▓▓▓▓ She has stated she would
talk to the ATF if she were contacted.

Regards,
Martin Woodbury
0152-5184-9103







To:  (b) (6), (b) (7)(C)
From:
Sent:  Fri 12/11/2015 6:53:21 PM
Subject:  FW: Army Memo of chronological events
ATF memo.jpg
ATF memo 2.jpg
84mm pic.jpg
Mort Pic.jpg

Fyi

**From:** Martin Woodbury [mailto:martin.woodbury@gmail.com]
**Sent:** Friday, December 11, 2015 10:47 AM
To: (b) (6), (b) (7)(C)
**Subject:** Army Memo of chronological events

(b) (6), (b) (7)(C)

Here is the Army memorandum of chronological events that should help with your case.

Martin Woodbury
SGT, USA



NOV 29 23:45hrs (Vilseck Time) Phoned the FBI and spoke to a gentleman on the phone and informed him I had the picture identified as an 84mm Anti-Tank round. I informed the FBI I was unsure if it was an inert round or not. I was informed the new information would be passed out to the responsible parties.

DEC 1 19:45hrs (Vilseck Time) Phoned the ATF as I had not been contacted by the FBI. I assumed I had not been taken seriously with regard to the 84mm Rocket Round.

(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

ENCLOSURES:
Mortar Pic
84mm Pic

2

**Martin Woodbury** <martin.woodbury@gmail.com>                    Wed, Dec 9, 2015 at 11:07 PM
To: 

(b) (6), (b) (7)(C)

Here is the email I sent to ATF. Please feel free to contact me at anytime with anything you may need.
Please contact me at your convenience so I know you received this information.

Thanks,
Martin Woodbury
[Quoted text hidden]

**3 attachments**



**84mm.jpg**
17K



**84mm rocket.jpg**
18K



**mort pic.png**
559K



Martin Woodbury <martin.woodbury@gmail.com>

## 84mm Rocket Round
2 messages

**Martin Woodbury** <martin.woodbury@gmail.com>                    Tue, Dec 1, 2015 at 7:54 PM
To: atftips@atf.gov

ATF,

Not sure if this round is inert or not. However the owner of this round threatened to beat the face in of the kid who took the picture, see attachment "mort pic". Attached are photos of known 84mm anti-tank rounds with their launchers. This round was last known to be in the possession of :

**(b) (6), (b) (7)(C)**

The Picture came to me by way of **(b) (6), (b) (7)(C)**                    She has stated she would talk to the ATF if she were contacted.

Regards,
Martin Woodbury
0152-5184-9103

**3 attachments**



**84mm.jpg**
17K



**84mm rocket.jpg**
18K



**mort pic.png**
559K

**To:**
**From:** (b) (6), (b) (7)(C)
**Sent:**    Thur 12/10/2015 9:47:53 PM
**Subject:**    FW: 84mm Rocket Round
84mm.jpg
84mm rocket.jpg
mort pic.png

FYI.... HOW IS IT THIS INFORMATION WAS SENT TO THE HQ TIP email on DEC 1, and we find out about it from FBI... AFTER IT WAS REPORTED TO US FIRST ?!?!?!?!

Thought you may want to let someone know about this.

**From:** Martin Woodbury [mailto:martin.woodbury@gmail.com]
**Sent:** Wednesday, December 9, 2015 1:08 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** Fwd: 84mm Rocket Round



Here is the email I sent to ATF. Please feel free to contact me at anytime with anything you may need. Please contact me at your convenience so I know you received this information.

Thanks,
Martin Woodbury

---------- Forwarded message ----------
From: **Martin Woodbury** <martin.woodbury@gmail.com>
Date: Tue, Dec 1, 2015 at 7:54 PM
Subject: 84mm Rocket Round
To: atftips@atf.gov

ATF,

Not sure if this round is inert or not. However the owner of this round threatened to beat the face in of the kid who took the picture, see attachment "mort pic". Attached are photos of known 84mm anti-tank rounds with their launchers. This round was last known to be in the possession of :

(b) (6), (b) (7)(C)

The Picture came to me by way of (b) (6), (b) (7)(C)    She has stated she would talk to the ATF if she were contacted.

Regards,
Martin Woodbury
0152-5184-9103







**To:**
**From:** (b) (6), (b) (7)(C)
**Sent:** Wed 12/9/2015 7:47:30 PM
**Subject:** RE: Call In Complaint

Thanks love

**From:** (b) (6), (b) (7)(C)
**Sent:** Wednesday, December 9, 2015 8:22 AM
**To:** (b) (6), (b) (7)(C)
**Subject:** RE: Call In Complaint

All the info I can see on this image is its size as 1600x900. The creation date is listed as yesterday, which doesn't make since. Sorry. You sure this is the original image? The original image may have been saved as....jpg in essence changing the metadata info.

Respectfully,

(b) (6), (b) (7)(C)

Technical Surveillance Specialist
Bureau of Alcohol, Tobacco, Firearms & Explosives
Digital Investigations Branch
45250 Severn Way, Suite 101
Sterling, VA 20166

Lab: (b) (6), (b) (7)(C)
Cell:

**From:** (b) (6), (b) (7)(C)
**Sent:** Tuesday, December 08, 2015 6:40 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** Fwd: Call In Complaint

I need you to work your magic on this photo... Don't have an open case number yet I will try to get a forward from the source

(b) (6), (b) (7)(C)

Special Agent
ATF Seattle
915 2nd Ave
Suite 790
Seattle, Wa 98174

(b) (6), (b) (7)(C) Desk
              Fax
              Cell

Begin forwarded message:

**From:** (b) (6), (b) (7)(C)

**Date:** December 8, 2015 at 2:16:19 PM PST
**To:**
**Cc:** (b) (6), (b) (7)(C)
**Subject: Fwd: Call In Complaint**



Get after it



Begin forwarded message:

**From:** (b) (6), (b) (7)(C)
**Date:** December 8, 2015 at 1:33:51 PM PST
**To:**
**Cc:** (b) (6), (b) (7)(C)
**Subject: FW: Call In Complaint**

This should have been referred to your group.

(b) (6), (b) (7)(C)

Group Supervisor, Violent Crime Group
Bureau of Alcohol, Tobacco, Firearms and Explosives
915 Second Avenue, Room 790
Seattle, WA 98174

Phone (b) (6), (b) (7)(C)
Cell:
Fax:

**From:** (b) (6), (b) (7)(C)
**Sent:** Tuesday, December 8, 2015 10:53 AM
**To:** (b) (6), (b) (7)(C)
**Subject: FW: Call In Complaint**

(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)

Bureau of Alcohol, Tobacco, Firearms & Explosives

Seattle Field Office - Group V

(b) (6), (b) (7)(C) (Office)

(b) (6), (b) (7)(C) (Fax)

(b) (6), (b) (7)(C) (Cell)

FBI South Sound Gang Task Force (Tacoma)

(b) (6), (b) (7)(C)

**From:** (b) (6), (b) (7)(C)
**Sent:** Monday, December 07, 2015 3:58 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** RE: Call In Complaint

(b) (6), (b) (7)(C)





**To:**      (b) (6), (b) (7)(C)
**From:**    Martin Woodbury
**Sent:**    Fri 12/11/2015 6:46:51 PM
**Subject:**  Army Memo of chronological events
ATF memo.jpg
ATF memo 2.jpg
84mm pic.jpg
Mort Pic.jpg

(b) (6), (b) (7)(C)

Here is the Army memorandum of chronological events that should help with your case.

Martin Woodbury
SGT, USA

DUPLICATE

DUPLICATE

**Martin Woodbury** <martin.woodbury@gmail.com>                    Wed, Dec 9, 2015 at 11:07 PM
To: 


Here is the email I sent to ATF.  Please feel free to contact me at anytime with anything you may need.
Please contact me at your convenience so I know you received this information.

Thanks,
Martin Woodbury
[Quoted text hidden]

**3 attachments**



**84mm.jpg**
17K



**84mm rocket.jpg**
18K



**mort pic.png**
559K



Martin Woodbury <martin.woodbury@gmail.com>

## 84mm Rocket Round
2 messages

**Martin Woodbury** <martin.woodbury@gmail.com>                    Tue, Dec 1, 2015 at 7:54 PM
To: atftips@atf.gov

ATF,

Not sure if this round is inert or not. However the owner of this round threatened to beat the face in of the kid who took the picture, see attachment "mort pic". Attached are photos of known 84mm anti-tank rounds with their launchers. This round was last known to be in the possession of :



The Picture came to me by way of **(b) (6), (b) (7)(C)** She has stated she would talk to the ATF if she were contacted.

Regards,
Martin Woodbury
0152-5184-9103

**3 attachments**


**84mm.jpg**
17K


**84mm rocket.jpg**
18K


**mort pic.png**
559K

**To:**
**From:** (b) (6), (b) (7)(C)
**Sent:** Fri 7/22/2016 6:54:11 PM
**Subject:** FW: 84mm Rocket Round

**From:** Martin Woodbury [mailto:martin.woodbury@gmail.com]
**Sent:** Thursday, January 14, 2016 1:35 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** 84mm Rocket Round

Agent 

Would it be possible to request a written statement on ATF Department letterhead outlining what I did to affect the recovery of the stolen AT-4 round?

In volunteering to contact the FBI and ATF with this information, I took great personal risk and exposed myself to personal hazard by coming forward and tenaciously pursing this matter in the way that I did. The perpetrator with the stolen warhead was known to have beaten his wife and allegedly induced her miscarriage as well as having been accused of a kidnapping plot. He initially threatened to cause physical injury to anyone who said anything about this explosive device. I saw news reports stating that a ten block perimeter was placed around this man's home for nearly twelve hours, six hundred elementary students evacuated from a nearby school, and another neighboring school placed on lock-down status. A man capable of his alleged crimes would certainly be capable of harboring a dangerous grudge for such actions which led to the attention and action of the Tacoma Police Department, ATF, and even a US Army EOD team. This man is very dangerous and I am sure I will have to remain vigilant against probable physical reprisal for the rest of my life.
I hope to be recognized by the military for my actions which led to the recovery of our ordnance and would require such a statement from the ATF for that to happen. If you require any documentation to assist you feel free to contact me at you earliest convenience by email or telephone.

Respectfully,
SGT Martin Woodbury
011-49-15251849103

**To:** (b) (6), (b) (7)(C)
**Cc:** (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)
**From:** (b) (6), (b) (7)(C)
**Sent:** Wed 12/9/2015 8:51:16 PM
**Subject:** Re: SIT REP
image003.png

Keep me informed as you are doing, I'll let you know when I'm done testifying and an on the way.

Notification?

On Dec 9, 2015, at 12:43 PM, (b) (6), (b) (7)(C) wrote:



More to follow when available....

Out!

<image003.png>
(b) (6), (b) (7)(C)
Special Agent/CES
ATF Seattle

(d) (b) (6), (b) (7)(C)
(f)
(c)





**To:**
**Cc:** 
**From:**
**Sent:** Wed 12/9/2015 8:43:13 PM
**Subject:** SIT REP



More to follow when available....

Out!



(b) (6), (b) (7)(C)

Special Agent/CES
ATF Seattle

(d) (b) (6), (b) (7)(C)
(f)
(c)

**To:**
**Bcc:**
**(b) (6), (b) (7)(C)**
**From:**
**Sent:** Wed 12/9/2015 4:21:37 PM
**Subject:** RE: Call In Complaint

All the info I can see on this image is its size as 1600x900. The creation date is listed as yesterday, which doesn't make since. Sorry. You sure this is the original image? The original image may have been saved as....jpg in essence changing the metadata info.

Respectfully,

**(b) (6), (b) (7)(C)**

Technical Surveillance Specialist
Bureau of Alcohol, Tobacco, Firearms & Explosives
Digital Investigations Branch
45250 Severn Way, Suite 101
Sterling, VA 20166

Lab: **(b) (6), (b) (7)(C)**
Cell:

**From:** **(b) (6), (b) (7)(C)**
**Sent:** Tuesday, December 08, 2015 6:40 PM
**To:** **(b) (6), (b) (7)(C)**
**Subject:** Fwd: Call In Complaint

I need you to work your magic on this photo... Don't have an open case number yet I will try to get a forward from the source

**(b) (6), (b) (7)(C)**

Special Agent
ATF Seattle
915 2nd Ave
Suite 790
Seattle, Wa 98174

**(b) (6), (b) (7)(C)** Desk
Fax
Cell

Begin forwarded message:

**From:** **(b) (6), (b) (7)(C)**
**Date:** December 8, 2015 at 2:16:19 PM PST
**To:** **(b) (6), (b) (7)(C)**
**Cc:**
**Subject: Fwd: Call In Complaint**

**(b) (6), (b) (7)(C)**



Get after it



Begin forwarded message:

**From:** (b) (6), (b) (7)(C)
**Date:** December 8, 2015 at 1:33:51 PM PST
**To:** (b) (6), (b) (7)(C)
**Cc:**
**Subject: FW: Call In Complaint**

This should have been referred to your group.

(b) (6), (b) (7)(C)

Group Supervisor, Violent Crime Group
Bureau of Alcohol, Tobacco, Firearms and Explosives
915 Second Avenue, Room 790
Seattle, WA 98174

Phone 
Cell:  (
Fax:  (

**From:** (b) (6), (b) (7)(C)
**Sent:** Tuesday, December 8, 2015 10:53 AM
**To:** (b) (6), (b) (7)(C)
**Subject:** FW: Call In Complaint

(b) (6), (b) (7)(C)

(b) (7)(E)

(b) (6), (b) (7)(C)

Bureau of Alcohol, Tobacco, Firearms & Explosives

Seattle Field Office - Group V

 (b) (6), (b) (7)(C) (Office)

(Fax)

(Cell)

FBI South Sound Gang Task Force (Tacoma)

(b) (6), (b) (7)(C)

**From:** (b) (6), (b) (7)(C)
**Sent:** Monday, December 07, 2015 3:58 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** RE: Call In Complaint



(b) (6), (b) (7)(C)




**To:**
**From:** (b) (6), (b) (7)(C)
**Sent:**    Thur 12/10/2015 9:47:52 PM
**Subject:**    FW: 84mm Rocket Round
84mm.jpg
84mm rocket.jpg
mort pic.png

FYI.... HOW IS IT THIS INFORMATION WAS SENT TO THE HQ TIP email on DEC 1 , and we find out about it from FBI... AFTER IT WAS REPORTED TO US FIRST ?!?!?!?!

Thought you may want to let someone know about this.


**From:** Martin Woodbury [mailto:martin.woodbury@gmail.com]
**Sent:** Wednesday, December 9, 2015 1:08 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** Fwd: 84mm Rocket Round



Here is the email I sent to ATF. Please feel free to contact me at anytime with anything you may need. Please contact me at your convenience so I know you received this information.

Thanks,
Martin Woodbury


---------- Forwarded message ----------
From: **Martin Woodbury** <martin.woodbury@gmail.com>
Date: Tue, Dec 1, 2015 at 7:54 PM
Subject: 84mm Rocket Round
To: atftips@atf.gov


ATF,

Not sure if this round is inert or not. However the owner of this round threatened to beat the face in of the kid who took the picture, see attachment "mort pic". Attached are photos of known 84mm anti-tank rounds with their launchers. This round was last known to be in the possession of :

(b) (6), (b) (7)(C)

The Picture came to me by way of (b) (6), (b) (7)(C)    She has stated she would talk to the ATF if she were contacted.

Regards,
Martin Woodbury
0152-5184-9103









**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

_____

www.atf.gov

REFER TO:  2021-0098
FOIA Litigation: 21-cv-03384

July 12, 2023

**VIA E-MAIL: lance.d.quaranto@gmail.com**

Dear Mr. Quaranto:

This responds to your Freedom of Information Act (FOIA) request dated October 28, 2020, and received by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on the same date, in which you requested third party investigative records. Your request has been assigned number 2021-0098.  Please refer to this number on any future correspondence.

This is a supplemental final response. In response to your request, and after further search efforts, ATF has obtained 27 pages of documents belonging to another agency. I have forwarded the 27 pages to the Department of the Army (DA) for a direct response to you.  You can directly contact the DA with the information below:

U.S. Army Freedom of Information Act Office
Records Management Directorate
9301 Chapek Rd. Bldg. 1458
Fort Belvoir, VA 22060-5605

You may also contact the DA's FOIA Public Liaison by e-mail at usarmy.belvoir.hqda-esa.mbx.rmda-foia-public-liaison@army.mil.

If you have any questions about this response, you may contact Bradley Silverman.

Sincerely,

Adam C. Siple
Chief
Information and Privacy Governance Division